UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN MIREK<br>      Plaintiff<br>vs.<br><br>THE GUARDIAN LIFE INSURANCE<br>COMPANY OF AMERICA and BERKSHIRE<br>LIFE INSURANCE COMPANY<br>      Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil No. _____

*04-30166 - KPN*

CIVIL ACTION - NOTICE OF REMOVAL

PLEASE TAKE NOTICE that the undersigned attorneys for The Guardian Life
Insurance Company of America ("Guardian") for itself and as successor in interest by
merger to named defendant Berkshire Life Insurance Company ("Berkshire") petition this
Honorable Court for an order pursuant to 28 U.S.C. 1441, et seq., removing to the United
States District Court for the District of Massachusetts a matter instituted in Trial Court of
the Commonwealth of Massachusetts, Superior Court Department of Massachusetts,
Suffolk Division bearing Civil Action number 04-2592-B

PLEASE TAKE FURTHER NOTICE that in support of the within notice of removal,
Guardian shall rely upon the certification of counsel and exhibits annexed thereto.

PLEASE TAKE FURTHER NOTICE that a copy of the within notice of removal and
supporting certification of counsel have been filed with the Clerk of the Superior Court
Department of the Trial Court of the Commonwealth of Massachusetts, Suffolk County,
thereby effecting removal pursuant to 28 U.S.C. § 1446(b).

PLEASE TAKE FURTHER NOTICE that by effecting removal of this civil action
Guardian reserves all rights to raise any and all defenses available under the Federal
Rules of Civil Procedure including, without limitation, FED. R. CIV. P. 12.

*Mag Judge*
*ref to U.*

Attorneys for The Guardian Life
Insurance Company of America


By: _____
    Edward K. Kimball, Esq.
    David L. Kalib, Esq.
    700 South Street
    Pittsfield, MA 01201
    413-499-4321


Dated:  August 24, 2004

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN MIREK ) | Civil No. _____ |
| Plaintiff ) | |
| vs. ) | |
| ) | |
| THE GUARDIAN LIFE INSURANCE ) | |
| COMPANY OF AMERICA and BERKSHIRE ) | |
| LIFE INSURANCE COMPANY ) | |
| Defendant ) | |
| ) | |
| ) | |

CIVIL ACTION – CERTIFICATION OF COUNSEL

I, Edward K. Kimball, of full age, being duly sworn according to law and upon my oath depose and say:

1.    I am an attorney-at-law in the Commonwealth of Massachusetts and am an attorney for The Guardian Life Insurance Company of America ("Guardian"), in connection with this matter. As such, I am fully familiar with the facts and circumstances set forth herein and am authorized to submit this certification pursuant to 28 U.S.C. § 1446(a) providing a short and plain statement of the grounds for removal.

2.    To the best of my information and belief, on or about August 3, 2004, Carolyn Mirek ("Mirek") commenced this action with the filing of a complaint in the Superior Court Department of the Trial Court of the Commonwealth of Massachusetts, Suffolk Division, bearing civil action number 04-2592-B. On or about August 4, 2004

Mirek filed an amended complaint in this same action. Annexed hereto as Exhibit "A" is a copy of the complaint, the amended complaint, the tracking order and acknowledgment of service which constitutes all process, pleadings and/or orders served upon and/or received by Guardian to date within the meaning and intent of 28 U.S.C. § 1446(b).

3.    Guardian accepted service of the summons, complaint and amended complaint on August 5, 2004. On August 5, 2004, Guardian first had knowledge of the institution of suit and of the basis for removal of this action upon first receipt of the documents annexed hereto as Exhibit "A". Removal is therefore timely under 28 U.S.C. § 1446(b) in that the filing of the within petition has occurred within thirty (30) days of purported service of the summons, complaint and amended complaint upon the named Defendant.

4.    The Court's review of the amended complaint will reveal that Mirek alleges four (4) separate and distinct counts involving allegations with regard to a disability income insurance policy that Guardian and or Berkshire Life Insurance Company engaged in actions that constitute breach of contract, unfair and deceptive trade practices in violation of Conn. Gen. Stat. §42-110b et. seq., unfair insurance practices in violation of Conn. Gen. Stat. §38a-816, unfair and deceptive trade practices in violation of Mass. Gen. Laws ch. 93A. The Court's review of the amended complaint will further reveal that Mirek demands that judgment be entered in such amounts that the court will fully compensate Mirek for the wrongs alleged in the complaint. The Court's review of the complaint will further reveal that Mirek demands punitive damages and attorney's fees as permitted by Connecticut law, multiple damages and attorney's fees as permitted

2

by Massachusetts law and such other forms of relief and damages as this Court deems just and proper.

5.    The amount in controversy between the parties exceeds the sum of $75,000.00, exclusive of interest and costs of suit within the meaning and intent of 28 U.S.C. §1332(a). The amended complaint seeks monthly benefits for total disability from March 27, 2002 through the present (30 months) under an individual disability income insurance policy with a monthly indemnity for total disability in the amount of $3,160.00. Thus the breach of contract count alone involves an amount in controversy of $94,800. In addition, Mirek has made a demand for $75,000.00 pursuant to Mass. Gen. c.93A §9. Thus the total amount in controversy easily exceeds the sum of $75,000.

6.    At the time of the filing of the complaint and the within removal petition, the undersigned is informed and believes and on that basis so represents that Mirek maintained a primary residence located in South Windsor, Connecticut and is a citizen of the State of Connecticut within the meaning and intent of 28 U.S.C. § 1332.

7.    At the time of the filing of the amended complaint and the within removal petition, named defendant Berkshire Life Insurance Company had ceased corporate existence as a direct result of Berkshire Life Insurance Company merging with and into The Guardian Life Insurance Company of America on July 1, 2001. (See Mass. Gen. L. Ch. 175 § 19B Certificate annexed hereto as Exhibit B). Named defendant Berkshire Life Insurance Company is thus not a citizen of any state within the meaning and intent of 28 U.S.C. § 1332.

8.    At the time of the filing of the complaint and the within removal petition, Guardian is a mutual insurance company incorporated in the State of New York, where it

maintains its principal place of business located at 7 Hanover Square, New York, New York. Guardian is a citizen of the State of New York within the meaning and intent of 28 U.S.C. § 1332.

9. This Court maintains jurisdiction based upon diversity of citizenship of the within parties within the meaning and intent of 28 U.S.C. § 1332. Removal is therefore appropriate under 28 U.S.C. § 1441(a) and (b).

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Attorneys for The Guardian Life
Insurance Company of America

By:
Edward K. Kimball, Esq.
David L. Kalib, Esq.
700 South Street
Pittsfield, MA 01201
413-499-4321

Dated: August 24, 2004

4

## CIVIL ACTION – CERTIFICATION OF MAILING

On August 24, 2004, I served true and accurate copies of the within Notice of Removal, Certification of Counsel, Corporate Disclosure Statement, Civil Cover Sheet, Local Category Form, and Notice of Notice of Removal upon the following via Overnight Delivery:

> Joanne D'Alcomo
> Jager Smith PC
> One Financial Center
> Boston MA 02111

> Post Office Square Courthouse
> Superior Court Department
> Civil Clerk's Office
> Attention: Samantha Leake – Case Coordinator
> Room 803
> 90 Devonshire Street
> Boston, MA 02109

I HEREBY CERTIFY that all of the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

> Attorneys for The Guardian Life
> Insurance Company of America
>
> By:
> Edward K. Kimball, Esq.
> David L. Kalib, Esq.
> 700 South Street
> Pittsfield, MA 01201
> 413-499-4321

Dated: August 24, 2004