COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss                                  Superior Court Department
                                             of the Trial Court

                                             04-30166-KPN

                                          ) Civil Action No. 04-2592-B
CAROLYN MIREK                             )
     Plaintiff                            )
vs.                                       )
                                          )
THE GUARDIAN LIFE INSURANCE               )
COMPANY OF AMERICA and BERKSHIRE )
LIFE INSURANCE COMPANY,                   )
     Defendants                           )
                                          )


## CIVIL ACTION - NOTICE OF NOTICE OF REMOVAL

Pursuant to 28 U.S.C. 1446(d) defendant The Guardian Life Insurance Company of America for itself and as successor in interest by merger to named defendant Berkshire Life Insurance Company hereby gives notice of its filing of the attached Notice of Removal of this action to the United States District Court for the District of Massachusetts. Accordingly, this Court may "proceed no further" with this action. 28 U.S.C. § 1446(d).

                        Attorneys for The Guardian Life
                        Insurance Company of America

                        By: _____
                        Edward K. Kimball, Esq.
                        David L. Kalib, Esq.
                        700 South Street
                        Pittsfield, MA 01201
                        413-499-4321

Dated: August 24, 2004