UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN MIREK )<br>Plaintiff )<br>vs. )<br> )<br>THE GUARDIAN LIFE INSURANCE )<br>COMPANY OF AMERICA and BERKSHIRE )<br>LIFE INSURANCE COMPANY )<br>Defendant )<br> )<br> ) | Civil No. 04-30166-MPN |

**CORPORATE DISCLOSURE STATEMENT**

Defendant The Guardian Life Insurance Company of America ("Guardian") for itself and as successor in interest by merger to named defendant Berkshire Life Insurance Company ("Berkshire") and pursuant to Local Rule 7.3(A), files this disclosure of corporate interests.

Effective July 1, 2001 Berkshire and its subsidiaries Berkshire Equity Sales Inc., and Berkshire Management and Research Corporation merged into Guardian. On that same date, Berkshire ceased corporate existence as the direct result of said merger.

The Guardian has thirteen affiliated and/or subsidiary companies as follows: First Commonwealth Inc.; Guardian Asset Management Corporation; The Guardian Insurance & Annuity Company, Inc.; Guardian Investor Services Corporation; Guardian Reinsurance Services Corporation; the Guardian Trust Company, FSB; Innovative Underwriters Inc.; Managed Dental Care of California, LLC; Managed DentalGuard of Texas, Inc; Park Avenue Life Insurance Company; Park Avenue Securities, LLC; Guardian Baille Gifford Limited; and Berkshire Life Insurance Company of America.

                    Attorneys for The Guardian Life
                    Insurance Company of America

                    By: _____
                    Edward K. Kimball, Esq.
                    David L. Kalib, Esq.
                    700 South Street
                    Pittsfield, MA 01201
                    413-499-4321

Dated: August 24, 2004