UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN MIREK | )    Civil Action No. 04-30166-KPN |
|        Plaintiff | ) |
| vs. | ) |
| | ) |
| THE GUARDIAN LIFE INSURANCE | ) |
| COMPANY OF AMERICA and BERKSHIRE | ) |
| LIFE INSURANCE COMPANY, | ) |
|        Defendants | ) |
| | ) |

## DEFENDANT'S ASSENTED TO MOTION TO ENLARGE TIME
## TO ANSWER, MOVE OR OTHERWISE RESPOND

PLEASE TAKE NOTICE that in light of Fed. R. Civ. P. 81(c) and pursuant to Fed. R. Civ. P. 6(b), The Guardian Life Insurance Company of America ("Guardian") as successor in interest by merger to named defendant, Berkshire Life Insurance Company ("Berkshire") hereby moves on behalf of all named defendants to enlarge the time in which defendants may answer, move or otherwise respond in this matter pursuant to Fed. R. Civ. P 12 et seq. until September 30, 2004.

Counsel for the parties have met, conferred and attempted in good faith to resolve or narrow the issue pursuant to L. R. Civ. P. 7.1(a)(2); and counsel for plaintiff has graciously assented to this motion.

As grounds for the motion, Guardian states that good cause exists as follows:

    1.     No previous extension in this matter has been requested or obtained; and

2.  Guardian is in the process of assembling full information on this matter from a regional insurance claims office in Pennsylvania; and

3.  Guardian is in the process of evaluating the retention of local outside counsel; and

4.  Guardian will act with all speed and diligence to complete the aforementioned functions and file a responsive pleading on or before September 30, 2004; and

5.  No party will be prejudiced as a result of this brief initial extension.

WHEREFORE in the interests of judicial efficiency, fair play and substantial justice it is respectfully requested that this honorable Court hereby order pursuant to Fed. R. Civ. P. 6(b) to enlarge the time in which Guardian may answer, move or otherwise respond in this matter pursuant to Fed. R. Civ. P 12 et seq. until September 30, 2004

Respectfully Submitted,
Attorneys for The Guardian Life
Insurance Company of America

By: _____
Edward K. Kimball, Esq.
David L. Kalib, Esq.
700 South Street
Pittsfield, MA 01201
413-499-4321

Dated: August 30, 2004

## Certificate of Service

I Edward K. Kimball, one of the attorneys for Guardian Life Insurance Company of America, successor by merger to named defendant Berkshire Life Insurance Company hereby certify that I served the foregoing document by causing a true copy thereof to be mailed by first class mail, postage pre-paid to:

Joanne D'Alcomo
Jager Smith PC
One Financial Center
Boston MA 02111
Attorney for Plaintiff

Attorney for The Guardian Life
Insurance Company of America

Edward K. Kimball

Dated:  August 31, 2004