**Commonwealth of Massachusetts**
**SUFFOLK SUPERIOR COURT**
Case Summary
Civil Docket

# SUCV2004-02592
## Mirek v Guardian Life Ins Co of America et al

| | | | | | |
|---|---|---|---|---|---|
| **File Date** | 06/14/2004 | **Status** | Disposed: transfered to other court (dtrans) | | |
| **Status Date** | 09/01/2004 | **Session** | B - Civil B | | |
| **Origin** | 1 | **Case Type** | A99 - Misc contract | | |
| **Lead Case** | | **Track** | F | | |

| | | | | | |
|---|---|---|---|---|---|
| **Service** | 09/12/2004 | **Answer** | 11/11/2004 | **Rule12/19/20** | 11/11/2004 |
| **Rule 15** | 11/11/2004 | **Discovery** | 04/10/2005 | **Rule 56** | 05/10/2005 |
| **Final PTC** | 06/09/2005 | **Disposition** | 08/08/2005 | **Jury Trial** | No |

### PARTIES

**Plaintiff**
Carolyn Mirek
Active 06/14/2004

**Private Counsel 544177**
Joanne D'Alcomo
Jager Smith
1 Financial Center
Boston, MA 02111
Phone: 617-951-0500
Fax: 617-951-2414
Active 06/14/2004 Notify

**Defendant**
Guardian Life Ins Co of America
Served: 08/05/2004
Served (answr pending) 08/23/2004

**Private Counsel 256820**
David L Kalib
700 South Street
c/o Berkshire Life Insurance
Pittsfield, MA 01201
Phone: 413-499-4321
Fax: 413-443-9391
Active 09/01/2004 Notify

**Private Counsel 636865**
Edward K Kimbal
Berkshire Life Insurance Company
700 South Street
Pittsfield, MA 01201
Phone: 413-499-4321
Fax: 413-443-9397
Active 09/01/2004 Notify

**Defendant**
Berkshire Life Ins Co
Served: 08/05/2004
Served (answr pending) 08/23/2004

**Private Counsel 256820**
David L Kalib
700 South Street
c/o Berkshire Life Insurance
Pittsfield, MA 01201
Phone: 413-499-4321
Fax: 413-443-9391
Active 09/01/2004 Notify

Commonwealth of Massachusetts
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

## SUCV2004-02592
### Mirek v Guardian Life Ins Co of America et al

Private Counsel 636865
Edward K Kimbal
Berkshire Life Insurance Company
700 South Street
Pittsfield, MA 01201
Phone: 413-499-4321
Fax: 413-443-9397
Active 09/01/2004 Notify

### ENTRIES

| Date | Paper | Text |
| --- | --- | --- |
| 06/14/2004 | 1.0 | Complaint |
| 06/14/2004 |  | Origin 1, Type A99, Track F. |
| 06/14/2004 | 2.0 | Civil action cover sheet filed |
| 07/26/2004 | 3.0 | Amended complaint of Carolyn Mirek (jury reqstd) |
| 08/23/2004 | 4.0 | SERVICE RETURNED: Guardian Life Ins Co of America(Defendant) (in hand) |
| 08/23/2004 | 5.0 | SERVICE RETURNED: Berkshire Life Ins Co(Defendant) (in hand) |
| 08/27/2004 |  | Copy of Petition for removal to US Dist (Western Division)of defts (US Dist #04-30166KPN) |
| 09/01/2004 |  | Case REMOVED this date to US District Court of Massachusetts |

### EVENTS

HEREBY ATTEST AND CERTIFY ON
Sept. 7, 2004 THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

Asst. Clerk.