UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN MIREK,<br><br>      Plaintiff<br><br>v.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA and BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA,<br><br>      Defendants | CIVIL ACTION<br>NO. 04-30166-KPN |

PLAINTIFF'S ASSENTED-TO MOTION TO EXTEND THE TIME IN WHICH TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

Plaintiff Carolyn Mirek hereby moves to extend the time in which she may respond to Defendants' Motion to Dismiss until after plaintiff's counsel's vacation, specifically to November 4, 2004. The defendants have assented to this motion. Plaintiff's counsel has been busy with the pre-vacation crunch and is going out of the country on vacation for two weeks. Plaintiff requests that the court allow the extension.

Respectfully submitted,

PLAINTIFF CAROLYN MIREK
By her Attorney,

/s/ Joanne D'Alcomo

Joanne D'Alcomo
BBO #544177
JAGER SMITH P.C.
One Financial Center
Boston, MA 02111
(617) 951-0500

ASSENTED TO:

THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA and
BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA,
By their attorneys,

      /s/ Edward K. Kimball
*_____
Edward K. Kimball
BBO #636865
BERKSHIRE LIFE INSURANCE
   COMPANY OF AMERICA
700 South Street
Pittsfield, MA 01201-8285
Phone: 413-499-4321

*Per telephone authorization

3

CERTIFICATE OF SERVICE

    I hereby certify that I forwarded a copy of the foregoing document to all interested parties, by electronic filing to Edward K. Kimball, Esq. Berkshire Life Insurance Company of America, 700 South Street, Pittsfield, MA 01201-8285.

Date of Service:     October 14, 2004

                                                        /s/ Joanne D'Alcomo

                                                        Joanne D'Alcomo