UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN MIREK, )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>THE GUARDIAN LIFE INSURANCE )<br>COMPANY OF AMERICA and )<br>BERKSHIRE LIFE INSURANCE )<br>COMPANY OF AMERICA, )<br>)<br>    Defendants ) | CIVIL ACTION<br>NO. 04-30166-KPN |

PLAINTIFF'S ASSENTED-TO MOTION TO AMEND COMPLAINT TO
SUBSTITUTE NAME OF PARTY

Plaintiff Carolyn Mirek hereby moves, with the assent of the defendants, to substitute the name of "Berkshire Life Insurance Company of America" in place of "Berkshire Life Insurance Company" as the name of one of the defendants. The amendment is necessary because plaintiff erroneously failed to add "of America" to the name of one of the defendants, even though the Chapter 93A demand letter had been properly addressed to "Berkshire Life Insurance Company of America." A proposed Second Amended Complaint accompanies this motion.

                                                 Respectfully submitted,

                                                 PLAINTIFF CAROLYN MIREK
                                                 By her Attorneys,

                                               /s/ Joanne D'Alcomo
                                               _____

                                               Joanne D'Alcomo
                                               BBO #544177
                                               JAGER SMITH P.C.
                                               One Financial Center
                                               Boston, MA 02111
                                               (617) 951-0500

ASSENTED TO:

THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA and
BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA,
By their attorneys,

 /s/ Edward K. Kimball

\*_____
Edward K. Kimball
BBO #636865
BERKSHIRE LIFE INSURANCE
    COMPANY OF AMERICA
700 South Street
Pittsfield, MA 01201-8285
Phone: 413-499-4321

\*Per email authorization

## CERTIFICATE OF SERVICE

    I hereby certify that I forwarded a copy of the foregoing document to all interested parties, by electronic filing to Edward K. Kimball, Esq. Berkshire Life Insurance Company of America, 700 South Street, Pittsfield, MA 01201-8285.

Date of Service:    October 13, 2004

                                                      /s/ Joanne D'Alcomo

                                                    Joanne D'Alcomo