UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


CAROLYN MIREK

                                                                       CASE NO.  04-30166-MAP

V.

THE GUARDIAN LIFE INS. CO OF AMERICA


**NOTICE**


    PLEASE TAKE NOTICE that the above-entitled case has been set for a HEARING ON MOTION TO DISMISS on FEBRUARY 8, 2005 at 2:00 P.M., before Michael A. Ponsor, U.S. D.J In Courtroom # __1__ on the __5th__ floor.


                                                                     TONY ANASTAS,
                                                                     CLERK OF COURT

    12/7/04
_____     By: /s/ Elizabeth A. French
      Date                                                           Deputy Clerk


Notice sent to:

All counsel of record via mail and electronically


(Notice of Hearing.wpd - 7/99)                                               [kntchrgcnf.]
                                                                                                [ntchrgcnf.]