UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
CAROLYN MIREK,                )
        Plaintiff             )
                              )
     v.                       )  CIVIL ACTION NO. 04-30166-MAP
                              )
THE GUARDIAN LIFE INSURANCE   )
COMPANY OF AMERICA, ET AL,    )
        Defendants            )
```

<u>MEMORANDUM AND ORDER REGARDING
DEFENDANTS' MOTION TO DISMISS</u>
(Docket No. 6)

February 9, 2005

**PONSOR, U.S.D.J.**

Counsel appeared before this court on February 8, 2005 for argument on defendant's Motion to Dismiss, directed at Counts III and IV of the complaint. At that time, the court indicated it would allow the motion. The reason for this ruling may be found in the First Circuit's decision in <u>Reicher v. Berkshire Life Ins. Co. of America</u>, 360 F.3d 1 (1st Cir. 2004). In that case, the plaintiff made precisely the same arguments against the same defendant in this case, seeking application of Massachusetts law. The First Circuit affirmed the dismissal of the Massachusetts claims on the ground that the plaintiff was domiciled in Maryland, the policies were delivered and paid in Maryland, and the benefits were distributed in Maryland through an insurer licensed in Maryland. Connecticut stands in the same

position in this case as Maryland stood in the <u>Reicher</u> case. The First Circuit's reference to a specific Maryland statute was a clincher in the <u>Reicher</u> case, but was not essential to the court's logic.  Thus, while <u>Reicher</u> may not be exactly on all fours, its analysis must control the outcome here.

For the foregoing reasons, the defendant's Motion to Dismiss Counts III and IV of the amended complaint is hereby ALLOWED.

It is So Ordered.[1]

>       /s/ Michael A. Ponsor
>       MICHAEL A. PONSOR
>       U. S. District Judge

---

[1] The court by separate order has established a schedule pursuant to Fed. R. Civ. P. 16 for completion of pretrial proceedings.