UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CAROLYN MIREK,        )
    Plaintiff    )
                  )
    v.            ) CIVIL ACTION NO. 04-30166-MAP
                  )
THE GUARDIAN LIFE INSURANCE )
COMPANY OF AMERICA, ET AL,  )
    Defendants   )

PRETRIAL SCHEDULING ORDER

February 9, 2005

PONSOR, D.J.

    Following allowance of the defendants' Motion to Dismiss Counts III and IV of the complaint, the court conducted a brief scheduling conference pursuant to Fed. R. Civ. P. 16. Based on counsel's representations, the court orders as follows:

    1. All interrogatories and requests for production will be served no later than April 15, 2005.

    2. All non-expert depositions will be completed by September 30, 2005.

    3. On or before October 15, 2005, the plaintiff will convey to the defendants a report as required by Fed. R. Civ. P. 26(a)(2) regarding any expert whose opinion will be offered at trial.

    4. Defendants will convey their Rule 26(a)(2) reports to the plaintiff no later than November 15, 2005.

    5. All expert depositions will be completed and all discovery will close by December 31, 2005.

    6. Counsel will appear again before this court for a final pretrial conference on January 12, 2006 at 2:00 p.m. At least five days prior to the conference counsel will file final pretrial memoranda in accordance with the attached order. <u>Please note</u>:

**failure to file a final pretrial memo as ordered may result in default or dismissal.**

**It is So Ordered.**

                                      <u>/s/ Michael A. Ponsor</u>
                                      **MICHAEL A. PONSOR**
                                      **United States District Judge**