UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN MIREK<br>           Plaintiff,<br><br>v.<br><br>THE GUARDIAN LIFE INSURANCE<br>COMPANY OF AMERICA and BERKSHIRE<br>LIFE INSURANCE COMPANY OF<br>AMERICA,<br>           Defendants. | )<br>)<br>)<br>) 04-30166-MAP<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

NOW COMES David B. Crevier and hereby enters his appearance on behalf of Defendants Guardian Life Insurance Company of America and Berkshire Life Insurance Company of America in the above entitled matter.

Respectfully Submitted,

Defendants The Guardian Life Insurance
Company of America and Berkshire Life
Insurance Company of America

By:

CREVIER & RYAN, LLP.

David B. Crevier, Bar No. 557242
1500 Main Street, Suite 2020
Springfield, MA 01115-5727
Tel: 413-787-2400
Facsimile: 413-781-8235
Email: dcrevier@crevierandryan.com

## CERTIFICATE OF SERVICE

I certify that I served a true copy of the foregoing on all counsel of record said service having taken place this 11th day of March 2005.

F:\Files\Berkshire Life\Mirek\Notice of Appearance.doc