# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN MIREK<br>          Plaintiff,<br><br>v.<br><br>THE GUARDIAN LIFE INSURANCE<br>COMPANY OF AMERICA and BERKSHIRE<br>LIFE INSURANCE COMPANY OF<br>AMERICA,<br>          Defendants. | 04-30166-MAP |

**AFFIDAVIT OF DAVID B. CREVIER IN SUPPORT OF
DEFENDANTS' MOTION TO COMPEL THE PRODUCTION OF
DOCUMENTS IN ACCORDANCE WITH THE SUBPOENA DUCES TECUM
ISSUED TO THE KEEPER OF THE RECORDS OF SRIMA L. NISSANKA, LCSW**

NOW COMES David B. Crevier, and under oath does hereby state and depose:

1. My name is David B. Crevier and I am the attorney for Defendants in the above captioned case.

2. All averments made herein are based on my personal knowledge.

3. On or about May 26, 2005, I spoke with Joanne D'Alcomo, Esq. ("Plaintiff's attorney") regarding the deposition subpoena duces tecum for Srima L. Nissanka, LCSW. At that time, Plaintiff's Attorney told me that Ms. Nissanka would be objecting to the production of medical records and deposition relating to Plaintiff.

4. Our office did not receive a written objection from Ms. Nissanka until August 1, 2005 when one was faxed to us by Plaintiff's counsel.

5. On July 25, 2005, our office left a message for Ms. Nissanka requesting that she call back to schedule her deposition. Ms. Nissanka did not call back.

6. Our office left follow up messages for Ms. Nissanka on July 26, 2005 and July 27, 2005. On July 27, 2005, Ms. Nissanka called our office and stated that she would send us the requested records in lieu of scheduling a deposition. To date, this office has not received any records from Ms. Nissanka.

7. By teleconference during the week of July 22, 2005, Plaintiff's counsel told Defendants' counsel that Ms. Nissanka would neither produce the documents, nor agree to be deposed.

8. By a telephone conversation with our office on August 9, 2005, Ms. Nissanka refused to produce the subpoenaed documents and refused to testify to any matters relating to Plaintiff treatment with her.

9. Exhibit B, attached hereto, is a true and accurate copy of the subpoena duces tecum served on the Keeper of the Records for Srima L. Nissanka, LCSW.

10. Exhibit C, attached hereto, is a true and accurate copy of the subpoena duces tecum served on Srima L. Nissanka, LCSW.

11. Exhibit D, attached hereto, is a true and accurate copy of emails exchanged between Attorney Crevier and Attorney D'Alcomo on August 1, 2005.

12. Exhibit E, attached hereto, is a true and accurate copy of the letter faxed by Plaintiff's attorney to our office on August 1, 2005.

13. Exhibit F, attached hereto, is a true and accurate copy of a fax dated February 19, 2002 and transmitted to Berkshire Life Insurance Company of America from Plaintiff and provided to our office as part of Plaintiff's claim file.

14. Exhibit G, attached hereto, is a true and accurate copy of a fax dated May 2, 2002 and transmitted to Berkshire Life Insurance Company of America from Plaintiff and provided to our office as part of Plaintiff's claim file.

15. Exhibit H, attached hereto, is a true and accurate copy of pages 1, 15, 19 and 20 of Plaintiff's Response to Interrogatories Propounded by Berkshire Life Insurance Company of America.

16. Exhibit I, attached hereto, is a true and accurate copy of pages 115, 116, 122, 123, 230, 231, 232 and 233 from the transcript of the Deposition of Carolyn Mirek, taken on behalf of the Defendants in <u>Carolyn T. Mirek, et al. vs. Aero Med Ltd, et al.</u>, State of Connecticut, Case No. X03CV020516496S on the 7th day of January.

Signed under the pains and penalties of perjury this 9th day of August, 2005.

David B. Crevier

Exhibit B

## DEPOSITION SUBPOENA: DUCES TECUM
### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN MIREK<br><br>        Plaintiff,<br><br>v.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA and BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA<br>        Defendants. | 04-30166-MAP |

To:    The Keeper of Records for
Srima L. Nissanka, LCSW
Vernon Professional Building
281 Hartford Turnpike, Suite 501
Vernon, CT 06066

    YOU ARE HEREBY COMMANDED in the name of the United States in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure to appear and testify before a Notary Public, or before some other office authorized by law to administer oaths, at the offices of Crevier & Ryan, LLP, 1500 Main Street, Suite 2020, Springfield, MA 01115, commencing at 11:30 A.M. on June 10, 2005, and to testify as to your knowledge at the taking of the deposition in the above-entitled action. You are further required to bring with you the documents set forth in Exhibit A attached hereto.

