# **naplesnews**.com | Naples Daily News

Front page | Local news | Weather | Entertainment | Classified | Community | GoShopNaples

Naples | Bonita | Marco | Florida | Sports | Business | Real Estate | Neapolitan | Religion | Homes

# Naples/Collier news



FREE EMAIL
SIGN-UP FOR
YourName@simple.inter.net

E-mail this story to a friend...

# Latex: When protection is a danger

**Sunday, July 4, 1999**

**By ANNEELENA FOSTER, Staff Writer**

*"I still remember quite a lot of things," Mark says quietly, looking at his knuckles. "She used to drive me to school every day...We used to fish...We used to go to the beach almost every day of the week, building sand castles.*

*"We would go to restaurants and she used to always play jokes on the waiters, and if we'd go through a drive-thru, my dad is shy, so my mom would yell, 'Supersize it!' "*

*The 12-year-old smiles wistfully, enjoying his memories.*

*"We used to go a lot of places when she wasn't sick."*

She's sick now. Karen Vivonetto has a life-threatening latex allergy.

Her body's reaction to anything containing natural rubber latex is so violent it could kill her. It might start with itching in her mouth and ears. The red flushing quickly follows, then the outrageous swelling, with her face and lips suddenly



**"Full awake nightmare, that's what I call life with latex allergy," says Karen Vivonetto, who holds her daughter Sophia, 1, in her lap. Karen lives her life in**

**Shop:**
Online for cool stuff from Naples Daily News.

**Coupons:**
Save at local area businesses.

**Advertise...**
...on the Internet! Find out our rates and details.

**Subscribe:**
Get the print edition of the Daily News delivered to your door.

**Internet Access**
Choose from 3 monthly rate plans.



Postcards
SEND ONE FOR FREE

**Latex: When protection is a danger**

distending as though she'd been beaten.

*fear of latex, which she has been highly allergic to for the past two years. Should Karen be in an accident or become unconscious, stickers on Karen's car windows warn emergency medical services not to help her because their latex gloves and the latex powder residue could cause her to die. Sylwia Kapuscinski/Staff*

If she has a full anaphylactic crisis, her heart could fail and her trachea could close. She could suffocate inside her own body.

It's nearly happened, countless times. Even in front of her five children.

"My 15 year-old will hold my (oxygen) mask to my face. My 12-year-old is getting my syringe ready saying, 'Do you want me to give it to you?' They are not scared of giving me the shot. They are as well-trained as most nurses," says Karen, a registered nurse herself. "When they're there, I feel real safe. After, you can see the fear on their faces like, 'Please don't do that again.' "



This isn't some freak malady. The American Nurses Association calls latex allergy "a serious medical problem for a growing number of patients and a disabling occupational disease among health-care workers."

*Karen's joints hurt and she gets sleepy from all the medicine she takes. Her kids ask her "why can't you be the way you used to be? Why aren't you funny anymore?". Mark remembers his mother when "she looked way different from now, she never had bags under her eyes, she was never always in pain." Sylwia Kapuscinski/Staff*

Some estimates hold that latex sensitivity affects up to 8 percent of the population and up to 18 percent of health-care workers, the most studied group.

But anyone who regularly contacts or uses latex, gloves in particular, is at risk of becoming sensitized.

hat means food service workers, florists, janitorial personnel, dental care providers and their patients, meat cutters...

**Latex: When protection is a danger**

their sensitivity is so pronounced that even the microscopic rubber



DISABILITY INSURANCE
2002 MAY -3 AM 9: 52
RECEIVED

# naplesnews.com | Naples Daily News

Front page | Local news | Weather | Entertainment | Classified | Community | GoShopNaples

Naples | Bonita | Marco | Florida | Sports | Business | Real Estate | Neapolitan | Religion | Homes

## Naples/Collier news


FREE EMAIL
SIGN-UP FOR
YourName@naplesnews.net

E-mail this story to a friend...

