Exhibit I

115

1   was the next employment you held?

2          A.      B-A-R-T-O-N, Barton hyphen C-Y-K-E-R.

3          Q.      What did you do for Barton-Cyker?

4          A.      Sold dental supplies.

5          Q.      And is it correct that you were there from

6   January through June of 2002?

7          A.      Yes.

8          Q.      Was this a full-time position?

9          A.      Yes.

10         Q.      Where physically did you work when you

11  worked for Barton-Cyker?

12         A.      I worked out of my house and car pretty

13  much.

14         Q.      And then when you did sales, would you go to

15  offices?

16         A.      I would, yes.

17         Q.      Did you go to dental offices all around the

18  county, or what kind of territory did you have?

19         A.      Hartford County.

20         Q.      And how would that work when you went to an

21  office, typically what would you do on a sales call?

22         A.      Try to sell some denial supplies, you know,

23  go --

24         Q.      Go ahead.

25         A.      You know, speak to the people at the front

116

1     desk and try to make a contact.

2          Q.     Is that who you usually dealt with, the

3     front desk people?

4          A.     Sometimes they would bring somebody else up.

5          Q.     Did you ever deal with the dentists

6     themselves?

7          A.     On occasion.

8          Q.     What was your salary at the time you left

9     Dr. Burstein's office?

10         A.     I would have to check out my records, but it

11    was, I want to say like probably about 58,000, 54 to 58,

12    because I had bonuses.

13         Q.     I'm sorry, it was what to 58?

14         A.     54 to 58 thousand.

15         Q.     And that's per year?

16         A.     Yeah.

17         Q.     You said you also received bonuses?

18         A.     Including some bonuses.  At one point I was

19    on a commission.

20         Q.     This was at Dr. Burstein's office?

21         A.     Um-hum.

22         Q.     How did that work when you worked, when you

23    received a commission, for what?

24         A.     Percentage of what my production was.

25         Q.     So was that depending upon how many patients

122

1    career counselling and things like that that you

2    mentioned.  I want to get back through your employment.

3    What was the next place that you worked?

4           A.      Benco Dental, B-E-N-C-O, Benco Dental

5    Company.

6           Q.      That started in June 2002; is that correct?

7           A.      Yes.  Late June, practically July.

8           Q.      And are you still employed there?

9           A.      Yes.

10          Q.      And what do you do for Benco Dental?

11          A.      I sell dental supplies, equipment, practice

12   development.

13          Q.      Is your work at Benco any different in terms

14   of your duties than it was at Barton-Cyker?

15          A.      Yes.

16          Q.      What additional duties do you have for

17   Benco?

18          A.      Well, it's more helping dentists grow their

19   business.

20          Q.      And can you just give me an example of how

21   you would do that?

22          A.      Helping them find ways of running their

23   practices more efficiently and practically.

24          Q.      More of a consulting role for a dentist's

25   office?

GOLDFARB AND AJELLO (203) 972-8320

123

1          A.      Yes.

2          Q.      Again, is this a full-time position?

3          A.      Yes.

4          Q.      And has it been since you started?

5          A.      Yes.

6          Q.      And again, physically where do you work?

7          A.      At home.

8          Q.      And do you also visit dental offices in this

9    position?

10         A.      Yes.

11         Q.      And again, approximately how much of your --

12   is it a 40-hour workweek?

13         A.      Probably more.  Because I do --

14         Q.      Give or take, it's around that?

15         A.      Yeah.

16         Q.      How much of your time do you spend at dental

17   offices in this position?

18         A.      Actually in them, a quarter to a third of

19   the time.

20         Q.      Are you still in the Hartford area?

21         A.      Yes, Hartford and Tolland Counties.

22         Q.      What is your salary at Benco?

23         A.      40,000.

24         Q.      Do you receive any kind of benefits from

25   Benco?

230

1    providers such as a counselor, psychologist?

2         A.    Yes.

3         Q.    Who have you seen?

4         A.    The name escapes me right now, I saw

5    somebody when I was looking to leave my position at

6    Barton-Cyker.

7         Q.    The records indicate it's a Srima?

8         A.    S-R-I-M-A, N-I-S-S-A-N-K-A.

9         Q.    Do you know whether she was a therapist, a

10   psychologist, what her title was?

