UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CAROLYN MIREK, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | Civil Action |
| THE GUARDIAN LIFE INSURANCE ) | No. 04-30166-MAP |
| COMPANY OF AMERICA and ) | |
| BERKSHIRE LIFE INSURANCE ) | |
| COMPANY OF AMERICA, ) | |
| ) | |
| Defendants ) | |
| ) | |

**NOTICE OF APPEARANCE**

Please enter the appearance of the undersigned for Plaintiff Carolyn Mirek in the above-referenced action.

>
> PLAINTIFF
> Carolyn Mirek
>
> By her Attorney,
>
> /s/ Seth Nesin
> _____
> Seth Nesin
> BBO #650739
> JAGER SMITH, P.C.
> One Financial Center
> Boston, Massachusetts 02111
> (617) 951-0500

JS PCDocs #55398\1

1