# Exhibit 7

AO88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF     DISTRICT OF COLUMBIA

CAROLYN MIREK, Plaintiff

V.

THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, ET AL., Defendants.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] D. Mass. C. A. No. 30166-MAP

TO: Steven L. Crawford
    d/b/a Guardian Disability Insurance Brokerage
    1355 Piccard Dr., Suite 380
    Rockville, MD 20850

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Those documents and things described in the attached Schedule "A". If you have any questions, please contact Attorney Joanne D'Alcomo directly at 617-951-0500.

| PLACE | DATE AND TIME |
|---|---|
| Manatt, Phelps & Phillips, Attn: Christopher A. Cole, Esq., One Metro Center, 700 12th Street, N.W., Suite 100, Washington, DC 20005 | 7/28/2005 10:00 am |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| /s/ Joanne D'Alcomo    Attorney for Plaintiff | 7/19/2005 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Joanne D'Alcomo, Esq. (B.B.O. # 544177), Jager Smith, PC, One Financial Center, Boston, MA 02111
617-951-0500

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
DATE

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in who behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the mmmdemanding party to contest the claim.

## SCHEDULE A

### Definitions

1. Whenever the phrase "documentary materials" is used, it means any original written record or graphic matter, however produced or reproduced, and/or each copy of the original that contains attachments, notes and/or markings not contained in or on the original including, but not limited to, the following whether printed, recorded and/or produced by hand: electronic mail, organizational charts, agreements, communications, correspondence, telegrams, memoranda, summaries and/or records of personal conversations and/or interviews, diaries, graphs, reports, sketches, maps, summaries and/or records of meetings and/or conferences, summaries and/or reports of investigations and/or negotiations, progress reports, opinions, and/or reports of consultants, photographs, motion picture films, brochures, pamphlets, advertisements, video recordings, circulars, press releases, drafts, letters, any marginal comments appearing on any document, sound recordings and/or transcripts thereof, account ledgers, financial records, corporate records, newspapers, magazines and other publications and/or clippings therefrom, estimates, licenses, permits, requisitions, invoices, leases, assignments, microfilm, and computer information (including but not limited to disks or other digitally or electronically stored information, printouts and/or other data together) with any materials required for the reasonable interpretation thereof, in the possession, custody or control of you, your assigns, representatives, agents, servants, employees or attorneys.

### Documents To Be Produced

1. All documents, in an electronic and hard copy form, containing any of the content of the guardiandibrokerage.com website that, at any time since January 9, 2000, was accessible without a password.

2. All communications of any kind generated by the Guardian Life Insurance Company of America or Berkshire Life Insurance Company of America concerning the website guardiandibrokerage.com since January 9, 2000, including but not limited to, emails, memoranda, correspondence, etc.

3. All communications between any of the following and Guardian Life Insurance Company of America that refers to the website guardiandibrokerage.com or any content of guardiandibrokerage.com:

    a. First Financial Group,
    b. Crawford Associates, Inc.
    c. Steven L. Crawford
    d. Quincy M. Crawford
    e. Guardian Disability Insurance Brokerage

4. All communications between any of the following and Berkshire Life Insurance Company of America that refers to the website guardiandibrokerage.com or any content of guardiandibrokerage.com:

   a. First Financial Group,
   b. Crawford Associates, Inc.
   c. Steven L. Crawford
   d. Quincy M. Crawford
   e. Guardian Disability Insurance Brokerage.

5. All contracts or agreements that form the basis of all or part of the following representation that is contained on the website excerpt attached as Ex. A: "First Financial Group is a general agency of The Guardian Life Insurance Company of America."

6. All documentary materials generated by The Guardian Life Insurance Company of America or Berkshire Life Insurance Company of America authorizing, approving, endorsing, or referring to, use of the domain name guardiandibrokerage.com.

7. All documentary materials evidencing, describing, or referring to the Guardian Life Insurance Company's or Berkshire Life Insurance Company's approval, endorsement, recognition, sanction, of the use of the name "Guardian Disability Insurance Brokerage" on the website guardiandibrokerage.com.

