UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN MIREK,  )<br>  )<br>      Plaintiff  )<br>  )<br>v.  )<br>  )<br>  )<br>  )<br>THE GUARDIAN LIFE INSURANCE  )<br>COMPANY OF AMERICA and  )<br>BERKSHIRE LIFE INSURANCE  )<br>COMPANY OF AMERICA,  )<br>  )<br>      Defendants  )  | Civil Action<br>No. 04-30166-MAP |

ASSENTED-TO MOTION OF PLAINTIFF CAROLYN MIREK TO ENLARGE TIME
BY ONE BUSINESS DAY TO FILE OPPOSITION TO DEFENDANTS' MOTION
FOR JUDGMENT ON THE PLEADINGS AS TO COUNT II IN THE COMPLAINT
AND FOR EMERGENCY PROTECTIVE ORDER

Plaintiff Carolyn Mirek moves pursuant to Fed. R. Civ. P. 6(b), and with the assent of defendants, to enlarge the time for filing her Opposition to the Defendants' Motion for Judgment on the Pleadings as to Count II in the Complaint and For Emergency Protective Order ("the Motion") for a period of one business day from Friday, September 23, 2005 until Monday, September 26, 2005. As grounds for this motion, Ms. Mirek states the following:

1. Defendants served the Motion on September 9, 2005. Accordingly, Ms. Mirek's Opposition is due on September 23, 2005.

2. Counsel for Ms. Mirek has pressing matters in another case and has been unable to complete the Opposition.

JS#100758v1

3. Granting an enlargement of time for one business day will permit completion of the Opposition to the Motion and will not result in any prejudice to the Defendants.

WHEREFORE, Ms. Mirek requests that the time for filing Oppositions to the Defendants' Motion for Judgment on the Pleadings as to Count II in the Complaint and For Emergency Protective Order be enlarged for a period of one business day from Friday, September 23, 2005 until Monday, September 26, 2005.

Certificate Pursuant to LR D. Mass. 7.1(A)(2) and 37.1(B)

The undersigned certifies that counsel have conferred and Defendants have assented to this motion.

/s/ Seth Nesin
_____
Seth Nesin

Respectfully submitted,

CAROLYN MIREK
By her Attorneys,

/s/ Seth Nesin
_____
Joanne D'Alcomo
BBO #544177
Seth Nesin
BBO #650739
JAGER SMITH, P.C.
One Financial Center
Boston, Massachusetts 02111
(617) 951-0500

Assented to:

DEFENDANTS
THE GUARDIAN LIFE
INSURANCE COMPANY
and
BERKSHIRE LIFE
INSURANCE OF AMERICA

/s/  David B. Crevier (via telephone authorization)

David B. Crevier
Crevier & Ryan, LLP
1500 Main Street, Suite 2020
Springfield, MA 01115-5727