


**GUARDIAN DISABILITY INSURANCE BROKERAGE @ DisabilityQuotes.com**

| Disability Insurance Quote | Common Questions | Disability Insurance Statistics | View Specimen Policies | Competitive |

**Guardian Disability Insurance Brokerage**                                    Disability Insuran

**Committed to a TRUE Own-Occupation Definition of Total Disability**

FOR THE GENERAL PUBLIC:

▶ **Explore this site for disability insurance** ◀

Request A Quote          Learning Center

**GUARDIAN**

**Broker Log-In**
Agent ID: 
Password: 

Forgot your ID/pa

AGENTS & BROKERS:

Take a guided tour                    Employment

**Policy Advantages**

Guardian Disability Insurance Brokerage is a member of First Financial Group.
First Financial Group is a general agency of The Guardian Life Insurance Company of America, NY, NY.
"Broker Guided Tour" for broker use only.
Quincy M. Crawford, CLU, GA.

© Guardian Disability Insurance Brokerage, 2000.

**Guardian Disability Insurance**

| Business Overhead Expense Quote | Site Map | Apply Now! | Disability Insurance Glossary | Search: |

http://www.disabilityquotes.com/                                    9/26/2005