**Disability Income Insurance Quotes**    About Us    Quotes    FAQ

[ Company History ] [ Mission Statement ]

## DisabilityIncome.com - "Protecting Your Earning Power"



| |
|---|
| Disability Income |
| Disability Insurance Shopping |
| Applying For Coverage |
| The Underwriting Process |

### About Us

Disability Income is a website focused on selling individual long term disability insurance directly to the consumer via the internet. This was formed initially as an outlet for the agents of Guardian Disability Insurance Brokerage to sell disability insurance with other companies when Guardian is not a perfect fit. In early 2002 the success of this business dictated the need to form partnerships with an agency in Tampa, Florida. DisabilityIncome.com now offers individual disability insurance from several major insurance companies, and will provide online quotes from the insurance company that is the best fit for the consumers needs.

### Office Location

1355 Piccard Dr., Suite 380
Rockville, MD 20850
**Phone:** 888-513-2300
**Fax:** 240-683-8334

### Steven L. Crawford - Owner / Agent

Steve is a leading disability insurance agent for The Guardian Life Insurance Company of America, as well as Berkshire Life Insurance Company of America. He is a Court of The Table member of the MDRT (Million Dollar Round Table), and member of Berkshire's Inner Circle. In 2002, and 2003 he is serving on Berkshire Life Insurance Company's Disability Insurance Advisory Council's field advisory board. He is also the managing director of Guardian Disability Insurance Brokerage in Bethesda, MD. This is the largest disability insurance brokerage firm on the east coast for Guardian, and this company also sells disability insurance over the internet. Steve has also been an instructor for the LUTC disability insurance training class, as well as an accredited continuing education instructor for several disability insurance classes in the state of Maryland. To view his licensing please click on the disclaimer link on the bottom right-hand side of this page.

**Welcome!**

Thanks for visiting our web site. All of us stay very busy, and receive a lot of e-mail daily. We may not be able to reply to each and every e-mail within 24 hours, so feel free to call us if you have a question that you would like to discuss.

Thanks,

Steve Crawford

888-513-2300

**Doing Busines**
**The Internet**

It is always quite amusing to us th reaction of man people towards business over th internet. We are more a dot com we are a brick a mortar business of us are succes without this web We simply use t web to prospect like any other insurance agen We just happen very successful

DISCLAIMER