UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN MIREK | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) 04-30166-MAP |
| | ) |
| THE GUARDIAN LIFE INSURANCE | ) |
| COMPANY OF AMERICA and BERKSHIRE | ) |
| LIFE INSURANCE COMPANY OF | ) |
| AMERICA, | ) |
|     Defendants. | ) |

### NOTICE OF APPEARANCE

NOW COMES Katherine R. Parsons and hereby enters her appearance on behalf of Defendants Guardian Life Insurance Company of America and Berkshire Life Insurance Company of America in the above entitled matter.

    Respectfully Submitted,

    Defendants The Guardian Life Insurance
    Company of America and Berkshire Life Insurance
    Company of America

    By:

    CREVIER & RYAN, LLP

    /s/ Katherine R. Parsons
    Katherine R. Parsons, BBO # 657280
    1500 Main Street, Suite 2020
    Springfield, MA 01115-5727
    Tel: 413-787-2400
    Facsimile: 413-781-8235
    Email: kparsons@crevierandryan.com

### CERTIFICATE OF SERVICE

I certify that I served a true copy of the foregoing on all counsel of record said service having taken place this 27th day of September 2005.

    /s/ Katherine R. Parsons