UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN MIREK,<br><br>  Plaintiff,<br><br>vs.<br><br>THE GUARDIAN LIFE INSURANCE<br>COMPANY OF AMERICA and<br>BERKSHIRE LIFE INSURANCE<br>COMPANY OF AMERICA,<br><br>  Defendants. | CIVIL ACTION NO.: 04-30166-MAP |

### REQUEST FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS AS TO COUNT II IN THE COMPLAINT AND FOR EMERGENCY PROTECTIVE ORDER

The Defendants, the Guardian Life Insurance Company of America ("Guardian") and Berkshire Life Insurance Company of America ("Berkshire"), hereby request leave to file a reply brief in support of their motion to enter judgment on the pleadings as to Count II of Plaintiff's Second Amended Complaint ("Complaint") and for a protective order prohibiting Plaintiff from going on a fishing expedition to discover evidence to support her unsustainable Count II.

Plaintiff has assented to Defendants request for leave to file a reply.

                Respectfully Submitted,

                Defendants The Guardian Life Insurance
                Company of America and Berkshire Life
                Insurance Company of America

By their attorneys,

CREVIER & RYAN, LLP.

_____

David B. Crevier, Bar No. 557242
Katherine R. Parsons, Bar No. 657280
1500 Main Street, Suite 2020
Springfield, MA 01115-5727
Tel: 413-787-2400
Facsimile: 413-781-8235
Email: dcrevier@crevierandryan.com
kparsons@crevierandryan.com

## LOCAL RULE 7.1 CERTIFICATION

I certify that the attorneys in this case have conferred and attempted in good faith to resolve or narrow the issues contained in this motion.

_____

## CERTIFICATE OF SERVICE

I certify that I served a true copy of the foregoing on all counsel of record said service having taken place this 27th day of September 2005.

_____

2