UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CAROLYN MIREK

CIVIL / CRIMINAL

CASE NO. <u>04-30166-MAP</u>

V.

GUARDIAN LIFE INS. CO OF AMERICA

                    Defendant

## NOTICE

PONSOR          D.J.

PLEASE TAKE NOTICE that the above-entitled case has been set for A HEARING ON ALL PENDING MOTIONS ON OCTOBER 24, 2005 AT 2:00 P.M. BEFORE JUDGE PONSOR IN COURTROOM ONE ON THE FIFTH FLOOR.

                    SARAH A. THORNTON,

                    CLERK OF COURT

<u>September 29, 2005</u>      By:   <u>/s/Elizabeth A. French</u>

      Date                                    Deputy Clerk

**(Notice of Hearing.wpd - 3/7/2005)**