## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN MIREK,<br><br>      Plaintiff,<br><br>vs.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA and BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)  CIVIL ACTION NO.: 04-30166-MAP<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### REPLY BRIEF IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS AS TO COUNT II IN THE COMPLAINT AND FOR EMERGENCY PROTECTIVE ORDER

The Defendants, the Guardian Life Insurance Company of America ("Guardian") and Berkshire Life Insurance Company of America ("Berkshire"), hereby file this reply brief in support of their motion to enter judgment on the pleadings as to Count II of Plaintiff's Second Amended Complaint ("Complaint") and for a protective order prohibiting Plaintiff from going on a fishing expedition to discover evidence to support her unsustainable Count II. In response to Defendants' motion, Plaintiff: 1) "willingly dismisses her unfair and deceptive practices claim under Connecticut law," i.e., Count II of her Complaint, <u>Plaintiff's Response</u> at 2; 2) moves to amend her Complaint to add a new Count II alleging a breach of the covenant of good faith and fair dealing under Connecticut law; and 3) opposes Defendant's motion for a protective order primarily based on the sustainability of the new Count II.

Amazingly, Plaintiff's fishing expedition has now put the cart before the horse. By dismissing Count II of the Second Amended Complaint, Plaintiff's currently lacks any basis on which to pursue the discovery as to which the Defendants sought a protective order.

Insofar as Plaintiff has dismissed her unfair trade claim asserted in Count II of her Complaint which purportedly provided the basis for the topics on which she seeks to depose the Defendants, Plaintiff now expressly predicates the relevance of the Rule 30(b)(6) deposition topics on which she seeks to depose the Defendants on the breach of good faith claim asserted in Plaintiff's unruled upon motion to amend. Specifically, Plaintiff claims that she is permitted to depose Berkshire on the following topics to support her newly asserted bad faith claim: Topic 2, 3, 6, 7, 8, 9, 10, 11, 12, 13, 16, 18, 19, 20, 21, 22, 23, 24, 25 and 26. Plaintiff's Response at 10-13.

To the extent that Plaintiff seeks to predicate Rule 30(b)6 deposition topics on the breach of good faith count that she seeks to add by her amendment, she must wait until: 1) the Defendants are given the opportunity to oppose Plaintiff's motion to amend; and 2) the Court considers and rules on her motion to amend. If the Court grants Plaintiff's motion to amend, Plaintiff then can seek to take discovery consistent with her newly articulated grounds for recovery and Defendant will, if necessary, seek protection.

Put another way, insofar as Plaintiff has willingly dismissed Count II of the Second Amended Complaint, she lacks any basis to take discovery as to which the Defendants objected. Thus, Plaintiff lacks the ability to seek discovery – and Defendants should not have to move for a protective order as to discovery -- predicated on grounds that are the subject of a pending motion to amend. **If** the Court grants Plaintiff's motion to amend, **then** Defendants will determine whether to seek a protective order as to such discovery. Until the Court rules on the motion to

amend, any discovery requests based on new grounds and objections thereto are not ripe for adjudication.

Accordingly, Defendants respectfully request that the Court grant their motion.

                                                Respectfully Submitted,

Defendants The Guardian Life Insurance Company of America and Berkshire Life Insurance Company of America

By their attorneys,

CREVIER & RYAN, LLP.

s/David B. Crevier
David B. Crevier, Bar No. 557242
Katherine R. Parsons, Bar No. 657280
1500 Main Street, Suite 2020
Springfield, MA 01115-5727
Tel: 413-787-2400
Facsimile: 413-781-8235
Email: dcrevier@crevierandryan.com
        kparsons@crevierandryan.com

s/Edward Kimball
Edward Kimball, Esq.
700 South Street
Pittsfield, MA 01201
Tel: 413-499-4321

## CERTIFICATE OF SERVICE

I certify that I served a true copy of the foregoing on all counsel of record said service having taken place this 11th day of October 2005.

                                                s/David B. Crevier