**Joanne D'Alcomo**

| | |
|---|---|
| From: | David Crevier [DCrevier@crevierandryan.com] |
| Sent: | Wednesday, August 17, 2005 3:41 PM |
| To: | Joanne D'Alcomo |
| Cc: | Edward_Kimball@berkshirelife.com |
| Subject: | Re: nissanka records |

Joanne:

The 25th does work and we therefore will plan to go forward with Dr. Nissanka's deposition in my offices on August 25 at 10:00. Please forward me the records as soon as possible. We sent Dr. Nissanka a letter today stating the deposition was being postponed pending the Court's ruling on the motion. We will now notify Dr. Nissanka that since Ms. Mirek is withdrawing her objection, Dr. Nissanka will be deposed per the subpoena on August 25.

Thanks,
David

David B. Crevier, Esq.
Crevier & Ryan, LLP
1500 Main Street, Suite 2020
Springfield, MA  01115-5532
(413) 787-2400; fax (413) 781-8235
Dcrevier@crevierandryan.com

DEFENDANTS' RESPONSE

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

>>> "Joanne D'Alcomo" <jdalcomo@jagersmith.com> 08/17/05 03:02PM >>>
David,
    After giving this even more thought, I've decided that the Nissanka testimony and records may indeed be relevant on Carolyn Mirek's affirmative claim for emotional distress, since the denial of the claim was piled on top of Carolyn's upset about losing her career as a dental hygienist. Therefore, I think it would be relevant on Carolyn's claim for breach of the covenant of good and faith dealing, under which she can recover emotional distress. You know, it's the whole "you take the plaintiff as you find her" thing. So, I'm producing the Nissanka records, and you are welcome to depose Ms. Nissanka. I'm coordinating the arrangements for her.
    The 25th may still be doable. Let me check. Is it still doable for you? She should like the deposition to be at her office, and she has a conference room that would accommodate it.
    Thanks.
    Joanne

    Joanne D'Alcomo
    Jager Smith P.C.
    One Financial Center
    Boston, MA  02111
    Tel. 617.951.0500/Fax 617.951.2414
    jdalcomo@jagersmith.com

PLAINTIFF'S EMAIL

    NOTICE: This email message and any attachment contain confidential information that may be legally privileged. If you are not the intended recipient of this message, do not review, copy, use or disseminate this email or any of its attachments. If you have received this email in error, please notify us immediately by return email or telephone at 617.951.0500 and also delete this message. Thank you.

1