UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CAROLYN MIREK,<br><br>　　　　　Plaintiff<br><br>v.<br><br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA and BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action<br>)  No. 04-30166-MAP<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MOTION
TO COMPEL PRODUCTION OF DOCUMENTS**

### I.   Background

Plaintiff Carolyn Mirek hereby moves to compel production of two categories of documents by the Defendants that bear on her latex-allergy disability insurance claim. Specifically, Plaintiff seeks to compel Defendants to produce all documents responsive to Requests Nos. 56 and 57 of Plaintiff's First Request for Production of Documents.

The reasons for Plaintiff's motion are discussed in the accompanying memorandum.

                                                      2

                                          CAROLYN MIREK
By her Attorneys,

/s/ Joanne D'Alcomo
_____

Joanne D'Alcomo
BBO #544177
Seth Nesin
BBO #650739
JAGER SMITH, P.C.
One Financial Center
Boston, Massachusetts 02111
(617) 951-0500


<u>Certificate Pursuant to L.R. 7.1(A)(2)</u>

The undersigned certifies that counsel have conferred and have attempted in good faith to resolve or narrow the issues, and further that the provisions of Local Rule 7.1(A)(2) have been complied with.

                                        /s/  Joanne D'Alcomo
                                        Joanne D'Alcomo