UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CAROLYN MIREK
Plaintiff,

v. 04-30166-MAP

THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA and BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA
Defendants.

**SUBPOENA TO PERMIT INSPECTION AND COPYING**

To: Keeper of the Records for
Robert M. Bedard, M.D.
Connecticut Asthma & Allergy Center LLC
836 Farmington Avenue, Suite 207
West Hartford, CT 06119-1551

YOU ARE HEREBY COMMANDED in the name of the United States in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure to permit inspection and copying of the designated books, documents or tangible things identified in Exhibit A attached hereto, in your possession custody or control, at the offices of Crevier & Ryan, LLP, 1500 Main Street, Suite 2020, Springfield, MA 01115, commencing at 10:00 A.M. on September 14, 2005,

Hereof fail not, as you will answer your default under the pains and penalties in the law in that behalf made and provided.

Dated at Springfield the 29th day of August, 2005.

David B. Crevier, BBO# 557242
Attorney for the Defendant
Crevier & Ryan, LLP
1500 Main Street, Suite 2020
Springfield, MA 01115-5727
Tel: (413) 787-2400

cc: Joanne D'Alcomo, Esq.
Edward K. Kimball, Esq.
Christopher Lavoie, Esq.

**Exhibit A**

***No production at the office of Crevier and Ryan, LLP., will be necessary if: 1) the documents enumerated in Exhibit A are produced and received by Defendant's Counsel at their office on or before *September 12, 2005*; and 2) the affidavit, attached hereto, is executed and produced with the requested documents. Please send all documents to David B. Crevier, Crevier & Ryan, LLP, 1500 Main Street, Suite 2020, Springfield, MA 01115-5727, (413) 787-2400.**

1. Any and all medical records and like documents, including but not limited to; all treatment notes, all documents memorializing diagnostic test performed on Ms. Mirek, including test results; any and all compilation of test data; any and all correspondence to or from other physicians or care providers.

2. Any and all documents authored by or received from Ms. Mirek.

3. Any and all documents memorializing medication prescribed to Ms. Mirek.

4. Any and all documents memorializing any opinion as to disability or incapacity.

5. All correspondence between Dr. Bedard and the Defendants Guardian Life Insurance Company of America and Berkshire Life Insurance Company of America, and the like.

6. All correspondence between Dr. Bedard and any other insurance company to whom Plaintiff has submitted a claim for disability benefits or Worker's Compensation Benefits.

7. All versions of Dr. Bedard's curriculum vitae, excluding duplicate copies of the same versions.

8. All medical articles, presentations, chapters, publications or written materials authored or co-authored by Dr. Bedard's since January 1, 1990.

9. All medical articles, presentations, chapters, publications or written materials to which Dr. Bedard contributed since January 1, 1990.

10. All documentary materials, including but not limited to, notes, emails, correspondence, etc. referring to Carolyn Mirek.

11. All documentary materials describing, embodying, reflecting any opinions developed or adopted by Dr. Bedard concerning Carolyn Mirek's claim.

12. All transcripts of any depositions of Dr. Bedard.

13. All transcripts of any testimony given by Dr. Bedard in any legal proceedings since January 1, 1990.

14. All transcripts or recordings (digital, video or aural) of any presentations, talks, or speeches given by Dr. Bedard since January 1, 1990 on medical subjects.

15. Exemplars of all stationery used by Dr. Bedard professionally since January 1, 2002.

16. All communications between Dr. Bedard and anyone concerning Carolyn Mirek.

17. All documentary materials including, but not limited to, reports, expert disclosures, opinion letters, answers to interrogatories, etc. (but excluding claimant-identifying information) containing opinions, reports, conclusions or opinions adopted or formed by Dr. Bedard on the subject of latex allergy in connection with any of the following:

    A) An insurance claim;
    B) A legal proceeding; and
    C) A worker's compensation claim.

18. Copies of all brochures, pamphlets, information sheets Dr. Bedard has disseminated since January 1, 1995 to actual or prospective patients on any of the following subjects:

    A) Asthma;
    B) Allergy;
    C) Latex allergy; and
    D) Airway disease

19. All communications between Dr. Bedard and any board that certifies physicians in specialties which refers to, relates to, embodies or reflects:

    A) Any effort by you to become Board-certified;
    B) The results of any effort by you to become Board-certified; and
    C) Any Board certification of you.

20. Documentary materials evidencing Dr. Bedard's Board certification in any specialty.

UNITED STATE DISTRICT COURT
DISTRICT OF CONNECTICUT

**CASE NUMBER: 04-30166-MAP**

STATE OF CONNECTICUT}
} SS: WEST HARTFORD, AUGUST 31, 2005
COUNTY OF HARTFORD }

Then and by virtue hereof, on the 31st day of August, 2005, I made due and legal service on the within named, **KEEPER OF THE RECORDS FOR ROBERT M. BEDARD, M.D., CONNECTICUT ASTHMA & ALLERGY CENTER LLC,** by leaving a true and attested copy of the within original Subpoena To Permit Inspection And Copying and Exhibit A, with and in the hands of **Charlene Valley, who** is duly authorized to accept service for the within named, at 836 Farmington Avenue, Suite 207, in the Town of West Hartford.

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on August 31, 2005

Charles J. Lilley
Connecticut State Marshal
39 Russ Street
Hartford, CT 06106

FEES:

| | |
|---|---|
| Page | $ - |
| Endorse | - |
| Service | 30.00 |
| Travel | - |
| Witness Fee | - |
| Total | $ 30.00 |