

**Berkshire**

**Berkshire Life
Insurance Company of America**

November 22, 2005

<u>Via Facsimile</u>
Joanne D'Alcomo, Esq.
Jager Smith P.C.
1 Financial Center
Boston, MA 02111

Re:   <u>Mirek v. The Guardian Life Insurance Company of America, et al
      U.S.D.C Civil Action No. 04-30166-MAP</u>

Dear Joanne:

As promised, I am writing to provide you with further feedback relative to Plaintiff's Re-Notice of Taking Deposition of Defendant Berkshire Life Insurance Company of America Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure.

Please be aware that Berkshire Life Insurance Company of America ("Berkshire") does not have a contractual relationship with the Plaintiff and did not exist until July 1, 2001 and that therefore almost all the topic descriptions are grossly overbroad as to Berkshire.

I.   Berkshire will designate and provide Rule 30(b)(6) witness for the following topics: 1, 4, 15 and 26.

II.  Berkshire objects to the following topics as described by Plaintiff on the grounds that the topics are based grounded upon Plaintiff's twice rejected bad faith claim as stated in Plaintiff's opposition to Defendants' Motion for Protective Order. To the extent that Plaintiff wishes to compel testimony as to Count I, the following topics as described by Plaintiff are vague, ambiguous, unduly burdensome and are not reasonably likely to lead to the discovery of admissible evidence pursuant to Count I:
2, 3, 6, 7, 8, 9, 10, 11, 12, 13, 16, 17, 18, 20, 21, 22, 23, 24, 25. Accordingly, we request that Plaintiff set forth the admissible evidence to which testimony on these topics could lead.

III. Berkshire objects to the following topic on grounds that it seeks to obtain discovery in violation of the Attorney Work Product doctrine: 5.

700 South Street • Pittsfield, Massachusetts 01201-8285 • Telephone: 413-499-4321 • Facsimile: 413-395-5990

Berkshire Life Insurance Company of America, Pittsfield, MA, is a wholly owned subsidiary of and an administrator for The Guardian Life Insurance Company of America, New York, NY

IV. As to topic 14, Subject to the previously executed Confidentiality Agreement and Protective Order Berkshire will provide Plaintiff with a copy of the pertinent Agreement.

VI. As to topic 19, Berkshire is not aware that the data described exists.

Very truly yours,

Edward K. Kimball

cc: David Crevier