## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN MIREK,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA and BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.: 04-30166-MAP<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' ASSENTED TO MOTION FOR A ONE WEEK EXTENSION TO FILE THEIR OPPOSITION TO PLAINTIFF'S MOTION PURSUANT TO RULE 37 (a) AND 37(b) AGAINST DEFENDANT BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA FOR REFUSAL TO PRODUCE WITNESSES AFTER ITS MOTION FOR PROTECTIVE ORDER WAS DENIED**

　　　NOW COMES the Defendants and hereby request that the filing date for their opposition to Plaintiff's Motion Pursuant to Rule 37(a) and 37(b) Against Defendant Berkshire Life Insurances Company of America for Refusal to Produce Witnesses After Its Motion for Protective Order Was Denied ("Plaintiff's Motion Pursuant to Rule 37(a) and 37(b)") be extended by one week from December 9, 2005 to December 16, 2005.  As grounds for this motion, Defendants state that Defendant Berkshire Life Insurance Company of America ("Berkshire") is actively working to obtain witnesses for the deposition topics; however, Berkshire requires additional time to appropriately respond to Plaintiff's motion.  Berkshire's counsel and Plaintiff's counsel discussed this matter on December 8, 2005 and Plaintiff's counsel assented to this Motion to Extend Defendants time to file their opposition to Plaintiff's Motion to Pursuant to Rule 37(a) and 37(b) to and including December 16, 2005.

Respectfully Submitted,

Defendants The Guardian Life Insurance Company of America and Berkshire Life Insurance Company of America

By their attorneys,

CREVIER & RYAN, LLP.


/s/David B. Crevier
David B. Crevier, Bar No. 557242
Katherine R. Parsons, Bar No. 657280
1500 Main Street, Suite 2020
Springfield, MA 01115-5727
Tel:  413-787-2400
Facsimile:  413-781-8235
Email: dcrevier@crevierandryan.com
        kparsons@crevierandryan.com

/s/Edward Kimball
Edward K. Kimball, Esq.
700 South Street
Pittsfield, MA  01201
(413) 499-4321


L.R. 7.1 CERTIFICATE

I certify that on December 8, 2005, I conferred with Plaintiff's Counsel, Seth Nesin, at which time he stated his assent to the present motion.

/s/David B. Crevier


CERTIFICATE OF SERVICE

I certify that I served a true copy of the foregoing to Plaintiff's Counsel by mailing the same via first class mail, postage pre-paid, this 8th day of December, 2005.

/s/David B. Crevier