UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CAROLYN MIREK, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action |
| | ) | No. 04-30166-MAP |
| THE GUARDIAN LIFE INSURANCE | ) | |
| COMPANY OF AMERICA and | ) | |
| BERKSHIRE LIFE INSURANCE | ) | |
| COMPANY OF AMERICA, | ) | |
| | ) | |
| Defendants | ) | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF PLAINTIFF'S MOTION PURSUANT TO RULE 37(A) AND 37(B) AGAINST DEFENDANT BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA FOR REFUSAL TO PRODUCE WITNESSES

Plaintiff Carolyn Mirek hereby moves, pursuant to Local Rule 7.1(B)(3), for leave to file a Reply Memorandum in Support of her Motion to Compel Berkshire To Produce Witnesses to Testify Pursuant To Plaintiff's Re-notice Of Deposition Under Rule 30(b)(6) (Docket #38).

As grounds for this motion, Plaintiff states that the Reply responds to the misleading and completely new arguments made by defendant Berkshire Life Insurance of America ("Berkshire") in its Opposition (Docket #41), and therefore would assist the Court in its determination of the motion.  The Reply also addresses the two new affidavits attached to the Opposition. Despite the new arguments made and the new affidavits attached to Berkshire's Opposition, it has not assented to the filing of a Reply.

The proposed Reply Memorandum is attached.

CAROLYN MIREK

By her attorneys,

/s/ Seth Nesin
_____

Joanne D'Alcomo, Esq.
BBO #544177
Seth Nesin, Esq.
BBO #650739
Jager Smith, P.C.
One Financial Center
Boston, MA 02111-2621
Phone: (617) 951-0500
Fax: (617) 951-2414


## Certificate Pursuant to L.R. 7.1(A)(2)

The undersigned certifies that counsel have conferred and have attempted in good faith to resolve or narrow the issues, and further that the provisions of Local Rule 7.1(A)(2) have been complied with.

/s/ Seth Nesin
Seth Nesin