# Exhibit 1

# DISABILITY CLAIM DATA SHEET

| Diagnosis | Premium Pd. To | Initial | Date Incurred | Ben. Per. Ends |
|---|---|---|---|---|
| Latex allergy & carpal tunnel syndrome | 2/19/02 | KK | 12/27/01 | 3/19/29 |

Term: 61   Deal With: insured   DOB 9/21/63   Age 38

Concurrent Condition:
Date:
Exclusionary Riders & Ratings:

Agency Code: KT

Policy Riders: Residual ☑ YES ☐ NO
COLA ☑ YES ☐ NO

Loss Payee: insured

Form Variant: 01B00
Policy Form: NC101

## HEALTH POLICY BENEFITS          Premium Waiver ☐ NO ☐ YES      Next Premium Due:

Disability, Overhead And B.M.E. Policies

☑ TOT. DIS. E.P. 3M DAYS   $3160 PER MO.   65 MOS. LIMIT
☐ WAIVER OF ELIM. PERIOD ☐ YES ☐ NO
☐ RETRO 1st DAY
☐ PARTIAL DIS.   ☐ FOLLOW T.D. ONLY   $____ PER MO.   ____ MOS. LIMIT
☐ ACC. DEATH   $____ (INCL. AR-35, FR-1)
☐ DISM/SIGHT LOSS   $____
☐ B.M.E. $____ DED.   $____ LIMIT (INCL. AR-2)
☐ SPECIFIED INJURIES
☐ SUPP. IND. ____ DAYS (AR-162) E.P.   $____ PER MO.   ____ MOS. LIMIT
☐ I.B.S. AR-32 ($100 PER MO. AFTER 180 DYS OF T.D.)
☐ HOSP. OR NURSE BENEFIT   $____ PER DAY   ____ DAYS LIMIT
☐ MISC. HOSP. EXPENSE   $____ MAXIMUM
☐ SURGICAL FEES   $____ SCHEDULE
☐ ADD'L BEN. WHILE HOSP.   $____ PER MO.   ____ MOS. LIMIT
☐ EXCESS B.M.E.   $____ LIMIT (AR-35)
☐ DOUBLE INDEMNITY
☐ BENEFIT INCREASE   ☐ 5% ☐ 10%   KK

☑ CONTESTABLE   ☐ YES   ☑ NO
☑ CONTESTABILITY ENDS: N/A
☑ OCCUPATION: Dental Hygienist
☑ OCC. CLASS: 4
☑ PREMIUM WAIVED: If TD beyond 3/27/02
FROM: ____ TO: ____
FROM: ____ TO: ____
FROM: ____ TO: ____
☑ ANNUALIZATION DATE:
☑ WAIVER TERMINATES:
☑ LIFE NOTIFIED: N/A
DATE:
☑ PRESUMPTIVE DISABILITY:
DATE ELIGIBLE: yes
☑ CAPITAL SUM:   ☑ YES   ☐ NO
☑ FICA   ☐ YES   ☐ NO - EP 6 MONTHS OR LONGER
☐ NA - INSURED PAYS PREMIUM OR NON-PERSONAL D.I.

☑ WORKMAN'S COMPENSATION AWARD: ?
☐ YES ☐ NO

☑ INFLATION HEDGE BEGINS:   { MUST BE COMPLETED WITH 1ST PAYMENT }
DATE:

☑ TELEPHONE #
HOME: (860) 644-9604
BUSINESS: (860) 683-2923

## POLICY EFFECTIVE DATE

| AIR DATE | AIR AMT | AIR DATE | AIR AMT |
|---|---|---|---|
| | | | |

Social Security Information

☐ SOCIAL SECURITY REQUEST:   DATE   1st ____
                                      2nd ____
                                      3rd ____
☐ SOCIAL SECURITY AWARD   DATE ____
☐ SOCIAL SECURITY DENIAL   DATE ____

M2191-DIS (7/95)



Sent
ck
12/3/02
SR

```
1000691844                                              62-26  3479-09
                                                         311
                        GUARDIAN    The Guardian       7 Hanover Square  NOV 25 2002
                                    Life Insurance Company  New York, NY 10004
1000691844                          of America
TWO HUNDRED SEVENTY-FIVE AND 00/100 ─────────────────────── DOLLARS
                                                         PAY THIS AMOUNT
                                                         *******275.00
        MEDICOLEGAL SERVICES INC
        25899 WEST 12 MILE RD
  PAY   STE 200
  TO
  THE   SOUTHFIELD                          Joseph D. Sargent
 ORDER  MI 48034                                         PRESIDENT
   OF

                                            Earl [signature]
CHASE MANHATTAN BANK DELAWARE                            TREASURER
1201 MARKET STREET
WILMINGTON, DELAWARE 19801

⑈1000691844⑈  ⑆031100267⑆  6301434795 509⑈
```

PLEASE DETACH BEFORE DEPOSITING

```
                              NOV 25 2002    CHECK NO. 1000691844
      VENDOR NO.                              CHECK AMOUNT*******275.00

VENDOR NAME: MEDICOLEGAL SERVICES INC
PAYEE: MEDICOLEGAL SERVICES INC                                    HC
THE ATTACHED CHECK REPRESENTS PAYMENT OF:
REVIEW OF CAROLYN MIREK
CLAIM 391131
```

CL 121