# Exhibit 3



**Berkshire**

Berkshire Life
Insurance Company of America

December 12, 2005

**VIA OVERNIGHT MAIL**

Joanne D'Alcomo, Esq.
Jager Smith P.C.
1 Financial Center
Boston, MA 02111

    Re:    Mirek v. The Guardian Life Insurance Company of America, et al
              U.S.D.C Civil Action No. 04-30166-MAP

Dear Joanne:

Please find enclosed herein the requested documents with respect to the seven identified claims which are produced in compliance with Judge Neiman's November 28, 2005 ORDER partially granting Plaintiff's Motion to Compel Production of Documents.

The documents have been redacted so as to eliminate any personally identifiable information.

Of the seven identified claims, four claim files contained documents responsive to Judge Neiman's ORDER. Those documents are as follows:

1. Registered Nurse – 1995: Reports dated 05/08/04 and 02/22/05
2. Physician - 1998: Report dated 10/09/03
3. Registered Nurse – 2003: Reports dated 06/22/04 and 12/01/04
4. Dental Hygienist – 1996: Report dated 07/11/02

                                              Very truly yours,

                                              Edward K. Kimball

cc: David Crevier, Esq. (via overnight mail)

700 South Street • Pittsfield, Massachusetts 01201-8285 • Telephone: 413-499-4321 • Facsimile: 413-395-5990

Berkshire Life Insurance Company of America, Pittsfield, MA, is a wholly owned subsidiary of and an administrator for The Guardian Life Insurance Company of America, New York, NY