# Exhibit 6

## *Medical Director Solutions, L.L.C.*

June 22nd, 2004

Berkshire Life Insurance Company
700 South Street
Pittsfield, MA 01201

                                      RE: 
                                      MDS File #:
                                      Berkshire File #

Dear 

After careful consideration of the medical records submitted for my review, and consultation with a Physician Board Certified in Allergy and Immunology, it is my opinion within reasonable medical certainty at this time, that although it may certainly be the case, there is not yet sufficient objective clinical documentation so as to support the claimant's assertion that she has been unable to work on the basis of latex allergy.

The rationale for this opinion provided by the consultant Allergist and Immunologist is in italics and is as follows:

> *Per your request I have carefully reviewed the medical records submitted on the above referenced claimant, who may have allergic sensitivity to latex resulting in breathing difficulty, after latex exposure. The supporting data include the history of reactions following powdered latex exposure at her workplace, the positive latex skin test, and the positive methacholine challenge.*
>
> *The data that should be clarified include:*
>
> - *Complete history of non-occupational reactions following latex exposure (such as balloons, condoms, latex-household gloves, recreational balls, etc.).*
> - *Clarification of the variability of her pulmonary function tests. Although there was documented reversibility of her FEV1 by 16% on 12/18/03 by ▇▇▇▇, the flow-volume loops were not smooth which may result in inaccurate conclusions.*

## 577 Seminole Drive
## Marietta, Georgia 30060
(770) 499-0398

Page 1 of 2

CLAIMS JUN 23 2004

## Medical Director Solutions, L.L.C. 

The PFT from 10/20/03 by ▓▓▓▓▓ (I may not have all the doctors names correct since there were several copies of each report) cited that after 10 attempts there were still not three consistent forced expiratory efforts suggesting the possibility of vocal cord dysfunction. In another part of the record there was a note about the possibility of anxiety or psychological factors contributing to the problem.

- The technique of allergy skin testing to the latex should be specified. Although there is no commercially available antigen for skin testing, many allergists use extraction of the latex or even direct testing with a latex glove. The type of test reagent was not specified in ▓▓▓▓▓ note.
- The fact that there has not been a prior history of allergies and all other allergic testing have been negative, including the low IgE, reduces, but does not rule-out, the likelihood of true allergic sensitivity.

In summary, this is a complicated case, which could represent a true case of occupation allergy to latex, but several items should be reviewed before final confirmation.

The history of non-occupational latex exposure, the type (and possibly repeated) allergy skin test to latex, repeated PFT possibly with another methacholine challenge and inspiratory flow-volume loops to evaluate VC dysfunction (endoscopy of the VC should also be considered). The fact that there were three negative RAST tests for latex does not rule-out the possibility of IgE latex sensitivity since the RAST test is less sensitive than allergy skin testing, therefore false negative reactions can be reported.

Thank you for referring this case. If there are any additional questions that you may have, please feel free to submit it for my re-review.

Sincerely,

Mitchell S. Nudelman, MD, JD, FCLM
Chief Medical Officer

*577 Seminole Drive*
*Marietta, Georgia  30060*
*(770) 499-0398*