# Exhibit 7

**ALLERGY & ASTHMA CARE**
OF NASSAU & SUFFOLK, PLLC

MITCHELL B. BOXER, M.D., FAAAAI

560 NORTHERN BOULEVARD • SUITE 209
GREAT NECK, NEW YORK 11021
(516) 482-0910
FAX: (516) 482-0943

811 WALT WHITMAN ROAD
MELVILLE, NEW YORK 11747
(631) 423-8488
FAX: (631) 423-0501

**FAX**

December 1, 2004

▮▮▮▮▮▮
Claims Consultant
Berkshire Life Insurance
700 South Street
Pittsfield, Massachusetts 01201-8285

RE: ▮▮▮▮▮▮
File Number: ▮▮▮▮

Dear ▮▮▮▮

    As per your request I have reviewed the medical records of ▮▮▮▮▮▮ and will summarize my findings.

    ▮▮▮▮▮▮ is a 37 year old female who has worked in the medical field since 1983. She has worked as a registered nurse since 1989. She was employed in the ob-gyn department ▮▮▮▮ beginning in mid 2003. Approximately 2 years ago she had consulted with a dermatologist for a rash on her fingers after wearing latex gloves. In addition, she reported bumps along her neck after contact with her stethoscope. Soon after starting her job at ▮▮▮▮ she reported experiencing both ocular and nasal allergic symptoms. In September of 2003 she developed chest symptoms. Her symptoms improved when she was not in the work environment. She had required the use of Advair and intermittent courses of oral corticosteroids. She was evaluated by an allergist and various serologic tests were performed for the presence of allergic antibodies against latex and all of the tests were negative. Latex skin testing was then performed by the "puncture technique" and was reported to result in a + 4 reaction. In addition, ▮▮▮▮ became itchy and developed redness of her trunk, extremities and face after the skin test was performed. She resigned from her position as an RN secondary to her recurrent chest symptoms.

    It appears that ▮▮▮▮▮▮ has latex induced IgE mediated allergic rhinitis, conjunctivitis and asthma. Contact dermatitis appears to have preceded the onset of IgE mediated latex allergic symptoms. Despite her negative latex serologic testing, the "puncture" test to latex was positive (although I am uncertain as to the technique used by the physician).

ADULT AND PEDIATRIC
ALLERGY • ASTHMA • CLINICAL IMMUNOLOGY

CLAIMS DEC 02 2004

RE: 
File



████████████laims to be unable to work in her present nursing environment. Since sterile latex gloves are often used in an ob-gyn medical facility, inadvertent latex exposure may result in allergic symptoms. There is no mention of possible alternative nursing environments for the claimant to be employed. For instance, she should have no difficulty working in a medical office or clinic, where only vinyl gloves are available for the medical staff. Therefore her restrictions and limitations are such that she cannot work in an environment where latex gloves are available. Most hospitals are well aware of latex allergies and have therefore switched to vinyl gloves, unless sterile procedures are required.

There is unfortunately no standardized latex allergy skin testing available to absolutely prove the presence of latex allergy. The present serological testing may be negative despite the presence of latex allergy. The "puncture" test resulted in a significant positive reaction and this would therefore imply that the patient does have proven latex allergy. Her latex allergy will not resolve over time and the only treatment is latex avoidance measures.

If you have any additional questions please contact my office.

Sincerely,

Mitchell Boxer, M.D.

MB/ce

CLAIMS DEC 02 2005