# Exhibit 8



# GARY J. STADTMAUER, M.D.
115 EAST 61ST STREET
NEW YORK, N.Y. 10021
212-486-6715

Berkshire Life Insurance Company of America
████████████
Disability Claim Representative
Claims Management Services
700 South St.
Pittsfield, MA 01201
800 933 3302 X 6387
Fax 413 443 9397

RE: ████████████
Policy ████████████
Claim ████████████

July 11, 2002

Dear ████████,

Enclosed is the report for ████████████████ disability claim due to latex allergy.

For chart review and report preparation over 16 ½ hours at $300.00 per hour please remit $4,950.00. This can be sent to my uptown office address.

Feel free to call if you have any questions.

Sincerely,

Gary J. Stadtmauer, M.D.

████████████████████

CLAIMS JUL 1 1 2002

RE: ███████████
Policy #: ███████
Claim #: ███████

Case Summary

███████████████████████ dental hygienist who is now on total disability due to the diagnosis of latex allergy. She worked as a hygienist since 1974 apparently without symptoms until 1993 when latex gloves caused red rash, pruritis, hives in the area of glove contact. Over the next 3 years the local reactions became more intense and were accompanied by itchy red eyes, watery nose and intermittent wheezing. Asthmatic symptoms (wheezing) occurred both at work and elsewhere but the other allergic symptoms were limited to the workplace. These "out of work" symptoms appeared to occur more often on days that she worked (presumably after her shift). Environmental control measures at work including Honeywell HEPA air filters and personal avoidance of latex were not sufficient to control her symptoms since others in the dental suite continued to use powdered latex gloves. In 1996 ████████████ had a "severe asthmatic reaction" to one of the cross reacting fruits (avocado).

████████ has a long history of allergies and had been on allergy shots twice in the past dating back to the mid 1970's. Her asthma appears to predate her latex allergy symptoms. She had pets over the years and according to a November 1995 note she was living with 2 dogs and 1 cat. The family history is also positive for allergy/asthma (brother). She has a very remote smoking history (discontinued in 1975). Her asthma medications included theophylline (Unidur), Serevent, Azmacort and Proventil which she is still taking according to the record.

RAST for IgE antibodies to natural rubber latex was positive at Class II (sent by ██████ ████████ 1995). ████████████ asked the patient to measure daily peak flows for a few weeks, which demonstrated significant declines in pulmonary function in the workplace as well as on sick days. ████████████ allergist, ████████████, certify that she is allergic to latex and must avoid all exposures to latex products and that the best way to accomplish this is to cease working as a hygienist. In January 1996 her employer, ████████ DMD, asserted in 2 letters that neither his nor any other dental office could remove all the natural rubber latex products necessary for dental practice. He saw no alternative but the termination of ████████████ career.

████████ reports difficulty with her daily functioning because of unavoidable latex exposure including balloon exposure at malls and latex gloves encountered at airports. She reports that she stays home to avoid exposure to latex products.

Questions:

2

1. If ▇▇▇▇▇▇ was able to work as a Dental Hygienist for 24 years, how was she able to perform her job with latex allergy?

   It may take many years for the development of symptoms of latex allergy. First a susceptible (usually allergic) person must have a significant amount of exposure leading to sensitization (the development of immunologic sensitivity). At this point testing may be positive but the patient may not yet have symptoms. We believe that over time many of these patients eventually become symptomatic. So it could have taken years for ▇▇▇▇▇▇ to develop the allergic antibodies and even more time until symptoms occurred. The other variable is the glove product used in her office. It is possible that earlier in her career she used gloves less often but as the AIDS epidemic emerged she adopted universal precautions. Also, some of those gloves may have been vinyl or low latex allergen gloves thus not as likely to elicit symptoms.

   Regarding healthcare workers, they are the occupational group that has been most extensively exposed and studied. Based on a number of studies in hospitals including different occupations in the healthcare workforce, the prevalence is between 5-10%[1]. Among symptomatic individuals though, the prevalence of latex allergy is clearly much higher (30-68%)[2,3]. Dr. Sussman's group in Toronto has done one of the largest surveillance studies of latex allergy by skin testing in 1351 hospital employees[4]. 12.1% of employees had a positive skin test. Approximately ¼ of these subjects had symptoms on exposure while the rest are likely at a higher risk for the development of a clinical allergy to latex. In another study, though, it was estimated that 2.5% of healthcare workers already manifest symptoms of occupational asthma[5]. Study figures vary and therefore the proportion of sensitized but asymptomatic healthcare workers is unknown. From the available data, though (see Dr. Sussman's study above) it appears that a sizable percentage of sensitized healthcare workers (as measured by skin or RAST testing) are not yet symptomatic.

2. What was the change in condition that now renders her disabled?

   The onset of respiratory symptoms to powdered latex gloves heralded the more serious systemic latex allergy. Despite maximal attempts at avoidance she had symptoms to 2nd hand aerosolized latex powder. Unless a change could be made in the entire suite of dental offices she would be unable to work.

