# Exhibit 10

October 9, 2003

To:
From:     Barbara Smachetti, RN

Re:       
          DOB
          Cypress File

I have reviewed the clinical notes in this claim file, as well as the prior paper files and I believe that this claimant is extremely restricted in his day-to-day activities on the basis of chronic, severe lung disease.

His current treatment includes a very large number of medications, some of which contribute to his difficulties by virtue of their side effects. There is no known "cure" for his condition, which is chronic and progressive. His prognosis would be characterized as "grim".

At this point, I would suggest that annual review of the medical condition of this claimant would be more than adequate.

Thank you for allowing me to review this interesting file with you.