UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN MIREK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO.: 04-30166-MAP |
| | ) |
| THE GUARDIAN LIFE INSURANCE | ) |
| COMPANY OF AMERICA and | ) |
| BERKSHIRE LIFE INSURANCE | ) |
| COMPANY OF AMERICA, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S
MOTION TO SCHEDULE INITIAL SCHEDULING CONFERENCE**

Defendants, the Guardian Life Insurance Company of America ("Guardian") and Berkshire Life Insurance Company of American ("Berkshire") (collectively referred to as "Defendants"), respectfully oppose Plaintiff's motion to schedule an initial scheduling conference in this matter.

First, a scheduling conference in this matter is premature and would be prejudicial to the Defendants. On December 20, 2005, the Defendants filed a motion to dismiss this matter due to the fact that it is duplicative vexatious litigations causing significant expense to Defendants. Defendants should not have to incur any additional unnecessary costs -- which necessarily will be incurred in connection with the obligation to confer and prepare a statement in connection with an initial scheduling conference -- until such time as the Court has ruled on their motion to dismiss. Defendants are confident that the Court will grant their motion to dismiss. Accordingly, by withholding scheduling anything in this matter until the Court has ruled on

Defendants' motion to dismiss, the Court will not only conserve judicial resources, it will prevent Plaintiff from causing Defendants to incur unnecessary expense.

Second, the Court must strike Plaintiff's motion because it failed to comply with Local Rule 7.1(a)(2) which provides that "No motion shall be filed unless counsel certify that they have conferred and have attempted in good faith to resolve or narrow the issue." Plaintiff's motion to schedule the initial scheduling conference has no such certification, and must be stricken.

        Respectfully Submitted,

        Defendants The Guardian Life Insurance
        Company of America and Berkshire Life
        Insurance Company of America

        By their attorneys,

        CREVIER & RYAN, LLP.

        /s/David B. Crevier
        David B. Crevier, Bar No. 557242
        Katherine R. Parsons, Bar No. 657280
        1500 Main Street, Suite 2020
        Springfield, MA 01115-5727
        Tel: 413-787-2400
        Facsimile: 413-781-8235
        Email: dcrevier@crevierandryan.com

## CERTIFICATE OF SERVICE

I certify that I served a true copy of the foregoing on all counsel of record said service having taken place this 20th day of December 2005.

        /s/David B. Crevier