UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CAROLYN MIREK

CIVIL / CRIMINAL

CASE NO. 04-30166-MAP

V.

GUARDIAN LIFE INS.

Defendant

**NOTICE**

PONSOR     D.J.

PLEASE TAKE NOTICE that the above-entitled case has been RESET for PRETRIAL CONFERENCE   ON JANUARY 27, 2006  AT   3:30 P.M.  BEFORE JUDGE PONSOR IN COURTROOM ONE ON THE FIFTH FLOOR.

SARAH A. THORNTON,

CLERK OF COURT

December 27, 2006                          By:     /s/Elizabeth A. French
Date                                                Deputy Clerk

**(Notice of Hearing.wpd - 3/7/2005)**