# Exhibit 2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN MIREK<br>    Plaintiff,<br><br>v.<br><br>THE GUARDIAN LIFE INSURANCE<br>COMPANY OF AMERICA and BERKSHIRE<br>LIFE INSURANCE COMPANY OF<br>AMERICA,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF DEPOSITION AND SUBPONEA DUCES TECUM OF
L. CHRISTINE OLIVER, M.D., MPH, MS**

To:    Joanne D'Alcomo
        Jager Smith, P.C.
        1 Financial Center
        Boston, MA 02111

        Please take notice that commencing at **10:00 am** on **December 23, 2005**, at the offices of Crevier & Ryan, LLP, 1500 Main Street, Suite 2020, Springfield, MA 01115, the Defendant, Berkshire Life Insurance Company of America, by its attorney, will take the deposition, upon oral examination, of L. Christine Oliver, M.D., MPH, MS pursuant to Rule 30 of the Federal Rules of Civil Procedure, before a Notary Public or before some other officer authorized by law to administer oaths. The oral examination will continue from day to day until completed. You are invited to attend and cross-examine. A copy of the subpoena and a list of the documents identified in the subpoena duces tecum are enclosed herewith. The oral examination will continue from day to day until completed. You are invited to attend and cross-examine.

        Respectfully Submitted,
        Defendant Berkshire Life Insurance
        Company
        By its attorney,

        David B. Crevier, BBO # 557242
        CREVIER & RYAN, LLP
        1500 Main Street, Suite 2020
        Springfield, MA 01115-5727
        Tel: (413) 787-2400
        Fax: (413) 781-8235
        Email: dcrevier@crevierandryan.com

## CERTIFICATE OF SERVICE

_7_ I certify that a true copy of the foregoing was sent first class mail postage prepaid on this day of December 2005 to counsel of record.