# Exhibit 3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN MIREK<br>Plaintiff,<br><br>v.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA and BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEPOSITION SUBPOENA: DUCES TECUM

To: L. Christine Oliver, MD, MPH, MS
1101 Beacon Street
Brookline, MA 02446

YOU ARE HEREBY COMMANDED in the name of the United states in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure to appear and testify before a Notary Public, or before some other office authorized by law to administer oaths, at the offices of Crevier & Ryan, LLP., 1500 Main Street, Suite 2020, Springfield, MA 01115, commencing at 10:00 A.M. on December 23, 2005, and to testify as to your knowledge at the taking of the deposition in the above-entitled action. You are further required to bring with you the documents set forth in Schedule A attached hereto.

Hereof fail not, as you will answer your default under the pains and penalties in the law in that behalf made and provided.

Dated at Springfield the ___ day of December, 2005.

David B. Crevier, BBO# 557242
Katherine R. Parsons, BBO# 657280
Attorneys for the Defendants
Crevier & Ryan, LLP
1500 Main Street, Suite 2020
Springfield, MA 01115
Tel: (413) 787-2400
Fax: (413) 781-8235

RETURN OF SERVICE

Norfolk s.s.                                                                                          December 19, 2005

I this day summoned the within named L. Christine Oliver, MD, MPH, MS, to appear as within directed by delivering to her in hand at 1101 Beacon Street, her office, in the Brookline District, of said Norfolk County, an attested copy of the subpoena together with $26.00 fees for attendance and travel.

| | | |
|---|---|---|
| Service & Travel: | $36.75 | |
| Paid Witness: | $26.00 | |
| Four Additional Attempts: | $60.00 | Terence Dowd |
| Total: | $122.75 | Disinterested Person |

cc: Joanne D'Alcomo, Esq.
Edward Kimball, Esq.

## Schedule A

A. The term "you" refers to L. Christine Oliver, MD, MPH, MS, or any agents or employees of L. Christine Oliver, MD, MPH, MS.

B. The term "Exhibit A" refers to the document attached as Exhibit A.

C. The term "Exhibit B" refers to the document attached as Exhibit B.

## DOCUMENTS TO BE PRODUCED

1. All medical articles, presentations, chapters, publications or written material authored or co-authored by you since January 1, 1990.

2. All medical articles, presentations, chapters, publications or written materials which you authored or to which you contributed since January 1, 1990.

3. All medical articles, presentations, chapters, publications or written materials which you authored or to which you contributed since January 1, 1990, on the subject of latex allergy.

4. All documentary materials, including but not limited to, notes, e-mails, correspondence, etc., referring to Carolyn Mirek.

5. Copies of all latex policies, or policies governing the use of or presence of latex products, that you have participated in implementing, developing or modifying for any hospital, healthcare facility or medical office of any kind.

6. All documents (except for patient or personal identifying information) containing or describing work restrictions, limitations, accommodations, or modifications you participated in developing or implementing for any individual with latex allergy.

7. All documentary materials on which you relied in formulating the opinions or analyses contained in Exhibit A attached.

8. All documentary materials on which you relied in formulating the opinions or analyses contained in Exhibit B attached.

9. All documentary materials generated, gathered, consulted or used by you in the course of researching or preparing Exhibit A.

10. All documentary materials generated, gathered, consulted or used by you in the course of researching or preparing Exhibit B.

11. All documentary materials describing, embodying, reflecting any opinions developed or adopted by you concerning Carolyn Mirek's claim.

12. All transcripts of any depositions of you since January 1, 1995.

13. All transcripts of any testimony given by you in any legal proceeding since January 1, 1995.

14. All transcripts or recordings (digital, video or oral) of any presentations, talks, or speeches given by you since January 1, 1990 on medical subjects.

15. All drafts, or portions of drafts, of Exhibit A.

16. All drafts, or portions of drafts, of Exhibit B.

17. All documentary materials containing edits, revisions or notes relating to Exhibit A.

18. All documentary materials containing edits, revisions or notes relating to Exhibit B.

19. All communications between you and anyone concerning Exhibit A.

20. All communications between you and anyone concerning Exhibit B.

21. All communications between you and anyone concerning Carolyn Mirek.

22. Copies of all brochures, pamphlets, information sheets you have disseminated since January 1, 1995 anyone else at any time on the subject of latex allergy.

23. Documentary materials evidencing Dr. Oliver's Board certification in any specialty.

24. All documents concerning payments you have or may receive in connection with this matter including without limitation to, retention letter and fee schedule.