# Exhibit 4

| | |
|---|---|
| **From:** | "Joanne D'Alcomo" <jdalcomo@jagersmith.com> |
| **To:** | "David Crevier" <DCrevier@crevierandryan.com> |
| **Date:** | 12/19/05 1:08PM |
| **Subject:** | Dr. Oliver |

David,
 I just talked with Dr. Oliver. She just returned from being out of the country. She is not available for a deposition Friday.
   Joanne


Joanne D'Alcomo
Jager Smith P.C.
One Financial Center
Boston, MA 02111
Tel. 617.951.0500/Fax 617.951.2414
jdalcomo@jagersmith.com <mailto:jdalcomo@jagersmith.com>

NOTICE: This email message and any attachment contain confidential information that may be legally privileged. If you are not the intended recipient of this message, do not review, copy, use or disseminate this email or any of its attachments. If you have received this email in error, please notify us immediately by return email or telephone at 617.951.0500 and also delete this message. Thank you


**CC:**       "Edward K Kimball" <Edward_Kimball@berkshirelife.com>