# Exhibit 5

**From:** David Crevier
**To:** D'Alcomo, Joanne
**Date:** 12/22/05 10:37AM
**Subject:** Re: Dr. Oliver

Joanne: Could you check with Dr. Oliver and provide me with dates on which both of you are available to come to Springfield in January. Dave

David B. Crevier, Esq.
Crevier & Ryan, LLP
1500 Main Street, Suite 2020
Springfield, MA 01115-5532
(413) 787-2400; fax (413) 781-8235
Dcrevier@crevierandryan.com

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

>>> "Joanne D'Alcomo" <jdalcomo@jagersmith.com> 12/19/05 1:10 PM >>>
David,
  I just talked with Dr. Oliver. She just returned from being out of the country. She is not available for a deposition Friday.
      Joanne


Joanne D'Alcomo
Jager Smith P.C.
One Financial Center
Boston, MA 02111
Tel. 617.951.0500/Fax 617.951.2414
jdalcomo@jagersmith.com <mailto:jdalcomo@jagersmith.com>

NOTICE: This email message and any attachment contain confidential information that may be legally privileged. If you are not the intended recipient of this message, do not review, copy, use or disseminate this email or any of its attachments. If you have received this email in error, please notify us immediately by return email or telephone at 617.951.0500 and also delete this message. Thank you