# Exhibit 6

**JAGER SMITH P.C.**

COUNSELORS AT LAW

ONE FINANCIAL CENTER
BOSTON, MASSACHUSETTS 02111
telephone 617 951 0500
facsimile 617 951 2414
www.jagersmith.com

JOANNE D'ALCOMO
jdalcomo@jagersmith.com

December 29, 2005

*Via fax and first-class mail*

DEC 3 0 2005

David B. Crevier, Esq.
Crevier & Ryan, LLP
1500 Main Street, Suite 2020
Springfield, MA 01115-5727

Re:   *Carolyn Mirek v. The Guardian Life Insurance Company of America and Berkshire Life Insurance Company of America,* Civil Action No. 04-30166-MAP, United States District Court, District of Massachusetts

Dear David:

As you are no doubt aware, Dr. Oliver received the subpoena for her deposition last week.

On her behalf, I am making the following objections:

Document Categories 1, 2, 14 – Dr. Oliver objects on the grounds that the request exceeds the scope of Federal Rule of Civil Procedure 26, and is overly broad, unduly burdensome and not reasonably calculated to lead to discovery of admissible evidence. Dr. Oliver, as you can see from her curriculum vitae, has extensively written and presented material. In contrast with Dr. Axe, for example, she has authored numerous publications. It is unreasonable, and unduly burdensome, for the defense to expect her to produce all medical articles, presentations, chapters or other written materials authored or co-authored by her in the past fifteen years, regardless of whether they have anything to do with latex allergy.

Dr. Oliver objects to Document Category 6, in that she treats hundreds of individuals, and it would not be possible for her, without extensive and time-consuming review, to determine for which of those patients she has participated in developing work restrictions, limitations, combinations or modifications.

Dr. Oliver objects to Category 24 on the grounds that it is ambiguous and confusing, and in part duplicates the information in a disclosure previously provided under the Federal Rules of Civil Procedure concerning payment.

JS#114762v1

David B. Crevier, Esq.
December 29, 2005
Page 2

      This letter is being sent to you while I am out of the office this week. When I return, I will check with Dr. Oliver concerning her availability for a deposition in January.

                    Sincerely,

                    Joanne D'Alcomo

JDA/rrp

JS#114762v1