# Exhibit 7

Case 3:04-cv-30166-RGS    Document 45-8    Filed 01/11/2006    Page 1 of 2

**From:** "Joanne D'Alcomo" <jdalcomo@jagersmith.com>
**To:** "Edward K Kimball" <Edward_Kimball@berkshirelife.com>, "David Crevier" <DCrevier@crevierandryan.com>
**Date:** Tue, Jan 10, 2006 9:32 AM
**Subject:** Oliver Deposition

Dave, Ed,

    Happy New Year. I'm finally back in the office this week after having had a miserable bout with the flu last week. So much for my flu shot! It didn't do me any good with what I had.

    At any rate, I have given more thought to the Dr. Oliver deposition and I think that given the fact that the plaintiff's fact discovery via 30(b)(6) on latex-related issues still has not taken place, it would be unfairly prejudicial to the plaintiff to give you the opportunity to depose Dr. Oliver on latex-related issues in advance. Consequently, until that deposition takes place, I will not be producing her.

    I am, however, since I already deposed Dr. Garb as a fact witness on latex-related issues, willing to get done the deposition of Dr. Garb on his supplemental report. I wouldn't expect that to take too long, So, I will contact you will some proposed dates later in the day, once I get a few more things straightened out with my schedule.

    Thanks.

    Joanne