UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CAROLYN MIREK,            )
        Plaintiff      )
                       )
     v.                 )  CIVIL ACTION NO. 04-30166-MAP
                       )
THE GUARDIAN LIFE INSURANCE )
COMPANY OF AMERICA, ET AL, )
        Defendants     )

FURTHER SCHEDULING ORDER

January 31, 2006

PONSOR, D.J.

    Counsel for all parties appeared before this court for a final pretrial conference pursuant on January 27, 2006. Based on counsel's representations, the court orders as follows:

    1.  The two pending discovery motions are hereby referred to Magistrate Judge Kenneth P. Neiman for ruling. <u>See</u> Motion Pursuant to Rule 37(a) and 37(b) (Docket No. 38) and Motion to Compel Testimony (Docket No. 45).

    2.  The case is also referred to Magistrate Judge Neiman to set a schedule for filing any motions for summary judgment. The schedule may take into account time for additional discovery, if any. Counsel for Defendants indicated that he would be prepared to file a motion for summary judgment within thirty days of completion of any further discovery.

    3.  Any motion for summary judgment is hereby ordered referred to Magistrate Judge Nieman for Report and Recommendation.

    4. Proceedings in the related litigation, C.A. 05-30246-MAP, will be addressed separately for the time being.

    It is So Ordered.

```
                              /s/ Michael A. Ponsor
                              MICHAEL A. PONSOR
                              United States District Judge
```