## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN MIREK,<br><br>      Plaintiff,<br><br>vs.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA and BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.: 04-30166-MAP<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### **DEFENDANTS' MOTION FOR HEARING**

      The Defendants, the Guardian Life Insurance Company of America ("Guardian") and Berkshire Life Insurance Company of America ("Berkshire"), hereby request that the Court allow oral argument with regard to the two pending discovery motions that were recently referred to Judge Kenneth P. Neiman by the Court's Further Scheduling Order dated January 31, 2006. The pending motions are Plaintiff's Motion Pursuant to Rule 37(a) and 37(b) (Docket No. 38) and Defendants' Motion to Compel Testimony (Docket No. 45).

      Defendants request to be heard so as to ensure that the parties can discuss with the Court the numerous aspects of the outstanding discovery. As the Court is aware, by its October 20, 2005 Order, this Court admonished Plaintiff to restrict her deposition of the Defendants to Count I of the Complaint. Moreover, at the January 27, 2006 Final Pretrial Conference, the Court stated that a significant portion of the discovery sought by Plaintiff through her pending motion would not be admissible in this Court. Defendants have ordered a transcript of the hearing that they will present to the Court upon receipt. Defendants believe that oral argument is necessary

so the Court may inquire fully as to the discovery Plaintiff seeks to take and provide Plaintiff with clear instruction as to the scope of permissible discovery so as to avoid additional unnecessary discovery disputes.

Defendants also request oral argument to respond to the numerous misstatements regarding Defendants and their counsel made by Plaintiff in her submissions to this Court. Specifically, in Plaintiff's recently filed Opposition to Defendants' Motion to Preclude the testimony of Dr. Christine Oliver, Plaintiff: 1) misrepresents the Court's order dated October 20, 2005 and fails to mention that the Court "admonished" Plaintiff to limit her discovery to Count I; 2) incorrectly states that the Defendants have been unwilling to produce Rule 30(b)6 witnesses consistent with the Court's orders when in fact Defendants' opposition to Plaintiff's motion to compel clearly and unambiguously states that numerous witnesses were available to Plaintiff on various "Acceptable Topics"; 3) fails to mention that Plaintiff has done nothing to schedule depositions as to those Rule 30(b)(6) "Acceptable Topics" and 4) absent any substantiation whatsoever accuses Defendants of "failing to comply with a Court order".

Defendants and their counsel are concerned that discrepancies between the facts and Plaintiff's representations to this Court have unfairly and inaccurately placed defendants in a false light and wish to address these issues with the Court.

Respectfully Submitted,

Defendants The Guardian Life Insurance Company of America and Berkshire Life Insurance Company of America

By their attorneys,

CREVIER & RYAN, LLP.


/s/David B. Crevier
David B. Crevier, Bar No. 557242
Katherine R. Parsons, Bar No. 657280
1500 Main Street, Suite 2020
Springfield, MA 01115-5727
Tel:  413-787-2400
Facsimile:  413-781-8235
Email: dcrevier@crevierandryan.com
          kparsons@crevierandryan.com


LOCAL RULE 7.1 CERTIFICATION

I certify that the attorneys in this case have conferred and attempted in good faith to resolve or narrow the issues contained in this motion.


/s/David B. Crevier


CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 2nd day of February 2006.

/s/David B. Crevier
David B. Crevier