# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CAROLYN MIREK | ) | |
| Plaintiff, | ) | |
| v. | ) | 04-30166-MAP |
| | ) | |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA and BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, | ) ) ) ) | |
| Defendants. | ) ) | |

## ASSENTED TO MOTION TO CONTINUE DATE FOR HEARING

The Defendants, The Guardian Life Insurance Company of America and Berkshire Life Insurance Company of America ("Defendants") hereby move this Court to continue the date for the hearing regarding Defendants' Motion to Compel the Testimony of Dr. Christine Oliver and Plaintiff's Motion Pursuant to Rule 37(a) and 37(b) from February 22, 2006 to March 1, 2006.

The hearing regarding Defendants' Motion to Compel the Testimony of Dr. Christine Oliver and Plaintiff's Motion Pursuant to Rule 37(a) and 37(b) is currently scheduled for February 22, 2006. Prior to the scheduling of this hearing Defendants' counsel arranged a vacation with his family for the week of February 22. Defendants' counsel has already paid for the expenses for the trip. Defendants' counsel and Plaintiff's counsel discussed this issue on February 9, 2006, and Plaintiff's counsel assented to this motion to continue the date for the hearing. The Court has indicated that Magistrate Neiman's next available hearing date and time is March 1, 2006 at 2 P.M.

For these reasons, the Defendants respectfully request that this Court continue the scheduled hearing to March 1, 2006 at 2 P.M.

Respectfully Submitted,

Defendants The Guardian Life Insurance
Company of America and Berkshire Life
Insurance Company of America

 By their attorneys,

CREVIER & RYAN, LLP.


/s/David B. Crevier
David B. Crevier, Bar No. 557242
Katherine R. Parsons, Bar No. 657280
1500 Main Street, Suite 2020
Springfield, MA 01115-5727
Tel:  413-787-2400
Facsimile:  413-781-8235
Email: dcrevier@crevierandryan.com


## CERTIFICATE OF SERVICE

　　　　I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 10th day of February 2006.

　　　　　　　　　　　　　　　　　　　　　　/s/David B. Crevier
　　　　　　　　　　　　　　　　　　　　　　David B. Crevier