UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN MIREK,<br>　　　　Plaintiff<br><br>v.<br><br>THE GUARDIAN LIFE INS. CO. OF<br>AMERICA and BERKSHIRE LIFE INS.<br>CO. OF AMERICA,<br>　　　　Defendants | Civil Action No. 04-30166-MAP |

## FURTHER SCHEDULING ORDER
March 2, 2006

NEIMAN, U.S.M.J.

The court hereby establishes the following schedule:

1. Defendants shall file their motion for summary judgment by May 12, 2006, or inform the court in writing by that date that no such motion will be filed.

2. Plaintiff's opposition to the motion for summary judgment, if any, shall be filed by June 2, 2006, to which Defendants may reply by June 9, 2006.

3. If no motion for summary judgment is filed, the parties shall appear at a final pretrial conference in Courtroom I on June 8, 2006 at 3:00 p.m.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　/s/ Kenneth P. Neiman
　　　　　　　　　　　　　　　　　　KENNETH P. NEIMAN
　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge