# EXHIBIT E

-----Original Message-----
From: Joanne D'Alcomo
Sent: Monday, December 19, 2005 4:02 PM
To: Edward K Kimball
Cc: Seth E. Nesin
Subject: RE: FW: Mediation

Ed,
   I agree to stay the depos until after the mediation. I don't agree to stay the other things. If you think you have a viable summary judgment motion, I think it would be useful for the plaintiff to see it to weigh its strength. (By the way, I don't know if the judge would entertain it at this late date, but I'm certainly not going to agree to a stay of 45 days to give you more time to try.) I personally can't imagine on what grounds it would be, so to the extent your contention is that you have a viable summary judgment motion and it shapes your view of the probability of recovery, I think it would assist the process to have it on the table rather than lurking in the background.
      Answering a complaint isn't what I would call time-consuming for an experienced lawyer like yourself -- particularly when the subject-matter has been the subject of litigation for more than a year! As for the pre-trial stuff, we already have been given some extra time on the pre-trial because the clerk told me the conference was off on the 12th.
   Joanne


Joanne D'Alcomo
Jager Smith P.C.
One Financial Center
Boston, MA 02111
Tel. 617.951.0500/Fax 617.951.2414
jdalcomo@jagersmith.com