# Exhibit 1

2

| | |
|---|---|
| 1 | THE COURT: For the record, this is the case of Carolyn Mirek, |
| 2 | M-i-r-e-k versus the Guardian Life Insurance Company of America. It's |
| 3 | 0430166. We're here for a final pre-trial conference. Thank you for your |
| 4 | patience. It's late on a Friday afternoon, and my work day is not done after I |
| 5 | finish this hearing, but I think this is pretty simply at least as I see it. You have a |
| 6 | couple of pending discovery motions. My intention is to refer those to |
| 7 | Magistrate Judge Neiman. He's been handling your discovery issues. And other |
| 8 | than that, once those issues are resolved, you're basically ready for trial and we'll |
| 9 | put you down on our trial list and get you in here for trial as soon as we can find |
| 10 | a place for you. |
| 11 | The defendant's estimate of the amount of time for trial is quite a bit less |
| 12 | than the plaintiff's estimate of time for trial. The defendants talked about three |
| 13 | or four days and the plaintiff talked about seven or eight days, or maybe its vice |
| 14 | versa. |
| 15 | MS. D'ALCOMO: You have it correct, Your Honor. |
| 16 | THE COURT: Yeah, all right, and we'll have to have that in |
| 17 | mind. But other than that, I guess the only thing that I'm interested in is whether |
| 18 | you've had any discussions about possible resolution of this case without the |
| 19 | necessity of trial. And to be honest, I don't know which of you has the plaintiff |
| 20 | and which of you has the defendant. |
| 21 | MS. D'ALCOMO: I do, Your Honor, Joanne D'Alcomo for the |
| 22 | plaintiff. There is one other issue, Your Honor, and that is I am finding it |
| 23 | difficult trying to figure out what the court thinks the difference would be |
| 24 | between trying the case that we're here on the pre-trial for and the case I had to |

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

**PHILBIN & ASSOCIATES, INC.**

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947