# Exhibit 2

**From:** David Crevier
**To:** D'Alcomo, Joanne
**Date:** Wed, Sep 28, 2005 9:18 AM
**Subject:** RE: Extension of Time

What are the dates of your vacation?

David B. Crevier, Esq.
Crevier & Ryan, LLP
1500 Main Street, Suite 2020
Springfield, MA 01115-5532
(413) 787-2400; fax (413) 781-8235
Dcrevier@crevierandryan.com

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

>>> "Joanne D'Alcomo" <jdalcomo@jagersmith.com> 09/27/05 6:56 PM >>>
David,
   sorry I'm just getting back to you. That's fine. Can you draft such a stip, pls, since I'm heading out of town to Memphis tomorrow for depositions the remainder of the week. Tnx.
   joanne


Joanne D'Alcomo
Jager Smith P.C.
One Financial Center
Boston, MA 02111
Tel. 617.951.0500/Fax 617.951.2414
jdalcomo@jagersmith.com


-----Original Message-----
From: David Crevier [mailto:DCrevier@crevierandryan.com]
Sent: Monday, September 26, 2005 7:43 AM
To: Joanne D'Alcomo
Cc: Edward_Kimball@berkshirelife.com
Subject: Extension of Time

Joanne: Getting back to you on your message, based on your 10 day vacation and the fact that numerous fact witnesses are being deposed after the discovery deadline, the parties will agree to extend both parties expert designations by 10 days and that any followup depositions (resulting from the post-deadline discovery- and to the extent the parties still have them) can occur within 10 days after your return.
David

David B. Crevier, Esq.
Crevier & Ryan, LLP
1500 Main Street, Suite 2020
Springfield, MA 01115-5532
(413) 787-2400; fax (413) 781-8235

Dcrevier@crevierandryan.com

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.