# Exhibit 3

**From:** "Joanne D'Alcomo" <jdalcomo@jagersmith.com>
**To:** "David Crevier" <DCrevier@crevierandryan.com>
**Date:** Tue, Oct 18, 2005  3:58 PM
**Subject:** RE: Extension

Yes, that's fine. But I still wawnt to keep on track with the pretrial.
I think that's doable.


Joanne D'Alcomo
Jager Smith P.C.
One Financial Center
Boston, MA 02111
Tel. 617.951.0500/Fax 617.951.2414
jdalcomo@jagersmith.com


-----Original Message-----
From: David Crevier [mailto:DCrevier@crevierandryan.com]
Sent: Monday, October 17, 2005 10:47 AM
To: Joanne D'Alcomo
Subject: RE: Extension

Joanne:  Given the uncertainty as to the factual discovery, I thought
that we should jointly ask the Court at next Monday's hearing to modify
the Pretrial Scheduling Order as we have discussed.

The original scheduling order required Plaintiff to convey expert
reports 15 days after the close of non-expert depositions and Defendants
to convey expert reports one month later.  I would recommend that we ask
the court to extend the expert report/deposition schedule to begin upon
the completion of fact depositions, whenever that is.   Is that okay?

Dave

David B. Crevier, Esq.
Crevier & Ryan, LLP
1500 Main Street, Suite 2020
Springfield, MA  01115-5532
(413) 787-2400; fax (413) 781-8235
Dcrevier@crevierandryan.com

Confidentiality Note: This e-mail, and any attachment to it, contains
privileged and confidential information intended only for the use of the
individual(s) or entity named on the e-mail. If the reader of this
e-mail is not the intended recipient, or the employee or agent
responsible for delivering it to the intended recipient, you are hereby
notified that reading it is strictly prohibited. If you have received
this e-mail in error, please immediately return it to the sender and
delete it from your system. Thank you.