# Exhibit 4

## JAGER SMITH P.C.

COUNSELORS AT LAW

ONE FINANCIAL CENTER
BOSTON, MASSACHUSETTS 02111
telephone 617 951 0500
facsimile 617 951 2414
www.jagersmith.com

JOANNE D'ALCOMO
jdalcomo@jagersmith.com

November 16, 2005

*Via first-class mail*

Edward K. Kimball, Esq.
Berkshire Life Insurance Company of America
700 South Street
Pittsfield, MA 01201-8285

NOV 17 2005

David B. Crevier, Esq.
Crevier & Ryan, LLP
1500 Main Street, Suite 2020
Springfield, MA 01115-5727

    Re:   *Carolyn Mirek v. The Guardian Life Insurance Company of America and Berkshire Life Insurance Company of America,* Civil Action No. 04-30166-MAP, United States District Court, District of Massachusetts

Dear Ed and David:

    Even though I have not completed fact discovery, I believe I am at an appropriate point to make expert disclosures. Therefore, by this letter, I am making disclosures. L. Christine Oliver, M.D., will testify pursuant to the two reports enclosed. As required by the Federal Rules, I am disclosing that her hourly rate is $325 for consultation and review of records and $500 for depositions and testimony at trial. Plaintiff is also designating as an expert treating physician Robert M. Bedard, M.D.

    Let me know when you plan to do your expert disclosures so that we can then agree on dates of expert depositions should we decide that they are necessary.

    Thank you.

Sincerely,

Joanne D'Alcomo (rrp)
Joanne D'Alcomo

JDA/rrp
Enclosures

JS#112641v1