# Exhibit 5



"Joanne D'Alcomo"
<jdalcomo@jagersmith.com>

12/22/2005 12:32 PM

To "Edward K Kimball" <Edward_Kimball@berkshirelife.com>
cc "Seth E. Nesin" <snesin@jagersmith.com>
bcc
Subject expert disclosures

History: 📩 This message has been forwarded.

Ed,
We don't seem to have received your expert disclosures. I thought you were making your disclosures yesterday. If you forgot to send them, please fax them now and send a copy regular mail as well. tnx.
Joanne


Joanne D'Alcomo
Jager Smith P.C.
One Financial Center
Boston, MA 02111
Tel. 617.951.0500/Fax 617.951.2414
jdalcomo@jagersmith.com

NOTICE: This email message and any attachment contain confidential information that may be legally privileged. If you are not the intended recipient of this message, do not review, copy, use or disseminate this email or any of its attachments. If you have received this email in error, please notify us immediately by return email or telephone at 617.951.0500 and also delete this message. Thank you