UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN MIREK,<br><br>    Plaintiff<br><br>v.<br><br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA and BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA,<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action<br>)   No. 04-30166-MAP<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE DEFENDANTS'
PROFFERED EXPERT JAMES R. GARB, M.D. FROM TESTIFYING AS TO
THE SUPPOSED PREVALENCE OF LATEX-FREE DENTAL OFFICES**

Plaintiff Carolyn Mirek, having taken depositions of James R. Garb, M.D. on October 25, 2005 and January 27, 2006, hereby moves _in limine_ to preclude his testimony and report with respect to the prevalence of latex-free dentists, based on principles in _Daubert v. Merrill Dow Pharmaceuticals, Inc._, 509 U.S. 579 (1993) and _Kumho Tire Co. v. Carmichael_, 526 U.S. 137 (1999).

The portion of Dr. Garb's report that contains the conclusions that are the subject of this motion is reprinted below:

> 2) There are dentists practicing in the northern Connecticut and south western Massachusetts area who have latex-free offices. This list includes the following dental practices, but is not intended to be all-inclusive:
>
> Mark Haselkorn DMD 103 Van Deene Ave, West Springfield, MA
>
>> Dr. Haselkorn is using no latex products in his practice. Everything is non-latex. He himself is allergic to latex, as is one of his staff. He would have no trouble accommodating a latex-allergic employee.

David Segal, DMD 1050 Sullivan Ave, South Windsor, CT

> Dr. Segal's office has stopped using latex and is latex-free. They use all non-latex gloves. All other equipment is latex-free as well. He would have no trouble accommodating a latex-allergic employee.

Robert Bird, DMD 60 Church St, Canaan, CT

> Dr. Bird stopped using latex several years ago. He assumes every patient is allergic to latex and would have no trouble accommodating a latex-allergic employee.

Pediatric Dentistry Associates LLC 991 State Street, New Haven, CT

> This practice is latex-free. They use all non-latex products. They would have no trouble accommodating a latex-allergic employee.

Raymond Wise, DMD 31 Park Plaza, Lee MA

> They use only nitrile or vinyl gloves and all dental equipment is latex-free. They have patients with latex allergies who travel from long distances to be seen there. They could easily accommodate a latex-allergic employee.

In support of this motion, plaintiff relies on the attached memorandum.

        Respectfully submitted,

        PLAINTIFF CAROLYN MIREK

        By her Attorneys,

        /s/ Seth Nesin

        _____

        Joanne D'Alcomo
        BBO #544177
        Seth Nesin
        BBO #650739
        JAGER SMITH P.C.
        One Financial Center
        Boston, MA 02111
        (617) 951-0500

Certificate Pursuant to L.R. 7.1(A)(2)

The undersigned certifies that counsel have conferred and have attempted in good faith to resolve or narrow the issues, and further that the provisions of Local Rule 7.1(A)(2) have been complied with.

/s/ Seth Nesin
_____
Seth Nesin

JS#119989v1