# EXHIBIT 5


**Start:** 48 Sele Dr
South Windsor, CT 06074-3727, US

**End:** 103 Van Deene Ave
West Springfield, MA 01089-3200, US

**Notes:**





| Directions | Distance |
|---|---|
| **Total Est. Time:** 36 minutes    **Total Est. Distance:** 24.77 miles | |
| **1:** Start out going NORTH on SELE DR toward DEMING ST. | <0.1 miles |
| **2:** Turn LEFT onto DEMING ST. | 0.2 miles |
| **3:** Turn RIGHT onto BUCKLAND RD. | 0.4 miles |
| **4:** BUCKLAND RD becomes CT-194 / SULLIVAN AVE. | 3.6 miles |
| **5:** Turn RIGHT onto JOHN FITCH BLVD / US-5 N. Continue to follow US-5 N. | 4.2 miles |
| **6:** Merge onto I-91 N via the ramp on the LEFT toward SPRINGFIELD (Crossing into MASSACHUSETTS). | 14.1 miles |
| **7:** Take the US-20 W / RT-20A E exit- EXIT 9- toward W. SPRINGFIELD / WESTFIELD. | 0.2 miles |
| **8:** Take the I-91 N ramp toward CHICOPEE / HOLYOKE. | 0.4 miles |
| **9:** Merge onto US-20 W. | 0.6 miles |
| **10:** Enter next roundabout and take 2nd exit onto PARK ST. | 0.4 miles |
| **11:** Turn RIGHT onto VAN DEENE AVE. | 0.1 miles |
| **12:** End at **103 Van Deene Ave** West Springfield, MA 01089-3200, US | |
| **Total Est. Time:** 36 minutes    **Total Est. Distance:** 24.77 miles | |



**Start:** 48 Sele Dr
South Windsor, CT 06074-3727, US

**End:** 1050 Sullivan Ave
South Windsor, CT 06074-2000, US

**Notes:**



| Directions | Distance |
|---|---|
| **Total Est. Time:** 4 minutes    **Total Est. Distance:** 1.99 miles | |
| **1:** Start out going NORTH on SELE DR toward DEMING ST. | <0.1 miles |
| **2:** Turn LEFT onto DEMING ST. | 0.2 miles |
| **3:** Turn RIGHT onto BUCKLAND RD. | 0.4 miles |
| **4:** BUCKLAND RD becomes CT-194 / SULLIVAN AVE. | 1.3 miles |
| **5:** End at **1050 Sullivan Ave** South Windsor, CT 06074-2000, US | |
| **Total Est. Time:** 4 minutes    **Total Est. Distance:** 1.99 miles | |

 Printer-friendly page sponsored by HP




**Start:** 48 Sele Dr
South Windsor, CT 06074-3727, US

**End:** 60 Church St
Canaan, CT 06018-2481, US

**Notes:**

| Directions | Distance |
|---|---|
| **Total Est. Time:** 1 hour, 26 minutes   **Total Est. Distance:** 51.70 miles | |
| **1:** Start out going NORTH on SELE DR toward DEMING ST. | <0.1 miles |
| **2:** Turn LEFT onto DEMING ST. | 0.2 miles |
| **3:** Turn LEFT onto BUCKLAND RD. | 0.9 miles |
| **4:** BUCKLAND RD becomes BUCKLAND ST. | 0.1 miles |
| **5:** Turn RIGHT onto PLEASANT VALLEY RD. | 0.1 miles |
| **6:** Merge onto I-84 W via the ramp on the LEFT toward HARTFORD. | 7.2 miles |
| **7:** Take the US-44 W exit- EXIT 50- toward I-91 S / MAIN ST. | 0.2 miles |
| **8:** Stay STRAIGHT to go onto US-44 W / MORGAN ST. | 0.1 miles |
| **9:** Turn SLIGHT RIGHT onto US-44 / MAIN ST. Continue to follow US-44 W. | 42.4 miles |
| **10:** Turn LEFT onto US-44 / CHURCH ST. | 0.1 miles |
| **11:** End at **60 Church St** Canaan, CT 06018-2481, US | |
| **Total Est. Time:** 1 hour, 26 minutes   **Total Est. Distance:** 51.70 miles | |



**Start:** 48 Sele Dr
South Windsor, CT 06074-3727, US

**End:** 991 State St
New Haven, CT 06511-3993, US

**Notes:**



**Directions**      **Distance**

**Total Est. Time:** 49 minutes     **Total Est. Distance:** 44.74 miles

| | Step | Distance |
|---|---|---|
| START | **1:** Start out going NORTH on SELE DR toward DEMING ST. | <0.1 miles |
| | **2:** Turn LEFT onto DEMING ST. | 0.2 miles |
| | **3:** Turn LEFT onto BUCKLAND RD. | 0.9 miles |
| | **4:** BUCKLAND RD becomes BUCKLAND ST. | 0.1 miles |
| | **5:** Turn RIGHT onto PLEASANT VALLEY RD. | 0.1 miles |
| WEST 84 | **6:** Merge onto I-84 W / WILBUR CROSS HWY via the ramp on the LEFT toward HARTFORD. | 5.3 miles |
| SOUTH 15 | **7:** Merge onto CT-15 S / WILBUR CROSS HWY via EXIT 57 on the LEFT toward I-91 S / CHARTER OAK BR / N.Y. CITY. | 1.9 miles |
| SOUTH 91 | **8:** Merge onto I-91 S via EXIT 86 toward NEW HAVEN / N.Y. CITY. | 35.5 miles |
| EXIT 4 | **9:** Take EXIT 4 toward STATE ST. | 0.2 miles |
| | **10:** Turn RIGHT onto HUMPHREY ST. | <0.1 miles |
| | **11:** Turn RIGHT onto STATE ST / US-5. | 0.1 miles |
| END | **12:** End at **991 State St**<br>New Haven, CT 06511-3993, US | |

**Total Est. Time:** 49 minutes     **Total Est. Distance:** 44.74 miles



**Start:** 48 Sele Dr
South Windsor, CT 06074-3727, US

**End:** 31 Park Plz
Lee, MA 01238-1727, US

**Notes:**



### Directions | Distance

**Total Est. Time:** 1 hour, 14 minutes  **Total Est. Distance:** 64.92 miles

| | | |
|---|---|---|
| | **1:** Start out going NORTH on SELE DR toward DEMING ST. | <0.1 miles |
| | **2:** Turn LEFT onto DEMING ST. | 0.2 miles |
| | **3:** Turn RIGHT onto BUCKLAND RD. | 0.4 miles |
| | **4:** BUCKLAND RD becomes CT-194 / SULLIVAN AVE. | 3.6 miles |
| | **5:** Turn RIGHT onto JOHN FITCH BLVD / US-5 N. Continue to follow US-5 N. | 4.2 miles |
| | **6:** Merge onto I-91 N via the ramp on the LEFT toward SPRINGFIELD (Crossing into MASSACHUSETTS). | 19.1 miles |
| | **7:** Merge onto I-90 W / MASS PIKE / MASSACHUSETTS TURNPIKE via EXIT 14 toward ALBANY (Portions toll). | 35.9 miles |
| | **8:** Merge onto US-20 W / HOUSATONIC ST via EXIT 2 toward LEE / LENOX / PITTSFIELD. | 1.1 miles |
| | **9:** Turn LEFT onto PARK PLZ. | <0.1 miles |
| | **10:** End at **31 Park Plz** Lee, MA 01238-1727, US | |

**Total Est. Time:** 1 hour, 14 minutes  **Total Est. Distance:** 64.92 miles