# EXHIBIT 6

| Name of Requestor | Phyllis A. Jones | Telephone Number | 617-951-0500 |
|---|---|---|---|
| Email Address | PJONES@JAGERSMITH.COM | | |
| Attention | Phyllis A. Jones | | |
| Address Line 1 | Jager Smith, PC | | |
| Address Line 2 | One Financial Center | | |
| City, State, Zip Code | Boston, MA 02111 | | |

Please specify below where you would like the CD-ROM to be sent

Files cannot be emailed – They may be too large and/or some Antivirus programs will not accept databases that are emailed

All checks should be made payable to: THE COMMONWEALTH OF MASSACHUSETTS

The fee for each checked box is $30.00

### Check All Boxes that Apply

| | | | |
|---|---|---|---|
| Allied Health Professions | Engineers/Land Surveyors | Plumbers | |
| Allied Mental Health | Fire Alarm Installers | Podiatrists | |
| Architects | Funeral Establishments | Public Accountancy | |
| Barbers | Gas Fitters | Psychologists | |
| Barber Shops/Schools | Hair Salons | Real Estate Sales and Brokers | |
| Chiropractors | Health Officers | Real Estate Appraisers | |
| Cosmetologists/Aestheticians | Hearing Instrument Specialists | Registered Nurses | |
| Dentists (X) | Home Inspectors | Respiratory Care | |
| Dental Hygienists | Landscape Architects | Sanitarians | |
| Dietitians/Nutritionists | Licensed Practical Nurses | Speech & Language | |
| Dispensing Opticians | Nursing Home Administrators | Social Workers | |
| Drinking Water | Optometrists | Television and Radio Repair | |
| Drug Stores/Pharmacies | Perfusionists | Veterinarians | |
| Electricians | Pharmacists | Wholesale Distributors | |
| Electrologists | Pharmacy Technicians | | |
| Embalmers | Physician Assistants | ALL BOARDS | |

### FEE CALCULATION

| EXAMPLE CALCULATION | Number of Boxes Checked | Times Fee per Checked Box | Equals Total Amount Due |
|---|---|---|---|
| 3 boxes checked | 1 | Times $30.00 | |
| | | Times $30.00 per box | $30.00 |
| | | | Equals $90.00 due |

| Request Number | Date Received | Date Sent | Processed By | Check Number |
|---|---|---|---|---|
| 062609 | JAN 23 2006 | FEB 01 2006 | [signature] | 3964 |

| | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|
| 1 | First Name | MI | Last Name | Generation | Address1 | Address2 | City | State | Zip Code |
| 2 | ANDREW | J | TOYIAS | | 490 WASHINGTON ST | SUITE 2 | WELLESLEY | MA | 02482 |
| 3 | ANNA | | DALAVURAK | | 105 BRUCE RD | | NORWOOD | MA | 02062 |
| 4 | ANN | W | WALTERS | | 1063B HARDING MEM PKWY | | MARION | OH | 43302 |
| 5 | ANN | C | VERMETTE | | 149 PLEASANT ST | | DRACUT | MA | 01826 |
| 6 | ANJUM | A | ANSARI | | 208 MAIN ST | SUITE 116 | MILFORD | MA | 01757 |
| 7 | ANITA | A | HOELSCHER | | 27 MILFORD ST APT 2 | | BOSTON | MA | 02118 |
| 8 | ANISSA | | DERROUCHE | | 286 CEDAR ST | APT 2 | SOMERVILLE | MA | 02145 |
| 9 | ANGELA | | PROCACCINI | | 9 SENECA DR | | DANVERS | MA | 01923 |
| 10 | ANGEL | | LOPEZ-LOPEZ | | 125 B BARRE RD | | OAKHAM | MA | 01068 |
| 11 | ANTONIO | | VERA | | 75 ALPHONSUS ST | APT 1810 | BOSTON | MA | 02120 |
| 12 | ANDREW | L | SONIS | | 1180 BEACON ST | WABAN DENTAL GROUP | NEWTON HIGHLND | MA | 02461 |
| 13 | ANNE | M | TODD | | 27 MULBERRY LN | | BOXFORD | MA | 01921 |
| 14 | ANDREW | F | KURBAN | | 745 BOYLSTON ST | APT 402 | BOSTON | MA | 02116 |
| 15 | ANDREW | E | LYONS BRICKER- SULLIVAN | | VILLAGE MALL | 436 BROADWAY | METHUEN | MA | 01844 |
| 16 | ANDREA | C | ROTHMAN | | 171 ROCKLAND ST | | HANOVER | MA | 02339 |
| 17 | ANDREA | | BARONE | JR | 7041 CHIPPERTON DR | | DALLAS | TX | 75225 |
| 18 | ANDREA | | ANTONIU | | 1732 BAYRIDGE PKWY | | BROOKLYN | NY | 11204 |
| 19 | ANA | M | TSAI | | 1920 WASHINGTON ST | APT 3 | BOSTON | MA | 02118 |
| 20 | AN-I | | FIELD | | 21 NORTH ST | | LEXINGTON | MA | 02420 |
| 21 | AMY | D | FARRA | | LOWELL ORAL SURGERY | 33 BARTLETT ST | LOWELL | MA | 01852 |
| 22 | AMMAR | F | ZATERKA | | 16 LAUREL HILL LN | | WINCHESTER | MA | 01890 |
| 23 | ANDREW | P | OLIVA | | 11 MAIN ST | | SOUTHBORO | MA | 01772 |
| 24 | ANTHON | B | REZVANI | | 1137 WASHINGTON ST | | DORCHESTER | MA | 02124 |
| 25 | AFSHIN | | DOUMIT | | 3902 MARTHA LN | | ROWLETT | TX | 75088 |
| 26 | ANTOINE | | LENTINE | | 581 BOYLSTON ST | SUITE 302 | BOSTON | MA | 02116 |
| 27 | ANTHON | W | VERNILLO | | 7505 RADNOR RD | | BETHESDA | MD | 20817 |
| 28 | ANTHON | T | SILVESTRI | JR | 32-36 46TH ST | | ASTORIA | NY | 11103 |
| 29 | ANTHON | R | BUONOMO | | 3 POST OFFICE SQUARE | 9TH FLOOR | BOSTON | MA | 02109 |
| 30 | ANTHON | R | MICELOTTI | | 330 PLANTATION ST | | WORCESTER | MA | 01604 |
| 31 | ANTHON | N | STORACE | | 9 SUNDIAL PLACE | | FRAMINGHAM | MA | 01701 |
| 32 | ANTHON | M | | | 5 COLISEUM AVENUE | | NASHUA | NH | 03063 |

| | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|
| 9027 | THOMAS | A | INDRESANO | | 22 KESWICK CT | | OAKLAND | CA | 94611 |
| 9028 | RAYMON D | L | BRAHAM | | UNIV OF CALIFORNIA | CAMPUS BOX 0753 | SAN FRANCISCO | CA | 94143 |
| 9029 | HENRY C | H | YU | | 478 ROONDY CRESCENT | EDMONTON ALBERTA | CANADA T6R 1C2 | ** | 00000 |
| 9030 | FREDERI CK | J | GIARRUSSO | | 29 MECHANICS ST | | WORCESTER | MA | 01608 |
| 9031 | HYE | Y | PARK | | 35 NORTHAMPTON ST | APT 2310 | BOSTON | MA | 02118 |
| 9032 | HARRY | E | TATOIAN | JR | 1285 WASHINGTON STREET | | E WEYMOUTH | MA | 02189 |
| 9033 | SAMUEL | W | ASKINAS | | 6313 CRYSTAL VIEW LANE | | BOYNTON BEACH | FL | 33437 |
| 9034 | JEFFREY | B | BALLEN | | 5363 BALBOA BLD | | ENCINO | CA | 91316 |
| 9035 | ROBERT | A | SPINGLER | | 205 WILLOW ST | | HAMILTON | MA | 01982 |