EXHIBIT 7

24-Feb-06

# Connecticut Department of Public Health
## Licensure Report

Sorted By City, Last Name / First Name

1

Listing of Active License Type - Dentist

| License Number | Name and Address | Expiration Date | Renewal Date | Granted Date | Reinstate Date | Specialty | Sub-Specialty |
|---|---|---|---|---|---|---|---|
| 003141 | BORT, MORTON L, DDS<br>55 William Street<br>Norwalk, CT 06851-6006 | 11/30/2006 | 11/18/2005 | 08/01/1956 | | General Practice | << None >> |
| 008350 | CROMWELL, NANCY J, DMD<br>1005 D FARMINGTON AVE<br>West Hartford, CT 06107 | 10/31/2006 | 10/21/2005 | 04/11/1997 | | Unknown | << None >> |
| 077753 | BUSSIERE, JAMES W, DMD<br>45 Gilead Rd.<br>Andover, CT 06232 | 04/30/2006 | 03/25/2005 | 09/17/1991 | | Unknown | << None >> |
| 004036 | STANLEY, IRVING H, DMD<br>200 Long Hill Road<br>Andover, CT 06232 | 04/30/2006 | 03/04/2005 | 01/01/1901 | | General Practice | << None >> |
| 008610 | BADLANI, BINDU, DDS<br>362 Main Street<br>Ansonia, CT 06401 | 07/31/2006 | 06/27/2005 | 05/21/1999 | | Unknown | << None >> |
| 004659 | BROGADIR, RICHARD A, DMD<br>258 WAKELEE AVE<br>ANSONIA, CT 06401 | 10/31/2006 | 10/12/2005 | 02/16/1974 | | General Practice | << None >> |
| 006060 | DWORKIN, JAY L, DMD<br>497 MAIN ST<br>ANSONIA, CT 06401 | 05/31/2006 | 04/11/2005 | 10/17/1981 | | General Practice | << None >> |
| 003900 | GREENBERG, MARSHALL, DMD<br>201 DIVISION STREET<br>ANSONIA, CT 06401 | 06/30/2006 | 04/22/2005 | 07/09/1966 | | Orthodentia | << None >> |
| 004667 | KAPLAN, RICHARD B, DDS<br>560 MAIN ST<br>ANSONIA, CT 06401 | 10/31/2006 | 11/15/2005 | 03/16/1974 | | Orthodentia | << None >> |
| 005120 | LERMAN, ROBERT L, DMD<br>497 MAIN ST<br>ANSONIA, CT 06401 | 01/31/2007 | 11/23/2005 | 01/15/1977 | | Pedodontia | << None >> |
| 004119 | ROSENFELD, RICHARD, DDS<br>560 MAIN STREET<br>ANSONIA, CT 06401 | 02/28/2007 | 01/19/2006 | 07/03/1968 | | Unknown | << None >> |
| 004195 | SPECTOR, JORDAN S, DDS<br>C/O Richard Rosenfield D.D.S.<br>560 Main Street<br>Ansonia, CT 06401 | 04/30/2006 | 05/10/2005 | 01/01/1901 | | General Practice | << None >> |
| 005880 | STEIN, IRA J, DDS<br>497 MAIN ST<br>ANSONIA, CT 06401 | 02/28/2007 | 01/09/2006 | 01/01/1901 | | General Practice | << None >> |

