# EXHIBIT 8

Dr. _____    Date: _____

Is your practice    [ ] latex free? [ ] latex safe? [ ] neither

What type of gloves are used in your practice?    [ ] latex    [ ] nitrile    [ ] vinyl    [ ] other

Please indicate if the following products are used and if they are latex or not latex:

Prophy cups, angles

Saliva ejectors

Bite blocks

Bite wings

Dental Dams

Masks

Other supplies

Do you have any staff who are latex allergic?    [ ] Yes    [ ] No

Could you accommodate a hygienist who is latex allergic?    [ ] Yes    [ ] No

Comments:

Dental latex.doc

