EXHIBIT 9

Dr. _Bayshte Dental Care_     Date: _11/1_

Is your practice   [ ] latex free?   [✓] latex safe?   [ ] neither

What does that mean to you?

Gloves      50% nylon

Prophy cups, angles

Bite blocks     } all latex free

Bite wings

Dental Dams

Masks

Other supplies

Do you have any staff who are latex allergic?   [✓] Yes   [ ] No

Could you accommodate a hygienist who is latex allergic?   [✓] Yes   [ ] No

Comments:

Dental latex.doc


EXHIBIT 127
63 Garb

Dr. _____Brady & Peterson_____   Date: ___12/12___

Is your practice   [ ] latex free?  [ ] latex safe?  [✓] neither

What does that mean to you?

Gloves

Prophy cups, angles

Bite blocks

Bite wings

Dental Dams

Masks

Other supplies

Do you have any staff who are latex allergic?   [ ] Yes   [✓] No

Could you accommodate a hygienist who is latex allergic?   [ ] Yes   [ ] No

Comments:

all but 1 Dr. use latex
Can accommodate pt

Dental latex.doc

Dr. _Dr Kinne_____  Date: __12/14/05__

Is your practice   [ ] latex free?   [ ] latex safe?   [ ] neither

What does that mean to you?

Gloves

Prophy cups, angles  —  latex free

Bite blocks

Bite wings

Dental Dams  X  don't use

Masks

Other supplies

Do you have any staff who are latex allergic?   [ ] Yes   [✓] No

Could you accommodate a hygienist who is latex allergic?   [✓] Yes   [ ] No

Comments:

Dr uses latex gloves all rest nitrile

for LA pt - wipe down a room
       for use nitrile

       Could accommodate staff

Dental latex.doc

Dr. _Allen David Simpson_    Date: _12/12_

Is your practice   [ ] latex free?  [ ] latex safe?  [ ] neither

What does that mean to you?

Gloves

Prophy cups, angles

Bite blocks

Bite wings

Dental Dams

Masks

Other supplies

Do you have any staff who are latex allergic?   [ ] Yes    [✓] No

Could you accommodate a hygienist who is latex allergic?   [✓] Yes   [ ] No

Comments:

_all assts_
_getting rid of all latex_
_some latex gloves_
_nothing else is latex_

Dental latex.doc

Dr. _____Mitch Kotzen_____    Date: ___12/12___

Is your practice    [ ] latex free?   [✓] latex safe?   [ ] neither

What type of gloves are used in your practice?    [✓] latex   [✓] nitrile   [ ] vinyl   [ ] other

Please indicate if the following products are used and if they are latex or not latex:

Prophy cups, angles

Saliva ejectors

Bite blocks

Bite wings       } all non latex

Dental Dams

Masks

Other supplies

Do you have any staff who are latex allergic?    [ ] Yes    [✓] No

Could you accommodate a hygienist who is latex allergic?    [✓] Yes    [ ] No

Comments:

He doesn't use latex gloves
Same as other dentists do

Dental latex.doc

Dr. _____Barbara Homa_____    Date: __12/17__

Is your practice    [ ] latex free?    [ ] latex safe?    [✗] neither

What does that mean to you?

Gloves

Prophy cups, angles

Bite blocks

Bite wings

Dental Dams

Masks

Other supplies

Do you have any staff who are latex allergic?    [ ] Yes    [ ] No

Could you accommodate a hygienist who is latex allergic?    [ ] Yes    [ ] No

Comments:

Dental latex.doc

Dr. _____Mark Rubin_____   Date: __12/13__

Is your practice  [ ] latex free?  [ ] latex safe?  [✓] neither

What does that mean to you?

Gloves

Prophy cups, angles    LF

Bite blocks

Bite wings     plastic

Dental Dams    ~~⊗~~

Masks          LF

Other supplies

Do you have any staff who are latex allergic?   [ ] Yes   [ ] No

Could you accommodate a hygienist who is latex allergic?   [ ] Yes   [ ] No

Comments:

2/6 can true latex

Dental latex.doc

Dr. _____Gary Grello_____   Date: __12/11__

Is your practice   [ ] latex free?   [ ] latex safe?   [x] neither

What does that mean to you?

Gloves

Prophy cups, angles

Bite blocks

Bite wings

Dental Dams

Masks

Other supplies

Do you have any staff who are latex allergic?   [ ] Yes   [ ] No

Could you accommodate a hygienist who is latex allergic?   [ ] Yes   [ ] No

Comments:

Dental latex.doc

Dr. _Robert Whiteley_  Date: _12/13_

Is your practice   [ ] latex free?  [ ] latex safe?  [x] neither

What does that mean to you?

