EXHIBIT 10

Dr. _David Segal_ Date: _12/1__  A)

Is your practice  [✓] latex free?  [ ] latex safe?  [ ] neither

What does that mean to you?

Gloves

Prophy cups, angles

Bite blocks

Bite wings

Dental Dams

Masks

Other supplies

Do you have any staff who are latex allergic?    [ ] Yes    [✓] No

Could you accommodate a hygienist who is latex allergic?   [✓] Yes    [ ] No

Comments:   _all non latex gloves & masks_
_everything is latex free_
_did have 1 ee allergic_
_gloves & up_

Dental latex.doc


EXHIBIT 1/27
64 Garb

Dr. _____Mark Houlihan_____   Date: ___12/13___

Is your practice   [✓] latex free?  [ ] latex safe?   [ ] neither

What type of gloves are used in your practice?    [ ] latex   [✓] nitrile   [ ] vinyl   [ ] other

Please indicate if the following products are used and if they are latex or not latex:   _All non latex_

Prophy cups, angles

Saliva ejectors

Bite blocks

Bite wings

Dental Dams

Masks

Other supplies

Do you have any staff who are latex allergic?   [✓] Yes   [ ] No   _He is allshd_

Could you accommodate a hygienist who is latex allergic?   [✓] Yes   [ ] No

Comments:

_Stopped using latex years ago._

Dental latex.doc

Call 9-3    Alex & Kelly

Dr. _____Jay Wise_____ Date: __12/12__

Is your practice  [ ] latex free?  [✓] latex safe?  [ ] neither

What does that mean to you?  *As nearly latex free*

Gloves   *all vinyl or nitrile*

Prophy cups, angles   *LF*

Bite blocks

Bite wings   *LF*

Dental Dams

Masks   *LF*

Other supplies   *Anesthetic, Tuscan Syringes*

Do you have any staff who are latex allergic?   [ ] Yes   [✓] No   *did have 1*

Could you accommodate a hygienist who is latex allergic?   [✓] Yes   [ ] No

Comments:

*very little*

*go through all instruments for a procedure*
*Call reps to look for alternatives*
*10 pts  people come from far away*

Dental latex.doc

Dr. _____Pedi Dentistry Arjuc NH_____ Date: _____n/a_____

Is your practice   [✓] latex free?  [ ] latex safe?  [ ] neither

What does that mean to you?  all No latex

Gloves

Prophy cups, angles

Bite blocks

Bite wings

Dental Dams

Masks

Other supplies

Do you have any staff who are latex allergic?   [ ] Yes   [✓] No

Could you accommodate a hygienist who is latex allergic?  [✓] Yes   [ ] No

Comments:

Dental latex.doc

Dr. _Robert Bird_       Date: _1/4/13_

Is your practice   [ X ] latex free?  [ ] latex safe?  [ ] neither

What does that mean to you?     assume everyone is allergic to latex

Gloves

Prophy cups, angles     N C

Bite blocks

Bite wings

Dental Dams

Masks

Other supplies

Do you have any staff who are latex allergic?   [ X ] Yes   [ ] No

Could you accommodate a hygienist who is latex allergic?   [ X ] Yes   [ ] No

Comments:

Stopped using latex few yrs ago

Dental latex.doc

ortho  Dr. _Robert Bird Kathleen_____ Date: _1/1/12_

Is your practice    [✓] latex free?  [ ] latex safe?   [ ] neither

What does that mean to you?

Gloves

Prophy cups, angles        no latex

Bite blocks

Bite wings

Dental Dams

Masks

Other supplies

Do you have any staff who are latex allergic?   [ ] Yes   [✓] No

Could you accommodate a hygienist who is latex allergic?  [✓] Yes   [ ] No

Comments:

**JAMES R. GARB, M.D.**
*Director, Occupational Health & Safety*

Wendy

ortho typically have own asst

could use a hygienist

easily trained to be ortho tech