EXHIBIT 11




DUPLICATE POLICY

## The Guardian®

**The Guardian Life Insurance Company of America**

201 Park Avenue South
New York, NY 10003

A Mutual Company
Established 1860

THIS POLICY MEETS CONNECTICUT'S MINIMUM STANDARDS FOR DISABILITY INCOME COVERAGE. IT ALSO CONTAINS ADDITIONAL BENEFITS WHICH DO NOT MEET MINIMUM STANDARDS. PLEASE READ THE ATTACHED OUTLINE OF COVERAGE WHICH EXPLAINS THE BENEFITS IN DETAIL.

AHS-772

Guardian hereby furnishes insurance to the extent set out in this policy. All of the provisions on this and the pages which follow are part of this policy.

*Herbert N. Grolnick*
Secretary

*Arthur V. Ferrara*
President

You means the person insured. We or Guardian means The Guardian Life Insurance Company of America.

### NONCANCELLABLE AND GUARANTEED RENEWABLE TO AGE 65

You may renew this policy at the end of each term until you are age 65. During that time, we cannot change the premium or cancel this policy.

### CONDITIONAL RIGHT TO RENEW AFTER AGE 65— PREMIUMS CAN CHANGE

After you are age 65, you may renew this policy at the end of each term as long as you are at work full time. There is no age limit. But you must be at work at least thirty hours each week for at least ten months each year.

Your premium will be at our rates then in effect for persons of your age and class of risk. We have the right to change such premiums on a class basis on any policy anniversary.

### NOTICE OF TEN DAY RIGHT TO REVIEW POLICY

You have ten days to review this policy from the date you receive it. Within that time, you can deliver or mail it to our home office or to any Guardian agent or agency for a prompt refund of all premiums. This policy will then be void from the start.

Disability Income Policy

Participating



Form No. NC101

POLICY 1

This policy is a legal contract between
you and Guardian. READ IT WITH CARE.

# INDEX

The major provisions of this policy appear on the following pages:

| | |
|---|---|
| Renewal provisions | Pages one and seven |
| Exclusions and limitations | Page three |
| Definitions | Page three |
| Benefit provisions | Pages four and five |
| Claim provisions | Page six |
| General provisions | Page eight |

| | Page | | Page |
|---|---|---|---|
| :cumulation period | three | Misstatement of age | |
| ge | seven | Monthly indemnity | t |
| enefit period | three | Notice of claim | |
| apital sum benefit | four | Payment of claims | |
| onsideration | eight | Policy anniversary | s |
| ividends (participation) | eight | Presumptive total disability | |
| ffective date | eight | Recurrent disability | |
| ection of directors | eight | Rehabilitation benefit | |
| ntire contract | eight | Reinstatement | s |
| limination period | three | Sickness | t |
| race period | seven | Termination | s |
| contestable | eight | Total disability defined | schedule |
| jury | three | Total disability benefit | |
| egal actions | six | Transplant and cosmetic surgery benefit | |
| edical care requirement | three | Waiver of premium benefit | |
| ilitary suspension | seven | | |

Additional benefits, if any, are shown in the schedule page
and are described in the rider forms attached to this policy.

S C H E D U L E   P A G E

INSURED- CAROLYN T STREETER                    POLICY NUMBER- G-723670

OWNER- CAROLYN T STREETER                      DATE OF ISSUE- 03/19/93

LOSS PAYEE- CAROLYN T STREETER
                                               TERM- 1 MONTH

OCCUPATION CLASS- 4    DATE OF BIRTH- 09/21/63    AGE AT ISSUE- 29

PREMIUM DISCOUNT CLASS- NONSMOKER

ANNUAL PREMIUM FOR:

   - BASIC BENEFITS                             -    $949.25.
   - RESIDUAL DISABILITY RIDER (RSDL-01E)       -    $157.25.
   - COST OF LIVING ADJUSTMENT RIDER (COLA-01E) -    $293.00.
   - FUTURE INCREASE OPTION RIDER (FIO -01K)    -    $109.60.
   - AUTOMATIC INCREASE RIDER (AIR -01L)        -     $27.25.

