# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN MIREK,<br><br>    Plaintiff,<br><br>vs.<br><br>THE GUARDIAN LIFE INSURANCE<br>COMPANY OF AMERICA and<br>BERKSHIRE LIFE INSURANCE<br>COMPANY OF AMERICA,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)  CIVIL ACTION NO.: 04-30166-MAP<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF KATHERINE R. PARSONS
AUTHENTICATING THE EXHIBITS SUBMITTED IN SUPPORT
OF DEFENDANTS' MOTION IN LIMINE TO EXCLUDE IRRELEVANT EVIDENCE**

NOW COMES Katherine R. Parsons, and under oath does hereby state and depose:

1. My name is Katherine R. Parsons and I am an attorney for the Defendants in the above captioned case.

2. All averments made herein are based on my personal knowledge.

3. Exhibit 1[1], attached hereto, is a true and accurate copy of pages 1, 12, 13, 15 and 16 of the transcript of the Pre-trial Conference Held in the Above Entitled Matter Before Magistrate (sic) Ponsor, Sitting in the United States District Court, Springfield, Massachusetts, on January 27, 2006.

4. Exhibit 2, attached hereto, is a true and accurate copy of the Case Review completed by James R. Garb, M.D., with attachments, dated March 12, 2005 that was provided to

---

[1] All personal data identifiers have been redacted from all Exhibits filed herewith in accordance with Local Rule 5.3 of the Local Rules of the United States District Court for the District of Massachusetts.

Defendants' counsel by Defendant Berkshire Life Insurance Company and previously produced to Plaintiff.

5. Exhibit 3, attached hereto, is a true and accurate copy of the Expert Report of Steven J. Weiss, with attachments, dated December 8, 2005, received by Defendants' counsel on December 16, 2005 and produced to Plaintiff's counsel, in accordance with Rule 26(a)(2) of the Federal Rules of Civil Procedure, on December 21, 2005.

Signed under the pains and penalties of perjury this 19th day of May 2006.

_____
Katherine R. Parsons