# Exhibit 1

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NO. 04-cv-30166-MAP

CAROLYN MIREK

VS.

THE GUARDIAN LIFE INSURANCE
COMPANY OF AMERICA

PRE-TRIAL CONFERENCE HELD IN THE ABOVE-ENTITLED
MATTER BEFORE MAGISTRATE PONSOR, SITTING IN THE
UNITED STATES DISTRICT COURT, SPRINGFIELD,
MASSACHUSETTS, ON JANUARY 27, 2006

APPEARANCES:

JOANNE D'ALCOMO, ESQUIRE, Representing the Plaintiff

DAVID CREVIER, ESQUIRE, Representing the Defendant

---

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

1  predominantly insure medical professionals is they will not issue disability
2  policies to medical professionals because of the risk of latex - that latex allergy
3  poses. So if you have a hint of a latex allergy, not if you test positive, if you
4  have a hint of it, they will not issue a disability policy to you.
5      Now the folks sitting in that box are entitled to know that--
6      THE COURT: Why?
7      MS. D'ALCOMO: Because--
8      THE COURT: It doesn't make any sense to me. In other words,
9  the issue is she able to work or isn't she. Not whether these guys are dirty rotten
10 people.
11     MS. D'ALCOMO: Because its inconsistent - when they're
12 issuing policies, they say its so dangerous people can't work and we don't want
13 to get hit with claims. In this courtroom, they're trying to convince a jury there's
14 no problem with somebody with a latex allergy working.
15     THE COURT: Well I wouldn't allow that evidence in from them
16 either. Wait, let me - you keep butting into me, the only question is according to
17 Mr. Crevier is did your client have a latex allergy which prevented her from
18 working, not whether they're inconsistent or consistent.
19     MS. D'ALCOMO: No, but they're taking the position and the
20 court would have the documents, that latex allergy does not pose a problem to
21 people in the work place. In general, it does not pose a problem to dental
22 hygienists in the work place.
23     THE COURT: Are you saying that the defendant's position is
24 nobody can ever have a latex allergy which disables them?

959 MAIN STREET           PHILBIN & ASSOCIATES, INC.         (413) 733-4078
4TH FLOOR                                                          Pittsfield: (413) 499-2231
SPRINGFIELD, MA 01103                                              FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

1   MS. D'ALCOMO: No, what they say is generally speaking their
2   experts--
3   THE COURT: I don't care about generally speaking.
4   MS. D'ALCOMO: This is what their experts are going to testify
5   to.
6   THE COURT: The heck they are, I'm going to be trying the case.
7   MS. D'ALCOMO: That's how they frame the opinion. The
8   opinion is its not a problem because latex is not a problem in the work place.
9   And so because of that, the jury is entitled to know if they put on a witness who
10  says its not a problem in the dental profession because the work place for these
11  folks, its generally latex free, the kind of latex that's there is not an issue.
12  THE COURT: Well we're just getting on and on about an area of
13  direct testimony which I wouldn't allow anyway. So what they're going to put
14  on or not put on is going to be under my control. And the issue in this case on
15  the contract claim is, is your client disabled or isn't she disabled, not whether
16  they're dirty rats.
17  Now if you say you have an extra claim where the jury can sweeten the
18  damages based on the fact that not only did they violate your client's rights, but
19  also they're dirty rats, then that might be a section, in Massachusetts that would
20  be a 93A claim, it would be a separate count. So I just have to look at this. But I
21  know what my assignment is here. Do you object to giving them a shot at a
22  Motion for Summary Judgment in this case?
23  MS. D'ALCOMO: Well this is the first I've heard of it. The only
24  summary judgment they identified in their pre-trial memorandum and their order

959 MAIN STREET       PHILBIN & ASSOCIATES, INC.      (413) 733-4078
4TH FLOOR                                              Pittsfield: (413) 499-2231
SPRINGFIELD, MA 01103                                  FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

1  So I'm assuming that as I'm putting this together from the time that you
2  have rules on your discovery motions and either don't get or get whatever
3  discovery you feel you're entitled to, the plaintiff has an opportunity in the same
4  way I'm assuming that you can file a Motion for Summary Judgment within 30
5  days after that issue is clarified, give you 30 days to oppose and then, there we
6  are.
7  Sorry, if I've been a little abrupt this afternoon, it has been a long day and
8  that was an emotionally stressful sentencing. It does seem to me as I sit here
9  right now that this case is just a straight forward contract case, the question is did
10 the plaintiff have a disabling condition with the defendant failed to recognize and
11 failed to pay her damages for. And gosh, that's not a hard issue to tackle. But I
12 may be oversimplifying it, and I'll take a look at 05 before I make a decision.
13          MS. D'ALCOMO: Your Honor, could we have a trial date set? I
14 thought that's when they would be do at a pre-trial conference.
15          THE COURT: Unfortunately we can't. I'm going to give you a
16 schedule for completing discovery and for filing a Motion for Summary
17 Judgment. We'll have to have an argument on the Motion for Summary
18 Judgment and then we'll be talking about a trial date after I give you a ruling on
19 the Summary Judgment.
20          MS. D'ALCOMO: Thank you, Your Honor.
21          THE COURT: Thank you. The court's in recess.
22          THE CLERK: All rise.

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

## CERTIFICATE OF SERVICE

I, Dianne M. Quinn, certified tape transcriber, do hereby certify that the attached transcript is a true and accurate transcription of the compact disc to the best of my knowledge and ability.

_____
Dianne M. Quinn

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947