# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN MIREK,<br><br>    Plaintiff,<br><br>vs.<br><br>THE GUARDIAN LIFE INSURANCE<br>COMPANY OF AMERICA and<br>BERKSHIRE LIFE INSURANCE<br>COMPANY OF AMERICA,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)  CIVIL ACTION NO.: 04-30166-MAP<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF KATHERINE R. PARSONS
AUTHENTICATING THE EXHIBITS SUBMITTED IN SUPPORT OF DEFENDANTS'
MOTION IN LIMINE TO EXCLUDE EXPERT AND FACT WITNESSES**

NOW COMES Katherine R. Parsons, and under oath does hereby state and depose:

1. My name is Katherine R. Parsons and I am an attorney for the Defendants in the above captioned case.

2. All averments made herein are based on my personal knowledge.

3. Exhibit 1[1], attached hereto, is a true and accurate copy of Plaintiff's Pretrial Memorandum (Corrected), as filed with the Court on January 23, 2006 and received by Defendants' Counsel via the ECF system.

4. Exhibit 2, attached hereto, is a true and accurate copy of the Expert Report of L. Christine Oliver, M.D., with attachments, dated November 9, 2005, produced by Plaintiff's counsel in accordance with Rule 26(a)(2) of the Federal Rules of Civil Procedure and received by Defendants' counsel on November 17, 2005.

---

[1] All personal data identifiers have been redacted from all Exhibits filed herewith in accordance with Local Rule 5.3 of the Local Rules of the United States District Court for the District of Massachusetts.

5. Exhibit 3, attached hereto, is a true and accurate copy of pages 1-4, 261-264 and 292 of the transcript of the Deposition of Carolyn Mirek, taken before Laurie A. Monaghan, certified Shorthand Reporter, Registered Professional Report and Notary Public, pursuant to Rule 30 of the Federal Rules of Civil Procedure, at the law offices of Crevier & Ryan, LLP, 1500 Main Street, Suite 2020, Springfield, Massachusetts, on September 15, 2005, commencing at 10:00 am.

6. Exhibit 4, attached hereto is a true and accurate copy of pages 1-4, 105-132, 137-148, 161-168, 209-212, 228 and the signed errata sheet of the transcript of the Deposition of L. Christine Oliver, M.D., M.P.H., M.S., taken before Laurie A. Monaghan, certified Shorthand Reporter, Registered Professional Report and Notary Public, pursuant to Rule 30 of the Federal Rules of Civil Procedure, at the law offices of Crevier & Ryan, LLP, 1500 Main Street, Suite 2020, Springfield, Massachusetts, on March 24, 2006, commencing at 10:20 a.m.

7. Exhibit 5, attached hereto, is a true and accurate copy of the Expert Report of L. Christine Oliver, M.D., with attachments, dated November 10, 2005, produced by Plaintiff's counsel in accordance with Rule 26(a)(2) of the Federal Rules of Civil Procedure and received by Defendants' counsel on November 17, 2005.

8. Exhibit 6, attached hereto, is a true and accurate copy of Plaintiff's Automatic Discovery Pursuant to Local Rule 26.2 and Federal Rule of Civil Procedure 26(a), as received by Defendants' counsel from Plaintiff's counsel on April 25, 2005.

9. Exhibit 7, attached hereto, is a true and accurate copy of pages 1, and 8-10 of Defendant Berkshire Life Insurance Company of America's First Set of Interrogatories to Plaintiff Carolyn Mirek served on Plaintiff's counsel by Defendants' counsel on March 28, 2005.

10. Exhibit 8, attached hereto, is a true and accurate copy of pages 1, and 14-20 of Plaintiff Carolyn Mirek's Response to Interrogatories Propounded by Berkshire Life Insurance Company of America received by Defendants' counsel from Plaintiff's counsel on July 11, 2005.

11. Exhibit 9, attached hereto, is a true and accurate copy of Defendants' Automatic Discovery Pursuant to Local Rule 26.2 and Federal Rule of Civil Procedure 26(a) served on Plaintiff's counsel by Defendants' counsel on May 3, 2005.

Signed under the pains and penalties of perjury this 19th day of May 2006.

_____
Katherine R. Parsons