Uncontested Exhibits:

None

Contested Exhibits:

1. Printout from The Guardian Life Insurance Company of America for Carolyn Streeter dated Nov. 18, 1992, presented by Robert Prestileo;

2. The Guardian Disability Income Policy with Manual dated 3/25/93;

3. Letter dated 4/24/01 from Carolyn Mirek to recruiting manager, Patterson Dental;

4. Computer printout dated 10/16/01 concerning "Pharmaceutical Sales in Hartford, Connecticut" for Johnson & Johnson;

5. Letter dated 10/17/01 from Carolyn Mirek to Recruiting Services, Johnson & Johnson;

6. Letter dated 10/19/01 from Carolyn Mirek to TAP Pharmaceuticals Inc.;

7. Letter from Kevin T. Kvederas to Carolyn Mirek dated 3/11/02; Bates CL 321;

8. Progress Report Accident (Injury) or Sickness dated 3/29/02; Bates CL 220;

9. Attending Physician's Statement dated 4/13/02; Bates CL 221;

10. Memorandum from Joseph Champigny to Kevin Kvederas dated 4/24/02; Bates CL 207-15;

11. Kvederas Note dated 5/13/02 , Bates CL 164;

12. Review of Timothy Newman, M.D. on Carolyn Mirek's claim file dated May 21, 2002; Bates CL 157;

13. Letter from Kevin T. Kvederas to Carolyn Mirek dated 6/10/02, Kvederas Ex. 33;

14. Letter from Kevin T. Kvederas to Joseph Schimizzi dated 6/17/02; Bates CL 153-54;

15. Medical Report from Harold Axe, M.D., dated 6/26/02; Bates CL47-50;

16. Letter dated July 10, 2002 from MLS National Medical Evaluation Services to Kevin Kvederas, with attached report from Harold Axe, MD  Axe Ex. 3;

17. Invoice for $550 from MLS Medicolegal Services Inc. to Berkshire Life Insurance Company of America dated 7/10/02; Bates CL 44; Axe Ex. 4;

18. Letter from Kevin T. Kvederas to Carolyn Mirek dated 8/7/02, Kvederas Ex. 34;

19. Medical Report from Robert M. Bedard, M.D., dated 9/15/02; Bates CL42-43;

20. All Underwriter Meeting Minutes 9/18/02; Newman Ex. 15;

21. All Underwriter Meeting Minutes 9/18/02; Smachetti Ex. 21;

22. Memorandum from Kevin T. Kvederas dated 10/2/02; Bates CL 131;

23. Letter from Kevin Kvederas to Carolyn Mirek , 10/2/02, Kvederas Ex. 35 ;

24. Medical Report from Harold Axe, M.D. (2nd Addendum) dated 10/11/02; Bates CL 34-35;

25. Letter from Kevin T. Kvederas to Carolyn Mirek dated 11/21/02; Kvederas Ex. 36;

26. "The Latex Barrier" Article dated June 2003; Smachetti Ex. 23;

27. Underwriter Management Meeting Minutes 8/8/03; Smachetti Ex. 24;

28. Letter from Samuel P. Haupt to James R. Garb, M.D., dated 3/3/05;

29. Case Review Report from James R. Garb, M.D. with Cover Letter to Samuel P. Haupt dated 3/12/05; Bates CL20A – 20K;

30. Carolyn Mirek Claim Form, Bates, CL292-297, 300-302;

31. Disability Claim Data Sheet; Bates CL1;

32. Kevin Kvederas Handwritten Notes in Claims File; Bates CL 100 – 108;

33. Facsimile from Carolyn Mirek to Kevin Kvederas containing articles regarding latex allergy; CL 163-82;

34. Attending Physician's Statement; Bates CL 222;

35. Important Notice re , Bates CL 340;

36. Documents produced sent MLS to Dr. Harold Axe, Bates MLS 1-41, from Schimizzi Ex. 2;

JS\114333.1

37. Guardian Probable Underwriting Action Guide; Newman Ex. 17;

38. Guardian Probable Underwriting Action Guide; Newman Ex. 18;

39. "Probable Underwriting Actions"; Newman Ex. 19;

40. Information on Latex from Barbara Smachetti's files; Smachetti Ex. 22;

41. Guardian Probable Underwriting Action Guide; Smachetti Ex. 25;

42. Excerpt from Guardian Disability Insurance Brokerage Website, Smachetti, Ex. 26;

43. Munich American Reassurance document, Morgan Ex. 27;

44. Munich American Underwriting Guide; Morgan Ex. 27;

45. Berkshire Claims Handling Manual; Haupt Ex. 31;

46. NIOSH Alert, Garb Ex. 33;

47. Baystate Health System, Employee Health Service, "Understanding Latex Allergy," Garb. Ex. 37;

48. Franklin Medical Center, Safety Policy No. 4 , Garb Ex. 38;

49. Baystate Medical Center Pharmacy Department Latex Allergy Precautions, Garb. Ex. 39;

50. Baystate Medical Center, Department of Environmental Services, Latex Allergy Policy, Garb Ex. 40;

51. Infusion & Respiratory Services of Western New England, Garb Ex. 41;

52. Baystate Medical Center, Inc., Operating Room Policy, Latex Allergy: Care of Patients, Garb Ex. 42;

53. Baystate Health System, Department of Radiology, Policy and Procedure manual, Garb. Ex. 43;

54. Baystate Medical Center, Department of Women & Infants Services, Latex Allergy Policy/Protocol, Garb. Ex. 44

JS\114333.1                                    19

55. Baystate Health System, Identification and Care of the Patient with a Potential or Known Latex Allergy, Garb. Ex. 49;

56. Baystate Health Systems Discharge Planning, Garb Ex. 54;

57. Medical records of Robert Bedard, MD;

58. Medical records of Joseph Guardino, MD;

59. Medical Records of Robert Greenberg, MD;

60. Medical Records of Daniel Welling, MD;

61. Medical Records of Hartford Hospital;

62. Notes from file of James Garb, MD;

63. Medical Records of South Windsor Ambulatory Care Center;

64. Tube of Lotion prescribed by Dr. Srinivasan;

65. Treatment records of Srima Nissanka, LSW;

66. Administration Service Agreement between The Guardian Life Insurance Company of America and Berkshire Life Insurance Company of America;

67. Coinsurance Agreement between The Guardian Life Insurance Company of America and Berkshire Life Insurance Company of America;

68. Envelope from The Guardian, "An Important Letter to Our Policyholders," with enclosure;

69. Brochure "The Guardian Accelerated Benefit Rider;

70. Folder, "The Guardian: The Intelligent Choice Since 1860";

71. Brochure, "Provider Plus," "A Disability Insurance Plan to Protect Your Lifestyle";

72. Allergy Alert card;

73. List of all dentists in Massachusetts from the Division of Professional Licensure;

74. List of all dentists in Connecticut from the Division of Professional Licensure.

JS\114333.1

Plaintiff may seek to offer additional exhibits for rebuttal.

By her Attorneys,

/s/ Joanne D'Alcomo

_____

Joanne D'Alcomo
BBO #544177
Seth Nesin
BBO #650739
JAGER SMITH, P.C.
One Financial Center
Boston, Massachusetts 02111
(617) 951-0500

JS\114333.1