# Exhibit 6

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN MIREK,<br><br>    Plaintiff<br><br>v.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA and BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA,<br><br>    Defendants | CIVIL ACTION<br>NO. 04-30166-MAP |

**PLAINTIFF CAROLYN MIREK'S AUTOMATIC DISCOVERY PURSUANT TO LOCAL RULE 26.2 AND FEDERAL RULE OF CIVIL PROCEDURE 26(a)**

Plaintiff Carolyn Mirek hereby makes the disclosures required by Local Rule 26.2(A) and Rule 26(a) of the Federal Rules of Civil Procedure:

A.    Identities of Persons

Carolyn Mirek believes at this time that the individuals listed below are likely to have discoverable information that the plaintiff may use to support her claims at trial:

1.    Carolyn Mirek
       48 Sele Drive
       S. Windsor, CT 06074

       Subject matter: knowledge of her latex allergy, symptoms, and inability to work as a dental hygienist

2.    Ronald H. Mirek
       48 Sele Drive
       S. Windsor, CT 06074

       Subject matter: knowledge of Carolyn Mirek's latex allergy, symptoms, and inability to work as a dental hygienist

3. Robert M. Bedard, MD
   Connecticut Asthma & Allergy Center LLC
   836 Farmington Avenue
   Suite 207
   West Hartford, CT 06119-1551
   Phone: 860-232-9911

   Subject matter: diagnosis and treatment of Carolyn Mirek's latex allergy

4. Kevin T. Kvediras
   Berkshire Life Insurance Company of America
   700 South Street
   Pittsfield, MA 01201-8285
   Phone: 413-499-4321

   Subject matter: denial of claim, claims processing procedure

5. Harold Axe, MD
   c/o National Medical Evaluation Services
   25899 West Twelve Mile Road
   Suite 200
   Southfield, Michigan 48034
   Phone: 248-352-6747

   Subject matter: basis of denial of claim

6. Dr. Robert N, Burstein, D.D.S.
   479 Buckland Road
   South Windsor, CT 06074-3739
   (860) 644-4741

   Subject matter: Carolyn Mirek's work as a dental hygienist.

B. Description of Materials

Here is a description of documents that plaintiff may use to support her claim:

1. Disability policy issued by the Guardian Life Insurance Company of America;

2. Communication between Carolyn Mirek and Berkshire Life Insurance Company of America;

3. Medical records of Robert Bedard, MD;

4. Medical records of Windsor Ambulatory Care Center, Inc.

C.  Preliminary Computation of Damages

The calculation of economic damages is the following:

1. The value of premiums paid from the date of disability to the present, plus the value of loss of use of the premiums paid; and

2. The value of the monthly disability income benefits that have not been paid, plus the value of the loss of use of such money from the date that each such payment should have been made; and

3. The present value of the monthly benefits for the period of time Carolyn Mirek is expected to be disabled in the future from her occupation as a dental hygienist, which, in this case, is the life of the policy.

PLAINTIFF CAROLYN MIREK
By her attorney,

_____
Joanne D'Alcomo
BBO #544177
JAGER SMITH P.C.
One Financial Center
Boston, MA 02111
(617) 951-0500

### CERTIFICATE OF SERVICE

I, Joanne D'Alcomo, hereby certify that on this date I caused a true and correct copy of the foregoing to be served by first-class mail, to Edward K. Kimball, Esq. 700 South Street, Pittsfield, MA 01201 and David B. Crevier, Crevier & Ryan, LLP, 1500 Main Street, Suite 2020, Springfield, MA 01115-5727.

Date of Service:    April 22, 2005

_____
Joanne D'Alcomo

JS PCDocs #49359\1                                3