# Exhibit 7

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN MIREK,<br><br>        Plaintiff,<br><br>vs.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA and BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA,<br><br>        Defendants. | Civil Action No. 04-30166-MAP<br><br>DEFENDANT BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA'S FIRST SET OF INTERROGATORIES TO PLAINTIFF CAROLYN MIREK |

PROPOUNDING PARTY:     BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA

RESPONDING PARTY:      CAROLYN MIREK

SET NO.:               ONE (1)

TO PLAINTIFF CAROLYN MIREK AND TO HER ATTORNEYS OF RECORD:

Defendant Berkshire Life Insurance Company of America ("Berkshire") hereby requests that Plaintiff Carolyn Mirek ("Plaintiff"), answer under oath, pursuant to Federal Rules of Civil Procedure, Rule 33, within thirty (30) days of service, the following interrogatories. Each interrogatory is required to be answered on the basis of the entire knowledge of Plaintiff, including all information obtainable by said party, her attorneys and/or anyone acting on her behalf.

If a privilege is alleged as to any interrogatory of information, Plaintiff is required to state:

    (a)    The privilege(s) asserted (e.g. work-product, attorney-client, etc.);

disability, or any other alleged disability suffered during that time period.

**INTERROGATORY NO. 15**:

Please identify each and any insurance policy (including, but not limited to, disability income, dental malpractice, automobile insurance, life insurance, health insurance, dental insurance) in force, or applied for and not issued, at any time from January 1, 1995 through the present, including the name of the issuing insurance company, policy number, whether a claim for benefits has been filed with that company at any time, the nature of any such claim, and whether benefits have been or are being paid.

**INTERROGATORY NO. 16**:

Please state with particularity each, every and all legal proceedings in which you have been involved, either civil or criminal, as a Plaintiff or a Defendant, at any time since January 1, 1990, including in your answer as to each such proceeding the name and address of the court or workers compensation tribunal which it was brought, the docket number, the names of the parties thereto, a summary of the matter(s) at issue and the disposition of the proceeding.

**INTERROGATORY NO. 17**:

Give an itemized statement to date of all monetary loss sustained by you, or in your behalf, as the result of the Defendants' allegedly actionable conduct.

**INTERROGATORY NO. 18**:

Please identify by name, title/position, address and telephone number each, every and all individual(s) known to you who have knowledge of any fact(s), which concerns, supports, negates, and/or relates to, any aspect of your claims or allegations against the

8

Defendants in your Complaint. As to each person identified, specify whether you intend to call such person as a fact witness and state the substance of the facts to which such person will testify.

**INTERROGATORY NO. 19:**

Please identify with particularity all communications that you had with any representatives of Dr. Burstein's dental office regarding your latex allergy including any requests to alleviate latex in the office. For each communication state with whom you had the communication, the time and date of the communication and all witnesses thereto.

**INTERROGATORY NO. 20:**

Identify by name, address and telephone number every person that you know or of who you know that has any latex allergy and who works in any aspect of the dental profession.

Respectfully Submitted,
Defendant Berkshire Life Insurance
Company of America

By:

CREVIER & RYAN LLP

David B. Crevier, Bar No. 557242
1500 Main Street, Suite 2020
Springfield, MA 01115-5727
Tel: 413-787-2400
Facsimile: 413-781-8235
Email: dcrevier@crevierandryan.com

## CERTIFICATE OF SERVICE

I certify that I served a true copy of the foregoing on all counsel of record said service having taken place this 28 day of March 2005

_____