# Exhibit 8

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN MIREK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE GUARDIAN LIFE INSURANCE )<br>COMPANY OF AMERICA and )<br>BERKSHIRE LIFE INSURANCE )<br>COMPANY OF AMERICA, )<br>)<br>Defendants. )<br>)<br>) | CIVIL ACTION<br>NO. 04-30166-MAP |

**PLAINTIFF CAROLYN MIREK'S RESPONSE TO INTERROGATORIES
PROPOUNDED BY BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA**

Plaintiff Carolyn Mirek hereby answers Berkshire Life Insurance Company's First Set of Interrogatories as follows:

INTERROGATORY NO. 1:

*Please state, in complete detail, each, every and all facts reflecting, supporting, constituting, concerning, memorializing, evidencing, referencing and/or relating or pertaining in any way to your contention contained in paragraph 7 of your Complaint, wherein you allege that "While the policy was in full force and effect and all premiums paid, [you] became so allergic to latex that [you] became unable to perform the major duties of [your] occupation and thus totally disabled within the meaning of the policy."*

ANSWER TO INTERROGATORY NO. 1:

It is not possible for me to state here each and every fact that supports my contention in paragraph 7 of the Complaint. However, I am able to provide some facts. The policy was in full force and effect because I was regularly paying my premiums. I was having such strong reactions to the latex that I became unable to perform the duties of my occupation and thus was totally disabled within the meaning of the policy. My occupation as a dental hygienist required me to work within a dental office. Latex was used in the dental office environment. I suffered while working in the latex environment, as well as for prolonged periods on a regular basis after

1

> 3. The present value of the monthly benefits for the period of time I am expected to be disabled in the future from my occupation as a dental hygienist, which, in this case, appears to be the life of the policy.

INTERROGATORY NO. 18:

*Please identify by name, title/position, address and telephone number each, every and all individual(s) known to you who have knowledge of any fact(s), which concerns, supports, negates, and/or relates to, any aspect of your claims or allegations against the Defendants in your Complaint. As to each person identified, specify whether you intend to call such person as a fact witness and state the substance of the facts to which such person will testify.*

OBJECTION TO INTERROGATORY NO. 18

Plaintiff objects to Interrogatory No. 18 to the extent it seeks information protected by the work-product doctrine, and is beyond the scope of discovery currently permitted in this action. Plaintiff will seasonably comply with any court order or rule requiring disclosure of witnesses in advance of trial, but such disclosure is not obligated at this time under the prevailing rules of discovery, nor is discovery permitted at this time concerning the plaintiff's attorney's mental impressions of the testimony of such witness.

ANSWER TO INTERROGATORY NO. 18:

Dr. Robert M. Bedard
Pulmonary Specialist and Allergist
836 Farminton Avenue, Suite 207
West Hartford, CT  06119
Treatment and diagnosis of me

Dr. Robert Greenberg
Vernon, CT
Dermatologist
March 7, 1986
Treatment of symptoms of the latex allergy

Dr. Prasad Srinivasan
Allergist
Glastonbury, CT
1987 – 1992
Treatment of symptoms of the latex allergy

14

Dr. Joseph Guardino II
945 Main Street
Manchester, CT 06040
General Practitioner
1985 – 12/2001
Aware of the allergy, addressed related issues concerning my allergic reactions

Dr. Ivelisse Viruet
1340 Sullivan Avenue
South Windsor, CT 06074
12/2001 – Present
Aware of the allergy, addressing related issues concerning my latex allergy

Srima L. Nissanka, LCSW
Vernon Professional Building
281 Hartford Turnpike, Suite 501
Vernon, CT 06066
Treatment of anxiety, depression and stress regarding my coping with my latex allergy

Manchester OB/GYN Associates
388 W. Center Street
Manchester, CT 06040
Aware not to treat me with latex gloves

Dr. Robert Burstein, DDS
South Windsor, CT
Familiar with my work, with using latex gloves in his office

Janet Streeter
56 Bramblebrae
South Windsor, CT 06074
860-644-4275
Mother, School Nurse.
She's aware of all of my latex allergy history and career challenges. Saw my latex reactions.

Carol Gustamachio
85 Chafee Rd.
Stafford Springs, CT 06067
860-684-0554
She saw how I suffered with my allergies before we knew about Latex Allergy. She knows about my latex allergy symptoms I suffered and how difficult it was to leave my Dental Hygiene career.

Mary Beth Norman
438 Woodland St.
Glastonbury, CT 06073
860-657-8334
Very aware of my latex allergy problems. Knew how I suffered with allergies prior to my diagnosis. Also was my patient. Knows how I need to take special precautions in social situations. She knows about my latex allergy symptoms I suffered and how difficult it was to leave my Dental Hygiene career.

Jolanta Baginski
1490 Mapleton Ave.
Suffield, CT 06078
860-668-0354
She saw my allergic reactions and was present when I had extreme symptoms. She knows about my latex allergy symptoms I suffered and how difficult it was to leave my Dental Hygiene career.

Sue Weigen, RDH
75 Riverside Dr.
South Windsor, CT 06074
860-644-9062
She knows about my latex allergy symptoms I suffered and how difficult it was to leave my Dental Hygiene career.

