# Exhibit 9

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN MIREK<br><br>           Plaintiff,<br><br>v.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA and BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA,<br>           Defendants. | )<br>)<br>)<br>)<br>) 04-30166-MAP<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' AUTOMATIC DISCOVERY PURSUANT TO LOCAL RULE 26.2 AND FEDERAL RULE OF CIVIL PROCEDURE 26(a)**

The Defendants, The Guardian Life Insurance Company of America ("Guardian") and Berkshire Life Insurance Company of America ("Berkshire") (collectively "Defendants") hereby make the disclosures required by Local Rule 26.2(A) and Rule 26(a) of the Federal Rules of Civil Procedure:

A.  **The Name, Address and Telephone Number Of Each Individual Who May Have Discoverable Information Relevant To Disputed Facts Alleged With Particularity In The Pleadings Identifying The Subjects Or Information.**

    1.    Carolyn Mirek
            48 Sele Drive
            S. Windsor, CT 06074

            Subject matter: knowledge of Plaintiff's alleged latex allergy, symptoms, and ability to work as a dental hygienist

    2.    Ronald H. Mirek
            48 Sele Drive
            S. Windsor, CT 06074

            Subject matter: knowledge of Plaintiff's alleged latex allergy, symptoms, and ability to work as a dental hygienist

    3.    Robert M. Bedard, MD
            Connecticut Asthma & Allergy Center LLC

836 Farmington Avenue
Suite 207
West Hartford, CT 06119-1551
Phone: 860-232-9911

Subject matter: diagnosis and treatment of Carolyn Mirek's alleged latex allergy and her ability to work as a dental hygienist.

4. Joseph Champigny
Berkshire Life Insurance Company of America
700 South Street
Pittsfield, MA 01201-8285
Phone: 413-499-4321

Subject matter: denial of Plaintiff's claim, interview of Plaintiff in connection with denial of her claim.

5. Kevin T. Kvederas
Berkshire Life Insurance Company of America
700 South Street
Pittsfield, MA 01201-8285
Phone: 413-499-4321

Subject matter: denial of Plaintiff's claim, claims processing procedure

6. Harold Axe, MD
c/o National Medical Evaluation Services
25899 West Twelve Mile Road
Suite 200
Southfield, Michigan 48034
Phone: 248-352-6747

Subject matter: medical opinion supporting denial of Plaintiff's claim.

7. Dr. Robert N, Burstein, D.D.S.
479 Buckland Road
South Windsor, CT 06074-3739
(860) 644-4741

Subject matter: Carolyn Mirek's work as a dental hygienist and latex use in office.

8. Srima Nissanka
281 Hartford Turnpike, Suite 501
Vernon, CT 06066
Telephone Unknown

Subject matter: Carolyn Mirek's medical condition by her treating psychotherapist.

9. Dr. Daniel Segal, D.D.S.
1040 Sullivan Avenue
South Windsor, CT 06074
Telephone Unknown

Subject matter: Carolyn Mirek's seeking work as a dental hygienist in his practice.

10. Jonathon Horn
Benco Dental Company
1486 Highland Road, Bldg. 2
Cheshire, CT 06410
(800) 462-3626

Subject matter: Carolyn Mirek's work selling dental supplies.

11. Ms. Luanne Israelevitz
Dental Works
Address and Phone Number Unknown.

Subject matter: Carolyn Mirek's job search.

12. President and Keeper of Records
Barton-Syker Dental Supply Inc.
147 Hayden Station Road
Windsor, CT 06095
Telephone Unknown

Subject matter: Carolyn Mirek's work selling dental supplies and Carolyn Mirek's job search.

13. Dr. Invelisse Viruet
1340 Sullivan Avenue
South Windsor, CT 06074
Telephone Unknown

Subject matter: Carolyn Mirek's medical treatment and condition.

14. Richard Aries
P.O. Box 431
South Windsor, CT 06074
Telephone Unknown

Subject matter: Carolyn Mirek's workers compensation claims.

15. Dr. H. Kirk Watson
    85 Seymour St. Ste. 816
    Hartford CT 06106

    Subject matter: Carolyn Mirek's medical treatment and condition.

16. Jeffrey Altman DDS
    1011 Main St
    East Hartford, Ct
    (860)528-3350

    Subject matter: Carolyn Mirek's work history and conditions.

17. Graham Gerard DDS
    100 Simsbury Rd
    Avon, Connecticut 06001
    (860) 606-0066

    Subject matter: Carolyn Mirek's work history and conditions.

B. **Documents In The Plaintiff's Possession, Custody, Or Control That Are Relevant To Disputed Facts Alleged With Particularity In The Pleadings.**

1. Disability Income Insurance policy No. G723670 issued to plaintiff by the Guardian Life Insurance Company of America;

2. Application/Underwriting file pertaining to Disability Income Insurance policy No. G723670 issued to plaintiff by the Guardian Life Insurance Company of America;

3. Claim file pertaining to the claim of Carolyn Mirek;

4. Documents pertaining to the case of Carolyn T. Mirek, et al. v. Aero-Med Ltd., et al., Connecticut Superior Court at New Britain, Civil No. X03-CV-02-0516496-S.

C. **There are no insurance policies to satisfy all or part of any judgment.**

Respectfully submitted, the Defendants
By Their Attorney,

David B. Crevier
BBO. No. 557242
CREVIER & RYAN, LLP.
1500 Main Street, Suite 2020
Springfield, MA. 01115-5532
(413) 787-2400

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on counsel to all other parties to this action by first class U.S. mail, postage prepaid, this ___ day of May, 2005.