UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CAROLYN MIREK, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action |
| | ) | No. 04-30166-MAP |
| THE GUARDIAN LIFE INSURANCE | ) | |
| COMPANY OF AMERICA and | ) | |
| BERKSHIRE LIFE INSURANCE | ) | |
| COMPANY OF AMERICA, | ) | |
| | ) | |
| Defendants | ) | |

**PLAINTIFF'S ASSENTED-TO MOTION FOR LEAVE TO FILE OPPOSITIONS
TO MOTIONS IN LIMINE ONE BUSINESS DAY LATE DUE TO
UNEXPECTED DEATH**

Plaintiff moves for leave, with Defendants assent, for leave to file her oppositions to two motions in limine on June 5, 2006, one business day after they were due. The oppositions are to docket numbers 61 and 62. Plaintiff's lead counsel, Joanne D'Alcomo, learned on the morning of Friday, June 2, that a close friend who was known to be in good health had suddenly died Thursday night. Therefore, plaintiff's lead counsel was unable on Friday, June 2, to devote the necessary time to complete work on the oppositions.

Respectfully submitted,


PLAINTIFF CAROLYN MIREK

By her Attorneys,

/s/ Joanne D'Alcomo
Joanne D'Alcomo
BBO #544177
Seth Nesin
BBO #650739
JAGER SMITH P.C.
One Financial Center
Boston, MA 02111
(617) 951-0500


Assented to:

DEFENDANTS
THE GUARDIAN LIFE
INSURANCE COMPANY
and
BERKSHIRE LIFE
INSURANCE OF AMERICA

/s/  David B. Crevier (via telephone authorization)

David B. Crevier
Crevier & Ryan, LLP
1500 Main Street, Suite 2020
Springfield, MA 01115-5727