**FAX**

June 26, 2002

Re:   Carolyn Mirek

I am a physician licensed to practice medicine in the States of New York and Ohio, where I have practiced the specialty of Allergy and Immunology for more than 25 years.

I have reviewed the medical records, which you have provided me of Ms. Carolyn Mirek and I am aware of her claim for total disability on the basis of Latex Allergy and Carpel Tunnel Syndrome.

The most recent medical report dated October 22, 1999 and signed by Dr. Robert M. Bedard described the patient "Mrs. Mirek is doing quite well. She had an excellent September without symptoms of sneezing, runny nose..," From the medical record you have provided me I have no information to support a worsening of Ms. Mirek's condition.

Latex Allergy is not a distinct disease but rather a part of a much more multifactorial medical entity commonly referred to today as Chronic Inflammatory Airway Disease.

CLAIMS   JUL 10 2002

Carolyn Mirek
Dr. H. Axe
July 9, 2002
Page 2

Case 3:04-cv-30166-RGS    Document 65-4    Filed 06/05/2006    Page 2 of 4

FAX

Chronic Inflammatory Airway Disease describes the inflammatory process present in the nose, sinuses, and bronchi that is variously known as Allergy, Allergic Rhinitis, Bronchial Asthma, etc. This inflammatory process is the result of the collective allergic reactions to Pollens, House Dust Mite, Mold spores, Animal dander, and even Latex particles in the inspired, air. Symptoms of runny nose, sneezing, nasal stuffiness, cough, shortness of breath and wheezing occur whenever the accumulation of these factors and thereby the inflammation, reaches an overwhelming degree. Physical and non-allergic factors, too, such as smoke, air pollution, irritating odors and fumes, exercise, cold, viral infections, also contribute to the development of symptoms.

Allergy testing is a means of confirming the presence of some of the allergic factors in the clinical presentation of Allergic Disease. However, Allergy Skin Testing, and the alternative to skin testing, the blood test known as RAST, are merely tests to detect the presence of specific antibodies in a person's system. They are not indicative of the degree to which these factors contribute, if any, to the overall expression of the chronic airway inflammation.

Allergy testing is not precise. There are inherent flaws in its accuracy. There is no standardization of testing materials, especially Latex. Ms. Mirek was tested with a piece of examining glove. Allergy testing is therefore merely a piece of information to fit into the larger clinical picture. Allergy Skin Testing of Ms. Mirek in June, 1999, apparently showed significant reactions to Latex, but, also, to Ragweed Pollen, and Fresh Banana.

CLAIMS    JUL 1 0 2002

07/10/2002    10:10    MLS NAT MED EVAL SERVICES → 914134437542    NO. 902    D04

CL 55

FAX

1. Chronic Inflammatory Airway Disease, or "Allergy" or "Asthma" is totally treatable, and thus, should rarely if ever prove a disability. In his notes in June, 1999 Dr. Bedard described a very favorable response by Ms. Mirek to just one medication, FLONASE, a nose spray. If Ms. Mirek's condition has deteriorated so much in the past 2-1/2 years since June, 1999, regardless of to what degree Latex may or may not have contributed to such deterioration, then an even more aggressive course of medical management is certainly indicated.

It is my medical opinion that such an unfavorable outcome to adequate treatment justifying the finding of "Total Disability" because of "Latex Allergy" in Ms. Carolyn Mirek is highly unlikely.

2. Through my review of the medical records, which you have provided me of Ms. Carolyn Mirek, I should like to emphasize that I see no basis for a work restriction or work limitation based on Latex Allergy in Ms. Mirek.

CLAIMS    JUL 10 2002



3.  In her medical record dated October 22, 1999, Dr. Robert M. Bedard described Ms. Mirek as doing quite well in view of the accommodations made in the workplace in that Vinyl was being substituted for Latex wherever possible.

Sincerely,

Harold Axe, M.D.

klm