UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------- X
CAROL MIREK,                  :
       Plaintiff,             :
   VS.                        : NO. 04-30166-MAP
GUARDIAN LIFE INS. CO. OF     :
AMERICA, ET AL.,
                              :
       Defendants.
---------------------------- X

DEPOSITION

THE DEPOSITION OF HAROLD AXE, M.D., taken on behalf of the Plaintiff, before Kevin Lombino, Registered Professional Reporter, Notary Public within the State of Connecticut License Number 00191, on the 16th day of September, 2005 at 12:16 p.m., at the offices of Paul, Hastings, Janofsky & Walker, 1055 Washington Boulevard, 10th Floor, Stamford, Connecticut.

APPEARANCES

FOR THE PLAINTIFF:

   JAGER SMITH, PC
   One Financial Center
   Boston, MA  02111

      BY: JOANNE D'ALCOMO, ESQ.

FOR THE DEFENDANT:

   CREVIER & RYAN, LLP
   1500 Main Street, Suite 2020
   Springfield, MA  01115-5727

      BY: DAVID CREVIER, ESQ.

---

3

  1      HAROLD AXE, M.D., called as a witness, after
  2  having been duly sworn, was examined and
  3  testified as follows:
  4      MS. D'ALCOMO: The parties have stipulated
  5  and agreed that all objections except as to form
  6  are reserved until time of trial, and motions to
  7  strike are reserved until time of trial. And
  8  the witness shall have 30 days to read and sign,
  9  and signing need not be in front of a notary.
 10      Would you mark this Exhibit 1.
 11      (Plaintiff's Exhibit 1, Subpoena, marked for
 12  identification, as of this date.)
 13           DIRECT EXAMINATION
 14  BY MS. D'ALCOMO:
 15    Q. Dr. Axe, have you been deposed before?
 16    A. Yes.
 17    Q. On how many occasions?
 18    A. Five.
 19    Q. And under what circumstances? What kind of
 20  cases?
 21    A. Medical malpractice.
 22    Q. And have you been a -- you were a defendant in
 23  one medical malpractice; is that right?
 24    A. Yes.
 25    Q. Any others?

4

  1    A. I have not been a defendant in any other
  2  medical-malpractice cases.
  3    Q. In those other cases, in what capacity were
  4  you -- excuse me, were you testifying at a deposition?
  5    A. An expert witness.
  6    Q. And were you an expert witness for the plaintiff
  7  or the defendant?
  8    A. I don't recall.
  9    Q. Was there -- so on four occasions, you were an
 10  expert witness in a medical-malpractice case?
 11    A. Yes.
 12    Q. And you don't remember if any of those cases you
 13  were representing -- excuse me, you were testifying in a
 14  capacity where you were an expert for the plaintiff?
 15    A. Correct.
 16    Q. How long ago were the depositions?
 17    A. A long time ago, maybe 20 years ago.
 18    Q. When was the last time that you were deposed?
 19    A. I don't recall.
 20    Q. Was that about 20 years ago?
 21    A. Yes.
 22    Q. And have you been retained as an expert in any
 23  litigation in which you have rendered an opinion in the
 24  past 10 years?
 25    A. Yes.

**Page 9**

```
 1      Having looked at the Plaintiff's Exhibit 1, it
 2   appears to be the accurate deposition --
 3      MS. D'ALCOMO:  I'm going to take yours
 4   back.  If it's inaccurate, I don't want to --
 5      MR. CREVIER:  That's fine.  The copy I
 6   received was inaccurate, but I withdraw the
 7   objection because the actual marked exhibit
 8   appears to be accurate.  Thank you.
 9   Q.  What do you mean, Doctor, when you refer to
10   yourself or someone else as an expert in a particular
11   subject matter?
12   A.  I don't think I've ever referred to myself as an
13   expert.
14   Q.  So you do not consider yourself an expert in
15   latex allergy?
16   A.  I don't know what your definition of "an expert"
17   would be to answer that question.
18   Q.  Have you ever used the term "expert" to describe
19   someone's knowledge or familiarity in a field?
20   A.  I don't recall.
21   Q.  So you don't remember whether you ever have
22   referred to someone as he's an expert or she's an expert
23   in such and such an area?
24   A.  Correct.
25   Q.  Do you consider yourself proficient in the area
```

**Page 10**

```
 1   of latex allergy?
 2   A.  Again, I'm not sure what you mean as
 3   "proficient."
 4   Q.  Well, do you know what "proficient" means?
 5   A.  I have my understanding of the word.
 6   Q.  And how would you describe it?
 7   A.  As someone who is good at what they do.
 8   Q.  And do you have an understanding of what the
 9   term "expertise" is?
10   A.  Well, I think it's used in many different
11   contexts.
12   Q.  Have you ever used the term "expertise"?
13   A.  Rarely.
14   Q.  And when you've used it, what have you meant by
15   it?
16   A.  Knowledge.
17   Q.  And do you consider yourself knowledgeable in
18   latex allergy?
19   A.  Yes.
20   Q.  And do you consider yourself more knowledgeable
21   than many other allergists in latex allergy?
22   A.  No.
23   Q.  Do you treat patients for latex allergy?
24   A.  Latex allergy is not a specific disease that you
25   treat people for.
```

**Page 11**

```
 1   Q.  So you have never treated anyone for something
 2   called "latex allergy"?
 3   A.  I have treated people with disease of which
 4   latex sensitivity is a part.
 5   Q.  Have you treated someone for -- who had an
 6   allergy to anything, any substance?
 7   A.  Yes.
 8   Q.  And what have you treated people who have an
 9   allergy -- strike that.
10      What allergens were the individuals that you
11   treated allergic to?
12   A.  Pollen, house dust mite, mold, animal dander,
13   cockroach, latex.
14   Q.  You have treated people who have been allergic
15   to latex?
16   A.  Yes.
17   Q.  Is there something about the -- about the line-
18   up of the words latex allergy as opposed to allergy to
19   latex that makes you uncomfortable with the phrase "latex
20   allergy"?
21   A.  There is nothing in the line-up that makes me
22   uncomfortable.
23   Q.  You are comfortable with the phrase "allergy to
24   latex"; is that right?
25   A.  Yes.
```

**Page 12**

```
 1   Q.  You have heard that term, that phrase?
 2   A.  Yes, yes.
 3   Q.  And that's a phrase that you've used?
 4   A.  Yes.
 5   Q.  If someone is allergic to latex, can it not be
 6   fairly said they have a latex allergy?
 7   A.  Anything can be said, but it's the implication
 8   that makes the difference.
 9   Q.  You would say it would be inaccurate to describe
10   someone who had a -- strike that.
11      You would say it would be inaccurate to describe
12   someone who was allergic to latex as having a latex
13   allergy?
14   A.  I think it would be misleading to imply that the
15   latex allergy represents a specific diagnosis.
16   Q.  Would you say it would be inaccurate to describe
17   someone who is allergic to latex as having a latex
18   allergy?
19   A.  Yes.
20   Q.  And would it be inaccurate to describe someone
21   who had an allergy to cockroaches as having a cockroach
22   allergy?
23   A.  I think it's inaccurate in that the implication
24   is that that is their problem and their disease when in
25   fact it's merely an aspect of the disease.
```