Addendum to Report on

Carolyn Mirek
File No. 55549
Claim No. 437003 - Policy No. G723670
March 12, 2005

December 14, 2005

James R. Garb, M.D.



This addendum is submitted as a supplement to my report dated March 12, 2005 in the matter of Carolyn Mirek v. Guardian Life Insurance Company of America and Berkshire Life Insurance Company of America. The two questions being asked at this time are in regard to 1) the availability of alternatives to latex products used in dentistry and 2) information on dental practices in northern Connecticut and south western Massachusetts that practice latex safe or latex free dentistry.

1) There is a wide array of non-latex products available for general dentistry. These include exam gloves and surgical gloves made of nitrile or other non-latex materials, prophy cups, anesthetic cartridges, instrument grips, evacuator tips, fluoride gel trays, bite wing tabs, dental dams, mixing bowls, bite blocks, impression material, syringes, bulbs on medication droppers, airway masks, blood pressure cuffs, ambu bags, anesthesia bags, tubing and bellows. There is no latex free form of gutta percha, a material used in root canals. There are, however, alternative endodontic materials that can be used in the form of glass ionomers or calcium oxide. References for some of these items are attached. Examples of other non-latex products for use in dental practice include but are not limited to:

Gloves
    N-Dex nitrile gloves, BEST Manufacturing
    Elastyren copolymer gloves, ECO Medical Technologies
    Safeskin nitrile gloves, Kimberly-Clark – Safeskin, Inc.
    Duraprene Triflex & Esteem Exam Gloves, Cardinal Health
    Biogel Neotech neoprene gloves, Regent

Amalgam Carriers: Nulon Tips, Arnel Inc.

Anesthetic cartridges
    Ultracaine D-S and Ultracaine forte, HansaMed
    Misc. Glass Ampule Anesthetics, Abbott Laboratories
    Bipivicaine, Lidocaine HCL, Xylocaine (glass ampules), Astra Ceneca
    Lidocaine with Epinephrine 1:100,000, Wyeth-Ayerst Laboratories

Anesthetic & Oxygen Systems
    Flexible & Traditional latex-free face mask & general anesthesia systems (neoprene), Vital Signs
    Personal Inhaler Plus (silicone inhaler hood), Accutron
    General Anesthesia Systems (neoprene), Datex- Ohmeda
    Latex-free nasal cannula, Salvin Dental Specialties

Artificial Resuscitator: Ambu Adult Silicone Resuscitator, Keomed

Bandages & Tapes
    Non-latex bandages, Curad Sensitive Skin and Plastic Bandages, Curad
    Latex-Free Skin Adhesives, Mastisol
    Hy-Tape Latex-Free Tape, Hy-Tape International

Page 2

Blood Pressure Cuffs
 Cleen Cuff (nylon), Vital Signs
 Dinamap (Latex-Free), Critikon

Dental Dams
 Latex-Free Insti-Dam, Zirc Company
 Nitrile Dental Dam, Hygienic Corporation
 Dental Dam Clamp with Latex-Free Rubber Mini Dental Dam, Dent Corporation

Face Masks & Protective Eyeware
 Isofluid Face Mask * Ultrasensitive Mask, Crosstex
 Kimberly Clark Fluid shield Procedure Mask, Kimberly-Clark Healthcare

Instrument Bands
 Clive Craig Code Rings, Dux Dental
 Silicon Code Rings, Pulp Dental

Impression Materials & Model Formers
 Jeltrate Plus (Alginate), Dentsply
 Impregum F or Permadyne & Express, 3M ESPE
 Alfa Triple Tray (Alginate system), Premier
 Blu-Mousse (vinyl polysiloxane), Parkell

Medication Dropper Bulbs
 Synthetic Rubber Dropper Bulbs (neoprene), Lang Dental

Mixing Bowls
 FlexForm Silicone Mixing Bowls, Bolten Dental Manufacturing
 Silicone Mixing Bowls, Pulp Dent

Mouth Props, Bite Blocks, Bitewing Tabs, & Loops
 Silicone Mouth Props, Patterson Dental Company
 E-Z Styrofoam Mouth Props & Paper Bite Wing Loops, Densply Rinn Corp.

Prophylaxis Angles & Cups
 Latex-Free Prophy Angles and Cups, All Pro Dental
 Latex-Free Prophy Cups * Brushes, Denticator

Retraction Bands (dental elastic & Ligature bands)
 ELF Elastic & Sani-Ties (polyurethane), GAC
 Latex-Free O-Rings & Chain Elastic, Ormco

Stethoscope: Scope Coat * Littman Single Head Latex-Free Stethoscope (PVC), 3M-Littman

Page 3

Suction Tips & Saliva Ejectors
 Surg-O-Vac (polypropylene), Young Dental Manufacturing
 Silicone Tip Saliva Ejector, Pulp Dent
 Flexo – Saliva Ejector (coralite plastic, HJ Bosworth

Surgical Wound Drains
 Suction Wound Drain (latex-free), Microtek Medical, Inc.

Syringes
 Norm-Ject (latex-free), Air-Tite
 TERUMO Dental Needles * Syringes, Terumo Medical
 Latex-Free BD Syringes, Becton Dickinson & Company

Tubing (water & air)
 Tygon LR-40 (biocompatible plastic tubing), Saint-Gobain

X-Ray Film Holders
 Plastic Foam X-Ray Film Holding Tabs, Microcopy/New Line Medical & Dental

The introduction of these and other alternatives to latex dental products and gloves has enabled dentists and their staffs to avoid using latex in their work. I would reiterate that the most significant source of latex exposure in dentistry is from the use of powdered latex gloves. The use of non-latex gloves such as nitrile or neoprene is the single most important measure to protect both patients and staff from exposure to latex.

2) There are dentists practicing in the northern Connecticut and south western Massachusetts area who have latex-free offices. This list includes the following dental practices, but is not intended to be all-inclusive:

Mark Haselkorn DMD    103 Van Deene Ave, West Springfield, MA

 Dr. Haselkorn is using no latex products in his practice. Everything is non-latex. He himself is allergic to latex, as is one of his staff. He would have no trouble accommodating a latex-allergic employee.

David Segal, DMD    1050 Sullivan Ave, South Windsor, CT

 Dr. Segal's office has stopped using latex and is latex-free. They use all non-latex gloves. All other equipment is latex-free as well. He would have no trouble accommodating a latex-allergic employee.

Page 4

Robert Bird, DMD    60 Church St, Canaan, CT
   Dr. Bird stopped using latex several years ago. He assumes every patient is allergic to latex, and uses no latex products in his practice. His practice is latex-free. He is allergic to latex and would have no trouble accommodating a latex-allergic employee.

Pediatric Dentistry Associates LLC    991 State Street, New Haven, CT
   This practice is latex-free. They use all non-latex products. They would have no trouble accommodating a latex-allergic employee.

Raymond Wise, DMD    31 Park Plaza, Lee MA
   They use only nitrile or vinyl gloves and all dental equipment is latex-free. They have patients with latex allergies who travel from long distances to be seen there. They could easily accommodate a latex-allergic employee.