Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

C.A. No. 04-30166-MAP

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

CAROLYN MIREK,                                          \*

      Plaintiff,                                       \*

v.                                                      \*

THE GUARDIAN LIFE INSURANCE COMPANY                     \*

OF AMERICA and BERKSHIRE LIFE INSURANCE                 \*

COMPANY OF AMERICA,                                     \*

      Defendants.                                      \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DEPOSITION OF JAMES R. GARB, M.D.

Sturbridge Host Hotel & Conference Center

366 Main Street

Sturbridge, Massachusetts

October 25, 2005       10:20 a.m.

Jonathan P. Lodi

Court Reporter

### Page 38

```
 1      A.   That's true.
 2      Q.   Now, is it your view, Doctor, that
 3   latex allergy should rarely, if ever, interfere
 4   with a medical professional performing work in
 5   their own occupation?
 6      A.   I would say rarely, yes.
 7      Q.   And have you communicated that view
 8   to Berkshire?
 9      A.   I didn't communicate anything to
10   Berkshire other than what's in my report.
11      Q.   Now, are you aware that Berkshire,
12   for a number of years, has taken the position that
13   medical professionals with evidence of latex
14   allergy should not be insured by them under
15   own-occupation disability policies?
16           MR. CREVIER: Objection.
17           THE WITNESS: I have no knowledge of
18        that.
19      Q.   (By Ms. D'Alcomo) And are you aware
20   that Berkshire, for several years, has taken the
21   position that it will not sell own-occupation
22   disability policies to individuals who have
23   evidence of latex allergy?
24           MR. CREVIER: Objection.
```

### Page 39

```
 1           THE WITNESS: I have no knowledge of
 2        Berkshire's business or underwriting
 3        practices.
 4      Q.   (By Ms. D'Alcomo) So no one at
 5   Berkshire ever explained to you why they considered
 6   latex allergies so serious that they would not
 7   insure somebody in an own-occupation policy with a
 8   latex allergy?
 9           MR. CREVIER: Objection.
10           THE WITNESS: I had no discussions
11        with anyone at Berkshire about their
12        policies regarding insuring people with
13        latex allergies.
14      Q.   (By Ms. D'Alcomo) So no one at
15   Berkshire ever consulted you about whether they
16   should turn down business from medical
17   professionals who have latex allergies and want to
18   buy own-occupation disability policies?
19      A.   No.
20      Q.   Now, have you done any research or
21   investigation since you prepared your report on
22   Carolyn Mirek in connection with Carolyn Mirek's
23   claim?
24      A.   No.
```

### Page 40

```
 1      Q.   So is it fair to say the last time
 2   you did any work on Carolyn Mirek's claim was in
 3   March of 2005?
 4      A.   Yes.
 5      Q.   And by the way, do you have a
 6   dentist?
 7      A.   I do.
 8      Q.   And who is your dentist?
 9      A.   Mitchell Kotzen, K-O-T-Z-E-N.
10      Q.   And where is he?
11      A.   He is in East Longmeadow.
12      Q.   And is there any latex in his office?
13      A.   Actually, I called him and asked him
14   how much latex is used in dentistry these days, and
15   he said very, very little; there's virtually none.
16      Q.   And when did you call him?
17      A.   When I was doing this case in March
18   of 2005.
19      Q.   Does he use latex gloves?
20      A.   I believe they've switched to
21   nitrile.
22      Q.   You don't know for sure?
23      A.   I can't recall for sure.
24      Q.   And did he tell you what, in his
```

### Page 41

```
 1   office, was latex, if anything?
 2      A.   He said there's virtually no latex
 3   used anymore. He went down a list of some things
 4   that aren't latex.
 5      Q.   And did you do any other research
 6   concerning latex in dental offices?
 7      A.   Well, one of the references I cited
 8   was from a dentist in Massachusetts who has a
 9   latex-free practice.
10      Q.   Any other research that you did
11   concerning the use of latex in dental offices?
12      A.   I looked on-line for some products,
13   dental products, to see what alternatives to latex
14   there are.
15      Q.   Now, you are aware that in the office
16   in which Carolyn Mirek worked there was latex, is
17   that right?
18      A.   Correct.
19      Q.   And you did learn, did you not, that
20   latex gloves are being used in that office?
21      A.   Yes.
22      Q.   And did you know that even recently
23   there were powdered latex gloves in the office
24   where Carolyn Mirek worked as a dental hygienist?
```