**JAMES R. GARB, M.D.**
**January 27, 2006**

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS


\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

CAROLYN MIREK,                         \*

                    Plaintiff  \*

vs.                                    \* No. 04-30166-MAP

                                       \*

THE GUARDIAN LIFE INSURANCE     \*

COMPANY OF AMERICA and          \*

BERKSHIRE LIFE INSURANCE        \*

COMPANY OF AMERICA,             \*

                    Defendants \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*



DEPOSITION OF:  JAMES R. GARB, M.D.

CREVIER & RYAN, LLP

1500 Main Street  Suite 2020

Springfield, Massachusetts

January 27, 2006

(12:00 p.m. to 2:40 p.m.)



Tacy A. Malandrinos

Court Reporter

**CATUOGNO COURT REPORTING SERVICES**
**Springfield, MA   Worcester, MA   Boston, MA   Lawrence, MA   Providence, RI**

**JAMES R. GARB, M.D.**
**January 27, 2006**

Page 14

1    A.    We had a telephone conversation
2  about this, and I don't remember the exact
3  wording, but she lives in the northern
4  Connecticut area, and something that would be a
5  reasonable commute if she were to work in a
6  practice like that.
7        Q.    Do you know what community she
8  lives in?
9        A.    I think it's one of the Windsors.
10  I forget whether it's Windsor or South Windsor.
11        Q.    Did you use a particular measure of
12  distance from her home in considering the
13  geographic area?
14        A.    I didn't get out a map and map it
15  out. But being from this area myself, I have an
16  understanding of the geography and where things
17  are.
18        Q.    And how did you decide to go about
19  fulfilling your assignment?
20        A.    Well, I was provided through
21  Attorney Crevier's office with a couple of
22  things; a listing of some dental products, and a
23  listing of some dental practices. That was the
24  starting point. I did further research on my

Page 15

1  own on additional dental products.
2        And I requested another list of
3  dental practices in Connecticut to supplement
4  the list I was given. I used the Springfield
5  telephone directory and identified some
6  practices in the greater Springfield area. And
7  I also contacted some dentists who I know
8  personally.
9        Q.    When you say you requested another
10  list, what do you mean?
11        A.    The person who prepared the
12  original list is a dental hygienist and I asked
13  her. She had access to a Connecticut telephone
14  directory which I didn't have at the time, so I
15  asked her to just get more dental practices so I
16  could contact them.
17        Q.    Did you tell her where to get the
18  list from?
19        A.    We said between Hartford and
20  Springfield.
21        Q.    And can you tell me specifically
22  what you told her to do?
23        A.    I asked her just to go through the
24  phone directory and get me a list of additional

Page 16

1  dental practices between Hartford and
2  Springfield that weren't on the original list.
3        Q.    Why did you do that?
4        A.    I just wanted to have a larger pool
5  of practices to get in touch with.
6        Q.    Was the person that you contacted
7  Ms. Wilton?
8        A.    Yes.
9        Q.    When did you first hear of Wendy
10  Wilton?
11        A.    That would have been the first
12  phone call with Attorney Crevier when he asked
13  me to do this addendum to my earlier report.
14        Q.    What did he tell you about Ms.
15  Wilton?
16        A.    That she was a dental hygienist who
17  is allergic to latex and had provided him with
18  some dental practices that she had already
19  looked into in terms of their latex use. And
20  she also provided them with a list of some latex
21  alternatives regarding products used in
22  dentistry.
23        MS. D'ALCOMO:  Please mark this.
24

Page 17

1        (Exhibit 57, Invoice, marked)
2
3        Q.    (By Ms. D'Alcomo) Let me show you
4  what has been marked Exhibit 57. And Dr. Garb,
5  does that invoice reflect generally what you did
6  in connection with the addendum report dated
7  December 14, 2005 from 12/9 forward, 12/9/05
8  forward?
9        A.    Well, it reflects that, plus our
10  previous deposition and work I had done
11  preparing for that.
12        Q.    With respect to the report dated
13  December 14, 2005, is it fair to say that the
14  entries from December 9, 2005 and following 12/9
15  2005 reflect the work that you did in connection
16  with the preparation of the report in December?
17        A.    Yes, that's correct.
18        Q.    And is the first time that you did
19  any work of any kind on the report, on the
20  December 2005 report, the phone calls that you
21  had with Attorney Crevier on December 9, 2005?
22        A.    As I recall it was December 5 when
23  he first called me and said he needed this other
24  addendum.

