# EXHIBIT 1

DPH DATA ENTRY

DATA REQUEST # 06-049

FOR IT OFFICE USE:
DATE SENT:_____

## State of Connecticut
## Department of Public Health
## Report (Paper) Format Request Form

**(1) Requestor Information (Complete ALL):**
(PLEASE PRINT LEGIBLY OR TYPE)
Contact Person: Phyllis A. Jones
Company Name: Jager Smith, PC
Telephone Number: 617-951-0500
Address Where Request is to be sent:  Jager Smith, PC
One Financial Center, 4th Floor
Boston, MA 02111

Date of Request 01-30-2006

Do you wish to have your request sent to you via Federal Express Overnight Express? ☒ Yes  ☐ No
Do you wish to have your request sent to you via Airborne Express? ☐ Yes  ☒ No

If you answered Yes, please provide us with an address label with your address on both locations of sender and recipient with your billing number indicated on the label.
By answering No, please understand that **normal shipping** will be used to process your request.

**(2) Media type:**

Report ☒ (The Fee structure and estimated counts for each profession are given below and on the following page). *Please call Lynn for a price quote prior to submitting a request for specified towns, counties, or medical specialties)*

**(3) Professions (Check ALL that apply):**

| | | LICENSE TYPE DEFINITIONS | COST OF LIST *IN STATE | COST OF LIST **ALL | APPROXIMATE QUANTITY AS OF 1/19/05 IN STATE | APPROXIMATE QUANTITY AS OF 1/19/05 OUT OF STATE | TOTAL LICENSED AS OF 01/19/2005 |
|---|---|---|---|---|---|---|---|
| ☐ | | ALL Professions | $325 | $325 | 146,528 | 28,497 | 175,025 |
| ☐ | 43 | ACUPUNCTURIST | $65 | $65 | 257 | 108 | 149 |
| ☐ | 12 | ADVANCED PRAC. REG. NURSE | $65 | $65 | 2,195 | 388 | 2,583 |
| ☐ | 91 | ASBESTOS ABATEMENT SUPERVISOR | $65 | $65 | 560 | 424 | 984 |
| ☐ | 90 | ASBESTOS ABATEMENT WORKER | $65 | $65 | 550 | 1,690 | 2,240 |
| ☐ | 40 | ASBESTOS CONSULT.-INSP. MGMT PLNR | $65 | $65 | 84 | 25 | 109 |
| ☐ | 39 | ASBESTOS CONSULT.-INSPECTOR | $65 | $65 | 174 | 56 | 230 |
| ☐ | 41 | ASBESTOS CONSULT.-PROJ. DESIGNER | $65 | $65 | 71 | 33 | 104 |
| ☐ | 42 | ASBESTOS CONSULT.-PROJ. MONITOR | $65 | $65 | 166 | 58 | 224 |
| ☐ | 53 | ASBESTOS CONTRACTOR | $65 | $65 | 100 | 126 | 226 |
| ☐ | 17 | AUDIOLOGIST | $65 | $65 | 198 | 39 | 237 |
| ☐ | 25 | BARBERS | $65 | $65 | 1,536 | 143 | 1,679 |
| ☐ | 45 | CERT ALCOHOL / DRUG COUNSELOR | $65 | $65 | 240 | 8 | 248 |
| ☐ | 07 | CHIROPRACTOR | $65 | $65 | 794 | 192 | 986 |
| ☐ | 22 | GEN ANES/CONS SEDAT PERMITTEE | $65 | $65 | 120 | 1 | 121 |
| ☐ | 21 | CONSCIOUS SEDATION PERMITTEE | $65 | $65 | 10 | 0 | 10 |
| ☐ | 13 | DENTAL HYGIENIST | $65 | $65 | 2,559 | 674 | 3,233 |
| ☒ | 02 | DENTIST | $65 | $65 | 2,726 | 385 | 3,111 |
| ☐ | 59 | DIETITIAN / NUTRITIONIST | $65 | $65 | 528 | 22 | 550 |
| ☐ | 15 | ELECTROLOGISTS | $65 | $65 | 174 | 21 | 195 |
| ☐ | 30 | EMBALMER | $65 | $65 | 732 | 120 | 852 |
| ☐ | 73 | EMERGENCY MED SERVICES - INSTRUCTOR | $65 | $65 | 375 | 4 | 379 |
| ☐ | 70 | EMERGENCY MEDICAL TECHNICIAN | $85 | $90 | 9,559 | 300 | 9,859 |
| ☐ | 71 | EMERGENCY MEDICAL TECHNICIAN –INTER | $65 | $65 | 913 | 32 | 945 |
| ☐ | 31 | FUNERAL DIRECTOR | $65 | $65 | 75 | 3 | 78 |
| ☐ | 56 | FUNERAL HOMES | $65 | $65 | 312 | 0 | 312 |
| ☐ | 20 | HAIRDRESSER /COSMETICIAN | $145 | $155 | 20,803 | 2,418 | 23,221 |
| ☐ | 37 | HEARING INSTRUMENT SPECIALIST | $65 | $65 | 119 | 9 | 128 |