# EXHIBIT 2

250

```
 1        Q.   Did anyone else come into your work area with
 2   latex gloves?
 3        A.   Yes.
 4        Q.   Who?
 5        A.   The doctors.
 6        Q.   What doctors?
 7        A.   Dr. Burstein and his associate.
 8        Q.   Who was his associate?
 9        A.   He's had different ones over the time.
10        Q.   Who did he have when you were last working
11   there?
12        A.   I'm trying to remember.  It was a female
13   doctor.  I'm trying to remember her name.
14        Q.   Okay.  Well, we'll just move on.  Did you ever
15   ask Dr. Burstein to use non-latex gloves when he was in
16   your room?
17        A.   Yes.
18        Q.   And what did he say?
19        A.   Well, he was resistant.
20        Q.   So, he said no, he would not wear latex gloves?
21   In the area in which you worked as opposed to his whole
22   office?
23             MR. NESIN: I think you changed the question
```

959 MAIN STREET           PHILBIN & ASSOCIATES, INC.          (413) 733-4078
4TH FLOOR                                                Pittsfield: (413) 499-2231
SPRINGFIELD, MA 01103                                        FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

251

1       around and said latex when you meant non-latex.
2       Q.  (By Mr. Crevier)  I'm sorry.  So, Dr. Burstein
3  was reluctant to wearing non-latex gloves in your work
4  area, is that your testimony?
5       A.  Yes.
6       Q.  What did he say, no, I won't do that?
7       A.  He believed he was following the protocol, that
8  the powder free was good enough.
9       Q.  So, he told you, in response to your request
10 that he wore non-latex gloves in your area, that powder
11 free was good enough, correct?
12      A.  Yes.
13      Q.  Okay.  Did you ever ask the other dental
14 hygienist to take off the latex gloves when she entered
15 your work area?
16      A.  Well, our work area wasn't really defined.  It
17 was open space, so I couldn't ask her in my area -- the
18 sink divided our rooms, and she had to be at that sink,
19 you know, so there was no way that I could --
20      Q.  Did you ever ask that person to not wear latex
21 gloves?
22      A.  No, it wouldn't have mattered.
23      Q.  But you never asked?  That's the only question I

959 MAIN STREET  
4TH FLOOR  
SPRINGFIELD, MA 01103  

PHILBIN & ASSOCIATES, INC.

(413) 733-4078  
Pittsfield: (413) 499-2231  
FAX: (413) 734-4588  

Serving the legal community of Massachusetts since 1947