# EXHIBIT 3

```
 1        Q.      Sometime in late 2001?
 2        A.      Yes.
 3        Q.      And what do you remember about
 4   that conversation?
 5        A.      The issue of latex allergy and
 6   having to -- my job as a dentist --
 7        Q.      If you can just for one second --
 8        A.      (Interposing) I will try and
 9   answer your question but --
10        Q.      I may come back and ask you why
11   certain answers were given.
12        A.      Okay.
13        Q.      But if you could just tell me
14   specifically what you remember of the
15   conversation?
16        A.      That we should go entirely
17   latex-free.
18        Q.      So, Ms. Mirek requested that the
19   entire office stop using latex gloves,
20   correct?
21        A.      Yes.
22        Q.      And go on -- I'm sorry.
23        A.      And my response to her was, no,
```

959 MAIN STREET           PHILBIN & ASSOCIATES, INC.           (413) 733-4078
4TH FLOOR                                                      Pittsfield: (413) 499-2231
SPRINGFIELD, MA 01103                                          FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

```
1     that would not be possible in a sense that
2     we have latex in many other things besides
3     gloves, if that's the problem, because we
4     have latex carpets, latex paint, we don't
5     really know the extensiveness of it, but
6     there was bigger reasons for me not wanting
7     to leave latex material, it's a material
8     that I use today in my office for all of our
9     gloves.
10         Q.    And did you explain this to Ms.
11    Mirek when you had that conversation?
12         A.    I did not.
13         Q.    What exactly did you say to her in
14    response to her request?
15         A.    I don't remember the conversation
16    exactly, to be quite honest with you, of
17    what might have been -- I can't speak to it
18    as, you know, a real memorable thing.
19         Q.    As to the best of your
20    recollection, then, she requested the entire
21    office stop using latex gloves and you said
22    no, correct?
23         A.    Correct.
```

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

**PHILBIN & ASSOCIATES, INC.**

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

1   Q.   And that is the only thing you can
2   remember regarding that conversation, is
3   that correct, specifically?
4   A.   Specifically, yes.
5   Q.   Generally, is there anything more
6   that you can remember from that
7   conversation?
8   A.   No.
9   Q.   Did she then say I'm going to have
10  to leave this office then?
11  A.   No.  There was a discussion about
12  going part-time.
13  Q.   Tell me about that discussion, was
14  that about the same time that this other --
15  A.   (Interposing) It was about the
16  same time.
17  Q.   What was the content of that
18  discussion regarding going part-time?
19  A.   Well, part-time was the discussion
20  basically that she was hoping to limit her
21  exposures and her issues with carpal tunnel
22  as well, but limit it to part-time would be
23  easier for her to manage her symptoms and

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

```
 1         A.      As a vendor, no.
 2         Q.      Have you ever seen Ms. Mirek
 3   handle any latex products as a vendor?
 4         A.      No.
 5         Q.      And you have said before that she,
 6   her time varies in your office but sometimes
 7   it will go to an hour, sometimes fifteen
 8   minutes, is that correct?
 9         A.      Correct.
10         Q.      Now, when Ms. Mirek worked for
11   you, you very much valued her abilities, is
12   that correct?
13         A.      Absolutely.
14         Q.      And previously you told me about a
15   number of accommodations you made for Ms.
16   Mirek, is that correct?
17         A.      Correct.
18         Q.      And you've also told me that you
19   would have made a number of other
20   accommodations had Ms. Mirek asked for them,
21   is that correct?
22         A.      Correct.
23         Q.      Subject to certain financial
```

959 MAIN STREET          PHILBIN & ASSOCIATES, INC.          (413) 733-4078
4TH FLOOR                                                    Pittsfield: (413) 499-2231
SPRINGFIELD, MA 01103                                        FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

```
 1    limits where they became financially
 2    unreasonable?
 3        A.    That was one issue is definitely
 4    financial, but there is another issue as far
 5    as the clinical aspect of what we do.
 6        Q.    There is latex in the area?
 7        A.    No, it's that we have a duty to
 8    perform dentistry in a safe manner for our
 9    patients, latex gloves, to this day, and
10    I've tried a lot of gloves, a lot of nitron
11    gloves, a lot of vinyl gloves, as far as the
12    tactile sensation, we're using hand pieces
13    that are whizzing at eighty thousand RPM,
14    we're using extremely sharp instruments and
15    everything else, it is one of those things
16    you want, and touching very small little
17    crowns, and lays way back down somebody's
18    throat, that you need good tactile
19    sensation.
20              MR. CREVIER:  I am going to
21    move to strike.
22              THE WITNESS:  And that's
23    more the clinical aspect of the importance
```

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

**PHILBIN & ASSOCIATES, INC.**

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

```
 1    of latex, in my mind.  Some day they may
 2    come out with something that is as good or
 3    better.
 4              MR. CREVIER:  I move to
 5    strike as nonresponsive.
 6              We'll come back.  I'm going to
 7    take a minute, if you don't mind?
 8              MR. NESIN:  Sure.
 9              (A recess was taken.)
10              MR. CREVIER:  I just have a
11    few more questions.  We're back on line,
12    Doctor Burstein.
13         I'd like to mark that as Exhibit #5.
14              (Defendant's Deposition
                 Exhibit #5 offered and
15               marked.)
16    Q.    (BY MR. CREVIER)  Doctor Burstein,
17    I hand you what I've had marked as
18    Deposition Exhibit #5, which is a document
19    entitled employee health survey.  This
20    document was part of the documents that you
21    produced to us today, is that correct?
22    A.    If you say so, I did not see it
23    but I would guess that would be included.
```

959 MAIN STREET         PHILBIN & ASSOCIATES, INC.        (413) 733-4078
4TH FLOOR                                          Pittsfield: (413) 499-2231
SPRINGFIELD, MA 01103                                    FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947