Exhibit 4

Case 3:04-cv-30166-RGS    Document 70-5    Filed 06/08/2006    Page 1 of 7

43

```
 1        Q.      Sometime in late 2001?
 2        A.      Yes.
 3        Q.      And what do you remember about
 4   that conversation?
 5        A.      The issue of latex allergy and
 6   having to -- my job as a dentist --
 7        Q.      If you can just for one second --
 8        A.      (Interposing) I will try and
 9   answer your question but --
10        Q.      I may come back and ask you why
11   certain answers were given.
12        A.      Okay.
13        Q.      But if you could just tell me
14   specifically what you remember of the
15   conversation?
16        A.      That we should go entirely
17   latex-free.
18        Q.      So, Ms. Mirek requested that the
19   entire office stop using latex gloves,
20   correct?
21        A.      Yes.
22        Q.      And go on -- I'm sorry.
23        A.      And my response to her was, no,
```

959 MAIN STREET        PHILBIN & ASSOCIATES, INC.        (413) 733-4078
4TH FLOOR                                                Pittsfield: (413) 499-2231
SPRINGFIELD, MA 01103                                    FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

```
 1      that would not be possible in a sense that
 2      we have latex in many other things besides
 3      gloves, if that's the problem, because we
 4      have latex carpets, latex paint, we don't
 5      really know the extensiveness of it, but
 6      there was bigger reasons for me not wanting
 7      to leave latex material, it's a material
 8      that I use today in my office for all of our
 9      gloves.
10         Q.   And did you explain this to Ms.
11      Mirek when you had that conversation?
12         A.   I did not.
13         Q.   What exactly did you say to her in
14      response to her request?
15         A.   I don't remember the conversation
16      exactly, to be quite honest with you, of
17      what might have been -- I can't speak to it
18      as, you know, a real memorable thing.
19         Q.   As to the best of your
20      recollection, then, she requested the entire
21      office stop using latex gloves and you said
22      no, correct?
23         A.   Correct.
```

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

1   Q. And that is the only thing you can
2   remember regarding that conversation, is
3   that correct, specifically?
4   A. Specifically, yes.
5   Q. Generally, is there anything more
6   that you can remember from that
7   conversation?
8   A. No.
9   Q. Did she then say I'm going to have
10  to leave this office then?
11  A. No. There was a discussion about
12  going part-time.
13  Q. Tell me about that discussion, was
14  that about the same time that this other --
15  A. (Interposing) It was about the
16  same time.
17  Q. What was the content of that
18  discussion regarding going part-time?
19  A. Well, part-time was the discussion
20  basically that she was hoping to limit her
21  exposures and her issues with carpal tunnel
22  as well, but limit it to part-time would be
23  easier for her to manage her symptoms and

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

81

```
 1        A.      As a vendor, no.
 2        Q.      Have you ever seen Ms. Mirek
 3   handle any latex products as a vendor?
 4        A.      No.
 5        Q.      And you have said before that she,
 6   her time varies in your office but sometimes
 7   it will go to an hour, sometimes fifteen
 8   minutes, is that correct?
 9        A.      Correct.
10        Q.      Now, when Ms. Mirek worked for
11   you, you very much valued her abilities, is
12   that correct?
13        A.      Absolutely.
14        Q.      And previously you told me about a
15   number of accommodations you made for Ms.
16   Mirek, is that correct?
17        A.      Correct.
18        Q.      And you've also told me that you
19   would have made a number of other
20   accommodations had Ms. Mirek asked for them,
21   is that correct?
22        A.      Correct.
23        Q.      Subject to certain financial
```

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

| | |
|---|---|
| 1 | limits where they became financially |
| 2 | unreasonable? |
| 3 | A.      That was one issue is definitely |
| 4 | financial, but there is another issue as far |
| 5 | as the clinical aspect of what we do. |
| 6 | Q.      There is latex in the area? |
| 7 | A.      No, it's that we have a duty to |
| 8 | perform dentistry in a safe manner for our |
| 9 | patients, latex gloves, to this day, and |
| 10 | I've tried a lot of gloves, a lot of nitron |
| 11 | gloves, a lot of vinyl gloves, as far as the |
| 12 | tactile sensation, we're using hand pieces |
| 13 | that are whizzing at eighty thousand RPM, |
| 14 | we're using extremely sharp instruments and |
| 15 | everything else, it is one of those things |
| 16 | you want, and touching very small little |
| 17 | crowns, and lays way back down somebody's |
| 18 | throat, that you need good tactile |
| 19 | sensation. |
| 20 | MR. CREVIER:  I am going to |
| 21 | move to strike. |
| 22 | THE WITNESS:  And that's |
| 23 | more the clinical aspect of the importance |

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

```
 1   of latex, in my mind.  Some day they may
 2   come out with something that is as good or
 3   better.
 4           MR. CREVIER:  I move to
 5   strike as nonresponsive.
 6           We'll come back.  I'm going to
 7   take a minute, if you don't mind?
 8           MR. NESIN:  Sure.
 9           (A recess was taken.)
10           MR. CREVIER:  I just have a
11   few more questions.  We're back on line,
12   Doctor Burstein.
13       I'd like to mark that as Exhibit #5.
14           (Defendant's Deposition
                 Exhibit #5 offered and
15               marked.)
16   Q.      (BY MR. CREVIER)  Doctor Burstein,
17   I hand you what I've had marked as
18   Deposition Exhibit #5, which is a document
19   entitled employee health survey.  This
20   document was part of the documents that you
21   produced to us today, is that correct?
22   A.      If you say so, I did not see it
23   but I would guess that would be included.
```

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

**PHILBIN & ASSOCIATES, INC.**

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947