Exhibit 6

Noncancellable and guaranteed renewable to age 65
Conditionally renewable after age 65—Premiums can change





## The Guardian®

The Guardian
Life Insurance Company
of America

201 Park Avenue South
New York, NY 10003

A Mutual Company
Established 1860

THIS POLICY MEETS CONNECTICUT'S MINIMUM STANDARDS FOR DISABILITY INCOME COVERAGE. IT ALSO CONTAINS ADDITIONAL BENEFITS WHICH DO NOT MEET MINIMUM STANDARDS. PLEASE READ THE ATTACHED OUTLINE OF COVERAGE WHICH EXPLAINS THE BENEFITS IN DETAIL.

AHS-772

Guardian hereby furnishes insurance to the extent set out in this policy. All of the provisions on this and the pages which follow are part of this policy.

*Herbert N. Grolnick*
Secretary

*Arthur V. Ferrara*
President

You means the person insured. We or Guardian means The Guardian Life Insurance Company of America.

### NONCANCELLABLE AND GUARANTEED RENEWABLE TO AGE 65

You may renew this policy at the end of each term until you are age 65. During that time, we cannot change the premium or cancel this policy.

### CONDITIONAL RIGHT TO RENEW AFTER AGE 65— PREMIUMS CAN CHANGE

After you are age 65, you may renew this policy at the end of each term as long as you are at work full time. There is no age limit. But you must be at work at least thirty hours each week for at least ten months each year.

Your premium will be at our rates then in effect for persons of your age and class of risk. We have the right to change such premiums on a class basis on any policy anniversary.

### NOTICE OF TEN DAY RIGHT TO REVIEW POLICY

You have ten days to review this policy from the date you receive it. Within that time, you can deliver or mail it to our home office or to any Guardian agent or agency for a prompt refund of all premiums. This policy will then be void from the start.

Disability Income Policy

Participating



Form No. NC101

POLICY 1

This policy is a legal contract between
you and Guardian. READ IT WITH CARE.

# INDEX

The major provisions of this policy appear on the following pages:

| | |
|---|---|
| Renewal provisions | Pages one and seven |
| Exclusions and limitations | Page three |
| Definitions | Page three |
| Benefit provisions | Pages four and five |
| Claim provisions | Page six |
| General provisions | Page eight |

|   | Page |   |   |
|---|---|---|---|
| :cumulation period | three | Misstatement of age | |
| ge | seven | Monthly indemnity | t |
| enefit period | three | Notice of claim | |
| apital sum benefit | four | Payment of claims | |
| onsideration | eight | Policy anniversary | s( |
| ividends (participation) | eight | Presumptive total disability | |
| ffective date | eight | Recurrent disability | |
| ection of directors | eight | Rehabilitation benefit | |
| ntire contract | eight | Reinstatement | s( |
| limination period | three | Sickness | t |
| race period | seven | Termination | s( |
| icontestable | eight | Total disability defined | schedule ] |
| ijury | three | Total disability benefit | |
| egal actions | six | Transplant and cosmetic surgery benefit | |
| edical care requirement | three | Waiver of premium benefit | |
| ilitary suspension | seven | | |

Additional benefits, if any, are shown in the schedule page
and are described in the rider forms attached to this policy.

S C H E D U L E   P A G E

INSURED- CAROLYN T STREETER                POLICY NUMBER-  G-723670

OWNER- CAROLYN T STREETER                  DATE OF ISSUE-  03/19/93


LOSS PAYEE- CAROLYN T STREETER
                                           TERM-  1 MONTH

OCCUPATION CLASS- 4    DATE OF BIRTH- 09/21/63      AGE AT ISSUE-  29

PREMIUM DISCOUNT CLASS- NONSMOKER

ANNUAL PREMIUM FOR:

  - BASIC BENEFITS                          -     $949.25.
  - RESIDUAL DISABILITY RIDER (RSDI-01E)    -     $157.25.
  - COST OF LIVING ADJUSTMENT RIDER (COLA-01E)  - $293.00.
  - FUTURE INCREASE OPTION RIDER (FIO -01K) -     $109.60.
  - AUTOMATIC INCREASE RIDER (AIR -01L)     -      $27.25.

                          TOTAL ANNUAL PREMIUM -  $1,536.35.
                                  TERM PREMIUM -    $131.89.


        --- DEFINITION OF TOTAL DISABILITY ---

TOTAL DISABILITY MEANS THAT, BECAUSE OF SICKNESS OR INJURY, YOU ARE
NOT ABLE TO PERFORM THE MAJOR DUTIES OF YOUR OCCUPATION.

YOUR OCCUPATION MEANS THE REGULAR OCCUPATION (OR OCCUPATIONS, IF MORE
THAN ONE) IN WHICH YOU ARE ENGAGED AT THE TIME YOU BECOME DISABLED.

YOU WILL BE TOTALLY DISABLED EVEN IF YOU ARE AT WORK IN SOME OTHER
CAPACITY SO LONG AS YOU ARE NOT ABLE TO WORK IN YOUR OCCUPATION.

IF YOUR OCCUPATION IS LIMITED TO A SINGLE RECOGNIZED SPECIALTY IN
MEDICINE, DENTISTRY OR LAW, WE WILL DEEM YOUR SPECIALTY TO BE YOUR
OCCUPATION.

        --- ELIMINATION AND ACCUMULATION PERIODS ---

ELIMINATION PERIOD- 3 MONTHS        ACCUMULATION PERIOD-   7 MONTHS


SP101                    -03/18/93-                   SCHEDULE PAGE 1

                                                      CONTINUED......


POLICY 3