Exhibit 7

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

C.A. No. 04-30166-MAP

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

CAROLYN MIREK,                                          \*

       Plaintiff,                                     \*

v.                                                      \*

THE GUARDIAN LIFE INSURANCE COMPANY                     \*

OF AMERICA and BERKSHIRE LIFE INSURANCE                 \*

COMPANY OF AMERICA,                                     \*

       Defendants.                                    \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DEPOSITION OF JAMES R. GARB, M.D.

Sturbridge Host Hotel & Conference Center

366 Main Street

Sturbridge, Massachusetts

October 25, 2005     10:20 a.m.

Jonathan P. Lodi

Court Reporter

Page 38

1   A.   That's true.
2   Q.   Now, is it your view, Doctor, that
3   latex allergy should rarely, if ever, interfere
4   with a medical professional performing work in
5   their own occupation?
6   A.   I would say rarely, yes.
7   Q.   And have you communicated that view
8   to Berkshire?
9   A.   I didn't communicate anything to
10  Berkshire other than what's in my report.
11  Q.   Now, are you aware that Berkshire,
12  for a number of years, has taken the position that
13  medical professionals with evidence of latex
14  allergy should not be insured by them under
15  own-occupation disability policies?
16      MR. CREVIER: Objection.
17      THE WITNESS: I have no knowledge of
18      that.
19  Q.   (By Ms. D'Alcomo) And are you aware
20  that Berkshire, for several years, has taken the
21  position that it will not sell own-occupation
22  disability policies to individuals who have
23  evidence of latex allergy?
24      MR. CREVIER: Objection.

Page 39

1       THE WITNESS: I have no knowledge of
2       Berkshire's business or underwriting
3       practices.
4   Q.   (By Ms. D'Alcomo) So no one at
5   Berkshire ever explained to you why they considered
6   latex allergies so serious that they would not
7   insure somebody in an own-occupation policy with a
8   latex allergy?
9       MR. CREVIER: Objection.
10      THE WITNESS: I had no discussions
11      with anyone at Berkshire about their
12      policies regarding insuring people with
13      latex allergies.
14  Q.   (By Ms. D'Alcomo) So no one at
15  Berkshire ever consulted you about whether they
16  should turn down business from medical
17  professionals who have latex allergies and want to
18  buy own-occupation disability policies?
19  A.   No.
20  Q.   Now, have you done any research or
21  investigation since you prepared your report on
22  Carolyn Mirek in connection with Carolyn Mirek's
23  claim?
24  A.   No.

Page 40

1   Q.   So is it fair to say the last time
2   you did any work on Carolyn Mirek's claim was in
3   March of 2005?
4   A.   Yes.
5   Q.   And by the way, do you have a
6   dentist?
7   A.   I do.
8   Q.   And who is your dentist?
9   A.   Mitchell Kotzen, K-O-T-Z-E-N.
10  Q.   And where is he?
11  A.   He is in East Longmeadow.
12  Q.   And is there any latex in his office?
13  A.   Actually, I called him and asked him
14  how much latex is used in dentistry these days, and
15  he said very, very little; there's virtually none.
16  Q.   And when did you call him?
17  A.   When I was doing this case in March
18  of 2005.
19  Q.   Does he use latex gloves?
20  A.   I believe they've switched to
21  nitrile.
22  Q.   You don't know for sure?
23  A.   I can't recall for sure.
24  Q.   And did he tell you what, in his

Page 41

1   office, was latex, if anything?
2   A.   He said there's virtually no latex
3   used anymore. He went down a list of some things
4   that aren't latex.
5   Q.   And did you do any other research
6   concerning latex in dental offices?
7   A.   Well, one of the references I cited
8   was from a dentist in Massachusetts who has a
9   latex-free practice.
10  Q.   Any other research that you did
11  concerning the use of latex in dental offices?
12  A.   I looked on-line for some products,
13  dental products, to see what alternatives to latex
14  there are.
15  Q.   Now, you are aware that in the office
16  in which Carolyn Mirek worked there was latex, is
17  that right?
18  A.   Correct.
19  Q.   And you did learn, did you not, that
20  latex gloves are being used in that office?
21  A.   Yes.
22  Q.   And did you know that even recently
23  there were powdered latex gloves in the office
24  where Carolyn Mirek worked as a dental hygienist?

