Exhibit 9

**JAMES R. GARB, M.D.**
**January 27, 2006**

ORIGINAL

Page 1

```
 1            UNITED STATES DISTRICT COURT

 2          FOR THE DISTRICT OF MASSACHUSETTS

 3

 4   * * * * * * * * * * * * * * *

 5   CAROLYN MIREK,                    *

 6                      Plaintiff      *

 7   vs.                               *  No. 04-30166-MAP

 8                                     *

 9   THE GUARDIAN LIFE INSURANCE       *

10   COMPANY OF AMERICA and            *

11   BERKSHIRE LIFE INSURANCE          *

12   COMPANY OF AMERICA,               *

13                      Defendants     *

14   * * * * * * * * * * * * * * *

15

16       DEPOSITION OF:  JAMES R. GARB, M.D.

17              CREVIER & RYAN, LLP

18          1500 Main Street  Suite 2020

19             Springfield, Massachusetts

20                 January 27, 2006

21            (12:00 p.m. to 2:40 p.m.)

22

23              Tacy A. Malandrinos

24                 Court Reporter
```

**CATUOGNO COURT REPORTING SERVICES**
Springfield, MA   Worcester, MA   Boston, MA   Lawrence, MA   Providence, RI

**JAMES R. GARB, M.D.**
**January 27, 2006**

Page 27

```
 1           As of let's just say December 1,
 2   2005, how many dental products manufacturers did
 3   you know of?
 4       A.   Probably a small number, two or
 5   three.
 6       Q.   Which ones did you know of?
 7       A.   Young, but they are more
 8   distributors I think than the products
 9   themselves, a supply house for dental products.
10           You are asking about manufacturers?
11       Q.   Yes.
12       A.   I guess I can't name any specific
13   ones.
14       Q.   So as of December 1, 2005 you
15   didn't know the names of any particular dental
16   supply manufacturers?
17       A.   That's true.
18       Q.   And as of December 1, 2005 what
19   dental supply distributors did you know of?
20       A.   Young and Benco.  Those are the
21   only ones.
22       Q.   So at some point did you find out
23   the other names of other dental supply
24   distributors?
```

**JAMES R. GARB, M.D.**
**January 27, 2006**

Page 28

1      A.    I did look into other ones. I
2  don't know that I can name them now without
3  looking at the reference materials.
4      Q.    **How did you learn the names of**
5  **other dental supply distributors?**
6      A.    I obtained a monograph on
7  latex-free dentistry, and I researched some of
8  them on the Internet.
9      Q.    **And as of today, do you know of any**
10  **dental supply manufacturers?**
11      A.    I really haven't committed these
12  names to memory, so I would have to say no.
13      Q.    **As of today, can you recall the**
14  **names of any dental supply distributors other**
15  **than Benco and Young?**
16      A.    No.
17      Q.    **Did you ever read any transcripts**
18  **of a deposition of Carolyn Mirek?**
19      A.    No, I did not.
20      MS. D'ALCOMO: Please mark this.
21
22      (Exhibit 60, Letter Dated December
23      8, 2005, marked)
24

**JAMES R. GARB, M.D.**
**January 27, 2006**

Page 29

```
 1        Q.      (By Ms. D'Alcomo)  Let me show you
 2   what's been marked Exhibit 60.  Is this a letter
 3   that you received from Defense Counsel's office
 4   dated December 8, 2005 by hand?
 5        A.      Yes, it is.
 6        Q.      And in the letter you received a
 7   copy of Dr. Bedard's deposition transcript, is
 8   that correct?
 9        A.      That's correct.
10        Q.      And you received the pages from the
11   catalog distributed by Benco Dental Company or
12   certain pages that are attached to this letter?
13        A.      Correct.
14        Q.      And a list of dental practices in
15   the area that Defense Counsel said were
16   latex-free or latex-safe.  Do you see that?
17        A.      Correct.
18        Q.      And what, if anything, did you do
19   with that information about dental practices in
20   the area that are latex-free or latex-safe
21   according to Defense Counsel?
22        A.      That's essentially the same list
23   that came from Wendy Wilton.  And so I tried to
24   contact as many of the practices as I could to
```

```
 1   find out more about their use or non-use of
 2   latex.
 3              MS. D'ALCOMO:  Please mark this.
 4
 5              (Exhibit 61, Notes, marked)
 6
 7         Q.   (By Ms. D'Alcomo)  Let me show you
 8   what has been marked as Exhibit 61.  Are these
 9   your notes in your handwriting?
10         A.   Yes.
11         Q.   These are notes on the list that
12   was sent to you by Defense Counsel, is that
13   correct?
14         A.   That's correct.
15         Q.   And did you call all the places
16   listed in the list?
17         A.   I didn't call all of them.  It was
18   a matter of time.  I called as many as I could.
19         Q.   How did you decide whom to call and
20   whom not to call?
21         A.   It's hard to answer that.  I relied
22   a little bit on Wendy's comments.  Below each
23   practice she wrote a one line description.
24              I thought I was trying to find
```

Page 31

1  practices that were latex-free, and so based on
2  her one line description I tried to identify the
3  ones that I thought would have the highest
4  likelihood of being latex-free.
5          Again, I would have called all of
6  them if I had enough time, but there was a time
7  limit on when that work had to be done, and I
8  was doing other things.
9       Q.   **When did you first, and if it helps**
10 **you please look at the invoice, make any calls**
11 **to dental offices in connection with the**
12 **December 2005 report?**
13      A.   Let me just look at my calendar
14 here for a minute. They were all made
15 essentially on the 12th and 13th of December
16 2005.
17          MS. D'ALCOMO: Please mark this.
18
19          (Exhibit 62, List - Handwritten
20          Notes, marked)
21
22      Q.   (By Ms. D'Alcomo) **Let me show you**
23 **what's been marked as Exhibit 62. Are those**
24 **your handwritten notes on Exhibit 62?**

1  comparisons between latex products and
2  latex-free products?
3       A.    No.
4       Q.    Did you have any discussions with
5  any dentist about, during the course of doing
6  this report from December of 2005, about the
7  cost of latex-free dental products?
8       A.    No.
9       Q.    Dr. Garb, you do not know how wide
10 spread latex-free dentistry is in Connecticut,
11 do you?
12              MR. CREVIER:  Objection.  Leading.
13              THE WITNESS:  Again, we did not
14      make an attempt to do random samples, but
15      based on the practices we found, I have to
16      assume that there is a fair number of
17      practices out there that are latex-free.
18      Q.    (By Ms. D'Alcomo)  You do not know
19 how wide spread latex-free dentistry is in
20 Connecticut, do you?
21      A.    No.
22      Q.    And you have no scientifically
23 based data to draw a conclusion as to how wide
24 spread latex-free dentistry is in Connecticut,