UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN MIREK,<br><br>       Plaintiff<br><br>v.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA and BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA,<br><br>       Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action<br>) No. 04-30166-MAP<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MOTION FOR AN ADVERSE INFERENCE INSTRUCTION DUE TO DEFENDANTS' FAILURE TO COMPLY WITH THE COURT'S ORDER REGARDING 30(B)(6) TESTIMONY**

Plaintiff Carolyn Mirek moves, pursuant to Federal Rule of Civil Procedure 37(b), for an adverse inference instruction to the jury related to Berkshire Life Insurance of America's ("Berkshire") failure to produce a knowledgeable 30(b)(6) deponent. Plaintiff asks the Court for an adverse inference instruction that every time Berkshire used MLS National Medical Evaluation Services ("MLS") to choose a doctor to evaluate a disability claim, the doctor concluded that the claimant was not disabled.

This motion relates to four topics on which the Court ordered deposition testimony. Each of the topics involves Berkshire's relationship with MLS, a company that Berkshire used to locate a doctor to evaluate Ms. Mirek's claim. This exact sanction was applied in a virtually identical situation last year in the case of Denmark v. Liberty Life Assurance Co., 2005 WL 3008684 (D. Mass. Nov. 10, 2005) (Woodlock, J.).

Respectfully submitted,

PLAINTIFF CAROLYN MIREK

By her Attorneys,

/s/ Seth Nesin

_____

Joanne D'Alcomo
BBO #544177
Seth Nesin
BBO #650739
JAGER SMITH P.C.
One Financial Center
Boston, MA 02111
(617) 951-0500


Certificate Pursuant to L.R. 7.1(A)(2)

The undersigned certifies that counsel have conferred and have attempted in good faith to resolve or narrow the issues, and further that the provisions of Local Rule 7.1(A)(2) have been complied with.

/s/ Seth Nesin

_____

Seth Nesin

JS#126967v1