# EXHIBIT A

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NO. 04-CV-30166-MAP

CAROLYN MIREK

VS.

THE GUARDIAN LIFE INSURANCE
COMPANY OF AMERICA

HEARING HELD IN THE ABOVE-ENTITLED MATTER
BEFORE MAGISTRATE NEIMAN, SITTING IN THE
UNITED STATES DISTRICT COURT, SPRINGFIELD,
MASSACHUSETTS, ON MARCH 1, 2006

APPEARANCES:

JOANNE D'ALCOMO, ESQUIRE, Representing the plaintiff

DAVID CREVIER, ESQUIRE, Representing the Defendant

EDWARD KIMBALL, ESQUIRE, Representing the Defendant

959 MAIN STREET         PHILBIN & ASSOCIATES, INC.         (413) 733-4078
4TH FLOOR                                                   Pittsfield: (413) 499-2231
SPRINGFIELD, MA 01103                                       FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

54

that the other inquiries that are permitted would be more than sufficient to address those items.

And with respect to number 19, because there's no such data. And it is allowed with regard to items 21, 22, 23, 24 and 25, to the extent that you need to produce, it could be the affiant that you had to address why he's unable to - and any other inquiries along those lines, why he is unable to produce the data that's requested in those items.

Now let me move, believe it or not, onto the second motion which is a motion to preclude the testimony of Dr. Christine Oliver, and let me just ask you this, it seems to me that the only issue was one of timing and my question of, this is your expert?

MS.. D'ALCOMO: Yes, Your Honor.

THE COURT: Are you indicating that it is your expert's intention to say anything different were she to have any of the information that you might obtain as a result of my ruling on this previous motion?

MS. D'ALCOMO: No, the reverse. Actually, I'm suggesting the defendant's witnesses, when I question about latex allergy, may have something different to say based on their questioning of Dr. Oliver, that's what I'm concerned about and I don't want their fact witnesses shaping their testimony or being influenced by what Dr. Oliver may say at her deposition, and that's what I'm concerned about.

THE COURT: And your argument?

MR. CREVIER: This is my argument, Your Honor, Dr. Oliver

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947