# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN MIREK, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>) Civil Action<br>) No. 04-30166-MAP<br>THE GUARDIAN LIFE INSURANCE )<br>COMPANY OF AMERICA and )<br>BERKSHIRE LIFE INSURANCE )<br>COMPANY OF AMERICA, )<br>)<br>Defendants )<br>) | |

## STIPULATED STATEMENT REGARDING
## Rule 30 (b)(6) DEPOSITION TOPIC No. 22.

Defendant Berkshire Life Insurance Company of America ("Berkshire") hereby states that, without waiving objections as to the relevance of any subjects, that the total amount paid by or on behalf of Berkshire to the following entities since January 1, 1995 is as follows:

a) MLS National Medical Evaluation Services:
**2003** - $175,956.70; **2004** - $11,300.00

b) Medicolegal Services Inc.
**2002** - $15,950.00; **2003** - $14,845.00; **2004** - $1,506.00

c) Medicolegal National I.M.E. Services Inc.
None.


EXHIBIT #88-72 SW 4-11-06

DEFENDANT BERKSHIRE LIFE
INSURANCE COMPANY OF AMERICA
By its Attorneys,

Edward K. Kimball
Berkshire Life Insurance Company of
America
700 South Street
Pittsfield, MA 01201-8285

David B. Crevier
Crevier & Ryan, LLP
1500 Main Street, Suite 2020
Springfield, MA 01115-5727