# EXHIBIT C

## Seth E. Nesin

**From:** Seth E. Nesin
**Sent:** Tuesday, April 04, 2006 4:31 PM
**To:** 'Edward K Kimball'
**Subject:** RE: Topic 22

Ed:

The stipulation looks fine, except for the fact that it should say "since January 1, 1995" rather than "between January 1, 1995." I assume you are still planning to produce the supporting printout from accounting.

The stipulation does raise some serious concerns, though, about whether Mr. Palleschi is actually a competent witness to testify as to subjects 21 and 23-25. Mr. Palleschi's affidavit indicated that the only way to obtain the information requested would be to review all of the claims files back to 1985. The stipulation makes clear that Berkshire only used MLS entities from 2002 to 2004 (and didn't use Medicolegal National I.M.E. Services, Inc. at all), so clearly Mr. Palleschi isn't especially knowledgable about Berkshire's relationship with MLS. Surely there is some individual more knowledgeable than Mr. Palleschi at Berkshire that could testify as to such subjects as, for example:

1) when Berkshire first used MLS in 2002 and why;
2) How many different claims were reviewed by MLS-referred doctors between 2002-2004;
3) when in 2004 Berkshire stopped using MLS and why.

Obviously we will depose whomever you designate, but it seems to me as if producing Mr. Palleschi would be a dereliction of Bershire's duty to produce knowledgeable and prepared 30(b)(6) witnesses, especially if he was only prepared to testify as to the information in his affidavit.

--Seth


-----Original Message-----
From: Edward K Kimball [mailto:Edward_Kimball@berkshirelife.com]
Sent: Tuesday, April 04, 2006 1:42 PM
To: Seth E. Nesin
Subject: Topic 22

Seth:

Please see Stip on Topic 22.

(See attached file: Topic 22 stipulation.DOC)

Ed


Edward K. Kimball, FLMI
Attorney III
Berkshire Life Insurance Company of America 700 South Street Pittsfield MA 01201
vox: 413.395.4560
fax: 413.395.5990
Edward_Kimball@berkshirelife.com

1