# EXHIBIT E

**BRIAN M. DONNELLY**
**April 10, 2006**



Page 1

```
 1              UNITED STATES DISTRICT COURT
 2               DISTRICT OF MASSACHUSETTS
 3           Civil Action No.:  04-30166-MAP
 4
 5       ****************************
 6   CAROLYN MIREK                    *
 7          Plaintiff                 *
 8       vs.                          *
 9   THE GUARDIAN LIFE INSURANCE     *
10   COMPANY OF AMERICA and           *
11   BERKSHIRE LIFE INSURANCE         *
12   COMPANY OF AMERICA,              *
13          Defendants                *
14       ****************************
15
16        DEPOSITION OF:  BRIAN M. DONNELLY
17             BERKSHIRE LIFE INSURANCE
18                700 South Street
19             Pittsfield, Massachusetts
20             April 10, 2006  10:00 A.M.
21
22
23                  Kelly M. Bruce
24                  Court Reporter
```

**CATUOGNO COURT REPORTING SERVICES**
Springfield, MA   Worcester, MA   Boston, MA   Lawrence, MA   Providence, RI

Page 74

1  entity called MLS; is that correct?

2      A.    Yes.

3      Q.    What is "MLS"?

4      A.    They were an outside vendor that we
5  utilized for independent medical examinations,
6  functional capacity examinations, and what we
7  would call "paper file reviews."

8      Q.    And in Carolyn Mirek's case, what was
9  MLS used for?

10     A.    My recollection was it was a paper
11 file review.

12     Q.    Now, why did Berkshire use MLS rather
13 than going out and finding a doctor to review --
14 do this paper review on their own?

15     A.    We had made a decision at some point
16 in time that it would be a better practice to
17 have a national vendor that we could turn to for
18 these kinds of reviews.

19     Q.    Why is that a better practice, to use
20 a national vendor?

21     A.    Well, again, generally speaking,
22 national vendors typically have a wide variety
23 of specialists typically available to them
24 across the country.  And it was simply a more

Page 75

1  efficient way for us to direct file reviews to
2  somebody providing that service.
3      Q.    Now, are there any other companies
4  that perform the same sorts of functions as MLS?
5          MR. KIMBALL: Objection. Calls
6      for speculation.
7          THE WITNESS: Yes.
8      Q.    (By Mr. Nesin) Do you know why MLS
9  was chosen as the vendor in this particular
10 case, rather than any of the other companies
11 that may perform similar functions?
12     A.    Well, to the best of my recollection,
13 they were the only vendor we were using at that
14 point in time.
15     Q.    Why had Berkshire chosen to use --
16 exclusively use MLS as a vendor at that point in
17 time?
18     A.    Now you're really testing my memory
19 again, because that was a decision that we made
20 quite a few years ago. My recollection is that
21 we had the president of the company visit our
22 home office; we met with him; he made a
23 presentation. Presumably, we must have liked
24 what we heard or saw and elected to give them an

Page 76

1  opportunity to perform that function for us.
2       Q.    Was the president that you're
3  referring to Mr. Joseph Schimizzi?
4       A.    Yes.
5       Q.    Do you know when he came to Berkshire
6  and made this presentation?
7             MR. KIMBALL:  Objection.  Again,
8       the question does not go to the topics
9       that this witness has been designated to
10      testify to.
11            THE WITNESS:  I don't recall.
12      Q.    (By Mr. Nesin)  Prior to your use --
13 Berkshire's use of MLS, did Berkshire use a
14 different vendor?
15      A.    Yes.
16      Q.    What vendor was used prior to MLS?
17            MR. KIMBALL:  Same objection.
18            THE WITNESS:  Well, the only
19      thing I can speak to there is that when
20      I joined the company in July of '01, I
21      believe they were using -- Berkshire was
22      using a vendor called Protocol, I
23      believe.
24      Q.    (By Mr. Nesin)  And was Protocol

```
 1   being used exclusively during that period of
 2   time?
 3              MR. KIMBALL:  Objection.  Calls
 4        for speculation.
 5              THE WITNESS:  I don't have any
 6        knowledge about that.
 7        Q.    (By Mr. Nesin)  Okay.  Do you have
 8   any knowledge as to why Berkshire decided to
 9   stop using Protocol?
10              MR. KIMBALL:  Objection, again.
11        The question does not go to the Topics
12        1, 4, 5, 17, or 26.
13              THE WITNESS:  To the best of my
14        memory, Protocol had decided to drop
15        that service from the services that they
16        offered to us and other companies.
17        Q.    (By Mr. Nesin)  Are independent
18   medical reviews done in all claims
19   determinations?
20        A.    No.
21        Q.    Why would an independent medical
22   evaluation be done in a particular claim?
23              MR. KIMBALL:  Objection.
24        Question does not go to the topics which
```