## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN MIREK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO.: 04-30166-MAP |
| | ) |
| THE GUARDIAN LIFE INSURANCE | ) |
| COMPANY OF AMERICA and | ) |
| BERKSHIRE LIFE INSURANCE | ) |
| COMPANY OF AMERICA, | ) |
| | ) |
| Defendants. | ) |

**ASSENTED TO MOTION FOR LEAVE TO FILE REPLY BRIEF
IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE
TO EXCLUDE EXPERT AND FACT WITNESSES**

The Defendants, the Guardian Life Insurance Company of America ("Guardian") and Berkshire Life Insurance Company of America ("Berkshire"), hereby request leave to file a reply brief in support of their Motion in Limine to Exclude Expert and Fact Witnesses. Plaintiff's Opposition raises several issues not addressed by Defendants in their original Motion to which they wish to respond. The proposed brief is attached hereto. Defendants' counsel conferred with Plaintiff's counsel on June 13, 2006 and Plaintiff's counsel assented to Defendants' request for leave to file a reply brief.

        Respectfully Submitted,

        Defendants The Guardian Life Insurance
        Company of America and Berkshire Life
        Insurance Company of America

        /s/David B. Crevier
        David B. Crevier, Bar No. 557242
        Katherine R. Parsons, Bar No. 657280
        Crevier & Ryan, LLP.
        1500 Main Street, Suite 2020
        Springfield, MA 01115-5727

F:\Files\Berkshire Life\Mirek\Pleadings-Word\Mirek I-Pleadings Word\Motion in Limine\Expert (Oliver) & Fact Witnesses\Request for Leave.doc

1

> Tel: 413-787-2400
> Facsimile: 413-781-8235
> Email: dcrevier@crevierandryan.com
> kparsons@crevierandryan.com

## LOCAL RULE 7.1 CERTIFICATION

I certify that the attorneys in this case have conferred and attempted in good faith to resolve or narrow the issues contained in this motion.

/s/David B. Crevier

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 15th day of June, 2006.

/s/David B. Crevier

F:\Files\Berkshire Life\Mirek\Pleadings-Word\Mirek I-Pleadings Word\Motion in Limine\Expert (Oliver) & Fact Witnesses\Request for Leave.doc

2