# CURRICULUM VITAE

DATE PREPARED: OCTOBER, 2005

**Part I:**

## DEMOGRAPHIC INFORMATION:

Name:           L. Christine Oliver
Address:        1101 Beacon Street
                Four West
                Brookline, MA  02446
Place of Birth: Raleigh, North Carolina

## EDUCATION and TRAINING:

### Education:

| | | |
|---|---|---|
| 1966 | AB | University of North Carolina, Chapel Hill, NC |
| 1970 | MD | University of North Carolina School of Medicine, Chapel Hill, NC |
| 1978 | MPH | Harvard School of Public Health, Boston, MA |
| 1979 | MS | Harvard School of Public Health, Boston, MA |

### Postdoctoral Training:

| | |
|---|---|
| 1970-1971 | Internal Medicine North Carolina Memorial Hospital, Chapel Hill, NC |
| 1972-1974 | Social Medicine/Internal Medicine Montefiore Hospital, Bronx, NY |
| 1977-1979 | Occupational Medicine Harvard School of Public Health, Boston, MA |

### Licensure and Certification:

| | |
|---|---|
| 1970 | North Carolina License, Medicine |
| 1974 | New York License, Medicine |
| 1975 | Massachusetts License, Medicine |
| 1974 | American Board of Internal Medicine, Certification |
| 1982 | American Board of Preventive Medicine, Certification |
| 1980 | National Institute of Occupational Safety and Health (NIOSH) "B" Reader Certification Occupational Pneumoconioses |
| 1985, 1989, 1993, 1997, 2001 | NIOSH "B" Reader Recertification |

## PROFESSIONAL APPOINTMENTS:

**Academic Appointments:**

| | |
|---|---|
| 1974-1975 | Assistant Professor of Medicine, Albert Einstein School of Medicine, Bronx, NY |
| 1976-1979 | Instructor in Medicine, Harvard Medical School, Boston, MA |
| 1980-1982 | Clinical Instructor in Medicine, Harvard Medical School |
| 1982-1986 | Instructor in Medicine, Harvard Medical School |
| 1986-1998 | Assistant Professor of Medicine, Harvard Medical School |
| 1998- | Assistant Clinical Professor of Medicine, Harvard Medical School |

**Hospital Appointments:**

| | |
|---|---|
| 1974-1975 | Assistant Attending in Medicine, Montefiore Hospital, Bronx, NY |
| 1975-1977 | Clinical Associate in Medicine, Massachusetts General Hospital, Boston, MA |
| 1977-1978, 1980-1986 | Assistant in Medicine, Massachusetts General Hospital, Boston, MA |
| 1987-1992 | Assistant Physician, the Medical Service, Massachusetts General Hospital, Boston, MA |
| 1992- | Associate Physician, the Medical Service Massachusetts General Hospital, Boston, MA |

**Other Professional Positions and Major Visiting Appointments:**

| | |
|---|---|
| 1998- | President, Occupational Health Initiatives, Inc. |
| 1998- | President, Occupational Health Institute |
| 1996-1998 | Executive Director, Public Health Research Institute |
| 1996-1998 | Medical Director & Executive Vice President, Public Health Resource Group, Inc. |
| 1992-1998 | Medical Consultant to the Commissioner of the Massachusetts Department of Industrial Accidents on implementation of medical provisions of the Massachusetts Workers Compensation Reform Act of 1991 |
| 1989- | Adjunct Faculty, Department of Work Environment, University of Massachusetts Lowell |
| 1979- | Visiting Lecturer, Harvard School of Public Health |
| 1979-1981 | Occupational Physician, Medical Staff, Oil, Chemical and Atomic Workers International Union |
| 1975-1978 | Primary Care Physician, MGH Chelsea Health Center |
| 1974-1975 | Primary Care Physician, Morrisania Neighborhood Family Care Center, Bronx, NY |
| 1971-1972 | Director, Family Planning Clinic, Wake County Health Department, Raleigh, NC |

2

**AWARDS and HONORS:**

| | |
|---|---|
| 1966 | Phi Beta Kappa |
| 1970 | Alpha Omega Alpha |

**SERVICE ASSIGNMENTS:**

| | |
|---|---|
| 1990-1996 | Director, Occupational and Environmental Medicine, Massachusetts General Hospital |
| 1990-1993 | Assistant Director, MGH Employees Health Service |
| 1980-1990 | Co-Director, Occupational Medicine, Massachusetts General Hospital |

