# Exhibit 2

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CAROLYN MIREK,<br><br>Plaintiff<br><br>v.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA and BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA,<br><br>Defendants | Civil Action<br>No. 04-30166-MAP |

## PLAINTIFF'S PRE-TRIAL MEMORANDUM (CORRECTED)

The Plaintiff submits the following pre-trial memorandum, reflecting a correction in Section II:

I.  **SUMMARY OF EVIDENCE**

A. <u>Plaintiff: Carolyn Mirek</u>

Plaintiff Carolyn Mirek has brought this action to collect benefits owed under an "own occupation" individual disability insurance policy. Ms. Mirek stopped working as a dental hygienist became totally disabled on December 27, 2001 and submitted a claim to the defendants. The claim was ultimately denied on November 21, 2002.

Ms. Mirek was insured under the policy in her occupation as a registered dental hygienist. She was, and continues to be, a registered dental hygienist. She had worked for eighteen years as a dental hygienist when, in 2001, her physician told her to stop working due to a diagnosis of

JS\114333.1

26. Joseph Champigney
    141 Nottingham Drive
    East Longmeadow, MA 01028-2653

    Mr. Champigney is expected to testify concerning investigation that he conducted of Ms. Mirek for the defendants in connection with the processing of the claim in 2002.

27. Timothy A. Newman, M.D.
    47 Pinecrest Drive
    Dalton, MA

    Dr. Newman is the medical director of Berkshire Life Insurance Company of America, and is one of two physicians on whom the defendants claim they relied denying the claim in 2002. Dr. Newman is expected to testify concerning the circumstances concerning his review of the claim, his position on the claim at the time, and his role in development of underwriting positions.

28. Barbara Smachetti
    32 Riverview Drive
    Dalton, MA 01226-1759

    Ms. Smachetti is a nurse on staff at Berkshire Life Insurance Company of America. She is expected to testify concerning her involvement in the development of the underwriting position of defendants at individuals suspected of having latex allergy should not be insured, and is expected to testify concerning the materials in Berkshire's files on the subject of latex allergy.

29. Rosanna Baena
    South Windsor, CT

    To the extent Dr. Segal, listed on Defendants' witness list and disclosed for the first time as a prospective witness, is permitted to testify, Ms. Baena is expected to testify concerning the working conditions at Dr. Segal's office and hiring.

38. Eilleen Barile
    South Windsor, CT

    Ms. Barile is expected to testify regarding symptoms manifested by Carolyn Mirek in the dental office setting.

## XII. PROPOSED EXHIBITS

Plaintiff expects to offer the following exhibits, but may seek to add others following the

30(b)(6) deposition of Berkshire:

JS\114333.1

16

Plaintiff may seek to offer additional exhibits for rebuttal.

By her Attorneys,

/s/ Joanne D'Alcomo

Joanne D'Alcomo
BBO #544177
Seth Nesin
BBO #650739
JAGER SMITH, P.C.
One Financial Center
Boston, Massachusetts 02111
(617) 951-0500

JS\114333.1