# Exhibit 3

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS



## ELECTRONIC CASE FILING
## ADMINISTRATIVE PROCEDURES

**January 1, 2006**

TABLE OF CONTENTS

| | | |
|---|---|---|
| A. | General Information | Page 2 |
| B. | Registration | Page 3 |
| C. | Filing and Service of Civil Case Opening Documents | Page 4 |
| D. | Electronic Filing | Page 4 |
| E. | Service of Electronically Filed Documents | Page 4 |
| F. | Subsequent Documents with Fee Requirement | Page 5 |
| G. | Deadlines | Page 6 |
| H. | Special Filing Requirements and Exceptions | Page 6 |
| I. | Documents Not Filed Electronically | Page 7 |
| J. | Signature | Page 7 |
| K. | Privacy | Page 8 |
| L. | Attachments to Filings and Exhibits | Page 9 |
| M. | File Size Limitations and Conventional Filing of Documents | Page 9 |
| N. | Orders and Judgments | Page 10 |
| O. | Motions for Leave to File | Page 10 |
| P. | Submitting Redacted Documents | Page 10 |
| Q. | Submitting Proposed Order | Page 11 |
| R. | Transcripts | Page 11 |
| S. | Correcting Docket Entries | Page 11 |
| T. | Technical Failures | Page 12 |
| U. | Pro Se Litigation | Page 12 |
| V. | Access to Electronically Stored Documents | Page 12 |
| W. | Retention | Page 12 |
| APPENDIX A | | Page 13 |

CM/ECF Administrative Procedures

G. **Deadlines**

Filing documents electronically does not in any way alter any filing deadlines. All electronic transmissions of documents must be completed **prior to 6:00 PM, Eastern Standard Time, in order to be considered timely filed that day**. Where a specific time of day deadline is set by court order or stipulation, the electronic filing must be completed by that time.

H. **Special Filing Requirements and Exceptions**

1. The following documents **shall be filed only on paper**:

    a. Sealed documents;
    b. Administrative records in social security cases and in other administrative review proceedings;
    c. The state court record and other Rule 5 materials in habeas corpus cases filed in 28 U.S.C. §2254 proceedings;
    d. *Ex parte* motions and applications;
    e. Pretrial hearing and trial exhibits; and
    f. Medical Records.

2. The following types of documents may be filed on paper and need not be filed electronically. However, they may be scanned and filed into the ECF system by a filing party or the clerk's office:

    a. The state court record filed in 28 U.S.C. §1446 removal proceedings;
    b. All handwritten pleadings;
    c. All pleadings and documents filed by pro se litigants who are incarcerated or who are not registered filing users in ECF;
    d. The charging document in a criminal case, such as the complaint, indictment, and information, as well as the criminal JS45 form for the District of Massachusetts;
    e. Affidavits for search and arrest warrants and related papers;
    f. Fed.R.Crim.P.20 and Fed.R.Crim.P.40 papers received from another court;
    g. Appearance bonds;
    h. Any pleading or document in a criminal case containing the signature of a defendant, such as a waiver of indictment or plea agreement;
    i. Petitions for violations of supervised release;
    j. Executed service of process documents under rule 4; and
    k. Attachments to filings (See subsections L and M).