# Exhibit 4

**Other Documents**

3:04-cv-30166-MAP Mirek v. The Guardian Life Insurance Company of America et al

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Crevier, David entered on 1/20/2006 at 4:47 PM EST and filed on 1/20/2006

**Case Name:** Mirek v. The Guardian Life Insurance Company of America et al
**Case Number:** 3:04-cv-30166
**Filer:** The Guardian Life Insurance Company of America
Berkshire Life Insurance Company of America

**Document Number:** 46

**Docket Text:**
PRETRIAL MEMORANDUM by Berkshire Life Insurance Company of America, The Guardian Life Insurance Company of America. (Crevier, David)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=1/20/2006] [FileNumber=1282758-0
] [141fb0e3e651e8ba869e3b68fff40e83d31c4fffa2a92e134777bfa0084e6d173c1
ec0f532f4919f73624f89abd572608c674d55a60b7fd83e8cdcd7e91aaf0c]]

**3:04-cv-30166 Notice will be electronically mailed to:**

David B. Crevier    dcrevier@crevierandryan.com

Joanne D'Alcomo    jdalcomo@jagersmith.com

Edward K. Kimball    edward_kimball@berkshirelife.com

Seth E. Nesin    snesin@jagersmith.com

**3:04-cv-30166 Notice will not be electronically mailed to:**

David L. Kalib
Berkshire Life Ins. Co.
700 South St.
Pittsfield, MA 02101