# Exhibit 5

**David Crevier - Activity in Case 3:04-cv-30166-MAP Mirek v. The Guardian Life Insurance Company of America et al "Pretrial Memorandum"**

| | |
|---|---|
| **From:** | <ECFnotice@mad.uscourts.gov> |
| **To:** | <CourtCopy@mad.uscourts.gov> |
| **Date:** | 1/20/06 7:42PM |
| **Subject:** | Activity in Case 3:04-cv-30166-MAP Mirek v. The Guardian Life Insurance Company of America et al "Pretrial Memorandum" |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### United States District Court

### District of Massachusetts

Notice of Electronic Filing

The following transaction was received from D'Alcomo, Joanne entered on 1/20/2006 at 7:28 PM EST and filed on 1/20/2006

| | |
|---|---|
| **Case Name:** | Mirek v. The Guardian Life Insurance Company of America et al |
| **Case Number:** | 3:04-cv-30166 |
| **Filer:** | Carolyn Mirek |
| **Document Number:** | 47 |

**Docket Text:**
PRETRIAL MEMORANDUM by Carolyn Mirek. (D'Alcomo, Joanne)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=1/20/2006] [FileNumber=1283002-0
] [78b2fabb7321e4b1bbfddd8a329beb923a584b08850ed46c13a959119b53a9c7215
4245148d31cc8535767adf705bfec563d4f6ba266ede2b8844baaa5ac7f55]]

**3:04-cv-30166 Notice will be electronically mailed to:**

David B. Crevier    dcrevier@crevierandryan.com

Joanne D'Alcomo · jdalcomo@jagersmith.com

Edward K. Kimball    edward_kimball@berkshirelife.com

Seth E. Nesin     snesin@jagersmith.com

**3:04-cv-30166 Notice will not be electronically mailed to:**

David L. Kalib
Berkshire Life Ins. Co.
700 South St.
Pittsfield, MA 02101