# Exhibit 7

Case 3:04-cv-30166-RGS   Document 73-10   Filed 06/15/2006   Page 1 of 5

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN MIREK, ) | Civil Action No. 04-30166-MAP |
| Plaintiff, ) | |
| vs. ) | DEFENDANT BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA'S FIRST SET OF INTERROGATORIES TO PLAINTIFF CAROLYN MIREK |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA and BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, ) | |
| Defendants. ) | |

PROPOUNDING PARTY:    BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA

RESPONDING PARTY:    CAROLYN MIREK

SET NO.:    ONE (1)

TO PLAINTIFF CAROLYN MIREK AND TO HER ATTORNEYS OF RECORD:

Defendant Berkshire Life Insurance Company of America ("Berkshire") hereby requests that Plaintiff Carolyn Mirek ("Plaintiff"), answer under oath, pursuant to Federal Rules of Civil Procedure, Rule 33, within thirty (30) days of service, the following interrogatories. Each interrogatory is required to be answered on the basis of the entire knowledge of Plaintiff, including all information obtainable by said party, her attorneys and/or anyone acting on her behalf.

If a privilege is alleged as to any interrogatory of information, Plaintiff is required to state:

(a)    The privilege(s) asserted (e.g. work-product, attorney-client, etc.);

    a.    The allergy;

    b.    The symptoms you allegedly suffered;

    c.    Any Health Care Provider consulted in connection with the allergy;

    d.    Any treatment rendered.

### INTERROGATORY NO. 6:

Please describe in detail any and all efforts you made to seek employment from January 1, 1999 to the present, including identifying by name and telephone number, all persons, employers and/or entities that assist in seeking employment with whom you communicated in connection with your efforts. In connection with the foregoing, specifically identify any and all attempts you have made to work in a latex free environment and/or latex safe environment.

### INTERROGATORY NO. 7:

Please describe any all efforts that you have made to avoid contact with latex products in the following environments, for each environment detailing how your efforts have increased, decreased or stayed the same since December 2001:

    a.    In the workplace;

    b.    At your home;

    c.    At any place you regularly engage in physical exercise;

    d.    In restaurants;

    e.    In supermarkets;

    f.    In other persons homes;

    g.    At parties;

    h.    At sporting events;

Defendants in your Complaint. As to each person identified, specify whether you intend to call such person as a fact witness and state the substance of the facts to which such person will testify.

**INTERROGATORY NO. 19:**

Please identify with particularity all communications that you had with any representatives of Dr. Burstein's dental office regarding your latex allergy including any requests to alleviate latex in the office. For each communication state with whom you had the communication, the time and date of the communication and all witnesses thereto.

**INTERROGATORY NO. 20:**

Identify by name, address and telephone number every person that you know or of who you know that has any latex allergy and who works in any aspect of the dental profession.

Respectfully Submitted,
Defendant Berkshire Life Insurance
Company of America

By:

CREVIER & RYAN LLP

David B. Crevier, Bar No. 557242
1500 Main Street, Suite 2020
Springfield, MA 01115-5727
Tel: 413-787-2400
Facsimile: 413-781-8235
Email: dcrevier@crevierandryan.com

## CERTIFICATE OF SERVICE

I certify that I served a true copy of the foregoing on all counsel of record said service having taken place this 28 day of March 2005.