## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN MIREK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO.: 04-30166-MAP |
| ) | |
| THE GUARDIAN LIFE INSURANCE ) | |
| COMPANY OF AMERICA and ) | |
| BERKSHIRE LIFE INSURANCE ) | |
| COMPANY OF AMERICA, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE THEIR OPPOSITION TO PLAINTIFF'S MOTION FOR AN ADVERSE INSTRUCTION DUE TO DEFENDANTS' FAILURE TO COMPLY WITH THE COURT'S ORDER REGARDING 30(b)(6) TESTIMONY

NOW COME Defendant Guardian Life Insurance Company of America and Defendant Berkshire Life Insurance Company of American (collectively referred to as "Defendants") and hereby request that the filing date for their opposition to Plaintiff's Motion for an Adverse Instruction Due to Defendants' Failure to Comply With the Court's Order Regarding 30(b)(6) Testimony ("Plaintiff's Motion for an Adverse Instruction") be extended until 14 days after this Court decides Defendants' Motion in Limine to Exclude Irrelevant Evidence (Docket No. 61).

As grounds for this motion, Defendants state that Plaintiff's Motion for an Adverse Instruction deals solely with evidence applicable to Plaintiff's bad faith claim. Defendants moved to exclude the evidence upon which Plaintiff seeks an adverse instruction in Defendants' Motion in Limine to Exclude Irrelevant Evidence. As such, in the event that this Court grants Defendants' Motion in Limine to Exclude Irrelevant Evidence, Plaintiff's Motion for an Adverse Instruction will be moot.

F:\Files\Berkshire Life\Mirek\Pleadings-Word\Mirek I-Pleadings Word\Motion to Extend Time to Oppose Motion For Adverse MLS Ruling.doc

1

For the reasons set forth above and in an attempt to conserve their resources and the resources of this Court, Defendants respectfully request that this Court grant their Motion to extend the time within which they must file their opposition to Plaintiff's Motion for an Adverse Instruction until 14 days after this Court rules on Defendants' Motion to Exclude Irrelevant Evidence.

        Respectfully Submitted,

        Defendants The Guardian Life Insurance
        Company of America and Berkshire Life
        Insurance Company of America

        By their attorneys,

        CREVIER & RYAN, LLP.

        /s/David B. Crevier
        David B. Crevier, Bar No. 557242
        Katherine R. Parsons, Bar No. 657280
        1500 Main Street, Suite 2020
        Springfield, MA 01115-5727
        Tel: 413-787-2400
        Facsimile: 413-781-8235
        Email: dcrevier@crevierandryan.com
                kparsons@crevierandryan.com

        /s/Edward Kimball
        Edward K. Kimball, Esq.
        700 South Street
        Pittsfield, MA 01201
        (413) 499-4321

## LOCAL RULE 7.1 CERTIFICATION

I certify that the attorneys in this case have conferred and attempted in good faith to resolve or narrow the issues contained in this motion.

        /s/David B. Crevier

F:\Files\Berkshire Life\Mirek\Pleadings-Word\Mirek I-Pleadings Word\Motion to Extend Time to Oppose Motion For Adverse MLS Ruling.doc

2

## CERTIFICATE OF SERVICE

    I certify that I served a true copy of the foregoing to Plaintiff's Counsel by mailing the same via first class mail, postage pre-paid, this 15th day of June, 2005.

                                          /s/David B. Crevier

F:\Files\Berkshire Life\Mirek\Pleadings-Word\Mirek I-Pleadings Word\Motion to Extend Time to Oppose Motion For Adverse MLS Ruling.doc

3