# EXHIBIT C

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CAROLYN MIREK )<br>    Plaintiff )<br>v. )<br>)<br>THE GUARDIAN LIFE INSURANCE )<br>COMPANY OF AMERICA and BERKSHIRE )<br>LIFE INSURANCE COMPANY, )<br>    Defendants )<br>) | Civil Action No. 04-30166-KPN |

### MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS

**I.    INTRODUCTION**

This case arises out of a dispute regarding whether Plaintiff is totally disabled in accordance with the terms and conditions of an individual disability income insurance policy.

**II.   PARTIES**

Plaintiff Carolyn Mirek (hereinafter "Plaintiff") is a resident of South Windsor, Connecticut. Defendant The Guardian Life Insurance Company of America (hereinafter "Guardian") is a mutual life insurance company incorporated in the State of New York with its principal place of business located at 7 Hanover Square, New York, New York.

**B.    The Complaint, The 93A Claim, and the Amended Complaint**

On or about June 14, 2004 Plaintiff commenced this action by filing a complaint the Suffolk Superior Court Department. The complaint names Guardian and BLICO as defendants and alleges in Count I that Guardian and/or BLICO breached a contract with Plaintiff. Count II of the complaint alleges that Guardian and/or BLICO are liable for damages to Plaintiff as a result of alleged unfair and deceptive practices and unfair claim settlement practices pursuant to Conn. Gen. Stat. §42-110b et. seq. (hereinafter "CUTPA") and Conn. Gen Stat. §38a-816 (hereinafter "CUIPA").

On or about June 14, 2003 Plaintiff caused a demand letter ("Demand Letter") to be sent to Berkshire pursuant to Mass. Gen Laws. ch. 93A §9 (hereinafter "Chapter 93A") (attached hereto as Exhibit D). On or about July 9, 2004 Berkshire responded to said Demand Letter by denying that Massachusetts law governed any dispute between the parties and by refuting that Berkshire or Guardian had engaged in any unfair or deceptive acts or practices (attached hereto as Exhibit E).

On or about July 26, 2004 Plaintiff caused an amended complaint to be filed in the Suffolk Superior Court Department. The amended complaint is essentially duplicative of the original complaint in this matter except that the amended complaint adds two additional counts against BLICO (Count III) and Guardian (Count IV) for alleging unfair and deceptive practices and unfair settlement practices against BLICO and Guardian pursuant to Mass. Gen. Laws ch. 176D 3(9) et seq. and Mass. Gen. Laws ch. 93A.

I hereby certify that the parties have conferred and attempted in good faith to resolve or narrow the issue or issues.

Respectfully Submitted,

The Guardian Life Insurance Company of America for itself and as successor by merger to Berkshire Life Insurance Company

By its attorneys,

By: _____
Edward K. Kimball, Esq.
David L. Kalib, Esq.
700 South Street
Pittsfield, MA 01201
(413) 499-4321

**Certificate of Service**

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on September 30, 2004.

_____
Edward K. Kimball