# EXHIBIT E

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN MIREK, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) Civil Action |
| THE GUARDIAN LIFE INSURANCE | ) No. 04-30166-KPN |
| COMPANY OF AMERICA and | ) |
| BERKSHIRE LIFE INSURANCE | ) |
| COMPANY, | ) |
| | ) |
| Defendants | ) |
| | ) |

**OPPOSITION OF PLAINTIFF TO MOTION TO DISMISS**

**I. Introduction**

In her Amended Complaint, Plaintiff Carolyn Mirek seeks damages from

Defendants Guardian Life Insurance Company of America and Berkshire Life Insurance

Company for their failure to pay benefits due her under a policy of disability insurance.

Plaintiff also seeks damages under the Massachusetts Unfair and Deceptive Practices Act,

G.L. c. 93A, or, alternatively under the Connecticut Unfair Practices Act ("CUPTA") for

unfair claims settlement practices.

Defendants have moved under Fed. R. Civ. P. 12(b)(6) to dismiss the Amended

Complaint. Defendants argue that Counts III and IV, asserting claims under G. L. c. 93A,

fail to state a claim because – so they argue – Massachusetts' choice-of-law rules require

the application of Connecticut and not Massachusetts law.[1]

---

[1] Defendants' further argument that the entire Amended Complaint must be dismissed as
to Berkshire Life Insurance Company is moot. There was an inadvertent misnomer of this
(footnote continued on next page)

## IV. Conclusion

For the reasons stated, the Defendants' Motion to Dismiss should be denied.

Respectfully Submitted,

PLAINTIFF CAROLYN MIREK
By her attorneys,

Joanne D'Alcomo
BBO# 544177
Howard P. Blatchford, Jr.
BBO# 045580
JAGER SMITH P.C.
One Financial Center
Boston, MA 02111
(617) 951-0500

Dated: November 3, 2004

## CERTIFICATE OF SERVICE

I, Joanne D'Alcomo, hereby certify that on this date I caused a true and correct copy of the foregoing to be served by first class mail, postage prepaid, to Edward K. Kimball, Esq. 700 South Street, Pittsfield, MA 01201.

Date of Service:        November 3, 2004

Joanne D'Alcomo

JS PC Docs #48599-1

11