# EXHIBIT I

**David Crevier - Activity in Case 3:05-cv-30246-MAP Mirek v. The Guardian Life Insurance Company of America et al "Order on Motion to Consolidate Cases"**

**From:** <ECFnotice@mad.uscourts.gov>
**To:** <CourtCopy@mad.uscourts.gov>
**Date:** 12/12/05 4:52PM
**Subject:** Activity in Case 3:05-cv-30246-MAP Mirek v. The Guardian Life Insurance Company of America et al "Order on Motion to Consolidate Cases"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Lindsay, Maurice entered on 12/12/2005 at 4:37 PM EST and filed on 12/12/2005
**Case Name:** Mirek v. The Guardian Life Insurance Company of America et al
**Case Number:** 3:05-cv-30246
**Filer:**
**Document Number:**

**Docket Text:**
Judge Michael A Ponsor : ORDER entered denying [2] Motion to Consolidate Cases. DENIED, without prejudice. Consolidation, at this stage, would undercut the rationale for denying the motion to amend in 04-30166. Depending on the pace of desovery, the court may reconsider consolidation later. So order. cc/cl (Lindsay, Maurice)

The following document(s) are associated with this transaction:

**3:05-cv-30246 Notice will be electronically mailed to:**

David B. Crevier    dcrevier@crevierandryan.com

Joanne D'Alcomo    jdalcomo@jagersmith.com

Seth E. Nesin    snesin@jagersmith.com

**3:05-cv-30246 Notice will not be electronically mailed to:**