# EXHIBIT J

1

```
 1        UNITED STATES DISTRICT COURT
 2     FOR THE DISTRICT OF MASSACHUSETTS
 3
 4            NO. 04-cv-30166-MAP
 5
 6
 7  CAROLYN MIREK
 8
 9
10  VS.
11
12
13  THE GUARDIAN LIFE INSURANCE
14  COMPANY OF AMERICA
15
16
17
18
19
20
21   PRE-TRIAL CONFERENCE HELD IN THE ABOVE-ENTITLED
22   MATTER BEFORE MAGISTRATE PONSOR, SITTING IN THE
23     UNITED STATES DISTRICT COURT, SPRINGFIELD,
24        MASSACHUSETTS, ON JANUARY 27, 2006
25
26
27
28
29
30
31
32  APPEARANCES:
33
34  JOANNE D'ALCOMO, ESQUIRE, Representing the Plaintiff
35
36  DAVID CREVIER, ESQUIRE, Representing the Defendant
```

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

1  required them to identify anything they wanted to do was the summary judgment

2  with respect to one defendant that they claim the plaintiff is not in privity with,

3  so I don't know what the Summary Judgment Motion is.

4  THE COURT: Okay.

5  MS. D'ALCOMO: So that's a brand new thing I've heard for the

6  first time today.

7  THE COURT: Okay.

8  MS. D'ALCOMO: The other thing, Your Honor, I would ask that

9  we try to sort out today that we at least ask the defendants to identify what

10  discovery they think they have to do in the other case?

11  THE COURT: No, I don't want to deal with the other case right

12  now today. I deliberately denied that motion to deal with them together, that's

13  something that can happen at a Rule 16 conference. Its seven after 5:00 here and

14  I really don't want to get into a different case.

15  I'm going to give you a schedule which will address the issues that you

16  have identified, that's the issue of the 05 case and its relationship to this case,

17  that's the issue of getting your discovery motions decided, and that's the issue of

18  giving the defendant an opportunity to file some sort of Motion for Summary

19  Judgment and I am going to give them an opportunity to do that and give you an

20  opportunity to oppose. I'm not picking on this case, I do that in every case. I

21  tend to wait until the pre-trial conference before I set a schedule for Summary

22  Judgment. The reason I do that is it gives counsel an opportunity to discuss

23  possible settlement before we get into sometimes what is sometimes an

24  expensive and time consuming effort.

959 MAIN STREET                                                                        (413) 733-4078
4TH FLOOR              PHILBIN & ASSOCIATES, INC.           Pittsfield: (413) 499-2231
SPRINGFIELD, MA 01103                                                                  FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

16

## CERTIFICATE OF SERVICE

I, Dianne M. Quinn, certified tape transcriber, do hereby certify that the attached transcript is a true and accurate transcription of the compact disc to the best of my knowledge and ability.

*Dianne M. Quinn*

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

**PHILBIN & ASSOCIATES, INC.**

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947