# EXHIBIT K

Jen Goncalves - Activity in Case 3:05-cv-30246-MAP Mirek v. The Guardian Life Insurance Company of America et al "Motion Hearing"

---

**From:** <ECFnotice@mad.uscourts.gov>
**To:** <CourtCopy@mad.uscourts.gov>
**Date:** 3/23/06 11:16AM
**Subject:** Activity in Case 3:05-cv-30246-MAP Mirek v. The Guardian Life Insurance Company of America et al "Motion Hearing"

---

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### United States District Court

### District of Massachusetts

Notice of Electronic Filing

The following transaction was received from French, Elizabeth entered on 3/23/2006 at 11:01 AM EST and filed on 3/22/2006

**Case Name:**       Mirek v. The Guardian Life Insurance Company of America et al
**Case Number:**     3:05-cv-30246
**Filer:**
**Document Number:**

**Docket Text:**
ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor : Motion Hearing held on 3/22/2006 re [2] MOTION to Consolidate Cases filed by Carolyn Mirek,, [3] MOTION to Dismiss *Plaintiff's Duplicate Complaint and To Hold Plaintiff In Contempt* filed by The Guardian Life Insurance Company of America,, Berkshire Life Insurance Company of America,, [7] MOTION for Reconsideration re [3] MOTION to Dismiss *Plaintiff's Duplicate Complaint and To Hold Plaintiff In Contempt* filed by The Guardian Life Insurance Company of America,, Berkshire Life Insurance Company of America,. (Court Reporter Alice Moran.) (French, Elizabeth)

The following document(s) are associated with this transaction:

**3:05-cv-30246 Notice will be electronically mailed to:**

David B. Crevier    dcrevier@crevierandryan.com, jgoncalves@crevierandryan.com

Joanne D'Alcomo    jdalcomo@jagersmith.com, gsuk@jagersmith.com; pjones@jagersmith.com

Edward K. Kimball    edward_kimball@berkshirelife.com

Seth E. Nesin    snesin@jagersmith.com

**3:05-cv-30246 Notice will not be electronically mailed to:**