# EXHIBIT L

## David Crevier - Activity in Case 3:05-cv-30246-MAP Mirek v. The Guardian Life Insurance Company of America et al "Scheduling Order"

**From:** <ECFnotice@mad.uscourts.gov>
**To:** <CourtCopy@mad.uscourts.gov>
**Date:** 3/23/06 4:11PM
**Subject:** Activity in Case 3:05-cv-30246-MAP Mirek v. The Guardian Life Insurance Company of America et al "Scheduling Order"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### United States District Court

### District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Lindsay, Maurice entered on 3/23/2006 at 3:48 PM EST and filed on 3/23/2006

**Case Name:** Mirek v. The Guardian Life Insurance Company of America et al
**Case Number:** 3:05-cv-30246
**Filer:**
**Document Number:** 19

**Docket Text:**
Judge Michael A Ponsor : PRETRIAL SCHEDULING ORDER entered: As follows; All auto discovery to be completed by 4/7/2006, all non-expert depositions due 8/31/06, all interrogatories due 5/1/06, Ptf's Rule 26 Meeting Report due 8/31/06 and Dft's rule 26 due by 9/30/2006, all expert depositions due 11/15/06 and a Final Pretrial Conference is set for 11/21/2006 at 2:00 PM in Courtroom 1 before Judge Michael A Ponsor. See the attached schedule order for complete details. cc/cl(Lindsay, Maurice)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1029851931 [Date=3/23/2006] [FileNumber=1362139-0
] [50f2726c06541c28b46093fc76391127bdb62d11b1253e865eb8306b4f441ee7c05
c45b11f71c3c7105e7575f48156001219831fec40af34e8cc7478ad78a7c4]]

**3:05-cv-30246 Notice will be electronically mailed to:**

David B. Crevier    dcrevier@crevierandryan.com, jgoncalves@crevierandryan.com

Joanne D'Alcomo    jdalcomo@jagersmith.com, gsuk@jagersmith.com; pjones@jagersmith.com

Edward K. Kimball    edward_kimball@berkshirelife.com

Seth E. Nesin    snesin@jagersmith.com

**3:05-cv-30246 Notice will not be electronically mailed to:**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CAROLYN MIREK,                          )
    Plaintiff                           )
                                        )
    v.                                  ) CIVIL ACTION NO. 05-30246-MAP
                                        )
THE GUARDIAN LIFE INSURANCE             )
COMPANY OF AMERICA, ET AL.,             )
    Defendants                          )

PRETRIAL SCHEDULING ORDER

March 23, 2006

PONSOR, D.J.

    Counsel appeared for argument on Defendants' Motion for Reconsideration (Docket No. 7), and for a pretrial scheduling conference pursuant to Fed. R. Civ. P. 16, on March 22, 2006. At that time, the court indicated that it would deny the Motion for Reconsideration.

    Based on counsel's representations, the court orders as follows:

    1. Defendants will file their answer to the complaint by April 3, 2006.

    2. All automatic discovery will be exchanged by April 7, 2006.

    3. All interrogatories and requests for production will be served by May 1, 2006.

    4. All non-expert depositions will be completed by August 31, 2006.

    5. Plaintiff will convey to Defendants a report as

required by Fed. R. Civ. P. 26(a)(2), regarding any expert whose opinion will be offered at trial, no later than August 31, 2006.

6. Defendants' Rule 26(a)(2) report will be conveyed by September 30, 2006.

7. All expert depositions will be completed and discovery will close on November 15, 2006.

8. Counsel will appear again before this court for a final pretrial conference on November 21, 2006 at 2:00 p.m. At least five (5) days prior to the conference, counsel will file final pretrial memoranda in accordance with the attached order. <u>Please note:</u> failure to file a final pretrial memorandum as ordered may result in default or dismissal. At the time counsel appear, the court will address the issue of dispositive motions, and the status of a related earlier-filed case.

9. All discovery described above will be subject to the following condition: the discovery taken in <u>Mirek v. The Guardian Life Insurance Company of America, et al</u>, C.A. 04-30166, will be treated as taken in this case, and no party will duplicate in this case the discovery taken in this earlier case.

10. As the court emphasized at the conference, the personal, overly vituperative tone taken by counsel for both sides in the written submissions in this case evidences a lack of professionalism. Counsel are admonished to bend over backwards to treat each other with courtesy and to insure that all written submissions address the objective issues and avoid personal attack.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge