# Exhibit B

## Page 1

```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS


CAROLYN MIREK,                    )
         Plaintiff                )   CIVIL ACTION NO.
                                  )   04-30166-MAP
VS.                               )
                                  )
THE GUARDIAN LIFE INSURANCE       )
COMPANY OF AMERICA and            )
BERKSHIRE LIFE INSURANCE          )   MARCH 24, 2006
COMPANY OF AMERICA,               )
         Defendants               )
                                  )


     DEPOSITION OF: L. CHRISTINE OLIVER, M.D., MPH, MS,
     taken before Laurie A. Monaghan, Certified Shorthand
     Reporter, Registered Professional Reporter and
     Notary Public, pursuant to Rule 30 of the Federal
     Rules of Civil Procedure, at the Law Offices of
     Crevier & Ryan, LLP, 1500 Main Street, Suite 2020,
     Springfield, Massachusetts, on March 24, 2006,
     commencing at 10:20 a.m.




APPEARANCES:

  (SEE PAGE 2)




                    Laurie A. Monaghan
                 Certified Shorthand Reporter
```

## Page 2

APPEARANCES:

JAGER SMITH, P.C., One Financial Center, Boston, Massachusetts, 02111, representing the Plaintiff.
BY: SETH NESIN, ESQUIRE

CREVIER & RYAN, LLP, 1500 Main Street, Suite 2020, Springfield, Massachusetts, 01115-5727, representing the Defendants.
BY: DAVID B. CREVIER, ESQUIRE

## Page 3

INDEX

| WITNESS | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|

L. Christine Oliver, M.D.   6*

*By Mr. Crevier

| EXHIBITS: | DESCRIPTION | PAGE |
|---|---|---|
| Defendant's 1 | Deposition Notice | 8 |
| Defendant's 2 | Curriculum Vitae | 9 |
| Defendant's 3 | Report | 42 |
| Defendant's 4 | Letter | 49 |
| Defendant's 5 | Deposition Transcript | 56 |
| Defendant's 6 | Documentation | 57 |
| Defendant's 7 | Occupation Description | 107 |
| Defendant's 8 | Newsletter | 128 |
| Defendant's 9 | Dental Product List | 146 |
| Defendant's 10 | Journal Article | 148 |
| Defendant's 11 | Article | 157 |
| Defendant's 12 | Article | 162 |
| Defendant's 13 | Benco Catalog Excerpt | 167 |
| Defendant's 14 | Letter | 197 |
| Defendant's 15 | Report of Dr. Garb | 206 |
| Defendant's 16 | Report of Dr. Weiss | 212 |

(Exhibits retained by Counsel)

## Page 4

STIPULATIONS

It is agreed by and between the parties that all objections, except as to the form of the question, are reserved to be raised at the time of trial for the first time.

It is further agreed by and between the parties that all motions to strike unresponsive answers are also reserved to be raised at the time of trial for the first time.

It is also agreed that the deponent will read and sign the deposition, and waive the sealing of the deposition.

It is further agreed by and between the parties that notification to all parties of the receipt of the original deposition transcript is also hereby waived.

******

Page 145

1 free dental products relative to their counterparts that
2 contain latex?
3   A. No, I don't.
4   Q. So, you don't know what the cost differential
5 is?
6   A. Well, I believe that nonlatex containing gloves
7 are more expensive than powdered latex gloves, for
8 example. There was some discussion of this in the
9 articles by Hunt, and at the outset -- well, with regard
10 to gloves, the nonlatex containing gloves are more
11 expensive. With regard to nonlatex containing -- other
12 nonlatex containing items that might be used in a dental
13 practice, I don't know whether the nonlatex products are
14 more expensive than the latex products.
15   Q. So, the answer to the question is you think that
16 latex free gloves may be more expensive, and that's all
17 you know?
18   A. Well, it's not just that I think. There is
19 evidence in the literature that nonlatex containing gloves
20 are more expensive.
21   Q. What was the time frame in which that literature
22 was published, do you know?
23   A. The late 1900s -- I mean, the late 1990s.

