# EXHIBIT D

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN MIREK )<br>               Plaintiff, )<br>)<br>v.                                       )<br>)<br>THE GUARDIAN LIFE INSURANCE )<br>COMPANY OF AMERICA and BERKSHIRE )<br>LIFE INSURANCE COMPANY OF )<br>AMERICA, )<br>               Defendants. ) | 04-30166-MAP |

### AFFIDAVIT OF DANIEL M. SEGAL, D.M.D

I, Daniel M. Segal, D.M.D., swear and depose as follows:

1. I am self employed as a dentist in my office in South Windsor, Connecticut.

2. Approximately 8 years ago, I was diagnosed as having a latex allergy.

3. For approximately 7-8 years, I have attempted to limit latex exposure in my office. I currently do not suffer from any latex allergy symptoms given the precautions that we have taken in my office.

4. In September and October of 2001, there were no latex gloves being used in my dental office. Rather, we were utilizing Neo Pro Non Latex-Chloropene Gloves. Since that time, we have not used latex gloves in my office.

5. In September and October of 2001, we were not using latex prophy angles in my dental office. Rather, to the best of my knowledge, we were utilizing Oral Latex Free Prophy Angles. Since that time, we have not used latex prophy angles in my office.

6. In September and October of 2001, we were not using latex face masks in my dental office. Rather, to the best of my knowledge we were using Crosstex – Isolite face masks. Since that time, we have not used latex face masks in my office.

7. In addition to the fact that I have a latex allergy, I employ a clinical dental hygienist named Deborah Arslan who also has been diagnosed as having a latex allergy. Ms. Arslan previously had a severe reaction to fruits and vegetables requiring hospitalization. Ms. Arslan currently will break out in rashes and hives upon contacting latex. Despite her latex allergy, Ms. Arslan is able to work in my latex free office without suffering latex allergy symptoms given the precautions that we have taken.

8. On September 24, 2001, I received the attached resume of Carolyn Mirek, in which Ms. Mirek indicated that she was seeking to "Obtain a rewarding career in clinical dental hygiene."

9. At that time, I was in the process of seeking to hire a clinical dental hygienist.

10. During late September/early October 2001, I interviewed Ms. Mirek with respect to the open clinical hygienist position.

11. Ms. Mirek was a very strong candidate for the open clinical hygienist position. I would have offered her the position, but at the interview she informed me of her salary demands which were more than I was paying the other hygienists in my office.

12. Had Ms. Mirek not informed me of her salary demands, I would have offered her the dental hygienist position at a rate of $29.15/hr. Ultimately, I hired a person for the position at a rate of $27/hr.

Signed under the pains and penalties of perjury this ~~C7~~ day of September, 2005.

_____
Daniel M. Segal, D.M.D.

# CAROLYN T. MIREK

48 Sele Drive
South Windsor, CT 06074
Email: Romwill@aol.com  Fax: (860) 644-6391

Home (860) 644-9604
Work (860) 644-6391

## CAREER OBJECTIVE

Obtain a rewarding career in clinical dental hygiene.

## QUALIFICATIONS SUMMARY

A highly creative, goal oriented professional with solid leadership and marketing experience. Demonstrated experience in marketing products, services and prescriptions and educating clients, healthcare providers and doctors. Highly organized with the ability to manage multiple projects and meet deadlines. A strong work ethic combined with a commitment to excellence in all projects undertaken. A team player working effectively with clinical staff, doctors, management and sales personnel in accomplishing objectives. Excellent communication and presentation skills. Computer literate.

## PROFESSIONAL EXPERIENCE

UP & AWAY WINDOW TREATMENTS – South Windsor, CT                     1994- Present
*Owner*
Created and manage a personalized service company which designs, fabricates and installs custom-made window treatments, draperies, upholstery and awnings. Supervise in-house design agency involved in the creation and production of direct mail advertising. Schedule consultations at home or business locations to measure, advise, market and sell window treatments. Responsible for coordinating production and installation of fabricated products.

