# EXHIBIT B

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN MIREK,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA and BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　Defendants. | Civil Action No. 04-30166-MAP<br><br>DEFENDANT BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA'S FIRST SET OF REQUESTS FOR INSPECTION AND PRODUCTION OF DOCUMENTS TO PLAINTIFF CAROLYN MIREK |

PROPOUNDING PARTY:    BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA

RESPONDING PARTY:    CAROLYN MIREK

SET NO.:    ONE (1)

TO PLAINTIFF CAROLYN MIREK AND TO HER ATTORNEYS OF RECORD:

Pursuant to Federal Rules of Civil Procedure 34, defendant Berkshire Life Insurance Company of America ("Berkshire"), hereby requests that plaintiff Carolyn Mirek ("Plaintiff"), identify, produce and permit the inspection and copying by or on behalf of Berkshire each of the documents or categories of documents requested.

The inspection and copying shall take place on April 29, 2005, at the law office of **Crevier & Ryan LLP**, at **1500 Main Street, Suite 2020, Springfield, MA  01115-5727.** Alternatively, Plaintiff may produce authentic and complete copies of the requested documents by delivering them to the office of **Crevier & Ryan LLP**, located at **1500**

**REQUEST NO. 4**:

Please produce any and all licenses, registrations, degrees, and/or certificates held by you in effect at any time from January 1, 2000 through the present.

**REQUEST NO. 5**:

Please produce your personal state and federal income tax returns, whether filed individually or jointly, including any drafts, attachments and/or schedules, for each year from 1999 through the present.

**REQUEST NO. 6**:

Please produce any and all documents, writings, records, and/or correspondence including, but not limited to, handwritten notes, telephone notes, requests, memoranda, electronic messages, claim forms, and/or other documents, reflecting, constituting, memorializing and/or evidencing any communications between you (or anyone acting on your behalf) and any entity(ies) other than Berkshire, to whom you have applied for or from whom you have sought disability benefits, including but not limited to the Social Security Administration, state disability provider, worker's compensation carrier, disability insurer and/or any other source of benefits, from January 1, 2000 through the present.

**REQUEST NO. 7**:

Please produce any and all documents, writings, records, and/or correspondence including, but not limited to, handwritten notes, telephone notes, requests, memoranda, electronic messages, and/or other documents, reflecting, constituting, memorializing and/or evidencing any communications between you and Berkshire and/or Guardian.

Respectfully Submitted,
Defendant Berkshire Life Insurance
Company of America

By:

CREVIER & RYAN LLP

_____
David B. Crevier, Bar No. 557242
1500 Main Street, Suite 2020
Springfield, MA 01115-5727
Tel: 413-787-2400
Facsimile: 413-781-8235
Email: dcrevier@crevierandryan.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served upon Plaintiff's counsel by in-hand service on this 28 day of March 2005.

_____

15