# EXHIBIT B

# Addendum to Report on

**Carolyn Mirek**
**File No. 55549**
**Claim No. 437003 - Policy No. G723670**
**March 12, 2005**

**December 14, 2005**

**James R. Garb, M.D.**

This addendum is submitted as a supplement to my report dated March 12, 2005 in the matter of Carolyn Mirek v. Guardian Life Insurance Company of America and Berkshire Life Insurance Company of America. The two questions being asked at this time are in regard to 1) the availability of alternatives to latex products used in dentistry and 2) information on dental practices in northern Connecticut and south western Massachusetts that practice latex safe or latex free dentistry.

1) There is a wide array of non-latex products available for general dentistry. These include exam gloves and surgical gloves made of nitrile or other non-latex materials, prophy cups, anesthetic cartridges, instrument grips, evacuator tips, fluoride gel trays, bite wing tabs, dental dams, mixing bowls, bite blocks, impression material, syringes, bulbs on medication droppers, airway masks, blood pressure cuffs, ambu bags, anesthesia bags, tubing and bellows. There is no latex free form of gutta percha, a material used in root canals. There are, however, alternative endodontic materials that can be used in the form of glass ionomers or calcium oxide. References for some of these items are attached. Examples of other non-latex products for use in dental practice include but are not limited to:

Gloves
    N-Dex nitrile gloves, BEST Manufacturing
    Elastyren copolymer gloves, ECO Medical Technologies
    Safeskin nitrile gloves, Kimberly-Clark – Safeskin, Inc.
    Duraprene Triflex & Esteem Exam Gloves, Cardinal Health
    Biogel Neotech neoprene gloves, Regent

Amalgam Carriers: Nulon Tips, Arnel Inc.

Anesthetic cartridges
    Ultracaine D-S and Ultlracaine forte, HansaMed
    Misc. Glass Ampule Anesthetics, Abbott Laboratories
    Bipivicaine, Lidocaine HCL, Xylocaine (glass ampules), Astra Ceneca
    Lidocaine with Epinephrine 1:100,000, Wyeth-Ayerst Laboratories

Anesthetic & Oxygen Systems
    Flexible & Traditional latex-free face mask & general anesthesia systems (neoprene), Vital Signs
    Personal Inhaler Plus (silicone inhaler hood), Accutron
    General Anesthesia Systems (neoprene), Datex- Ohmeda
    Latex-free nasal cannula, Salvin Dental Specialties

Artificial Resuscitator: Ambu Adult Silicone Resuscitator, Keomed

Bandages & Tapes
    Non-latex bandages, Curad Sensitive Skin and Plastic Bandages, Curad
    Latex-Free Skin Adhesives, Mastisol
    Hy-Tape Latex-Free Tape, Hy-Tape International

Blood Pressure Cuffs
Cleen Cuff (nylon), Vital Signs
Dinamap (Latex-Free), Critikon

Dental Dams
Latex-Free Insti-Dam, Zirc Company
Nitrile Dental Dam, Hygienic Corporation
Dental Dam Clamp with Latex-Free Rubber Mini Dental Dam, Dent Corporation

Face Masks & Protective Eyeware
Isofluid Face Mask * Ultrasensitive Mask, Crosstex
Kimberly Clark Fluid shield Procedure Mask, Kimberly-Clark Healthcare

Instrument Bands
Clive Craig Code Rings, Dux Dental
Silicon Code Rings, Pulp Dental

Impression Materials & Model Formers
Jeltrate Plus (Alginate), Dentsply
Impregum F or Permadyne & Express, 3M ESPE
Alfa Triple Tray (Alginate system), Premier
Blu-Mousse (vinyl polysiloxane), Parkell

Medication Dropper Bulbs
Synthetic Rubber Dropper Bulbs (neoprene), Lang Dental

Mixing Bowls
FlexForm Silicone Mixing Bowls, Bolten Dental Manufacturing
Silicone Mixing Bowls, Pulp Dent

Mouth Props, Bite Blocks, Bitewing Tabs, & Loops
Silicone Mouth Props, Patterson Dental Company
E-Z Styrofoam Mouth Props & Paper Bite Wing Loops, Densply Rinn Corp.

