**Additional information about Latex allergy is available from:**

Latex allergy information service, 860-482-6869 or A.L.E.R.T, Inc., 888-972-5378

**Latex-free products can be ordered from:**

Cetra Latex Free, 888-Latex No, http://latexfree.com
Alternative Resource Catalog, 800-618-3129
SAFETex, 888-225-1941

**Latex-free medical products:**

1. Oxygen mask Hudson, 800-8483766
2. Ambu bag Laerdal, 800-431-1055
3. Bandaids Active strips, 3M, 800-364-3577 latex free tape and gauze
4. Stethoscope tubing cover with stockinette, cotton battings, or ScopeCoat, 800-373-0747
5. Syringes Becton Dickinson & Co., 800-435-6523
6. Tourniquet B-D, 888-237-2762 or Avcor
7. Medication vials remove latex stopper

---

Last modified: 07/07/2003 14:28:41

| Table 3 — Non-Latex Dental Product List[13] | |
|---|---|
| ITEM AVAILABLE IN NONLATEX FORM | MANUFACTURER |
| AIRWAY MASKS | HUDSON<br>VITAL SIGNS |
| AMBU BAG | LAERDAL<br>REPIRONICS |
| ANESTHESIA BAGS, TUBING, BELLOWS | ANESTHESIA ASSOCIATES<br>OHMEDU |
| ANESTHETIC CARPULES | ASTRA |
| BANDAGES AND TAPES (PLASTIC)<br>SILICONE BITE BLOCK<br>PAPER BITEWING TABS | |
| BLOOD PRESSURE CUFF | CRITIKON<br>VITAL SIGNS |
| MIXING BOWLS | HYGENIC |
| DENTAL DAM | HYGIENIC |
| BULBS ON MEDICATION DROPPERS | LAND DENTAL |
| GLOVES | ALLERDERM<br>ALLERGARD<br>AMMEX<br>ANSELL<br>DERMAPRENE ANSELL<br>ECI MEDICAL TECHNOLOGIES<br>HU-FREIDY IMSO LILAC GLOVES<br>JOHN & JOHNSON ALLERGARD<br>N-DEX BEST<br>NELON<br>NEOTECH REGENT<br>SAFESKIN<br>SENSICARE, TRU-TOUCH, MAXXIM<br>SMART PRACTICE<br>SURGIKOS DISPOSA-GLOVE |
| HOME CARE PRODUCTS<br>  INTERDENTAL BRUSHES<br>  STIMULATOR TIPS<br>  TOOTHBRUSH HANDLES | BUTLER<br>COLGATE<br>CREST<br>JOHNSON & JOHNSON<br>ORAL-B<br>WATERPIK TECHNOLOGIES, INC. |
| IMPRESSION MATERIAL | PREMIER<br>PARKELL |
| INSTRUMENT CODE RINGS | CLIVE CRAIG CODE RINGS |
| INSTRUMENT HANDLE GRIPS | HU-FREIDY |
| MASKS | BIOTROL<br>COTTRELL<br>SEPTODONT<br>SULTAN |
| ORTHODONTIC RUBBER BANDS & ELASTICS | 3M UNITEK |
| PROPHY CUPS-NONLATEX | BUTLER<br>DENTAMERICA<br>DENTICATOR<br>DENTSPLY<br>ORAL-B<br>YOUNG DENTAL MFG. |
| PLASTIC TAPE | 3M<br>JOHNSON AND JOHNSON |
| SYRINGES | TERUMO |

**References:**

1. U.S. Department of Labor, Occupational Safety and Health Administration; Safety and Health Topics: Latex Allergy, October 31, 2002.

2. Kelly KJ, Sussman G, Fink JN. Stop the sensitization. J Allergy Clin Immunol 98(5): 857-858, 1996.

3. Katelaris CH, Widmer RP, Laxarus RM; Prevalence of latex allergy in a dental school. Med J Australia 164: 711-714, 1996.

4. Liss GM, Sussman FL, Deal K, Brown S, Civindino M, Sui S, et al. Latex allergy: epidemiological study of hospital workers. Occup Environ Med 54: 335-342, 1997.

5. Ownby DR, Ownby Hek McCullough J, Shafer AW; The prevalence of anti-latex IgE antibodies in 1000 volunteer blood donors. J Allergy Clin Immunol 97 (6) 1188-1192, 1996.

6. Sussman GL, Beexhold DH; Allergy to latex rubber. Ann Intern Med 122: 43-46, 1995.

7. Aldred, MJ: Latex Allergy in Dentistry, Quality Assurance Committee, ADA, October 31, 2002.

8. National Institute for Occupational Safety and Health: Latex Allergy A Prevention Guide, PUB 98-113, 1998.

9. Beezhold D, Pugh B, Liss G, Sussman G. Correlation of protein levels with skin prick test reactions to patients allergic to latex. J Allergy and Clin Immunol 98 (6) : 1097-102, 1996.

10. National Institute for Occupational Safety and Health: Preventing Allergic Reactions to Natural Rubber Latex in the Workplace PUB. 97-135, 1997.

11. American Nurses Association. Latex Allergy: Protect Yourself, Protect Your Patients, 1996.

12. Novembre E, Bernardini R, Brizzi I, Bertini G, Mugnaini L, Azzari C, Vierucci A. The prevalence of latex allergy in children seen in a university hospital allergy clinic. Allergy 52(1) : 101-105, 1997.

13. American Latex Allergy Association, Latex Free Dental Product List, A.L.E.R.T. Inc., 1999.

21

## Latex-Free Nitrile, Non-Sterile

**Contour Nitrile**
Cranberry

Box of 100
Medium .................................. [3295-838]
Large ..................................... [3295-847]
X-large .................................. [3295-856]

1 ea. ........ $9.99      10 ea. ....... $9.49

**FreeForm SE**
Microflex



Nitrile, latex-free, powder-free and non-sterile with textured fingertips and a beaded cuff. Light blue in color. Made in Malaysia.

Box of 100
X-small .................................. [3364-905]
Small ..................................... [3364-914]
Medium .................................. [3364-923]
Large ..................................... [3364-932]
X-large .................................. [3364-941]

1 ea. ........ $10.79      10 ea. ....... $10.29

**GlovePlus**
Ammex



Nitrile, latex-free, powder-free, non-sterile and textured fingertips with a beaded cuff. Blue in color. Made in Thailand.

Box of 100
X-small .................................. [2342-305]
Small ..................................... [2342-314]
Medium .................................. [2342-323]
Large ..................................... [2342-332]
X-large .................................. [2342-341]

1 ea. ........ $9.99      10 ea. ....... $9.49

## Latex-Free Nitrile, Non-Sterile

**Micro-Touch Smooth Nitrile**
Ansell Healthcare



Nitrile, latex-free, powder-free, non-sterile and smooth with a beaded cuff. Blue in color. Made in Malaysia.

Box of 100, case of 10
X-small .................................. [3644-522]
Small ..................................... [3644-531]
Medium .................................. [3644-540]
Large ..................................... [3644-559]
X-large .................................. [3644-568]

1 ea. ........ $166.67      4 ea. ........ $161.02

**Micro-Touch Textured Nitrile**
Ansell Healthcare



Nitrile, latex-free, powder-free, non-sterile and textured with a beaded cuff. Light blue in color. Made in Malaysia.

Box of 100
X-small .................................. [3087-474]
Small ..................................... [3087-509]
Medium .................................. [3087-518]
Large ..................................... [3087-527]
X-large .................................. [2586-623]

1 ea. ........ $9.99      10 ea. ....... $8.49

**N-Dex**
Best Mfg



Nitrile, latex-free, powdered, non-sterile and smooth with a beaded cuff. 9½" length. Light blue in color. Made in USA.

Box of 100
Small ..................................... [1924-036]
Medium .................................. [1877-918]
Large ..................................... [1901-337]
X-large .................................. [1899-323]

1 ea. ........ $13.99      10 ea. ....... $13.40

## Latex-Free Nitrile, Non-Sterile

**Nitri-Care**
Best Mfg

Nitrile, latex-free, powder-free, non-sterile and smooth with a beaded cuff. 9½" length. Light blue in color. Made in USA.

