# EXHIBIT H

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

CAROLYN MIREK,                           \*

            Plaintiff     \*

vs.                                      \* No. 04-30166-MAP

                                    \*

THE GUARDIAN LIFE INSURANCE              \*

COMPANY OF AMERICA and                   \*

BERKSHIRE LIFE INSURANCE                 \*

COMPANY OF AMERICA,                      \*

           Defendants    \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DEPOSITION OF: JAMES R. GARB, M.D.

CREVIER & RYAN, LLP

1500 Main Street  Suite 2020

Springfield, Massachusetts

January 27, 2006

(12:00 p.m. to 2:40 p.m.)

Tacy A. Malandrinos

Court Reporter

# JAMES R. GARB, M.D.
## January 27, 2006

### Page 82

1  Q. How did you decide to call him?
2  A. This is someone that I knew.
3  Q. That's the person that you knew
4  because his wife had worked for you?
5  A. Correct.
6  Q. What did Dr. Haselkorn tell you?
7  A. They are latex-free. Everything
8  they use is non-latex. He developed a latex
9  allergy a number of years ago, back in the
10 nineties, and so they stopped using latex
11 several years ago.
12     They do have one staff member
13 besides him who is allergic to latex, and they
14 could accommodate someone who is allergic to
15 latex.
16 Q. Since when has his practice been
17 latex-free?
18 A. It was the late nineties. I don't
19 remember exactly when. It's been several years.
20 Q. So he told you that since the late
21 nineties his practice has been latex-free?
22 A. Yes.
23 Q. And how many dental hygienists are
24 on his staff?

### Page 83

1  A. I don't know.
2  Q. Does he practice with any other
3  dentist?
4  A. I believe he is by himself.
5  Q. Does he have a dental hygienist on
6  his staff?
7  A. Yes.
8  Q. And how do you know that?
9  A. Because one of them is allergic.
10 He has one staff, a hygienist who is allergic to
11 latex. I don't know how many he has though.
12 Q. How do you know it's a hygienist
13 that's allergic to latex?
14 A. I remember him saying that.
15 Q. The next name is Wise, is that
16 right?
17 A. Yes.
18 Q. Are these grouped together for any
19 reason, these particular ones?
20 A. These are the ones I felt were
21 latex-free environments.
22 Q. With whom did you speak with at Dr.
23 Wise's office?
24 A. It was one of the hygienists. I

### Page 84

1  believe it was Kelly.
2  Q. Did you ask the hygienist whether
3  she considered the practice to be latex-free or
4  latex-safe?
5  A. She said latex-safe.
6  Q. And what did you write -- is that
7  why you checked latex-safe?
8  A. Right.
9  Q. What did you write under
10 latex-safe?
11 A. I wrote really latex-free.
12 Q. What is the symbol or indication?
13 A. Asterisk.
14 Q. Did you ask her why she didn't
15 identify the practice as latex-free?
16 A. I didn't ask her that. I think
17 sometimes they are hesitant to say they are
18 latex-free, but it's easier to say that they are
19 latex-safe.
20 Q. Did you ask her about whether she
21 was hesitant to identify the practice as being
22 latex-free?
23 A. No, I didn't.
24 Q. Now did you ask her whether there

### Page 85

1  were any products in the dental office that were
2  made of latex?
3  A. Well, they use all vinyl and
4  nitrile gloves. They really go through all
5  their instruments she said and proceed to see if
6  anything is made of latex. They call the reps
7  to find latex alternatives, so they really put a
8  lot of effort into finding non-latex
9  alternatives.
10 Q. Next to Prophy cups and angles you
11 wrote LF. Does that mean latex-free?
12 A. Yes. Right.
13 Q. You wrote that next to bite wings
14 and masks?
15 A. Right.
16 Q. You didn't write latex-free next to
17 bite blocks and dental dams. Do you see that?
18 A. Yes.
19 Q. Is that because you determined from
20 talking to her that the bite blocks and dental
21 dams had latex in them?
22 A. No, it's not. A lot of the
23 practices don't use bite blocks or dental dams.
24 A lot of them don't use those products.

22 (Pages 82 to 85)

JAMES R. GARB, M.D.
January 27, 2006

Page 116

```
 1                  UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF MASSACHUSETTS
 3                          04-30166-MAP
 4
 5     * * * * * * * * * * * * * * * * *
 6     CAROLYN MIREK,                       *
 7                    Plaintiff             *
 8     V.                                   *
 9     THE GUARDIAN LIFE INSURANCE          *
10     COMPANY OF AMERICA and BERKSHIRE     *
11     LIFE INSURANCE COMPANY OF            *
12     AMERICA,                             *
13                    Defendants            *
14     * * * * * * * * * * * * * * * * *
15
16         I, JAMES R. GARB, M.D., do hereby certify,
17     under the pains and penalties of perjury, that
18     the foregoing testimony is true and accurate, to
19     the best of my knowledge and belief.
20         WITNESS MY HAND, this 26th day of February,
21     2006.
22
23                         _____, MD
                            JAMES R. GARB, M.D.
24
```

CATUOGNO COURT REPORTING SERVICES
Springfield, MA   Worcester, MA   Boston, MA   Lawrence, MA   Providence, RI

JAMES R. GARB, M.D.
January 27, 2006

Page 117

1      CORRECTION SHEET

2   DEPONENT: JAMES R. GARB, M.D.

3   CASE: CAROLYN MIREK V. THE GUARDIAN LIFE

4        INSURANCE COMPANY OF AMERICA et al

5   DATE TAKEN: January 27, 2006

6   ******************************************

7   PAGE / LINE / CHANGE OR CORRECTION AND REASON

8   ******************************************

9   _46_ / _12_ / Strike "to them" - redundant

10  _46_ / _14_ / Insert "was" after "I" - grammatically incorrect

11  _53_ / _5_ / Substitute "wipe" for "wet" - transcription error

12  ____ / ____ / _____

13  ____ / ____ / _____

14  ____ / ____ / _____

15  ____ / ____ / _____

16  ____ / ____ / _____

17  ____ / ____ / _____

18  ____ / ____ / _____

19  ____ / ____ / _____

20  ____ / ____ / _____

21  ____ / ____ / _____

22  ____ / ____ / _____

23  ____ / ____ / _____

24  ____ / ____ / _____

**CATUOGNO COURT REPORTING SERVICES**
Springfield, MA   Worcester, MA   Boston, MA   Lawrence, MA   Providence, RI