UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN MIREK,<br><br>       Plaintiff<br><br>       v.<br><br>THE GUARDIAN LIFE INSURANCE<br>COMPANY OF AMERICA and<br>BERKSHIRE LIFE INSURANCE<br>COMPANY OF AMERICA,<br><br>       Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action<br>)  No. 04-30166-MAP<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE EVIDENCE REGARDING PLAINTIFF'S INCOME AS A SALESPERSON**

Plaintiff Carolyn Mirek hereby moves, pursuant to Local Rule 7.1(B)(3), for leave to file a Reply Memorandum in Support of her Motion to Preclude Evidence Regarding Plaintiff's Income as a Salesperson (Docket #68).

As grounds for this motion, Plaintiff states that the reply is necessary to aid the court in sorting through what appears to be a misunderstanding in the Defendants' opposition with respect to what "loss of the use of benefits" means in the complaint.  This brief is also intended to respond to Defendants' argument about financial bias, which had previously not been asserted as a justification for the inclusion of such evidence.

The proposed Reply Memorandum is attached.

JS#127638v1

        CAROLYN MIREK

        By her attorneys,

        /s/ Howard P. Blatchford, Jr.
        _____

        Joanne D'Alcomo, Esq.
        BBO #544177
        Howard P. Blatchford, Jr.
        BBO #045580
        Seth Nesin, Esq.
        BBO #650739
        Jager Smith, P.C.
        One Financial Center
        Boston, MA 02111-2621
        Phone: (617) 951-0500
        Fax: (617) 951-2414

Certificate Pursuant to L.R. 7.1(A)(2)

    The undersigned certifies that counsel have conferred and have attempted in good faith to resolve or narrow the issues, and further that the provisions of Local Rule 7.1(A)(2) have been complied with.

        /s/ Howard P. Blatchford, Jr.
        Howard P. Blatchford, Jr.