```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS


CAROLYN MIRICK,              )
         Plaintiff           )
                             )
     v.                      )  CIVIL ACTION NO. 04-30166-MAP
                             )
THE GUARDIAN LIFE INSURANCE  )
COMPANY OF AMERICA, ET AL,   )
         Defendant           )
```

ORDER OF TRANSFER AND SCHEDULING ORDER

September 15, 2006

PONSOR, D.J.

This case was originally scheduled for trial to commence on October 10, 2006. Due to an intervening lengthy criminal trial, the court will be unable to go forward on that day. In order to insure that the parties in this case receive a prompt trial the court, pursuant to Local Rule 40.1(I), hereby orders this case transferred to the Honorable Richard G. Stearns, with his consent.

Counsel are ordered to appear before Judge Stearns at the Federal Court in Springfield, Massachusetts for a pretrial conference on October 13, 2006 at noon. Judge Stearns will discuss a trial date with counsel at that time. Counsel should also be prepared to argue their motions <u>in limine</u> at this conference.

It is So Ordered.

```
                              /s/ Michael A. Ponsor
                              MICHAEL A. PONSOR
                              United States District Judge
```