UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN MIREK,<br><br>Plaintiff<br><br>v.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA and BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA,<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action<br>) No. 04-30166-RGS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**REQUEST BY ALL PARTIES THAT THE COURT SET THE NEW TRIAL DATE**

Plaintiff, Carolyn Mirek ("Plaintiff") and Defendants, The Guardian Life Insurance Company of America and Berkshire Life Insurance Company of America ("Defendants") (collectively referred to as the "Parties"), hereby request that the Court set the new trial date immediately so that the Parties will have sufficient time to notify and coordinate the medical professionals that will be testifying on their respective behalfs.

This case involves a breach of contract claim for long-term disability benefits and medical witnesses are an essential component of this case. The schedules of medical professionals are difficult to manage and the Parties would like to give their respective witnesses ample notice of the trial date. The trial, which had been scheduled for October 10, 2006, was postponed on September 15, 2006 and another Final Pretrial Conference was set for October 13, 2006. The Court has not identified the new trial date. The Parties

respectfully request that the Court set the new trial date immediately, rather than waiting until October 13, 2006 to set the trial date, so the Parties can reschedule their respective witnesses.

Respectfully submitted,

PLAINTIFF CAROLYN MIREK

By her Attorneys,

/s/ Joanne D'Alcomo
_____
Joanne D'Alcomo
BBO #544177
Seth Nesin
BBO #650739
JAGER SMITH P.C.
One Financial Center
Boston, MA 02111
(617) 951-0500

BERKSHIRE LIFE INSURANCE
COMPANY OF AMERICA AND
GUARDIAN LIFE INSURANCE
COMPANY OF AMERICA

By their Attorneys,

/s/ Edward K. Kimball_____
Edward K. Kimball
Berkshire Life Insurance Company of America
700 South Street
Pittsfield, MA 01201-8285

David B. Crevier
Crevier & Ryan, LLP
1500 Main Street, Suite 2020
Springfield, MA 01115-5727