# Exhibit A

**From:** "Joanne D'Alcomo" <jdalcomo@jagersmith.com>
**To:** "David Crevier" <DCrevier@crevierandryan.com>, "Joanne D'Alcomo" <jdalcomo@jagersmith.com>
**Date:** 1/20/06 4:18PM
**Subject:** RE: Mirek v. Berkshire, Guardian

David,
 I have. I was surprised you would realistically think that the kind of facts you proposed would be the type we would agree on. They're really for trial. So, we have limited agreement. Paragraph 1.
    On Exhibits, I'll agree to 2 and 3 depending on what is contained in what you describe as notes and records; I agree to 4, 10, 17.
 It seems that what makes the most sense is getting agreement on what is cumbersome and readily subject to agreement: numbers. What are your numbers re benefits? This has been kicking around a long time, and Ed supposedly determined it.
 Joanne


Joanne D'Alcomo
Jager Smith P.C.
One Financial Center
Boston, MA 02111
Tel. 617.951.0500/Fax 617.951.2414
jdalcomo@jagersmith.com


-----Original Message-----
From: David Crevier [mailto:DCrevier@crevierandryan.com]
Sent: Friday, January 20, 2006 3:52 PM
To: Joanne D'Alcomo
Subject: RE: Mirek v. Berkshire, Guardian

Joanne: Have you reviewed the facts or exhibits that we provided to you yesterday? We must file the Pre trial today. The power in my building is being shut off at 5:00 for some reason, so I am in the process of finalizing Defendants' Pretrial as we speak. David

David B. Crevier, Esq.
Crevier & Ryan, LLP
1500 Main Street, Suite 2020
Springfield, MA 01115-5532
(413) 787-2400; fax (413) 781-8235
Dcrevier@crevierandryan.com

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

>>> "Joanne D'Alcomo" <jdalcomo@jagersmith.com> 01/20/06 3:40 PM >>>