# Exhibit B

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CAROLYN MIREK<br>Plaintiff,<br>v.<br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA and BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA,<br>Defendants. | 04-30166-MAP |

**DEFENDANTS' PRETRIAL MEMORANDUM**

Pursuant to the Court's Procedural Order dated February 9, 2005, the Defendants, the Guardian Life Insurance Company of America and Berkshire Life Insurance Company of America file this separate pretrial memorandum.

## I. STATEMENT OF EVIDENCE

The evidence will demonstrate that Defendant, The Guardian Insurance Company of America ("Guardian") issued Plaintiff a disability insurance policy. This policy entitles Plaintiff to monthly total disability and waiver of premium benefits if she can prove that she could not perform the major duties of her occupation of a dental hygienist on December 27, 2001. The evidence will demonstrate that Plaintiff made numerous misrepresentations to Guardian in connection with procuring the Policy. The evidence will demonstrate that Plaintiff claimed to be totally disabled from being a dental hygienist on two grounds: carpal tunnel syndrome and latex allergy even though she knew her doctors deemed her cured from carpal tunnel syndrome. The evidence will demonstrate that Plaintiff is not totally disabled by her latex allergy as: 1) she was able to work for a number of years after her latex allergy was diagnosed without missing any work due to latex allergy; 2) The performance of her duties as a dental hygienist was not

10. Steven Jay Weiss, M.D.
    209 South Livingston Avenue
    Livingston, New Jersey 07039

Purpose: Dr. Weiss, an allergist, will testify regarding latex allergy in general and Plaintiff's latex allergy in particular and opine that Plaintiff is not disabled from being a dental hygienist.

## XI. LIST OF PROPOSED EXHIBITS

Defendants may offer the following exhibits. Plaintiff has indicated that she will not object to Exhibits 4, 10 and 17 if they are offered. Plaintiff refused to meet in person with Defendants to view each other's exhibits despite Defendants invitation to do so.

1. The Guardian Life Insurance Company of America Policy No. G-723670
2. Dr. Bedard's medical notes
3. Plaintiff's medical records from Dr. Bedard
4. Insurance application (marked as Exhibit 5 at Plaintiff's deposition)-No Objection
5. Facsimile dated February 19, 2002 from Plaintiff to Berkshire with claim form attached
6. Correspondence dated October 22, 1999 from Dr. Bedard to Dr. Guardino
7. Correspondence from Plaintiff to Monique Rubb (marked as Exhibit 9 at Plaintiff's deposition)
8. Plaintiff's resume indicating that her career objective is to obtain a dental hygiene position (marked as Exhibit 10 at Plaintiff's deposition)
9. Plaintiff's resume indicating that her career objective is to obtain a position in Dental Sales
10. Correspondence dated April 24, 2001 from Plaintiff to the Recruiting Manager at Patterson Dental (marked as Exhibit 18 at Dr. Bedard's deposition)
11. Correspondence dated May 31, 2002 from Plaintiff to Mr. Jonathan Horn
12. Correspondence dated June 5, 2002 from Plaintiff to Michael Nalls
13. Plaintiff's Responses to Interrogatories in Mirek v. Aero-Med, et al.
14. Plaintiff's Responses to Interrogatories Propounded by Berkshire
15. Plaintiff's deposition transcript in Mirek v. Berkshire, et al.
16. Plaintiff's deposition transcript in Mirek v. Robert Burstein and Fireman's Fund Insurance Company
17. Plaintiff's deposition transcript in Mirek v. Aero-Med, et al.
18. Dr. Burstein's deposition transcript in Mirek v. Aero-Med, et al.
19. Plaintiff's medical records from Srima Nissanka, LCSW
20. Benco Dental Company Sales Catalog
21. Benco Dental Company Performance Appraisal dated January 30, 2004 (marked as Exhibit 3 at Jonathan Horn's deposition)

22. Benco Dental Company Performance Appraisal dated January 11, 2005(marked as Exhibit 4 at Jonathan Horn's deposition)
23. The Predictive Index Organization Survey Checklist Prepared At Benco Dental Supply
24. Application for Employment at Benco Dental Company
25. Group 1-2-2 Final Examination completed by Plaintiff at Benco.
26. Plaintiff's Expense Report from Benco Dental Company dated February 28, 2005
27. Plaintiff's Expense Report from Benco Dental Company dated March 31, 2005
28. Plaintiff's Expense Report from Benco Dental Company dated April 30, 2005
29. Plaintiff's Expense Report from Benco Dental Company period end date May 31, 2005
30. Plaintiff's Account List from Benco Dental Company
31. Plaintiff's Schedule from Benco Dental Company (marked as Exhibit 2 at Jonathan Horn's deposition)
32. Latex in the Hospital Environment (marked as Exhibit 9 at Dr. Bedard's deposition)
33. The Journal of Allergy and Clinical Immunology "Natural Rubber Latex Sensitivity Volume 110, No. 2, August 2002 (marked as Exhibit 12 at Dr. Bedard's deposition)
34. Dr. Bedard's Latex Allergy documentation (marked as Exhibit 11 at Dr. Bedard's deposition)
35. Dr. Bedard's 2005 Physician Fee (marked as Exhibit 5 at Dr. Bedard's deposition)
36. Correspondence dated June 24, 1999 form Dr. Bedard to Dr. Guardino (marked as Exhibit 3 at Dr. Burstein's deposition)
37. Fireman's Fund Wage Statement (marked as Exhibit 4 at Dr. Burstein's deposition)
38. Plaintiff's 1997 Tax Return
39. Plaintiff's 1998 Tax Return
40. Plaintiff's 1999 Tax Return
41. Plaintiff's 2000 Tax Return
42. Plaintiff's 2001 Tax Return
43. Plaintiff's 2002 Tax Return
44. Plaintiff's 1998, 2000 & 2001 W-2 (marked as Exhibit 6 at Dr. Burstein's deposition)
45. Plaintiff's 1999 W-2
46. Plaintiff's 2002 W-2
47. Plaintiff's 2003 W-2
48. Plaintiff's 2004 W-2
49. Plaintiff's Application for a 1991 State Mutual Life Insurance Company of America Disability Insurance disability income insurance policy
50. Plaintiff's Application for a 1989 Berkshire Life Insurance Company disability income insurance policy.
51. Plaintiff medical records from Prasad Srinivasan, M.D.

Respectfully Submitted,

Defendants The Guardian Life Insurance Company of America and Berkshire Life Insurance Company of America

By their attorneys,

CREVIER & RYAN, LLP.

/s/David B. Crevier
David B. Crevier, BBO #
Katherine R. Parsons, BBO #
Crevier & Ryan, LLP
1500 Main Street, Suite 2020
Springfield, MA 01115
Tel: (413) 787-2400
(413) 781-8235 (fax)
Email: dcrevier@crevierandryan.com
kparsons@crevierandryan.com

/s/Edward Kimball
Edward Kimball, Esq.
700 South Street
Pittsfield, MA 01201
Tel: 413-499-4321

CERTIFICATE OF SERVICE

I certify that I served a true copy of the foregoing on all counsel of record said service having taken place this 20th day of January 2006.

/s/David B. Crevier