UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN MIREK<br>　　　　　　　Plaintiff,<br>v.<br><br>THE GUARDIAN LIFE INSURANCE<br>COMPANY OF AMERICA and BERKSHIRE<br>LIFE INSURANCE COMPANY OF<br>AMERICA,<br>　　　　　　　Defendants. | 04-30166-RGS |

## DEFENDANTS PROPOSED VOIR DIRE QUESTIONS

The Defendants, The Guardian Life Insurance Company of America ("Guardian") and Berkshire Life Insurance Company of America ("Defendants"), propose the following statements and questions for the Court to use with prospective jurors in accordance with Fed. R. Civ. P. 47 (a).

In this case Ms. Mirek claims that she is entitled to receive payments under a disability insurance contract issued to her by The Guardian Life Insurance Company of America ("Guardian"). Ms. Mirek claims that she is totally disabled as that term is defined in her disability insurance policy. The Defendants deny that Ms. Mirek is totally disabled as defined in her disability insurance policy.

I will now ask you some questions that pertain to the possibility of your serving on the jury for this case.

1.　　Have you or any of your close friends or relatives ever had any business or other

1

relationship with the defendant, Berkshire Life Insurance Company of America or the defendant The Guardian Life Insurance Company of America?

2. Have you or any of your close friends or relatives heard of, or had any type of experience, with Berkshire Life or The Guardian?

3. Do you or any of your close friends or relatives have any direct or indirect relationship with any of the companies I just mentioned?

4. Do you know any of the attorneys who represent the parties in this case?

5. Have you or any of your close friends or relatives ever had any business or other relationship with the plaintiff Carolyn Mirek or her family?

6. Have you or any of your close friends or relatives ever had any business or other relationship with the Dr. Robert Burstein DDS?

7. Have you or any of your close friends or relatives ever had any business or other relationship with the Dr. Daniel Segal DDS?

8. Have you or any of your close friends or relatives ever had any business or other relationship with the Barton-Cyker Dental Supply Company?

9. Have you or any of your close friends or relatives ever had any business or other relationship with the BENCO Dental Supply Company or any of its employees?

10. Have you or any of your close friends or relatives ever worked for an insurance company?

11. Do you have or have you developed any specialized skills or knowledge of the insurance industry as a result of your formal education, work experience or other training?

12. Do you have or have you developed any specialized skills or knowledge of the dental industry as a result of your formal education, work experience or other training?

13. Have you or any family member or close friend ever been involved in a lawsuit? If so, please explain.

14. Have you ever served on a jury before? If so, when and what kind of case? What was the result?

15. Have you ever purchased any insurance policies from Berkshire Life or The Guardian?

16. What do you do for a living? What does your spouse or significant other do?

17. Do you believe that an insurance company has the right to deny invalid claims?

18. Do you believe that because insurance companies are parties to this lawsuit you are not capable of rendering a fair and impartial decision in this matter?

19. Have you or any of your close friends or relatives ever suffered any kind of financial loss which you attribute to the fault of an insurance company?

20. Have you or any of your close friends or relatives ever had to make any claims on a disability insurance policy?

21. Do you or any of your close friends or relatives have a sensitivity to or an allergy to latex?

22. Have you or any of your close friends or family had a life-threatening allergic reaction that required immediate medical care?

23. Have you or any of your close friends or family ever heard of, or had any type of experience with a sensitivity or an allergy to latex?

24. Have you, your family or any of your close friends ever been treated by an allergist named Robert Bedard who practices in northern Connecticut.

25.    Have you, your family or any of your close friends ever been treated by an occupational doctor named James Garb, formerly affiliated with Baystate Medical Center.

26.    Have you, your family or any of your close friends ever been treated by an allergist named Stephen Weiss who practices in northern New Jersey.

27.    Have you, your family or any of your close friends ever been treated by a doctor named Christine Oliver who practices in eastern Massachusetts.

28.    Do you know of any other reason that you would not be a fair and impartial witness if you are selected to be on the jury in this case.

Respectfully Submitted,

Defendants The Guardian Life Insurance Company of America and Berkshire Life Insurance Company of America

By their attorneys,

/S/ Edward Kimball
Edward Kimball, Bar No. 636865
BERKSHIRE LIFE INSURANCE
COMPANY OF AMERICA
700 South Street
Pittsfield, MA 01201
Tel: 413-499-4321
Facsimile: 413-395-5990
Email: Edward_Kimball@berkshirelife.com

and

David B. Crevier, Bar No. 557242
Katherine R. Parsons, Bar No 657280
1500 Main Street, Suite 2020
Springfield, MA 01115-5727
Tel: 413-787-2400

Facsimile: 413-781-8235

Email: dcrevier@crevierandryan.com
kparsons@crevierandryan.com

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 3rd day of October 2006.

/S/ Edward Kimball