# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CAROLYN MIREK | ) | |
| Plaintiff, | ) | |
| v. | ) | 04-30166-RGS |
| | ) | |
| THE GUARDIAN LIFE INSURANCE | ) | |
| COMPANY OF AMERICA and BERKSHIRE | ) | |
| LIFE INSURANCE COMPANY OF | ) | |
| AMERICA, | ) | |
| Defendants. | ) | |

Defendants The Guardian Life Insurance Company ("Guardian") and Berkshire Life Insurance Company are concerned that they may not be able to engage in effective *voir dire* without prejudicing members of the jury. The problem is simple: Defendants are aware that many jurors have had bad experiences with insurance companies, and also that insurance companies also get "bad press" in the media. During *voir dire*, Defendants want to find out which jurors have, in fact, had such bad experiences. But Defendants don't want the relating of bad experiences by jurors in the *voir dire* process to influence those jurors who have not had bad experiences, or to serve as "confirmation" to other jurors that insurance companies are all the same and are all not good corporate citizens.

The solution Defendants propose is also simple: Defendants request that as part of the *voir dire* process, prospective jurors fill out a simple, one-page questionnaire that will provide the information that Defendants desire without prejudicing other prospective jurors in the process. Guardian respectfully requests that the Court use the proposed juror questionnaire as part of the *voir dire* process.

Defendants' proposed one-page juror questionnaire is provided on the attached page.

Respectfully Submitted,

Defendants The Guardian Life
Insurance Company of America and
Berkshire Life Insurance Company
of America

By their attorneys,


/S/ Edward Kimball
Edward Kimball, Bar No. 636865
BERKSHIRE LIFE INSURANCE
COMPANY OF AMERICA
700 South Street
Pittsfield, MA 01201
Tel:  413-499-4321
Facsimile: 413-395-5990
Email:
Edward_Kimball@berkshirelife.com

and

David B. Crevier, Bar No. 557242
Katherine R. Parsons, Bar No657280
1500 Main Street, Suite 2020
Springfield, MA 01115-5727

Tel:  413-787-2400

Facsimile:  413-781-8235
Email:
dcrevier@crevierandryan.com
kparsons@crevierandryan.com


## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent
electronically to the registered participants as identified on the Notice of Electronic Filing
(NEF) on this 3rd day of October 2006.

/S/ Edward Kimball

### JUROR QUESTIONNAIRE

Name (please print): _____

Juror Number: _____

**1.    Have you ever had, or do you know someone close to you who has had, a bad experience with an insurance company?**        Yes _____    No _____

If you answered "yes" to the above question, go on to the next two questions. If you answered "no," please sign this form and return it when requested to do so.

**2.    Describe fully what happened with respect to that bad experience with the insurance company.** _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**3. Notwithstanding the bad experience that you or someone close to you had with an insurance company, do you believe that you can be fair to the insurance company that is a defendant in this case, and reach a decision that is not influenced by any bias or prejudice?**    Yes _____    No _____

I have truthfully answered the above questions, under penalty of perjury, as if I was asked these questions in open court.

_____

SIGN NAME