UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN MIREK, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | NO. 04-30166-MAP |
| THE GUARDIAN LIFE INSURANCE ) | |
| COMPANY OF AMERICA and ) | |
| BERKSHIRE LIFE INSURANCE ) | |
| COMPANY OF AMERICA, ) | |
| ) | |
| Defendants ) | |

**PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS**

Plaintiff Carolyn Mirek requests that the following questions be asked of the venire:

Please raise your hand if your answer if your answer to any of the following questions is "yes":

1. Have you or any business in which you had a substantial ownership interest ever been sued for breach of contract?

2. Have you, or any business you owned, ever brought a suit for breach of contract?

3. Have you or any member of your immediate family ever worked as a dental hygienist?

4. Have you or any member of your immediate family ever worked in a dental office?

5. Have you or any member of your immediate family ever had an allergic reaction to latex?

6. Have you or any member of your immediate family worked at Baystate Medical Center in Springfield?

7. Have you or any member of immediate family ever worked in the insurance business, such as for an insurance company or insurance broker?

8. Have you or any member of your immediate family ever worked for: The Guardian Life Insurance Company of America and/or Berkshire Life Insurance Company of America?

9. Have you ever filed a claim with an insurance company that was denied?

10. Have you or any member of your immediate family ever purchased an individual disability policy, to your knowledge?

11. Have you or any member of your immediate family ever filed a claim with an insurance company that was denied?

12. To your knowledge, have you ever been covered by a long-term disability policy through any employer?

13. Are you currently paying any premiums on any disability insurance policy?

14. Has anyone from ever tried to sell you disability insurance?

15. Do you believe that individual disability insurance is a waste of money?

16. Do you know anyone who is receiving disability benefits as a result of any kind of disability policy?

17. Have you ever known anyone who had to stop working at a particular type of profession or job because they became ill or otherwise disabled from doing that job?

18. Do you or any members of your family have latex allergy?

19. Do you or anyone you know have any allergies that you believe could be life-threatening?

20. Do you know anyone who has an allergy that you consider serious?

21. Have you ever seen someone have what you considered to be a serious allergic reaction?

22. Have you ever worn latex gloves?

23. Have you ever heard that health care workers started to wear latex gloves more often to protect themselves after AIDS emerged as a serious national health problem?

24. Have you used any products that you believed were made of latex?

25. Do you know anyone who you believe came into contact with a latex product and had a negative reaction?

                          Respectfully submitted,

                          PLAINTIFF CAROLYN MIREK

                          By her Attorney,

                          /s/ Seth Nesin
                          Joanne D'Alcomo
                          BBO #544177
                          Seth Nesin
                          BBO #650739
                          JAGER SMITH P.C.
                          One Financial Center
                          Boston, MA 02111
                          (617) 951-0500