1

                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS

_____
CAROLYN MIREK,                        )
        Plaintiff                     )    CIVIL ACTION NO.
                                      )    04-30166-MAP
VS.                                   )
                                      )
THE GUARDIAN LIFE INSURANCE           )
COMPANY OF AMERICA and                )
BERKSHIRE LIFE INSURANCE              )    MARCH 24, 2006
COMPANY OF AMERICA,                   )
        Defendants                    )
_____)


    DEPOSITION OF:  L. CHRISTINE OLIVER, M.D., MPH, MS,
    taken before Laurie A. Monaghan, Certified Shorthand
    Reporter, Registered Professional Reporter and
    Notary Public, pursuant to Rule 30 of the Federal
    Rules of Civil Procedure, at the Law Offices of
    Crevier & Ryan, LLP, 1500 Main Street, Suite 2020,
    Springfield, Massachusetts, on March 24, 2006,
    commencing at 10:20 a.m.


APPEARANCES:

(SEE PAGE 2)


                      Laurie A. Monaghan
                 Certified Shorthand Reporter
               Registered Professional Reporter

959 MAIN STREET       PHILBIN & ASSOCIATES, INC.          (413) 733-4078
4TH FLOOR                                              Pittsfield: (413) 499-2231
SPRINGFIELD, MA 01103                                     FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

16

| | |
|---|---|
| 1 | possession at the moment. |
| 2 | Q.  Okay.  I know we have it today, so we'll bring |
| 3 | it in here later and give it to you to take a look at, and |
| 4 | I'll ask you questions on it.  Now, as far as your |
| 5 | teaching goes, has any aspect of your teaching related to |
| 6 | latex allergy in any way? |
| 7 | A.  Yes. |
| 8 | Q.  What would that be? |
| 9 | A.  I regularly give lectures on occupational lung |
| 10 | disease, and these lectures include discussions of |
| 11 | occupational asthma and a discussion of latex as a cause |
| 12 | of occupational asthma. |
| 13 | Q.  How frequently do you participate in those |
| 14 | discussions? |
| 15 | A.  Once or twice a year. |
| 16 | Q.  And who is your audience for those discussions? |
| 17 | A.  The audiences include the staff of the Pulmonary |
| 18 | and Critical Care Unit at the Massachusetts General |
| 19 | Hospital, fellows in training in Pulmonary Medicine at the |
| 20 | MGH, and practitioners in MGH Allergy Associates. |
| 21 | Q.  How long do those discussions usually go? |
| 22 | A.  They're generally hour-long lectures and |
| 23 | discussions. |

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

17

```
 1        Q.   And what portion of the discussion concerns
 2   latex allergy?
 3        A.   I would say maybe 5 percent.
 4        Q.   Other than that which you've just told me, is
 5   there any other aspect of your teaching that's related to
 6   latex allergy?
 7        A.   Well, when I teach pulmonary fellows on a less
 8   formal basis and medical students on a less formal basis,
 9   and by less formal I mean we are evaluating a patient or
10   patients together, than if the patient happens to have
11   latex allergy or be at risk for latex allergy, or exposed
12   to another high molecular agent that causes occupational
13   asthma, then there may be a discussion of latex related
14   disease, including asthma.
15        Q.   That's sort of an informal teaching of medical
16   fellows, is that correct?
17        A.   Yes.
18        Q.   Is there any other formal teaching that you do
19   regarding latex allergy?
20        A.   No.
21        Q.   Is that the extent of the sort of informal
22   teaching that you participate in with respect to latex
23   allergy?
```

959 MAIN STREET          PHILBIN & ASSOCIATES, INC.         (413) 733-4078
4TH FLOOR                                              Pittsfield: (413) 499-2231
SPRINGFIELD, MA 01103                                      FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

23

1  more.
2      Q.  And when did you start treating people who were
3  allergic to latex?
4      A.  I can't tell you exactly.  I started practicing
5  occupational medicine at the MGH in 1982, and I would say
6  that it was probably in the late 1980s or early 1990s that
7  I began to see patients with latex allergy, known or
8  suspected.
9      Q.  Did you receive any training to equip you to be
10 able to treat people with latex allergy?
11     A.  Yes.
12     Q.  Where did you receive that?
13     A.  I received that during the course of my general
14 medical training, my internal medicine training, and then
15 also during the course of my residency in occupational
16 medicine.
17     Q.  When did you complete your residency?
18     A.  In 1979.
19     Q.  Was latex allergy a recognized condition in
20 1979?
21     A.  Well, allergic reactions to high molecular
22 substances were a recognized condition in 1979.  I don't
23 recall whether latex specifically was included in the

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

29

1   to that in the 2002 article, but I don't remember when the
2   other article was published. I think most of their
3   articles were published between 1995 and 2000.
4       Q.   Did you ever attend any formal latex allergy
5   courses?
6       A.   No, not as such, no.
7       Q.   Now, going back to the -- you said that during
8   the course of your career, you've treated approximately
9   ten persons for latex allergy, is that correct?
10      A.   Yes, approximately.
11      Q.   Do you remember what any of their occupations
12  were?
13      A.   There were -- two were nurse anesthetists. Most
14  were nurses. One patient, I believe, was a phlebotomist.
15  She worked for the Red Cross, and she worked as a
16  technician of some sort, and I believe she was a
17  phlebotomist. I'm not entirely certain. The rest, I
18  think, were nurses. Oh, and there was one
19  anesthesiologist.
20      Q.   Where were you employed when you were treating
21  these people?
22      A.   At the Massachusetts General Hospital. I still
23  am employed at the Massachusetts General Hospital, but my

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947