# CURRICULUM VITAE

Steven Jay Weiss
209 South Livingston Avenue
Livingston, New Jersey 07039
973-992-4171

## ACADEMIC APPOINTMENTS:

College of Physicians and Surgeons
   Columbia University
   New York, New York
   Clinical Instructor – 1987 to 1996

Mount Sinai School of Medicine
   Mount Sinai Hospital
   New York, New York
   Adjunct Clinical Instructor – 1996 to July 1999
   Assistant Clinical Professor – July 1999 to present

## HOSPITAL APPOINTMENTS:

Saint Barnabas Medical Center
   Livingston, New Jersey
   Attending Physician 1986 to present
   Chief – Allergy and Clinical Immunology Section
      Division of Internal Medicine – 1991 to present

St. Luke's / Roosevelt Hospital Center
   New York, New York
   Attending Physician – 1987 to 1996

VA New Jersey Health Care System
   East Orange, New Jersey
   Consultant (Allergy & Immunology) – 1989 to present

Mount Sinai Hospital
   New York, New York
   Clinical Assistant – 1996 to 1999
   Assistant Attending – 1999 to present

## EDUCATION:

Undergraduate:
   Washington University
   Saint Louis, Missouri
   June 1978: Bachelor of Arts – Biology

12/22/2005 16:18    4137818235               CREVIER & RYAN, LLP                       PAGE 13/18
Case 3:04-cv-30166-RGS    Document 94-9    Filed 10/16/2006    Page 2 of 7

Steven J. Weiss, M.D.

Page    2

Medical School:
> University of Health Sciences / The Chicago Medical School
> North Chicago, Illinois
> June 1982 – Doctor of Medicine

## POSTDOCTORAL TRAINING:

Internship:
> St. Luke's / Roosevelt Hospital Center
> New York, New York
> Internal Medicine – 1982 to 1983

Residency:
> St. Luke's / Roosevelt Hospital Center
> New York, New York
> Internal Medicine – 1983 to 1985

Fellowship:
> R.A. Cooke Institute of Allergy
> St. Luke's / Roosevelt Hospital Center
> New York, New York
> Allergy and Immunology, Infectious Diseases – 1985 to 1987

## CERTIFICATION:

> National Board of Medical Examiners
> > July 1, 1983
> > Number 244141
>
> American Board of Internal Medicine
> > September 11, 1985
> > Number 101841
>
> American Board of Allergy and Immunology
> > October 5, 1987
> > Number 2978

## LICENSURE:

> New York, July 1983
> > License 154670
>
> New Jersey, June 1984
> > License 44433

12/22/2005 16:18   4137818235                CREVIER & RYAN, LLP              PAGE   14/18
Case 3:04-cv-30166-RGS    Document 94-9    Filed 10/16/2006    Page 3 of 7

Steven J. Weiss, M.D.
Page   3

## PROFESSIONAL ORGANIZATIONS AND APPOINTMENTS:

American Academy of Allergy, Asthma & Immunology – Fellow
American College of Allergy, asthma & Immunology-Fellow
American Medical Association – Member
Essex County (New Jersey) Medical Society – Member
New Jersey Medical Society - Member
The Allergy, Asthma & Immunology Society of Greater New York
    Past President
    Executive Committee
New Jersey Allergy and Asthma Society – Member

## HOSPITAL AND PUBLIC COMMITTEES:

Saint Barnabas Medical Center
Livingston, New Jersey
    Internal Medicine Sections Chief
    Medical Board
    Pharmacy and Therapeutics
    Medication Error Sub-Committee - Chairman
New Jersey Department of Health and Senior Services
    Latex Allergy Task Force

## TEACHING ACTIVITIES:

Saint Barnabas Medical Center
Livingston, New Jersey
1991 – present: internal medicine residency program; chief of allergy & immunology section – preceptorships and lecture series

VA New Jersey Health Care System
East Orange, New Jersey
1989 to present: attending physician in the allergy and immunology clinics, instructor of allergy and immunology fellows from UMDNJ training program

R.A. Cooke Institute of Allergy
St. Luke's-Roosevelt Hospital Center
New York, New York
1987-1996: allergy and immunology fellowship training program instructor, teaching service and clinic attending physician

Steven J. Weiss, M.D.  Page 4

The Mount Sinai School of Medicine
The Mount Sinai Hospital
New York, New York
1996-present: attending physician in the allergy and immunology clinics; instructor to fellows in the residency training program and housestaff

**PRIVATE PRACTICE:**
Allergy, Asthma and Immunology, P.A.
1987 to present

209 South Livingston Avenue
Livingston, New Jersey

381 Chestnut Street
Union, New Jersey

12/22/2005 16:18 4137818235 CREVIER & RYAN, LLP PAGE 16/18
Case 3:04-cv-30166-RGS   Document 94-9   Filed 10/16/2006   Page 5 of 7

Steven J. Weiss, M.D.                                                   Page    5

Publications

A Nurse with Anaphylaxis to Stone Fruits and Latex Sensitivity: Potential Diagnostic Difficulties to Consider. Weiss, Steven J, Halsey, John F. Annals of Allergy, Asthma and Immunology. 1996; Vol 50, Number 12:504-508.

Atlas on Mechanisms in Adverse Reactions to Food; The Joints and Muscles. Panush Richard S, Veloso Mary Lind, Weiss Steven, Bielory Leonard. European Journal of Allergy and Clinical Immunology 1995 Vol 50 Number 20 : 75-77.

An Unusual Case of Proptosis. Peltz S, Amornmarn L, Centeno L, Weiss S, Wolff A. Annals of Allergy [Abstract] 1994; Vol 72, Number 1:

HIV Antigen-Specific Lymphoproliferative Responses in HIV Infected Populations. Reddy Mohan M, Weiss Steven J, Reilingh Mary M, Grieco Michael H. Journal of Allergy and Clinical Immunology [Abstract] 1987; Vol 79. Number 1: 135

## Rates

Preparation rate of review of materials: $300.00/hr.
Trial Rate: $ 400/hr.
Preparation work with attorney: $300.00/hr.
    If office hours need to be cancelled: $400.00/hr.

## Trial/Deposition Testimony

### Steven Jay Weiss, M.D.

April 2002 – Molly Baader matter-NJ State "pension court" – Appeared in court for state of NJ DAG in a pension dispute regarding multiple chemical sensitivities and ex-state worker

September 2002 – Sloan v. American Dream Homes, Inc. Law firm Bendit Weinstock, West Orange, NJ.- Deposed as the treating physician in a case involving dust conditions at a housing development