---

**Page 1**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------ X
CAROL MIREK,                   :
    Plaintiff,  :
    VS.              : NO. 04-30166-MAP
GUARDIAN LIFE INS. CO. OF      :
AMERICA, ET AL.,
    Defendants.  :
------------------------------ X

DEPOSITION

THE DEPOSITION OF HAROLD AXE, M.D., taken on behalf of the Plaintiff, before Kevin Lombino, Registered Professional Reporter, Notary Public within the State of Connecticut License Number 00191, on the 16th day of September, 2005 at 12:16 p.m., at the offices of Paul, Hastings, Janofsky & Walker, 1055 Washington Boulevard, 10th Floor, Stamford, Connecticut.

---

**Page 2**

APPEARANCES

FOR THE PLAINTIFF:

    JAGER SMITH, PC
    One Financial Center
    Boston, MA 02111

      BY: JOANNE D'ALCOMO, ESQ.

FOR THE DEFENDANT:

    CREVIER & RYAN, LLP
    1500 Main Street, Suite 2020
    Springfield, MA 01115-5727

      BY: DAVID CREVIER, ESQ.

---

**Page 3**

1      HAROLD AXE, M.D., called as a witness, after
2  having been duly sworn, was examined and
3  testified as follows:
4      MS. D'ALCOMO: The parties have stipulated
5  and agreed that all objections except as to form
6  are reserved until time of trial, and motions to
7  strike are reserved until time of trial. And
8  the witness shall have 30 days to read and sign,
9  and signing need not be in front of a notary.
10     Would you mark this Exhibit 1.
11     (Plaintiff's Exhibit 1, Subpoena, marked for
12 identification, as of this date.)
13     DIRECT EXAMINATION
14 BY MS. D'ALCOMO:
15   Q. Dr. Axe, have you been deposed before?
16   A. Yes.
17   Q. On how many occasions?
18   A. Five.
19   Q. And under what circumstances? What kind of
20 cases?
21   A. Medical malpractice.
22   Q. And have you been a -- you were a defendant in
23 one medical malpractice; is that right?
24   A. Yes.
25   Q. Any others?

---

**Page 4**

1    A. I have not been a defendant in any other
2  medical-malpractice cases.
3    Q. In those other cases, in what capacity were
4  you -- excuse me, were you testifying at a deposition?
5    A. An expert witness.
6    Q. And were you an expert witness for the plaintiff
7  or the defendant?
8    A. I don't recall.
9    Q. Was there -- so on four occasions, you were an
10 expert witness in a medical-malpractice case?
11   A. Yes.
12   Q. And you don't remember if any of those cases you
13 were representing -- excuse me, you were testifying in a
14 capacity where you were an expert for the plaintiff?
15   A. Correct.
16   Q. How long ago were the depositions?
17   A. A long time ago, maybe 20 years ago.
18   Q. When was the last time that you were deposed?
19   A. I don't recall.
20   Q. Was that about 20 years ago?
21   A. Yes.
22   Q. And have you been retained as an expert in any
23 litigation in which you have rendered an opinion in the
24 past 10 years?
25   A. Yes.

Page 9

Having looked at the Plaintiff's Exhibit 1, it appears to be the accurate deposition --

MS. D'ALCOMO: I'm going to take yours back. If it's inaccurate, I don't want to --

MR. CREVIER: That's fine. The copy I received was inaccurate, but I withdraw the objection because the actual marked exhibit appears to be accurate. Thank you.

Q. What do you mean, Doctor, when you refer to yourself or someone else as an expert in a particular subject matter?

A. I don't think I've ever referred to myself as an expert.

Q. So you do not consider yourself an expert in latex allergy?

A. I don't know what your definition of "an expert" would be to answer that question.

Q. Have you ever used the term "expert" to describe someone's knowledge or familiarity in a field?

A. I don't recall.

Q. So you don't remember whether you ever have referred to someone as he's an expert or she's an expert in such and such an area?

A. Correct.

Q. Do you consider yourself proficient in the area

Page 10

of latex allergy?

A. Again, I'm not sure what you mean as "proficient."

Q. Well, do you know what "proficient" means?

A. I have my understanding of the word.

Q. And how would you describe it?

A. As someone who is good at what they do.

Q. And do you have an understanding of what the term "expertise" is?

A. Well, I think it's used in many different contexts.

Q. Have you ever used the term "expertise"?

A. Rarely.

Q. And when you've used it, what have you meant by it?

A. Knowledge.

Q. And do you consider yourself knowledgeable in latex allergy?

A. Yes.

Q. And do you consider yourself more knowledgeable than many other allergists in latex allergy?

A. No.

Q. Do you treat patients for latex allergy?

A. Latex allergy is not a specific disease that you treat people for.

Page 11

Q. So you have never treated anyone for something called "latex allergy"?

A. I have treated people with disease of which latex sensitivity is a part.

Q. Have you treated someone for -- who had an allergy to anything, any substance?

A. Yes.

Q. And what have you treated people who have an allergy -- strike that.

What allergens were the individuals that you treated allergic to?

A. Pollen, house dust mite, mold, animal dander, cockroach, latex.

Q. You have treated people who have been allergic to latex?

A. Yes.

Q. Is there something about the -- about the line-up of the words latex allergy as opposed to allergy to latex that makes you uncomfortable with the phrase "latex allergy"?

A. There is nothing in the line-up that makes me uncomfortable.

Q. You are comfortable with the phrase "allergy to latex"; is that right?

A. Yes.

Page 12

Q. You have heard that term, that phrase?

A. Yes, yes.

Q. And that's a phrase that you've used?

A. Yes.

Q. If someone is allergic to latex, can it not be fairly said they have a latex allergy?

A. Anything can be said, but it's the implication that makes the difference.

Q. You would say it would be inaccurate to describe someone who had a -- strike that.

You would say it would be inaccurate to describe someone who was allergic to latex as having a latex allergy?

A. I think it would be misleading to imply that the latex allergy represents a specific diagnosis.

Q. Would you say it would be inaccurate to describe someone who is allergic to latex as having a latex allergy?

A. Yes.

Q. And would it be inaccurate to describe someone who had an allergy to cockroaches as having a cockroach allergy?

A. I think it's inaccurate in that the implication is that that is their problem and their disease when in fact it's merely an aspect of the disease.