UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
CAROLYN MIREK                       )
            Plaintiff,              )
                                    )
v.                                  )   04-30166-RGS
                                    )
THE GUARDIAN LIFE INSURANCE         )
COMPANY OF AMERICA and BERKSHIRE    )
LIFE INSURANCE COMPANY OF           )
AMERICA,                            )
            Defendants.             )
_____)

DEFENDANTS' REVISED REQUEST FOR JURY INSTRUCTIONS

The Defendants, Guardian and Berkshire hereby request that the Court strike Jury instructions 11 and 12 from their previously submitted instructions, and in their place insert the following instructions consistent with the insurance policy at issue in this case. The remaining requested instructions remain unchanged.

*11.*  Therefore in order for you to decide whether Plaintiff has proven she is Totally Disabled you must determine whether Plaintiff has proven by a preponderance of the evidence that on December 27, 2001, Plaintiff was unable to perform the major duties of her regular occupation (or occupations if more than one) because of sickness or injury.

*12.*  When assessing whether Plaintiff is totally disabled, you must consider that there is a difference between one who should not work and one who is unable to work. Accordingly, the risk of becoming disabled does not constitute Total Disability.

*See Grayboyes v. General American Life Insurance Company, 1995 WL 156040 (E.D. Pa. 1995).*
*See Leipzig v. AIG Life Insurance Co. 362 F. 3d 406 (7th Cir. 2004).*

Respectfully Submitted,

Defendants The Guardian Life Insurance Company of America and Berkshire Life Insurance Company of America

By their attorneys,

CREVIER & RYAN, LLP.

/s/David B. Crevier
David B. Crevier, Bar No. 557242
Katherine R. Parsons, Bar No. 657280
1500 Main Street, Suite 2020
Springfield, MA 01115-5727
Tel: 413-787-2400
Facsimile: 413-781-8235
Email: dcrevier@crevierandryan.com

Edward K. Kimball, Esq.
700 South Street
Pittsfield, MA 01201
Tel: 413-499-4321
Facsimile: 413-395-5990
Email: Edward_Kimball@berkshirelife.com

## CERTIFICATE OF SERVICE

I certify that I served a true copy of the foregoing on all counsel of record said service having taken place this 27th day of October 2006.

/s/David B. Crevier