UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN MIREK,<br><br>　　　　Plaintiff<br><br>v.<br><br>THE GUARDIAN LIFE INSURANCE<br>COMPANY OF AMERICA and<br>BERKSHIRE LIFE INSURANCE<br>COMPANY OF AMERICA,<br><br>　　　　Defendants | Civil Action<br>No. 04-30166-RGS |

**STIPULATION BETWEEN THE PLAINTIFF CAROLYN MIREK AND THE DEFENDANTS GUARDIAN LIFE INSURANCE COMPANY OF AMERICA AND BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA**

The plaintiff Carolyn Mirek and the defendants Guardian Life Insurance Company of America ("Guardian") and Berkshire Life Insurance Company of America ("Berkshire"), stipulate and agree to the following facts:

1. Defendant Guardian issued Disability Income Policy No G-723670 ("Policy") to Carolyn Mirek on or about March 19, 1993.

2. The Policy states "Total Disability means that, because of sickness or injury, you are not able to perform the major duties of your occupation."

3. Carolyn Mirek made a claim for total disability benefits stating that she had become "totally disabled," as defined by the Policy, beginning on December 27, 2001, due to latex allergy and carpal tunnel syndrome.

4. Carolyn Mirek has continued to pay the monthly premium on the Policy every month to the present.

5. Carolyn Mirek's Monthly Indemnity under the Policy, if she had a "total disability" as defined by the Policy on December 27, 2001, would be $3,160, subject to a cost of living adjustment.

6. The Policy provides for a three month Elimination Period such that if Ms. Mirek became total disabled as defined by the Policy on December 27, 2001, and if she continued to be totally disabled for three months, then the three month Elimination Period would have been satisfied and would have ended on March 27, 2002.

7. If Carolyn Mirek was totally disabled pursuant to the Policy continuously from December 27, 2001 through November 1, 2006, then Carolyn Mirek would be entitled to the following Monthly Indemnity payments which include the cost of living adjustments pursuant to the Policy:
    1. 4/27/02: $3160.00
    2. 5/27/02: $3160.00
    3. 6/27/02: $3160.00
    4. 7/27/02: $3160.00
    5. 8/27/02: $3160.00
    6. 9/27/02: $3160.00
    7. 10/27/02: $3160.00
    8. 11/27/02: $3160.00
    9. 12/27/02: $3160.00
    10. 1/27/03: $3207.85
    11. 2/27/03: $3207.85
    12. 3/27/03: $3207.85
    13. 4/27/03: $3207.85
    14. 5/27/03: $3207.85
    15. 6/27/03: $3207.85
    16. 7/27/03: $3207.85
    17. 8/27/03: $3207.85
    18. 9/27/03: $3207.85
    19. 10/27/03: $3207.85
    20. 11/27/03: $3207.85
    21. 12/27/03: $3207.85
    22. 1/27/04: $3282.29
    23. 2/27/04: $3282.29
    24. 3/27/04: $3282.29
    25. 4/27/04: $3282.29
    26. 5/27/04: $3282.29
    27. 6/27/04: $3282.29
    28. 7/27/04: $3282.29
    29. 8/27/04: $3282.29
    30. 9/27/04: $3282.29
    31. 10/27/04: $3282.29
    32. 11/27/04: $3282.29

    33. 12/27/04: $3282.29
    34. 1/27/05: $3365.59
    35. 2/27/05: $3365.59
    36. 3/27/05: $3365.59
    37. 4/27/05: $3365.59
    38. 5/27/05: $3365.59
    39. 6/27/05: $3365.59
    40. 7/27/05: $3365.59
    41. 8/27/05: $3365.59
    42. 9/27/05: $3365.59
    43. 10/27/05: $3365.59
    44. 11/27/05: $3365.59
    45. 12/27/05: $3365.59
    46. 1/27/06: $3523.32
    47. 2/27/06: $3523.32
    48. 3/27/06: $3523.32
    49. 4/27/06: $3523.32
    50. 5/27/06: $3523.32
    51. 6/27/06: $3523.32
    52. 7/27/06: $3523.32
    53. 8/27/06: $3523.32
    54. 9/27/06: $3523.32
    55. 10/27/06: $3523.32

8. The total amount of the above Monthly Indemnity payments is: $181,941.96.

9. Carolyn Mirek has made the following premium payments since December 27, 2001:

    1. 1/19/02: $162.35
    2. 2/19/02: $162.35
    3. 3/19/02: $162.35
    4. 4/19/02: $162.35
    5. 5/19/02: $162.35
    6. 6/19/02: $162.35
    7. 7/19/02: $162.35
    8. 8/19/02: $162.35
    9. 9/19/02: $162.35
    10. 10/19/02: $162.35
    11. 11/19/02: $162.35
    12. 12/19/02: $162.35
    13. 1/19/03: $162.35
    14. 2/19/03: $162.35
    15. 3/19/03: $162.35
    16. 4/19/03: $162.35
    17. 5/19/03: $162.35

    18. 6/19/03: $162.35
    19. 7/19/03: $162.35
    20. 8/19/03: $162.35
    21. 9/19/03: $162.35
    22. 10/19/03: $162.35
    23. 11/19/03: $162.35
    24. 12/19/03: $162.35
    25. 1/19/04: $162.35
    26. 2/19/04: $162.35
    27. 3/19/04: $162.35
    28. 4/19/04: $162.35
    29. 5/19/04: $162.35
    30. 6/19/04: $162.35
    31. 7/19/04: $162.35
    32. 8/19/04: $162.35
    33. 9/19/04: $162.35
    34. 10/19/04: $162.35
    35. 11/19/04: $162.35
    36. 12/19/04: $162.35
    37. 1/19/05: $162.35
    38. 2/19/05: $162.35
    39. 3/19/05: $162.35
    40. 4/19/05: $162.35
    41. 5/19/05: $162.35
    42. 6/19/05: $162.35
    43. 7/19/05: $162.35
    44. 8/19/05: $162.35
    45. 9/19/05: $162.35
    46. 10/19/05: $162.35
    47. 11/19/05: $162.35
    48. 12/19/05: $162.35
    49. 1/19/06: $162.35
    50. 2/19/06: $162.35
    51. 3/19/06: $162.35
    52. 4/19/06: $162.35
    53. 5/19/06: $162.35
    54. 6/19/06: $162.35
    55. 7/19/06: $162.35
    56. 8/19/06: $162.35
    57. 9/19/06: $162.35
    58. 10/19/06: $162.35

10. If Carolyn Mirek was totally disabled under the Policy from December 27, 2001 through November 1, 2006, then she would be entitled to reimbursement of the premiums she has paid for the Policy since December 27, 2001 which amounts to: $9416.30.

JS#114379v1

| | |
|---|---|
| CAROLYN MIREK | THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA and BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, |
| By her attorneys, | By their attorneys, |

Joanne D'Alcomo, Esq.
BBO #544177
Seth Nesin, Esq.
BBO #650739
Jager Smith, P.C.
One Financial Center
Boston, MA 02111-2621
Phone: (617) 951-0500
Fax: (617) 951-2414

Edward Kimball, Esq.
700 South Street
Pittsfield, MA 01201
Phone: (413) 499-4321

David B. Crevier, Esq.
BBO #557242
Katherine R. Parsons
BBO #657280
1500 Main Street, Suite 2020
Springfield, MA 01115-5727
Phone: (413) 787-2400
Fax: (413) 781-8235

Dated:  October 27, 2006

JS#114379v1