# Seth E. Nesin

**From:** Joanne D'Alcomo
**Sent:** Monday, October 23, 2006 4:35 PM
**To:** Seth E. Nesin
**Subject:** FW: Mirek v. Berkshire, Guardian


Joanne D'Alcomo
Jager Smith P.C.
One Financial Center
Boston, MA 02111
Tel. 617.951.0500/Fax 617.951.2414
jdalcomo@jagersmith.com


-----Original Message-----
From: Edward K Kimball [mailto:Edward_Kimball@berkshirelife.com]
Sent: Tuesday, January 24, 2006 5:41 PM
To: Joanne D'Alcomo
Cc: David Crevier
Subject: RE: Mirek v. Berkshire, Guardian

Joanne:

As promised I have those COLA calculations for you.

Assuming arguendo that Carolyn would be entitled to Total Disability benefits, the Monthly Indemnity would be as follows:

The first 12 months of the claim there would be no COLA so

Following the termination of the Elimination period - 12/27/01-12/27/02 - $3160

Thereafter the COLA calculation gives rise to the following Total Disability Monthly Indemnity amounts.

12/27/02-12/27/03 - $3207.85
12/27/03-12/27/04 - $3282.29
12/27/04-12/27/05- $3365.59
12/27/05-12/27/06 - $3523.32


Ed


Edward K. Kimball, FLMI
Attorney II
Berkshire Life Insurance Company of America 700 South Street Pittsfield MA 01201
vox: 413.395.4560
fax: 413.395.5990
Edward_Kimball@berkshirelife.com




"Joanne D'Alcomo"
<jdalcomo@jagersm

1

|  |  |
|---|---|
| ith.com> | To |
|  | "Edward K Kimball" |
| 01/20/2006 07:15 PM | <Edward_Kimball@berkshirelife.com> |
|  | cc |
|  | Subject |
|  | RE: Mirek v. Berkshire, Guardian |

Fine.

Joanne D'Alcomo
Jager Smith P.C.
One Financial Center
Boston, MA 02111
Tel. 617.951.0500/Fax 617.951.2414
jdalcomo@jagersmith.com


-----Original Message-----
From: Edward K Kimball [mailto:Edward_Kimball@berkshirelife.com]
Sent: Friday, January 20, 2006 7:16 PM
To: Joanne D'Alcomo
Subject: RE: Mirek v. Berkshire, Guardian

Agreed.

 I have asked the actuarial department to review and tell me exactly what the COLA amounts are if Ms. Mirek were to be considered TD from 12/27/2001 through 01/31/06.  I will get those calculations and I will provide them to you.

I was just using 3160 + cola as gap filler.
Actually its a straight 3160 for 12/01-12/02.
then its 3160 + cola for each subsequent 12 month period while continuously TD.


Edward K. Kimball, FLMI
Attorney II
Berkshire Life Insurance Company of America 700 South Street Pittsfield MA 01201
vox: 413.395.4560
fax: 413.395.5990
Edward_Kimball@berkshirelife.com




              "Joanne D'Alcomo"

              <jdalcomo@jagersm

              ith.com>
To

2

```
                                        "Edward K Kimball"
              01/20/2006 06:29
<Edward_Kimball@berkshirelife.com>
              PM
cc


Subject
                                        RE: Mirek v. Berkshire, Guardian
```

I agree as long as we talk about specific benefit amounts. In other words, not say, $3,160 +Cola, but actually plug the numbers in. I'm not in a hurry.It's just that if I have to open discovery on it, I've got to seek permission. So , based on this understanding, I will represent that we agree to formulate the numbers.


Joanne D'Alcomo
Jager Smith P.C.
One Financial Center
Boston, MA 02111
Tel. 617.951.0500/Fax 617.951.2414
jdalcomo@jagersmith.com


-----Original Message-----
From: Edward K Kimball [mailto:Edward_Kimball@berkshirelife.com]
Sent: Friday, January 20, 2006 6:13 PM
To: Joanne D'Alcomo
Subject: RE: Mirek v. Berkshire, Guardian

Joanne:

Yes its 3160 + COLA.

 I am trying to verify the COLA information with actuarial before we chisel it in stone for the Court.  That is why I was suggesting that we can agree to agree.  I want to be 100% certain that the information in plaintiff's proposed stipulated facts is 100% correct, -  that is my concern.

