# Exhibit 2

| | |
|---|---|
| **From:** | David Crevier |
| **To:** | jdalcomo@jagersmith.com; Nesin, Seth |
| **Date:** | 10/27/06 1:39PM |
| **Subject:** | RE: Stipulation |

Dear Counsel:

As I discussed with Joanne last week and as we have made clear through our correspondence, we are not willing to stipulate to one sided characterizations and wish to simplify a number of issues for the Court. In that regard, this is the support for the Stipulations proposed by Defendants (by Paragraph).

1. Plaintiff's date of birth and hometown are uncontested. Please inform us of the reason Plaintiff refuses to stipulate to simplify this matter for the court and jury.

2. Plaintiff admits to applying for the Policy, which application becomes part of the policy. Please inform us of the reason Plaintiff refuses to stipulate to simplify this uncontested matter for the Court and jury.

3. Does Plaintiff dispute that Guardian issued the Policy to Plaintiff? Please inform us of the reason Plaintiff refuses to stipulate to simplify this matter for the court and jury.

4, 5 and 7. Contain verbatim policy provisions. Please inform us of the reason Plaintiff refuses to stipulate to simplify this matter for the court and jury.

8. Plaintiff on numerous occasions has informed the Defense that she makes no claim for residual benefits, which are dependant on income level. Plaintiff has made a motion to exclude her income post 12/31/01. Please inform Defense if Plaintiff maintains a residual disability claim and withdraws her motion in limine. If not, please inform us of the reason Plaintiff refuses to stipulate to simplify this matter for the court and jury.

9. Plaintiff has already stipulated that her claims are not based on carpal tunnel syndrome. See emails DBC to JD 5/26/05 stating that as a result of Plaintiff's stipulation a noticed deposition would be scheduled and JD response 5/29/05 stating "carolyn mirek does not make a claim for the period at issue because of carpal tunnel syndrome." Please explain why Attorney D'Alcomo will not keep her word and inform us of the reason Plaintiff refuses to stipulate to simplify this matter for the court and jury.

13, 14, 15, 16, and 17 provide the jury with all of the potential scenarios given the benefit amounts combined with the obligation to satisfy the elimination period and prove continuous disability. Plaintiff's proffers are one sided as to what happens if Plaintiff proves .... and do not adequately explain all of the scenarios. Please inform us of the reason Plaintiff refuses to stipulate to simplify this matter for the court and jury.

10, 18, 19, 20 and 21 provide the jury with all of the potential scenarios given the return of premium combined with the obligation to satisfy the elimination period and prove continuous disability. Plaintiff's proffers are one sided as to what happens if Plaintiff proves .... and do not adequately explain all of the scenarios. Please inform us of the reason Plaintiff refuses to stipulate to simplify this matter for the court and jury.

Plaintiff's stipulations are one sided and create an incorrect impression. In one case, no. 7, the dates are just plain wrong. Please provide us with your response promptly. I believe that we can take this issue up with Judge Stearns at our conference on November 8.

Sincerely,

David

David B. Crevier, Esq.