# Exhibit 3

**From:** "Joanne D'Alcomo" <jdalcomo@jagersmith.com>
**To:** "David Crevier" <DCrevier@crevierandryan.com>
**Date:** Sun, May 29, 2005 9:11 AM
**Subject:** RE: Spam:RE: Depositions in Mirek

David,
  A few things.
  1. I forgot to raise the issue of Carolyn Mirek's OB/Gyn provider. I don't understand the request for such records, and unless we can agree that is put off, and they are notified promptl , I will object to that as exceeding the number of permissible depositions and also because there is no relevance that I can see that overcomes the highly personal nature of such records.

2. With respect to Aries, I have agreed to produce all worker's comp records, except for attorney-client privileged or work-product.

3. I don't remember talking about Ms. Israelovitz because I don't know who that is. I understand that you may be seeking to depose Carolyn Mirek's health care insurers, and I will not object on a numbers basis in that regard, but I will object to scope, once again for the same reasons I have expressed. (e.g., the ob-gyn).
  I haven't had a chance to look at the stipulation, carolyn mirek does not make a claim for the period at issue because of carpal tunnel syndrome.
  Although I will be out of the office, as you know, my paralegal Phyllis Jones is reachable.
  Thank you.
  Joanne D'Alcomo

Joanne D'Alcomo
Jager Smith P.C.
One Financial Center
Boston, MA 02111
Tel. 617.951.0500/Fax 617.951.2414
jdalcomo@jagersmith.com

NOTICE: This email message and any attachment contain confidential information that may be legally privileged. If you are not the intended recipient of this message, do not review, copy, use or disseminate this email or any of its attachments. If you have received this email in error, please notify us immediately by return email or telephone at 617.951.0500 and also delete this message. Thank you.


-----Original Message-----
From: David Crevier [mailto:DCrevier@crevierandryan.com]
Sent: Thursday, May 26, 2005 1:46 PM
To: Joanne D'Alcomo
Cc: Edward_Kimball@berkshirelife.com
Subject: Spam:RE: Depositions in Mirek


Joanne:

I write to confirm our conversation earlier today in which we discussed the foregoing:

1. The following keeper deponents will be notified that their depositions are cancelled: Dr. Gerard, Dr. Gassner, Dr. Amara, Dr. Altman, Dr. Greenberg, Dr. Viruet.

2. The following keeper depositions will be postponed to coincide with the depositions of the doctors: Dr. Burstein and Dr. Bedard.

3. The deposition of the keeper of records for Barton-Cyker will not occur because that company does not exist. We intend to depose Mr. Cyker in the future.

4. Plaintiff will stipulate that her claims in this case do not result from Carpal Tunnel Syndrome -- a stipulation is attached -- and we will then cancel the deposition of the keeper of Dr. Watson's records.

5. The following keeper depositions will occur without objections, but will be postponed to a date convenient for you to the extent that documents are not produced prior to the date the depositions have been noticed for: Dr. Guardino, Dr. Srinvason, Manchestor OBGyn.

6. The keeper deposition for Attorney Aries will be postponed insofar as you have agreed to produce all of the workers comp. documents in Attorney Aries possession.

7. The keeper depositions of Dental Works, LLC and Dr. Segal will be postponed. Defendants may depose Ms. Israelovitz and Dr. Segal.

8. In addition to deponents/potential deponents discussed above, Defendants will depose Plaintiff, Mr. Mirek and Plaintiff's health insurers.

9. Dr. Nissanka will object to the deposition. Defendants will move to compel on a date convenient for all parties.

Given our agreement as to these issues, there is no need to file any motion to exceed the 10 depositions.

Please provide me with the stipulation as soon as possible and call me with any questions.

Sincerely,


David B. Crevier
>>> "Joanne D'Alcomo" <jdalcomo@jagersmith.com> 05/24/05 12:58PM >>>
David,
   Thank you for your messages and email. I'm sorry that I have been tied up since my return from California. Let me sift through these changes in your email and see if I can live with them. I very much appreciate your effort at whittling them down. I'll let you know promptly.
   Joanne

Joanne D'Alcomo
Jager Smith P.C.
One Financial Center
Boston, MA 02111
Tel. 617.951.0500/Fax 617.951.2414
jdalcomo@jagersmith.com

NOTICE: This email message and any attachment contain confidential information that may be legally privileged. If you are not the intended recipient of this message, do not review, copy, use or disseminate this email or any of its attachments. If you have received this email in error, please notify us immediately by return email or telephone at 617.951.0500 and also delete this message. Thank you.


-----Original Message-----
From: David Crevier [mailto:DCrevier@crevierandryan.com]
Sent: Tuesday, May 24, 2005 11:09 AM
To: Joanne D'Alcomo
Cc: Edward_Kimball@berkshirelife.com
Subject: Depositions in Mirek

Joanne: In light of your fast approaching vacation and due to the fact that we keep missing each other, I wanted to see if we could reach an agreement on the depositions and their timing. First, I thought you were out of the country at the end of June, not at the time the keeper depositions were scheduled. To the extent that any of the depositions occur, I will work to reschedule during the time that you are here. In that regard, please note that due to family vacation/anniversary, I will be substantially unavailable from June 25-July 21.

As to the currently noticed depositions, all scheduled for June 10, here is an updated status:

Please be advised that the following keeper depositions of Ms. Mirek's former employers are cancelled: Dr. Gerard, Dr. Gassner, Dr. Amara, Dr. Altman.

As to the keeper deposition of Barton-Cyker, this deposition is cancelled because we have been informed that the company is no longer in business.

As to the keeper deposition of Dr. Watson, it is our understanding that Ms. Mirek no longer makes any LTD claim based on carpal tunnel syndrome. To the extent that Ms. Mirek is willing to stipulate to this fact, we will cancel the deposition of Dr. Watson.

The following depositions are also cancelled: Dr. Greenberg and Dr. Viruet.

With respect to the keeper depositions of Dr. Burstein and Dr. Bedard. These depositions of material witnesses will likely be postponed to coincide with the full depositions of Dr. Burstein and Dr. Bedard.

The remaining keeper depositions are Dr. Nissank, Dr. Guardino, Dr. Srinivason and Manchester OBGyn, Benco Dental Company, Attorney Aries, Dental Works, LLC and Dr. Segal. I anticipate that the depositions of Dental Works, LLC and Dr. Segal will most likely be cancelled, but that the remaining depositions will likely occur. I also anticipate deposing Dr. Burstein, Dr. Bedard, Plaintiff, Mr. Mirek, Plaintiff's health insurers and potentially Dr. Watson. Please inform me whether you assent to this number of depositions. In the event that you do not, I intend to file a motion this week (to give you time to respond prior to your going on vacation) to exceed the number of depositions allowed under the local rules. Given Plaintiff long time treatment by numerous physicians and her subsequent job search/placement, I am confident that the Court will allow this motion.

Please call me after you have had the chance to consider.

Sincerely,

David B. Crevier

David B. Crevier, Esq.
Crevier & Ryan, LLP
1500 Main Street, Suite 2020
Springfield, MA 01115-5532
(413) 787-2400; fax (413) 781-8235
Dcrevier@crevierandryan.com

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

David B. Crevier, Esq.
Crevier & Ryan, LLP
1500 Main Street, Suite 2020
Springfield, MA  01115-5532
(413) 787-2400; fax (413) 781-8235
Dcrevier@crevierandryan.com

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.