
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30166-RGS

| | |
|---|---|
| CAROYLN MIREK, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| THE GUARDIAN LIFE INSURANCE, COMPANY OF AMERICA and BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, | ) ) ) ) ) |
| Defendants. | ) |

## AFFIDAVIT OF HAROLD AXE, M.D.
## IN SUPPORT OF MOTION TO QUASH SUBPOENA

I, Harold Axe, M.D., do hereby depose and state:

1. I am a physician duly licensed to practice medicine in the States of Connecticut, New York and Ohio.

2. My home address is 151 Guinea Road, Stamford, Connecticut.

3. The shortest driving distance from this address to the United States District Court at 1550 Main Street in Springfield according to Mapquest.com's shortest distance function is 101.48 miles.

4. My understanding is that the distance from this address to the Courthouse in a straight line, as the crow flies, is just under 100 miles.

5. In 2002, at the request of Berkshire Life Insurance Company, I reviewed the medical records of Ms. Carolyn Mirek.

457136v1

6. On June 26, 2002, I provided a report detailing my impressions and conclusions relating to my review of Ms. Mirek's medical records.

7. Ms. Mirek's lawyer took my deposition on September 16, 2005 in Stamford Connecticut and asked me detailed questions regarding my review of Ms. Mirek's medical records, as well as my impressions and conclusions. The deposition started at 12:15 p.m. and ended at 5:36 p.m.

8. I currently maintain offices and see patients in Central Ohio and in New York City. On November 14 and 15, 2006 my medical practice requires that I be in Central Ohio to meet with 60 to 70 patients previously scheduled for appointments.

9. On November 16, 2006 my medical practice requires that I be in New York to meet with patients previously scheduled for appointments.

10. Berkshire Life Insurance Company of America has informed me that they do not intend to call me as a witness at the trial starting on November 14, 2006 in the above-captioned matter.

Signed under the penalties of perjury this 8 day of November 2006.

_____
Harold Axe, M.D.

 **Sorry!** To see all the details that are visible on the screen, use the "Printer Friendly" link above the map.



| | |
|---|---|
| **START** **151 Guinea Rd** Stamford, CT 06903-3723, US | **END** **1550 Main St** Springfield, MA 01103-1422, US |
| **Total Est. Time:** 2 hours, 9 minutes | **Total Est. Distance:** 101.48 miles |

| | Maneuvers | Distance |
|---|---|---|
| START | **1:** Start out going NORTHEAST on GUINEA RD toward JUNE RD. | 0.3 miles |
| ↑ | **2:** GUINEA RD becomes JUNE RD. | 0.2 miles |
| ↑ | **3:** JUNE RD becomes RIVERBANK RD. | 0.4 miles |
| ↗ | **4:** Turn SLIGHT LEFT onto ROXBURY RD. | 0.3 miles |
| ← | **5:** Turn LEFT onto DEN RD. | 0.2 miles |
| NORTH 15 | **6:** Merge onto CT-15 N toward NEW HAVEN. | 68.9 miles |
| NORTH 5 | **7:** Merge onto US-5 N / CT-15 N toward I-91 / HARTFORD. | 3.4 miles |
| NORTH 91 | **8:** Merge onto I-91 N toward HARTFORD / SPRINGFIELD / I-84 W (Crossing into MASSACHUSETTS). | 25.9 miles |
| EXIT 4 | **9:** Take EXIT 4 toward BROAD ST. | 0.2 miles |
| ↗ | **10:** Turn SLIGHT LEFT onto E COLUMBUS AVE. | 0.8 miles |
| → | **11:** Turn RIGHT onto BOLAND WAY / MONARCH PL. | 0.1 miles |
| ← | **12:** Turn LEFT onto MAIN ST. | 0.1 miles |
| END | **13:** End at **1550 Main St** Springfield, MA 01103-1422, US | |

**Total Est. Time:** 2 hours, 9 minutes    **Total Est. Distance:** 101.48 miles



All rights reserved. Use Subject to License/Copyright
These directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. MapQuest and its suppliers assume no responsibility for any loss or delay resulting from such use.