UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30166-RGS

| | |
|---|---|
| CAROYLN MIREK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| THE GUARDIAN LIFE INSURANCE , | ) |
| COMPANY OF AMERICA and | ) |
| BERKSHIRE LIFE INSURANCE | ) |
| COMPANY OF AMERICA, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

Please enter my appearance as attorney for Harold Axe, M.D., movant, in the captioned matter.

Respectfully submitted,

HAROLD AXE, M.D.
By His Attorneys:

/s/ Jeffrey E. Poindexter
Jeffrey E. Poindexter, BBO No. 631922
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115-5507
Tel.: (413) 781-2820
Fax: (413) 272-6805
jpoindexter@bulkley.com

Dated: November 8, 2006

#457878