# Seth E. Nesin

**From:** Edward K Kimball [Edward_Kimball@berkshirelife.com]
**Sent:** Monday, October 23, 2006 11:12 AM
**To:** Seth E. Nesin
**Subject:** RE: Mirek I COLA calculations continued

We don't agree on the language however.


Edward K. Kimball, FLMI
Attorney III
Berkshire Life Insurance Company of America 700 South Street Pittsfield MA 01201
vox: 413.395.4560
fax: 413.395.5990
Edward_Kimball@berkshirelife.com

CONFIDENTIALITY NOTICE: This Communication may contain privileged and
confidential information.  It is intended only for the use of the recipient
named above.  If you are not the intended recipient of this communication, or
the employee or agent responsible for delivering it to the intended recipient,
you are hereby notified that any dissemination, distribution, or copying of
this communication is strictly prohibited.  If you have received this
communication in error or if you believe that you may have received this
communication in error, please immediately notify the sender by return e-mail
and permanently delete the original and any copy of this communication.

```
            "Seth E. Nesin"
            <snesin@jagersmit
            h.com>                                                          To
                                     "Edward K Kimball"
            10/23/2006 10:03         <Edward_Kimball@berkshirelife.com>
            AM                                                              cc

                                                                       Subject
                                     RE: Mirek I COLA calculations
                                     continued
```

Ed:

When should I expect this? I can't imagine there is very much for you to
revise, since we agree on the numbers.  Please let me know.

--Seth

-----Original Message-----
From: Edward K Kimball [mailto:Edward_Kimball@berkshirelife.com]
Sent: Thursday, October 19, 2006 4:51 PM
To: Seth E. Nesin
Subject: RE: Mirek I COLA calculations continued

1

I'm reviewing and revising and will send back to you.


Edward K. Kimball, FLMI
Attorney III
Berkshire Life Insurance Company of America 700 South Street Pittsfield MA 01201
vox: 413.395.4560
fax: 413.395.5990
Edward_Kimball@berkshirelife.com

CONFIDENTIALITY NOTICE: This Communication may contain privileged and confidential information.  It is intended only for the use of the recipient named above.  If you are not the intended recipient of this communication, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.
If you have received this communication in error or if you believe that you may have received this communication in error, please immediately notify the sender by return e-mail and permanently delete the original and any copy of this communication.



|  | "Seth E. Nesin" <snesin@jagersmith.com> | | |
|---|---|---|---|
| To | | "Edward K Kimball" <Edward_Kimball@berkshirelife.com> | |
| | 10/19/2006 11:19 AM | | |
| cc | | | |
| Subject | | RE: Mirek I COLA calculations | |
| | | continued | |

Stipulation we discussed.

From: Seth E. Nesin
Sent: Monday, October 16, 2006 12:59 PM
To: 'Edward K Kimball'

2

Subject: RE: Mirek I COLA calculations continued

Thanks, I figured I was missing something. Here's a new draft with the December numbers corrected. Let me know if you have any other changes.

From: Edward K Kimball [mailto:Edward_Kimball@berkshirelife.com]
Sent: Monday, October 16, 2006 12:35 PM
To: Seth E. Nesin
Subject: RE: Mirek I COLA calculations continued

DI benefits are paid in arrears. so if her claim began in December - first payment would be in january. 12th month would then be december.
New COlA would then kick in in January.

I'm out of the office today.



Edward K. Kimball, FLMI
Attorney III
Berkshire Life Insurance Company of America 700 South Street Pittsfield MA 01201
vox: 413.395.4560
fax: 413.395.5990
Edward_Kimball@berkshirelife.com

CONFIDENTIALITY NOTICE: This Communication may contain privileged and confidential information. It is intended only for the use of the recipient named above. If you are not the intended recipient of this communication, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.
If you have received this communication in error or if you believe that you may have received this communication in error, please immediately notify the sender by return e-mail and permanently delete the original and any copy of this communication.

-----"Seth E. Nesin" <snesin@jagersmith.com> wrote: -----

 To: "Edward K Kimball" <Edward_Kimball@berkshirelife.com>
 From: "Seth E. Nesin" <snesin@jagersmith.com>
 Date: 10/16/2006 09:31AM
 Subject: RE: Mirek I COLA calculations continued

 Ed:

 Have you had a chance to figure this out? I'd like to see if we can get the stipulation agreed to. Thanks.

 --Seth

 -----Original Message-----
 From: Seth E. Nesin
 Sent: Wednesday, October 11, 2006 3:18 PM
 To: 'Edward K Kimball'
 Subject: RE: Mirek I COLA calculations continued

 The COLA rider says that "at the end of each twelve months in a continuous claim . . . We will adjust your monthly indemnity." I thought that because the claim was filed on 12/27/01, the payment would change 12 months later, i.e., each year on 12/27.

 Let me know if I'm right or if I'm reading the agreement wrong. Not that it's much of a monetary difference. Thanks.

 -----Original Message-----
 From: Edward K Kimball [mailto:Edward_Kimball@berkshirelife.com]

3

Sent: Wednesday, October 11, 2006 3:14 PM
To: Seth E. Nesin
Subject: RE: Mirek I COLA calculations continued

The numbers are correct however the dates are not in synch with the numbers.

For example the December '02 number should be  3160.00 not 3207.85 - and  so on and so forth for December 03, 04, and 05.


