## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN MIREK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO.: 04-30166-RGS |
| ) | |
| THE GUARDIAN LIFE INSURANCE ) | |
| COMPANY OF AMERICA and ) | |
| BERKSHIRE LIFE INSURANCE ) | |
| COMPANY OF AMERICA, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' EMERGENCY MOTION FOR A TELECONFERENCE
### TO DISCUSS PLAINTIFF'S RECENT INFLAMMATORY MOTIONS

The Defendants, The Guardian Life Insurance Company of America ("The Guardian") and Berkshire Life Insurance Company of America ("Berkshire") (collectively "Defendants") hereby move this Court for a teleconference to discuss the inflammatory motions recently filed by Plaintiff.

Within the afternoon, Plaintiff's counsel has: (1) filed a Motion for Reconsideration of the Court's Denial of her Motion to Compel a Stipulation; (2) filed a Motion to Add an Additional Witness to Testify to the cost of living increases under the policy; (3) provided Defendants with a signed, but conditional stipulation regarding the same issue addressed in both motions (attached hereto at Exhibit A); and (4) threatened to call Defendants' counsel as a witness in this case despite the fact that she appears willing to enter into a stipulation (see Exhibit B, attached hereto). By signing the stipulation, Plaintiff has obviated the need for a witness. Defendants respectfully request that the Court either: (1) order the signed stipulation

attached at Exhibit A, agreed to; or (2) schedule a teleconference to discuss the conflicting filings and correspondence of Plaintiff's counsel.

                Respectfully Submitted,

                Defendants The Guardian Life Insurance Company of America and Berkshire Life Insurance Company of America

                By their attorneys,

                CREVIER & RYAN, LLP.

                /s/David B. Crevier
                David B. Crevier, Bar No. 557242
                Katherine R. Parsons, Bar No. 657280
                1500 Main Street, Suite 2020
                Springfield, MA 01115-5727
                Tel:  413-787-2400
                Facsimile:  413-781-8235
                Email: dcrevier@crevierandryan.com
                        kparsons@crevierandryan.com

                /s/Edward Kimball
                Edward Kimball, Esq.
                700 South Street
                Pittsfield, MA 01201
                Tel:  413-499-4321

## LOCAL RULE 7.1 CERTIFICATION

    I certify that the attorneys in this case have conferred and attempted in good faith to resolve or narrow the issues contained in this motion.

                /s/David B. Crevier

## CERTIFICATE OF SERVICE

    I certify that I served a true copy of the foregoing on all counsel of record said service having taken place this 9th day of November 2006.

                /s/David B. Crevier