# EXHIBIT B

David Crevier - FW: Activity in Case 3:04-cv-30166-RGS Mirek v. The Guardian Life Insurance Company of America et al...    Page 1

Case 3:04-cv-30166-RGS    Document 104-3    Filed 11/09/2006    Page 2 of 2

**From:** "Seth E. Nesin" <snesin@jagersmith.com>
**To:** <Edward_Kimball@berkshirelife.com>, "David Crevier" <DCrevier@crevierandryan.com>, "Kate Parsons" <KParsons@crevierandryan.com>
**Date:** 11/9/06 4:32PM
**Subject:** FW: Activity in Case 3:04-cv-30166-RGS Mirek v. The Guardian Life Insurance Company of America et al "Order on Motion for Miscellaneous Relief"

Pursuant to the judge's order below, we're planning to add Ed to the
witness list unless you identify a different Berkshire employee for us
that can testify to the COLA and premium numbers. Please let me know
your preference. Thanks.

--Seth

---

From: ECFnotice@mad.uscourts.gov [mailto:ECFnotice@mad.uscourts.gov]
Sent: Thursday, November 09, 2006 4:27 PM
To: CourtCopy@mad.uscourts.gov
Subject: Activity in Case 3:04-cv-30166-RGS Mirek v. The Guardian Life
Insurance Company of America et al "Order on Motion for Miscellaneous
Relief"


***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once
without charge. To avoid later charges, download a copy of each document
during this first viewing.

United States District Court

District of Massachusetts

Notice of Electronic Filing


The following transaction was received from Johnson, Mary entered on
11/9/2006 at 4:26 PM EST and filed on 11/9/2006

Case Name:    Mirek v. The Guardian Life Insurance Company of America
et al
Case Number:    3:04-cv-30166
<https://ecf.mad.uscourts.gov/cgi-bin/DktRpt.pl?93894>
Filer:
Document Number:

Docket Text:
Judge Richard G. Stearns : Electronic ORDER entered granting [103]
Motion to Add Witness. (Johnson, Mary)

The following document(s) are associated with this transaction:


3:04-cv-30166 Notice will be electronically mailed to: