UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30166-RGS

| | |
|---|---|
| CAROYLN MIREK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| THE GUARDIAN LIFE INSURANCE , | ) |
| COMPANY OF AMERICA and | ) |
| BERKSHIRE LIFE INSURANCE | ) |
| COMPANY OF AMERICA, | ) |
| | ) |
| Defendants. | ) |

### AFFIDAVIT OF DONALD MORGAN

### IN SUPPORT OF MOTION TO QUASH SUBPOENA

I, Donald Morgan, do hereby depose and state:

1. My name is Donald Morgan and I reside at 5 Bennets Neck Drive, Pocasset Massachusetts.

2. I was formally the Vice President of Underwriting at Berkshire Life Insurance Company of America ("Berkshire"). I ceased employment with Berkshire in or around May 2004.

3. The shortest driving distance from my residence to the United States District Court at 1550 Main Street in Springfield according to the Mapquest.com's shortest distance function is 124.72. A copy of the results of the pertinent Mapquest.com search is attached.

4. My understanding is that according to calculations made using the Rand McNally Road Atlas, the distance from my residence to the Courthouse in a straight line, is over 100 miles.

5. The attorney for the plaintiff in the captioned matter took my deposition on September 21, 2005. At the deposition I was asked and responded to questions relating to my position as Vice President of Underwriting at Berkshire.

458857

Signed under the penalties of perjury this 10th day of November 2006.

/s/ Donald Morgan
Donald Morgan



**Sorry!** To see all the details that are visible on the screen, use the "Printer Friendly" link above the map.



**5 Bennets Neck Dr**
Pocasset, MA 02559-1939, US

**1550 Main St**
Springfield, MA 01103-1422, US

**Total Est. Time:**
3 hours, 35 minutes

**Total Est. Distance:**
126.30 miles

| Maneuvers | Distance |
|---|---|
| **1:** Start out going WEST on BENNETS NECK DR toward PENINSULA CIR. | <0.1 miles |
| **2:** Turn RIGHT onto SHORE RD. | 1.2 miles |
| **3:** Turn RIGHT to stay on SHORE RD. | 2.0 miles |
| **4:** SHORE RD becomes TROWBRIDGE RD. | 0.6 miles |
| **5:** Enter next roundabout and take 3rd exit onto MA-28 N. | 1.1 miles |
| **6:** Stay STRAIGHT to go onto MA-25 W. | 28.1 miles |
| **7:** Stay STRAIGHT to go onto I-495 N. | 27.0 miles |
| **8:** Take the RT-126 S exit- EXIT 18- toward BELLINGHAM. | 0.2 miles |
| **9:** Turn LEFT onto MA-126 / HARTFORD AVE. Continue to follow HARTFORD AVE. | 3.1 miles |
| **10:** Turn SLIGHT RIGHT onto NECK HILL RD. | 1.1 miles |
| **11:** NECK HILL RD becomes GEORGE ST. | 0.5 miles |
| **12:** Turn SLIGHT RIGHT onto MAIN ST. | 0.3 miles |
| **13:** Turn LEFT onto HASTINGS ST / MA-16. Continue to follow MA-16. | 0.8 miles |
| **14:** Turn RIGHT onto HARTFORD AVE W. | 4.4 miles |
| **15:** Turn SLIGHT RIGHT onto SUTTON ST. | 1.8 miles |
| **16:** SUTTON ST becomes MCGUIRE RD. | 0.4 miles |
| **17:** Turn SLIGHT LEFT onto LACKEY DAM RD. | 0.1 miles |
| **18:** Turn RIGHT onto PRESCOTT RD. | 0.6 miles |

| | | |
|---|---|---|
| **19:** | PRESCOTT RD becomes PRENTICE RD. | 0.2 miles |
| **20:** | PRENTICE RD becomes MENDON RD. | 4.6 miles |
| **21:** | Turn SLIGHT LEFT onto CENTRAL TURNPIKE. | 1.5 miles |
| **22:** | CENTRAL TURNPIKE becomes SUTTON AVE. | 3.2 miles |
| **23:** | SUTTON AVE becomes CHARLTON ST. | 2.2 miles |
| **24:** | CHARLTON ST becomes OXFORD RD. | 2.5 miles |
| **25:** | OXFORD RD becomes MUGGETT HILL RD. | 1.4 miles |
| **26:** | Turn SLIGHT RIGHT onto MAIN ST / MA-31. Continue to follow MA-31. | 0.3 miles |
| **27:** | Turn SLIGHT LEFT onto MASONIC HOME RD / MA-31. | 1.0 miles |
| **28:** | Turn SLIGHT LEFT onto WORCESTER RD / US-20. Continue to follow US-20 W. | 15.1 miles |
| **29:** | Turn SLIGHT LEFT onto MONSON RD. | 1.4 miles |
| **30:** | MONSON RD becomes BRIMFIELD RD. | 2.0 miles |
| **31:** | BRIMFIELD RD becomes TOBEY RD / BETHANY RD. | 0.1 miles |
| **32:** | Turn SLIGHT RIGHT onto CHESTNUT ST. | 0.2 miles |
| **33:** | Turn SLIGHT LEFT onto MAIN ST / MA-32. | 0.1 miles |
| **34:** | Turn RIGHT onto MILL ST. | 0.3 miles |
| **35:** | Turn LEFT onto MECHANIC ST. | 0.1 miles |
| **36:** | Turn SHARP RIGHT onto HIGH ST. | 0.4 miles |
| **37:** | HIGH ST becomes WILBRAHAM RD. | 2.7 miles |
| **38:** | WILBRAHAM RD becomes MONSON RD. | 2.9 miles |
| **39:** | Turn RIGHT onto MAIN ST. | 0.2 miles |
| **40:** | Turn LEFT onto SPRINGFIELD ST. | 2.3 miles |

| | | | |
|---|---|---|---|
| ↑ | **41:** | SPRINGFIELD ST becomes WILBRAHAM RD. | 4.6 miles |
| → | **42:** | Turn RIGHT onto EASTERN AVE. | <0.1 miles |
| ← | **43:** | Turn LEFT onto STATE ST. | 1.4 miles |
| → | **44:** | Turn RIGHT onto MAIN ST. | 0.3 miles |
| END | **45:** | End at **1550 Main St**<br>Springfield, MA 01103-1422, US | |

**Total Est. Time:** 3 hours, 35 minutes     **Total Est. Distance:** 126.30 miles

Case 3:04-cv-30166-RGS   Document 106-2   Filed 11/10/2006   Page 6 of 6



All rights reserved. Use Subject to License/Copyright
These directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. MapQuest and its suppliers assume no responsibility for any loss or delay resulting from such use.