# Exhibit A

## MASSACHUSETTS SIGNATURE WITNESSING

Gov. Exec. Ord. #455 (03-13), §5(f)

Commonwealth of Massachusetts

County of _Berkshire_ } ss.

On on this the _10th_ day of _November_, _2006_, before me,
Day Month Year

_Bonnie J. Sumner_, the undersigned Notary Public,
Name of Notary Public

personally appeared _Timothy A. Newman M.D._,
Name(s) of Signer(s)

proved to me through satisfactory evidence of identity, which was/were

_Personal Knowledge_,
Description of Evidence of Identity

to be the person(s) whose name(s) was/were signed on the preceding or attached document in my presence.

BONNIE J. SUMNER
Notary Public
Commonwealth of Massachusetts
My Commission Expires Oct 31, 2008

_Bonnie J. Sumner_
Signature of Notary Public

_BONNIE J. SUMNER_
Printed Name of Notary

My Commission Expires _October 31, 2008_

Place Notary Seal and/or Any Stamp Above

―――――――――――――――― OPTIONAL ――――――――――――――――

*Although the information in this section is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

| Right Thumbprint of Signer |
|---|
| Top of thumb here |

© 2004 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org
Item No. 5953                                   Reorder: Call Toll-Free 1-800 US NOTARY (1-800-876-6827)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30166-RGS

CAROYLN MIREK,                          )
                                        )
                 Plaintiff,             )
                                        )
vs.                                     )
                                        )
THE GUARDIAN LIFE INSURANCE ,           )
COMPANY OF AMERICA and                  )
BERKSHIRE LIFE INSURANCE                )
COMPANY OF AMERICA,                     )
                                        )
                 Defendants.            )

## AFFIDAVIT OF TIMOTHY A. NEWMAN

## IN SUPPORT OF MOTION TO QUASH SUBPOENA

I, Timothy A. Newman, do hereby depose and state:

1.      My name is Timothy A. Newman and I reside at 47 Pinecrest Drive Dalton,

Massachusetts.

2.      I am a Board  Certified Family Physician and I am the Medical Director at

Berkshire Life Insurance Company of America ("Berkshire").

3.      On December 20, 2005 I suffered an acute myocardial infarction that required

emergency helicopter transportation from Berkshire Medical Center in Pittsfield, Massachusetts to

Baystate Medical Center in Springfield, Massachusetts.  On December 21, 2005 I underwent a

triple stenting procedure at Baystate Medical Center.  I have been on numerous medications since

that time.

4.      I was on bedrest and/or confined to my home until beginning cardiac rehabilitation

in mid-February 2006.

458857

5.     Since December 20, 2005, I have been under the continuing care of multiple physicians for various cardiac related health problems including anxiety induced high blood pressure and the complications from the medications that I must continue to take.

6.     I was unable to do any work as Medical Director until May 15, 2006.   Since then, I have worked at reduced hours and I am under strict orders from my physicians to avoid any stressful situations including stressful work related situations.

7.     My physicians have advised me that I should not expose myself to anything which will cause me to experience an increased anxiety level because that will create an increased chance of my experiencing acute adverse medical conditions.

8.     My physicians and I agree that my being compelled to testify at a trial will in all likelihood cause me to experience an increased anxiety level and thus subject me to an increased chance of experiencing acute adverse medical conditions.

9.     The attorney for the plaintiff in the captioned matter took my deposition on September 20, 2005.  At the deposition I was asked and responded to questions relating to my position as Medical Director at Berkshire.

Signed under the penalties of perjury this 10th day of November 2006.

Timothy A. Newman, M.D.