# Exhibit B

# FAMILY PRACTICE ASSOCIATES

## FAX TRANSMISSION

**Family Practice**

Robert Taylor, MD
Eugene Heyman, MD
Robert Lev, MD
Jonathan Grenoble, MD
Michael Murray, MD
Craig Kirby, DO
Ardis Fiech, MD
Lisa Nelson, MD
Stephen Medorf, MD

**Internal Medicine**

William DeMarco, DO
Marjorie DeVries, MD
Lindsay Cranston, MD

**Nurse Practitioner**
Gabriele Elefson-Perra, NP

**Physician Assistant**
Cara Beauchamp, P.A.-C

Date: __11-10-06__

From: FAMILY PRACTICE ASSOCIATES

To: Mr Edward Kimball

Attention: _____

Sender: Heather

Fax Number: 413 395-5990

Number of Pages to Follow: _____

Time Sent: _____

PLEASE UNDERSTAND THAT THIS INFORMATION IS CONFIDENTIAL AND INTENDED FOR YOUR EXCLUSIVE USE AND SHOULD NOT BE COPIED OR RELEASED TO ANY THIRD PARTY.

FOR RECORDS PROTECTED BY FEDERAL CONFIDENTIALITY RULES (42 CFR PART 2): This information has been disclosed to you from records protected by Federal Confidentiality Rules (42 CFR Part 2). The federal rules prohibit you form making any further disclosures of this information unless further disclosure is expressly permitted by written consent of the person to whom it pertains.

If you have received this communication in error, please call 413-442-1019 and arrange for the return or destruction of these documents.

# FAMILY PRACTICE ASSOCIATES

**Family Practice**

Robert Taylor, MD
Eugene Heyman, MD
Robert Lee, MD
Jonathan Grenoble, MD
Michael Murray, MD
Craig Kirby, DO
Joan McFadden, MD
Lisa Nelson, MD
Stephen Aladorf, MD

**Internal Medicine**

William DeMarco, DO
Marjorie DeVries, MD
Lindsay Crampton, MD

**Nurse Practitioner**

Gabriele Elston-Ferry, GNP

**Physician Assistant**

Cara Beauchamp, P.A.-C

November 10, 2006

Re: Timothy Newman MD

To Whom It May Concern:

      Dr. Newman suffered a myocardial infarction several months ago ultimately necessitating 3 coronary stents. He remains partially disabled on the basis of his heart disease and continues have difficulties with medication side effects.
      It would not be in Dr. Newman's medical interests to expose him to anxiety provoking litigation at this time.

Sincerely

Eugene Heyman MD

20 ELM STREET
PITTSFIELD, MA 01201
PHONE 413-442-1019
FAX 413-447-8521

REFERRALS: 413-443-4440
WEB PAGE: fpaladoc.com