# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**COPY**

| | |
|---|---|
| CAROLYN MIREK,<br>  Plaintiff,<br><br>v.<br><br>THE GUARDIAN LIFE INSURANCE<br>COMPANY OF AMERICA and<br>BERKSHIRE LIFE INSURANCE<br>COMPANY OF AMERICA,<br>  Defendants. | CIVIL ACTION<br>NO. 04-30166-MAP |

### NOTICE OF TAKING DEPOSITION OF DONALD MORGAN

Please take notice that at 10:00 AM on September 15, 2005, at the offices of Jager Smith, P.C., One Financial Center, Boston, Massachusetts, the plaintiff in this action, by her attorney, will take the deposition, upon oral examination, of Donald Morgan, pursuant to the Federal Rules of Civil Procedure, before an officer authorized by law to administer oaths. The oral examination will continue from day to day until completed.

You are invited to attend and cross-examine.

PLAINTIFF
CAROLYN MIREK
By her Attorney,

Joanne D'Alcomo
BBO #544177
JAGER SMITH, PC
One Financial Center
Boston, MA 02111
617-951-0500