# EXHIBIT 2

**Joanne D'Alcomo**

**From:** Edward K Kimball [Edward_Kimball@berkshirelife.com]
**Sent:** Tuesday, September 06, 2005 5:03 PM
**To:** Joanne D'Alcomo
**Cc:** David Crevier
**Subject:** Mlrek - Discovery Requests & MLS depo

Good Afternoon Joanne:



Don Morgan Depo 9/15:
He is not available on September 15th and we already have a depo scheduled for that date. We will need to find a new date for his depo. Also as an
FYI: Don has 2 homes. my understanding is that Don lives on the Cape in the summer and outside of Albany the rest of the year. This may affect his being required to come to Boston for a depo as indicated in the subpoena.
I will clarify with Don. If he is on the Cape as of the depo date then obviously we will be happy to come to Boston. If he is in Albany he should not have to traverse the Commonwealth whenever the Depo is re-noticed for.