# EXHIBIT 3

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN MIREK, <br><br> Plaintiff <br><br> v. <br><br> THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA and BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, <br><br> Defendants | ) ) ) ) ) ) ) ) ) Civil Action ) No. 04-30166-MAP ) ) ) ) ) ) ) ) |

**STIPULATION OF DEFENDANT BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA REGARDING DEPOSITION SUBJECTS**

Defendant Berkshire Life Insurance Company of America ("Berkshire") hereby stipulates that, without waiving objections as to the relevance of any subjects, the previously obtained deposition testimony of Donald Morgan, Timothy Newman, M.D., and Barbara Smachetti is deemed to be 30(b)(6) deposition testimony for the purposes of topics 7,8,9,11, and 18 of Plaintiff's deposition notice to Berkshire.

DEFENDANT BERKSHIRE LIFE
INSURANCE COMPANY OF AMERICA
By its Attorneys,

Edward K. Kimball
Berkshire Life Insurance Company of
America
700 South Street
Pittsfield, MA 01201-8285

David B. Crevier
Crevier & Ryan, LLP
1500 Main Street, Suite 2020
Springfield, MA 01115-5727