# EXHIBIT 4

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN MIREK, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>THE GUARDIAN LIFE INSURANCE )<br>COMPANY OF AMERICA and )<br>BERKSHIRE LIFE INSURANCE )<br>COMPANY OF AMERICA, )<br>)<br>Defendants ) | Civil Action<br>No. 04-30166-MAP |

TO: Donald Morgan
5 Bennetts Neck Drive
Pocassett, MA 02559

YOU ARE HEREBY COMMANDED to appear at the place, date, and time specified below to testify at the trial of the above-referenced case.

| PLACE OF TESTIMONY | DATE AND TIME |
|---|---|
| Courtroom 1<br>U.S. District Court<br>Federal Building and Courthouse<br>1550 Main Street<br>Springfield, MA 01103<br>(413)785-0015 | TUESDAY, NOVEMBER 14, 2006 at 9:00 A.M. and continuing from day to day until completed.* |

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br><br>JOANNE D'ALCOMO, ESQ.<br>ATTORNEY FOR PLAINTIFF CAROLYN MIREK | DATE: OCTOBER 4, 2006<br><br>*/s/ Joanne D'Alcomo/* |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Joanne D'Alcomo, Esq.
JAGER SMITH PC
One Financial Center
Boston, MA 02111
617-951-0500

\* Witness need not appear at this
time if witness agrees to be available
on 2 hours telephone notice and supplies a
telephone number at which witness may
be reached for this purpose.

JS#152473v1