# EXHIBIT 2

# Our Physicians





**Discipline:** Family Practice/Geriatrics
**Medical School:** New York Medical College
**Undergraduate College:** Rutgers
**Internship:** Emanuel Hospital, OR

e-mail: eheyman@fpadoctors.com

### Links to Physicians:

**Family Practice**
Jonathan Grenoble, M.D.
*Eugene Heyman, M.D.*
Craig R. Kirby, D.O.
Robert B. Lee, M.D.
Michael Murray, M.D.
Robert Taylor, M.D.
Ardis B. Fisch, M.D.

**Internal Medicine**
Lindsay Crampton, M.D.
William DeMarco, D.O.
Marjorie Y. DeVries, M.D.

Gabrielle Elston-Ferry, GNP
Colleen Halvorsen, PA

Home || Our Physicians || Office Information || Office News || Medical Resources || Health Tips