# EXHIBIT 3

## Joanne D'Alcomo

**From:** Joanne D'Alcomo
**Sent:** Thursday, November 09, 2006 11:56 AM
**To:** Edward K Kimball
**Cc:** David Crevier; Seth E. Nesin
**Subject:** Dr. Newman

I don't expect to need Dr. Newman until Wednesday. Please make sure he's there then. Of course, scheduling can change, but I wanted to give him a heads up.
Thanks.

11/10/2006