## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN MIREK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO.: 04-30166-RGS |
| ) | |
| THE GUARDIAN LIFE INSURANCE ) | |
| COMPANY OF AMERICA and ) | |
| BERKSHIRE LIFE INSURANCE ) | |
| COMPANY OF AMERICA, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### DEFENDANTS' MOTION IN LIMINE REGARDING
### PLAINTIFF'S PROPOSED AND OBJECTED TO EXHIBIT AU

The Defendants, the Guardian Life Insurance Company of America ("Guardian") and Berkshire Life Insurance Company of America ("Berkshire") (collectively referred to as "Defendants"), hereby file this Motion Regarding Plaintiff's Proposed and Objected to Exhibit AU.

Through Plaintiff's Proposed and Objected to Exhibits AU, Plaintiff is attempting to introduce documents that this Court has deemed inadmissible in Plaintiff's case in chief. At the November 8, 2006 Pretrial Conference, the Court granted Defendant's motion to exclude irrelevant evidence including underwriting evidence and evidence of claim handling. The Court acknowledged that this case is about whether Plaintiff is disabled, not a dispute whether the claim was handled correctly. Exhibit AU contains numerous documents that pertained to the claim handling. Defendants have asked Plaintiff to remove these documents from Exhibit AU,

and Plaintiff has refused. Defendants request that the Court specifically order Plaintiff not introduce those documents, attached hereto as Exhibit 1.

        Respectfully Submitted,

        Defendants The Guardian Life Insurance
        Company of America and Berkshire Life
        Insurance Company of America

        By their attorneys,

        CREVIER & RYAN, LLP.

        /s/David B. Crevier
        David B. Crevier, Bar No. 557242
        Katherine R. Parsons, Bar No. 657280
        1500 Main Street, Suite 2020
        Springfield, MA 01115-5727
        Tel: 413-787-2400
        Facsimile: 413-781-8235
        Email: dcrevier@crevierandryan.com
              kparsons@crevierandryan.com

        /s/Edward Kimball
        Edward Kimball, Esq.
        700 South Street
        Pittsfield, MA 01201
        Tel: 413-499-4321

## LOCAL RULE 7.1 CERTIFICATION

    I certify that the attorneys in this case have conferred and attempted in good faith to resolve or narrow the issues contained in this motion.

        /s/David B. Crevier

**CERTIFICATE OF SERVICE**

    I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 13th day of November 2006.

                                              /s/David B. Crevier