# Exhibit 1

**From:** "Seth E. Nesin" <snesin@jagersmith.com>
**To:** "David Crevier" <DCrevier@crevierandryan.com>, <Edward_Kimball@berkshirelife.com>, "Kate Parsons" <KParsons@crevierandryan.com>
**Date:** 11/7/06 6:07PM
**Subject:** Mirek Exhibit lists

Ed, Dave and Kate,

Here are copies of the exhibit lists numbered in the way Judge Stearns requests (numerically for agreed exhibits, by letter for objected-to exhibits), so that you can match your exhibits up with ours. We have stickered our set and sent them to be copied.

--Seth

Seth Nesin
Jager Smith P.C.
One Financial Center
Boston, MA 02111
Tel. 617.951.0500/Fax 617.951.2414
snesin@jagersmith.com

NOTICE: This email message and any attachment contain confidential information that may be legally privileged. If you are not the intended recipient of this message, do not review, copy, use or disseminate this email or any of its attachments. If you have received this email in error, please notify us immediately by return email or telephone at 617.951.0500 and also delete this message. Thank you.

# MIREK V. GUARDIAN LIFE INSURANCE, ET AL.,
## C.A. NO. 2004-30166

## AGREED EXHIBIT LIST

| Ex. No | Description |
|---|---|
| 1 | The Guardian Disability Income Policy with Manual dated 3/25/93 |
| 2 | Letter dated 4/24/01 from Carolyn Mirek to recruiting manager, Patterson Dental |
| 3 | Computer printout dated 10/16/01 concerning "Pharmaceutical Sales in Hartford, Connecticut" for Johnson & Johnson |
| 4 | Letter dated 10/17/01 from Carolyn Mirek to Recruiting Services, Johnson & Johnson |
| 5 | Letter dated 10/19/01 from Carolyn Mirek to TAP Pharmaceuticals Inc. |
| 6 | Progress Report Accident (Injury) or Sickness dated 3/29/02  Bates CL 220 |
| 7 | Attending Physician's Statement dated 4/13/02  Bates CL 221 |
| 8 | Case Review Report from James R. Garb, M.D. with Cover Letter to Samuel P. Haupt dated 3/12/05  Bates CL20A – 20K |
| 9 | Important Notice re , Bates CL 340 |
| 10 | Plaintiffs resume indicating that her career objective is to obtain a dental hygiene position (marked as Exhibit 10 at Plaintiffs deposition) |
| 11 | Plaintiffs resume indicating that her career objective is to obtain a position in Dental Sales |
| 12 | Plaintiffs resume indicating that her career objective is to obtain a position in Dental Sales |
| 13 | Correspondence dated April 24, 2001 from Plaintiff to the Recruiting Manager at Patterson Dental (marked as Exhibit 18 at Dr. Bedard's deposition) |
| 14 | Correspondence dated May 31, 2002 from Plaintiff to Mr. Jonathan Horn |
| 15 | Correspondence dated June 5, 2002 from Plaintiff to Michael Nalls |
| 16 | Application for Employment at Benco Dental Company |

JS#155676v1

1