# Exhibit 2

**From:** "Joanne D'Alcomo" <jdalcomo@jagersmith.com>
**To:** "David Crevier" <DCrevier@crevierandryan.com>, <Edward_Kimball@berkshirelife.com>
**Date:** 11/10/06 7:30AM
**Subject:** Mirek

David, Ed,
A few things.

1. I do plan to call Joseph Champigney as a witness, probably on Thursday. Please have him at the courthouse then. I will so advise Judge Stearns, when I give him the narrowed list of witnesses Monday.

2. due to the judge's rulings Wednesday, I am withdrawing an exhibit that had been proposed by plaintiff, (not by Defendants) at this time. While I may offer it at some point, I am not offering it now. It was agreed to "8". Therefore, to meet the judge's interest in consecutive numbering, we will move the last agreed-to numbered exhibit -- 16 -- to the place of 8. We will fax you the new numbered 8 for your records.

3. Please let us know whether Ed will be testifying on the benefits issue, or whether you want to designate another knowledgeable witness ,because we need to put that person on the witness list. Even though the judge has given us authority to call Ed or another witness, we remain willing to avoid the situation by having you simply sign the stipulation. Let us know your decision.
Thank you.
Joanne


Joanne D'Alcomo
Jager Smith P.C.
One Financial Center
Boston, MA 02111
Tel. 617.951.0500/Fax 617.951.2414
jdalcomo@jagersmith.com <mailto:jdalcomo@jagersmith.com>

NOTICE: This email message and any attachment contain confidential information that may be legally privileged. If you are not the intended recipient of this message, do not review, copy, use or disseminate this email or any of its attachments. If you have received this email in error, please notify us immediately by return email or telephone at 617.951.0500 and also delete this message. Thank you

**CC:** "Seth E. Nesin" <snesin@jagersmith.com>