# Exhibit 3

**From:** David Crevier
**To:** D'Alcomo, Joanne; Edward_Kimball@berkshirelife.com
**Date:** 11/10/06 8:31AM
**Subject:** Re: Mirek

Dear Ms. D'Alcomo:

1. You informed the Court that Mr. Champigny was not going to be a witness. The information that you are seeking to introduce through him was ruled inadmissible by the Court. He will not be present.

2. We do not agree to your withdrawal of Agreement on Exhibit 8. The Court ordered that Agreed to exhibits are deemed admitted. It will be introduced as an agreed to Exhibit.

3. Ed will not be testifying. We will be submitting your signed Stipulation to the Court.

See you on Monday,

Dave

David B. Crevier, Esq.
Crevier & Ryan, LLP
1500 Main Street, Suite 2020
Springfield, MA 01115-5532
(413) 787-2400; fax (413) 781-8235
Dcrevier@crevierandryan.com

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

**CC:** KParsons; Nesin, Seth E.