# Exhibit 4

**From:** "Joanne D'Alcomo" <jdalcomo@jagersmith.com>
**To:** "David Crevier" <DCrevier@crevierandryan.com>
**Date:** 11/10/06 9:00AM
**Subject:** RE: Mirek

David,

I will inform Judge Stearns about my intention to call Joseph Champigney. He was on the witness list, and unless the judge prohibits me, I will be calling him. If you want to risk not producing him undr those circumstances, that's up to you. Also, I expect to call Barbara Smachetti, probably in rebuttal, so please make sure she is available. I will also advise the judge of her name being retained on the witness list.

AS for my proposed exhibit -- I am no longer proposing the exhibit, and therefore, it is not agreed to. It hasn't been admitted, because we're not in court. Admission of an exhibit does not occur until the court reporter is present and the exhibits are admitted. You didn't propose it -- I did. If you have a problem with that -- please take it up with the judge. This is really getting to be a little nuts, David. How can you possibly complain about an exhibit that I proposed -- and you didn't -- being withdrawn!!! You're changing the landscape on exhibits -- just yesterday you added objections to every single exhibit I proposed!

Let me just say that I think trying cases is one of the most fun things that we do. Why work so hard at making it unpleasant?

Joanne

-----Original Message-----
From: David Crevier [mailto:DCrevier@crevierandryan.com]
Sent: Friday, November 10, 2006 8:32 AM
To: Edward_Kimball@berkshirelife.com; Joanne D'Alcomo
Cc: Kate Parsons; Seth E. Nesin
Subject: Re: Mirek

Dear Ms. D'Alcomo:

1. You informed the Court that Mr. Champigny was not going to be a witness. The information that you are seeking to introduce through him was ruled inadmissible by the Court. He will not be present.

2. We do not agree to your withdrawal of Agreement on Exhibit 8. The Court ordered that Agreed to exhibits are deemed admitted. It will be introduced as an agreed to Exhibit.

3. Ed will not be testifying. We will be submitting your signed Stipulation to the Court.

See you on Monday,

Dave

David B. Crevier, Esq.

Crevier & Ryan, LLP
1500 Main Street, Suite 2020
Springfield, MA 01115-5532
(413) 787-2400; fax (413) 781-8235
Dcrevier@crevierandryan.com

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

**CC:**         "Edward K Kimball" <Edward_Kimball@berkshirelife.com>, "Seth E. Nesin" <snesin@jagersmith.com>