# Exhibit 3



ECFnotice@mad.uscourts.gov
11/09/2006 02:39 PM

To CourtCopy@mad.uscourts.gov
cc
bcc
Subject Activity in Case 3:04-cv-30166-RGS Mirek v. The Guardian Life Insurance Company of America et al "Order on Motion for Miscellaneous Relief"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## United States District Court

## District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Johnson, Mary entered on 11/9/2006 at 2:39 PM EST and filed on 11/9/2006

**Case Name:** Mirek v. The Guardian Life Insurance Company of America et al
**Case Number:** 3:04-cv-30166
**Filer:**
**Document Number:**

**Docket Text:**
Judge Richard G. Stearns : Electronic ORDER entered denying [98] Motion to Enforce Stipulation. "DENIED. While theCourt urges the parties to come to an agreement, it cannot compel a partyto stipulate to an element of the case on which a moving party bears theburden of proof". R. G. Stearns, USDJ. (Johnson, Mary)

The following document(s) are associated with this transaction:

**3:04-cv-30166 Notice will be electronically mailed to:**

Howard P. Blatchford , Jr    hblatchford@jagersmith.com, pjones@jagersmith.com

David B. Crevier    dcrevier@crevierandryan.com, jgoncalves@crevierandryan.com; kparsons@crevierandryan.com; dbcrevier@yahoo.com

Joanne D'Alcomo    jdalcomo@jagersmith.com, gsuk@jagersmith.com; pjones@jagersmith.com

Edward K. Kimball    edward_kimball@berkshirelife.com

Seth E. Nesin    snesin@jagersmith.com

Katherine R. Parsons    kparsons@crevierandryan.com, jgoncalves@crevierandryan.com

Jeffrey E. Poindexter    jpoindexter@bulkley.com, klandry@bulkley.com

**3:04-cv-30166 Notice will not be electronically mailed to:**

David L. Kalib
Berkshire Life Ins. Co.
700 South St.
Pittsfield, MA 02101