# Exhibit 4



ECFnotice@mad.uscourts.gov
11/09/2006 03:34 PM

To CourtCopy@mad.uscourts.gov
cc
bcc
Subject Activity in Case 3:04-cv-30166-RGS Mirek v. The Guardian Life Insurance Company of America et al "Motion for Reconsideration"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from D'Alcomo, Joanne entered on 11/9/2006 at 3:34 PM EST and filed on 11/9/2006

**Case Name:** Mirek v. The Guardian Life Insurance Company of America et al
**Case Number:** 3:04-cv-30166
**Filer:** Carolyn Mirek
**Document Number:** 102

**Docket Text:**
MOTION for Reconsideration re Order on Motion for Miscellaneous Relief, by Carolyn Mirek.(D'Alcomo, Joanne)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=11/9/2006] [FileNumber=1647592-0
] [093de79a6209cad3eca3c506112e2f8300cddfcde18959f417567b773160b85fed2
154486b2db11ef1573fc534c34d9c96e0311d6726eb2a1320482b22005713]]

3:04-cv-30166 Notice will be electronically mailed to:

Howard P. Blatchford , Jr   hblatchford@jagersmith.com, pjones@jagersmith.com

David B. Crevier   dcrevier@crevierandryan.com, jgoncalves@crevierandryan.com; kparsons@crevierandryan.com; dbcrevier@yahoo.com

Joanne D'Alcomo    jdalcomo@jagersmith.com, gsuk@jagersmith.com; pjones@jagersmith.com

Edward K. Kimball    edward_kimball@berkshirelife.com

Seth E. Nesin    snesin@jagersmith.com

Katherine R. Parsons    kparsons@crevierandryan.com, jgoncalves@crevierandryan.com

Jeffrey E. Poindexter    jpoindexter@bulkley.com, klandry@bulkley.com

**3:04-cv-30166 Notice will not be electronically mailed to:**

David L. Kalib
Berkshire Life Ins. Co.
700 South St.
Pittsfield, MA 02101