# Exhibit 5

Case 3:04-cv-30166-RGS    Document 114-7    Filed 11/13/2006    Page 1 of 3



ECFnotice@mad.uscourts.gov
11/09/2006 03:58 PM

To  CourtCopy@mad.uscourts.gov
cc
bcc
Subject  Activity in Case 3:04-cv-30166-RGS Mirek v. The Guardian Life Insurance Company of America et al "Motion for Miscellaneous Relief"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## United States District Court

### District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Nesin, Seth E. entered on 11/9/2006 at 3:58 PM EST and filed on 11/9/2006

**Case Name:** Mirek v. The Guardian Life Insurance Company of America et al
**Case Number:** 3:04-cv-30166
**Filer:** Carolyn Mirek
**Document Number:** 103

**Docket Text:**
MOTION To Add A Witness To Plaintiff's Witness List by Carolyn Mirek. (Attachments: # (1) Exhibit 1 - email)(Nesin, Seth)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=11/9/2006] [FileNumber=1647689-0
] [2bd5e99cc76ddc5486c49bd6e486bef3f62cdbcf3b3db714439f05b39e168f21373
af3374516e0dd383d6f273516883e6ef65a7e5bbfc7215063fa40ce0f190d]]
**Document description:** Exhibit 1 - email
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=11/9/2006] [FileNumber=1647689-1
] [d07c2078f912f64764a86adfa7eec01bfb03ed5d3bb9b93d1ca960c555465cd23d5
e60aed2c1b1e9b4e48d7351c65a9e5751b2f8a8e00797c702fce298cabab9]]

### 3:04-cv-30166 Notice will be electronically mailed to:

Howard P. Blatchford , Jr    hblatchford@jagersmith.com, pjones@jagersmith.com

David B. Crevier    dcrevier@crevierandryan.com, jgoncalves@crevierandryan.com; kparsons@crevierandryan.com; dbcrevier@yahoo.com

Joanne D'Alcomo    jdalcomo@jagersmith.com, gsuk@jagersmith.com; pjones@jagersmith.com

Edward K. Kimball    edward_kimball@berkshirelife.com

Seth E. Nesin    snesin@jagersmith.com

Katherine R. Parsons    kparsons@crevierandryan.com, jgoncalves@crevierandryan.com

Jeffrey E. Poindexter    jpoindexter@bulkley.com, klandry@bulkley.com

### 3:04-cv-30166 Notice will not be electronically mailed to:

David L. Kalib
Berkshire Life Ins. Co.
700 South St.
Pittsfield, MA 02101