# Exhibit 7

| | | |
|---|---|---|
| ECFnotice@mad.uscourts.gov | To | CourtCopy@mad.uscourts.gov |
| 11/09/2006 04:26 PM | cc | |
| | bcc | |
| | Subject | Activity in Case 3:04-cv-30166-RGS Mirek v. The Guardian Life Insurance Company of America et al "Order on Motion for Miscellaneous Relief" |

\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## United States District Court

## District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Johnson, Mary entered on 11/9/2006 at 4:26 PM EST and filed on 11/9/2006

**Case Name:** Mirek v. The Guardian Life Insurance Company of America et al
**Case Number:** 3:04-cv-30166
**Filer:**
**Document Number:**

**Docket Text:**
Judge Richard G. Stearns : Electronic ORDER entered granting [103] Motion to Add Witness. (Johnson, Mary)

The following document(s) are associated with this transaction:

3:04-cv-30166 Notice will be electronically mailed to:

Howard P. Blatchford , Jr   hblatchford@jagersmith.com, pjones@jagersmith.com

David B. Crevier   dcrevier@crevierandryan.com, jgoncalves@crevierandryan.com; kparsons@crevierandryan.com; dbcrevier@yahoo.com

Joanne D'Alcomo   jdalcomo@jagersmith.com, gsuk@jagersmith.com; pjones@jagersmith.com

Edward K. Kimball   edward_kimball@berkshirelife.com

Seth E. Nesin     snesin@jagersmith.com

Katherine R. Parsons     kparsons@crevierandryan.com, jgoncalves@crevierandryan.com

Jeffrey E. Poindexter     jpoindexter@bulkley.com, klandry@bulkley.com

**3:04-cv-30166 Notice will not be electronically mailed to:**

David L. Kalib
Berkshire Life Ins. Co.
700 South St.
Pittsfield, MA 02101