# Exhibit 8

**From:** "Seth E. Nesin" <snesin@jagersmith.com>
**To:** <Edward_Kimball@berkshirelife.com>, "David Crevier" <DCrevier@crevierandryan.com>, "Kate Parsons" <KParsons@crevierandryan.com>
**Date:** Thu, Nov 9, 2006 4:32 PM
**Subject:** FW: Activity in Case 3:04-cv-30166-RGS Mirek v. The Guardian Life Insurance Company of America et al "Order on Motion for Miscellaneous Relief"

Pursuant to the judge's order below, we're planning to add Ed to the witness list unless you identify a different Berkshire employee for us that can testify to the COLA and premium numbers. Please let me know your preference. Thanks.

--Seth

---

From: ECFnotice@mad.uscourts.gov [mailto:ECFnotice@mad.uscourts.gov]
Sent: Thursday, November 09, 2006 4:27 PM
To: CourtCopy@mad.uscourts.gov
Subject: Activity in Case 3:04-cv-30166-RGS Mirek v. The Guardian Life Insurance Company of America et al "Order on Motion for Miscellaneous Relief"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Johnson, Mary entered on 11/9/2006 at 4:26 PM EST and filed on 11/9/2006

Case Name:     Mirek v. The Guardian Life Insurance Company of America et al
Case Number:   3:04-cv-30166
<https://ecf.mad.uscourts.gov/cgi-bin/DktRpt.pl?93894>
Filer:
Document Number:

Docket Text:
Judge Richard G. Stearns : Electronic ORDER entered granting [103] Motion to Add Witness. (Johnson, Mary)

The following document(s) are associated with this transaction:

3:04-cv-30166 Notice will be electronically mailed to:

Howard P. Blatchford , Jr   hblatchford@jagersmith.com, pjones@jagersmith.com

David B. Crevier   dcrevier@crevierandryan.com, jgoncalves@crevierandryan.com; kparsons@crevierandryan.com; dbcrevier@yahoo.com

Joanne D'Alcomo   jdalcomo@jagersmith.com, gsuk@jagersmith.com; pjones@jagersmith.com

Edward K. Kimball   edward_kimball@berkshirelife.com

Seth E. Nesin   snesin@jagersmith.com

Katherine R. Parsons   kparsons@crevierandryan.com, jgoncalves@crevierandryan.com

Jeffrey E. Poindexter   jpoindexter@bulkley.com, klandry@bulkley.com

3:04-cv-30166 Notice will not be electronically mailed to:

David L. Kalib
Berkshire Life Ins. Co.
700 South St.
Pittsfield, MA 02101


**CC:**    "Joanne D'Alcomo" <jdalcomo@jagersmith.com>