# Exhibit 9

**From:** "Joanne D'Alcomo" <jdalcomo@jagersmith.com>
**To:** <Edward_Kimball@berkshirelife.com>, "David Crevier" <DCrevier@crevierandryan.com>
**Date:** Fri, Nov 10, 2006 5:44 PM
**Subject:** stipulation

Ed, David,
We still don't have the stipulation that we sent you signed. We will need that in order to avoid adding Ed as a witness. Please either fax or pdf it to us. While we were willing to accept it, or consider another witness you designate who is knowledgeable on the subject, we have neither at the moment. Consequently, unless we hear otherwise, be aware that Ed Kimball will be on our witness list Monday, as allowed by the court's order.
  Thank you.
  Joanne


Joanne D'Alcomo
Jager Smith P.C.
One Financial Center
Boston, MA 02111
Tel. 617.951.0500/Fax 617.951.2414
jdalcomo@jagersmith.com <mailto:jdalcomo@jagersmith.com>

NOTICE: This email message and any attachment contain confidential information that may be legally privileged. If you are not the intended recipient of this message, do not review, copy, use or disseminate this email or any of its attachments. If you have received this email in error, please notify us immediately by return email or telephone at 617.951.0500 and also delete this message. Thank you

**CC:** "Seth E. Nesin" <snesin@jagersmith.com>