UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN MIREK, <br><br> Plaintiff <br><br> v. <br><br> THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA and BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, <br><br> Defendants | Civil Action <br> No. 04-30166-RGS |

**PLAINTIFF'S PROPOSED EXHIBITS**

| Ex. No. | Description |
|---|---|
| A | Printout from The Guardian Life Insurance Company of America for Carolyn Streeter dated Nov. 18, 1992, presented by Robert Prestileo |
| B | Letter from Kevin T. Kvederas to Carolyn Mirek dated 3/11/02  Bates CL 321 |
| C | Memorandum from Joseph Champigny to Kevin Kvederas dated 4/24/02  Bates CL 207-15 |
| D | Kvederas Note dated 5/13/02, Bates CL 164 |
| E | Review of Timothy Newman, M.D. on Carolyn Mirek's claim file dated May 21, 2002  Bates CL 157 |
| F | Letter from Kevin T. Kvederas to Carolyn Mirek dated 6/10/02, Kvederas Ex. 33 |
| G | Letter from Kevin T. Kvederas to Joseph Schimizzi dated 6/17/02  Bates CL 153-54 |
| H | Medical Report from Harold Axe, M.D., dated 6/26/02  Bates CL47-50 |
| I | Letter dated July 10, 2002 from MLS National Medical Evaluation Services to Kevin Kvederas, with attached report from Harold Axe, MD  Axe Ex. 3 |
| J | Invoice for $550 from MLS Medicolegal Services Inc. to Berkshire Life Insurance |

| Ex. No. | Description |
|---|---|
|  | Company of America dated 7/10/02  Bates CL 44  Axe Ex. 4 |
| K | Letter from Kevin T. Kvederas to Carolyn Mirek dated 8/7/02, Kvederas Ex. 34 |
| L | Medical Report from Robert M. Bedard, M.D., dated 9/15/02  Bates CL42-43 |
| M | All Underwriter Meeting Minutes 9/18/02  Newman Ex. 15 |
| N | All Underwriter Meeting Minutes 9/18/02  Smachetti Ex. 21 |
| O | Memorandum from Kevin T. Kvederas dated 10/2/02  Bates CL 131 |
| P | Letter from Kevin Kvederas to Carolyn Mirek , 10/2/02, Kvederas Ex. 35 |
| Q | Medical Report from Harold Axe, M.D. (2nd Addendum) dated 10/11/02  Bates CL 34-35 |
| R | Letter from Kevin T. Kvederas to Carolyn Mirek dated 11/21/02  Kvederas Ex. 36 |
| S | "The Latex Barrier" Article dated June 2003  Smachetti Ex. 23 |
| T | Underwriter Management Meeting Minutes 8/8/03  Smachetti Ex. 24 |
| U | Letter from Samuel P. Haupt to James R. Garb, M.D., dated 3/3/05 |
| V | Carolyn Mirek Claim Form, Bates, CL292-297, 300-302 |
| W | Disability Claim Data Sheet  Bates CL1 |
| X | Kevin Kvederas Handwritten Notes in Claims File  Bates CL 100 – 108 |
| Y | Facsimile from Carolyn Mirek to Kevin Kvederas containing articles regarding latex allergy  CL 163-82 |
| Z | Attending Physician's Statement  Bates CL 222 |
| AA | Documents sent by MLS to Dr. Harold Axe, Bates MLS 1-41,  from Schimizzi Ex. 2 |
| AB | Guardian Probable Underwriting Action Guide  Newman Ex. 17 |
| AC | Guardian Probable Underwriting Action Guide  Newman Ex. 18 |
| AD | "Probable Underwriting Actions"  Newman Ex. 19 |

| Ex. No. | Description |
|---|---|
| AE | Information on Latex from Barbara Smachetti's files  Smachetti Ex. 22 |
| AF | Guardian Probable Underwriting Action Guide  Smachetti Ex. 25 |
| AG | Excerpt from Guardian Disability Insurance Brokerage Website, Smachetti, Ex. 26 |
| AH | Munich American Reassurance document, Morgan Ex. 27 |
| AI | Berkshire Claims Handling Manual  Haupt Ex. 31 |
| AJ | NIOSH Alert, Garb Ex. 33 |
| AK | Baystate Health System, Employee Health Service, "Understanding Latex Allergy," Garb. Ex. 37 |
| AL | Franklin Medical Center, Safety Policy No. 4 , Garb Ex. 38 |
| AM | Baystate Medical Center Pharmacy Department Latex Allergy Precautions, Garb. Ex. 39 |
| AN | Baystate Medical Center, Department of Environmental Services, Latex Allergy Policy, Garb Ex. 40 |
| AO | Infusion & Respiratory Services of Western New England, Garb Ex. 41 |
| AP | Baystate Medical Center, Inc., Operating Room Policy, Latex Allergy: Care of Patients, Garb Ex. 42 |
| AQ | Baystate Health System, Department of Radiology, Policy and Procedure manual, Garb. Ex. 43 |
| AR | Baystate Medical Center, Department of Women & Infants Services, Latex Allergy Policy/Protocol, Garb. Ex. 44 |
| AS | Baystate Health System, Identification and Care of the Patient with a Potential or Known Latex Allergy, Garb. Ex. 49 |
| AT | Baystate Health Systems Discharge Planning, Garb Ex. 54 |
| AU | Medical records of Robert Bedard, MD |
| AV | Medical records of Joseph Guardino, MD |
| AW | Medical Records of Robert Greenberg, MD |
| AX | Medical Records of Daniel Welling, MD |

| Ex. No. | Description |
|---|---|
| AY | Medical Records of Hartford Hospital |
| AZ | Notes from file of James Garb, MD |
| BA | Medical Records of South Windsor Ambulatory Care Center |
| BB | Tube of Lotion prescribed by Dr. Srinivasan |
| BC | Treatment records of Srima Nissanka, LSW |
| BD | Administration Service Agreement between The Guardian Life Insurance Company of America and Berkshire Life Insurance Company of America |
| BE | Coinsurance Agreement between The Guardian Life Insurance Company of America and Berkshire Life Insurance Company of America |
| BF | Envelope from The Guardian, "An Important Letter to Our Policyholders," with enclosure |
| BG | Brochure "The Guardian Accelerated Benefit Rider |
| BH | Folder, "The Guardian: The Intelligent Choice Since 1860" |
| BI | Brochure, "Provider Plus," "A Disability Insurance Plan to Protect Your Lifestyle" |
| BJ | Allergy Alert card |
| BK | List of all dentists in Massachusetts from the Division of Professional Licensure |
| BL | List of all dentists in Connecticut from the Division of Professional Licensure. |