UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN MIREK, | ) </br> ) </br> ) |
| Plaintiff | ) </br> ) |
| v. | ) </br> ) Civil Action </br> ) No. 04-30166-RGS </br> ) |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA and BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, | ) </br> ) </br> ) </br> ) </br> ) |
| Defendants | ) </br> ) |

## ADMITTED EXHIBITS

| Ex. No | Description |
|---|---|
| 1 | The Guardian Disability Income Policy with Manual dated 3/25/93 |
| 2 | Letter dated 4/24/01 from Carolyn Mirek to recruiting manager, Patterson Dental |
| 3 | Computer printout dated 10/16/01 concerning "Pharmaceutical Sales in Hartford, Connecticut" for Johnson & Johnson |
| 4 | Letter dated 10/17/01 from Carolyn Mirek to Recruiting Services, Johnson & Johnson |
| 5 | Letter dated 10/19/01 from Carolyn Mirek to TAP Pharmaceuticals Inc. |
| 6 | Progress Report Accident (Injury) or Sickness dated 3/29/02  Bates CL 220 |
| 7 | Attending Physician's Statement dated 4/13/02  Bates CL 221 |
| 8 | Application for Employment at Benco Dental Company |
| 9 | Important Notice re , Bates CL 340 |

JS#155931v1

1

| Ex. No | Description |
|---|---|
| 10 | Plaintiffs resume indicating that her career objective is to obtain a dental hygiene position (marked as Exhibit 10 at Plaintiffs deposition) |
| 11 | Plaintiffs resume indicating that her career objective is to obtain a position in Dental Sales |
| 12 | Plaintiffs resume indicating that her career objective is to obtain a position in Dental Sales |
| 13 | Correspondence dated April 24, 2001 from Plaintiff to the Recruiting Manager at Patterson Dental (marked as Exhibit 18 at Dr. Bedard's deposition) |
| 14 | Correspondence dated May 31, 2002 from Plaintiff to Mr. Jonathan Horn |
| 15 | Correspondence dated June 5, 2002 from Plaintiff to Michael Nalls |