UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN MIREK,<br><br>   Plaintiff<br><br>v.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA and BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA,<br><br>   Defendants | Civil Action<br>No. 04-30166-RGS |

## LIST OF WITNESSES TO BE READ TO THE JURY

### I. Defendants' Witnesses

1. Carolyn Mirek (South Windsor, CT) (also on Plaintiff's list)
2. Dr. Robert N. Burstein, D.D.S. (South Windsor, CT) (also on Plaintiff's list)
3. Jonathan Horn (Cheshire, CT) (also on Plaintiff's list)
4. Frederick Cyker (Simsbury, CT)
5. Sandra O'Connor (West Hartford, CT)
6. James Garb, M.D. (Springfield, MA) (also on Plaintiff's list)
7. Steven J. Weiss, M.D. (Livingston, NJ)

### II. Plaintiff's Witnesses

8. Carolyn Mirek (S. Windsor, CT)
9. Dr. Robert N. Burstein, D.D.S. (South Windsor, CT)
10. Jonathan Horn (Cheshire, CT)
11. James Garb, M.D. (Springfield, MA)
12. Ronald H. Mirek (South Windsor, CT)

JS#155932v1

13. Christine Oliver, M.D. (Brookline, MA)

14. Robert M. Bedard, M.D. (West Hartford, CT)

15. Srima Nissanka, LSW (Vernon, CT)

16. Janet Streeter (South Windsor, CT)

17. Mary Beth Norman (Glastonbury, CT)

18. Sue Weigen, RDH (South Windsor, CT)

19. Diane Chupas, RDH (Deep River, CT)

20. Harold Axe, M.D. (Stamford, CT)

21. Donald O. Morgan (Pocasset, MA)

22. Joseph Champigney (East Longmeadow, MA) (Plaintiff thought on Wednesday she would not call Mr. Champigney, but has decided she may call him briefly)

23. Timothy A. Newman, M.D. (Dalton, MA)

24. Barbara Smachetti (Dalton, MA)

25. ~~Edward Kimball (Pittsfield, MA)~~ (pursuant to Court's Order of November 9, 2006)

 

PLAINTIFF CAROLYN MIREK

By her Attorneys,

/s/ Joanne D'Alcomo

_____
Joanne D'Alcomo
BBO #544177
Seth Nesin
BBO #650739
JAGER SMITH, P.C.
One Financial Center
Boston, Massachusetts 02111
(617) 951-0500