# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN MIREK, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>THE GUARDIAN LIFE INSURANCE )<br>COMPANY OF AMERICA and )<br>BERKSHIRE LIFE INSURANCE )<br>COMPANY OF AMERICA, )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO.: 04-30166-RGS |

## DEFENDANTS' MOTION IN LIMINE TO STRIKE A PHRASE FROM PAGE 35 OF PLAINTIFF'S PROPOSED AND OBJECTED TO EXHIBIT AU

The Defendants, the Guardian Life Insurance Company of America ("Guardian") and Berkshire Life Insurance Company of America ("Berkshire") (collectively referred to as "Defendants"), hereby file this Motion to strike a phrase from page 35 of Plaintiff's Proposed and Objected to Exhibit AU.

Page 35 of Plaintiff's proposed Exhibit AU, the notes of Dr. Bedard, refers to the alleged reaction Ms. Mirek had to the salad in Newport, Rhode Island and notes "prepared with latex gloves." See Exhibit A, attached hereto. The trial testimony of Plaintiff and Plaintiff's husband are complete. Neither Ms. Mirek nor Mr. Mirek testified that the salad in Newport, Rhode Island was prepared with latex gloves. Dr. Bedard's notes regarding what Plaintiff told him constitute hearsay within hearsay for which there is no exception. Consequently, Defendants request that the Court order that Plaintiff redact the phrase "prepared with latex gloves" from page 35 of Plaintiff's Proposed and Objected to Exhibit AU.

Respectfully Submitted,

Defendants The Guardian Life Insurance Company of America and Berkshire Life Insurance Company of America

By their attorneys,

CREVIER & RYAN, LLP.

/s/David B. Crevier _____
David B. Crevier, Bar No. 557242
Katherine R. Parsons, Bar No. 657280
1500 Main Street, Suite 2020
Springfield, MA 01115-5727
Tel:  413-787-2400
Facsimile:  413-781-8235
Email: dcrevier@crevierandryan.com
         kparsons@crevierandryan.com


/s/Edward Kimball _____
Edward Kimball, Esq.
700 South Street
Pittsfield, MA 01201
Tel:  413-499-4321


**LOCAL RULE 7.1 CERTIFICATION**

I certify that the attorneys in this case have conferred and attempted in good faith to resolve or narrow the issues contained in this motion.


/s/David B. Crevier


**CERTIFICATE OF SERVICE**

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 15th day of November 2006.


/s/David B. Crevier