# EXHIBIT A

CASE No. _____    PATIENT'S NAME _Carolyn Mirek_

| DATE | |  |
|---|---|---|
| MO. | DAY | YR. |

SUBSEQUENT VISITS AND FINDINGS

8/27/01

away in Newport

p̄ Salad / greens
vinaigrette dressing — balsamic
and Croissant
flushed neck/chest              prepared c̄ hotel plates
Similar ~~stuffed~~
chicken but p̄ pita sandwich
⊕ fuller episodes
swelling arms / R/B
lips
nasal crowding, redness, itching in throat

hotel avoiding advised
tests discussed

RECEIVED
2002 APR 23 AM 11:36
CLAIMS
DISABILITY INSURANCE
CLAIMS APR 2 2 2002

35