UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30166-RGS

CAROLYN MIREK

v.

THE GUARDIAN LIFE INSURANCE
COMPANY OF AMERICA and
BERKSHIRE LIFE INSURANCE
COMPANY OF AMERICA

SPECIAL VERDICT QUESTIONS FOR THE JURY

November 20, 2006

STEARNS, D.J.

Q.1. Has Carolyn Mirek been totally disabled from her occupation of dental hygienist within the meaning of the long term disability insurance policy issued by Berkshire Guardian from at least December 27, 2001 to the present?

A.1.   Yes  ✓        No ____

If your answer to Q.1 is "Yes," please answer Q.2. If your answer to Q.1 is "No," you have reached a verdict.

Q.2.   If you have answered Q.1 "Yes," please insert the sum of $191,358.26 as the amount of money that will fairly and reasonably compensate Carolyn Mirek as her damages for the breach of her insurance contract by defendants.

A.2.   $ _191,358.26_____
             (Amount in Figures)

I verify that the above answer(s) reflect the unanimous verdict of the jury.

_____
Foreperson

Dated: _11/20/06_