◊AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF    MASSACHUSETTS

CAROLYN MIREK

**JUDGMENT IN A CIVIL CASE**

V.

THE GUARDIAN LIFE INSURANCE COMPANY
OF AMERICA, ET AL

Case Number: CA 04-30166-RGS

☑ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Judgment is entered in favor of the plaintiff, Carolyn Mirek, against the defendants The Guardian Life Insurance Company of America and Berkshire Life Insurance Company of America in the amount of One Hundred Ninety-One Thousand Three Hundred Fifty-Eight Dollars and Twenty-Six Cents ($191,358.26), plus pre-judgment interest at the rate of 12% per annum in the amount of Fifty-Four Thousand Seven Hundred Thirty-One Dollars, for a total judgment in the amount of Two-Hundred Forty Six Thousand Eighty-Nine Dollars and Twenty-Six Cents ($246,089.26).

APPROVED:

_Richard G. Stearns_
RICHARD G. STEARNS, U. S. DISTRICT JUDGE

| | |
|---|---|
| 12/1/2006 | SARAH A. THORNTON |
| Date | Clerk |
| | _Mary Johnson_ |
| | (By) Deputy Clerk |

Post-judgment interest to date
is at the rate of 5.00%.