# TAB A

Mirek v. The Guardian Life Insurance Company of America et al
Assigned to: Judge Richard G. Stearns
Demand: $170,000
Case in other court: Suffolk Superior Court, 04-02592-B
Cause: 28:1332 Diversity-Breach of Contract

Date Filed: 08/27/2004
Jury Demand: Plaintiff
Nature of Suit: 110 Insurance
Jurisdiction: Diversity

**Plaintiff**

**Carolyn Mirek**                                   represented by   **Joanne D'Alcomo**
                                                                    Jager Smith P.C.
                                                                    1 Financial Center
                                                                    Boston, MA 02111
                                                                    617-951-0500
                                                                    Fax: 617-951-2414
                                                                    Email: jdalcomo@jagersmith.com
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Howard P. Blatchford, Jr.**
                                                                    Jager Smith PC
                                                                    One Financial Center
                                                                    Boston, MA 02111
                                                                    617 951-0500
                                                                    Fax: 617 951-2414
                                                                    Email: hblatchford@jagersmith.com
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Seth E. Nesin**
                                                                    Jager Smith P.C.
                                                                    1 Financial Center
                                                                    Boston, MA 02111
                                                                    617-951-0500
                                                                    Fax: 617-951-2414
                                                                    Email: snesin@jagersmith.com
                                                                    *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**The Guardian Life Insurance Company of America**   represented by   **David B. Crevier**
                                                                      Crevier & Ryan LLP
                                                                      1500 Main Street
                                                                      Suite 2020
                                                                      Springfield, MA 01115-5532
                                                                      413-787-2400
                                                                      Fax: 413-781-8235
                                                                      Email: dcrevier@crevierandryan.com
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **David L. Kalib**

| | | |
|---|---|---|
| 02/10/2006 | | TRANSCRIPT of Pretrial Conference held 1/27/06 before Judge Ponsor Digital Recording: CD. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Stuckenbruck, John) (Entered: 02/13/2006) |
| 03/01/2006 | | Judge Kenneth P. Neiman : Electronic ORDER entered granting, after hearing, 45 Defendants' Motion to Compel Deposition of Dr. Christine Oliver, said deposition to be held at a time most convenient to Defendants' counsel; and granting in part and denying in part 38 Plaintiff's Motion to Compel as follows: the motion is ALLOWED without opposition with regard to items 1, 3, 4, 5, 12, 13, 14, 15, 16, 17, 20, 22 and 26 of the 30(b)(6) deposition notice; ALLOWED with regard to items 7, 8, 9, 11 and 18 of the deposition notice, Defendants having stipulated to treating the previously conducted depositions of Morgan, Newman and Smachetti as 30(b)(6) depositions for purposes of said items (reserving objections for trial); ALLOWED with regard to item 6 in the deposition notice, but limited to inquiries surrounding the seven instances previously identified by Defendants in which they have granted disability claims since 2000 based in whole or in part on latex allergies; ALLOWED with regard to items 21, 23, 24, and 25 in the deposition notice, Defendants to produce a deponent or deponents who can respond to the inquiries and/or describe the efforts which would have to be undertaken to respond; and DENIED with regard to items 2, 10 and 19 of the depositon notice for the reasons stated in court this day. All inquiries shall be limited to Count I of the complaint. The 30(b)(6) deposition(s) shall take place at Defendant Berkshire Life Insurance Company's offices in Berkshire county and shall be completed by April 17, 2006, at a time most convenient to Plaintiff's counsel. So ordered. (Neiman, Kenneth) (Entered: 03/01/2006) |
| 03/01/2006 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Attys D'Alcomo, Nesin, Crevier, Kimball) appear for Motion Hearing held on 3/1/2006 re 45 MOTION to Compel *the Testimony of Dr. Christine Oliver* filed by The Guardian Life Insurance Company of America,, Berkshire Life Insurance Company of America,, 38 MOTION Pursuant to Rule 37(a) and 37(b) against Defendant Berkshire Life Insurance Company of America for Refusal to Produce Witnesses after Motion for Protective Order Was Denied filed by Carolyn Mirek. Arguments heard. Order to issue. (Court Reporter FTR.) (Healy, Bethaney) (Entered: 03/02/2006) |
| 03/02/2006 | 55 | Magistrate Judge Kenneth P. Neiman. FURTHER SCHEDULING ORDER setting Ds' motion for S/J (or inform court in writing by that date that no such motion will be filed) by 5/12/06; P's response to motion filed by 6/2/06, with Ds' reply by 6/9/06; if no motion for S/J is filed, Final Pretrial Conference set for 6/8/2006 at 3:00 PM in Courtroom 1 before Judge Michael A Ponsor ENTERED, cc:cl.(Healy, Bethaney) (Entered: 03/02/2006) |
| 03/15/2006 | 56 | MOTION to Compel *the Deposition Testimony of Defendants' Expert Steven J. Weiss, M.D., or Alternatively, For Leave To Depose Defendants' Expert Witness Steven J. Weiss, M.D. Now That Plaintiff's Fact Discovery Is About To Be Completed* by Carolyn Mirek. (Attachments: # 1 Exhibit A - Weiss Depo Notice# 2 Exhibit B - Crevier Letter# 3 Exhibit C - Crevier Email# 4 Exhibit D - D'Alcomo Letter# (5) Exhibit E - D'Alcomo Email) (Nesin, Seth) Additional attachment(s) added on 3/29/2006 (Lindsay, Maurice). (Entered: 03/15/2006) |
| 03/27/2006 | 57 | TRANSCRIPT of Hearing held on March 1, 2006 before Judge Kenneth P. Neiman filed. Court Reporter: None. Digital Recording: Yes. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Finn, Mary) (Entered: 03/27/2006) |
| 03/29/2006 | 58 | Opposition re 56 MOTION to Compel *the Deposition Testimony of Defendants' Expert Steven J. Weiss, M.D., or Alternatively, For Leave To Depose Defendants' Expert Witness Steven J. Weiss, M.D. Now That Plaintiff's Fact Discovery Is About To Be Complete* filed by Berkshire Life Insurance Company of America, The Guardian Life Insurance Company of America. (Attachments: # 1 Exhibit 1 - pre-trial conference transcript# 2 Exhibit 2 - |