# TAB B

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
--------------------------- X
CAROL MIREK,                 :

            Plaintiff,       :

      VS.                    :  NO. 04-30166-MAP

GUARDIAN LIFE INS. CO. OF     :
AMERICA, ET AL.,
                             :
            Defendants.
--------------------------- X
```

D E P O S I T I O N


THE DEPOSITION OF HAROLD AXE, M.D.,

taken on behalf of the Plaintiff, before Kevin

Lombino, Registered Professional Reporter,

Notary Public within the State of Connecticut

License Number 00191, on the 16th day of

September, 2005 at 12:16 p.m., at the offices of

Paul, Hastings, Janofsky & Walker, 1055

Washington Boulevard, 10th Floor, Stamford,

Connecticut.


**◁ COPY**


**GOLDFARB AND AJELLO (203) 972-8320**

131

1  to latex that involve shortness of breath?

2      A.   I'm not aware of any.

3          MS. D'ALCOMO:  Let's take five minutes here.

4          (A break was taken.)

5      Q.   Dr. Axe, by the way, have you been asked to

6  testify in this case in Massachusetts?

7      A.   No.

8      Q.   Is there any reason why you wouldn't come to

9  Massachusetts to testify?

10      A.   I can't think of any.

11      Q.   Would you be willing to if the defendants asked

12  you to?

13      A.   If the defendants asked me to?  Yes.

14      Q.   How about if I asked you?

15      A.   Oh, no, I wouldn't do anything for you.

16          MR. CREVIER:  Doctor, please answer without

17          sarcasm.

18          THE WITNESS:  Give me a break.  I've been at

19          this all day.  Yes, yes, yes, yes.

20      Q.   Now, you're a member of the American Academy of

21  Allergy, Immunology, and Asthma -- Allergy, Asthma, and

22  Immunology?

23      A.   Correct.

24      Q.   Are you familiar with The Allergy Report that

25  the American Academy of Allergy, Asthma, and Immunology