# TAB 1

# INVOICE

## Del Vecchio Reporting Services, LLC

*Professional Shorthand Reporters*
117 Randi Drive
Madison, Connecticut 06443
(203) 245-9583

*Please refer to invoice number when remitting.*

## INVOICE # _____

DUPLICATE

September, 2005

```
TO:   JAGER, SMITH, P.C.
      1 Financial Center
      Boston, MA  02111
      ATTN:  SETH NESIN, ESQUIRE
      Office:  (617)  951-0500
      E-mail:  snesin@jagersmith.com



      CASE:       Carolyn Mirek vs The Guardian Life
                  Insurance Company of America, et al
      WITNESS:    Jonathan Horn
      DATE:       August 17, 2005



      Transcript Production                    $268.00
      Condensed transcript w/index               25.00
      Subtotal                                 $293.00
      CT Sales Tax                               17.58
      Postage                                    10.00
      TOTAL DUE............................. $320.58



                              Thank you,
                              Judi A. Roberts, Reporter
```

All invoices shall be due upon receipt. Invoices will be considered past due thirty (30) days after the invoice date. Past due amounts are subject to a 1.50% monthly finance charge. We also reserve the right to add collection costs to late payments.