# TAB 2

N STREET
GFIELD, MA 01103
e #: (413)733-4078  Fax #: (413)734-4588

3151/1
317
5233.01

To:

**ATTY. SETH NESIN**
**JAGER SMITH P.C.**
**ONE FINANCIAL CENTER**
**BOSTON, MA. 02111**

Employer I.D. No. 04-2316011

Statement Date:
9/06/2005

Invoice No.
16,876

PLEASE REFERNCE THIS
INVOICE NUMBER WHEN
REMITTING

RE: MIREK VS. GUARDIAN LIFE INS.

Deposed: ROBERT BURSTEIN, DDS

Deposition Date: 8/19/2005

Cause No.: 04-30166-MAP

Reporter: MICHELINE BOURBONNAIS

| Code | Description | Qty | Amount | Charges |
|---|---|---|---|---|
| tc | COPY OF TRANSCRIPT | 93 | 2.45 | 227.85 |
| dc | ASCII DISC | 1 | 35.00 | 35.00 |
| mi | MINUSCRIPT & WORD INDEX | 1 | 35.00 | 35.00 |
| phc | POSTAGE & HANDLING CHARGE | 1 | 12.50 | 12.50 |

**TERMS:**

**PAYABLE UPON RECEIPT. NONTRANSFERABLE**

Total: 310.35

To insure proper credit, please enclose a
copy of this invoice with payment.

TOTAL BALANCE DUE: 310.35