**TAB 3**

**PHILBIN & ASSOCIATES, INC.**
959 MAIN STREET
SPRINGFIELD, MA 01103
Phone #: (413)733-4078  Fax #: (413)734-4588

3151/2 (440)

$233.01

To:

ATTY. SETH NESIN
JAGER SMITH P.C.
ONE FINANCIAL CENTER
BOSTON, MA. 02111

Employer I.D. No. 04-2316011

**Statement Date:** 9/29/2005

**Invoice No.** 17,004

PLEASE REFERNCE THIS INVOICE NUMBER WHEN REMITTING

RE: MIREK VS. GUARDIAN LIFE INS.

Deposed: CAROLYN MIREK
Deposition Date: 9/15/2005

Cause No.: 04-30166-MAP
Reporter: LAURIE MONAGHAN

| Code | Description | Qty | Amount | Charges |
|---|---|---|---|---|
| TC | COPY OF TRANSCRIPT | 292 | 2.45 | 715.40 |
| MI | MINUSCRIPT & WORD INDEX | 1 | 35.00 | 35.00 |
| DC | ASCII DISC | 1 | 35.00 | 35.00 |
| PHC | POSTAGE & HANDLING CHARGE | 1 | 12.50 | 12.50 |

**TERMS:**
**PAYABLE UPON RECEIPT. NONTRANSFERABLE**

**Total:** 797.90

To insure proper credit, please enclose a copy of this invoice with payment.

**TOTAL BALANCE DUE:** 797.90