**TAB 4**

**...farb & Ajello Reporting Services**
Reporter: Kevin Lombino, LSR, RPR
24 East Avenue; #1372
New Canaan, CT 06840
Tel: 203-972-8320    Firm's ID#06-1273926

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/6/2005 | KL 887 |

| BILL TO |
|---|
| Jager Smith, PC<br>Joanne D'Alcomo, Esq.<br>One Financial Center<br>Boston, Massachusetts 02111 |



315013  (435)

Rc: 5#33.1

| TERMS | REP: Kevin Lombino, LSR, RPR |
|---|---|
| Due on receipt | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Mirek v Guardian Life Insurance, September 16, 2005<br>Deposition of Harold Axe, MD | | |
| | Appearance Fee | 90.00 | 90.00T |
| 166 | Dirty Ascii | 1.50 | 249.00T |
| 166 | Transcription (Expert or Medical Witness or Arbitration) | 4.60 | 763.60T |
| | Ascii Disc | 10.00 | 10.00T |
| | Condensed Version | 30.00 | 30.00T |
| | Signature Fee | 10.00 | 10.00T |
| | postage and handling | 8.00 | 8.00T |
| | CT Sales Tax | 6.00% | 69.64 |

| | Total | $1,230.24 |
|---|---|---|