**TAB 5**

Providence, RI (401) 751-0640
Pittsfield, MA (413) 443-7263
Hartford, CT (860) 525-3097
Transcription (800) 547-7844
(617) 723-0640

Fax: 877.747.4260
E-mail: courtreporting@catuogno.cc
On the Web: www.catuogno.cc
www.sten-tel.com

**CATUOGNO / STEN-TEL**

One Monarch Place, Suite 1800, Springfield, MA 01144-1810

JAGER SMITH, PC
JOANNE D'ALCOMO, ESQ.
ONE FINANCIAL CENTER
BOSTON, MA 02111

Employer I.D. No. 04-260-4388

| Statement Date: | Invoice No. |
|---|---|
| 10/19/2005 | 43954 |

PLEASE REFERENCE THIS INVOICE NUMBER WHEN REMITTING

**MIREK VS THE GUARDIAN**

Cause No. : 0430166MAP
Claim No. :
RE : NEWMAN, SMACHETTI

Activity Date: 9/20/2005

Job No. :15006

| Code | Description | Qty | Amount | Charges |
|---|---|---|---|---|
| OOT | Original (technical/medical) | 209.00 | 3.60 | 752.40 |
| LS | Litigation support (mini w/index) | 357.00 | 0.20 | 71.40 |
| ASCII | ASCII/CD | 1.00 | 10.00 | 10.00 |
| PH | Postage and handling charges | 1.00 | 8.90 | 8.90 |

Thank You For Your Business

**NET TERMS -- 30 DAYS**

1.5% Monthly fee on balance over 30 days.

**TOTAL BALANCE DUE** 842.70

10/26

Mirek 5233.1

Re: Depo services

Thx.
-RRP