# TAB 6

5/6/7 456



| | |
|---|---|
| ...d, MA | (413) 746-8100 |
| ...ster, MA | (508) 752-0640 |
| ...rence, MA | (978) 682-2116 |
| Boston, MA | (617) 723-0640 |
| Providence, RI | (401) 751-0640 |
| Pittsfield, MA | (413) 443-7263 |
| Hartford, CT | (860) 525-3097 |
| Transcription | (800) 547-7844 |

Phone: 888.228.8646
Fax: 877.747.4260
Email: courtreporting@catuogno.cc
On the Web: www.catuogno.cc
www.sten-tel.com

One Monarch Place, Suite 1800, Springfield, MA 01144-1810

5233.01

JAGER SMITH, PC
JOANNE D'ALCOMO, ESQ.
ONE FINANCIAL CENTER
BOSTON, MA  02111

Employer I.D. No. 04-260-4388

| Statement Date: | Invoice No. |
|---|---|
| 10/21/2005 | 44006 |

PLEASE REFERENCE THIS INVOICE NUMBER WHEN REMITTING

**MIREK VS THE GUARDIAN**

Cause No. : **0430166MAP**
Claim No. :
RE :  MORGAN, CHAMPIGNEY, HAUPT

Activity Date: 9/21/2005

Job No. :15006

| Code | Description | Qty | Amount | Charges |
|---|---|---|---|---|
| OO | Original | 150.00 | 3.35 | 502.50 |
| LS | Litigation support (mini w/index) | 262.00 | 0.20 | 52.40 |
| ASCII | ASCII/CD | 1.00 | 10.00 | 10.00 |
| PH | Postage and handling charges | 1.00 | 8.90 | 8.90 |

**Thank You For Your Business**

**NET TERMS -- 30 DAYS**

1.5% Monthly fee on balance over 30 days.

| TOTAL BALANCE DUE | 573.80 |
|---|---|

P! 5/

Mirek 5233.1

Re: Depo Services

Thx
-RRP