**TAB 7**

# INVOICE

## Del Vecchio Reporting Services, LLC
*Professional Shorthand Reporters*
117 Randi Drive
Madison, Connecticut 06443
(203) 245-9583

*Please refer to invoice number when remitting.*

October 24, 2005

**INVOICE #** 46109

TO:  SETH NESIN, ESQUIRE
     JAGER SMITH P.C.
     One Financial Center
     Boston, MA 02111
     617-951-0500

CASE:          CAROLYN MIREK VS. GUARDIAN AND BERKSHIRE LIFE
DEPO OF:       SRIMA NISSANKA, LCSW
DATE OF DEPO:  SEPTEMBER 30, 2005

| | |
|---|---:|
| One copy | $131.75 |
| Condensed transcript with word index | 10.00 |
| ASCII | 10.00 |
| Subtotal | $151.75 |
| Sales tax | 9.10 |
| Postage | 5.00 |
| Total Due | **$165.85** |

**EIN:  06-1464733**

**REPORTER:**  SHIRLEY A. RIGA, RPR LSR

All invoices shall be due upon receipt. Invoices will be considered past due thirty (30) days after the invoice date. Past due amounts are subject to a 1.50% monthly finance charge. We also reserve the right to add collection costs to late payments.