**TAB 8**

**PHILBIN & ASSOCIATES, INC.**
*959 MAIN STREET*
*SPRINGFIELD, MA 01103*
*Phone #: (413)733-4078  Fax #: (413)734-4588*

3151/3



48

To:

~~ATTY. SETH NESIN~~ Joanne D'Alcomo, Esq.
JAGER SMITH P.C.
ONE FINANCIAL CENTER
BOSTON, MA. 02111

Employer I.D. No. 04-2316011

**Statement Date:**
10/25/2005

**Invoice No.**
17,163

PLEASE REFERNCE THIS INVOICE NUMBER WHEN REMITTING

RE: MIREK VS. GUARDIAN LIFE INS.

Deposed: ROBERT M. BEDARD, M.D.
Deposition Date: 10/12/2005

Cause No.: 04-30166-MAP
Reporter: LAURIE MONAGHAN

| Code | Description | Qty | Amount | Charges |
|------|-------------|-----|--------|---------|
| TC | COPY OF TRANSCRIPT-EXPERT | 195 | 2.75 | 536.25 |
| MI | MINUSCRIPT & WORD INDEX | 1 | 35.00 | 35.00 |
| DC | ASCII DISC | 1 | 35.00 | 35.00 |
| PHC | POSTAGE & HANDLING CHARGE | 1 | 12.50 | 12.50 |

**TERMS:**
PAYABLE UPON RECEIPT. NONTRANSFERABLE

**Total:** 618.75

To insure proper credit, please enclose a copy of this invoice with payment.

**TOTAL BALANCE DUE:** 618.75