# TAB 9

|          | (413) 746-8100 |
|----------|----------------|
| .A, MA   | (508) 752-0640 |
| .nce, MA | (978) 682-2116 |
| .oston, MA | (617) 723-0640 |
| Providence, RI | (401) 751-0640 |
| Pittsfield, MA | (413) 443-7263 |
| Hartford, CT | (860) 525-3097 |
| Transcription | (800) 547-7844 |

**CATUOGNO & STEN-TEL**

Phone: 888.228.8646
Fax: 877.747.4260
Email: courtreporting@catuogno.cc
On the Web: www.catuogno.cc
www.sten-tel.com

576/9
519

One Monarch Place, Suite 1800, Springfield, MA 01144-1810

JAGER SMITH, PC
JOANNE D'ALCOMO, ESQ.
ONE FINANCIAL CENTER
BOSTON, MA 02111

5233.01

Employer I.D. No. 04-260-4388

| Statement Date: | Invoice No. |
|-----------------|-------------|
| 11/10/2005      | 44403       |

PLEASE REFERENCE THIS INVOICE NUMBER WHEN REMITTING

**MIREK VS THE GUARDIAN**

Cause No. : 0430166MAP
Claim No. :

Activity Date: 10/25/2005

RE : GARB, M.D.

Job No. : 15006   -   4

| Code | Description | Qty | Amount | Charges |
|------|-------------|-----|--------|---------|
| OO | Original | 99.00 | 3.35 | 331.65 |
| LS | Litigation support (mini w/index) | 172.00 | 0.20 | 34.40 |
| ASCII | ASCII/CD | 1.00 | 10.00 | 10.00 |
| PH | Postage and handling charges | 1.00 | 8.90 | 8.90 |

Thank You For Your Business

**NET TERMS -- 30 DAYS**

1.5% Monthly fee on balance over 30 days.

TOTAL BALANCE DUE    384.95