# TAB 10



**ROYAL COURT REPORTING**
At Your Service

YOU CAN PAY BY PHONE OR PLACE YOUR CARD NUMBER, EXPIRATION DATE & SIGNATURE BELOW. WE ACCEPT:
☐ VISA   ☐ AMERICAN EXPRESS   ☐ MASTERCARD

Card # _____   ___/___/___ Expiration Date

x _____

**RCR SERVICES**
Realtime Reporting
On-line Scheduling
Complete Video Services
e-transcript Support
Serving PA, NJ & DE
Conference Facilities
ID NO. 23-2665492

Joanne D'Alcomo, Esquire
JAGER SMITH, P.C.
One Financial Center
Boston, MA  02111

Invoice No: 130573

11/27/2005    14418    MK/cod        ✓ **PAID**

Re: Mirek vs.  Guardian Life Insurance
Assignment Date: November 15, 2005

Kevin Kvederas

| | | |
|---|---|---|
| Oral Dep., O&1 | 193.0 Pages | 646.55 |
| Postage & Handling | | 15.00 |
| | Total Amount $ | 661.55 |
| | Less Paid To Date $ | 661.55 |
| | Total due $ | 0.00 |

It's been a pleasure doing business with you.

Please Make Checks Payable To:
Royal Court Reporting Service
230 South 15th Street, 6th Floor, Philadelphia, Pennsylvania 19102
Phone: (215) 732-0655  Toll Free: (888) 595-7277  Fax: (215) 732-7655  www.royalcourtreporting.com