**TAB 11**

**JAGER SMITH P.C.**
ONE FINANCIAL CENTER
BOSTON, MA 02111

5908

CITIZENS BANK
MASSACHUSETTS
5-7017/2110

DATE 01/03/06
CHECK AMOUNT ****$127.00

PAY *** ONE HUNDRED TWENTY-SEVEN & 00/100 DOLLARS

TO THE ORDER OF
Renaissance Hanson    061379820  01-09-06  05
400 Renaissance Center, Ste 2160
Detroit, MI 48243-8100

⑆005908⑆ ⑈211070175⑈ 1078 29 264⑈    ⑆00000012700⑆


