# TAB 12

*One Monarch Place - Suite 600*
*Springfield, MA 01144-0600*
*Phone: 888-228-8646*
*Fax: 877-747-4260*



March 20, 2006

# A/R STATEMENT

*Our records indicate the following unpaid invoices are Past Due. Please remit. Thank you.*

Name: **JAGER SMITH, PC**
JOANNE D'ALCOMO, ESQ.
ONE FINANCIAL CENTER

BOSTON, MA 02111

Account No.: 108,319
Phone #: (617)951-0500
Fax #: (617)951-2414

| Case | RE: | Date of Activity | Inv. Date | Inv. No. | Days Old | Finance Charges | Total Due |
|---|---|---|---|---|---|---|---|
| MIREK VS THE GUARDIAN | GARB, M.D. | 1/27/2006 | 2/22/2006 | 46049 | 26 | 0.00 | 484.45 |
| | | | | | | Total | 484.45 |