**TAB 13**

**PHILBIN & ASSOCIATES, INC.**
*959 MAIN STREET*
*SPRINGFIELD, MA 01103*
*Phone #: (413)733-4078  Fax #: (413)734-4588*

To:

ATTY. SETH NESIN
JAGER SMITH P.C.
ONE FINANCIAL CENTER
BOSTON, MA 02111

Employer I.D. No. 04-2316011

Statement Date: 4/07/2006

Invoice No. 18,342

PLEASE REFERNCE THIS INVOICE NUMBER WHEN REMITTING

RE: MIREK VS. GUARDIAN LIFE INS.

Deposed: L. CHRISTINE OLIVER, M.D.
Deposition Date: 3/24/2006

Cause No.: 04-30166-MAP
Reporter: LAURIE MONAGHAN

| Code | Description | Qty | Amount | Charges |
|---|---|---|---|---|
| EC | COPY OF TRANSCRIPT - EXPERT | 228 | 2.75 | 627.00 |
| MI | MINUSCRIPT & WORD INDEX | 1 | 35.00 | 35.00 |
| DC | ASCII DISC | 1 | 35.00 | 35.00 |
| PHC | POSTAGE & HANDLING CHARGE | 1 | 12.50 | 12.50 |

TERMS:
PAYABLE UPON RECEIPT. NONTRANSFERABLE

Total: 709.50

To insure proper credit, please enclose a copy of this invoice with payment.

TOTAL BALANCE DUE: 709.50