# TAB 15

Springfield, MA (413) 746-8100
Worcester, MA (508) 752-0640
Lawrence, MA (978) 682-2116
Boston, MA (617) 723-0640
Providence, RI (401) 751-0640
Pittsfield, MA (413) 443-7263
Hartford, CT (860) 525-3097
Transcription (800) 547-7844



Phone: 888.228.8646
Fax: 877.747.4260
Email: courtreporting@catuogno.cc
On the Web: www.catuogno.cc
www.sten-tel.com

One Monarch Place, Suite 600, Springfield, MA 01144-0600

JAGER SMITH, P.C.
SETH NESIN, ESQ.
ONE FINANCIAL CENTER

BOSTON, MA 02111

Employer I.D. No. 04-260-4388

| Statement Date: | Invoice No. |
|---|---|
| 5/08/2006 | 47370 |

PLEASE REFERENCE THIS INVOICE NUMBER WHEN REMITTING

**MIREK VS THE GUARDIAN**

Cause No. : 0430166MAP
Claim No. :

Activity Date: 4/10/2006      RE : DONNELLY, DONNELLY      Job No. : 15006-6

| Code | Description | Qty | Amount | Charges |
|---|---|---|---|---|
| oo | Original | 227.00 | 3.40 | 771.80 |
| ls | Litigation support (mini w/index) | 404.00 | 0.25 | 101.00 |
| ph | Postage and handling charges | 1.00 | 8.90 | 8.90 |

Thank You For Your Business
**NET TERMS -- 30 DAYS**
1.5% Monthly fee on balance over 30 days.

**TOTAL BALANCE DUE:** 881.70

---

PLEASE RETURN BOTTOM PORTION WITH REMITTANCE

CATUOGNO COURT REPORTING SERVICES
AND STEN-TEL TRANSCRIPTION SERVICES
ONE MONARCH PLACE - SUITE 600
SPRINGFIELD, MA 01144-0600

MIREK VS THE GUARDIAN

SETH NESIN, ESQ.

Invoice No.                          47370
Total Amount Invoiced                881.70
Amount Sent                          _____

KB