# TAB 16



# INVOICE

| | |
|---|---|
| Invoice # | BOS05050197 |
| Invoice Date: | 05/09/2005 |
| Due Date: | 05/19/2005 |
| Terms: | Net 10 Days |
| Customer Code: | BOS-JAGE |
| Natl ID: | 44293 |

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300    Fax:
Federal ID: 230334400

**SOLD TO:**
JAGER - SMITH PC
1 FINANCIAL CENTER
BOSTON, MA 02111

**SHIP TO:**
JAGER - SMITH PC
1 FINANCIAL CENTER
BOSTON, MA 02111

Attn: PHYLLIS JONES

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 5233.01 | | | Kamal Gadelhak |

| Salesorder | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-0505-0098 | 05/05/2005 | PHYLLIS JONES - JAGER - SMITH PC | | | |
| | | B&W Copies D - Heavy Litigation | 881.00 | 0.195 | 171.80 |

3021/60
104

| | Please Pay From This Invoice | Taxable Sales: | 171.80 |
|---|---|---|---|
| | | Sales Tax: | 8.59 |
| | Your signature below is an agreement that the above described work has been authorized and received. The party above assures payment of this invoice within 10 days. Interest at the rate of the lesser 1.5% per month or the maximum legal rate will be charged on invoices not paid in 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts. | Non-Taxable: | 0.00 |
| | | Postage: | 0.00 |
| | | Delivery: | 0.00 |
| | | **PAY THIS AMOUNT** | **180.39** |

Received and Approved by: _____ Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
JAGER - SMITH PC
1 FINANCIAL CENTER
BOSTON, MA 02111

**Amount Enclosed**
$

Invoice: BOS05050197
Invoice Date: 05/09/2005
Due Date: 05/19/2005
Customer Code: BOS-JAGE
Natl ID: 44293

**Please Remit To:**
IKON Office Solutions
Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT** $ 180.39