# TAB 18

Page 1 of 1



# INVOICE

| | |
|---|---|
| Invoice # | BOS05060458 |
| Invoice Date: | 06/23/2005 |
| Due Date: | 07/03/2005 |
| Terms: | Net 10 Days |
| Customer Code: | BOS-JAGE |
| Natl ID: | 44293 |

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300   Fax:
Federal ID: 230334400

SOLD TO:
JAGER - SMITH PC
1 FINANCIAL CENTER
BOSTON, MA 02111

3021/88
127

SHIP TO:
JAGER - SMITH PC
1 FINANCIAL CENTER
BOSTON, MA 02111

Price using: STANDARD Price

Attn: PHYLLIS JONES

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 5233.01 | | | Kamal Gadelhak |

| Salesorder | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-0506-0465 | 06/22/2005 | PHYLLIS JONES - JAGER - SMITH PC | | | |
| | | B&W Copies E - Glasswork | 1,608.00 | 0.235 | 377.88 |

**Please Pay From This Invoice**

Your signature below is an agreement that the above described work has been authorized and received. The party above assures payment of this invoice within 10 days. Interest at the rate of the lesser 1.5% per month or the maximum legal rate will be charged on invoices not paid in 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 377.88 |
| Sales Tax: | 18.89 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** | **396.77** |

Received and Approved by: _____   Date: 6/28/05

Please pay from this copy. The party named on this bill is held responsible for payment.

Payment From:
JAGER - SMITH PC
1 FINANCIAL CENTER
BOSTON, MA 02111

Amount Enclosed
$

Invoice: BOS05060458
Invoice Date: 06/23/2005
Due Date: 07/03/2005
Customer Code: BOS-JAGE
Natl ID: 44293

Please Remit To:
IKON Office Solutions
Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

PAY THIS
AMOUNT   $   396.77