**TAB 19**

**IKON** Document Efficiency At Work.™

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300   Fax:
Federal ID: 230334400

# INVOICE

*5233.01*

*Remit to*

| | |
|---|---|
| Invoice # | BOS05080019 |
| Invoice Date: | 08/01/2005 |
| Due Date: | 08/11/2005 |
| Terms: | Net 10 Days |
| Customer Code: | BOS-JAGE |
| Nat'l ID: | 44293 |

Page 1 of 1

**SOLD TO:**
JAGER - SMITH PC
1 FINANCIAL CENTER
BOSTON, MA 02111

**SHIP TO:**
JAGER - SMITH PC
1 FINANCIAL CENTER
BOSTON, MA 02111

Attn: JENNIFER DIFFEE

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 5233.0001 | | | Kamal Gadelhak |

| Salesorder | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-0507-0572 | 07/29/2005 | JENNIFER DIFFEE - JAGER - SMITH PC | | | |
| | | B&W Copies D - Heavy Litigation | 5,306.00 | 0.170 | 902.02 |
| | | Document Numbering (applied) | 659.00 | 0.060 | 39.54 |

*3021/101*
*248*

LAW DEPARTMENT
AUG 0 4 2005

Please Pay From This Invoice

Your signature below is an agreement that the above described work has been authorized and received. The party above assures payment of this invoice within 10 days. Interest at the rate of the lesser 1.5% per month or the maximum legal rate will be charged on invoices not paid in 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 941.56 |
| Sales Tax: | 47.08 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| PAY THIS AMOUNT | ~~988.64~~ |

*$949.10*

Received and Approved by: _____   Date: _____

**GUARDIAN**

The Guardian Life Insurance Company of America
7 Hanover Sq.
New York, NY 10004

JP Morgan Chase
Chase Manhattan Bank U.S.A. NA
Wilmington, DE 19801

62-26 / 311     3479-09     **0000055933**

**VOID AFTER 180 DAYS**

Aug 19 2005

Pay Amount     **$949.10**

**Pay**  Nine Hundred Forty Nine and 10/100 DOLLARS

**To The Order Of**   JAGER SMITH P.C.
ONE FINANCIAL CENTER
BOSTON, MA 02111

*Wendy Menwig*
*Barry Belfer*
AUTHORIZED SIGNATURE

⑈0000055933⑈ ⑆031100267⑆ 630143479550⑈