**TAB 20**

