**TAB 21**

# IKON Document Efficiency At Work.™

## INVOICE

Page 1 of 1

IKON Office Solutions - Boston, MA - Graphics
Phone: (617) 371-1300    Fax: (617) 371-1310
Federal ID: 230334400

| | |
|---|---|
| Invoice # | BOG05090044 |
| Invoice Date: | 09/15/2005 |
| Due Date: | 09/25/2005 |
| Terms: | Net 10 Days |
| Customer Code: | BOG-JAGE |
| Nat'l ID: | 44293 |

**SOLD TO:**
JAGER - SMITH PC
1 FINANCIAL STREET
BOSTON, MA 02111

**SHIP TO:**
JAGER - SMITH PC
1 FINANCIAL STREET
BOSTON, MA 02111

Attn: RITA PAUL

Price using: STANDARD Price

302/118
305

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 5223.XXXXXX  0001 | Carolyn Mirek | | Kamal Gadelhak |

| Salesorder | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-0509-0092 | 09/14/2005 | RITA PAUL - JAGER - SMITH PC | | | |
| | | B&W Copies E - Glasswork | 298.00 | 0.195 | 58.11 |
| | | Color 8.5x11 (Letter) Copies | 162.00 | 1.500 | 243.00 |

| | |
|---|---|
| Taxable Sales: | 301.11 |
| Sales Tax: | 15.06 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** | **316.17** |

**Please Pay From This Invoice**

Your signature below is an agreement that the above described work has been authorized and received. The party above assures payment of this invoice within 10 days. Interest at the rate of the lesser 1.5% per month or the maximum legal rate will be charged on invoices not paid in 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.