# TAB 22

Page 1 of 1

# IKON Document Efficiency At Work™

IKON Office Solutions - Boston, MA - Graphics
Phone: (617) 371-1300   Fax: (617) 371-1310
Federal ID: 230334400

## INVOICE

| | |
|---|---|
| Invoice # | BOG05090052 |
| Invoice Date: | 09/19/2005 |
| Due Date: | 09/29/2005 |
| Terms: | Net 10 Days |
| Customer Code: | BOG-JAGE |
| Natl ID: | 44293 |

**SOLD TO:**
JAGER - SMITH PC
1 FINANCIAL STREET
BOSTON, MA 02111

**SHIP TO:**
JAGER - SMITH PC
1 FINANCIAL STREET
BOSTON, MA 02111
Attn: RITA PAUL

**Account Manager**
Kamal Gadelhak

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 |
|---|---|---|
| CAROLYNN MIREK 5233.0001 | | |

| Salesorder | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-0509-0110 | 09/16/2005 | RITA PAUL - JAGER - SMITH PC | | | |
| | | Color 8.5x11 (Letter) Copies | 4.00 | 1.250 | 5.00 |

| | |
|---|---|
| Taxable Sales: | 5.00 |
| Sales Tax: | 0.25 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** | **5.25** |

**Please Pay From This Invoice**

Your signature below is an agreement that the above described work has been authorized and received. The party above assures payment of this invoice within 10 days. Interest at the rate of the lesser 1.5% per month or the maximum legal rate will be charged on invoices not paid in 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

Received and Approved by: _____   Date: _____