# TAB 24

Page 1 of 1

...ment Efficiency
..Work."

..e Solutions - Boston, MA - Graphics
..7) 371-1300    Fax: (617) 371-1310
..O:  230334400

# INVOICE

| | |
|---|---|
| Invoice # | BOG06010043 |
| Invoice Date: | 01/09/2006 |
| Due Date: | 01/19/2006 |
| Terms: | Net 10 Days |
| Customer Code: | BOG-JAGE |
| Natl ID: | 44293 |

**SOLD TO:**
JAGER - SMITH PC
1 FINANCIAL STREET
BOSTON, MA 02111

**SHIP TO:**
JAGER - SMITH PC
1 FINANCIAL STREET
BOSTON, MA 02111

Price using: STANDARD Price

Attn: RITA PAUL

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| MIREK | 5233.01 | | Kamal Gadelhak |

| Salesorder | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-0601-0065 | 01/09/2006 | RITA PAUL - JAGER - SMITH PC | | | |
| | | B&W Copies D - Heavy Litigation | 499.00 | 0.195 | 97.31 |

Re: Mirek
5233.01

**Please Pay From This Invoice**

Your signature below is an agreement that the above described work has been authorized and received. The party above assures payment of this invoice within 10 days. Interest at the rate of the lesser 1.5% per month or the maximum legal rate will be charged on invoices not paid in 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 97.31 |
| Sales Tax: | 4.87 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** | **102.18** |

Received and Approved by: _____  Date: 1/10/05

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
JAGER - SMITH PC
1 FINANCIAL STREET
BOSTON, MA 02111

**Amount Enclosed**
$

**Please Remit To:**
IKON Office Solutions
Northeast District - BOG
P O Box 827164
Philadelphia, PA 19182-7164

Invoice: BOG06010043
Invoice Date: 01/09/2006
Due Date: 01/19/2006
Customer Code: BOG-JAGE
Natl ID: 44293

**PAY THIS AMOUNT   $ 102.18**