**TAB 25**

**...ment Efficiency  
...Work.**

**INVOICE**

| | |
|---|---|
| Invoice # | BOG06010044 |
| Invoice Date: | 01/09/2006 |
| Due Date: | 01/19/2006 |
| Terms: | Net 10 Days |
| Customer Code: | BOG-JAGE |
| Natl ID: | 44293 |

... Solutions - Boston, MA - Graphics  
/) 371-1300     Fax: (617) 371-1310  
...): 230334400

**SOLD TO:**  
**JAGER - SMITH PC**  
1 FINANCIAL STREET  
BOSTON, MA 02111

**SHIP TO:**  
**JAGER - SMITH PC**  
1 FINANCIAL STREET  
BOSTON, MA 02111

Attn: RITA PAUL

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| MIREK | 5233.01 | | Kamal Gadelhak |

| Salesorder | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-0601-0066 | 01/09/2006 | RITA PAUL - JAGER - SMITH PC | | | |
| | | B&W Copies D - Heavy Litigation | 54.00 | 0.195 | 10.53 |
| | | Color 8.5x11 (Letter) Copies | 127.00 | 1.500 | 190.50 |

*Re: Mirek*  
*5233.01*

*3021/145*

**Please Pay From This Invoice**

Your signature below is an agreement that the above described work has been authorized and received. The party above assures payment of this invoice within 10 days. Interest at the rate of the lesser 1.5% per month or the maximum legal rate will be charged on invoices not paid in 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 201.03 |
| Sales Tax: | 10.05 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** | **211.08** |

Received and Approved by: _____   Date: 1/10/05

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**  
JAGER - SMITH PC  
1 FINANCIAL STREET  
BOSTON, MA 02111

**Amount Enclosed**  
$

Invoice: BOG06010044  
Invoice Date: 01/09/2006  
Due Date: 01/19/2006  
Customer Code: BOG-JAGE  
Natl ID: 44293

**Please Remit To:**  
**IKON Office Solutions**  
Northeast District - BOG  
P O Box 827164  
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT** $ 211.08