**TAB 26**

**...ment Efficiency**
**.t Work.**"

# INVOICE

| Invoice # | BOG06010107 |
|---|---|
| Invoice Date: | 01/20/2006 |
| Due Date: | 01/30/2006 |
| Terms: | Net 10 Days |
| Customer Code: | BOG-JAGE |
| Natl ID: | 44293 |

...ce Solutions - Boston, MA - Graphics
.617) 371-1300        Fax:  (617) 371-1310
. ID:    230334400

**SOLD TO:**

**JAGER - SMITH PC**
1 FINANCIAL STREET
BOSTON, MA 02111

**SHIP TO:**

**JAGER - SMITH PC**
1 FINANCIAL STREET
BOSTON, MA 02111

Attn: RITA PAUL

3021147

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| MIREK 5233.01 | | | Kamal Gadelhak |

| Salesorder | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-0601-0170 | 01/20/2006 | RITA PAUL - JAGER - SMITH PC | | | |
| | | B&W Copies D - Heavy Litigation | 18.00 | 0.195 | 3.51 |
| | | Color 8.5x11 (Letter) Copies | 22.00 | 1.500 | 33.00 |

| **Please Pay From This Invoice** | | |
|---|---|---|
| Your signature below is an agreement that the above described work has been authorized and received.  The party above assures payment of this invoice within 10 days .  Interest at the rate of the lesser 1.5% per month or the maximum legal rate will be charged on invoices not paid in 10 days.  Customer agrees to pay legal fees incurred in the collection of past due accounts. | Taxable Sales: | 36.51 |
| | Sales Tax: | 1.83 |
| | Non-Taxable: | 0.00 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT** | **38.34** |

Received and Approved by: _____    Date: _____

| Please pay from this copy.  The party named on this bill is held responsible for payment. |
|---|

**Payment From:**
**JAGER - SMITH PC**
1 FINANCIAL STREET
BOSTON, MA 02111

| **Amount Enclosed** |
|---|
| **$** |

**Invoice: BOG06010107**
Invoice Date: **01/20/2006**
Due Date: **01/30/2006**
Customer Code: **BOG-JAGE**
Natl ID: **44293**

**Please Remit To:**
**IKON Office Solutions**
Northeast District - BOG
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS**
**AMOUNT   $   38.34**