# TAB 27

# Document Technologies, Inc.

101 Federal Street
Suite 701
Boston, MA  02110
Phone : 617-737-5300
Fax : 770-390-2705
Fed. ID No. : 58-2413793

## INVOICE

Invoice Number:  287181

Invoice Date:  11/08/06

COPY

Bill To:
Jager Smith P.C.
One Financial Center
Boston, MA  02111
Seth Nesin

Ship To:
Jager Smith P.C.
One Financial Center
Boston, MA  02111

| | | |
|---|---|---|
| Customer ID | 20845 | |
| Terms | Net 15 Days | |
| SalesPerson | BOS MFF | |
| SalesPerson 2 | | |
| Cust. P.O. | | |

Client / Matter No.  5233.0001
Job No.         LDS11028
Nat'l Acct Name
Nat'l Acct Ref. No.

| Quantity | Description | Unit Price | Total Price |
|---:|---|---:|---:|
| 8,984 | A Work - Auto Feed | 0.10 | 898.40 |
| 32 | Tabs | 0.25 | 8.00 |
| 752 | Tabs - Custom | 0.35 | 263.20 |
| 2 | Binders - 1" | 4.00 | 8.00 |
| 2 | Binders - 4" | 12.00 | 24.00 |
| 4 | Binders - 5" | 15.00 | 60.00 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---:|
| Subtotal: | 1,261.60 |
| Total Sales Tax: | 63.08 |
| Total: | 1,324.68 |

Accepted By: _____

**Remit To:** Document Technologies, Inc.
101 Federal Street
Suite 701
Boston, MA  02110