# TAB 28



**Document Efficiency At Work.**

# INVOICE

Page 1 of 1

| Invoice # | BOG06110079 |
|---|---|
| Invoice Date: | 11/13/2006 |
| Due Date: | 11/23/2006 |
| Terms: | Net 10 Days |
| Customer Code: | BOG-JAGE |
| Natl ID: | 44293 |

IKON Office Solutions - Boston, MA - Graphics
Phone: (617) 371-1300    Fax: (617) 371-1310
Federal ID:    230334400

**BILL TO:**
JAGER - SMITH PC
1 FINANCIAL STREET
BOSTON, MA 02111

**SHIP TO:**
JAGER - SMITH PC
1 FINANCIAL STREET
BOSTON, MA 02111

Attn: JOANNE DALCOMO

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 11-11-06 | TRIAL PREP |  | Kamal Gadelhak |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-0611-0158 | 11/11/2006 | JOANNE DALCOMO - JAGER - SMITH PC | | | |
| | | Document Numbering (applied) | 25.00 | 0.250 | 6.25 |
| | | Tabs (Alpha/Numeric) | 36.00 | 0.250 | 9.00 |
| | | Redwell Folders - LGL | 3.00 | 3.750 | 11.25 |
| | | Manila Folders - LGL | 8.00 | 1.500 | 12.00 |
| | | Foamcore - 3/16" (sq ft) | 18.00 | 2.000 | 36.00 |
| | | Oversize B&W (sq/ft) | 18.00 | 5.000 | 90.00 |
| | | B&W Copies D - Heavy Litigation | 2,567.00 | 0.150 | 385.05 |

$233.01



| | Please Pay From This Invoice | | |
|---|---|---|---|
| | Your signature below is an agreement that the above described work has been authorized and received. The party above assures payment of this invoice within 10 days. Interest at the rate of the lesser 1.5% per month or the maximum legal rate will be charged on invoices not paid in 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts. | Taxable Sales: | 549.55 |
| | | Sales Tax: | 27.48 |
| | | Non-Taxable: | 0.00 |
| | | Postage: | 0.00 |
| | | Delivery: | 0.00 |
| | | PAY THIS AMOUNT  $ | 577.03 |

Received and Approved by: _____   Date: 12/1/06

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
JAGER - SMITH PC
1 FINANCIAL STREET
BOSTON, MA 02111

**Amount Enclosed**
$

Invoice: BOG06110079
Invoice Date: 11/13/2006
Due Date: 11/23/2006
Customer Code: BOG-JAGE
Natl ID: 44293

**Please Remit To:**
IKON Office Solutions
LDS Northeast District - BOG
P O Box 827164
Philadelphia, PA 19182-7164

PAY THIS AMOUNT   $   577.03