# TAB 29

# JAGER SMITH P.C.
COUNSELORS AT LAW

ONE FINANCIAL CENTER
BOSTON, MASSACHUSETTS 02111
telephone 617 951 0500
facsimile 617 951 2414
www.jagersmith.com

CYNTHIA KOPKA
ckopka@jagersmith.com

January 3, 2005

<u>VIA FACSIMILE AND FIRST CLASS MAIL</u>

Elaine Fox
Medical Records Coordinator
Connecticut Asthma & Allergy Center LLC
836 Farmington Avenue
Suite 207
West Hartford, CT 06119-1551

Re:    Carolyn Mirek

Dear Ms. Fox:

Please find enclosed Check No. 4530 for $4.88 as payment for your invoice dated September 9, 2004.

I have also enclosed an updated medical records authorization for Carolyn Mirek and request that her complete set of medical records be copied and sent to us via first-class mail. Ms. Mirek is planning on calling you on your direct line and confirming that she authorizes her medical records to be released to us, in case there are any problems with the authorization. If you could forward the invoice for costs of copying and postage at your earliest convenience so we can process payment immediately, I would appreciate it.

Thank you, and have a happy new year!

Sincerely,

Cynthia Kopka
Legal Assistant to Joanne D'Alcomo

JDA/ck
Enclosures

JS PCDocs #50537\1

JAGER SMITH P.C.

| DATE | DESCRIPTION | INVOICE # | AMOUNT | DEDUCTION | NET AMOUNT |
|---|---|---|---|---|---|
| 01/03/05 | Connecticut Asthma & Allergy Center LLC | 5233.0001 | 4.88 | | 4.88 |

| CHECK DATE | CONTROL NUMBER | TOTALS ▶ | Gross: | 4.88 | Ded: | 0.00 | Net: | 4.88 |
|---|---|---|---|---|---|---|---|---|
| 01/03/05 | 4530 | | | | | | | |

CHECK 4530

---

**JAGER SMITH P.C.**
ONE FINANCIAL CENTER
BOSTON, MA 02111

CITIZENS BANK
MASSACHUSETTS
5-7017/2110

4530

| DATE | CHECK | AMOUNT |
|---|---|---|
| 01/03/05 | 4530 | ******$4.88 |

*** FOUR & 88/100 DOLLARS

PAY TO THE ORDER OF

Connecticut Asthma & Allergy Center LLC
836 Farmington Avenue
Suite 207
West Hartford  CT  06119

⑆004530⑆ ⑉211070175⑉ 1078292644⑈