**TAB 30**

# JAGER SMITH P.C.

### COUNSELORS AT LAW

ONE FINANCIAL CENTER
BOSTON, MASSACHUSETTS 02111
telephone 617 951 0500
facsimile 617 951 2414
www.jagersmith.com

pjones@jagersmith.com

May 9, 2005

Peter J. Guida
469 Buckland Road
South Windsor, CT  06074
Attn:  Phyllis

Re:     Certified Patient Records of Carolyn Mirek

Dear Phyllis:

Enclosed please find my firm's check in the amount of $100.00 in connection with our request for a certified copy of Ms. Mirek's records.

Should you have any questions, please do not hesitate to contact me at the above telephone number.

Thank you for your attention to this matter.

Very truly yours,

Phyllis Jones
Paralegal

Enclosure

5233.01

**Peter J. Guida, D.D.S.**
**Practice Limited to Periodontics**
**469 Buckland Road**
**South Windsor, CT 06074**
**(860)644-2340**

# STATEMENT

| ACCOUNT NO. | PAGE NO. |
|---|---|
| 265600 | 1 |

| BILLING DATE |
|---|
| Charges Or Payments After Billing Date Will Appear On Next Statement |
| May 9, 2005 |

Mrs. Carolyn Mirek
48 Sele Drive
South Windsor, CT 06074

$ _____

Amount Remitted

TO ENSURE PROPER CREDIT PLEASE
DETACH AND RETURN THIS PORTION OF
THE STATEMENT WITH YOUR PAYMENT

| DATE | DESCRIPTION | REFERENCE | CHARGES | BALANCE |
|---|---|---|---|---|
| 05/09/05 | Record Coping And Report To At | Carolyn | 100.00 | 100.00 |

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | NEW BALANCE | OUTSTANDING INSURANCE | PLEASE PAY |
|---|---|---|---|---|---|---|
| 100.00 | 0.00 | 0.00 | 0.00 | 100.00 | 0.00 | 100.00 |

Peter J. Guida, D.D.S., 469 Buckland Road, South Windsor, CT 06074

For Copies Of Patient's Medical Records

JAGER SMITH P.C.

| DATE | DESCRIPTION | INVOICE # | | CHECK |
|------|-------------|-----------|--|-------|
| | | | | 4981 |
| | | | AMOUNT | DEDUCTION | NET AMOUNT |
| 05/09/05 | 5233.0001 | | 100.00 | | 100.00 |

Dr. Peter Guida, D.D.S.

| CHECK DATE | CONTROL NUMBER | TOTALS ▶ | Gross: | 100.00 | Ded: | 0.00 | Net: | 100.00 |
|------------|----------------|----------|--------|--------|------|------|------|--------|
| 05/09/05 | 4981 | | | | | | | |

**JAGER SMITH P.C.**
ONE FINANCIAL CENTER
BOSTON, MA 02111

5-7017/2110

CITIZENS BANK
MASSACHUSETTS

4981

*** ONE HUNDRED & 00/100 DOLLARS

| DATE | CHECK | AMOUNT |
|------|-------|--------|
| 05/09/05 | 4981 | ****$100.00 |

PAY
TO THE
ORDER
OF

Dr. Peter Guida, D.D.S.
Practice Limited to Periodontics
469 Buckland Road
South Windsor    CT    06074

⑄ ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER - SEE REVERSE SIDE FOR COMPLETE SECURITY FEATURES ⑄

⑄ THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT. ⑄

⑈"004981⑈" ⑈:211070175⑈: 11078 29284⑈"