**TAB 31**

**TAB 31**

/

Eastern Connecticut Health Network
Manchester Memorial Hospital — Rockville General Hospital
71 Haynes Street          31 Union Street
Manchester, CT 06040      Rockville, CT 06066

DATE: 5·16·05

RE: Mirek, Carolyn     REQUEST # 37356

☒ A photocopy of the information requested is enclosed. Charges are .65 cents per page, plus cost of first class postage. Total due $ 13.00

____ We are unable to locate this patient's name in our Master Patient Index. Please send additional information such as Date of Admission, Other Name (Maiden/Former Marriage), Address, Date of Birth or Copy of Bill.

____ Due to restrictions concerning Release of Information, it is necessary that we have a signed, current, dated authorization, executed by the patient – or – the authorized representative AFTER the date of treatment. In the case of a minor, parent, if living, or legal guardian must sign the authorization.

____ Special authorization is required for confidential information contained in record. An original signed authorization is required. (Authorization is enclosed).

____ A copy of appointment papers, naming the executor of estate is necessary. If estate has not been probated a Notarized Authorization, along with a copy of the Death Certificate will be acceptable.

____ A copy of Power of Attorney papers, with proper seal, is necessary.

____ At this time the patient is presently being treated in this hospital. Please submit an authorization dated and signed after Date of Discharge.

____ Copy of hospital bill will be sent separately from ECHN Billing Department.

____ Authorization needs to be made out to Manchester Memorial Hospital and/or Rockville General Hospital.

____ Date(s) of service / treatment is required.

____ Other

_____
_____

Sincerely,

Correspondence Secretary
Health Information Services
MMH (860) 647-6433
RGH (860) 872-5251 ext. 5664
Hours 8:00 a.m. – 4:30 p.m.

State statutes require the confidentiality of this information. A copy of this material shall not be transmitted to anyone without written consent of the patient.

ccr/pdb 7/01

**JAGER SMITH P.C.**

| DATE | DESCRIPTION | INVOICE # | AMOUNT | CHECK DEDUCTION | NET AMOUNT |
|---|---|---|---|---|---|
| 05/24/05 | Eastern Connecticut Health Network 6233.0001 | 37350 | 13.00 | | 13.00 |

CHECK **5044**

---

| CHECK DATE | CONTROL NUMBER | TOTALS ▶ | Gross: 13.00 | Ded: 0.00 | Net: 13.00 |
|---|---|---|---|---|---|
| 05/24/05 | 5044 | | | | |

**JAGER SMITH P.C.**
ONE FINANCIAL CENTER
BOSTON, MA 02111

5-7017/2110

CITIZENS BANK
MASSACHUSETTS

**5044**

*** THIRTEEN & 00/100 DOLLARS

| | DATE | CHECK AMOUNT |
|---|---|---|
| | 05/24/05 | 5044  ******$13.00 |

PAY TO THE ORDER OF

Eastern Connecticut Health Network
71 Haynes Street
Manchester CT 06040

⑈005044⑈ ⑆211070175⑆ 1107829264⑈