**TAB 32**



Thank You.

11 Bear Creek Boulevard

Wilkes-Barre, PA 18773

Phone 570 / 825-7781

Fax 570 / 823-9947

September 13, 2005

Attorney Joanne D'Alcomo
One Financial Center
Boston, MA  02111

Dear Attorney D'Alcomo

As requested, enclosed is a copy of the documents that were sent to Attorney David Crevier in reference to the Carolyn Mirek case.

Please forward a check for $22.00 payable to "Benco Dental Company", 11 Bear Creek Boulevard, Wilkes-Barre, PA  18702 to cover the delivery charges of the requested materials.

Sincerely

George A. Rable
Vice-President, Culture & People

GAR/cw