# TAB 33



**Please Return Your Request and Full Payment to:**
The Division of Professional Licensure
Computer Services Department
239 Causeway Street, 4th Floor
Boston, Massachusetts 02114
617-727-1794

*(handwritten: $233.01 Minch)*

## Form to Request Licensee Databases

| | | | |
|---|---|---|---|
| Date of Request | 01-24-2006 | Telephone Number | 617-951-0500 |
| Name of Requestor | Phyllis A. Jones | | |
| Email Address | PJONES@JAGERSMITH.COM | | |

**Please specify below where you would like the CD-ROM to be sent**

| | |
|---|---|
| Attention | Phyllis A. Jones |
| Address Line 1 | Jager Smith, PC |
| Address Line 2 | One Financial Center |
| City, State, Zip Code | Boston, MA  02111 |

**Files cannot be emailed – They may be too large and/or some Antivirus programs will not accept databases that are emailed**

**The fee for each checked box is $30.00**
**All checks should be made payable to: THE COMMONWEALTH OF MASSACHUSETTS**

**Check All Boxes that Apply**

| | | | | | |
|---|---|---|---|---|---|
|  | Allied Health Professions |  | Engineers/Land Surveyors |  | Plumbers |
|  | Allied Mental Health |  | Fire Alarm Installers |  | Podiatrists |
|  | Architects |  | Funeral Establishments |  | Public Accountancy |
|  | Barbers |  | Gas Fitters |  | Psychologists |
|  | Barber Shops/Schools |  | Hair Salons |  | Real Estate Sales and Brokers |
|  | Chiropractors |  | Health Officers |  | Real Estate Appraisers |
|  | Cosmetologists/Aestheticians |  | Hearing Instrument Specialists |  | Registered Nurses |
| X | Dentists |  | Home Inspectors |  | Respiratory Care |
|  | Dental Hygienists |  | Landscape Architects |  | Sanitarians |
|  | Dietitians/Nutritionists |  | Licensed Practical Nurses |  | Speech & Language |
|  | Dispensing Opticians |  | Nursing Home Administrators |  | Social Workers |
|  | Drinking Water |  | Optometrists |  | Television and Radio Repair |
|  | Drug Stores/Pharmacies |  | Perfusionists |  | Veterinarians |
|  | Electricians |  | Pharmacists |  | Wholesale Distributors |
|  | Electrologists |  | Pharmacy Technicians |  | |
|  | Embalmers |  | Physician Assistants |  | ALL BOARDS |

| | Number of Boxes Checked | Times Fee per Checked Box | Equals Total Amount Due |
|---|---|---|---|
| **FEE CALCULATION** | 1 | Times $30.00 | $30.00 |
| EXAMPLE CALCULATION | 3 boxes checked | Times $30.00 per box | Equals $90.00 due |

| Request Number | Date Received | Date Sent | Processed By | Check Number |
|---|---|---|---|---|
| | | | | |

Effective 02/01/2005

JAGER SMITH P.C.

CHECK
5964

| DATE | DESCRIPTION | INVOICE # | AMOUNT | DEDUCTION | NET AMOUNT |
|---|---|---|---|---|---|
| 01/24/06 | Commonwealth of Massachusetts | 5233.1 | 30.00 | | 30.00 |

| CHECK DATE | CONTROL NUMBER | TOTALS ▶ | Gross: 30.00 | Ded: 0.00 | Net: 30.00 |
|---|---|---|---|---|---|
| 01/24/06 | 5964 | | | | |

JAGER SMITH P.C.
ONE FINANCIAL CENTER
BOSTON, MA 02111

5-7017/2110

CITIZENS BANK
MASSACHUSETTS

5964

DATE 01/24/06

PAY *** THIRTY & 00/100 DOLLARS

CHECK AMOUNT
******$30.00

TO THE ORDER OF    Commonwealth of Massachusetts

⑆005964⑆ ⑈211070175⑈ 1107829264⑈