# TAB 34

## JAGER SMITH P.C.
COUNSELORS AT LAW

ONE FINANCIAL CENTER
BOSTON, MASSACHUSETTS 02111
telephone 617 951 0500
facsimile 617 951 2414
www.jagersmith.com

PHYLLIS A. JONES
pjones@jagersmith.com

February 10, 2006

VIA FEDERAL EXPRESS

Lynn Carbonneau
Administrative Assistant
Information Technology Section
Department of Public Health
410 Capitol Avenue, MS #13DPR
Hartford, Connecticut 06134-0308

    Re:    Licensed Dentists

Dear Ms. Carbonneau:

Enclosed please find the following:

1. A request for a listing of Dentists licensed in the State of Connecticut arranged by last name then first name and a check in the amount of $65.00 for this report;

2. A request for a listing of Dentists licensed it the State of Connecticut arranged by city/town then last name and first name and a corresponding check in the amount of $65.00 for this report; and

3. A return Federal Express label pre-paid.

Should you have any questions, please do not hesitate to contact me at 617-951-0500.

Thank you in advance for your attention to this matter.

Very truly yours,

Phyllis Jones
Paralegal

Enclosures
C:    Joanne D'Alcomo, Esq. (without encloses)
5233.01

JS#117337v1

**JAGER SMITH P.C.**
ONE FINANCIAL CENTER
BOSTON, MA 02111

CITIZENS BANK
MASSACHUSETTS
5-7017/2110

5963

DATE 01/24/06

PAY TO THE ORDER OF   Treasurer, State of Connecticut

*** SIXTY-FIVE & 00/100 DOLLARS

CHECK AMOUNT ******$65.00

⑆005963⑆ ⑆211070175⑆ 1107829264⑆

---

**JAGER SMITH P.C.**
ONE FINANCIAL CENTER
BOSTON, MA 02111

CITIZENS BANK
MASSACHUSETTS
5-7017/2110

6001

DATE 02/08/06

PAY TO THE ORDER OF   Treasurer, State of Connecticut

*** SIXTY-FIVE & 00/100 DOLLARS

CHECK AMOUNT ******$65.00

⑆006001⑆ ⑆211070175⑆ 1107829264⑆