# TAB 36

*Mirch subpoena*

```
              CAPITOL PROCESS SERVICES, INC.
                   1827 18th Street, N.W.
                 Washington, D.C. 20009-5526
                       (202) 667-0050
                   Tax I.D. 52-2283731
```

07-21-2005

JOANNE D'ALCOMO, ESQUIRE
JAGER SMITH PC
ONE FINANCIAL CENTER
BOSTON, MA 02111

Carolyn Mirek v. The Guardian Life Insurance Company of America, et al.

Case No. D MASS C.A. NO. 30166-MAP

Invoice No. 155594

Client Matter No. N/A

---

SERVICE OF PROCESS
Keeper of Records of First Financial Group, 401 Washington Avenue, 6th Floor, Baltimore, Maryland 21204
07-20-2005

| | |
|---|---:|
| SERVICE OF PROCESS-RUSH | $120.00 |
| CHECK ISSUING FEE | $10.00 |
| WITNESS FEE TENDERED | $73.88 |
| **AMOUNT PAID-** | $193.88 |
| **BALANCE DUE UPON RECEIPT-** | $10.00 |

Please write invoice no. 155594 on your check.

**Case Comments-**