# TAB 37


CAPITOL PROCESS SERVICES, INC.
1827 18th Street, N.W.
Washington, D.C. 20009-5526
(202) 667-0050
Tax I.D. 52-2283731

*Mirth subpoena*

07-21-2005

JOANNE D'ALCOMO, ESQUIRE
JAGER SMITH PC
ONE FINANCIAL CENTER
BOSTON, MA 02111

Carolyn Mirek v. The Guardian Life Insurance Company of America, et al.

Case No. D MASS C.A. NO. 30166-MAP

Invoice No. 155595

Client Matter No. N/A

---

SERVICE OF PROCESS
Steven L. Crawford d/b/a Guardian Disability Insurance Brokerage, 1355 Piccard Drive, Suite 380, Rockville, Maryland 20850
07-20-2005

| | |
|---|---|
| SERVICE OF PROCESS-RUSH | $85.00 |
| CHECK ISSUING FEE | $10.00 |
| WITNESS FEE TENDERED | $59.26 |
| **AMOUNT PAID-** | $144.26 |
| **BALANCE DUE UPON RECEIPT-** | $10.00 |

Please write invoice no. 155595 on your check.

**Case Comments-**