# TAB 38

# JAGER SMITH P.C.
COUNSELORS AT LAW

ONE FINANCIAL CENTER
BOSTON, MASSACHUSETTS 02111
telephone 617 951 0500
facsimile 617 951 2414
www.jagersmith.com

**JENNIFER DIFFEE**
jdiffee@jagersmith.com

August 25, 2005

**VIA FEDERAL EXPRESS**

D.K. Associates
220 Bagley Street, Suite 701
Detroit, MI 48226

    Re:    *Carolyn Mirek v. The Guardian Life Insurance Company of America and Berkshire Life Insurance Company of America,* Civil Action No. 04-30166-MAP, United States District Court, District of Massachusetts

To Whom It May Concern:

    Enclosed for service in connection with the above-referenced matter, please find the following:

1. Subpoena issued to MLS National Medical Evaluation Services, Inc.;
2. Subpoena issued to Medicolegal Services, Inc.; and
3. Check payable to DK Associates in the amount of $170.00 representing the $45 prepay fee and the $40 witness fee for each Subpoena.

    Kindly serve these subpoenas Friday, August 26, 2005. Please call us or email us to confirm they have been served.

    If you have any questions, please do not hesitate to contact me. Thank you.

    Sincerely,

**COPY**

Jennifer Diffee
Assistant to Joanne D'Alcomo, Esq.

/jd
5233.1
Enclosures
cc:    Joanne D'Alcomo, Esq.
       Seth Nesin, Esq.

JS PCDocs #55447\1