# TAB 39

## ~~BY HAND~~ LAST AND USUAL PLACE OF ABODE    RETURN OF SERVICE (3)

| RECEIVED BY SERVER | DATE September 01, 2005 | PLACE Boston, Massachusetts |
|---|---|---|
| SERVED | DATE September 02, 2005 | PLACE 5 BENNETTS NECK DRIVE, POCASSET, Massachusetts |

| SERVED ON (NAME) DONALD MORGAN | FEES TENDERED  ☒ YES  ☐ NO   AMOUNT $ 71.00  ☐ Advanced By Attorney |
|---|---|
| SERVED BY GERARD O'DONNELL JODREY | TITLE Process Server and a Disinterested Person |

### STATEMENT OF SERVICE FEES

| SERVICE FEE $ 87.00 _____ Trips | TOTAL $ 158.00 |
|---|---|

### DECLARATION OF SERVER (4)

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    September 02, 2005
                     Date

Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE _____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | TOTAL | $ |

(3) As to who may serve a subpoena and the manner of its service see Rule 17(d), Federal Rules of Criminal Procedure, of Rule 45(c), Federal Rules of Civil Procedure.
(4) "fees and mileage need not be tendered to the deponent upon service of a subpoena issued on behalf of the United States or an officer or agency thereof (Rule 45(c), Federal Rules of Civil Procedure; Rule 17(d), Federal Rules of Criminal Procedure) or on behalf of certain indigent parties and criminal defendants who are unable to pay such costs (28 USC 1825, Rule 17(b) Federal Rules of Criminal Procedure)"

**Suvalle, Jodrey & Associates**
**Massachusetts Constables since 1925**

One Devonshire Place
Boston, MA 02109

Telephone # (617) 720-5733
Fax #         (617) 720-5737