**TAB 44**

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN MIREK,<br><br>      Plaintiff<br>v.<br><br>THE GUARDIAN LIFE INSURANCE<br>COMPANY OF AMERICA and<br>BERKSHIRE LIFE INSURANCE<br>COMPANY OF AMERICA,<br><br>      Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action<br>)  No. 04-30166-MAP<br>)<br>)<br>) |

TO:    Joseph Champigney
          141 Nottingham Drive
          East Longmeadow, MA 01028-2653

YOU ARE HEREBY COMMANDED to appear at the place, date, and time specified below to testify at the trial of the above-referenced case.

| PLACE OF TESTIMONY | DATE AND TIME |
|---|---|
| Courtroom 1<br>U.S. District Court<br>Federal Building and Courthouse<br>1550 Main Street<br>Springfield, MA 01103<br>(413)785-0015 | WEDNESDAY, OCTOBER 11, 2006 at 9:00 A.M. and continuing from day to day until completed.* |

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE: September 13, 2006<br><br>*[signature]* |
|---|---|



**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772
*Hampden, ss.*

                                                                                                                                               September 20, 2006

By virtue of this writ I have made diligent search for the within-named JOSEPH CHAMPIGNEY and for his/her/its last and usual place of abode, 141 NOTTINGHAM Drive, EAST LONGMEADOW, MA 01028 and for his tenant, agent, or attorney, but could not find him/her/it within this county; I therefore return this writ without service. Conveyance ($1.50), Travel ($3.20), Mailing1 ($1.00), DILIGENT SEARCH ($4.00) Total Charges $9.70

WITNESS NOT HOME ON 9/19/06. CASE HAS BEEN CONTINUED.

                                                                                       *[signature]*

Deputy Sheriff  ERIC PODGURSKI                                                                      **Deputy Sheriff**