**TAB 45**

# Invoice for Professional Services

**U.S. Process Service, Inc.**
7 Central Park Avenue
Yonkers, New York 10705
Federal ID Number: 13-3819711

DATE: 10/5/2006    INVOICE: 43217

JAGER SMITH P.C.
ONE FINANCIAL CENTER
BOSTON, MA 02111

ATTN: GINA SUK

| CASE TITLE: | CAROLYN MIREK | -VS- | THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, ET AL |
|---|---|---|---|

Party Served: HAROLD AXE, M.D.
151 GUINEA ROAD
STAMFORD, CT

## CHARGE ITEMS:

| | | |
|---|---|---|
| Service Fee | REF#5233.0001 | $125.00 |
| Attempted Service | 137 CAT ROCK RD., COS COB, CT | $75.00 |
| Subp. Witness Fee | | $40.00 |
| Prepayment | CK#6913 | $125.00 |
| Prepayment | | $40.00 |

**Total Charges:** $240.00

**Total Prepaid:** $165.00

**Total Amount Due:** $75.00

*Mirek —*
*5233.0001*
*3244/1*