# TAB 46

**HOWARD A. COLEMAN, Constable**

**P.O. Box 715**
**Barnstable, MA 02630**
**Tel. 508 362-0098**
**Fax. 508 362-0188**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/5/2006 | 13197 |

**BILL TO**

JAGER SMITH P.C.
One Financial Center
Boston, MA  02111

YOUR FILE/DOCKET NO

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Donald Morgan<br>5 Bennetts Neck Drive<br>Pocasset, MA | 45.00 |
| Paid Witness | 75.00 |
| CAROLYN MIREK    vs    THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA AND BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA | |

| Thank you for your business. | **Total** | $120.00 |
|------------------------------|-----------|---------|