**TAB 47**

*PHILBIN & ASSOCIATES, INC.*
*959 MAIN STREET*
*SPRINGFIELD, MA 01103*
*Phone #: (413)733-4078  Fax #: (413)734-4588*

To:

ATTY. JOANNE D'ALCOMO
JAGER SMITH
ONE FINANCIAL CENTER
BOSTON, MA 02111

Employer I.D. No. 04-2316011

Statement Date: 4/06/2006

Invoice No. 18,337

PLEASE REFERNCE THIS INVOICE NUMBER WHEN REMITTING

RE: MIREK VS. GUARDIAN LIFE INS.

Deposed: MOTION HEARING
Deposition Date: 3/01/2006

Cause No.: 04-30166-MAP
Reporter: PAUL PHILBIN

| Code | Description | Qty | Amount | Charges |
|---|---|---|---|---|
| TC | COPY OF TRANSCRIPT | 66 | 0.83 | 54.78 |
| HC | HANDLING CHARGE | 1 | 5.00 | 5.00 |

TERMS:
PAYABLE UPON RECEIPT. NONTRANSFERABLE

**Total: 59.78**

To insure proper credit, please enclose a copy of this invoice with payment.

TOTAL BALANCE DUE: 59.78