    Hereof fail not, as you will answer your default under the pains and penalties in the law in that behalf made and provided.

Dated at Springfield the 13 day of May, 2005.

_____
David B. Crevier, BBO# 557242
Attorney for the Defendant
Crevier & Ryan, LLP
1500 Main Street, Suite 2020
Springfield, MA 01115-5727
Tel: (413) 787-2400

cc:    Philbin and Associates
        Joanne D'Alcomo, Esq.
        Edward K. Kimball, Esq.

\*No appearance may be necessary if: 1) the documents enumerated in Exhibit A are produced and received by Defendant's Counsel at his office on or before June 3, 2005; and 2) the attached Medical Records Affidavit is endorsed and produced with the records. Defendant's Counsel is: David B. Crevier, Crevier & Ryan, LLP, 1500 Main Street, Suite 2020, Springfield, MA 01115-5727, (413) 787-2400.

## Exhibit A

The deponent is hereby commanded to produce for inspection and copying at the time and place established herein for the deposition, the following documents regarding the care and treatment rendered to the Plaintiff, Carolyn Mirek, date of birth September 21, 1963, Social Security No. 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 ("Ms. Mirek"):

1) Any and all medical records and like documents, including but not limited to; all treatment notes, all documents memorializing diagnostic test performed on Ms. Mirek, including test results; any and all compilation of test data; any and all correspondence to or from other physicians or care providers;

2) Any and all documents authored by or received from Ms. Mirek;

3) Any and all documents memorializing medication prescribed to Ms. Mirek;

4) Any and all documents memorializing any opinion as to disability or incapacity;

5) All correspondence between the Deponent and the Defendants Guardian Life Insurance Company of America and Berkshire Life Insurance Company of America, and the like, and;

6) All correspondence between the Deponent and any other insurance company to whom Plaintiff has submitted a claim for disability benefits or Worker's Compensation Benefits.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN MIREK<br>Plaintiff,<br><br>v.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA and BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA<br>Defendants. | )<br>)<br>)<br>)<br>) 04-30166-MAP<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT AND CERTIFICATION FOR THE KEEPER OF THE RECORDS FOR SRIMA L. NISSANKA, LCSW

Now comes, _____ (Keeper of the Records) and hereby states and deposes:

1. Attached hereto are ____ pages of authentic and genuine exact copies of records made and kept in the regular course of business of Srima L. Nissanka, LCSW and pertaining to the care and treatment rendered Carolyn Mirek, Social Security No. 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.

2. It is a regular practice of Srima L. Nissanka, LCSW to make and keep medical records, test results and the like such as those attached hereto.

3. Such records are in the same conditions they were in when they were first made by Srima L. Nissanka, LCSW

4. Such records were made at or shortly after the time of the event they record.

5. Such records were either made by a person with knowledge of the underlying facts they record or from information transmitted by such a person to another.

Signed under the pains and penalties of perjury this ____ day of _____ 2005.

_____
Keeper of the Records for Srima L. Nissanka, LCSW

# Exhibit C

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN MIREK )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>THE GUARDIAN LIFE INSURANCE )<br>COMPANY OF AMERICA and BERKSHIRE )<br>LIFE INSURANCE COMPANY OF )<br>AMERICA )<br>    Defendants. ) | 04-30166-MAP |

## DEPOSITION SUBPOENA: DUCES TECUM

To: Srima L. Nissanka, LCSW
   Vernon Professional Building
   281 Hartford Turnpike, Suite 501
   Vernon, CT 06066

  YOU ARE HEREBY COMMANDED in the name of the United States in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure to appear and testify before a Notary Public, or before some other office authorized by law to administer oaths, at the offices of Crevier & Ryan, LLP, 1500 Main Street, Suite 2020, Springfield, MA 01115, commencing at 10:00 A.M. on August 25, 2005, and to testify as to your knowledge at the taking of the deposition in the above-entitled action. You are further required to bring with you the documents set forth in Exhibit A attached hereto.

  Hereof fail not, as you will answer your default under the pains and penalties in the law in that behalf made and provided.

  Dated at Springfield the ___ day of August 2005.

_____
David B. Crevier, BBO# 557242
Attorney for the Defendant
Crevier & Ryan, LLP
1500 Main Street, Suite 2020
Springfield, MA 01115-5727
Tel: (413) 787-2400
Fax: (413) 781-8235

cc: Joanne D'Alcomo, Esq.
   Edward K. Kimball, Esq.