# Latex: It could happen to anyone

Sunday, July 4, 1999

Previous: Introduction | Next: How life has changed


GO
SHOP NAPLES!
Find websites, print and coupons and today's NDN print ads.

It happened to Karen after a 20-year career at Naples Community Hospital.

Nursing was her first great love. It was a way to put her natural instincts for excitement and nurturing together for useful purposes.

"She never came home from work," Jack says.

"I mean, I came home and I left work at the office, but she'd be tired, exhausted, and that beeper would go off and she'd grab the phone."

Jack dresses Jacob in a tuxedo for a wedding in which Jacob is a ring bearer. Karen's mother thinks "Jack has been an angel. She's very lucky to have him." Jack says his wife's "ability to respond to kids in a motherly way is limited." *Sylvia Kapuscinski/Staff*

Karen specialized in obstetrics, in bringing life. Her former colleagues say her love of her work was palpable, her humor and enthusiasm an inspiration.

"She was a great nurse. The best we had," said Mary Smith, a fellow nurse in labor and delivery. "If her patients needed her, she would stay. We served a lot of indigent patients, people with a lot of needs, and she would give them her phone number and they called her at home."

**Shop:**
Online for cool stuff from Naples Daily News.

**Coupons:**
Save at local area businesses.

**Advertise:**
...on the Internet! Find out our rates and details.

**Subscribe:**
Get the print edition of the Daily News delivered to your door.

**Internet Access**
Choose from 3 monthly rate plans.





Karen, right, attends to her son Jacob, 3, who has a
104 degree temperature. The family needed to wait
for his father to bring him to a doctor since Karen
cannot go. After Jack came back with his son from
the doctor's office, they took off all of their clothes
and put them in ziplock bags and then went straight
to take shower. Six years ago Fernanda Zabala, left,
helped to take care of the kids, now she also takes
care of Karen. *Sylwia Kapuscinski/Staff*

K...
st...
th...
L...
C...
at...
N...
pr...
su...
an...
eq...
services
mi...
mo...
Sh...
he...
st...

a satellite clinic for high-risk pregnancies, taught prenatal education,
C-section preparation classes and the popular sibling class for
expectant brothers and sisters. There seemed no end to her energy or
devotion, her peers say.

But there was an end. Karen had just arrived home one evening in
1996 when a desperate patient called, suffering from a distressing
lactation problem. Karen got permission to make a house call and
took some gloves along for examining the mom and baby.

By the time she returned home, minutes after finishing with the
patient, her face was swollen so badly she could barely see. Her
breathing was labored, her heart racing. She didn't know what was
happening or why, and her mouth was so swollen she couldn't talk.

Jack rushed her to the emergency room, where she was treated for
anaphylaxis, a potentially fatal allergic reaction. Karen says the
treating physician told her that another three minutes and they
wouldn't have been able to pull her back.

She was later diagnosed with a severe allergy to natural rubber latex,
or NRL. At the time, it meant nothing to her, she'd never even heard
of it. But illness is a ruthless educator.

She gained a
frightening, first-
hand understanding
of anaphylaxis, of
urticaria, of
tachycardia. She
learned about
cross-reactive

DISABILITY INSURANCE CLAIMS
2002 MAY -3  AM 9: 52
RECEIVED

allergens, about foods that have proteins so similar to NRL that her body would respond as if to rubber - no more potatoes, no avocado, no bananas.



Karen wears oxygen because of severe asthma and always brings with hear a latex free case. Jack carries the case which includes everything Karen would need to resuscitate her. Karen says "After a person gets sick life takes on a new meaning." Her husband thinks Karen suffers tremendously. *Sylvia Kapuscinski/Staff*

And she learned about the ubiquity of latex in her field. It was everywhere - gloves, equipment, in the air and in the hair of colleagues. Every time someone snapped a glove on or peeled one off, latex-laden powder puffed out in what, for her, was a silent, toxic cloud.

"I didn't know I would get worse, I didn't know what would happen. I was totally uneducated about it," she says, "and no one told me."