11        A.    I have it on her card, I think she's a

12   psychotherapist, you know.

13        Q.    And you said it was at the time you were

14   looking to leave Barton-Cyker, was that 2002?

15        A.    Yes, I think.

16        Q.    We can look back.  I think that's when you

17   worked there.

18        A.    I wasn't sure if I was going to leave there,

19   that's why I was --

20        Q.    Well, 2002.  How did you come to see her?

21        A.    I was experiencing a lot of anxiety and

22   frustration with my job and just my whole career.

23        Q.    So did you decide to seek out help on your

24   own?

25        A.    Yes.

GOLDFARB AND AJELLO (203) 972-8320

231

1    Q.    Or did someone suggest this to you?

2    A.    Dr. Viruet suggested.

3    Q.    How many occasions did you see her?

4    A.    Half a dozen or less.

5    Q.    Did she ever make any kind of diagnosis?

6    A.    She said that everything I was experiencing

7    was totally normal and justifiable, that it's normal to,

8    you know, to grieve from the loss of a job.

9    Q.    To your knowledge, did she diagnose you with

10   any kind of mental health condition, such as depression or

11   anxiety?

12   A.    She said I had some anxiety and may have

13   been having some, I'm not sure she said I was having

14   depression, I think it was more anxiety because I was

15   still upset about leaving my dental hygiene career and

16   experiencing frustration with my existing occupation.

17   Q.    At Barton-Cyker?

18   A.    Yeah.

19   Q.    Did she ever prescribe any kind of

20   medications for anxiety or depression?

21   A.    Yes.

22   Q.    What did she prescribe?

23   A.    I can't remember what the name of it was.

24   Q.    Do you know whether it was for anxiety or --

25   A.    Yes, it was for anxiety.

GOLDFARB AND AJELLO (203) 972-8320

232

1      Q.    Did she ever prescribe any kind of

2  medication for depression?

3      A.    No.

4      Q.    Have you ever taken any kind of medication

5  for depression?

6      A.    No.

7      Q.    When she prescribed this medication, did you

8  take it?

9      A.    I took it as I felt I needed to.

10      Q.    How many times did you take this medication?

11      A.    Maybe for a couple weeks.

12      Q.    When was it that you decided to file this

13  lawsuit?

14                MS. OTSUKA:  I'll object only to the

15                extent that that calls for any sort of

16                answer that relates to consultation with

17                counsel, I don't know if it does or it

18                doesn't.

19      Q.    I'm not asking you about any direct

20  conversations you had with an attorney, but I'm assuming

21  at some point you decided that you wanted to bring a

22  lawsuit; is that correct?

23      A.    Yes.

24      Q.    And that's why you contacted an attorney?

25      A.    Yes.

233

| | | |
|---|---|---|
| 1 | Q. | When was that? |
| 2 | A. | I don't remember exactly. |
| 3 | Q. | Was it while you were working with |

4 Barton-Cyker?

| | | |
|---|---|---|
| 5 | A. | It may have been. |
| 6 | Q. | Did that have anything to do with your |

7 decision to see a therapist?

| | | |
|---|---|---|
| 8 | A. | What did?  I'm not sure what you're saying, |

9 my decision for the lawsuit?

| | | |
|---|---|---|
| 10 | Q. | Yes. |
| 11 | A. | No, I don't think so. |
| 12 | Q. | Do you know when this lawsuit was filed? |
| 13 | A. | I don't remember the exact date. |
| 14 | Q. | Do you know how long it was before you first |

15 spoke to an attorney that the Complaint in this matter was

16 filed?

17    A.    This has been going on for so long, I can't

18 recall.  It took me a long time to find an attorney, so

19 I'm not sure, you know, where do I start.

20    Q.    Was there any particular incident that

21 occurred that made you decide that you wanted to file a

22 lawsuit?

| | | |
|---|---|---|
| 23 | A. | Yes. |
| 24 | Q. | What was that? |
| 25 | A. | I was at the Yankee Dental Association |