8. All documentary materials evidencing, describing, or referring to the Guardian Life Insurance Company's or Berkshire Life Insurance Company's approval, endorsement, recognition, sanction, of the use of the name "Guardian Disability Insurance Brokerage" on the website excerpt attached as Ex. B.

9. All documentary materials evidencing, describing, or referring to the Guardian Life Insurance Company's or Berkshire Life Insurance Company's approval, endorsement, recognition, sanction, of the use of the mark "Guardian" and the logo circled on the attached Ex. B, on any part of the website guardiandibrokerage.com.

10. All documentary materials generated by the Guardian Life Insurance Company or Berkshire Life Insurance Company approving, endorsing, sanctioning, acknowledging, or commenting upon, or referring to use of the mark "Guardian" and the logo circled on the attached Ex. B on the website guardiandibrokerage.com.

11. All documentary materials relied upon, consulted, or used, in connection with the development of the content of the section of the website guardiandibrokerage.com that is excerpted at Ex. C, including the content of the pages linked, specifically the links: "Disability Insurance Quote," "Business Overhead Expense Quote," "Disability Insurance Statistics," "Common Terms & Definitions," "View Sample Policy," "Search This Site," "High-Tech Industry," "Business Owners," "Professionals," "Medical Community," "Independent Consultants," "Corporate Disability Insurance," "W-2 Employees," "Government Employees."

2

12. All documentary materials that formed all or part of the basis of the following representation from the website excerpt attached as Ex. C:

   "Click the button and you will find out how we treat you in underwriting...."

13. All documentary materials consulted, relied upon or used in connection with the development of the content of the following statement from the website excerpt attached as Ex. C:

   "Click the button and you will find out how we treat you in underwriting..."

14. All documentary materials relied upon, consulted or used in connection with the development of the content of the "medical database" and "medical condition database" referenced in the website excerpt attached as Ex. D.

15. All documentary materials referring to, embodying or constituting the sources of information for the "medical database" and "medical condition database" referenced in the website excerpt attached as Ex. D.

16. All documentary materials referring to, describing or identifying the persons who authored or contributed to the content of "medical database" and "medical condition database" reference in the website excerpt attached as Ex. D.

17. All documentary materials referring to, describing or identifying the persons who authored or contributed to the content of the excerpts of the guardiandibrokerage.com website that are attached as Ex. A, B, C, D, E, F, G, H.

18. All documentary materials consulted, relied upon or used in connection with the development of the content of the following statements from the website excerpt attached as Ex. D:

   "If you are unsure if Berkshire will offer you coverage because of your medical history, this is the page to find out. Scroll through the medical condition database to the medical condition you have been diagnosed with. Click submit and you'll have a possible answer."

19. All documentary materials on which the following representation in the website excerpt attached as Ex. D was based:

   "If you are unsure if Berkshire will offer you coverage because of your medical history, this is the page to find out. Scroll through the medical condition database to the medical condition you have been diagnosed with. Click submit and you'll have a possible answer."

3

20. All documentary materials consulted, relied upon, or used to prepare the circled text of the website excerpt attached as Ex. F.

21. All sources of information or data on which the following statement from the website excerpt attached as Ex. F, was based or derived:

    "If the applicant is an M.D., Dentist, or medical professional, we will decline coverage."

22. All sources of information or data on which the following statement from the website excerpt attached as Ex. F, was based:

    "If you are unsure if Berkshire will offer you coverage because of your medical history, this is the page to find out."

23. All documentary materials analyzing, discussing, assessing, commenting upon, or referring to, any portion of the text circled on the website excerpt attached as Ex. F.

24. All variations or versions of the text circled on Ex. F appearing on a website, or in publications of the website, at any time.

25. All documentary materials generated since January 1, 1990, commenting upon, discussing, describing, analyzing, assessing, reporting on, or relating to, the insurability of an M.D., Dentist, or other medical professional who has been diagnosed with a latex allergy with respect to disability insurance issued by the Guardian Life Insurance Company of America or Berkshire Life Insurance Company of America.