3. Is it possible for ▇▇▇▇▇▇ to recover fully from such an allergy?

I do not believe she will lose her sensitivity and be able to work again in an environment with powdered latex gloves. She could appear to lose her sensitivity if testing is repeated after a few years of latex avoidance. Some individuals may revert to negative skin tests and negative RASTs with reduced exposure but the experience with this is rather limited. A group of anesthesiologists at John Hopkins Medical Center was monitored for 15 months by Dr. Robert Hamilton of the Dept of Allergy

3

and Immunology at that institution[6]. In this study, 20 anesthesiologists with natural rubber latex sensitivity by RAST or skin test were followed for a period of 10-15 months. At the beginning of the study they were instructed to avoid personal use of latex. 8 months into the study the institution switched to non-latex gloves with the exception some the surgeons in the operating rooms. Interestingly only 4 of the 20 subjects had classic allergic symptoms that they attributed to latex gloves. 1 of these 4 had a reduction in skin test and RAST to latex. The other 3 showed no change. In total, 14/16 (88%) with an initial positive RAST had a decrease in the IgE. In the 18 who were skin tested, 6 (33%) showed a decrease, 8 (45%) had no measurable change and 4 (22%) had an increase in their skin test. The conclusion is that avoidance may lead to a diminution in the objective markers of latex allergy but probably not disappearance of sensitization. Since T lymphocytes ultimately direct the immune response and likely are still lurking somewhere in the immune system there would likely be an increase with latex allergen exposure. Also, though tests may diminish in intensity, the severity of symptoms may not.

Another variable in testing is the method used to measure IgE antibodies to latex. Of the 3 FDA approved RAST tests for latex-specific IgE now in use in the United States one (HY-TEC) has greater sensitivity but less specificity while the other two (CAP and ALASTAT) have lower sensitivity and greater specificity[7]. CAP and AlaSTAT assays produce 24% and 27% of false-negative results, respectively, while the HY-TEC produces only 8% false-negative but 27% false-positive results when compared with the skin test. If laboratories use different methods for measuring the latex IgE antibodies then the results will likewise vary and a follow up test could be negative.

Instead of attempting to determine whether the patient can lose her sensitivity, it would be more reasonable to ask if there are alternative practice arrangements. A latex-allergic physician at John Hopkins and some other medical centers that have largely eliminated latex gloves could not be disabled in an environment free of powdered latex gloves. Likewise if a dental office in ▮▮▮▮▮ area became latex-free then she may be able to work again.

4. Based on the AMA Guidelines, is ▮▮▮▮▮ allergy severe enough to cause an impairment? Provide details.

> Yes. Latex gloves are an extremely potent allergen sources. Some of this has to do with the abundant amount of latex protein that can be transferred from a single glove. A recent study estimated the number of latex-carrying particles transferred from 1 pair of gloves to 1 pair of hands in 30 minutes of wearing to be approximately 850,000[8]. As an established cause of asthma in the workplace and as documented by her decline in peak flow values ▮▮▮▮▮ latex allergy causes an impairment.

5. Is it possible for a dental office to be latex free or modified enough to allow her to work as a dental hygienist.

> Absolutely yes! Of course, if ▮▮▮▮▮ were a dentist who could control her own work environment this would not be an issue. However, as an employee can

4

she insist that her employer make changes in the workplace? The situation is akin to that of latex allergic nurses who could no longer work in the operating rooms. Surgeons would not change gloves for anyone else because they are accustomed to the feel of powdered latex. If ▇▇▇▇ could find a latex allergic dentist in the area than she should be able to work again. It is not clear from the record in what way ▇▇▇▇ felt that he could not purge his office of natural rubber latex products. There is a misconception that all latex products must be removed. This could be interpreted to include latex paint (which is an emulsion that contains NO rubber at all) or molded rubber products such as rubber stoppers and rubber bands which do not aerosolize latex. By this criteria almost no area is safe for latex allergic patients. However, there is abundant research and clinical experience that shows that elimination of powdered latex products is all that is necessary to produce a latex-safe environment.

Removal of powdered gloves from a single room may not be sufficient though. In a sensitized and symptomatic person what steps can be taken to reduce latex-induced illness? The patients with contact allergy can more easily control their skin exposure by wearing non-latex gloves. For those with latex allergy-induced respiratory illness, personal avoidance of latex is often insufficient. As long as coworkers use powdered gloves, they may continue to inhale aerosolized latex. Latex-safe zones for sensitized workers may not be sufficient, however. In one dental practice air currents and insufficient ventilation in a suite of offices led to a worsening of latex-induced occupational asthma[9]. A truly latex safe environment from the perspective of the healthcare worker is an environment free of all aerosolized latex. This is best accomplished by substituting powdered latex gloves with non-latex or powder-free latex gloves. Low protein powdered latex gloves may also be acceptable but requires vigilant control of procured latex gloves. Until OSHA mandates reporting of glove latex allergen or protein levels this will be impractical for most medical centers.