## Listing of Active License Type - Dentist

| License Number | Name and Address | Expiration Date | Renewal Date | Granted Date | Reinstate Date | Specialty Sub-Specialty |
|---|---|---|---|---|---|---|
| 005149 | JACOBS, ROBERT J , DDS<br>100 RTE 37<br>FAIRWOOD PROF BLDG<br>NEW FAIRFIELD, CT 06812 | 01/31/2006 | 01/05/2005 | 03/19/1977 | | General Practice<br><< None >> |
| 007142 | KENNY, JOSEPH J , DMD<br>11 ROUTE 37<br>NEW FAIRFIELD, CT 06812 | 10/31/2006 | 09/29/2005 | 10/01/1987 | | General Practice<br><< None >> |
| 004106 | MANDINO, LOUIS A , DDS<br>51 GILLOTTI RD<br>NEW FAIRFIELD, CT 06812 | 06/30/2006 | 07/05/2005 | 07/03/1968 | | General Practice<br><< None >> |
| 008201 | POTKAY, URSULA C , DDS<br>3 LAURELWOOD DRIVE<br>NEW FAIRFIELD, CT 06812 | 10/31/2006 | 09/22/2005 | 11/09/1995 | | Unknown<br><< None >> |
| 008384 | CASTELLONE, JO-ANN , DMD<br>61 BEE MOUNTAIN RD.<br>New Hartford, CT 06812 | 02/28/2006 | 01/25/2005 | 07/03/1997 | | Unknown<br><< None >> |
| 004560 | RIEGER, WILLIAM J , DDS<br>MAIN ST P O B506<br>NEW HARTFORD, CT 06057 | 11/30/2006 | 11/14/2005 | 06/16/1973 | | General Practice<br><< None >> |
| 004721 | ALEXANDER, GERALD D , DMD<br>129 YORK ST<br>CROWN COURT<br>NEW HAVEN, CT 06511 | 08/31/2006 | 08/29/2005 | 07/20/1974 | | General Practice<br><< None >> |
| 002637 | AZZARO, GABRIEL S , DDS<br>29 A TOWNSEND AVE.<br>NEW HAVEN, CT 06512-4022 | 10/31/2006 | 11/01/2005 | 07/21/1951 | | General Practice<br><< None >> |
| 005971 | BEDNARCZYK, JAMES J , DMD<br>65 ANDERSON STREET<br>NEW HAVEN, CT 06511 | 06/30/2006 | 06/15/2005 | 07/01/1981 | | General Practice<br><< None >> |
| 003477 | BERKY, MICHAEL A , DDS<br>406 ORANGE ST<br>NEW HAVEN, CT 06511 | 02/28/2007 | 01/03/2006 | 07/06/1961 | | General Practice<br><< None >> |
| 003727 | BERNS, JACK D , DDS<br>123 YORK ST<br>CROWN TOWER<br>NEW HAVEN, CT 06511 | 04/30/2006 | 02/17/2005 | 07/11/1964 | | Oral Surgery<br><< None >> |
| 004899 | BROWN, JAMES M , DDS<br>303 WHITNEY AVE<br>NEW HAVEN, CT 06511 | 04/30/2006 | 03/02/2005 | 09/20/1975 | | General Practice<br><< None >> |
| 004918 | BROWN, PAMELA S , DDS<br>303 WHITNEY AVE<br>NEW HAVEN, CT 06511 | 10/31/2006 | 09/14/2005 | 11/15/1975 | | General Practice<br><< None >> |