Gloves

Prophy cups, angles

Bite blocks

Bite wings

Dental Dams

Masks

Other supplies

Do you have any staff who are latex allergic?   [ ] Yes   [ ] No

Could you accommodate a hygienist who is latex allergic?   [ ] Yes   [ ] No

Comments:   _6 boxes latex gloves/d_

Dental latex.doc

Dr. _Alvin Field_   Date: _12/12_

Is your practice   [ ] latex free?   [ ] latex safe?   [✓] neither

What does that mean to you?

Gloves

Prophy cups, angles   _latex free_

Bite blocks   _only say less_

Bite wings

Dental Dams   _free_

Masks

Other supplies

Do you have any staff who are latex allergic?   [✓] Yes   [ ] No

Could you accommodate a hygienist who is latex allergic?   [✓] Yes   [ ] No   _so ?_

Comments:

_latex is comfortable_
_do have options for pts_   _w/ latex, any/_

Dental latex.doc

Dr. _____Alphonse Moch_____   Date: ___12/12___

Is your practice   [ ] latex free?   [ ] latex safe?   [✓] neither

What does that mean to you?

Gloves

Prophy cups, angles   *never thought of as a problem*

Bite blocks

Bite wings

Dental Dams   *latex free*

Masks

Other supplies

Do you have any staff who are latex allergic?   [ ] Yes   [ ] No   *Sensitive*

Could you accommodate a hygienist who is latex allergic?   [ ] Yes   [ ] No

Comments:

*have latex free gloves*

Dental latex.doc

Dr. _Enfield Family Dentistry_    Date: _2/12_

Is your practice   [ ] latex free? [ ] latex safe? [X] neither

What does that mean to you?

Gloves

Prophy cups, angles

Bite blocks

Bite wings

Dental Dams

Masks

Other supplies

Do you have any staff who are latex allergic?   [ ] Yes   [ ] No

Could you accommodate a hygienist who is latex allergic?   [ ] Yes   [ ] No

Comments: _mostly latex, very little vinyl_

Dental latex.doc

Dr. _____Zygrowski_____  Date: ___12/12___

Is your practice   [ ] latex free?   [ ] latex safe?   [X] neither

What does that mean to you?

Gloves

Prophy cups, angles

Bite blocks

Bite wings

Dental Dams

Masks

Other supplies

Do you have any staff who are latex allergic?   [X] Yes   [ ] No   2

Could you accommodate a hygienist who is latex allergic?   [ ] Yes   [ ] No

Comments:   Have non latex gloves for staff who are sensitive

Dental latex.doc

Dr. _____Mark Crown_____    Date: __11/11/05__

Is your practice   [ ] latex free?   [ ] latex safe?   [✓] neither

What does that mean to you?

Gloves

Prophy cups, angles

Bite blocks

Bite wings

Dental Dams

Masks

Other supplies

Do you have any staff who are latex allergic?   [ ] Yes   [ ] No

Could you accommodate a hygienist who is latex allergic?   [ ] Yes   [ ] No

Comments:

has non latex gloves

Dental latex.doc

Dr. _Peter Coombs_____  Date: __12/10____

Is your practice   [ ] latex free?  [ ] latex safe?  [✓] neither

What type of gloves are used in your practice?   [ ] latex   [ ] nitrile   [ ] vinyl   [ ] other

Please indicate if the following products are used and if they are latex or not latex:

Prophy cups, angles

Saliva ejectors

Bite blocks

Bite wings

Dental Dams

Masks

Other supplies

Do you have any staff who are latex allergic?   [ ] Yes   [ ] No

Could you accommodate a hygienist who is latex allergic?   [ ] Yes   [ ] No

Comments:

_was use latex_

Dental latex.doc

Dr. _____Gerri Klechman_____    Date: _____12/12_____

Is your practice    [ ] latex free? [ ] latex safe? [✓] neither

What type of gloves are used in your practice?    [✓] latex   [✓] nitrile   [ ] vinyl   [ ] other

Please indicate if the following products are used and if they are latex or not latex:

Prophy cups, angles

Saliva ejectors

Bite blocks

Bite wings

Dental Dams

Masks

Other supplies

Do you have any staff who are latex allergic?    [ ] Yes    [✓] No

Could you accommodate a hygienist who is latex allergic?    [ ] Yes    [ ] No

Comments:

Dental latex.doc

Dr. _____Martin Wohl_____  Date: ____12/12____

Is your practice   [ ] latex free?   [ ] latex safe?   [X] neither

What type of gloves are used in your practice?   [X] latex   [X] nitrile   [ ] vinyl   [ ] other

Please indicate if the following products are used and if they are latex or not latex:

Prophy cups, angles

Saliva ejectors

Bite blocks

Bite wings

Dental Dams

Masks

Other supplies

Do you have any staff who are latex allergic?   [ ] Yes   [X] No

Could you accommodate a hygienist who is latex allergic?   [ ] Yes   [ ] No

Comments:

Dental latex.doc