                              TOTAL ANNUAL PREMIUM -  $1,536.35.
                                     TERM PREMIUM -    $131.87.


--- DEFINITION OF TOTAL DISABILITY ---

TOTAL DISABILITY MEANS THAT, BECAUSE OF SICKNESS OR INJURY, YOU ARE
NOT ABLE TO PERFORM THE MAJOR DUTIES OF YOUR OCCUPATION.

YOUR OCCUPATION MEANS THE REGULAR OCCUPATION (OR OCCUPATIONS, IF MORE
THAN ONE) IN WHICH YOU ARE ENGAGED AT THE TIME YOU BECOME DISABLED.

YOU WILL BE TOTALLY DISABLED EVEN IF YOU ARE AT WORK IN SOME OTHER
CAPACITY SO LONG AS YOU ARE NOT ABLE TO WORK IN YOUR OCCUPATION.

IF YOUR OCCUPATION IS LIMITED TO A SINGLE RECOGNIZED SPECIALTY IN
MEDICINE, DENTISTRY OR LAW, WE WILL DEEM YOUR SPECIALTY TO BE YOUR
OCCUPATION.

--- ELIMINATION AND ACCUMULATION PERIODS ---

ELIMINATION PERIOD- 3 MONTHS        ACCUMULATION PERIOD-  7 MONTHS


SP101                        -03/18/93-                  SCHEDULE PAGE 1

                                                         CONTINUED......

POLICY 3

POLICY NUMBER - G-723670

--- BENEFIT PERIOD ---

```
TO AGE 65 IF DISABILITY BEGINS BEFORE AGE 60
60 MONTHS IF DISABILITY BEGINS AT OR AFTER AGE 60 BUT BEFORE AGE 61
48 MONTHS IF DISABILITY BEGINS AT OR AFTER AGE 61 BUT BEFORE AGE 62
42 MONTHS IF DISABILITY BEGINS AT OR AFTER AGE 62 BUT BEFORE AGE 63
36 MONTHS IF DISABILITY BEGINS AT OR AFTER AGE 63 BUT BEFORE AGE 64
30 MONTHS IF DISABILITY BEGINS AT OR AFTER AGE 64 BUT BEFORE AGE 65
24 MONTHS IF DISABILITY BEGINS AT OR AFTER AGE 65 BUT BEFORE AGE 75
12 MONTHS IF DISABILITY BEGINS AT OR AFTER AGE 75
```



SP101                            -03/18/93-                        SCHEDULE PAGE 2

CONTINUED......

**POLICY 4**

POLICY NUMBER - G-723670

--- TABLE OF BASIC BENEFITS ---

- MONTHLY INDEMNITY                                $2,500.

- MAXIMUM REHABILITATION BENEFIT                   $30,000.

- CAPITAL SUM                                      $30,000.


--- TABLE OF OPTIONAL BENEFITS ---

THE RENEWAL PROVISION OF EACH OPTIONAL RIDER MAY DIFFER
FROM THAT OF THIS POLICY. SEE EACH RIDER FOR DETAILS.

- RESIDUAL DISABILITY (FORM RSDL-01E)

- COST OF LIVING ADJUSTMENT (FORM COLA-01F)

    MAXIMUM INCREASE PER CENT - 06 PER CENT

- FUTURE INCREASE OPTION (FORM FIO -01K)

    TOTAL INCREASE OPTION     -$2,000.

- AUTOMATIC INCREASE RIDER (FORM AIR -01L)

    SEE TABLE OF INCREASES ON FOLLOWING PAGE

--- BENEFITS AND PREMIUMS AFTER AGE 65 ---

IF YOU RENEW THIS POLICY WHEN YOU ARE AGE 65, WE WILL ISSUE A
NEW SCHEDULE PAGE AT THAT TIME. BENEFITS WILL BE LIMITED TO
THOSE SHOWN IN THE TABLE OF BASIC BENEFITS ABOVE.

PREMIUMS FOR THIS POLICY MAY INCREASE ON RENEWAL AT OR AFTER
AGE 65 AND WILL BE AT OUR RATES THEN IN EFFECT FOR PERSONS OF
YOUR AGE AND CLASS OF RISK.