Kathy Czernicki Morlock
174 Bourbon St.
South Windsor, CT 06074
860-644-7994
She knows about my latex allergy symptoms I suffered and how difficult it was to leave my Dental Hygiene career. Saw my reactions.

Karen Jurgelas Volochenko
2D Amato Drive
South Windsor, CT 06074
860-432-1898
She knows about my latex allergy symptoms I suffered and how difficult it was to leave my Dental Hygiene career. She understands what I go through on a daily basis.

Robert Prestileo
31 Clearview Dr.
South Windsor, CT 06074
860-644-1143
Guardian/Berkshire Life Insurance Agent. . He seemed very surprised about the difficult time I have been going through trying to get the coverage I deserve.

Alice Hertel
work address:
1486 Highland Ave.
Bldg 2, Suite 6
Cheshire, CT 06410
203-271-1088
Administrative Assistant at Benco Dental. She coordinates corporate reservations and events and helps assure that food is prepared without the use of latex gloves.

Susan Wojenski, RDH
19 Williams St.
Southington, CT 06489
860-276-0261
Knows about the difficulties I have faced with my disability claim. Is familiar with latex allergy.

Mary Moran Boudreau, RDH, MBA
46 Elaine Mary Dr.
Windsor, CT 06095
860-688-4203
Knows of the precautions I face on a daily basis. Known since 1985.

Brian McAnneny
2605 Autumn Chase
Ellington, CT 06029
860-871-6503
Knows of my special precautions necessary when dining out. Knows of my career change struggles.

Karen Stoker
139 Quarry Brook Dr.
South Windsor, CT 06074
860-289-5378
Knows all about my latex allergy and challenges with my career change. .

Mary Ann Benoit, RDH
31 Beechwood
South Windsor, CT 06074
860-644-8289
Knows all about how hard it was for me to change careers.
Diane Chupas, RDH
77 Shailer Pond Rd
Deep River, CT 06417-1568
860-526-1959
She was in a position to observe allergic reactions I had in the dental office setting.

17

Salvatore Squatrito, DDS
East Point Business Center
Suite 1C
360 Tolland Turnpike
Manchester, CT 06040
860-646-1429
Familiar with my condition and latex exposure.

Sharon Efron, RDH
87 Pheasant Hill Dr.
West Hartford, CT 06107
860-561-4415
Knows all about my latex allergy and career change challenges.

Maureen Clarke, RDH
22 Beechwood Rd.
West Hartford, CT 06107
Aware of my Latex Allergy problems.

Linda Isis Prismus, RDH, BSDH, MHS
596 Mixville Rd.
Cheshire, CT 06410
203-272-6456
Aware of my latex allergy problems.

INTERROGATORY NO. 19:

*Please identify with particularity all communications that you had with any representatives of Dr. Burstein's dental office regarding your latex allergy including any requests to alleviate latex in the office. For each communication state with whom you had the communication, the time and date of the communication and all witnesses thereto.*

ANSWER TO INTERROGATORY NO. 19:

It is not possible for me to remember all the communications I had with Dr. Burstein and other members of his staff concerning my latex allergy. I remember generally having conversations, and I remember a few specific conversations with Dr. Burstein. I remember telling him about my diagnosis of latex allergy and the need to have him change the staff's latex gloves to gloves labeled "powder free." He said he would not send back the remaining gloves and order the "powder free" latex gloves until the gloves he already had in stock ran out. I remember talking with him after I brought in a letter from my allergist stating that the office should be using powder-free latex gloves, and he said again he would not send back the remaining gloves. I remember telling him that I knew the supplier would take back any remaining unopened boxes and give the office credit for them. He still declined.

I also remember the time in which Dr. Burstein told me that he would not go latex free in his practice. I clearly recall him saying that he would not make the office latex free, "absolutely not."

INTERROGATORY NO. 20:

*Identify by name, address and telephone number every person that you know or of who you know that has any latex allergy and who works in any aspect of the dental profession.*

ANSWER TO INTERROGATORY NO. 20:

Susan Wojenski, RDH
Public Health RDH
19 Williams St. Southington, CT 06489
(H) 860-276-0261  Works in school based program under Berlin VNA

Signed under the pains and penalties of perjury this 8th day of July, 2005.

_____
Carolyn Mirek

19

AS TO OBJECTIONS:

*/s/ Joanne D'Alcomo*

Joanne D'Alcomo
BBO# 544177
JAGER SMITH P.C.
One Financial Center
Boston, MA 02111
(617) 951-0500

## CERTIFICATE OF SERVICE

I, Joanne D'Alcomo, hereby certify that on this date I caused a true and correct copy of the foregoing to be served by first class mail to Edward K. Kimball, Esq., 700 South Street, Pittsfield, MA 01201 and to David B. Crevier, Esq., Crevier & Ryan, LLP, 1500 Main Street, Suite 2020, Springfield, MA 01115-5727.

Date of Service:    July 8, 2005

*/s/ Joanne D'Alcomo*

Joanne D'Alcomo

JS PCDocs #54548\1