5 (Pages 14 to 17)

**CATUOGNO COURT REPORTING SERVICES**
Springfield, MA    Worcester, MA    Boston, MA    Lawrence, MA    Providence, RI

# JAMES R. GARB, M.D.
## January 27, 2006

Page 26

1  things necessarily were on her list. But it was
2  some help in guiding further investigation.
3      Q.   Did you include any of the items on
4  her list of what she called latex-free and
5  latex-safe products in your list of products in
6  the December 2005 report?
7      A.   I don't believe I did. I believe
8  my listing came from other sources.
9      Q.   You don't remember one way or the
10 other?
11     A.   Without going down and comparing
12 everything on her list with my list, I'm not one
13 hundred percent sure.
14          But there are some things on her
15 list, just general, in terms of Prophy angles,
16 she mentions a specific brand. I don't believe
17 I mentioned that specific brand, but just a
18 type of product.
19     Q.   Did you look up any of the
20 manufacturers referred by her in her list?
21     A.   Well, Benco was one that she
22 mentioned that I did look up. I believe that's
23 the only one.
24     Q.   How did you, or let me back up.

Page 27

1          As of let's just say December 1,
2  2005, how many dental products manufacturers did
3  you know of?
4      A.   Probably a small number, two or
5  three.
6      Q.   Which ones did you know of?
7      A.   Young, but they are more
8  distributors I think than the products
9  themselves, a supply house for dental products.
10         You are asking about manufacturers?
11     Q.   Yes.
12     A.   I guess I can't name any specific
13 ones.
14     Q.   So as of December 1, 2005 you
15 didn't know the names of any particular dental
16 supply manufacturers?
17     A.   That's true.
18     Q.   And as of December 1, 2005 what
19 dental supply distributors did you know of?
20     A.   Young and Benco. Those are the
21 only ones.
22     Q.   So at some point did you find out
23 the other names of other dental supply
24 distributors?

Page 28

1      A.   I did look into other ones. I
2  don't know that I can name them now without
3  looking at the reference materials.
4      Q.   How did you learn the names of
5  other dental supply distributors?
6      A.   I obtained a monograph on
7  latex-free dentistry, and I researched some of
8  them on the Internet.
9      Q.   And as of today, do you know of any
10 dental supply manufacturers?
11     A.   I really haven't committed these
12 names to memory, so I would have to say no.
13     Q.   As of today, can you recall the
14 names of any dental supply distributors other
15 than Benco and Young?
16     A.   No.
17     Q.   Did you ever read any transcripts
18 of a deposition of Carolyn Mirek?
19     A.   No, I did not.
20          MS. D'ALCOMO:  Please mark this.
21
22          (Exhibit 60, Letter Dated December
23          8, 2005, marked)
24

Page 29

1      Q.   (By Ms. D'Alcomo) Let me show you
2  what's been marked Exhibit 60. Is this a letter
3  that you received from Defense Counsel's office
4  dated December 8, 2005 by hand?
5      A.   Yes, it is.
6      Q.   And in the letter you received a
7  copy of Dr. Bedard's deposition transcript, is
8  that correct?
9      A.   That's correct.
10     Q.   And you received the pages from the
11 catalog distributed by Benco Dental Company or
12 certain pages that are attached to this letter?
13     A.   Correct.
14     Q.   And a list of dental practices in
15 the area that Defense Counsel said were
16 latex-free or latex-safe. Do you see that?
17     A.   Correct.
18     Q.   And what, if anything, did you do
19 with that information about dental practices in
20 the area that are latex-free or latex-safe
21 according to Defense Counsel?
22     A.   That's essentially the same list
23 that came from Wendy Wilton. And so I tried to
24 contact as many of the practices as I could to

8 (Pages 26 to 29)

## CATUOGNO COURT REPORTING SERVICES
### Springfield, MA   Worcester, MA   Boston, MA   Lawrence, MA   Providence, RI