Page 62

1   Q.   What do you mean by "settle out"?
2   A.   They're heavier than air, so they
3 will settle down and not travel through the whole
4 length of the ducts; they will tend to fall out.
5 There's also filters in these, you know, the ducts;
6 they all generally have filters that help filter
7 out particles.
8   Q.   And you're familiar with filters in
9 air ducts that filter out latex?
10   A.   Any filter is going to help reduce
11 the particles. It's not a matter of all or
12 nothing. It's a matter of degree. And I think the
13 amount of latex that would get transmitted that way
14 is exceedingly small.
15   Q.   Now, you've never done any studies on
16 air vents and the degree to which latex travels
17 through air vents, have you?
18   A.   No.
19   Q.   And you're not aware of any
20 literature documenting the venting system of air
21 vents at filtering out latex particles, are you?
22   A.   Not specifically, no.
23   Q.   Is there any air vent system, of
24 which you're aware, that has been found to filter

Page 63

1 out latex particles?
2   A.   I'm not aware of any.
3   Q.   You can't identify any manufacturer
4 of any air ventilation system that filters out
5 latex particles, can you?
6   A.   I can't identify any, no.
7   Q.   And as you sit here today, you don't
8 know if your dentist uses latex, is that right?
9   A.   I'm not sure, no.
10   Q.   You don't know if he uses latex
11 gloves or not?
12   A.   I'm not sure.
13   Q.   And you don't know whether there are
14 any dentists in the entire State of Connecticut
15 that don't use latex gloves --
16   A.   I don't.
17   Q.   -- on a regular basis?
18   A.   I don't know.
19   Q.   Now, you do recognize, Doctor, that a
20 dentist may not want to switch to non-latex gloves
21 because of cost, right?
22       MR. CREVIER: Objection. If he has
23       any basis.
24       THE WITNESS: I mean, the cost

Page 64

1 differences really become very small between
2 latex and nitrile gloves.
3   Q.   (By Ms. D'Alcomo) Well, you
4 recognize that cost was a potential issue for
5 hospitals in purchasing non-latex versus latex?
6   A.   That was in 2001.
7   Q.   And was there some point where, in
8 your view, cost was no longer an issue?
9   A.   Well, we've made the decision at
10 Baystate that exam glove cost is no longer an
11 issue, yes.
12   Q.   And so, in your view, the cost of
13 non-latex gloves is the same as latex gloves for
14 dentists?
15       MR. CREVIER: Objection.
16       THE WITNESS: I can tell -- I don't
17       know how dentists purchase gloves. I can
18       tell you, at Baystate, the difference is
19       about a penny per glove.
20   Q.   (By Ms. D'Alcomo) And does that mean
21 that there's a difference or not?
22   A.   There's a difference of a penny per
23 glove.
24   Q.   And at least with respect to the

Page 65

1 operating room, the hospital has determined that it
2 was -- it would not just purchase latex --
3 non-latex gloves -- is that right?
4   A.   I'm sorry. Say that again.
5   Q.   At least with respect to use in the
6 operating room, the hospital has determined that it
7 would not just purchase non-latex gloves?
8   A.   That's correct.
9   Q.   Is it fair to say that there are cost
10 differences between certain products that are
11 non-latex versus latex in a dental office?
12   A.   I don't know what the cost
13 differences would be.
14   Q.   Did you determine that sometimes
15 latex substitutes are hard to find for a dental
16 office?
17   A.   According to my dentist, who I spoke
18 with, Dr. Kotzen, he said that, you know, there was
19 very little these days that could not be obtained
20 in a non-latex alternative.
21   Q.   Is there some reason why you didn't
22 refer to him in your report if you considered him
23 to be so authoritative?
24   A.   I mean, he's my dentist. He's not --