**MAJOR COMMITTEE ASSIGNMENTS:**

**Harvard School of Public Health:**

| | |
|---|---|
| 1980-1983, 1992- | Advisory Committee, Residency Training Program in Occupational Medicine |

**Hospital:**

| | |
|---|---|
| 1989-1990 | Subcommittee on Human Studies, Member, Massachusetts General Hospital |
| 1991-1996 | Pulmonary and Critical Care Fellowship Review Committee, Member, Massachusetts General Hospital |

**Regional:**

| | |
|---|---|
| 2003- | Contractor to Massachusetts Department of Public Health to consult on development of an asthma education program for construction workers and train community health care professionals to recognize occupational asthma |
| 2001- | Member, Multiple Chemical Sensitivity Advisory Group, Massachusetts Department of Public Health |
| 2000-2001 | Member, Institutional Review Board, New England Research Institute, (NERI) |
| 1995-1998 | Science Advisory Board, The Massachusetts Toxics Use Reduction Institute, Governor-Appointed Member, the Commonwealth of Massachusetts |
| 1994- | Asthma Treatment Guidelines Subgroup, Health Care Services Board, Chair, Massachusetts Department of Industrial Accidents |
| 1993-1994 | Program Committee, Regional Conference on Ergonomics, Safety, and Health in Construction, Member, Massachusetts Construction Safety Congress |
| 1992-1998 | Health Care Services Board, Commonwealth of Massachusetts, Chair |
| 1998- | Health Care Services Board, Commonwealth of Massachusetts, Member |

| | |
|---|---|
| 1984-1988 | Scientific Advisory Council, Center for Health Promotion and Disease Prevention, Massachusetts Department of Public Health, Member |

**National:**

| | |
|---|---|
| 1994 | Planning Committee, Hazardous Waste Surveillance Program, Member, National Institute of Occupational Safety and Health/US Department of Energy |
| 1992-1993 | Planning Committee, International Congress on the Health Effects of Hazardous Wastes, Member, National Institute Environmental Health Sciences/EPA |
| 1992-1993 | Scientific Peer Review Committee for Enhanced Medical Surveillance Program for Beryllium Workers, Member, US Department of Energy |
| 1990 | Program Committee, Conference "The Third Wave of Asbestos Disease: Exposure to Asbestos in Place. Public Health Control", Member, Mt. Sinai School of Medicine, New York, NY; Harvard Medical School |
| 1989 | Steering Committee, Workshop on Environmental and Occupational Asthma, Member, EPA Task Force on Environmental Cancer and Heart and Lung Disease |
| 1980-1982 | Mine Health Research Advisory Committee, Member, National Institute for Occupational Safety and Health |

## MAJOR ADMINISTRATIVE RESPONSIBILITIES:

| | |
|---|---|
| 1998- | President, Occupational Health Initiatives/Institute |
| 1996-1998 | Executive Director, Public Health Research Institute |
| 1996-1998 | Medical Director and Executive Vice President, Public Health Resource Group |
| 1992-2000 | Principal Investigator - Research project on health and safety hazards for construction workers on Boston Central Artery/Harbor Tunnel construction project, Public Health Research Institute |
| 1990-1994 | Director, MGH Occupational Health Associates, Massachusetts General Hospital |

## PROFESSIONAL SOCIETY INVOLVEMENT:

| | |
|---|---|
| 1975- | American Public Health Association, Member |
| 1978- | American College of Occupational and Environmental Medicine (ACOEM), Member |
| 1979- | Society for Occupational and Environmental Health, Member, Governing Council, 1986-1989 |
| 1982- | Massachusetts Medical Society |
| 1982-1983 | Council on Occupational Health, National Association for Public Health Policy, Secretary |
| 1982- | American College of Preventive Medicine, Fellow |
| 1983- | New England Occupational Medicine Association, Member Board of |

4

|        | Directors 1983-1984 |
|--------|---------------------|
| 1984-  | American Thoracic Society, Member Program Committee, 1989-1992 |
| 1984-  | International Commission on Occupational Health, Member |
| 1990-  | Association of Occupational and Environmental Clinics (AOEC), Member |
| 1992-  | Collegium Ramazzini |
| 1998-  | Physicians for Social Responsibility, Distinguished Physician |