Page 146

1   Q. So, do you have any information on which you can
2 -- do you know what the cost differential is between
3 latex free gloves and latex containing gloves today?
4   A. I don't know what the cost differential is
5 today, no.
6   Q. Do you know if there even is one?
7   A. Not with certainty.
8   Q. Do you know what the cost differential is
9 between any other latex containing dental products versus
10 their latex free counterparts?
11   A. I think I just testified to that. No.
12   Q. Did you do any research of the cost differential
13 as part of the creation of your opinion in this case?
14   A. No.
15     MR. CREVIER: Can I please have this marked
16     as Deposition Exhibit number 9.
17       (Defendant's Exhibit 9, Dental Product
18       List, is marked for identification).
19   Q. (By Mr. Crevier) Dr. Oliver, I'm handing you
20 what I've had marked as Deposition Exhibit number 9.
21 You've never seen this document before, have you?
22   A. No.
23   Q. I'll submit to you that it's a printout from the

Page 147

1 website of the American Latex Allergy Association. Are
2 you familiar with the American Latex Allergy Association?
3   A. No.
4   Q. Therein they have a latex free dental product
5 list. Have you ever attempted to determine whether any of
6 the products on Deposition Exhibit number 9 are available
7 for purchase by dentists in Connecticut?
8   A. No, I haven't.
9   Q. I'll draw your attention to the top of the
10 second page, where it talks about dental dams. It lists
11 two nonlatex dental dams. Did you ever conduct any
12 investigation to determine whether there were any nonlatex
13 dental dams?
14   A. I believe I testified to that earlier in this
15 deposition. No.
16   Q. Do you have any reason to believe that these
17 latex free dental products are, in fact, not latex free?
18   A. No.
19   Q. Do you know what the cost differential is
20 between these latex free dental products and latex
21 containing --
22   A. Again, I believe you have asked me that
23 question, and my answer was and is no.

Page 148

1     MR. CREVIER: Can I have this marked as
2     Exhibit 10.
3       (Defendant's Exhibit 10, Journal Article,
4       is marked for identification).
5   Q. (By Mr. Crevier) Dr. Oliver, I'm going to hand
6 you what I've had marked as Deposition Exhibit number 10.
7 Are you familiar with the Journal of Allergy and Clinical
8 Immunology?
9   A. Yes.
10   Q. Is this periodical authoritative?
11     MR. NESIN: Objection.
12     THE WITNESS: I would say that it is
13     generally. That doesn't mean that I agree with
14     everything that's in it, but yes, generally it
15     is.
16   Q. (By Mr. Crevier) All right. I'm going to draw
17 your attention to page S-131.
18   A. Okay.
19   Q. Drawing your attention to the bottom of the
20 right-hand column, Returning Employees to Work. And
21 therein it states that, "Generally, if the employer is
22 cooperative, almost every employee with a diagnosis of
23 NRL" -- NRL being natural rubber latex sensitivity --

2

```
 1                SIGNATURE PAGE - ERRATA SHEET

 2     I, the undersigned, L. CHRISTINE OLIVER, MD, MPH, MS, do
       hereby certify that I have read the foregoing transcript
 3     of my deposition given in the matter of CAROLYN MIREK vs.
       THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, ET AL, and
 4     that to the best of my knowledge said transcript is true
       and accurate, with the exception of the following
 5     corrections listed below:

 6     Pg #   Ln #     Change from              Change to

 7     105    9        "sphygmometers"          "sphygmomanometers"

 8     158    17       "nuance"                 "new onset"

 9     172    12       "can't ever"             "can avoid"

10     [illegible]     [illegible]              [illegible]

11     216    4        "NRC where"              "NRC when"

12     221    3        "protective"             "prospective"

13

14

...

22     DATE: 05/01/06     SIGNATURE: L. Christine Oliver, MD

23     LAM
```

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

**PHILBIN & ASSOCIATES, INC.**

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947