DR. ROBERT N. BURSTEIN, D.D.S. - (purchased Dr. Mark's practice) - South Windsor, CT     1994 - Present
*Registered Dental Hygienist*
Responsibilities include: Periodontal screening, charting, treatment planning and patient education. Scaling and root planing, polishing, periodontal re-evaluations and determining needs for supportive maintenance or surgical intervention. Updating patient records: health histories and reviewing medications at each recall and determining need for dental radiographs. Exposing and processing radiographs, placing sealants, delivering subgingival antibiotics and providing dental and nutrition education and preventive homecare instruction as well as dispensing and prescribing topical fluorides and other pharmaceutical products. Additional responsibilities include sales of bruxism appliances, athletic mouthguards and tooth whitening on a commission basis. Manager of the hygiene department.

BRIAN MARK, D.M.D.- South Windsor, CT                               1990 - 1994
*Registered Dental Hygienist*
Devised the dental hygiene program for new office. Worked with the doctor utilizing laser techniques for periodontal therapies and monitored nitrous oxide sedation. Utilized the Prophy-Jet air polishing system and subgingival irrigation therapies. Same responsibilities as above.

MARY KAY COSMETICS – South Windsor, CT                              1985- 1994
*Independent Sales Consultant*
Managed multi-level cosmetics sales business through networking. Coordinated skin care and glamour classes to market and sell customized skin care products and cosmetics to clients. Implemented direct mail advertising to maintain customer base and generate sales.

COSMETIC AND GENERAL DENTISTRY ASSOCIATES, PC - Bloomfield, CT      1991 - 1997
DR. PETER GASSNER AND DR. GERARD GRAHAM
*Registered Dental Hygienist*
Provided dental hygiene services and implemented a soft tissue management program in a multi-doctor dental practice. Participated in weekly Quest staff meetings, kept track of personal production, and utilized hygiene assistants to maximize productivity and reduce stress in the dental workplace.

DR. JEAN AMARA, D.M.D., MScD -Wethersfield, CT — 1987-1990
*Registered Dental Hygienist*

DR. JOSEPH SHINN, D.D.S.- Vernon, CT — 1985-1986
*Registered Dental Hygienist*

JEFFREY D. ALTMAN, D.D.S.- East Hartford, CT — 1985-1992
*Registered Dental Hygienist*

DR. JEFFREY D. McKINLEY D.D.S.- Hudson, OH — 1984-1985
*Registered Dental Hygienist*

DR. JAMES F. YONNALLY, D.D.S., INC.- Hudson, OH — 1983-1985
*Registered Dental Hygienist*

## EDUCATION

**NORTHEASTERN UNIVERSITY** – Boston, MA
COLLEGE OF PHARMACY AND ALLIED HEALTH PROFESSIONS
Associate Degree in Science, 1983

**FORSYTH SCHOOL FOR DENTAL HYGIENISTS** - Boston, MA
Certificate in Dental Hygiene Science, 1983

## PROFESSIONAL ORGANIZATIONS

| | |
|---|---|
| 2000-2001 | HDHA Trustee to The Connecticut Dental Hygienists' Association |
| 1999-2000 | Corresponding Secretary for HDHA |
| 1999-Present | Window Fashions Certification Program Member |
| 1985-Present | Connecticut State Dental Hygiene Association - Hartford Chapter |
| 1983-Present | American Dental Hygienists' Association |

## REFERENCES

| | | |
|---|---|---|
| Emily Norman | Peter Guida, D.D.S. | Salvatore J. Squatrito, D.D.S. |
| TAP Pharmaceuticals | 469 Buckland Road | 360 Tolland Turnpike |
| 2355 Waukegan Road | South Windsor, CT 06074 | Manchester, CT 06040 |
| Deerfield, IL 60015 | (860) 644-2340 | (860) 646-1429 |
| (941) 850-0689 | | |