Prophylaxis Angles & Cups
Latex-Free Prophy Angles and Cups, All Pro Dental
Latex-Free Prophy Cups * Brushes, Denticator

Retraction Bands (dental elastic & Ligature bands)
ELF Elastic & Sani-Ties (polyurethane), GAC
Latex-Free O-Rings & Chain Elastic, Ormco

Stethoscope: Scope Coat * Littman Single Head Latex-Free Stethoscope (PVC), 3M-Littman

Suction Tips & Saliva Ejectors
Surg-O-Vac (polypropylene), Young Dental Manufacturing
Silicone Tip Saliva Ejector, Pulp Dent
Flexo – Saliva Ejector (coralite plastic, HJ Bosworth

Surgical Wound Drains
Suction Wound Drain (latex-free), Microtek Medical, Inc.

Syringes
Norm-Ject (latex-free), Air-Tite
TERUMO Dental Needles * Syringes, Terumo Medical
Latex-Free BD Syringes, Becton Dickinson & Company

Tubing (water & air)
Tygon LR-40 (biocompatible plastic tubing), Saint-Gobain

X-Ray Film Holders
Plastic Foam X-Ray Film Holding Tabs, Microcopy/New Line Medical & Dental

The introduction of these and other alternatives to latex dental products and gloves has enabled dentists and their staffs to avoid using latex in their work. I would reiterate that the most significant source of latex exposure in dentistry is from the use of powdered latex gloves. The use of non-latex gloves such as nitrile or neoprene is the single most important measure to protect both patients and staff from exposure to latex.

2) There are dentists practicing in the northern Connecticut and south western Massachusetts area who have latex-free offices. This list includes the following dental practices, but is not intended to be all-inclusive:

Mark Haselkorn DMD 103 Van Deene Ave, West Springfield, MA

Dr. Haselkorn is using no latex products in his practice. Everything is non-latex. He himself is allergic to latex, as is one of his staff. He would have no trouble accommodating a latex-allergic employee.

David Segal, DMD 1050 Sullivan Ave, South Windsor, CT

Dr. Segal's office has stopped using latex and is latex-free. They use all non-latex gloves. All other equipment is latex-free as well. He would have no trouble accommodating a latex-allergic employee.

Robert Bird, DMD 60 Church St, Canaan, CT

Dr. Bird stopped using latex several years ago. He assumes every patient is allergic to latex, and uses no latex products in his practice. His practice is latex-free. He is allergic to latex and would have no trouble accommodating a latex-allergic employee.

Pediatric Dentistry Associates LLC 991 State Street, New Haven, CT

This practice is latex-free. They use all non-latex products. They would have no trouble accommodating a latex-allergic employee.

Raymond Wise, DMD 31 Park Plaza, Lee MA

They use only nitrile or vinyl gloves and all dental equipment is latex-free. They have patients with latex allergies who travel from long distances to be seen there. They could easily accommodate a latex-allergic employee.

**77 Winterberry Lane**
**Florence, MA 01062**
**(413) 586-6531**

**CURRICULUM VITAE**

## EDUCATION & TRAINING:

**B.A. cum laude** — Brandeis University, Waltham, MA 1969

**M.D.** — University of Pennsylvania, Philadelphia, PA 1973

**Residency, Internal Medicine** — Medical Center of Western Mass., Springfield, MA 1973-76

## LICENSE:

Massachusetts No. 37181

## CERTIFICATION:

American Board of Internal Medicine
June 16, 1976

American Board of Preventive Medicine, certification in Occupational Medicine
January 16, 1995

Certified Medical Review Officer
MROCC, February 19, 2002

## EXPERIENCE:

**Medical Director, Business & Health, Mary Lane Hospital,** *an affiliate of Baystate Health System* — June 2001 - present

Responsibilities include overseeing a clinic that provides occupational health services to about 180 local companies, as well as Mary Lane Hospital employees; perform MRO duties.