Box of 100
Small ..................................... [2536-892]
Medium .................................. [2536-909]
Large ..................................... [2536-918]
X-large .................................. [2536-927]

1 ea. ........ $11.89      10 ea. ....... $11.39

**Nitrile Exam**
Ammex



Nitrile, latex-free, powder-free, non-sterile and textured with a beaded cuff. Blue in color. Made in China.

Box of 100
Small ..................................... [3412-031]
Medium .................................. [3412-040]
Large ..................................... [3412-059]
X-large .................................. [3412-068]

1 ea. ........ $7.69      10 ea. ....... $7.19

**Nitrile Exam**
Baldur



Nitrile, latex-free, powder-free, non-sterile and textured with a beaded cuff. Blue in color. Made in Thailand.

Box of 100
Small ..................................... [2436-777]
Medium .................................. [2436-786]
Large ..................................... [2436-795]

1 ea. ........ $10.79      10 ea. ....... $9.99

**Safeskin Dental Exam**
Kimberly-Clark



Nitrile, latex-free, powder-free and non-sterile, chlorinated with textured fingertips and a beaded cuff. Purple in color. Made in Thailand.

Box of 100
X-small .................................. [3155-720]

1 ea. ........ $10.99      10 ea. ....... $10.49

## Hand Care — Lotions

### Derma Soothe
**Monarch Pharmaceuticals**

12 oz empty pump .................. [1037-567]
1 ea. ......... $5.99     4 ea. ......... $5.49

### Essensoy
**Cranberry**



Deep treatment penetrating cream contains a high concentration of soy lipids, processed without the use of chemicals. Rich in Vitamin E to help heal and moisturize.

8 oz .................................. [3506-458]
1 ea. ......... $16.39   4 ea. ......... $15.79

### Glove Relief
**Sultan Dental**



Provides comfort and soothes hands that are irritated as a result of constant washing and glove use. Contains aloe vera, vitamin E and is fragrance free.

3 oz tube .......................... [3520-825]
1 ea. ......... $6.99     4 ea. ......... $6.59

### Glove'n Care
**Essential Dental Systems**



Non-greasy, water-based, hypoallergenic lotion with ingredients from the mineral-rich Dead Sea. Will not compromise adhesive bond or glove integrity.

4 oz tube .......................... [2089-027]
1 ea. ......... $7.29     6 ea. ......... $6.79

16 oz pump ....................... [3062-955]
1 ea. ......... $21.69   4 ea. ......... $20.69

## Hand Care — Lotions

### Hand Cream
**Septodont**



Forms an effective barrier against the irritating properties of your gloves. Non-greasy formula with Triclosan.

3 1/3 oz tube .................... [1239-009]
1 ea. ......... $7.99     4 ea. ......... $7.75

### Lubriderm
**Pfizer**



Rich creamy lotion penetrates and heals extra-dry skin. Enriched with vitamins, nutrients, and anti-oxidants. Lanolin-free.

Scented
6 oz bottle ....................... [2449-905]
1 ea. ......... $3.69     4 ea. ......... $3.29

16 oz bottle, box of 12 ..... [2452-795]
1 ea. ......... $106.50  4 ea. ......... $100.70

Helps heal and protect skin from dryness. Non-greasy feeling lotion absorbs quickly.

Unscented
16 oz bottle, box of 12 ..... [2452-802]
1 ea. ......... $106.50  4 ea. ......... $100.70



Hand and body lotion with natural ingredients, including oat extract.

16oz .................................. [3565-993]
1 ea. ......... $10.75   4 ea. ......... $10.39

## Hand Care — Lotions

### SaniCare
**Crosstex**



Barrier cream protectant moisturizes and nourishes skin while preventing it from harmful elements. Contains vitamins A & E, aloe vera and liposomes.

16 oz pump ...................... [2510-132]
1 ea. ......... $13.39   4 ea. ......... $12.39

### ScrubCare Antimicrobial Lotion
**TotalCare Kerr/ Metrex**



Aloe vera and silicone protects skin. Non-greasy and latex-safe. Active ingredient is PCMX.

18 oz pump ...................... [2460-848]
1 ea. ......... $11.99   4 ea. ......... $11.49

## Sanitizers

### GelSan
**Confirm Monitoring**



Antiseptic hand wash with moisturizers. Protection of ethyl alcohol with the feeling of lotion. CHG and latex glove compatible.

1 oz. Bottle ...................... [3404-933]
1 ea. ......... $2.25     4 ea. ......... $2.15

4 oz. Bottle ...................... [3404-942]
1 ea. ......... $2.95     4 ea. ......... $2.79

32 oz. Bottle .................... [3404-951]
1 ea. ......... $17.15   4 ea. ......... $16.89

1200ml refill .................... [3404-960]
1 ea. ......... $19.95   4 ea. ......... $18.95

### KimCare Hand Antiseptic
**Kimberly-Clark**

Moisturizing hand sanitizer designed to heal dry skin while killing germs. Contains aloe vera and other skin conditioners. 62% ethyl alcohol, broad-spectrum, antimicrobial formula. Latex compatible.

2 oz bottle .................. [3087-036]
1 ea. ......... $1.99     4 ea. ......... $1.79

4 oz bottle .................. [2579-220]
1 ea. ......... $2.50     4 ea. ......... $2.35

8 oz pump, case of 12 ........ [2579-211]
1 ea. ......... $55.26   4 ea. ......... $52.50

500 ml refill bag ............ [3087-045]
1 ea. ......... $8.95     4 ea. ......... $8.65

### KimCare Hand Sanitizer
**Kimberly-Clark**

Kills 99.9% of germs in as little as 15 seconds. 62% ethyl alcohol formula for effective antimicrobial action. Latex compatible.

2 oz bottle .................. [3087-009]
1 ea. ......... $1.75     4 ea. ......... $1.59

500 ml refill bag ............ [3086-993]
1 ea. ......... $7.94     4 ea. ......... $7.69

### MadaFoam
**Mada Medical**

Waterless, antimicrobial hand cleaner foam with Lanolin and other emollients. Lime scented.

7 oz pump bottle ............. [2340-030]
1 ea. ......... $9.29     4 ea. ......... $8.79

### SaniTyze
**Crosstex**



Mild, bactericidal, moisturizing, waterless gel. Contains 61% ethyl alcohol, vitamin E, aloe vera, and emollients.

4 oz Bottle .................. [3343-455]
1 ea. ......... $2.50     4 ea. ......... $2.35

18 oz pump bottle ............ [3398-110]
1 ea. ......... $11.39   4 ea. ......... $10.99

800ml press pack ............. [3398-147]
1 ea. ......... $14.99   4 ea. ......... $13.99

### SaniTyze
**Crosstex**



One touch dispensing system.
Each ......................... [3398-174]
1 ea. ......... $17.29   4 ea. ......... $16.29

### VioNexus Handwash
**TotalCare Kerr/ Metrex**



Fast-drying sanitizer helps your skin maintain its natural oils. Fortified with emollients, it leaves your skin feeling soft.

2 oz packet .................. [3139-060]
1 ea. ......... $3.99     4 ea. ......... $3.79

For use with VioNexus dispenser.
1 liter, box of 2 ............ [3137-106]
1 ea. ......... $49.59   3 ea. ......... $46.59

### Scrub Brushes

### Scrub Brush
**Palmero**



Use for inter-digital and nail cleaning. Autoclavable.

Each ......................... [1004-691]
1 ea. ......... $3.25     4 ea. ......... $3.15

### GelSan Dispenser
**Confirm Monitoring**



1200ml wall mounted.
Each ......................... [3405-030]
1 ea. ......... $16.49   4 ea. ......... $15.99

### Hand Soap Dispenser
**Scott**

Measures 1 ml of soap per stroke. Plastic, wall mountable with a see-through window. Battery operated.

Each ......................... [2119-557]
1 ea. ......... $18.99   4 ea. ......... $18.49

### KimCare Mini 500 Dispenser
**Kimberly-Clark**



White. Use with 500 ml refills.
Each ......................... [3087-027]
1 ea. ......... $8.19     4 ea. ......... $7.39

### Touchless Soap Dispenser
**Sultan Chemists**



Ultra hygienic, wall-mountable, battery-operated soap dispenser with infrared sensor. Makes it safe to use by eliminating contact with contaminated surfaces. Reservoir holds 500ml of liquid soap.