To that end can't we just represent to the Court that the Monthly indemnity is 3160 + COLA  and the parties will stipulate as to COLA at a later date in the near future?

 I want to be 100% sure and - frankly I'm not an actuary and I want a person from actuarial to certify to me that I have the right information as of January 2006.  The numbers you stated - looking at them, I'm not certain that they are correct.  I have to be certain - so let me just verify.

3

I will verify the numbers in your proposed PT Memorandum OR  I will provide you with verified cola calculations ASAP.  Now - It may not be Monday or before the PT conf.  because I am out of the office on business next week returning for the PT Conf.  But  I will take care of this and I will obtain the verified cola calcs on this claim from our actuarial department.  The parties are not going to wind up having a factual dispute regarding cola calculations.

Agreed?



Edward K. Kimball, FLMI
Attorney II
Berkshire Life Insurance Company of America 700 South Street Pittsfield MA 01201
vox: 413.395.4560
fax: 413.395.5990
Edward_Kimball@berkshirelife.com




|  | "Joanne D'Alcomo" <jdalcomo@jagersmith.com> | |
|---|---|---|
| To | | "Edward K Kimball" <Edward_Kimball@berkshirelife.com> |
| | 01/20/2006 05:39 PM | |
| cc | | |
| Subject | | RE: Mirek v. Berkshire, Guardian |










Ed,
   What I'm trying to reach agreement on, and for goodness sakes, I was able to do it with Unum in my last trial, is simply the monthly benefits at stake.
Same format that I proposed, just whatever the numbers are.
Are you agreeing to provide your version of monthly benefit numbers?

4

Joanne

Joanne D'Alcomo
Jager Smith P.C.
One Financial Center
Boston, MA 02111
Tel. 617.951.0500/Fax 617.951.2414
jdalcomo@jagersmith.com


-----Original Message-----
From: Edward K Kimball [mailto:Edward_Kimball@berkshirelife.com]
Sent: Friday, January 20, 2006 5:30 PM
To: Joanne D'Alcomo
Cc: David Crevier
Subject: RE: Mirek v. Berkshire, Guardian

I don't recall those discussions, but its not going to be a point of dispute. I did send you cola calculations previously pursuant to settlement discussions. I'm checking with actuarial to verify the cola calcs and I will let you know what they are. Okay?


Edward K. Kimball, FLMI
Attorney II
Berkshire Life Insurance Company of America 700 South Street Pittsfield MA 01201
vox: 413.395.4560
fax: 413.395.5990
Edward_Kimball@berkshirelife.com




|  | "Joanne D'Alcomo" <jdalcomo@jagersmith.com> 01/20/2006 05:05 PM | To | "Edward K Kimball" <Edward_Kimball@berkshirelife.com> |
|---|---|---|---|
|  |  | cc | "David Crevier" <DCrevier@crevierandryan.com> |
|  |  | Subject | RE: Mirek v. Berkshire, Guardian |

No, I can't do that, because the jury has to decide damages, and damages are numbers, not COLAs or formulas. What is your position on my motion?
I'm not to going to leave that to chance. It's already too weird for me that you can't remember our conversations about it since it's why I haven't bothered to do discovery about it, and you actually sent cola numbers to me as I recall.
    What is your position on the motion?

Joanne D'Alcomo
Jager Smith P.C.
One Financial Center
Boston, MA 02111
Tel. 617.951.0500/Fax 617.951.2414
jdalcomo@jagersmith.com


-----Original Message-----
From: Edward K Kimball [mailto:Edward_Kimball@berkshirelife.com]
Sent: Friday, January 20, 2006 4:54 PM
To: Joanne D'Alcomo
Cc: David Crevier
Subject: RE: Mirek v. Berkshire, Guardian

I don't recall saying any such thing Joanne, but regardless of that issue - just tell the court what the monthly indemnity is and that its subject to COLA.

Edward K. Kimball, FLMI
Attorney II
Berkshire Life Insurance Company of America 700 South Street Pittsfield MA 01201
vox: 413.395.4560
fax: 413.395.5990
Edward_Kimball@berkshirelife.com




|  | "Joanne D'Alcomo" <jdalcomo@jagersmith.com> |  |
|---|---|---|
| To |  | "David Crevier" <DCrevier@crevierandryan.com> |
|  | 01/20/2006 04:41 PM |  |
| cc | <Edward_Kimball@berkshirelife.com> |  |
| Subject |  | RE: Mirek v. Berkshire, Guardian |

6