Edward K. Kimball, FLMI
Attorney III
Berkshire Life Insurance Company of America 700 South Street Pittsfield MA 01201
vox: 413.395.4560
fax: 413.395.5990
Edward_Kimball@berkshirelife.com

CONFIDENTIALITY NOTICE: This Communication may contain privileged and confidential information.  It is intended only for the use of the recipient named above.  If you are not the intended recipient of this communication, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.
 If you have received this communication in error or if you believe that you may have received this communication in error, please immediately notify the sender by return e-mail and permanently delete the original and any copy of this communication.

|  | "Seth E. Nesin" <snesin@jagersmith.com> | |
|---|---|---|
| To | | "Edward K Kimball" <Edward_Kimball@berkshirelife.com> |
| | 10/11/2006 10:54 AM | |
| cc | | |
| Subject | | RE: Mirek I COLA calculations continued |

4

Ed:

Given that there's no disagreement on these numbers, it seems to make sense to stipulate to them. Please let me know your thoughts on the attached. Thanks.

--Seth

-----Original Message-----
From: Edward K Kimball [mailto:Edward_Kimball@berkshirelife.com]
Sent: Friday, October 06, 2006 4:23 PM
To: Seth E. Nesin
Subject: Re: Mirek I COLA calculations continued

The cola #s appear accurate.


Edward K. Kimball, FLMI
Attorney III
Berkshire Life Insurance Company of America 700 South Street Pittsfield MA 01201
vox: 413.395.4560
fax: 413.395.5990
Edward_Kimball@berkshirelife.com

CONFIDENTIALITY NOTICE: This Communication may contain privileged and confidential information.  It is intended only for the use of the recipient named above.  If you are not the intended recipient of this communication, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.
 If you have received this communication in error or if you believe that you may have received this communication in error, please immediately notify the sender by return e-mail and permanently delete the original and any copy of this communication.


```
               "Seth E. Nesin"

               <snesin@jagersmit

               h.com>
 To                                          "Edward K Kimball"

               10/06/2006 02:24
<Edward_Kimball@berkshirelife.com>
                       PM
 cc


               Subject
                                          Mirek I COLA calculations continued
```

Ed:

Before the earlier pretrial in Mirek I, you sent us a spread sheet of what Carolyn Mirek's benefit payments would have been if she is found to have a "total disability" as defined by the Policy continuously beginning in December 27, 2001 through the present, which was sometime last year. I have extended the numbers until the end of October 2006 -- please let me know if Berkshire agrees that these numbers are accurate:

She would have been entitled to the following payments:

1.  4/27/02: $3160.00
2.  5/27/02: $3160.00
3.  6/27/02: $3160.00
4.  7/27/02: $3160.00
5.  8/27/02: $3160.00
6.  9/27/02: $3160.00
7.  10/27/02: $3160.00
8.  11/27/02: $3160.00
9.  12/27/02: $3207.85
10. 1/27/03: $3207.85
11. 2/27/03: $3207.85
12. 3/27/03: $3207.85
13. 4/27/03: $3207.85
14. 5/27/03: $3207.85
15. 6/27/03: $3207.85
16. 7/27/03: $3207.85
17. 8/27/03: $3207.85
18. 9/27/03: $3207.85
19. 10/27/03: $3207.85
20. 11/27/03: $3207.85
21. 12/27/03: $3282.29
22. 1/27/04: $3282.29
23. 2/27/04: $3282.29
24. 3/27/04: $3282.29
25. 4/27/04: $3282.29
26. 5/27/04: $3282.29
27. 6/27/04: $3282.29
28. 7/27/04: $3282.29
29. 8/27/04: $3282.29
30. 9/27/04: $3282.29
31. 10/27/04: $3282.29
32. 11/27/04: $3282.29
33. 12/27/04: $3365.59
34. 1/27/05: $3365.59
35. 2/27/05: $3365.59
36. 3/27/05: $3365.59
37. 4/27/05: $3365.59
38. 5/27/05: $3365.59
39. 6/27/05: $3365.59
40. 7/27/05: $3365.59
41. 8/27/05: $3365.59
42. 9/27/05: $3365.59
43. 10/27/05: $3365.59
44. 11/27/05: $3365.59
45. 12/27/05: $3523.32
46. 1/27/06: $3523.32

```
47.    2/27/06:  $3523.32
48.    3/27/06:  $3523.32
49.    4/27/06:  $3523.32
50.    5/27/06:  $3523.32
51.    6/27/06:  $3523.32
52.    7/27/06:  $3523.32
53.    8/27/06:  $3523.32
54.    9/27/06:  $3523.32
55.   10/27/06:  $3523.32
```

The total amount of the above payments is: $182,305.28.


Seth Nesin
Jager Smith P.C.
One Financial Center
Boston, MA 02111
Tel. 617.951.0500/Fax 617.951.2414
snesin@jagersmith.com

NOTICE: This email message and any attachment contain confidential information that may be legally privileged. If you are not the intended recipient of this message, do not review, copy, use or disseminate this email or any of its attachments. If you have received this email in error, please notify us immediately by return email or telephone at 617.951.0500 and also delete this message. Thank you.




------------------------------------------
 This message, and any attachments to it, may contain information that is privileged, confidential, and exempt from disclosure under applicable  law. If the reader of this message is not the intended recipient, you  are notified that any use, dissemination, distribution, copying, or  communication of this message is strictly prohibited.  If you  have  received this message in error, please notify the sender immediately by  return e-mail and delete the message and any attachments.  Thank you.
 (See attached file: Mirek I stipulation -- October 06.DOC) (See attached file: Mirek I stipulation -- October 06.DOC)