## Exhibit A

The deponent is hereby commanded to produce for inspection and copying at the time and place established herein for the deposition, the following documents pertaining to the Plaintiff, Carolyn Mirek, date of birth September 21, 1963, Social Security No. 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 ("Ms. Mirek"):

1) Any and all medical records and like documents, including but not limited to; all treatment notes, all documents memorializing diagnostic test performed on Ms. Mirek, including test results; any and all compilation of test data; any and all correspondence to or from other physicians or care providers;

2) Any and all documents authored by or received from Ms. Mirek;

3) Any and all documents memorializing medication prescribed to Ms. Mirek;

4) Any and all documents memorializing any opinion as to disability or incapacity;

5) All correspondence between the Deponent and the Defendants Guardian Life Insurance Company of America and Berkshire Life Insurance Company of America, and the like, and;

6) All correspondence between the Deponent and any other insurance company to whom Plaintiff has submitted a claim for disability benefits or Worker's Compensation Benefits.

# Exhibit D

|  |  |
|---|---|
| From: | David Crevier |
| To: | D'Alcomo, Joanne |
| Date: | 8/1/05 4:41PM |
| Subject: | RE: mirek |

Joanne:

First, Ms. Mirek's emotional state is in question. To the extent that she alleges emotional harm based on many sources, we are allowed to discover the extent -- if any -- that her alleged emotional distress-- is attributable to any alleged wrongs of my clients.

Second, we don't believe that Ms. Mirek was disabled from her job. Rather, based on the evidence we have seen, Ms. Mirek was searching for another hygienist position before she left Dr. Burstein. Moreover, we believe to the extent that Ms. Mirek honestly believed that she was disabled, it was more attributable to her fear of the rare occurrences associated with some allergies than due to any real risk that she had. Since she admittedly discussed her anxiety of the latex allergy with Ms. Nissanka, this is discoverable.

When are you available next week so that this can be heard by the Court?

David

David B. Crevier, Esq.
Crevier & Ryan, LLP
1500 Main Street, Suite 2020
Springfield, MA 01115-5532
(413) 787-2400; fax (413) 781-8235
Dcrevier@crevierandryan.com

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

>>> "Joanne D'Alcomo" <jdalcomo@jagersmith.com> 08/01/05 01:25PM >>>
David,
  I still don't understand why you think it's relevant. Carolyn can't recover against Berkshire/Guardian for emotional distress relating to her leaving her job -- she can only recover emotional distress relating to the actions of Berkshire/Guardian and not paying. And she doesn't have an "alleged latex allergy" -- even the defendants admit she has a latex allergy! It's in the file!
 In any event, I view this as needlessly intrusive. It is particularly odd to schedule her deposition since you don't have the records. What on earth would you ask her? She certainly wouldn't remember the content of the records anyway . So, it looks like it's just an effort to harass the therapist. As a matter of principle, I won't have the client waive the privilege, and nope, the therapist won't appear.

      Joanne

p.s. It seems to me that you guys think this is some kind of pressure point for Carolyn. You are mistaken, but Berkshire will apparently have to continue to spend money to find that out!

Exhibit E

# JAGER SMITH P.C.

COUNSELORS AT LAW

ONE FINANCIAL CENTER
BOSTON, MASSACHUSETTS 02111
telephone 617 951 0500
facsimile 617 951 2414
www.jagersmith.com

## FACSIMILE TRANSMITTAL COVER SHEET

| Name | Firm/Company | Facsimile Number | Voice Number |
|---|---|---|---|
| David B. Crevier, Esq. | Crevier & Ryan LLP | 413-781-8235 | 413-787-2400 |

DATE: August 1, 2005  3:41 PM
FROM: Phyllis Jones (e-mail: pjones@jagersmith.com)
CLIENT NO: 5233.01

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: __2__

COMMENTS:

Attorney Crevier,

Following is a copy of the letter that Srimathie Nissanka, Carolyn Mirek's Social Worker sent to your office on or about May 30, 2005.

If you need anything further, please do not hesitate to contact me.

Thank you for your attention to this matter.

Phyllis A. Jones
Litigation Paralegal

This will be the only form of delivery of the transmitted document.

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service, without making a copy. Thank you.

BY FACSIMILE: 413-781-8235

David Crevier, Esquire
Crevier & Ryan, LLP
1500 Main Street, Suite 2020
Springfield, MA 01115-5727

Re: Carolyn Mirek

Dear Mr. Crevier:

This letter is to object to the subpoena that was served on my office concerning Carolyn Mirek. The objection is made on the grounds of privilege and also because the information in the treatment records is highly personal to Carolyn Mirek and disclosure would be intrusive.

Very truly yours,

Srimathie Nissanka, LCSW
5·30·05