So like most people who learn they have latex allergy, Karen simply coped, enduring her symptoms, taking medications to suppress her reactions, unaware that she was irretrievably poisoning her system.

The hospital won't say what led to the administrative decision to relieve Karen of her duties in 1997. NCH spokeswoman Debbie Curry says employee confidentiality precludes her from saying much, but she read a formal statement:

"This is a significant human resources issue that we have been working on with Mrs. Vivonetto to see she is afforded benefits relative to her particular situation," Curry read, "and due to the nature of the issue we feel that further comment would be inappropriate."

Previous: Introduction | Next: How life has changed



**Feedback**

Comments? Questions? Suggestions? E-mail the website crew at info@naplesnews.com. You can also use our directory to e-mail our staff directly. Or, express your opinion in a letter to the editor.

**naplesnews**.com | Naples Daily News

Front page | Local news | Weather | Entertainment | Classified | Community | GoShopNaples

Naples | Bonita | Marco | Florida | Sports | Business | Real Estate | Neapolitan | Religion | Homes

# Naples/Collier news

E-mail this story to a friend...

# Latex: How life has changed

Sunday, July 4, 1999

Previous: It could happen to anyone | Next: Coping with the problem

Once a riotous bundle of fun, the former "Hurricane Karen" is essentially an invalid now. Her blood oxygen is so low, she almost always takes supplemental oxygen through the mask.

She regularly uses more than a dozen medications.

- Steroids suppress her body's immune responses.

- Bronchodialators aid her breathing.

- Diuretics help reduce the incredible water weight gain caused by the steroids.

- Phenergan is to control her nausea

- Antihistamines are to control allergic reactions.

- Potassium supplements counteract the effects of the diuretics.

- Reglan is used to treat the stomach ulcers caused by the steroids.

- An anti-depressant eases the emotional trauma . . . . . .



Karen takes nine prescriptive pills, variety of vitamins and minerals and four inhalers. The medications she needs costs over $1000 a month. "My body is pretty painful, not to mention the stress of being homebound."
*Sylvia Kapuscinski/Staff*



**Shop:**
Online for cool stuff from Naples Daily News.

**Coupons:**
Save at local area businesses.

**Advertise...**
...on the Internet! Find out our rates and details.

**Subscribe:**
Get the print edition of the Daily News delivered to your door.

**Internet Access**
Choose from 3 monthly rate plans.



Latex: How life has changed

Her old hilarity has flattened to a dark, deadpan humor.

Her anoxia (low blood oxygen) sometimes does alarming things to her coloring. Mottling covers her skin, her extremeties take on tones of blue.



There are moments when Jack has to explain to his kids the situation their mother is going through. "It's something they are going to deal with for the rest of their lives". "Mark is more receptive to the situation, he tries to understand" says Jack. *Sylvia Kapuscinski/Staff*

"Purple's my favorite color, but I'm starting to hate it because I live it," she says. "The other day Marky said, 'Mom, your lips are navy blue,' and I said, 'Are they? I look good in blue, don't I?' You have to make humor out of it because they're so scared."

Though she discusses the physical effects of the allergy with a comic irreverence, the emotional impact it's had embarrasses her. She cannot bear her own neediness.

Twenty years as a healer haven't taught her to nurture herself, and sometimes her sense of isolation is so profound, so devastating, that all she can do is fold inward - away from the family vitality that she's just a spectator to now. Those moments of



On the way to the wedding Karen prepares epinephrine which relieve her respiratory distress in case of a bad reaction. *Sylvia Kapuscinski/Staff*

despair are distasteful to her, she says, and better kept to herself.

"Who am I going to tell? My kids? That's not fair. They're kids. And my husband, geez, he's already worrying about everything else," she says. "He can't worry about this, too."