26. All documentary materials generated since January 1, 1990, commenting upon, discussing, describing, analyzing, assessing, reporting on, or characterizing, the willingness of the Guardian Life Insurance Company of America or Berkshire Life Insurance Company of America to issue own occupation disability insurance to an M.D., Dentist, or other medical professional who has been diagnosed with a latex allergy.

27. All documentary materials generated since January 1, 1990, commenting upon, discussing, describing, analyzing, assessing, reporting on, or characterizing, the probable underwriting action of the Guardian Life Insurance Company of America or Berkshire Life Insurance Company of America on an application for disability insurance submitted by an M.D., Dentist, or other medical professional diagnosed with a latex allergy.

28. All documentary materials embodying, containing, describing, constituting, or referring to the underwriting practices or policies of Berkshire Life Insurance Company of America or The Guardian Life Insurance Company of America, applicable at any time from January 1, 2002 to the present, and the rationale for such practices or policies, for medical professionals and other persons in the medical profession diagnosed with latex allergies.

29. All documentary materials embodying, containing, describing, constituting, or referring to the any position of Berkshire Life Insurance Company of America or The Guardian Life Insurance Company of America, applicable at any time from January 1, 2002 to the present, on issuing disability insurance to medical professionals and other persons in the medical profession diagnosed with latex allergies.

30. All documentary materials generated by Guardian Life Insurance Company of America or Berkshire Life Insurance Company of America since January 1, 1995, commenting upon, discussing, describing, analyzing, assessing, reporting on, or characterizing, latex allergy in any way.

31. All documentary materials generated by Guardian Life Insurance Company of America or Berkshire Life Insurance Company of America since January 1, 1995, commenting upon, discussing, describing, analyzing, assessing, reporting on, or characterizing, insurance claims by medical professionals based on latex allergy (except for data that identifies specific policyholders).

32. All documentary materials generated by Guardian Life Insurance Company of America or Berkshire Life Insurance Company of America since January 1, 1995, commenting upon, discussing, describing, analyzing, assessing, reporting on, appraising or assessing, risks associated with latex allergy.

33. All documentary materials generated by Guardian Life Insurance Company of America or Berkshire Life Insurance Company of America since January 1, 1995, commenting upon, discussing, describing, analyzing, assessing, reporting on, appraising or assessing functional limitations or any limitations on medical professionals working in their occupations with latex allergy.

34. All documentary materials generated at any time since January 1, 1995 referring to, discussing, analyzing, commenting upon or describing the likelihood or probability, of The Guardian Life Insurance Company of America or Berkshire Life Insurance Company of America denying or granting a disability claim based in whole or in part on latex allergy.

35. All documentary materials identifying, containing, reflecting, describing or referring to, any contractual or other formal business relationship between The Guardian Life Insurance Company of America and any of the following, in existence at any time from January 1, 2000 to the present:

    a. First Financial Group,
    b. Crawford Associates, Inc.
    c. Steven L. Crawford
    d. Quincy M. Crawford
    e. Guardian Disability Insurance Brokerage

36. All documentary materials identifying, containing, reflecting, describing or referring to, any contractual or other formal business relationship between Berkshire Life Insurance Company of America and any of the following, in existence at any time from January 1, 2000 to the present:

    a. First Financial Group,
    b. Crawford Associates, Inc.
    c. Steven L. Crawford
    d. Quincy M. Crawford;
    e. Guardian Disability Insurance Brokerage

37. All documentary materials that form the basis of the following statement in the website excerpt attached as Ex. E:

    "Disability insurance products underwritten and issued by Berkshire Life Insurance Company of America, Pittsfield, MA...."

38. The resume or curriculum vitae of Steven L. Crawford and Quincy Crawford.

39. Documentary materials describing the purpose and trade name of the business that operated at any time since January 1, 2004 at the 1208 VFW Parkway, Suite 300 Boston, MA location referenced on the website excerpt attached as Ex. H.

40. Documentary materials containing the present work location, employer, and work telephone number of the individuals listed on the website excerpt attached as Ex. H.