6. Are there any medications to prevent symptoms that would allow ▇▇▇▇ to be in contact with latex?

▇▇▇▇ is already taking a number of asthma medications to control her symptoms and those were apparently not sufficient. She could take some additional medications but this would only be a temporary measure as continued exposure to latex allergen would ultimately lead to more severe asthma. One could ask whether she could do more to reduce her asthma symptoms (such as eliminating pets) but that does not change the nature of her latex-induced asthma.

7. Is her current treatment sufficient? What is your recommendation for future treatment/testing?

Yes, treatment is adequate. A latex powder-free environment is the only 100% safe alternative for latex allergic patients. As mentioned above, this means that the patient must avoid direct contact with the allergen by using non-latex gloves while others in the facility use powder-free gloves. There is some hope that

5

treatment with allergy desensitization shots could help these patients but for now this is experimental. One small study[10] showed a benefit to such patients treated with this desensitization protocol. This is a very risky process and could not be considered medically reasonable now. A second option for treatment is a new agent which is also not yet FDA approved but holds some promise. It is a monoclonal antibody against IgE (the allergic antibody)[11]. It is not a "cure" for allergies but does reduce symptoms and targets the immunologic response rather than masking allergic symptoms as other medications may do. Its use has not yet been applied to latex allergy.

8. If ▓▓▓▓▓ chooses to return to performing the major duties of her occupation, is there any objective medical reason or basis that would restrict or prevent her from doing so?

> Yes. She has documented asthma and latex sensitivity. She might tolerate a return to work for a brief period but soon her symptoms would return and she could at any point develop a severe asthma attack in the vicinity of powdered latex gloves.

9. Based on ▓▓▓▓▓ objective medical testing and your examination, what job restrictions and limitations would you give to her? Please be specific.

> If ▓▓▓▓▓ can find work in another clinic where aerosolized latex precautions are in place throughout the suite of offices then she should be able to resume a normal schedule. Unless this workplace environment can be assured then she must be considered disabled.
>
> Still, the medical restrictions of today may not apply 5 years from now. Lawsuits against latex glove manufacturers are a force that may drive them to produce less allergenic products. Advances in the treatment of respiratory allergy and specifically latex allergy may allow some sensitized persons to again work in an environment with latex. Such patients would require close monitoring and measurement of pulmonary function testing. It must be emphasized that the treatments and modifications to a hospital environment would need to have a dramatic impact on the workers symptoms since it is difficult for health care workers to function with allergic symptoms and ongoing concern that their work could put them in harms way.
>
> Ultimately, advances in the field of latex allergy are dependent on multiple factors: improvements in the treatment of allergic disease and latex allergy in particular, manufacturing of latex gloves, regulations in the healthcare setting and of course, the health of the worker. It is a complex issue and not one that lends itself to simple answers.

Gary J. Stadtmauer, M.D.

[1] Taylor JS, Wattanakrai P, Charous BL, et al: Latex Allergy in 2000 Year Book of Dermatology and Dermatologic Surgery. Mosby, Inc., St. Louis, MO, 2000

[2] Bubak ME, Reed CE, Fransway AF, et al: Allergic reactions to latex among health-care workers. Mayo Clin Proc 67:1075-1079, 1992

[3] Hunt LW, Fransway AF, Reed CE, et al: An epidemic of occupational allergy to latex involving health care workers. J Occup Environ Med 37(10):1204-1209, 1995

[4] Liss GM, Sussman GL, Deal K, Brown S, Cividino M, Sui S, et al. Latex allergy: epidemiologic study of 1351 hospital workers. Occup Environ Med 1997;54:335–42.

[5] Vandenplas O, Delwiche J-p, Evrard G, et al: Prevalence of occupational asthma due to latex among hospital personnel. Am J Respir Crit Care Med 151:54-60, 1995

[6] Impact of personal avoidance practices on health care workers sensitized to natural rubber latex. Hamilton RG - *J Allergy Clin Immunol* - 01-Apr-2000; 105(4): 839-41

[7] Diagnostic performance of Food and Drug Administration-cleared serologic assays for natural rubber latex-specific IgE antibody. The Multi-Center Latex Skin Testing Study Task Force. Hamilton RG - J Allergy Clin Immunol - 1999 May; 103(5 Pt 1): 925-30

[8] Inhaled latex allergen (Hev b 1). Poulos LM - *J Allergy Clin Immunol* - 01-Apr-2002; 109(4): 701-6

[9] Personal correspondence L. Charous, MD

[10] Specific immunotherapy with a standardized latex extract versus placebo in allergic healthcare workers. Leynadier F - *J Allergy Clin Immunol* - 01-Sep-2000; 106(3): 585-90

[11] Berger WE. Monoclonal anti-IgE antibody: a novel therapy for allergic airways disease. Ann Allergy Asthma Immunol. 2002 Feb;88(2):152-60