Listing of Active License Type - Dentist

| License Number | Name and Address | Expiration Date | Renewal Date | Granted Date | Reinstate Date | Specialty | Sub-Specialty |
|---|---|---|---|---|---|---|---|
| 004857 | CAMMARANO, JAMES G , DMD<br>419 WHALLEY AVE<br>NEW HAVEN, CT 06511 | 04/30/2006 | 04/20/2005 | 07/19/1975 | | General Practice | << None >> |
| 005202 | CLOUTIER, DEAN G , DDS<br>123 YORK STREET 4L<br>NEW HAVEN, CT 06511 | 08/31/2006 | 06/22/2005 | 06/18/1977 | | General Practice | << None >> |
| 003556 | COHEN, HENRY P , DDS<br>ONE CENTURY TOWER<br>CHURCH AND GROVE ST<br>NEW HAVEN, CT 06510 | 05/31/2006 | 04/04/2005 | 07/02/1962 | | Endodontia | << None >> |
| 005972 | D'ASCANIO, JOSEPH , DMD<br>532 CHAPEL ST<br>NEW HAVEN, CT 06511 | 12/31/2006 | 10/20/2005 | 07/01/1981 | | General Practice | << None >> |
| 004265 | DELFINI, RONALD H , DDS<br>1204 CHAPEL ST<br>NEW HAVEN, CT 06511 | 02/28/2006 | 12/24/2004 | 07/15/1970 | | Periodontia | << None >> |
| 004315 | DELUCIA JR, ARTHUR J , DMD<br>740 WOODWARD AVE<br>NEW HAVEN, CT 06512 | 06/30/2006 | 06/24/2005 | 12/03/1970 | | General Practice | << None >> |
| 008267 | DHANANI, JAMEEL , DMD<br>316 Audubon Court<br>New Haven, CT 06511 | 07/31/2006 | 06/14/2005 | 07/12/1996 | | Unknown | << None >> |
| 006446 | DIOGUARDI, ANTHONY T , DMD<br>123 YORK ST<br>CROWN TOWER<br>NEW HAVEN, CT 06511 | 07/31/2006 | 05/19/2005 | 01/07/1984 | | General Practice | << None >> |
| 008389 | FORRESTER IV, JOSEPH J , DMD<br>CROWN TOWERS<br>123 YORK STREET 4L<br>NEW HAVEN, CT 06511 | 12/31/2006 | 10/24/2005 | 07/11/1997 | | Unknown | << None >> |
| 005430 | FRIEDLER, ALAN P , DMD<br>419 WHALLEY AVE<br>NEW HAVEN, CT 06511 | 08/31/2006 | 08/23/2005 | 07/15/1978 | | General Practice | << None >> |
| 004951 | GOLDSTEIN, AVRUM R , DMD<br>419 WHALLEY AVE<br>NEW HAVEN, CT 06511 | 04/30/2006 | 02/23/2005 | 03/20/1976 | | Periodontia | << None >> |
| 005962 | GOLIA, ROBERT T , DDS<br>2 CHURCH ST SO 212<br>SUITE 212<br>NEW HAVEN, CT 06519 | 12/31/2006 | 12/08/2005 | 06/20/1981 | | General Practice | << None >> |
| 009256 | GOMEZ, NORMA , DDS<br>103 HARBOUR CLOSE<br>New Haven, CT 06519 | 08/31/2006 | 07/06/2005 | 12/11/2003 | | Unknown | << None >> |

## Listing of Active License Type - Dentist

| License Number | Name and Address | Expiration Date | Renewal Date | Granted Date | Reinstate Date | Specialty | Sub-Specialty |
|---|---|---|---|---|---|---|---|
| 003955 | GOODMAN, MICHAEL S , DDS<br>Yale-New Haven Hospital<br>Pediatric Dentistry Center<br>20 York Street<br>New Haven, CT 06510 | 02/28/2006 | 02/28/2005 | 12/12/1968 | | Pedodontia | << None >> |
| 005281 | GORMLEY, LAURENCE , DDS<br>111 Park Street<br>Suite 1-B<br>NEW HAVEN, CT 06511 | 05/31/2006 | 03/15/2005 | 09/17/1977 | | General Practice | << None >> |
| 005746 | HARRINGTON, PHILIP C , DMD<br>175 GRAND AVENUE<br>NEW HAVEN, CT 06513 | 10/31/2006 | 09/07/2005 | 05/17/1980 | | General Practice | << None >> |
| 007103 | HEDE, DIANA D , DDS<br>123 YORK ST. 4L<br>NEW HAVEN, CT 06511 | 02/28/2007 | 01/13/2006 | 08/08/1987 | | General Practice | << None >> |
| 003181 | INCE, HAROLD S , DDS<br>226 DIXWELL AVENUE<br>P O BOX 3021<br>NEW HAVEN, CT 06515 | 01/31/2006 | 01/27/2005 | 08/07/1957 | | General Practice | << None >> |
| 004438 | JACOBS, RICHARD A , DMD<br>1423 CHAPEL STREET<br>NEW HAVEN, CT 06511 | 08/31/2006 | 07/01/2005 | 03/18/1972 | | General Practice | << None >> |
| 008679 | JIMENEZ, MARIA , DDS<br>1395 CHAPEL ST.<br>New Haven, CT 06511 | 06/30/2006 | 04/27/2005 | 10/14/1999 | | Unknown | << None >> |
| 007105 | JOHNS, KEITH D , DMD<br>HILL HEALTH CENTER<br>428 COLUMBUS AVENUE<br>NEW HAVEN, CT 06519 | 04/30/2006 | 03/21/2005 | 08/08/1987 | | General Practice | << None >> |
| 007814 | KECK, DOUGLAS B , DMD<br>991 STATE ST<br>NEW HAVEN, CT 06511 | 03/31/2007 | 01/25/2006 | 07/06/1992 | | Unknown | << None >> |
| 008783 | KELLY, JOHN P , DMD<br>Hospital of St. Raphael<br>1450 Chapel Street<br>New Haven, CT 06511 | 03/31/2006 | 02/07/2005 | 08/08/2000 | | Unknown | << None >> |
| 008781 | KIM, PAUL H , DDS<br>279 St. John Street<br>New Haven, CT 06511 | 11/30/2005 | 11/16/2004 | 08/04/2000 | | Unknown | << None >> |
| 008975 | KING, YIMING , DMD<br>123 YORK STREET<br>2-C<br>New Haven, CT 06511 | 08/31/2006 | 08/23/2005 | 12/21/2001 | | Unknown | << None >> |