SP101                    -03/18/93-                    SCHEDULE PAGE 3

                                                       CONTINUED .....

**POLICY 5**

TABLE OF INCREASES                                    POLICY NUMBER - G-723670

THIS TABLE SHOWS THE ANNUAL INCREASES THAT WILL OCCUR UNDER THE TERMS
OF AUTOMATIC INCREASE RIDER FORM AIR-01L.

THE MONTHLY INDEMNITY AND THE ANNUAL PREMIUM FOR THIS POLICY WILL
AUTOMATICALLY INCREASE BY THE FOLLOWING AMOUNTS ON EACH INCREASE
DATE:

| INCREASE DATE | INCREASE IN MONTHLY INDEMNITY | INCREASE IN ANNUAL PREMIUM FOR THIS POLICY |
|---|---|---|
| 03/19/94 | $150 | $83.59 |
| 03/19/95 | $160 | $90.79 |
| 03/19/96 | $170 | $98.50 |
| 03/19/97 | $180 | $106.78 |
| 03/19/98 | $190 | $115.57 |
| TOTAL OF ALL INCREASES: | $850 | $495.23 |

EACH INCREASE IN MONTHLY INDEMNITY IS SUBJECT TO TIMELY PAYMENT OF
THE NEW PREMIUM DUE.

THE MAXIMUM REHABILITATION BENEFIT AND THE CAPITAL SUM INCREASE EACH
YEAR BY 12 TIMES THE AMOUNT OF INCREASE IN THE MONTHLY INDEMNITY.

IF YOU DO NOT ACCEPT AN INCREASE, YOUR REFUSAL REDUCES THE AMOUNTS
OF MONTHLY INDEMNITY AND CHANGES THE PREMIUMS FOR THE SUBSEQUENT
YEARS IN THIS TABLE. YOUR REFUSAL IN NO WAY EXTENDS THE LAST
INCREASE DATE SHOWN.

SP101                       -03/18/93-                    SCHEDULE PAGE 4

POLICY 6

# EXCLUSIONS AND LIMITATIONS

**Preexisting Condition Limitation**

We will not cover any loss that begins in the first two years after the date of issue from a preexisting condition.

A *preexisting* condition means a physical or mental condition:
- which was misrepresented or not disclosed in your application; and
- for which you received a physician's advice or treatment within two years before the date of issue; or
- which caused symptoms within one year before the date of issue for which a prudent person would usually seek medical advice or treatment.

**Medical Care Requirement**

We will not pay benefits under this policy for any period of disability during which you are not under the care of a physician.

We will waive the medical care requirement during any claim under this policy upon reasonable proof that your sickness or injury no longer requires regular care of a physician under prevailing medical standards. Such waiver will not restrict our rights under the provision of this policy called "Physical examinations."

# DEFINITIONS

**Accumulation Period**

The accumulation period is shown in the schedule page. It is a period of consecutive months that begins on the first day that you are disabled and during which the elimination period must be satisfied.

**Benefit Period**

The benefit period is shown in the schedule page. It is the longest period of time for which we will pay indemnity for continuous disability from the same cause.

**Elimination Period**

The elimination period is shown in the schedule page. It is the number of days for which we will not pay benefits at the start of a claim. You must be disabled, from the same or a different cause, on all of these days. The days need not be consecutive but they must occur within the accumulation period.

**Injury**

Injury means accidental bodily injury which occurs while this policy is in force.

**Loss Payee**

You are the loss payee unless some other person is named in the schedule page. We will pay all benefits to the loss payee.

**Monthly Indemnity**

The monthly indemnity is shown in the schedule page. It is the amount we will pay for each month of total disability.

**Owner**

You are the owner unless some other person is named in the schedule page. The owner has the right to renew this policy; to request a change in benefits; to change the loss payee; to receive dividends, if any are declared; and to vote for our directors.

**Physician**

Physician means a legally qualified physician other than yourself, who is not a loss payee or owner under this policy.

**Sickness**

Sickness means a sickness or disease, including pregnancy, which is first diagnosed and treated while this policy is in force.