17 (Pages 62 to 65)

Page 66

1  you know, he hasn't written about latex. He's not
2  a nationally-known expert. It was just someone I
3  contacted for some additional help, so I didn't
4  feel it was appropriate to really refer to him.
5      Q.   Now, did you put in your report all
6  information that you did believe was reliable,
7  concerning latex, that you believed was -- let me
8  withdraw that.
9           Did you put in your report all
10 information concerning latex that you believed was
11 relevant to answering the questions that were put
12 to you by Berkshire?
13     A.   I think I gave reasonable answers to
14 the questions put to me by Berkshire. I'm not sure
15 I put in all information that was relevant.
16     Q.   But nowhere in your report do you
17 mention anything about your questioning of your own
18 dentist, is that fair to say?
19     A.   No, I didn't refer to that.
20     Q.   Now, you did put in a website from a
21 practice in Birmingham, England, is that right?
22     A.   Yes.
23     Q.   Did you talk to them?
24     A.   No.

Page 67

1      Q.   And you put in a website from Ohio?
2      A.   Yes.
3      Q.   From a practice in Ohio?
4      A.   That's correct.
5      Q.   Did you consider those websites to be
6  authoritative?
7      A.   Well, I just used those as two
8  examples of practices that have become latex-free.
9      Q.   Did you know whether or not the
10 practice, the dental practice, in Birmingham,
11 England was a hundred percent latex-free, or
12 whether it simply was able to provide latex-free
13 dentistry for patients on a particular patient-by-
14 patient basis?
15     A.   I don't know.
16     Q.   Did you talk to any other dentist,
17 other than your own, in preparing this report?
18     A.   No, I did not.
19     Q.   Now, on Page 3 of your report, you
20 were asked, "Is the claimant impaired such that she
21 is currently incapable of functioning as a dental
22 hygienist," is that right?
23     A.   Correct.
24     Q.   And you wrote, "Although I do believe

Page 68

1  Ms. Mirek is allergic to latex, she is fully
2  capable of working as a dental hygienist in a
3  practice that avoids using latex items, because
4  there would be no ongoing occupational exposure to
5  latex," is that right?
6      A.   That's correct.
7      Q.   And if there were ongoing
8  occupational exposure to latex in a dental
9  practice, she would not be fully capable of working
10 as a dental hygienist, is that right?
11         MR. CREVIER: Objection.
12         THE WITNESS: I think, again, as I
13     said before, if there were a practice that
14     used non-latex gloves, she could avoid
15     contact with latex material if she were
16     wearing a non-latex glove. So, really, the
17     most important thing is the gloves.
18     Q.   (By Ms. D'Alcomo) Would there be any
19 risk to Ms. Mirek in having anaphylactic reaction
20 if she returned to work in a dental practice that
21 used non-latex gloves but also used other latex
22 items?
23     A.   I don't think there would be.
24     Q.   And would you be willing to provide

Page 69

1  her with such an assurance if she could find such a
2  dental practice?
3          MR. CREVIER: Objection.
4          THE WITNESS: I would tell her that I
5      think the risk is extremely small.
6      Q.   (By Ms. D'Alcomo) Would you advise
7  her to take the risk, knowing that she has a
8  disability policy that allows her --
9          MR. CREVIER: Objection.
10     Q.   (By Ms. D'Alcomo) -- to not continue
11 to work in her occupation if she's unable to
12 perform the material and substantial duties of her
13 occupation?
14     A.   Latex is ubiquitous in our
15 environment. There's latex in her home. We
16 encounter latex when we go out shopping, to do all
17 sorts of things. I think that working in a dental
18 practice that used nitrile gloves would be
19 sufficiently protective for her.
20     Q.   And you don't know of such a
21 practice, is that right, at least in Connecticut?
22     A.   I don't know.
23     Q.   Now, do you know why, if it's so easy
24 for individuals with latex allergy to work in

18 (Pages 66 to 69)