## EDITORIAL BOARDS:

| 1990-  | American Journal of Industrial Medicine |
|--------|-----------------------------------------|
| 1995-  | Applied Occupational and Environmental Hygiene |

## PART II D:

### A. Report of Teaching

1. Local Contributions

a. Medical School Courses

- Elective tutorial field study program in occupational medicine with the Oil, Chemical and Atomic Workers International Union
  Organizer and Course Director
  Four to five Harvard medical students; postgraduate students, Harvard School of Public Health; medical residents, Harvard Teacing Hospitals
  - Curriculum in Occupational Medicine funded by the National Fund for Medical Education
  Developer and Codirector, lecturer
- 20 Medical and postgraduate occupational health students: Harvard Medical School, Harvard School of Public Health
- Introduction to Clinical Medicine
  Clinical preceptor; lecturer on Occupational History Taking
  100 Medical students, lecture; three students, clinical preceptorship
- Patient-Doctor III
  Tutor
  Six Medical students
- Pathophysiology, Respiratory
  Lecturer, occupational lung disease; 100 medical students

b. Graduate Medical Courses/Seminars/Invited Teaching Preparations

- Occupational and Environmental Lung Disease
  Lecturer, introductory lecture series for first year pulmonary fellows
  Six to eight postdoctoral pulmonary fellows, MGH/Partners
- MGH Medical Grand Rounds/Malignant Mesothelioma
- MGH Medical Grand Rounds/Occupational Asthma

- Lecturer; MGH medical staff, house officers, fellows
- MGH Women in the Workplace Conference
  Lecturer, Occupational Risk Factors for Women
  Female hospital workers, approximately 50 attendees
- MGH Pulmonary/Critical Care Grand Rounds
  Lecturer, Medical-Legal Aspects of Occupational Medicine
  Lecturer, Occupational Asthma
  Lecturer, Occupational Lung Disease
- MGH Allergy Associates
  Lecturer, Occupational Asthma
  Lecturer, Building-Associated Illness
- Spaulding Rehabilitation Hospital
- Medical Grand Rounds, lecturer - Occupational Medicine

c. Continuing Medical Education Courses

- Harvard Medical School Department of Postgraduate Education on Pulmonary/Critical Care Medicine
  Lecturer, occupational and environmental lung disease
- American Lung Association of Greater Norfolk County
  Lecturer, Occupational Lung Disease: an Overview
- Harvard Medical School Department of Postgraduate Education on Human Teratogens
  Lecturer on associations with occupational and environmental exposures

d. Advisory and Supervisory Responsibilities in Clinical Setting

- Attending on the Pulmonary Consult Service
  Two to four trainees: average of two postdoctoral pulmonary fellows, one medical student
- Supervision of postdoctoral pulmonary fellows in interpretation and signout of pulmonary function tests performed in the MGH Pulmonary Laboratories
  Two to four trainees
- Supervision of postdoctoral pulmonary fellows in ambulatory care setting for patients with occupational/environmental lung disease on an ad hoc basis
  Fifteen trainees

e. Leadership Roles

- Title: (See IID, A1) Courses in occupational/environmental medicine for Harvard medical students and other postgraduate students and residents
  Primary Responsibilities: Development and organization of course curricula, contacting and scheduling lecturers, and preparation and presentation of teaching materials
- Special Accomplishments: 1) introduction of this type of course material (i.e., occupational and environmental medicine) back into the Medical School

6

curriculum; and 2) the organization of courses that provided the opportunity for both didactic, tutorial, and worksite experience for students, as well as introduction to medical-legal and political aspects of occupational medicine, aspects to which students would not have had access otherwise.
- Title: "Asbestos in Commercial Buildings"
Primary Responsibilities: Conceptualized, organized and moderated an interdisciplinary day-long seminar at the MGH
Special Accomplishments: Invited lecturers, prepared teaching materials and syllabus, and created forum for discussion among affected parties of the burgeoning public health issue of asbestos in buildings. Attendees included physicians, attorneys, and building owners, developers, and mortgage lenders.