**Director, Occupational Health and Safety, Baystate Health Systems** — December 1994 - present

Responsibilities include overseeing a staff of 17 that provides comprehensive Occupational Health services to a 3 hospital, 65 site health care system with an employee population of over 9,400.

Program development and implementation has included Hearing Conservation, Respiratory Protection, Indoor Air Quality, Ergonomics, Substance Abuse, Latex Allergy and Hazardous Drug Safety, and Wellness. Areas of expertise include Workers' Compensation, management of back injuries and cumulative trauma disorders, the Americans with Disabilities Act, FMLA, the OSHA Bloodborne Pathogen Standard, and CDC Tuberculosis control guidelines. Training program development includes Back Injury Prevention, Ergonomics and TB Respiratory Protection. Chair Latex Allergy Task Force, Ergonomics Committee.

Services provided by the Department include pre-placement and periodic physical examinations, treatment of work-related injuries and illnesses including case management, and various safety and surveillance programs.

**Director, Employee Health Service, Baystate Medical Center** — September 1988 - November 1994

Responsibilities similar to above, but for one Medical Center with 5,000 employees.

**Health Service Physician, Baystate Medical Center** — September 1985 - August 1988

Responsibilities included treating work-related injuries and illnesses, performing physical examinations, supervising the clinic and developing a Cytotoxic Drug Safety program and a Wellness Program, including planning the construction of an in-house Fitness Center.

**Consulting Experience** — 1992 - Present

Provide consultation to businesses and insurers regarding Workers' Compensation case management.

Provide comprehensive evaluations of hospital employee health services

Ergonomics consultations

Medical disability case review for a variety of insurance clients.

Editorial Advisor, *Hospital Employee Health* newsletter, January 2004 – present

**Private Practice of Internal Medicine, Springfield MA** — July 1976 - August 1985

## APPOINTMENTS:

Assistant Clinical Professor of Medicine, Tufts University School of Medicine 1986 - Present

Clinical Instructor Tufts University School of Medicine 1977 - 1986

## HOSPITAL AFFILIATIONS:

Baystate Medical Center, Springfield, MA
Franklin Medical Center, Greenfield, MA
Mary Lane Hospital, Ware, MA

## PROFESSIONAL ORGANIZATION:

American College of Occupational and Environmental Medicine

## PUBLICATIONS:

1. Garb JR and Stunkard AJ, The Effectiveness of a Self-Help Group in Obesity Control: A re-assessment, Archives of Internal Medicine, 134:716, October 1974.
2. Garb JL, Garb JR, and Stunkard AJ, "Social Factors and Obesity in Navajo Indian Children", in Recent Advances in Obesity Research:I , A. Howard, Ed., Newman Publishing LTD, London, 1975, p 37.
3. Garb JL, Brown RB, Garb JR, and Tuthill RW, Differences in Etiology of Pneumonias in Nursing Home and Community Patients, JAMA, 240:2169, November, 1978.
4. Garb JR, Hospital Sharps-Disposal System, Journal of Occupational Medicine (letter), 1993, 35:313.
5. Garb JR, Dockery CA, Reducing Employee Back Injuries in the Operating Room: An Ergonomic Approach, AORN Journal, 61:6;1046-1052, June 1995.
6. Garb JR, Managing Body Substance Exposures, Nursing 96, 26-27, January, 1996.
7. Garb JR, A One Year Study of Occupational HIV Post-Exposure Prophylaxis, J Occ Env Med, 2002;44(3):265-270.