Each ......................... [3130-256]
1 ea. ......... $64.99   4 ea. ......... $62.75

## Hand Care
### Soap Dispensers

**VioNexus Dispenser**
TotalCare Kerr/ Metrex



No-touch, no-rinse hand hygiene system. Atomized, pre-measured spray is activated by infrared light. Drip tray sold separately.

Each .................................... [3126-154]
1 ea. ......... $86.39     4 ea. ......... $84.39

### Soaps

**Natural Extensions® Foaming Hand Soap**
Benco Dental



Complete with 0.23% Triclosan and a pleasant floral aroma. 99% effective against the most common bacteria. It spreads rapidly to cover the entire surface of your hands. It's also economical and eco-friendly because you'll use less than conventional soaps.

16.8oz (500ml) pump bottle ....... [3642-677]
1 ea. ......... $10.99     6 ea. ......... $9.99

Gallon refill ............................. [3642-828]
1 ea. ......... $23.99     4 ea. ......... $19.99

Under-the-Counter System - for clean, neat installations in the most popular brands of cabinetry including A-dec®. Replaces your existing soap pump in minutes.
Liter cartridge ........................ [3642-855]
1 ea. ......... $11.99     3 ea. ......... $10.99

Pump dispenser (only) .............. [3642-873]
1 ea. ......... $16.95

**Derma Cidol 2000**
Rosedale Therapeutics

Antimicrobial protection with 0.5% PCMX.

1 gallon bottle ......................... [1776-410]
1 ea. ......... $58.29     4 ea. ......... $56.15

**Derma Scrub**
Rosedale Therapeutics

Formulated emollient that counters loss of moisture.

1 gallon refill ........................... [1037-496]
1 ea. ......... $54.99     4 ea. ......... $50.79

## Hand Care
### Soaps

**Dial Complete**
Dial

Efficacious foaming hand wash specifically formulated for use in healthcare environments.

Case of 12
7.5 oz pump ............................. [3357-280]
1 ea. ......... $40.05     4 ea. ......... $36.02

Case of 4
64 oz refill for pump ................ [3326-198]
1 ea. ......... $40.07     4 ea. ......... $36.02

**DisAseptic PCMX+**
Palmero



Lightly scented with vitamin E and aloe vera for sensitive skin. 4% PCMX, a broad spectrum antimicrobial agent.

32 oz bottle ............................. [2348-381]
1 ea. ......... $7.75     4 ea. ......... $7.15

1 gallon refill ........................... [2334-912]
1 ea. ......... $15.89     4 ea. ......... $15.29

**Excelle Skin Cleanser**
Certol



4% chlorhexidine gluconate solution. Fast-acting antimicrobial skin cleanser.

1 gallon .................................... [1493-716]
1 ea. ......... $54.59     4 ea. ......... $53.59

**Hibiclens**
GC America

15-second antiseptic, antimicrobial handwash, is effective against a wide range of pathogenic organisms. With 4% CHG. Non-irritating.

16 oz bottle ............................. [1363-660]
1 ea. ......... $18.49     4 ea. ......... $17.99

1 gallon refill ........................... [1304-009]
1 ea. ......... $92.09     4 ea. ......... $90.49

1 gallon bottle ......................... [1370-349]
1 ea. ......... $6.19     4 ea. ......... $5.89

## Hand Care
### Soaps

**Liquid Dial**
Dial

Antibacterial protection, plus added moisturizers and Vitamin E to help hydrate skin. Triclosan-based A/B soap has a light, fresh fragrance and pearlescent color.

1 gallon .................................... [2313-640]
1 ea. ......... $17.30     4 ea. ......... $16.82

**Liquid Dial Gold**
Dial

Thick, high-lathering antimicrobial soap featuring triclosan for effective, fast-acting antibacterial protection. Added skin conditioners help ensure mildness.

Refill cartridge for Dial dispenser
1 liter ....................................... [1884-964]
1 ea. ......... $8.87     4 ea. ......... $7.93

1 gallon refill ........................... [1636-491]
1 ea. ......... $17.29     4 ea. ......... $16.33

**Lysol I.C. Hand Soap**
Sultan Chemists

Broad spectrum, antimicrobial, moisturizing hand cleanser, decreases the risk of cross-contamination with the disinfecting power of 0.3% Triclosan. Non-drying formula and pleasant scent.

17½ oz pump ........................... [1970-263]
1 ea. ......... $9.79     4 ea. ......... $8.79



1 gallon refill ........................... [1970-272]
1 ea. ......... $29.69     4 ea. ......... $28.69

**SaniClenz Antimicrobial Cleanser**
Crosstex



2% CHG and 2% isopropyl alcohol in a non-alkaline base. Contains aloe vera and vitamin E. Non-toxic and non-irritating. Pleasant berry scent.

16 oz bottle ............................. [3189-926]
1 ea. ......... $9.69     4 ea. ......... $8.99

1 gallon refill ........................... [3189-935]
1 ea. ......... $29.99     4 ea. ......... $28.99

## Masks
### Ear Loop

**Ear Loop Face Masks**
Benco Dental



97% PFE filtration rate at 1.0 micron. Soft facial tissue inner & outer layers. Latex-free and fiberglass-free. Made in the U.S.A.

Blue, box of 50 .................... [2537-113]
1 ea. ......... $6.79     4 ea. ......... $6.29

**Natural Extensions® Contoured Curve Ear Loop Masks**
Benco Dental



Features the 'Contoured Curve', a flexible wire inside the mask that maintains its shape, preventing it from collapsing. 99% PFE filtration rate at 0.1 micron. Latex-free, fluid-resistant, fiberglass-free. Made in the U.S.A.

Box of 50
Blue .............................. [3414-717]
Pink .............................. [3414-726]
White (sensitive skin) ......... [3414-708]
1 ea. ......... $12.99    4 ea. ......... $11.99

**Natural Extensions® Ear Loop Face Masks**
Benco Dental



99% filtration rate at 1.0 micron. Latex-free and fiberglass-free with a fluid-resistant outer layer and a white, soft, facial tissue inner layer. Enclosed, adjustable noseband. Made in U.S.A.

Box of 50
Blue .............................. [2521-933]
Green ............................ [3414-735]
Lavender ......................... [3414-744]
Pink .............................. [2521-924]
1 ea. ......... $7.49     5 ea. ......... $6.99
10 ea. ........ $6.49     40 ea. ........ $5.98

## Masks
### Ear Loop

**Natural Extensions® Ear Loop Face Masks**
Benco Dental

Box of 50
Teal .............................. [3414-753]
1 ea. ......... $7.49     5 ea. ......... $6.99
10 ea. ........ $6.49     40 ea. ........ $5.98

**Carerite Masks**
Septodont

99% PFE filtration rate at 1.0 micron. Non-woven material. Fluid-resistant. Made in Japan.

Box of 50
Blue .............................. [1804-433]
Pink .............................. [1804-424]
White ............................ [1807-994]
1 ea. ......... $10.99    4 ea. ......... $10.50

**ComFit EasyBreathe**
Sultan Chemists



99% PFE filtration rate at 0.1 micron. 250% more breathable than a standard earloop mask. Fluid-resistant, cellulose inner liner. Blue. Made in U.S.A.

Box of 40 ........................ [2496-775]
1 ea. ......... $15.29    4 ea. ......... $14.75

**ComFit Groovy Masks**
Sultan Chemists



Tie-dye ear loop face mask with foam strip. Fluid resistant. 99.9% PFE filtration at 0.1 micron.

Box of 40 ........................ [3606-742]
1 ea. ......... $16.99    4 ea. ......... $15.99

With shield
Box of 25 ........................ [3606-751]
1 ea. ......... $45.99    4 ea. ......... $44.99

## Masks
### Ear Loop

**ComFit Procedural Masks**
Sultan Chemists



99% PFE filtration rate at 0.5 micron. Latex-free. Made in U.S.A.