Friends say after their children came, the Vivonettos started

DISABILITY INSURANCE OFFICE
2002 MAY -3 AM 9: 51
RECEIVED

throwing parties at their house so they could still socialize, because they could not bear to leave the children out of anything. But now Karen cannot go to their games, school plays, teacher conferences, doctor appointments, shopping trips.

And the simple tasks she so desperately misses just pile on top of Jack's responsibilities until sometimes the sheer mass robs him of his old joy in them.

**Previous: It could happen to anyone | Next: Coping with the problem**



### Feedback

Comments? Questions? Suggestions? E-mail the website crew at info@naplesnews.com. You can also use our directory to e-mail our staff directly. Or, express your opinion in a letter to the editor.



Entire contents © 1999 Naples Daily News. All rights reserved.
Published in Naples, Florida. A Scripps Howard newspaper.
Please read our user agreement and privacy policy.

DISABILITY INSURANCE CLAIMS
2002 MAY -3  AM 9:51
RECEIVED

4/29/02

microscopic rubber offal from car tires, carried on the breeze to their skin or lungs, could cause a fatal reaction.



It is a progressive illness; it gets worse - never better - over time. The best sufferers can hope for is stasis, to simply stop going downhill. By

Karen greets her cousin Marvin Hudson and his wife Evelyn before a family wedding while holding her daughter Sophia. Wearing an oxygen mask to help her poor breathing due to severe asthma caused by Karen's allergy to latex, she waited in her car until the bride walked down the aisle for fear that perfumes, latex in clothing and latex powder left over from cleaning the church would cause her to have a life-threatening reaction. *Sylvia Kapuscinski/Staff*

strictly controlling their environments and eliminating exposure to rubber and related allergens, maybe they can slow the deterioration in their bodies. Maybe.

But there is no cure.

Few know this as well as Karen and Jack Vivonetto. Theirs is a life now twisted in knots by Karen's latex allergy. But it used to be the American dream.

Like Job in the Bible, the Vivonettos were proof that goodness is rewarded - work hard, follow the rules - then find true love, have wonderful children and live a life full of fun and bliss in a beautiful home in a paradise called Naples.

Karen says her husband now "has the responsibility of anything that happens outside of the house". He's so exhausted, he has to do everything". Jack explains, "I always think what's the next thing I have to do, how soon do I need to get back, there's no relief." "Even the kids friends, like Arnold Travino, left, try to help. *Sylvia Kapuscinski/Staff*

But like Job, they also became proof that goodness is sometimes irrelevant, that suffering happens, that needless misery strikes even the most blessed.

http://www.naplesnews.com/today/local/latex1.htm

DISABILITY INSURANCE

2002 MAY -3 AM 9: 52

RECEIVED

4/29/02

May 03 02 04:43p                                                                P.5
Case 3:04-cv-30166-RGS    Document 20-4    Filed 06/09/2005    Page 10 of 20
Latex: When protection is a Danger                                        Page 4 of 4

"A dear friend told me once that the same rain falls on all of us. I
think of that every day," she says from under her oxygen mask,
standing in the home that is now just her beautiful prison.

"It can happen to anyone, to anyone."

**Next: It could happen to anyone**

---



### Feedback

Comments? Questions? Suggestions? E-mail the website crew at
info@naplesnews.com. You can also use our directory to e-mail our staff
directly. Or, express your opinion in a letter to the editor.

---



Entire contents © 1999 Naples Daily News. All rights reserved.
Published in Naples, Florida. A Scripps Howard newspaper.
Please read our user agreement and privacy policy.

**naplesnews**.com | Naples Daily News

Front page | Local news | Weather | Entertainment | Classified | Community

Naples | Bonita | Marco | Florida | Sports | Business | Real Estate | Neapolitan | Religion | Homes

# Naples/Collier news

FREE EMAIL
SIGN-UP FOR
Your Name@naples.newstar

GO
SHOP NAPLES
Find weather, email
info, coupons and
today's high and low

E-mail this story to a friend...