41. Documentary materials containing the last known home and work address and telephone number of all persons who were, at any time since January 1, 2000, employed in Massachusetts by any of the following, in connection with disability insurance products:

    a. First Financial Group,
    b. Crawford Associates, Inc.
    c. Steven L. Crawford
    d. Quincy M. Crawford
    e. Guardian Disability Insurance Brokerage

42. All general agency agreements in effect since January 1, 2001 between First Financial Group, (or any subsidiary, member, or affiliate of First Financial Group) and either the Guardian Life Insurance Company of America or Berkshire Life Insurance Company of America.

43. All contracts or agreements in effect since January 1, 2001 establishing First Financial Group, or any subsidiary, member, or affiliate of First Financial Group, as a general agency or agent of (a) the Guardian Life Insurance Company of America or (b) Berkshire Life Insurance Company of America.

6

44. All contracts or agreements in effect since January 1, 2001 between the Guardian Life Insurance Company of America, (or any affiliates of Guardian Life Insurance Company of America) and:

   a. First Financial Group,
   b. Crawford Associates, Inc.
   c. Steven L. Crawford
   d. Quincy M. Crawford
   e. Guardian Disability Insurance Brokerage

45. All contracts or agreements in effect since January 1, 2001 between Berkshire Life Insurance Company of America, (or any affiliates of Berkshire Life Insurance Company of America) and:

   a. First Financial Group,
   b. Crawford Associates, Inc.
   c. Steven L. Crawford
   d. Quincy M. Crawford
   e. Guardian Disability Insurance Brokerage.

JS PCDocs #54722\1

# Guardian Disability Insurance Brokerage

Committed to a TRUE Own-Occupation Definition of Total Disability

---

▶ **FOR THE GENERAL PUBLIC:** ◀
Explore this site for disability insurance

Request A Quote  Learning Center

GUARDIAN

---

### AGENTS & BROKERS:

Take a guided tour

Agent ID: [    ]
Password: [    ] [Go]

Forgot your password?

---

Guardian Disability Insurance Brokerage is a member of First Financial Group.
First Financial Group is a general agency of The Guardian Life Insurance Company of America, NY, NY.
"Broker Guided Tour" for broker use only.
Quincy M. Crawford, CLU, GA.

© Guardian Disability Insurance Brokerage, 2000.
DISCLAIMER

EXHIBIT A



# Guardian Disability Insurance Brokerage



- Disability Insurance Quote
- Business Overhead Expense Quote
- Disability Insurance Statistics
- Common Terms & Definitions
- View Sample Policy
- Search This Site

- High-Tech Industry
- Business Owners
- Professionals
- Medical Community
- Independent Consultants
- Corporate Disability Insurance
- W-2 Employees
- Government Employees

Disability insurance is designed to protect your most valuable asset: your continued ability to earn an income. Since everybody earns a living in a different way, disability insurance quotes and policies must be tailored to your specific occupation. Choose from our category list of occupations below to learn more about disability insurance for you.



### Professional Occupations
### Physicians / Medical Disability Insurance
### Disability Insurance for Employees
### Small Business Owners
### Government Employees
### Corporate Disability Insurance
### Independent Consultants
### Technology Sector



Guardian Disability Insurance Brokerage has a vast amount of experience in the disability insurance arena. We are one of very few organizations that is devoted to disability income insurance on a full time basis. We invite you to make full use of our web site, and the resources of our company. Our disability insurance specialists are available to you from 10-7 EST toll free for instant quotes.



## Guardian Disability Insurance

To contact us:
Phone: 888-513-2300
Fax: 240-683-8334
Click here to send us an e-mail

DISCLAIMER

EXHIBIT B

http://www.guardiandibrokerage.com/occupations/                                          7/18/2005




- Disability Insurance Quote
- Business Overhead Expense Quote
- Disability Insurance Statistics
- Common Terms & Definitions
- View Sample Policy
- Search This Site

- High-Tech Industry
- Business Owners
- Professionals
- Medical Community
- Independent Consultants
- Corporate Disability Insurance
- W-2 Employees
- Government Employees