## Listing of Active License Type - Dentist

| License Number | Name and Address | Expiration Date | Renewal Date | Granted Date | Reinstate Date | Specialty Sub-Specialty |
|---|---|---|---|---|---|---|
| 005525 | KOHN, DONALD W, DDS<br>DEPT OF DENTISTRY<br>YALE NEW HAVEN HOSP<br>20 YORK STREET<br>NEW HAVEN, CT 06504 | 04/30/2006 | 03/03/2005 | 04/02/1979 | | Pedodontia<br><< None >> |
| 005621 | KUSOVITSKY, DAVID, DMD<br>2 CHURCH ST S #216<br>NEW HAVEN, CT 06519 | 11/30/2006 | 09/26/2005 | 07/21/1979 | | Prosthidentia<br><< None >> |
| 006545 | LAMBERTI, DAVID J, DDS<br>419 WHALLEY AVE<br>NEW HAVEN, CT 06511 | 08/31/2006 | 07/07/2005 | 08/11/1984 | | General Practice<br><< None >> |
| 007977 | LANDA, SAMUEL L, DDS<br>AMITY FAMILY DENTAL<br>59 AMITY RD STE #2<br>NEW HAVEN, CT 06515 | 06/30/2006 | 06/06/2005 | 12/17/1993 | | Unknown<br><< None >> |
| 009198 | LAUDANO, ANTHONY P, DMD<br>60 Burr Street<br>New Haven, CT 06512 | 06/30/2006 | 04/18/2005 | 07/21/2003 | | Unknown<br><< None >> |
| 008390 | LEE, JOONG S, DDS<br>123 york st.<br>3rd fl.<br>New Haven, CT 06511 | 12/31/2006 | 10/18/2005 | 07/11/1997 | | Unknown<br><< None >> |
| 006565 | LERCH, NANCY SUMMER, DDS<br>2 CHURCH ST SO<br>SUITE 311<br>NEW HAVEN, CT 06519 | 08/31/2006 | 08/19/2005 | 09/08/1984 | | General Practice<br><< None >> |
| 006712 | LERMAN, MARC D, DMD<br>1 LONG WHARF DRIVE<br>SUITE # 221<br>NEW HAVEN, CT 06511 | 12/31/2006 | 11/15/2005 | 08/10/1985 | | General Practice<br><< None >> |
| 004665 | LEVINE, JACK M, DDS<br>375 ORANGE ST<br>NEW HAVEN, CT 06511 | 09/30/2006 | 08/01/2005 | 02/16/1974 | | General Practice<br><< None >> |
| 005038 | LEVY, JOHN S, DDS<br>921 STATE ST<br>NEW HAVEN, CT 06511 | 12/31/2006 | 10/19/2005 | 07/17/1976 | | General Practice<br><< None >> |
| 009468 | LI, JING, DMD<br>470 Prospect Street<br>Apt. 52<br>New Haven, CT 06511 | 07/31/2006 | 07/01/2005 | 07/01/2005 | | Unknown<br><< None >> |
| 003169 | LICHTER, HARVEY A, DDS<br>1045 WHALLEY AVE<br>NEW HAVEN, CT 06515 | 10/31/2006 | 12/30/2005 | 08/07/1957 | | Oral Surgery<br><< None >> |