# BENEFIT PROVISIONS

## Total Disability Benefit

When you are totally disabled, as defined in the schedule page, we will pay the monthly indemnity as follows:
- You must become totally disabled while this policy is in force.
- You must remain so disabled for the length of the elimination period. No indemnity is payable during that period.
- After that, monthly indemnity will be payable at the end of each month while you are totally disabled.
- Monthly indemnity will stop at the end of the benefit period or, if earlier, on the date you are no longer totally disabled.

We will not increase the rate of monthly indemnity because you are totally disabled from more than one cause at the same time.

### Fractional Month
We will pay benefits at the rate of 1/30 of the monthly indemnity for each day for which we are liable when you are disabled for less than a full month.

### Waiver of Elimination Period
We will waive the elimination period if you become disabled within five years after the end of a prior period of disability which lasted more than six months and for which we paid benefits.

### Recurrent Periods of Disability
We will consider recurrent periods of disability to be one continuous period of disability if they result from the same cause or causes and are not separated by a recovery of more than:
- 12 months if the benefit period is to age 65 or longer and recurrence occurs before age 60; or
- 6 months in all other instances, including recurrence at or after age 60.

If a recurrent period of disability arises from a different cause, we will consider your loss to be a separate and unrelated period of disability.

## Capital Sum Benefit

The capital sum is shown in the schedule page. This lump sum is in addition to any other indemnity payable under this policy.

If you suffer a capital loss and survive it for 30 days, we will pay the capital sum for each such loss. But we will not pay for more than two such losses in your lifetime.

### Capital Loss
A capital loss means the entire loss of the sight in one eye, with no possible recovery; or the complete loss of a hand or foot by severance through or above the wrist or ankle. Such loss must occur while this policy is in force and must result from sickness or injury.

If this policy has terminated, we will pay for a capital loss which results from an injury sustained while this policy was in force and which occurs within 90 days after the date of that injury.

**Presumptive Total Disability Benefit**

We will always consider you to be totally disabled, even if you are at work, if sickness or injury results in your total and complete loss of:

- the sight of both eyes; or
- the hearing of both ears; or
- the power of speech; or
- the use of any two limbs.

We will waive the unexpired part of the elimination period from the date of loss. We will pay the monthly indemnity each month while such loss continues from the date of loss to the end of the benefit period. You must give us satisfactory proof of loss. But you do not have to be under the continuing care of a physician.

**Rehabilitation Benefit**

If you enroll in a rehabilitation program while you are totally disabled, we will pay a benefit to meet some of the costs you may incur. All of the following conditions apply:

- We must agree to the program in writing before you enroll.
- The program must be a formal plan of retraining that will help you to return to work in your occupation.
- It must be directed by an organization or individual who is licensed or accredited to provide vocational training or education to persons who are totally disabled.
- We will pay only those costs which are not otherwise covered by health care insurance, workers' compensation, or any public fund or program. But we will not pay more than the maximum rehabilitation benefit shown in the schedule page.

**Transplant and Cosmetic Surgery Benefit**

If you are totally disabled because of:

- the transplant of a part of your body to another person, or
- cosmetic surgery to improve your appearance or correct a disfigurement,

we will deem you to be disabled as the result of sickness.

**Waiver of Premium Benefit**

If you are totally disabled for at least 90 days (or the length of the elimination period, if shorter), we will refund any premiums due and paid during that period. Then we will waive any later premium that falls due while you are continuously so disabled or within 90 days after you recover.

On each waiver, we will renew this policy for another term of the same length as that in effect when claim began. If that term was less than twelve months and you are still disabled and eligible for waiver on a policy anniversary, we will then change the term to twelve months.

You have the right to resume payment of premiums when you recover and the waiver of premium benefit ends. At that time, you can change the term back to its original length if you wish.

This waiver of premium benefit will also apply if monthly indemnity is payable because you have met the requirements of any of the provisions called Waiver of Elimination Period, Recurrent Periods of Disability or Presumptive Total Disability Benefit.

Nothing in this provision will change the conditions for renewal after age 65 that require you to be at work full time.