2. Regional, National or International Contributions

a. Invited Presentations

- Speaker and participant. Global Asbestos Congress. Osasco - Sao Paulo, Brazil
- Invited testimony before the House Judiciary Committee of the United States Congress on the HR 1283, the "Fairness in Asbestos Compensation Act of 1999"
- Panelist, "Women's Health Care in the 21st Century", Annual Conference, National Association of Commissions for Women, Boston, MA
- Lecture, "Multiple Chemical Sensitivity": A Wake-Up Call for the Public Health Community
  New England Public Health Association
- Lecture, Multiple Chemical Sensitivity
  Massachusetts Bar Association Environmental Law Committee
- Lecture, Multiple Chemical Sensitivity: Case Studies
  Massachusetts Continuing Legal Education, Inc.
- Lecture, Building-Associated Illness
  Administrative Law Judges Continuing Education, Massachusetts Department of Industrial Accidents
- Medical Grand Rounds, Occupational and Environmental Medicine
  St. Vincent's Hospital, Worcester, MA
- Lecture series for medical house officers; lecture on Occupational Medicine
  New York University (Bellevue) Hospital, New York, NY
- Lecture, Occupational Asthma, Occupational Medicine Residents
  University Hospital, Boston University
- Lecture, Medical Aspects of Workers' Compensation in Massachusetts - Medical and nursing staff
  U Mass Worcester Medical Center, Worcester, MA
- Panel discussant, Health Hazards of Asbestos and Other Fibers
  The Societe Internationale de Chirurgie, Paris, France-31st Congress
- Lecture, "Environmental Exposures and Risk Management", Environmental Health Education Project for Physicians and Health Professionals, Holyoke, MA
  Massachusetts Department of Public Health

- Invited faculty member and lecturer on "Pleural Plaques and Lung Function" American College of Chest Physicians, 57th Annual Scientific Assembly, San Francisco, CA

b. Professional Leadership Roles Related to Teaching

- EPA, Workshop on Environmental and Occupational Asthma, Task Force on Environmental Cancer and Heart and Lung Disease, Long Beach, CA to develop a teaching program and materials for primary care physicians nationwide Member Planning Committee; lecturer on "Occupational and Environmental Asthma: Legal and Ethical Aspects of Patient Management"
- American Society for Testing and Materials (ASTM) Medical Session Chair and lecturer at the ASTM Conference on Indoor Air Quality, Johnson State College, Johnson, VT. ASTM conferences are international conferences held every five years to discuss timely and health-related issues.
- Massachusetts Department of Industrial Accidents, Massachusetts Medical Society
Teaching effort has been the organization and presentation of teaching materials in the area of medical issues in workers' compensation reform, primarily in the area of medical treatment guidelines in workers' compensation in general and treatment guidelines for occupational asthma in particular.
Lectures in this area have included the following: "Workers' Compensation: A Guide for Physicians", "Medical Treatment and Utilization Review. Massachusetts Workers' Compensation in the 1990's: Problems, Procedures and Perspectives", and "Treatment Guidelines and Utilization Review in Workers' Compensation in Massachusetts". Audiences have included members and officers of the Massachusetts Medical Society, the Eastern Association of Workers' Compensation Boards and Commissions, and the Southern Association of Workers Compensation Administrators

c. Professional Leadership Activities

-Invited participant: NIOSH Scientific Workshop relating to B Reader Certification Program, March, 2004, McLean, VA

**B. Clinical Activities**

1. Clinical Practice - Field: Occupational/environmental medicine; Areas of major focus: a) asbestos-related disease; b) airways disease associated with construction work; c) occupational asthma; d) chemical sensitivities; and e) building-associated illness; site of practice: MGH Pulmonary Associates.
2. Time Commitments - 25% Patient care; 5% teaching; 20% administration; 40% consultation; 10% research.
3. Patient load, complexity - 15% asbestos-related disease; 20% building-associated illness; 20% chemical sensitivities; 35% occupational asthma; and 10% other.

8

4. Clinical program development - MGH Occupational Health Associates was an attempt to bring together a multidisciplinary team to provide medical services in the area of occupational medicine. Presently Dr. Oliver has one of the largest medical practices in the New England area for patients with building-related illness and chemical sensitivities.