## PRESENTATIONS:

1. Viral Hepatitis; Topics in Infection Control Symposium, Springfield, MA, April 22, 1987
2. AIDS: Occupational Risks and Risk Reduction; Massachusetts Hospital Association, Northampton, MA, October 16, 1990
3. HIV Positive Needle Stick Injuries at a Large Community Hospital; Association for Practitioners of Infection Control, Nashville, TN, May 8, 1991
4. Health Concerns in the Data Processing Field; Mid Range Computer Users' Group, Stockbridge, MA, May 8, 1992
5. Cumulative Trauma Disorders; Clerical Resource Council, Baystate Medical Center, Springfield, MA, April 23, 1993
6. Developing a Hospital TB Respirator Program; Massachusetts Hospital Association: Hospital Tuberculosis Prevention and Control Briefing, Burlington, MA, May 4, 1994.
7. HIV Post-Exposure Prophylaxis: One Year's Experience in a Large Medical Center, Frontline Health Care Worker Safety Conference, Washington, DC, August 8, 2000.

8. Managing an Ergonomics Program, Connecticut Chapter of the Academy of Certified Hazardous Materials Managers, West Hartford CT, September 15, 2000.

9. Managing the Injured Worker, Safety Council of Western New England, Ware, MA, April 10, 2003.

---

My compensation for case reviews is $250 per hour and for testimony $500 per hour.

Other trial or deposition testimony provided in the past four years:

Eric Jeffries v. Mass Casualty Insurance Co.
Deposition testimony March 24, 2004
Springfield, MA

James R. Garb, MD

12/14/05
Date

Mirek Addendum.doc
12/05




## Traditional Web Prophy Cup

Young's most popular selling prophy cup. Divided webbed interior provides a fast and effective cleaning.

[Back To Catalog Index] [View Product Details]

## Turbo Prophy Cup

Patented curved rib interior is designed to reduce splatter by pulling the paste back into the cup while still allowing the cup to flex and follow tooth contours. This provides maximum surface contact for an effective cleaning.

[Back To Catalog Index] [View Product Details]

## Turbo Plus Prophy Cup

Patented design combines the superior splatter reduction of the Turbo Cup with the fast and effective cleaning of the popular webbed divided interior.

[Back To Catalog Index] [View Product Details]

## Young Junior Prophy Cup

The Young Junior Cup is a 2mm ***shorter*** version of the webbed cup. It is ideal for children and adult patients with small mouths.

[Back To Catalog Index] [View Product Details]

## Ribbed Prophy Cup

Ribbed interior design allows cup to flex and follow tooth contours providing maximum surface contact for an effective cleaning.

[Back To Catalog Index] [View Product Details]

## Ribbed Midget Prophy Cup

This smaller diameter version of the standard Young's Ribbed Prophy Cup is excellent


for cleaning irregular lower anteriors and primary teeth or around orthodontic appliances and implants.

[Back To Catalog Index] [View Product Details]

## Pointed Polisher


This pointed soft, flexible, ribbed polisher is recommended for cleaning interproximal surfaces and other hard to reach surfaces around orthodontic appliances and implants.

[Back To Catalog Index] [View Product Details]

## Petite Web LF Prophy Cup


The Petite Web LF Short prophy cup is our new ultra short, latex free design. This cup provides fast, efficient cleaning in a cup half as long as our original webbed cup. The Petite Web LF cup allows for better acces in hard to reach places while maintaining the paste-holding capacity and the performance you expect from Young.

[Back To Catalog Index] [View Product Details]

## Traditional Web LF Prophy Cup


The webbed latex free prophy cup provides fast efficent cleaning without the latex found in regular rubber cups. Even though it is latex free, this cup still maintains the performance of our traditional webbed cup.

[Back To Catalog Index] [View Product Details]

Back to Top

Home | About | Catalog | Sample Request Form | Contact | MSDS | Feedback

Copyright © 1998-2003. All Rights Reserved.

LATEX FREE DENTAL ANESTHETIC CARTRIDGES:

During the summer of 2005 Septodont begun producing all of our local anesthetics using 100% latex free enclosures. The change over to latex free components will alter the look of the products.

The first change you will notice involve the color of the stoppers used in the cartridges. All stoppers produced by Septodont and Novocol Pharmaceutical of Canada will have a grey color. This is the natural color of Isoprene (synthetic) rubber. This further reduces the risk of possible latex and dye allergies from the stoppers.