Box of 50
Blue .............................. [2127-360]
Pink .............................. [2127-379]
1 ea. ......... $8.20     4 ea. ......... $7.85

**ComFit Super Hi-Filtration**
Sultan Chemists

99% PFE filtration rate at 0.1 micron. Latex-free. Fluid-resistant. Padded nose clip. Blue. Made in U.S.A.

Box of 40 ........................ [2087-814]
1 ea. ......... $15.29    4 ea. ......... $14.75

Box of 25 (with shield) ........ [2127-388]
1 ea. ......... $46.00    4 ea. ......... $44.78

**ComFit SuperSensitive**
Sultan Chemists



99% PFE filtration rate at 0.1 micron. No ink, dyes, perfumes or foam to irritate skin. White. Made in U.S.A.

Box of 50 ........................ [2496-784]
1 ea. ......... $14.49    4 ea. ......... $13.99

**Defend Surgical Masks**
Mydent



99% BFE filtration rate at 3.0 microns. Fluid-resistant, anti-fog foam strip. Latex-free. Made in China.

Box of 50
Pink .............................. [1589-248]
Blue .............................. [1589-257]
1 ea. ......... $9.59     4 ea. ......... $8.99

## Protective Eyewear
### Glasses

**Googles**
DDI



Lightweight, optical grade plastic. Autoclavable lenses.

Office pack: 10 frames (vivid purple, teal blue, vivid blue, saturn yellow & aurora pink), 20 disposable lenses and Yikes reusable neck strap.
Office pack ..................... [2403-203]
1 ea. ......... $24.29    4 ea. ......... $23.29

Refill lens, pkg of 25 ................ [2417-289]
1 ea. ......... $15.99    4 ea. ......... $15.45

Yikes office pack: pkg of 5 reusable straps (1 each: purple, teal blue, blue, saturn yellow and pink).
Yikes office pack ....................... [2417-305]
1 ea. ......... $8.69    4 ea. ......... $8.45

**IC Eyewear**
Crosstex



Any ear loop face mask can be attached to the temple armpiece of these glasses. Supports the mask and minimizes ear discomfort and facial fatigue. Each high impact lens with side shield is polycarbonate, fog-free, scratch-resistant and distortion-free.

Esprit: glasses with adjustable arms
Blue arms ..................................... [2557-977]
Ebony arms ................................. [2557-986]
White arms ................................. [2557-995]
1 ea. ......... $11.69    4 ea. ......... $10.69

Elan:
Gold frame & arms ..................... [2553-079]
1 ea. ......... $15.99    4 ea. ......... $15.45

## BENCOboosters



## Protective Eyewear
### Glasses

**Pro-Vision Breeze Eyewear**
Palmero



Ultra-lightweight frames with sculptured fog-free, clear lens and telescoping arms.

Black frame ................................ [2389-177]
Blue frame .................................. [2397-720]
Platinum frame ........................... [2414-871]
1 ea. ......... $14.29    4 ea. ......... $13.20

**Safety Glasses**
HCLS



White frame. Clear lens & side shields. Adjustable.

Each ............................................ [1712-658]
1 ea. ......... $4.85    4 ea. ......... $4.35

**UVEX 3000 Blockers**
Hager Worldwide



Safety eyewear for curing lights.

Uvex Astro 3000
Black frame ................................. [3262-506]
Blue frame ................................... [3430-084]
1 ea. ......... $18.15    4 ea. ......... $17.59

**UVEX 3000S Blockers**
Hager Worldwide

Uvex Astro 3000S (slim)
Black frame ................................. [3430-093]
Blue frame ................................... [3430-100]
1 ea. ......... $15.79    4 ea. ......... $14.99

Dr. Richard Brazon and staff, Scranton, Pa.

## Protective Eyewear
### Glasses

**Uvex Bandido**
Hager Worldwide



Ultra-light (22g net weight), frameless eyewear with clear lenses and side shields. Perfect for adults with small facial profiles.

Blue arms ................................... [2582-725]
Black arms ................................. [2582-734]
1 ea. ......... $8.39    4 ea. ......... $7.39

**Uvex Genesis**
Hager Worldwide



Features the shock-absorbing frame with a ventilation channel increasing air flow and minimizing fogging. And a nose bridge with ultra-soft and flexible fingers that adjust for a non-slip grip. Clear lenses.

Black frame ................................. [3182-478]
Vapor blue frame ....................... [3112-070]
Earth frame ................................. [3112-089]
1 ea. ......... $14.79    4 ea. ......... $14.29

**Uvex Skybrites**
Hager Worldwide



Clear lens with side shields and a molded-in nose bridge. Fits children and young adults with normal to slender facial profiles.

Raspberry frame ....................... [3199-184]
Blue frame .................................. [3305-899]
1 ea. ......... $11.39    4 ea. ......... $10.89

## Protective Eyewear
### Glasses

**Uvex Spitfire Glasses**
Hager Worldwide



Clear lenses with side shields. Lightweight eyewear (28g net weight) features adjustable spatulite temples, angled lens, and a molded-in nose bridge.

| | | |
|---|---|---|
| Black frame | | [2445-463] |
| 1 ea. ......... $10.59 | 4 ea. ......... $10.09 | |

**Veratti Eyewear**
Palmero



Lightweight, adjustable, impact-resistant. Polycarbonate, clear lenses and telescopic temples.

| | |
|---|---|
| Black frame | [2338-927] |
| Blue frame | [2339-542] |
| Orange frame | [2339-533] |
| Red frame | [2339-515] |
| Black frame (gray lens) | [2361-508] |
| 1 ea. ......... $12.39 | 4 ea. ......... $11.69 |

### Lens Cleaner

**Disclens**
Palmero Healthcare



Premoistened towelettes that cleans dirt, grease and oils from eyewear. Contains anti-fog/anti-static additives.

Canister of 160 .......... [2345-893]
1 ea. ......... $8.59    4 ea. ......... $7.99

## Protective Eyewear
### Lens Cleaner

**Uvex Clear**
Hager Worldwide



Lens cleaning towelettes for safety eyewear.

Box of 100 .......... [2242-520]
1 ea. ......... $19.49    4 ea. ......... $18.39

## Sterilization Products
### Autoclave Bags

**Autoclave Bags**
Benco Dental



Self-sealing, paper bags for use in steam or chemical vapor. 2½" x 10¼".

Box of 250 .......... [1315-506]
1 ea. ......... $17.83    3 ea. ......... $16.53

Box of 1000 .......... [1613-381]
1 ea. ......... $45.99    2 ea. ......... $43.99

**Autoclave Bags**
Crosstex

Self-sealing. Paper. 2½" x 10½".

Box of 1000 .......... [1775-019]
1 ea. ......... $48.99    4 ea. ......... $48.49

**Autoclave Envelopes**
Banta Healthcare

Self-sealing. Paper. 1-9/16" x 4-3/8".

Box of 1000 .......... [1872-548]
1 ea. ......... $47.85    4 ea. ......... $46.05

**Chemitest Indicator Bags**
Barnstead/Thermolyne

Self-sealing. Paper.

Instrument size
2½" x 10¼", box of 250 .......... [1031-956]
1 ea. ......... $42.99    4 ea. ......... $41.79

Tray size
5" x 15", box of 250 .......... [1031-974]
1 ea. ......... $46.99    4 ea. ......... $45.85

## Sterilization Products
### Autoclave Bags

**ProPak Sterilization Bags**
Certol

Self-sealing. Paper. Can be used in steam or chemical vapor processes. 10½" x 1½".

Box of 250 .......... [1011-503]
1 ea. ......... $18.50    4 ea. ......... $17.15

### Autoclave Cleaners

**Anti-Rust Powder**
Sultan Chemists

Add to water to prevent ionic transfer.

1 lb jar .......... [1059-598]
1 ea. ......... $31.59    4 ea. ......... $30.50

**Autoclean**
L & R Manufacturing

Prevents corrosion and removes calcium and lime deposits.

32 oz bottle .......... [1027-818]
1 ea. ......... $24.95    4 ea. ......... $23.95

**Chamber Brite**
Tuttnauer



Powder cleaner for use in full chamber steam sterilizers. Cleans and descales the reservoir chamber and copper tubing in minutes.