# Naples woman sues latex makers for $20 million over crippling allergy

Tuesday, June 8, 1999

By ANNEELENA FOSTER, Staff Writer

A local woman who has seen her world shrink from a busy circuit of work, parenting and volunteerism to virtual captivity in her own home has filed suit against the companies she says are responsible for the collapse of her health. Karen Vivonetto suffers from a life-threatening latex allergy that she says could have been avoided.

Attorneys for the longtime Naples resident filed a $20 million lawsuit in federal court against at least 13 manufacturers of latex gloves or their subsidiaries, including Johnson & Johnson Medical, Baxter Healthcare, Allegiance Heathcare Corporation and Safeskin Corporation.

The suit, filed Friday, alleges that the manufacturers knew of the risk of latex allergy and failed to notify those who used the gloves or change the process of manufacturing the gloves.

Vivonetto's attorney, Doug Roberts of Columbus, Ohio, says there are hundreds of latex allergy suits against the glove manufacturers. Roberts said the defendant companies have had all suits brought against them transferred to federal court, and many are consolidated in multidistrict litigation centered

**Shop:**
Online for cool stuff
from Naples Daily
News.

**Coupons:**
Save at local area
businesses.

**Advertise...**
...on the Internet! Find
out our rates and
details.

**Subscribe:**
Get the print edition
of the Daily News
delivered to your
door.

**Internet Access**
Choose from 3
monthly rate plans.

Postcards
SEND ONE FOR FREE



Karen Vivonetto holds her daughter Sophie in October, when Sophie was 1 year old. Vivonetto suffers from a life-threatening latex allergy. *Courtesy of*

May 03 02 04:42p                                                                      P.3
Case 3:04-cv-3???? RCS   Document 20-4   Filed 00/00/2005   Page 12 of 20
Naples woman sues latex ??? ers for $20 million over crippling aller??                Page 2 of 3

in Philadelphia.                    *Karen Vivonetto*

But Roberts also said those companies have never settled, and the
only case that so far has made it to trial resulted in a $1 million
award to a former health care worker in Milwaukee, in a suit against
Baxter.

Comment from Baxter, Johnson & Johnson and Allegiance was not
available Monday.

"It can take six months to five years to get sensitized (to the
allergenic proteins in latex)," said Roberts. "You have the Centers
for Disease Control coming out with 'universal precautions' in 1987,
at the height of the HIV crisis ... a requirement that people had to
wear gloves whenever there were any bodily fluids coming into
contact with health-care workers."

Roberts said universal precautions meant those workers, including
nurses, who might previously had contact with latex gloves for two
hours a day suddenly had contact eight to 10 hours a day.

"You have the '88-89 period, in which glove demand quadrupled
because people were being forced to wear gloves all the time
because of the fear of HIV," he said.

The federal government required warning labels to be put on latex
glove packaging in September 1998.

Roberts said up to 16 percent of all health care workers have some
level of latex allergy, which worsens as exposure is increased or
extended.

"The nefarious thing about latex is the initial symptoms can be just
skin rash, which is symptomatic of all kinds of things," he said.
"Continued exposure essentially poisons your immune system, and
when you become sensitized, the body kind of flips out."

Roberts said the 38-year-old Vivonetto's case is exceptionally bad.
Vivonetto has become an invalid from the progressively worsening
latex allergy she developed over a 20-year career as an obstetrics
nurse at Naples Community Hospital.

She is no longer able to work. She's on an assortment of
medications, including heavy doses of steroids to control the allergic
reactions. An oxygen tank is her constant companion. Her house has
been latex-proofed. Vivonetto's four sons had to get rid of most of
their toys, many of which contained rubber parts, and visitors are
asked to remove their shoes before entering the home, for fear their
footwear may have rubber products in them.

DISABILITY INSURANCE CLAIMS
2002 MAY -3  AM 9: 52
RECEIVED

Naples woman sues latex makers for $20 million over crippling allergy

Roberts says Vivonetto is so sensitive the slightest exposure puts her at risk of an anaphylactic reaction, which in her deteriorated state could kill her, leaving her five children motherless.