# Guardian Disability Insurance Brokerage





### Will I qualify for disability insurance?

Very few people can sail through the underwriting process. It is not easy to obtain maximum coverage at competitive rates. That is why we have become so successful; our disability insurance specialists know every nook and cranny of the Berkshire systems. We are simply the best at obtaining the best possible offers from an underwriter. Having said that, there are people that the insurance company will not offer coverage to because they see them as being too risky, or a possible claim already under the disability insurance contract. For this reason we have built a medical condition database. Simply scroll through the database until you find your condition. Click the button and you will find out how we treat you in underwriting, and what we would need to get in order to pursue coverage. Many conditions require the disability insurance company to limit the benefit period, extend the elimination period, or add an additional rated premium onto the policy. The database is by no means a hard and fast table, it is simply meant to be a probably outcome guideline.

As a person thinking about getting disability insurance, you need to keep an open mind going into the process. Very few people come out of underwriting with a preferred risk discount, even if they recently received a super-preferred discount on a life policy. There are a number of siginificant differences between life insurance, and disability insurance underwriting. The disability insurance company is evaluating the possibility of you becoming unable to perform the material and substantial duties of your regular occupation, they are not evaluating the odds of you passing away in the next few years. Items such as chiropractic visits, arthritis, back problems, neck pain history, mental or nervous counseling, use of anti-depressant medication, and many other conditions play a major role in disability insurance underwriting.

Do not hesitate to give our offices a call to discuss your medical history, we will not waste your time. We will tell you up-front whether or not you are likely to be a candidate for a personal disability insurance policy. Our disability insurance supervisors are awaiting your call at 888-513-2300.

**REQUEST A QUOTE**

**Guardian Disability Insurance**

To contact us:
Phone: 888-513-2300
Fax: 240-683-8334
Click here to send us an e-mail

DISCLAIMER

EXHIBIT C

Medical Condition Disability Insurance Database — Page 1 of 1

# GUARDIAN DISABILITY INSURANCE BROKERAGE

Disability Insurance Quote | Common Questions | Disability Insurance Statistics | View Specimen Policies | Competitive Advantages

**Disability Insurance Quotes**

## Medical Database

If you are unsure if Berkshire will offer you coverage because of your medical history, this is the page to find out. Scroll through the medical condition database to the medical condition you have been diagnosed with. Click submit and you'll have a possible answer.

**Select a medical condition and click "Submit":**

[ Abscess ]   [Submit]

Many serious medical conditions can still be underwritten. Instead of a standard policy the insurance company may be able to offer you a policy with a longer elimination period, a shorter benefit period, or an increased premium basis.

Contact a disability specialist if you still have further questions.

[REQUEST A QUOTE]

**Guardian Disability Insurance**

Occupations
Disability Insurance By Occupation
Physician Disability Insurance
Small Business Owner
Professional Disability Insurance
Government Employees
Disability Insurance for Consultants
Engineers
Employee Disability Insurance
Corporate Benefits
All Occupations

Contact Us
*There are three ways to contact GuardianDIBrokerage.com:*
1. **Toll-Free 888-513-2300**
   Talk live with a specialist
2. **Live Chat**
   No software needed
3. **E-mail Us**
   Contact us 24 hours a day

Business Overhead Expense Quote | Site Map | Apply Now! | Disability Insurance Glossary | Search: [    ] [Go]

DISCLAIMER

EXHIBIT D

**Guardian Disability Insurance Brokerage**

**Web Site Disclaimer**

Disability insurance products underwritten and issued by Berkshire Life Insurance Company of America, Pittsfield, MA, a wholly owned stock subsidiary of The Guardian Life Insurance Company of America, New York, NY.

Products not available in all states. Product provisions and features may vary by state.

The information in this web site is provided as a courtesy and for educational purposes only. Please consult your legal and tax advisor for specific information pertaining to your situation.

Steven L. Crawford licensed agent in every state of The United States including Washington DC. California - 0D07207, Massachusetts - 1634963, Minnesota - IN-20275011, Florida -D058455, New York - LA-927090, New Jersey - IP-0089627, Texas - 1078622, Ohio - 572856, Pennsylvania - 175463

**Close This Window**

EXHIBIT E

# Guardian Disability Insurance Brokerage

## MEDICAL DATABASE

If you are unsure if Berkshire will offer you coverage because of your medical history, this is the page to find out. Scroll through the medical condition database to the medical condition you have been diagnosed with. Click submit and you'll have a possible answer.