*110*

## Listing of Active License Type - Dentist

| License Number | Name and Address | Expiration Date | Renewal Date | Granted Date | Reinstate Date | Specialty Sub-Specialty |
|---|---|---|---|---|---|---|
| 006884 | MALINCONICO, STEPHEN C , DMD<br>770 ORANGE STREET<br>NEW HAVEN, CT 06511 | 08/31/2006 | 08/18/2005 | 08/01/1986 | | General Practice<br><< None >> |
| 003580 | MEISEL, STEPHEN G , DDS<br>840 HOWARD AVE<br>NEW HAVEN, CT 06519 | 05/31/2006 | 04/11/2005 | 07/02/1962 | | General Practice<br><< None >> |
| 005435 | MERCADO, TIMOTHY , DDS<br>HILL HEALTH CENTER<br>428 COLUMBUS AVE<br>NEW HAVEN, CT 06519 | 09/30/2006 | 08/09/2005 | 01/01/1901 | | General Practice<br><< None >> |
| 004183 | MILLEN, DAVID D , DMD<br>2 CHURCH ST SOUTH<br>SUITE 316<br>NEW HAVEN, CT 06510 | 10/31/2006 | 08/19/2005 | 07/08/1969 | | Periodontia<br><< None >> |
| 003106 | MONTANO, GEORGE V , DDS<br>825 Grand Ave<br>New Haven, CT 06511 | 01/31/2006 | 12/21/2004 | 08/01/1956 | | Pedodontia<br><< None >> |
| 004184 | MONTANO, RONALD R , DDS<br>419 WHALLEY AVE<br>NEW HAVEN, CT 06511 | 12/31/2006 | 10/21/2005 | 07/08/1969 | | Oral Surgery<br><< None >> |
| 003264 | MONTANO JR, ANTHONY M , DDS<br>7 TRUMBULL ST<br>NEW HAVEN, CT 06511 | 05/31/2006 | 05/26/2005 | 07/28/1958 | | General Practice<br><< None >> |
| 002982 | O'MEARA, WILLIAM F , DMD<br>400 COLUMBUS AVE<br>NEW HAVEN, CT 06591 | 09/30/2006 | 08/09/2005 | 08/06/1955 | | Pedodontia<br><< None >> |
| 007503 | PANAGROSSI JR, RICHARD J , DMD<br>840 HOWARD AVE<br>NEW HAVEN, CT 06519 | 02/28/2007 | 01/23/2006 | 07/08/1989 | | Unknown<br><< None >> |
| 008139 | PARNOFF, JOHN F , DMD<br>419 WHALLEY AVE<br>NEW HAVEN, CT 06511 | 05/31/2006 | 04/14/2005 | 06/02/1995 | | Unknown<br><< None >> |
| 008311 | PETHICK, MARK E , DMD<br>532 CHAPEL STREET<br>NEW HAVEN, CT 06511 | 11/30/2006 | 09/21/2005 | 10/11/1996 | | Unknown<br><< None >> |
| 006358 | PINKERT, DAVID M , DMD<br>340 WHITNEY AVENUE<br>NEW HAVEN, CT 06511 | 07/31/2006 | 05/16/2005 | 07/09/1983 | | General Practice<br><< None >> |
| 005754 | QUIGLEY, JAMES M , DMD<br>64 TRUMBULL ST<br>NEW HAVEN, CT 06510 | 11/30/2006 | 11/29/2005 | 05/17/1980 | | General Practice<br><< None >> |