## C. Scholarly Contributions-Research that Contributes to the Care of Patients
1. Current Research Projects
    - Research on asthma in heavy and highway construction workers.
    - Research on asbestos-related in public school custodians, a 12 year longitudinal follow-up study.

2. Research Funding Information
    - Current years covered October, 2002-March, 2003; funding source Center to Protect Workers' Rights/NIOSH; Principal Investigator; "Asthma in Heavy and Highway Construction Workers Exposed to Silica".
    - Current years covered 1999-2003; funding source Manville Property Damages Trust; Principal Investigator; "Asbestos-Related Disease in Public School Custodians: a Longitudinal Follow-Up Study".

## PART III: BIBLIOGRAPHY

### Original Reports

1. Suberman (AKA Oliver) LC, Suberman RI, Dalldorf FG, Gabriele OF. Radiographic visualization of coronary arteries in postmortem hearts: a simple technique. Am J Clin Pathol 1970; 53:254-257.
2. San Agustin, M, Goldfrank L, Matz R, Suberman (AKA Oliver) LC, Hamerman D, Bloom R, Pilter D. Reorganization of ambulatory health care in an urban municipal hospital. Arch Intern Med 1976; 136:1262-1266.
3. Stoeckle JD, Hardy HL, Oliver LC. Women with asbestosis in a medical clinic: Underreported women workers, delayed diagnosis and smoking. Women in Health 1982; 17:31-36.
4. Banister EW, Fadl S, Brown S, Sprince NL, Oliver LC, Smith T, et al. A health evaluation study of kraft pulp mill workers. Proceedings of the Human Factors Society, 1982.
5. Oliver LC, Weber RP. Chest pain in rubber chemical workers exposed to carbon disulfide and methemoglobin formers. Br J Indust Med 1984; 41:296-304.
6. Oliver LC, Eisen EA, Greene RE, Sprince NL. Asbestos-related disease in railroad workers: a cross-sectional study. Am Rev Respir Dis 1985; 131:499-504.
7. Ginns LC, Ryu JH, Rogol PR, Sprince NL, Oliver LC, Larsson CJ. Natural killer cell activity in cigarette smokers and asbestos workers. Am Rev Respir Dis 1985; 131:831-834.
8. Eisen EA, Oliver LC, Christiani DC, Robins SM, Wegman DH. Effects of spirometry standards in studies of two occupational cohorts. Am Rev Respir Dis 1985; 132:120-124.

9. Sprince NL, Oliver LC, McLoud TC. Asbestos-related disease in plumbers and pipefitters employed in building construction. Journal of Occupational Medicine 1985; 27:771-775.
10. Oliver LC, Eisen EA, Sprince NL. A comparison of two definitions of abnormality on pulmonary outcome in epidemiologic studies. Am Rev Respir Dis 1986; 133:825-829.
11. Deprez RD, Oliver LC, Halteman W. Variations in respiratory disease morbidity among pulp and paper mill town residents. Journal of Occupational Medicine 1986; 28:486-491.
12. Garabrant DH, Fine LJ, Oliver C, Bernstein L, Peters JM. Abnormalities of pulmonary function and pleural disease among titanium metal production workers. Scand J Work Environ Health 1987; 13:47-51.
13. Oliver LC, Eisen EA, Greene RE, Sprince NL. Asbestos-related pleural plaques and lung function. Am J Indust Med 1988; 14: 649- 656.
14. Sprince NL, Oliver LC, Eisen EA, Greene RE, Chamberlin RI. Cobalt exposure and lung disease in tungsten carbide production: a cross-sectional study of current workers. Am Rev Respir Dis 1988; 138:1220-1226.
15. Shepherd KE, Oliver LC, Kazemi H. Diffuse malignant pleural mesothelioma in an urban hospital: clinical spectrum and trend in incidence over time. Am J Indust Med 1989; 16:373-383.
16. Oliver LC. Occupational/environmental asthma. Legal and ethical aspects of patient management. Chest 1990; 98:220S- 224S.
17. Schaefer CM, Greene R, Oliver C, Larza RC, Hall D, Lindemann FR, Llewellyn HJ, McCarthy KA, Pyle-Spellman E, Rubens JR. Screening for asbestos-related pleural disease with digital storage phosphor radiography. Invest Radiol 1990; 25:645-650.
18. Sprince NL, Oliver LC, McLoud TC, Eisen EA, Christiani DC, Ginns LC. Asbestos exposure and asbestos-related pleural and parenchymal disease: Associations with immune imbalance. Am Rev Resp Dis 1991; 143:822-828.
19. Oliver LC, Greene R, Sprince NL. Asbestos-related disease in public school custodians. Am J of Indust Med 1991; 19:303-316.
20. Sprince NL, Oliver LC, McLoud TC, Ginns LC. T-cell alveolitis in lung lavage of asbestos-exposed subjects. Am J Indust Med 1992; 21:311-319.
21. Greenspan CA, Moure-Eraso R, Wegman DH, Oliver LC. Occupational hygiene characterization of a highway construction project: a pilot study. J Occ Environ Hygiene 1995; 10(1):50-58.
22. Oliver LC, Miracle-McMahill H, Littman AB, Oakes JM, Gaita RR. Respiratory symptoms and lung function in workers in heavy and highway construction: a cross-sectional study. Am J Ind Med 2001; 40:73-86.
23. Deprez RD, Asdigian NL, Oliver LC, Anderson N, Caldwell E, Baggott, LA. Statewide asthma surveillance: The development of a prototype system. Am J Public Health 2002;92:1946-1951.
24. Whitman GJ, Niklason LT, Bhalla MP, Oliver LC, Atkins EH, Kinnard O, et al. Dual-energy digital subtraction chest radiography: technical considerations. Curr Prob Diagn Radiol 2002 Mar-Apr;31(2):48-62.
25. Henneberger PK, Deprez RD, Asdigian N, Oliver LC, Derk S, Goe SK. Workplace