The second change will involve the cap color. There are a variety of cap colors used in our Novocol facility and with this change to latex free all caps will switch to gold.

The only color designator on the cartridge will be the color band near the stopper end of the cartridge. The color band will increase slightly in width and the colors will correspond to the suggested industry standards as presented by the ADA.

The final change will involve the labeling of the cartridge and retail box. Both will show 1.7 mL as the volume, with a 0.1 mL overage. This change was requested by regulatory agencies once we started utilizing **terminal sterilization (TS)** as part of our production process. The actual delivered volume is 1.8 mL as determined by quality assurance testing of finished goods.

www.Septodontusa.com

 

CONSUMER PRODUCTS

Products Instructions for use Clinical information Press informat

# Chub-Eze Instrument Grips

**MOUTHWASH & GEL**
Gengigel
Natural Dentist

**TOOTHBRUSHES & IRRIGATORS**
Interplak
Powerfloss

**INTERDENTAL CLEANERS**
Sulcabrush

**CHECKOUT**

**ABOUT US**
**NEWS**
**HOME**

Chub-Eze is the latest product to be introduced to reduce hand fatigue and Carpal Tunnel pain that can occur through daily use of your dental instruments.

They are easily applied to any instrument in your surgery by using alcohol to slide them over the handle, therefore increasing the diameter of your handles by 12.5mm - that's ½ inch bigger all round!

Why use CHUB-EZE

- Reduced Risk of Carpal Tunnel Damage
- Reduced Daily Hand Fatigue
- Chemiclave, Statim, and Autoclave Sterilisable ON THE INSTRUMENT
- Latex Free
- Fit Most Instruments
- Non-slip Grip
- Durable Silicone Construction
- Increased Instrument Control
- Enhanced Tactile Sensitivity and Lateral Pressure
- Ideal for Permanent Colour-Coding
- Easy Application
- Increased Career Longevity
- 9 Colours
- Decreased workmans' compensation claims

## Chub-Eze

| *Code* | *Description* | *Units per pack* | *Price (inc.VAT)* |
|---|---|---|---|

To submit your order, and to change the order quantities or remove items, please click here or select the checkout option in the menu.

## HOSPITAL AND DENTAL SUPPLIES

Disinfectants, Hand Care & Wipes
Bracket Tray & Head Rest Covers
Gloves
Dental & Oral Accessories
Towels

HOME
Contact Us
Catalog

View products
Get Quote

**View products**
Get Quote

News

© 2005 TLI

### Disinfectants, hand care and wipes

**EcoTru® Professional** is the only hospital-grade disinfectant that has surpassed industry safety standards and does not require U.S. EPA handling, warning or precautionary statements. Many institutions including the Stanford University School of Medicine, UC San Francisco School of Dentistry and the University of Connecticut - School of Dentistry value EcoTru® Professional because it is fast, effective and without adverse effects to patients, personnel, equipment or environment.

**Features:** Kills TB, HIV, HEP B and HEP C in five minutes. Non-corrosive, clean and disinfect with one product. Requires no protective clothing. EPA registered for food contact surfaces. Non-alcohol based product, will not distort impressions, ready to use.

---

**Sanitex Plus ® Spray** is a unique synergized, dual chain quaternary/alcohol broad spectrum germicidal solution that functions as a hospital strength disinfectant, one-step cleaner and deodorizer on all environmental surfaces and as an immersion disinfectant for non-critical instruments for no more than 10 minutes.

**Features:** Kills Hep B in 3 Minutes. Kills Canine parvovirus in 5 Minutes. Kills TB in 6 Minutes. Kills HIV-1 in 30 seconds. Non-Toxic, Non-Irritating, Non-Caustic. Ready to use. Unique, Anti-Corrosion Formulation - Neutral pH Solution . EPA Registered. Meets all OSHA Test Protocols
Fresh Lemon Scent. Isopropyl Alcohol - 21%

---

**CrossZyme®** is a concentrated Enzyme Ultrasonic Cleaner which contains biodegradable, phosphate free, chloride free components to enhance the removal of blood and proteinaceous body fluids. Promotes effective cleaning and easy rinsing over a wide range of concentrations and temperatures.