Box of 10 packets .......... [2311-526]
1 ea. ......... $44.95    4 ea. ......... $44.00

**Harvey's Cleaning Kit**
Barnstead/Thermolyne

Use for cleaning autoclaves and ultrasonic units.

Kit: 16 oz bottle of metal polish and chamber cleaner and 6 cleaning pads.
Kit .......... [1324-701]
1 ea. ......... $42.85    4 ea. ......... $41.99

**Harvey's Vapo-Steril Solution**
Barnstead/Thermolyne

For use with chemiclaves.

1 liter bottle, box of 4 .......... [1715-422]
1 ea. ......... $24.39    4 ea. ......... $23.39

**Lorvic Credo Clave**
Young Dental

Autoclave water anti-rust additive. Concentrated.

½ gallon bottle .......... [1028-335]
1 ea. ......... $41.99    4 ea. ......... $40.99

## Sterilization Products

### Sterilization Tubing

**Nyclave Tubing**
Young Dental

6" ................................................. [1028-399]
1 ea. ......... $22.55     4 ea. ......... $22.15

**Pre-Perforated Nylon Sterilization Film**
Septodont

Dual-purpose, pre-perforated pouch on a roll with built-in indicator for all sterilizers.

Roll of 100'
2" x 9.6" ........................................ [1954-209]
1 ea. ......... $12.10     4 ea. ......... $11.49

3" x 11" ......................................... [1954-218]
1 ea. ......... $14.20     4 ea. ......... $13.69

4" x 11" ......................................... [1954-227]
1 ea. ......... $16.69     4 ea. ......... $15.90

6" x 12" ......................................... [1954-236]
1 ea. ......... $20.40     4 ea. ......... $19.69

**Sani-Tube Nylon Tubing**
Crosstex



Clear, puncture-resistant, 1½ ml nylon. For use in steam, chemical vapor and dry heat sterilizers. Roll of 100'.

With indicator
2" .................................................. [3160-938]
1 ea. ......... $6.29      4 ea. ......... $5.89

3" .................................................. [3160-956]
1 ea. ......... $8.00      4 ea. ......... $7.69

4" .................................................. [3160-974]
1 ea. ......... $10.39     4 ea. ......... $9.99

6" .................................................. [3160-992]
1 ea. ......... $13.75     4 ea. ......... $13.50

Without indicator
2" .................................................. [3160-947]
1 ea. ......... $5.39      4 ea. ......... $4.99

3" .................................................. [3160-965]
1 ea. ......... $7.09      4 ea. ......... $6.89

4" .................................................. [3160-983]
1 ea. ......... $9.15      4 ea. ......... $8.85

6" .................................................. [3161-008]
1 ea. ......... $12.89     4 ea. ......... $12.29

## Sterilization Products

### Sterilization Tubing

**Transparent Nylon Sterilization Film**
Septodont

Durable, 1.7 mm thick. Use with steam or dry heat.

Roll of 100'
2" .................................................. [1982-723]
1 ea. ......... $6.75      4 ea. ......... $6.25

3" .................................................. [1982-732]
1 ea. ......... $8.29      4 ea. ......... $7.80

4" .................................................. [1982-741]
1 ea. ......... $11.79     4 ea. ......... $11.20

6" .................................................. [1982-750]
1 ea. ......... $13.49     4 ea. ......... $12.99

### Surface Barrier Protection

### All Purpose Barriers

**Barrier Film**
Benco Dental



Self-adhesive barrier sticks anywhere. Will not leave a residue. 4" x 6".

Dispenser roll of 1200'
Blue ............................................... [1797-479]
Clear .............................................. [1666-904]
1 ea. ......... $17.29     4 ea. ......... $16.29

**ALLRAP Covers**
DDI



Self-sticks anywhere. Leaves no residue.

2½" x 6", roll of 600'
Clear .............................................. [1614-282]
1 ea. ......... $11.95     4 ea. ......... $11.50

4" x 6", roll of 1200'
Blue ............................................... [1575-995]
Clear .............................................. [1576-001]
1 ea. ......... $18.99     4 ea. ......... $17.99

6" x 9", roll of 800'
Clear .............................................. [1615-389]
1 ea. ......... $33.95     4 ea. ......... $32.95

## Surface Barrier Protection

### All Purpose Barriers

**ALLRAP Covers**
DDI

Dispenser ...................................... [1779-499]
1 ea. ......... $34.99     4 ea. ......... $34.29

**Barrier Film**
Crosstex



Self-sticks anywhere. Features a finger lift edge. 4" x 6".

Roll of 1200'
Blue ............................................... [2499-165]
Clear .............................................. [2348-809]
1 ea. ......... $18.79     4 ea. ......... $17.79

**Barrier Film**
Palmero



Self-sticks anywhere.

2½" x 6", roll of 1200'
Clear .............................................. [1839-790]
1 ea. ......... $16.95     4 ea. ......... $16.50

4" x 6", roll of 1200'
Clear .............................................. [2049-230]
1 ea. ......... $23.75     4 ea. ......... $23.25

Blue ............................................... [2049-221]
1 ea. ......... $18.95     4 ea. ......... $18.59

Green ............................................ [1978-158]
Mauve ........................................... [2008-471]
1 ea. ......... $23.75     4 ea. ......... $23.25

Clear, blue teddy bears ............. [1967-124]
1 ea. ......... $24.75     4 ea. ......... $23.99

6" x 9", roll of 800'
Clear .............................................. [1826-357]
1 ea. ......... $34.95     4 ea. ......... $34.09

12" x 14", roll of 500'
Clear .............................................. [1842-517]
1 ea. ......... $60.39     4 ea. ......... $59.15

Dispenser ...................................... [1745-266]
1 ea. ......... $26.55     4 ea. ......... $25.55

## Sterilization Products
### Autoclave Wraps

**IMS Wrap**
Hu-Friedy



Non-woven, fiber-free material. Blue.

Box of 1000
12" x 12" ...................... [2096-626]
1 ea. ......... $101.00    4 ea. ......... $100.00

For small cassettes.

Box of 1000
15" x 15" ...................... [1562-767]
1 ea. ......... $160.29    4 ea. ......... $155.30

For large cassettes.

Box of 500
20" x 20" ...................... [1601-189]
1 ea. ......... $129.96    4 ea. ......... $128.95

For large cassettes.

Box of 500
24" x 24" ...................... [1329-331]
1 ea. ......... $161.29    4 ea. ......... $158.99

**Sterile Wrap**
Fox Converting

1-ply crepe paper. For use in steam, dry heat or EO gas. White.

15" x 15", box of 1000 ............... [2111-215]
1 ea. ......... $63.70    4 ea. ......... $62.59

20" x 20", box of 500 ................ [2111-224]
1 ea. ......... $56.49    4 ea. ......... $55.55

### Biological Indicators

**Chemical Indicator Strips**
Benco Dental



For use as an internal monitor, these 4" strips change color to document that proper sterilization conditions have been achieved. Can be written on and kept as a permanent record.

Box of 250 strips
Steam ...................... [3470-424]
1 ea. ......... $15.29    3 ea. ......... $14.29

## Sterilization Products
### Biological Indicators

**Chemical Indicator Strips**
Benco Dental

Dry Heat ...................... [3470-415]
1 ea. ......... $6.99    3 ea. ......... $6.49

**Mail-In Sterilization Monitoring Service**
Benco Dental



Simply process a test strip in a full sterilization load and mail it to our independent laboratory. You'll receive quarterly reports, and can view & print your test results online in just 24 hours (for steam processes).

Box of 12 (1 per month) ............ [3469-909]
1 ea. ......... $78.99    2 ea. ......... $74.99

Box of 52 (1 per week) ............. [3470-335]
1 ea. ......... $167.99    2 ea. ......... $159.99

**Attest Biological Monitoring System**
3M ESPE



In-office system that will reduce the possibility of contamination, minimizing false positives and ensuring more accurate results. Autoclaves only. Test results are known in 24-48 hours.