Her condition had worsened so much by the time of her daughter Sophie's birth 20 months ago that NCH had to provide her with an entirely latex-free environment in which to give birth. Vivonetto had a caesarean section and left the hospital within 36 hours to reduce the possibility of exposure.

Vivonetto says the local emergency medical system has a notation that alerts 911 operators of her situation.

"They were very nice to me, the EMS, and they have it so that if I call or somebody calls 911, they'll know that this is a latex-allergic person. Because if I got into an ambulance, I'd be in big trouble."

Vivonetto's prognosis isn't very promising, and her condition continues to worsen, but she said some experimental treatments are being tried with other sufferers, and she is hoping a treatment or cure turns up in time to do her some good.

In the meantime, friends run her errands, including scouring the stores for the one brand of diapers that is latex free. Her hairdresser makes house calls. Husband Jack, in addition to operating his business, Vivonetto Tile, has become primary caregiver for both his wife and their children. Former colleagues come to provide loving nursing care that can't be paid for with any insurance.

And Vivonetto hopes her case stimulates more education for people at risk of latex allergy.

"If this spares one person what I've been through," she says, "then at least that's something."



**Feedback**
Comments? Questions? Suggestions? E-mail the website crew at info@naplesnews.com. You can also use our directory to e-mail our staff directly. Or, express your opinion in a letter to the editor.



Entire contents © 1999 Naples Daily News. All rights reserved.
Published in Naples, Florida. A Scripps Howard newspaper.
Please read our user agreement and privacy policy.

Gram for gram, cornstarch powder from latex gloves can be as potent as glove itself with regard to extractable allergens.

**Dental Information**

2. The aerosolization of natural rubber allergens insures the broad, insidious dispersion of these agents especially in medical environments. Just as second-hand smoke exposes everyone in the environment to hazardous tobacco by-products, "latex dust" similarly contaminates everything within the dental setting.

3. All persons, indoor air, clothing, office surfaces including carpeting, window treatments and upholstery, dental and office equipment, instruments, patient charts and lab cases are exposed via indirect contamination by aerosolized allergenic latex proteins.

DISABILITY INSURANCE

2002 MAY -3  AM 9: 51

RECEIVED

Exhibit H

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CAROLYN MIREK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | CIVIL ACTION |
| v. | ) | NO. 04-30166-MAP |
| | ) | |
| THE GUARDIAN LIFE INSURANCE | ) | |
| COMPANY OF AMERICA and | ) | |
| BERKSHIRE LIFE INSURANCE | ) | |
| COMPANY OF AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

**PLAINTIFF CAROLYN MIREK'S RESPONSE TO INTERROGATORIES
PROPOUNDED BY BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA**

Plaintiff Carolyn Mirek hereby answers Berkshire Life Insurance Company's First Set of Interrogatories as follows:

INTERROGATORY NO. 1:

*Please state, in complete detail, each, every and all facts reflecting, supporting, constituting, concerning, memorializing, evidencing, referencing and/or relating or pertaining in any way to your contention contained in paragraph 7 of your Complaint, wherein you allege that "While the policy was in full force and effect and all premiums paid, [you] became so allergic to latex that [you] became unable to perform the major duties of [your] occupation and thus totally disabled within the meaning of the policy."*

ANSWER TO INTERROGATORY NO. 1:

It is not possible for me to state here each and every fact that supports my contention in paragraph 7 of the Complaint. However, I am able to provide some facts. The policy was in full force and effect because I was regularly paying my premiums. I was having such strong reactions to the latex that I became unable to perform the duties of my occupation and thus was totally disabled within the meaning of the policy. My occupation as a dental hygienist required me to work within a dental office. Latex was used in the dental office environment. I suffered while working in the latex environment, as well as for prolonged periods on a regular basis after

1

3.    The present value of the monthly benefits for the period of time I am expected to be disabled in the future from my occupation as a dental hygienist, which, in this case, appears to be the life of the policy.