**Select a medical condition and click "Submit":**

Latex Allergy

[Submit]

| | |
|---|---|
| **Medical Condition:** | Latex Allergy |
| **Definition:** | Hypersensitivity to latex |
| **Probable Underwriting Action:** | If the applicant is an M.D., Dentist, or medical professional we will decline coverage. Other occupations can receive individual consideration. |

Many serious medical conditions can still be underwritten. Instead of a standard policy the insurance company may be able to offer you a policy with a longer elimination period, a shorter benefit period, or an increased premium basis.

Contact a disability specialist if you still have further questions.



[REQUEST A QUOTE]

**Guardian Disability Insurance**

To contact us:
Phone: 888-513-2300
Fax: 240-683-8334
Click here to send us an e-mail

DISCLAIMER

- Disability Insurance Quote
- Business Overhead Expense Quote
- Disability Insurance Statistics
- Common Terms & Definitions
- View Sample Policy
- Search This Site
- High-Tech Industry
- Business Owners
- Professionals
- Medical Community
- Independent Consultants
- Corporate Disability Insurance
- W-2 Employees
- Government Employees

GUARDIAN



EXHIBIT F

# Guardian Disability Insurance Brokerage

**Disability Insurance** is making a strong comeback, and The Guardian Life Insurance Company is now offering it's disability insurance products through Berkshire Life Insurance Company of America. Berkshire is a wholly owned stock subsidiary of The Guardian as of July 1, 2001.

Guardian Disability Insurance Brokerage has two branches. We work with consumers nationwide to offer Non-Cancellable and Guaranteed Renewable disability insurance products with a pure own-occupation definition of total disability directly through the internet. We also have relationships with other Guardian agencies in several states to work with licensed insurance agents to broker Berkshire's disability insurance product line. This section of our web site is only for licensed insurance agents.

Our web site allows a broker to check case status online, view competitive information on various other disability insurance products, request disability insurance quotes online, review underwriting requirements, probable underwriting action guidelines, and much more.

Currently this web site is only for use of brokers in the following states; click on your state to find out more:

Maryland   Virginia   Pennsylvania   Washington DC

Florida   West Virginia   Massachusetts   Kentucky

Georgia   Tennessee   Alabama

Ohio   Rhode Island   New Jersey   New York   Texas   Indiana

If you are a licensed insurance agent in any other state, or the office you are looking for is not listed, please go to http://www.glic.com, and choose the office locator to find an agency near you to broker your disability insurance business.

EXHIBIT G

http://www.guardiandibrokerage.com/welcome.cfm                              7/18/2005

Guardian Disability Insurance Brokerage    Page 1 of 1

# Guardian Disability Insurance Brokerage

Guardian/Berkshire
1208 VFW Parkway, Suite 300
Boston, MA 02132
ph: 617.327.9600 ext. 276
fax: 617.327.9677

| Click on an employee name to send an e-mail | | |
|---|---|---|
| **Matthew Berard**<br>Brokerage Manager/Disability Income Supervisor | Voice: 617-327-9600 ext. 276<br>Fax: 617-327-9677 | Brokerage Manager |
| **Mary Anne Johnson**<br>New Business Administrator | Voice: 617-327-9600 ext. 224<br>Fax: 617-327-9677 | |
| **Diana Letorneau**<br>Life Product Specialist/Policy Service | Voice: 617-327-9600 ext. 241<br>Fax: 617-327-9677 | |
| **Carrie Murphy**<br>Licensing Supervisor | Voice: 617-327-9600 ext. 260<br>Fax: 617-327-9677 | |
| **Dale Stephansky**<br>Commissions | Voice: 617-327-9600 ext. 251<br>Fax: 617-327-9677 | |

EXHIBIT H

http://www.guardiandibrokerage.com/welcome_boston.cfm