## Listing of Active License Type - Dentist

| License Number | Name and Address | Expiration Date | Renewal Date | Granted Date | Reinstate Date | Specialty Sub-Specialty |
|---|---|---|---|---|---|---|
| 001988 | ROHINSKY, IRVING , DDS<br>534 WHALLEY AVE<br>NEW HAVEN, CT 06511 | 03/31/2006 | 03/14/2005 | 07/22/1944 | | General Practice<br><< None >> |
| 004397 | ROSEN, FREDRIC L , DDS<br>315 WHITNEY AVENUE<br>NEW HAVEN, CT 06511 | 02/28/2006 | 03/14/2005 | 09/18/1971 | | General Practice<br><< None >> |
| 005723 | ROTHMAN, BARRY A , DDS<br>ONE LONG WHARF DRIVE<br>SUITE 221<br>NEW HAVEN, CT 06511 | 06/30/2006 | 04/21/2005 | 04/02/1980 | | General Practice<br><< None >> |
| 006410 | ROTHMAN, STEPHEN J , DMD<br>419 WHALLEY AVE<br>#A-1<br>NEW HAVEN, CT 06511 | 06/30/2006 | 06/14/2005 | 09/10/1983 | | General Practice<br><< None >> |
| 003625 | SIRACUSE, JOSEPH T , DMD<br>ONE CENTURY TOWER<br>CHURCH AND GROVE ST<br>NEW HAVEN, CT 06510 | 03/31/2006 | 03/07/2005 | 01/01/1901 | | Endodontia<br><< None >> |
| 005198 | SKOPE, LEONARD W , DDS<br>136 SHERMAN AVE<br>NEW HAVEN, CT 06511 | 06/30/2006 | 07/22/2005 | 05/21/1977 | | Oral Surgery<br><< None >> |
| 005708 | SLACK-HAYNES, MONICA A , DDS<br>7 KIMBERLY AVE<br>NEW HAVEN, CT 06519 | 11/30/2006 | 11/01/2005 | 01/01/1901 | | General Practice<br><< None >> |
| 005139 | SORRENTINO, ROBERT R , DMD<br>1423 CHAPEL ST<br>NEW HAVEN, CT 06511 | 04/30/2006 | 03/23/2005 | 01/01/1901 | | Oral Surgery<br><< None >> |
| 004296 | SPATZ, CHARLES M , DMD<br>1574 CHAPEL STREET<br>NEW HAVEN, CT 06511 | 08/31/2006 | 07/13/2005 | 01/01/1901 | 01/07/1994 | General Practice<br><< None >> |
| 008148 | STANLEY, STEPHEN T , DMD<br>140 KOHARY DRIVE<br>New Haven, CT 06515 | 05/31/2006 | 04/15/2005 | 06/23/1995 | | Unknown<br><< None >> |
| 008450 | TAGLIARINI, JOSEPH J , DMD<br>389 Orange Street<br>NEW HAVEN, CT 06511 | 04/30/2006 | 02/18/2005 | 01/16/1998 | | Unknown<br><< None >> |
| 004565 | TESTA, GWENDOLYN , DDS<br>HILL HEALTH CENTER<br>400 & 428 COLUMBUS<br>NEW HAVEN, CT 06519 | 01/31/2007 | 12/13/2005 | 01/01/1901 | | General Practice<br><< None >> |
| 007303 | VITALE, MICHAEL J , DMD<br>111 PARK ST #1E<br>NEW HAVEN, CT 06511 | 12/31/2006 | 11/16/2005 | 07/16/1988 | | General Practice<br><< None >> |

## Listing of Active License Type - Dentist

| License Number | Name and Address | Expiration Date | Renewal Date | Granted Date | Reinstate Date | Specialty Sub-Specialty |
|---|---|---|---|---|---|---|
| 003631 | WEISBART, BERTRAND S , DDS<br>123 YORK ST<br>NEW HAVEN, CT 06511 | 04/30/2006 | 03/22/2005 | 01/01/1901 | | Endodontia<br><< None >> |
| 008178 | WIENER, MICHAEL J , DDS<br>140 Alston Ave<br>NEW HAVEN, CT 06515 | 02/28/2006 | 03/07/2005 | 07/28/1995 | | Unknown<br><< None >> |
| 005604 | ZEID, IRA J , DMD<br>1574 CHAPEL STREET<br>NEW HAVEN, CT 06511 | 07/31/2006 | 06/07/2005 | 01/01/1901 | | General Practice<br><< None >> |
| 006108 | ALLEN, JOHN E , DMD<br>464 MONTAUK AVE<br>NEW LONDON, CT 06320 | 01/31/2007 | 12/28/2005 | 03/20/1982 | | General Practice<br><< None >> |
| 005990 | BRENNAN, GARRETT T , DDS<br>190 HEMPSTEAD ST<br>NEW LONDON, CT 06320 | 07/31/2006 | 06/22/2005 | 07/18/1981 | | Pedodontia<br><< None >> |
| 007015 | CARNEVALE, ROBERT S , DMD<br>190 HEMPSTEAD ST<br>NEW LONDON, CT 06320 | 11/30/2006 | 09/26/2005 | 04/11/1987 | | General Practice<br><< None >> |
| 008365 | CLARK, C. BRETT , DDS<br>190 Hempstead Street<br>New London, CT 06320 | 06/30/2006 | 04/28/2005 | 06/06/1997 | | Unknown<br><< None >> |
| 003741 | DIFEDERICO, JOHN L , DDS<br>195 VAUXHALL ST<br>NEW LONDON, CT 06320 | 03/31/2007 | 01/25/2006 | 07/11/1964 | | General Practice<br><< None >> |
| 004927 | EDELSTEIN, BURTON L , DDS<br>190 HEMPSTEAD ST<br>NEW LONDON, CT 06320 | 05/31/2006 | 04/07/2005 | 01/02/1976 | | Pedodontia<br><< None >> |
| 009199 | EDIRISINGHE, YOLANI P , DMD<br>453 Bayonet Street #15<br>New London, CT 06320 | 07/31/2006 | 05/20/2005 | 07/24/2003 | | Unknown<br><< None >> |
| 005518 | FOX, ARTHUR G , DMD<br>190 HEMPSTEAD ST<br>NEW LONDON, CT 06320 | 10/31/2006 | 08/18/2005 | 04/02/1979 | | Endodontia<br><< None >> |
| 007723 | HACK, GREGORY A , DDS<br>190 HEMPSTEAD ST<br>NEW LONDON, CT 06320 | 03/31/2007 | 02/03/2006 | 08/16/1990 | | Unknown<br><< None >> |
| 008132 | HANNA, PAUL , DMD<br>461 OCEAN AVENUE<br>NEW LONDON, CT 06320 | 03/31/2006 | 05/16/2005 | 04/21/1995 | | Unknown<br><< None >> |
| 005842 | KIMMEL, ELLIOT H , DDS<br>27 BROAD ST<br>NEW LONDON, CT 06320 | 02/28/2007 | 12/19/2005 | 07/19/1980 | | General Practice<br><< None >> |