exacerbation of asthma symptoms: findings from a population-based study in Maine. Arch Env Hlth 2003;58:781-788.

## Proceedings of Meetings

26. Oliver LC, Sprince NL, Greene R. Asbestos-related abnormalities in school maintenance personnel. Ann NY Acad Sci 1992; 643:521-529.
27. Greene R, Schaefer CM, Oliver LC. Improved detection of asbestos-related pleural plaques with digital radiography. Ann NY Acad Sci 1992; 643:90-96.
28. Irwig HG, Oliver LC, Page T, Wegman DH, Ellenbecker MJ. Asbestos in place: a building management perspective. Ann NY Acad Sci 1992; 643:589-596.

## Reviews and Educationally Relevant Publications

29. Oliver LC, Stoeckle JD. Prevention and evaluation of occupational respiratory disease. In: Goroll AH, May LA, Mulley AC, eds. Primary Care Medicine: Office Evaluation and Management of the Adult Patient. Philadelphia: J.B. Lippincott Company, 1987.
30. Ginns LC, Oliver, LC. Natural killer cells and the lung. Hollinger M. ed., Current Topics in Pulmonary Pharmacology and Toxicology. New York: Elsevier Science Publishing Co. Inc., 1987.
31. Oliver LC, Page T, Ellenbecker MJ, Wegman DH, Bacow L. Asbestos Management in Commercial Buildings. Task Force Report. Beacon Management Company. May, 1989.
32. Oliver LC. Asbestos in public buildings. In: Rom WN, ed. Environmental and Occupational Medicine. Boston: Little, Brown and Company, 1992.
33. Oliver LC, Stoeckle JD. Prevention and evaluation of occupational respiratory disease. In: Goroll AH, May LA, Mulley AC, eds. Primary Care Medicine: Office Evaluation and Management of the Adult Patient. Philadelphia: J.B. Lippincott Company, Third Edition, 1994.
34. Oliver LC. Asbestos in buildings: management and related health effects. In: Mehlman MA, Upton A, eds. The Identification and Control of Environmental and Occupational Diseases. Princeton: Princeton Scientific Publishing Co., Inc., 1994.
35. Oliver LC, Helmick J, Langer CS. Occupational hazards for women. In: Carlson KJ, Eisenstadt SA, eds. Primary Care of Women. St. Louis: Mosby Year-Book, Inc., First Edition, 1995.
36. Oliver LC. Asbestos in public buildings. In Rom WN, ed. Environmental and Occupational Medicine. Third Edition. New York:Lippincott-Raven, 1998.
37. Oliver LC. Multiple chemical sensitivity: a medical overview. In Smith SA et al, eds. Multiple Chemical Sensitivity Cases and *Daubert*. A Practical Guide to Understanding the Issues. Boston: MCLE, 98-17.10-CM, 1998.
38. Oliver LC, Shackleton B. The indoor air we breathe: a public health problem for the '90s. Public Health Reports 1998;113(6):398-409.
39. Oliver LC, Stoeckle JD. Evaluation and prevention of occupational and environ-mental respiratory disease. In: Goroll AH, May LA, Mulley AC, eds. Primary Care Medicine. New York: Lippincott Williams & Wilkins, Fourth