**Features:** Contains Enzymes: Biodegradable, phosphate free, chloride free components. All Neutral pH Formula: Will not harm instruments, including endoscopes. Safe for use on plastics, stainless steel, glass and aluminum.
Balanced Detergent System: Promotes effective cleaning

## *Ejectors*

### Saliva Ejectors

The highest quality saliva ejectors available today. Manufactured in both Italy and Sweden, these saliva ejectors provide optimal suction without aspirating tissue. The unique, wire-reinforced tube is easily shaped to maintain any desired configuration. The soft, non-removable smooth tip is bonded to the tube to assure patient safety. Latex free.

---

### Free Form Saliva Ejectors

Made from biodegradable ethylene-based plastic, this environmentally friendly product is a combination saliva ejector and a tongue retractor. The unique coil design is adjustable, providing unsurpassed patient comfort and ensuring smooth, non-clogging operation. Smooth edges eliminate irrigation. Ideal for patients with sensitive tissue. Latex free.

---

## *Evacuator Tips*

### Combo-Tip® Premium

Designed by dentists and hygienists, Combo-Tip evacuator tips boast a unique design that incorporates the features most requested by dental professionals:

- Vented and Non-Vented Ends on the Same Evacuator Tip
- Unique "S" Tip for Maximum Patient Comfort
- No Sharp Edges
- Economical and Easy-to-Use
- Latex Free
- Made in USA

---

### Combo-Tip® Bender

Configure your Combo-Tip Premium tip to the shape you desire. Ideal for individual patient / procedural comfort. Bender only fits the Combo-Tip Premium evacuator tip. Latex free. Made in USA.

---

### Soft End Evacuator Tips

These soft end evacuator tips are designed to increase patient comfort and maximize suction. Latex free. Made in USA.

---

### Autoclavable Evacuator Tips

Slightly bent high-volume evacuator tip is autoclavable. Provides maximum suction for surgical areas. Latex free. Made in USA.

***Synthetic Powder Free***

**Excel, Nitrile**

- Non-Latex, Synthetic Nitrile
- No Donning Powder - Polymer-Lined
- Low Modulus - Enhanced Comfort
- Unique Fit and Feel
- Lavender Color
- Latex Protein Level - 0
- Non-Sterile

---

**Nitrile Left & Right Fitted**

- Designed for maximum comfort
- Anatomically correct shape allows greater blood flow to overworked muscles which helps relieve sore tired hands
- Enhanced grip due to textured surface

---

**Nitrile Exam Gloves**

- Enhanced grip due to textured surface
- Manufactured to precise standards

## Fluoride Dual (Hinged) Gel Trays

- Exceptional anatomical fit for optimal patient comfort
- Superior foam density and thickness
- An outline of tooth anatomy that allows effective gel penetration in interproximal and occlusal areas
- A gingival line that controls the flow of gel around soft tissue
- A shallow posterior design that reduces the likelihood of gagging
- Flexible handles that simplify placement and eliminate spillage and waste
- Available in three color-coded sizes: Small (yellow) / Medium (white) / Large (blue)
- Supplied in a unique stackable space-saver package
- Latex free. Made in USA.

---

## Bite Wing Tabs

Self-adhesive bite wing tabs attach to adult and children's X-ray films. Holds securely when patient closes mouth for accurate, distortion-free bite wing radiographs. Convenient pop-out dispenser package saves time; makes entire procedure simple, convenient, sanitary, and economical. Latex free. Use as directed. Made in USA.