System: 1 log book, 1 incubator and 25 indicators.
System ...................... [1600-948]
1 ea. ......... $354.95    2 ea. ......... $352.90

Incubator only ...................... [1389-053]
1 ea. ......... $245.99    4 ea. ......... $245.00

Pkg of 25 indicators ................ [1389-044]
1 ea. ......... $167.99    2 ea. ......... $166.00

## Sterilization Products
### Biological Indicators

**IMS Steam Indicators**
Hu-Friedy



Strip verifies that steam sterilization parameters of time and temperature have been met.

Box of 250 ...................... [1418-208]
1 ea. ......... $25.99    4 ea. ......... $24.99

**Mail-Back Monitoring System**
Confirm Monitoring



For autoclaves, chemiclaves, dri-heat and ethylene sterilizers up to 339°. Each test contains 2 spore strips, 1 control strip, culturing service, quarterly reports, pre-paid mailers, and confidential test results.

Pkg of 6 tests ...................... [1498-159]
1 ea. ......... $62.99    4 ea. ......... $57.59

Pkg of 12 tests ...................... [1890-948]
1 ea. ......... $99.98    4 ea. ......... $96.00

Pkg of 48 tests ...................... [1918-954]
1 ea. ......... $374.90    2 ea. ......... $370.95

**Mail-In Monitoring Service System**
SPS Medical



Certified for use with all sterilizers (steam, chemical, dry heat and gas). Includes lab service at an FDA registered facility. You will receive an immediate phone call in case of failure.

Pkg of 12 tests ...................... [2109-175]
1 ea. ......... $79.95    4 ea. ......... $75.50

Pkg of 52 tests ...................... [2109-184]
1 ea. ......... $168.97    2 ea. ......... $162.97

## Surface Barrier Protection
### Chair Covers

**Slip-N-Grip**
DDI



Clear plastic. Combination of two plastics ensures cover will not slip off chair.

Box of 125
Half chair, 33" x 37½" ............... [1985-319]
1 ea. ......... $27.89     4 ea. ......... $26.89

Box of 150
Full chair, 48" x 56" ................ [1818-937]
1 ea. ......... $39.99     4 ea. ......... $38.99

### Curing Light Covers

**Cure Sleeve**
TotalCare Kerr/Pinnacle



Covers curing light tips. Prevents composite from bonding to end of tip, which decreases curing depth.

Box of 400
Fits 7-8mm tips ..................... [1872-959]
Fits 11mm tips ..................... [1871-012]
Fits 13mm tips ..................... [2019-414]
1 ea. ......... $37.19     4 ea. ......... $36.19

**Curelastic Barriers**
Steri-Shield

Cover curing light tips. 600% elasticity and 99% blue light transmission.

Box of 500
Large (fits 11-14 mm) ............... [2228-242]
Small (fits 7-10 mm) ................ [2232-540]
1 ea. ......... $40.15     4 ea. ......... $39.05

### Handpiece Covers

**Cascade Continental HP Pad**
A-dec

Covers the foam pad on the Cascade Continental handpiece.

Clear plastic ........................ [2239-954]
1 ea. ......... $6.88     4 ea. ......... $5.80

## Surface Barrier Protection
### Handpiece Covers

**Denta-Sleeve**
Denta Systems

Covers high and low speed handpieces, air/water syringes and saliva ejectors during procedures.

Pkg of 100
6" ................................. [1710-954]
1 ea. ......... $10.30     4 ea. ......... $9.99

9" ................................. [1744-963]
1 ea. ......... $12.79     4 ea. ......... $12.40

**Disposa-Shield**
Dentsply Professional

Use for low-speed handpieces.

Box of 500
Contra (7-1/8" x 8½") ............. [1724-449]
Long (7¾" x 1¼") .................. [1724-458]
1 ea. ......... $26.79     4 ea. ......... $26.29

**HP Sleeve**
TotalCare Kerr/Pinnacle



Clear plastic. Box of 500 unit dose packages.

4000 - fits straight slow speed HP, ultrasonic scalers, and jet polishers.
Model 4000 ........................ [1875-054]

4050 - fits contra angle slow speed HP, and Midwest Shorty.
Model 4050 ........................ [1874-377]
1 ea. ......... $35.85     4 ea. ......... $34.90

**Low Speed Handpiece Sleeves**
Denticator



Hole in end eases prophy angle attachment. 1-3/8"W x 8"L.

Pkg of 500 ........................ [2320-150]
1 ea. ......... $19.25     4 ea. ......... $18.75

### Intraoral Camera Sheaths

**Cartridge Sheath Covers**
Dentsply Professional

Box of 50 .......................... [3147-828]
1 ea. ......... $22.05     4 ea. ......... $21.55

## Surface Barrier Protection
### Intraoral Camera Sheaths

**Dental Camera Sheaths**
Banta Healthcare



Fits AcuCam Plus and Polo
Box of 500 ........................ [3160-910]

Fits Explorer and VistaCam
Box of 500 ........................ [2052-922]

Fits Reveal
Box of 500 ........................ [3309-313]

Fits STV PRO
Box of 500 ........................ [2069-290]

Fits Telicam
Box of 500 ........................ [2393-751]

Fits Toothpicks, Quickcam 4.1, Quickcam DDS, and Compucam
Box of 500 ........................ [2539-880]
1 ea. ......... $79.99     4 ea. ......... $77.99

**Disposable Sheaths**
Gendex

Fits Concept 4.

Box of 500 ........................ [3093-798]
1 ea. ......... $119.95     4 ea. ......... $118.76

**Ultracam II**
American Dental Supply

Box of 100 ........................ [2099-945]
1 ea. ......... $91.59     4 ea. ......... $83.80

**Vista Cam Disposable Sheaths**
Air Techniques

Covers the Vista Cam handpiece.

Pkg of 100 ........................ [2309-084]
1 ea. ......... $55.00     4 ea. ......... $53.69

Pkg of 500 ........................ [2104-269]
1 ea. ......... $190.00     4 ea. ......... $183.70

### Light Handle Covers

**Light Handle Sleeves**
Benco Dental



Clear plastic sleeves are die cut for easy placement on T-style light handles. 4" x 5¾".

Dispenser box of 500 ............... [3321-077]
1 ea. ......... $16.79     4 ea. ......... $15.79

## Surface Barrier Protection

### Light Handle Covers

**Cure Sleeve Handle Covers**
TotalCare Kerr/Pinnacle



Design prevents overheating of the curing gun. Box of 400.

4525 - fits 3M Visilux 2.
Model 4525 .................. [1890-528]

4550 - fits Demetron, Optilux, Caulk Max, Spectrum, 3M ESPE XL 1500 & 3000, Coltulux 2-4, and Efos.
Model 4550 .................. [1874-644]
1 ea. ......... $27.99    4 ea. ......... $26.99

**Disposa-Shield**
Dentsply Professional

For T-style light handles. 3½" x 3" x 6¾".
Box of 500 .................. [1724-476]
1 ea. ......... $26.79    4 ea. ......... $26.25

**Light Handle Covers**
DDI



For T-style light handles. Clear.
Pkg of 500 .................. [1933-213]
1 ea. ......... $19.29    4 ea. ......... $18.29

L-style lamp handle cover.
1.5" x 8"
Pkg of 500 .................. [3562-076]
1 ea. ......... $18.29    4 ea. ......... $17.29

**Light Handle Covers**
Steri-Shield

Form fitting, biodegradable, natural latex, compound barriers. Fits Belmont/ Healthco & Ritter.