INTERROGATORY NO. 18:

*Please identify by name, title/position, address and telephone number each, every and all individual(s) known to you who have knowledge of any fact(s), which concerns, supports, negates, and/or relates to, any aspect of your claims or allegations against the Defendants in your Complaint. As to each person identified, specify whether you intend to call such person as a fact witness and state the substance of the facts to which such person will testify.*

OBJECTION TO INTERROGATORY NO. 18

Plaintiff objects to Interrogatory No. 18 to the extent it seeks information protected by the work-product doctrine, and is beyond the scope of discovery currently permitted in this action. Plaintiff will seasonably comply with any court order or rule requiring disclosure of witnesses in advance of trial, but such disclosure is not obligated at this time under the prevailing rules of discovery, nor is discovery permitted at this time concerning the plaintiff's attorney's mental impressions of the testimony of such witness.

ANSWER TO INTERROGATORY NO. 18:

Dr. Robert M. Bedard
Pulmonary Specialist and Allergist
836 Farminton Avenue, Suite 207
West Hartford, CT  06119
Treatment and diagnosis of me

Dr. Robert Greenberg
Vernon, CT
Dermatologist
March 7, 1986
Treatment of symptoms of the latex allergy

Dr. Prasad Srinivasan
Allergist
Glastonbury, CT
1987 – 1992
Treatment of symptoms of the latex allergy

Dr. Joseph Guardino II
945 Main Street
Manchester, CT  06040
General Practitioner
1985 – 12/2001
Aware of the allergy, addressed related issues concerning my allergic reactions

Dr. Ivelisse Viruet
1340 Sullivan Avenue
South Windsor, CT  06074
12/2001 – Present
Aware of the allergy, addressing related issues concerning my latex allergy

Srima L. Nissanka, LCSW
Vernon Professional Building
281 Hartford Turnpike, Suite 501
Vernon, CT  06066
Treatment of anxiety, depression and stress regarding my coping with my latex allergy

Manchester OB/GYN Associates
388 W. Center Street
Manchester, CT  06040
Aware not to treat me with latex gloves

Dr. Robert Burstein, DDS
South Windsor, CT
Familiar with my work, with using latex gloves in his office



Mother, School Nurse.
She's aware of all of my latex allergy history and career challenges.  Saw my latex reactions.

Carol Gustamachio
85 Chafee Rd.
Stafford Springs, CT  06067
860-684-0554
 She saw how I suffered with my allergies before we knew about Latex Allergy.  She knows
about my latex allergy symptoms I suffered and how difficult it was to leave my Dental Hygiene
career.

15

I also remember the time in which Dr. Burstein told me that he would not go latex free in his practice. I clearly recall him saying that he would not make the office latex free, "absolutely not."

INTERROGATORY NO. 20:

*Identify by name, address and telephone number every person that you know or of who you know that has any latex allergy and who works in any aspect of the dental profession.*

ANSWER TO INTERROGATORY NO. 20:

Susan Wojenski, RDH
Public Health RDH
19 Williams St. Southington, CT 06489
(H) 860-276-0261  Works in school based program under Berlin VNA

Signed under the pains and penalties of perjury this 8th day of July, 2005.

_____
Carolyn Mirek

AS TO OBJECTIONS:

Joanne D'Alcomo
BBO# 544177
JAGER SMITH P.C.
One Financial Center
Boston, MA 02111
(617) 951-0500

## CERTIFICATE OF SERVICE

I, Joanne D'Alcomo, hereby certify that on this date I caused a true and correct copy of the foregoing to be served by first class mail to Edward K. Kimball, Esq., 700 South Street, Pittsfield, MA 01201 and to David B. Crevier, Esq., Crevier & Ryan, LLP, 1500 Main Street, Suite 2020, Springfield, MA 01115-5727.

Date of Service:    July 8, 2005

Joanne D'Alcomo

JS PCDocs #54548\1