113

## Listing of Active License Type - Dentist

| License Number | Name and Address | Expiration Date | Renewal Date | Granted Date | Reinstate Date | Specialty | Sub-Specialty |
|---|---|---|---|---|---|---|---|
| 007025 | BAUER, JAMES S , DMD<br>40 NORTH MAIN ST<br>SUITE E<br>WOODBURY, CT 06798 | 01/31/2007 | 01/05/2006 | 05/09/1987 | | General Practice | << None >> |
| 003739 | DESOMMA, MARTIN S , DDS<br>42 MAIN STREET SO<br>WOODBURY, CT 06798 | 06/30/2006 | 04/25/2005 | 07/11/1964 | | General Practice | << None >> |
| 006617 | LAROSA, ROBERT F , DDS<br>POB 593<br>357 MAIN ST SOUTH<br>WOODBURY, CT 06798 | 02/28/2006 | 02/16/2005 | 02/01/1985 | | General Practice | << None >> |
| 004011 | LOVETERE, JOHN A , DDS<br>234 FLANDERS RD.<br>WOODBURY, CT 06798 | 10/31/2006 | 08/16/2005 | 07/07/1967 | | Orthodentia | << None >> |
| 007617 | MARSHALL, JAMES B , DMD<br>P O BOX 593<br>357 MAIN STREET SO<br>WOODBURY, CT 06798 | 09/30/2006 | 09/30/2005 | 07/14/1990 | | Orthodentia | << None >> |
| 006318 | RUBIN, GILBERT I , DDS<br>84 MAIN ST SOUTH<br>PO 1088<br>WOODBURY, CT 06798 | 11/30/2006 | 10/25/2005 | 05/14/1983 | | General Practice | << None >> |
| 005016 | MASOPUST, WILLIAM A , DDS<br>246 JOY RD.<br>Woodstock, CT 06281 | 11/30/2006 | 09/28/2005 | 06/19/1976 | | General Practice | << None >> |
| 007541 | FRIED, DAVID L , DMD<br>329 MAIN ST<br>SUITE 212<br>YALESVILLE, CT 06492 | 10/31/2006 | 08/24/2005 | 10/02/1989 | | Unknown | << None >> |
| 005375 | GLAZER, DAVID G , DMD<br>300 CHURCH ST<br>YALESVILLE, CT 06492 | 08/31/2006 | 07/08/2005 | 05/20/1978 | | General Practice | << None >> |
| 005203 | WASHER, LEIF E , DMD<br>300 CHURCH ST<br>YALESVILLE, CT 06492 | 04/30/2006 | 04/11/2005 | 01/01/1901 | | Periodontia | << None >> |

Total Count For License Type:     2733