Edition, 2000.
40. Oliver LC, Langer CS. Occupational hazards. In: Carlson KJ, Eisenstadt SA, et al, eds. Primary Care of Women. Philadelphia: Mosby, Second Edition, 2002.
41. Oliver LC, Miracle-McMahill H. Asthma in Heavy and Highway Construction Workers Exposed to Silica. Silver Spring, MD: The Center to Protect Workers' Rights, 2003.
42. Oliver LC, Welch LS, Harbut MR. Comparison of B readers' interpretations of chest radiographs for asbestos related changes. Letters to the Editor. Acad Radiology 2004;11(12):1397-1399.
43. Oliver LC, Stoeckle JD. Evaluation and prevention of occupational and environmental respiratory disease. In: Goroll AH, Mulley AG, Jr., eds. Primary Care Medicine. Office Evaluation and Management of the Adult Patient. New York: Lippincott Williams & Wilkins, Fifth Edition, 2006.

Abstracts

44. Oliver LC, Sprince NL, Banister EW, Smith TJ, Brown S, Berry J, et al. Cardiovascular disease in kraft pulp mill workers. XXI International Congress on Occupational Health. Dublin, 1984;554.
45. Park CS, Oliver LC, Renzi PM, Sprince NL, Ginns LC. Natural killer cell activity in smokers: characterization of the defect and response to biological modifiers. Am Rev Respir Dis 1987;135:A154.
46. Friedman-Jimenez G, Oliver LC, Brandt-Rauf P. Mortality study of firefighters in Boston. Presented APHA Annual Meeting,
47. Oliver LC, Eisen EA, Sprince NL, Greene R. Asbestos-related abnormalities in school custodians: an ongoing study. Am Rev Respir Dis 1992; 145:A330.
48. Case BW, Oliver LC. Asbestos bodies are absent from sputum of school custodial workers. Am Rev Respir Dis 1992; 145:A332.
49. Kradin R, Tsao T, Wia W, Oliver C. Asbestos inhalation diminishes the immune function of IA+ pulmonary dendritic cells. Am Rev Respir Dis 1992; A329.
50. Oliver LC, Littman AB, Greenspan C, Wegman DH, Moir S. The use of an integrated data system to identify and track respiratory morbidity in heavy highway construction. Am J Respir Crit Care Med 1995; 151: A259.
51. Oliver LC. Treatment guidelines in workers compensation: implications for prevention. Prevention 96. American College of Preventive Medicine. Annual National Conference, Dallas, TX. 1996;p.41.
52. Oliver LC, Littman AB, Asdigian N, Fried AA, Gaita R, Snell B. Respiratory morbidity in workers in heavy and highway construction. Am J Respir Crit Care Med 1998; 157:A144.
53. Oliver LC, Deprez R, Asdigian N, Anderson N, Baggett L, Chilmonczyk B. Use of an integrated data system in statewide asthma surveillance. Am J Resp Crit Care Med 1998; 157:A164.
54. Henneberger PK, Deprez R, Asdigian N, Oliver LC. Asthma exacerbated by workplace exposures. Am J Resp Crit Care Med 1999; 159:A232.
55. Deprez R, Oliver LC, Asdigian NL, Anderson N. Methodological developments in the epidemiological assessment of undiagnosed asthma. Annual Conference,

American Public Health Association, November, 1999.
56. Oliver LC, Miracle-McMahill H, Littman AB, Oakes JM, Gaita R. Asthma and chronic bronchitis in operating engineers, laborers, and tunnel workers in heavy highway construction. Am J Resp Crit Care Med 2000; 161:A168.