 

NEWS & EVENTS | ADMINISTRATION | ACADEMIC AFFAIRS | DEPARTMENTS & UNITS | RESEARCH
PATIENT CARE | RESOURCES | DENTAL FOUNDATION | ALUMNI ASSOCIATION | CONTINUING EDUCATION

Home >> Administration >> Policies >> Clinical >> Latex Allergy

*Administration*

Dean's Welcome
Vision & Mission
Deans, Directors & Chairs
Committees
Exposures
Manuals
Policies
Training

School of Dentistry
The University of North Carolina at Chapel Hill
Manning Dr. & Columbia St.
CB# 7450
Chapel Hill, NC 27599-7450
Tel: 919-966-1161

SEARCH
GO
PEOPLE SEARCH
Select Directory
HOME
SITE MAP
DIRECTORIES
CONTACT US
MAP & DIRECTIONS
PRIVACY & SECURITY POLICY

# Latex Allergy Policy

## Attachment 2: UNC SOD Latex-free Alternative Dental Products

1. **Anesthetic Carpules (Plunger and Stopper)**

   According to Astra's medical consultant (800-225-6333), there are no latex-free anesthetic carpules. Ampules of Xylocaine (methylparaben free) are available in 2% plain and 2% with epinephrine in a 1:200,000 concentration, which is less than the concentration in the carpule. Citinest and Polocaine are not available in ampules.

2. **Bite Block**

   No radiographic bite blocks used presently at SOD contain latex. The child size mouth prop from HuFreidy, MP-52, used in OMFS is latex-free.

3. **Bitewings (Adhesive Type)**

   No bitewings used presently at SOD contain latex.

4. **Blood Pressure Cuff**

   A. Dinamap blood pressure equipment, by Critikon (800-237-2033), has latex in bladders and tubing manufactured before 1998.
   Tycos (800-257-2748) blood pressure cuffs manufactured before February 1998 have latex present in bladders, tubing, and bulbs.
   Omron compact wrist blood pressure monitors (800-634-4350) are latex-free.
   B. Use over clothing, or cover with Stockinette (Central Distribution, UNC Hospitals)
   C. Assume tubing and bladder contain latex unless specified by company.

5. **Bowls, Mixing**

   Coltene/Whaledent Mixing Bowl #H00565 presently used in the SOD is latex-free.

6. **Dental Dams**

   A. Most dental dams contain latex.

    B. Latex-free dental dam material can be purchased through Hygenic. Hygenic non-latex dental dam is supplied in 6" square sheets manufactured from a synthetic elastomeric material. Order #: H09105, $19.95 retail. Hygenic, 800-321-2135

7. **Gutta Percha**

Mynol by Block Drug Co. (800-365-6500)
Dentsply (800-924-7393).
Kerr (800-537-7123)
Hygienic (800-221-3046) made by Coltene-Whaledent
Premier Dental (888-773-6872)

There is no form of latex-free gutta percha though some companies make that claim. The recommendation is to use glass ionomers, Ketac Endodontics, 800-782-1571, ext. 306.

8. **Orthodontic Bands/Elastics**

A. Most intraoral elastics contain latex.
B. GAC, 800-645-5530, makes a latex-free elastic called Thermal Plastic elastic. 3M and Ormco make latex-free O-rings and chain.

9. **Prophy Cups**

A. The SOD storeroom supplies prophy cups manufactured by Young Dental. All screw type and disposable prophy angles by Young have latex.
B. Latex-free Young prophy cups are #051801 and 051201; Butler, 800-528-8537; Dentsply, 800-989-8826, Right angle disposable

10. **Impression Material**

Dentsply Jeltrate Plus is latex-free, 800-532-2855.

11. **Nitrous Inhaler Hoods**

Nitrous inhaler hoods can be obtained in latex-free form, but there is no latex-free reservoir. 3M Unitek, 800-423-4588

12. **Suction Tips**

The suction tips presently supplied by the Dental storeroom, "Surg-o-vac" by Young, HVE tip by Patterson, and HJ Bosworth's flexible plastic saliva ejector are latex-free.

The **John O. Butler Company** has stated that all Butler products are latex-free including packaging.

To prevent the transfer of latex allergens onto non-latex products, do not handle products while wearing latex gloves or unwashed hands. Do not store non-latex products with latex containing products. Do not leave dental materials and instruments to be used on latex allergic patients exposed to airborne allergens.