Pkg of 250
C-style ........................ [1864-897]
1 ea. ......... $17.35    4 ea. ......... $16.75

Fits Pelton & Crane, A-dec & DentalEZ.
T-style ........................ [1864-888]
1 ea. ......... $12.59    4 ea. ......... $11.99

**Light Handle Covers**
TotalCare Kerr/Pinnacle
Box of 500

1½"W x 8"L
L-style (model 3650) ........ [2444-937]
1 ea. ......... $23.95    4 ea. ......... $22.95

## Surface Barrier Protection

### Light Handle Covers

**Light Handle Covers**
TotalCare Kerr/Pinnacle

4"W x 5¾"L
T-style (model 3600) ........ [1655-854]
1 ea. ......... $23.95    4 ea. ......... $22.95

**Light Handle Sleeves**
Denticator

For T-style light handles. Clear. 5¾"W x 4½"L.
Pkg of 500 .................. [2354-972]
1 ea. ......... $20.35    4 ea. ......... $19.85

### Miscellaneous Covers

**Aluminum Foil**
Whiteman Tower

9" x 10¾".
Box of 500 .................. [1905-182]
1 ea. ......... $14.89    4 ea. ......... $14.29

**Barrier Envelopes**
Gendex

Pkg of 100
#0 .............................. [2425-136]
#2 .............................. [2425-145]
#1 .............................. [2471-569]
1 ea. ......... $12.89    4 ea. ......... $12.45

#3 .............................. [2438-355]
#4 .............................. [2541-813]
1 ea. ......... $16.74    4 ea. ......... $16.25

**Brixton Sensor Covers**
FilmTech

Clear plastic. Fits Schick DCR, Trophy RVG and Dexis (DXR) sensors.
Box of 300 .................. [3119-144]
1 ea. ......... $20.99    4 ea. ......... $19.89

**Chin Guards**
TotalCare Kerr/Pinnacle



Universal cover panoramic chin rest.
Box of 100 .................. [1748-512]
1 ea. ......... $27.29    4 ea. ......... $26.49

**Complete Curing Light Sleeve**
DDI

Covers the entire curing light from handle to tip. Fits most curing lights. Clear.
Box of 250 .................. [3115-906]
1 ea. ......... $29.95    4 ea. ......... $28.95

## Surface Barrier Protection

### Miscellaneous Covers

**Digital X-Ray Sensor Protector**
Palmero



Slide through plastic barrier that fits all sizes and makes of today's radiological sensors.

2 3/4" x 10"
Box of 500 .................. [3284-608]
1 ea. ......... $11.59    4 ea. ......... $10.99

**Handpiece & Pen Sleeves**
DDI



Disposable sleeves for most handpieces, jet polishers and ultrasonic scalers. Made from poly-plastic.

Universal Handpiece Sleeve
Pkg of 500 .................. [2359-244]
1 ea. ......... $24.99    4 ea. ......... $23.99

Fits straight low-speed handpieces.

Low-Speed Sleeve
Pkg of 500 .................. [3092-333]
1 ea. ......... $19.60    4 ea. ......... $19.25

Fits low-speed angle handpieces.

Low-Speed Contra Angle Sleeve
Pkg of 500 .................. [2329-955]
1 ea. ......... $28.89    4 ea. ......... $28.29

Fits all conventional pens and pencils.

Pen Sleeve
Pkg of 1000 ................. [2201-476]
1 ea. ......... $23.79    4 ea. ......... $22.90

## Surface Barrier Protection
### Miscellaneous Covers

**Impression Gun Covers**
TotalCare Kerr/Pinnacle



Plastic sleeves made to cover the impression mixing gun used in cartridge type mixing systems. May also fit some large size curing lights.

Box of 400 ................................ [2001-389]
1 ea. ......... $28.95    4 ea. ......... $27.95

**Micro Shield**
Danville

Plastic sleeve fits over microetcher.

Pkg of 100 ................................ [1895-023]
1 ea. ......... $4.95    4 ea. ......... $4.70

**Pen Sleeve**
TotalCare Kerr/Pinnacle



Designed to cover pens, pencils, red-blue pencils, and instruments.

Box of 1000 ................................ [1904-432]
1 ea. ......... $26.49    4 ea. ......... $26.09

**Pen Sleeves**
Denticator

Can be used for pens and wands.

Pkg of 500 ................................ [2320-178]
1 ea. ......... $14.30    4 ea. ......... $13.09

**Salibag**
Hager Worldwide

Disposable soft pouch to cover digital radiography sensors and imaging plates. Made of foamed polyethylene.

Box of 320
Small/Medium ................................ [2501-240]
Box of 240
Large ................................ [2500-018]
1 ea. ......... $31.16

**Scaler/ Narrow Sleeves**
Denticator

Can be used with scalers. 1"W x 8"L.

Pkg of 500 ................................ [2320-169]
1 ea. ......... $20.35    4 ea. ......... $19.85

## Surface Barrier Protection
### Miscellaneous Covers

**Sensor Sleeves**
TotalCare Kerr/Pinnacle



Designed for the sensor on digital x-ray imaging systems. Fits Trophy and Gendex systems. 1-3/8"W x 8"L.

Box of 500 ................................ [2268-799]
1 ea. ......... $24.29    4 ea. ......... $23.79

**Temple Guard**
TotalCare Kerr/Pinnacle



Covers the head positioning guides on panoramic.

Box of 200 ................................ [1803-774]
1 ea. ......... $26.15    4 ea. ......... $25.45

### Syringe Covers

**Syringe Sleeves**
Benco Dental



Clear, plastic cover. 2½" x 10".

Box of 500 ................................ [2184-763]
1 ea. ......... $15.49    4 ea. ......... $13.99

**Air/Water Syringe Protectors**
Palmero



Clear plastic slide through protector that works in conjunction with syringe tip covers.

Pkg of 500 ................................ [1978-167]
1 ea. ......... $16.35    4 ea. ......... $15.19

## Surface Barrier Protection
### Syringe Covers

**Brixton Syringe Covers**
FilmTech

Blue plastic with prepunched holes and ties. 9" x 2¼".

Pkg of 500 ................................ [1819-721]
1 ea. ......... $15.79    4 ea. ......... $14.79

**Disposa-Shield**
Dentsply Professional

Clear plastic. 2¼" x 6-5/8".

Box of 500
Universal ................................ [1724-467]
1 ea. ......... $26.79    4 ea. ......... $26.29

Std. delivery system ................................ [3207-165]
1 ea. ......... $20.39    4 ea. ......... $19.39

**On Target Air/ Water Shield**
DDI



Disposable, universal fit to slide over the air/water syringe.

Pkg of 250 ................................ [2359-235]
1 ea. ......... $29.29    4 ea. ......... $28.49

**Syringe Sleeves**
Crosstex

Plastic cover with a precut opening for insertion. 2½" x 10".

Dispenser box of 500
Clear ................................ [3317-064]
1 ea. ......... $14.99    4 ea. ......... $13.99

Clear sleeve has an adhesive strip that attaches to tubing to prevent sliding, creating a closed barrier.

Blue ................................ [3317-073]
Clear with adhesive ................................ [3317-091]
1 ea. ......... $15.49    4 ea. ......... $14.39

**Syringe Sleeves**
DDI

Clear plastic, slide through opening covers 3-way syringe. 2½" x 10".

2.5" x 10"
Pkg of 500 ................................ [1835-267]
1 ea. ......... $15.99    4 ea. ......... $15.35

2.5" x 20"
Pkg of 500 ................................ [3562-067]
1 ea. ......... $17.75    4 ea. ......... $16.80

**Syringe Sleeves**
Denticator

Universal clear, air/ water syringe covers. Contoured tip and punched holes. 3"W x 8"L.

Pkg of 500 ................................ [2320-141]
1 ea. ......... $17.50    4 ea. ......... $16.99

## Surface Barrier Protection

### Syringe Covers

**Syringe Sleeves**
TotalCare Kerr/Pinnacle



Clear plastic. Covers 3-way syringe, HVE and saliva ejector valves. Pkg of 500.

2½"W x 10"L
Model 3760 ............................ [1720-612]
Model 3767-with opening ............ [2173-293]
1 ea. ......... $16.39     4 ea. ......... $15.99

2½"W x 20"L
Model 3765-XL ....................... [1892-866]
1 ea. ......... $21.99     4 ea. ......... $21.39

Sleeve with adhesive strip that attaches to tubing to prevent sliding.

2½"W x 11½"L
Model 3763 - adhesive .............. [2029-458]
1 ea. ......... $24.79     4 ea. ......... $23.79

**Syringe Tip Covers**
Inter-Med

Pkg of 100 ........................... [3060-680]
1 ea. ......... $13.25     4 ea. ......... $12.55

**Syringe Tip Covers**
Palmero



Flexible white plastic. Slips over existing tip.
Box of 100 ........................... [1817-876]
1 ea. ......... $13.45     4 ea. ......... $12.40

**Syringe Tip Protectors**
DDI

White plastic. Slips over existing tip.
Pkg of 100 ........................... [1875-410]
1 ea. ......... $16.95     4 ea. ......... $16.25

## Surface Barrier Protection

### Tray Covers

**Tray Sleeves**
Benco Dental



Clear, plastic cover with end fold for secure fit. Dispenser box of 500.

Fits A-dec & Ritter B
10½" x 14" ........................... [3321-068]
1 ea. ......... $17.99     4 ea. ......... $16.99

Fits Midwest & Weber
11½" x 16" ........................... [3317-135]
1 ea. ......... $24.49     4 ea. ......... $23.49

**Tray Sleeves**
Crosstex

Clear plastic with end fold. Dispenser box of 500.

Fits Mini Trays
7½" x 10½" .......................... [3317-108]

Fits A-dec, DentalEZ & Dentech
9½" x 14" ............................ [3317-117]
1 ea. ......... $25.79     4 ea. ......... $24.75

Fits Chayes & Ritter B
11.625" x 14½" ...................... [3317-126]
1 ea. ......... $27.50     4 ea. ......... $26.79

**Tray Sleeves**
DDI



Unique open-lock top design. Fits Chayes, Segmented, Ritter-B, Midwest and Webber.

W: 11 5/8" x L: 16"
Pkg of 500 ........................... [2194-449]
1 ea. ......... $25.79     4 ea. ......... $24.99

Fits: Ritter-B, Mini Tray, A-dec, DentalEZ and Dentech Segmented.

W: 10 1/2" x L: 14"
Pkg of 500 ........................... [3475-929]
1 ea. ......... $21.29     4 ea. ......... $20.79

## Surface Barrier Protection

### Tray Covers

**Tray Sleeves**
TotalCare Kerr/Pinnacle



Fold lock-end keeps trays safely locked inside the sleeve. Box of 500.

Fits Ritter B & A-dec (10½"W x 14"L)
Model 3000-B ....................... [1624-397]
1 ea. ......... $22.99     4 ea. ......... $21.99

Fits A-dec & DentalEZ (9½"W x 14"L)
Model 3400-G ....................... [1711-720]

Fits Chayes & Ritter B (11 5/8"W x 14½"L)
Model 3100-A ....................... [1664-095]

Fits Midwest & Weber (11½"W x 16"L)
Model 3200-E ....................... [1668-475]

Fits Mini Tray (7½"W x 10½"L)
Model 3300-F ....................... [1817-518]
1 ea. ......... $28.39     4 ea. ......... $27.89

Fits Mayo Tray (14"W x 19½"L)
Model 3500-M ....................... [1721-684]
1 ea. ......... $37.79     4 ea. ......... $36.95

### Tube Covers

**Disposa-Shield**
Dentsply Professional

Dental hose covers. 24" x 2".

Box of 175 ........................... [1874-733]
1 ea. ......... $38.69     4 ea. ......... $37.69

**ProBarrier Tube Sox**
Certol

Transparent surface protection for unit hoses and attachments. 3" x 12".

Box of 500 ........................... [1727-928]
1 ea. ......... $27.85     4 ea. ......... $27.35

**Tube Protectors**
Palmero



Clear plastic.

Roll of 1200'
2¼" diameter ........................ [1828-640]
1 ea. ......... $23.25     4 ea. ......... $21.45

34

### Surface Cleaners & Disinfectants

**CaviCide**
TotalCare Kerr/ Metrex



Dual, quaternary that kills TB in 5 minutes, HBV in 3 minutes, polio I/ II and HIV-1. Non-staining, non-toxic and non-corrosive. Safe for most dental impression materials & appliances.

24 oz spray bottle ...................... [1725-984]
1 ea. ......... $9.49     4 ea. ......... $8.99

1 gallon refill ............................... [1664-442]
1 ea. ......... $23.49    4 ea. ......... $22.49

5 gallon refill ............................... [1724-430]
1 ea. ......... $101.99   2 ea. ......... $97.69

Pump for 5 gallon bottle ............ [3177-402]
1 ea. ......... $4.30     4 ea. ......... $4.19

**CaviWipes Towelettes**
TotalCare Kerr/ Metrex



Durable, non-abrasive towelettes pre-saturated with CaviCide surface disinfectant. Proven to kill TB in 5 minutes and HBV in 3 minutes. Recommended for all non-porous surfaces.

Regular, 6" x 6.75"
Canister of 160 ........................... [3354-489]
1 ea. ......... $7.99    12 ea. ....... $7.49

XL, 10" x 12"
Canister of 66 ............................ [3557-788]
1 ea. ......... $9.99     4 ea. ......... $9.49



Individual CaviwipesXL Wipes
Box of 50 ................................... [3606-528]
1 ea. ......... $24.99    4 ea. ......... $23.99

### Surface Cleaners & Disinfectants

**CaviWipes Towelettes**
TotalCare Kerr/ Metrex

Bracket
Each .......................................... [3557-779]
1 ea. ......... $16.59    4 ea. ......... $16.29

**Cetylcide II**
Cetylite

One-step, broad spectrum hospital disinfectant. Kills HIV-1 and TB. Concentrate makes 16 gallons.

1 quart bottle ............................. [2274-915]
1 ea. ......... $47.49    4 ea. ......... $46.59

**Citrace**
Caltech Industries

Phenolic, aerosol, broad spectrum surface disinfectant. Kills TB, HIV-1, staphylococcus and streptococcus. Fresh citrus scent. Ready-to-use.

14 oz spray can .......................... [1610-188]
1 ea. ......... $7.49     4 ea. ......... $6.99

**Citrex**
Caltech Industries

Hospital spray, non-bleach disinfectant. Kills TB, HIV-1, staphylococcus, streptococcus, pseudomonas and salmonella in 1 minute on all environmental surfaces. Ready-to-use.

14 oz spray can .......................... [2524-323]
1 ea. ......... $7.99     4 ea. ......... $6.99

**Clorox Disinfecting Spray**
Bosworth



Sanitizes, disinfects and deodorizes. Eliminates odors. Fresh scent. Ready-to-use.

19 oz spray ................................ [3366-163]
1 ea. ......... $8.79     4 ea. ......... $8.29

**Clorox Disinfecting Wipes**
Bosworth



Bleach-free surface cleaner and disinfectant.
Pkg of 30 ................................... [3387-417]
1 ea. ......... $6.79     4 ea. ......... $6.49

### Surface Cleaners & Disinfectants

**Clorox Ready Mop Kit**
Bosworth



Light, compact and easy to store. Swivel head. Convenient trigger allows control of amount of cleaner dispensed on floors.

Kit contains the mop, pkg of 8 absorbent pads, and a 24 oz bottle of floor cleaner
Kit ............................................. [3387-391]
1 ea. ......... $22.79    4 ea. ......... $21.79

Refill absorbent pads
Pkg of 8 ..................................... [3471-192]
1 ea. ......... $10.45    4 ea. ......... $10.05

Pkg of 16 ................................... [3387-408]
1 ea. ......... $14.09    4 ea. ......... $13.30

**Coe Foam II**
GC America

Foaming germicidal cleaner and surface deodorant. Ready-to-use.

18 oz aerosol can ....................... [2411-598]
1 ea. ......... $11.25    4 ea. ......... $10.75

**Coe Spray II**
GC America

Dual phenolic and ethanol surface disinfectant. Tuberculocidal, virucidal and bactericidal. Broad spectrum kill in 10 minutes. Ready-to-use.

1 gallon bottle ............................ [2411-614]
1 ea. ......... $59.25    4 ea. ......... $58.25

**DisCide**
Palmero

Non-foaming aerosol. Effective against TB, HIV-1, polio I & II. Kills staphylococcus, salmonella, herpes, influenza A2 in 10 minutes. Lemon scent. Ready-to-use.

15½ oz spray ............................. [2337-937]
1 ea. ......... $9.29     4 ea. ......... $8.59

**DisCide Germicidal**
Palmero

Aerosol foam cleaner. Non-abrasive, phenolic-based surface disinfectant that is tuberculocidal, bactericidal, germicidal, fungicidal in 10 minutes. Prevents mold and mildew. Ready-to-use.

20 oz bottle ............................... [2337-928]
1 ea. ......... $8.59     4 ea. ......... $7.95