**TAB 48**

| CIVIL ACTION COVER SHEET | DOCKET NO.(S) | Trial Court of Massachusetts Superior Court Department County: Suffolk |
|---|---|---|

| PLAINTIFF(S) | DEFENDANT(S) |
|---|---|
| Carolyn Mirek | The Guardian Life Insurance Company of America and Berkshire Life Insurance Company |
| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE<br>Joanne D'Alcomo, JAGER SMITH P.C., One Financial Center, Boston, MA 02111 (617) 951-0500<br>Board of Bar Overseers number: 544177 | ATTORNEY (if known) |

**Origin code and track designation**

Place an x in one box only:
- [x] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

**TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| A99 | Contract | (F) | (x) Yes ( ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
  1. Total hospital expenses .................................................. $..........
  2. Total Doctor expenses ................................................... $..........
  3. Total chiropractic expenses ............................................. $..........
  4. Total physical therapy expenses ......................................... $..........
  5. Total other expenses (describe) ......................................... $..........
  **Subtotal $..........**
B. Documented lost wages and compensation to date ............................. $..........
C. Documented property damages to date ........................................ $..........
D. Reasonably anticipated future medical and hospital expenses ................ $..........
E. Reasonably anticipated lost wages ........................................... $..........
F. Other documented items of damages (describe)
  $..........
G. Brief description of plaintiff's injury, including nature and extent of injury (describe)

  $..........
  **TOTAL $..........**

**CONTRACT CLAIMS**
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):
Plaintiff has disability insurance policy, and made claim based on total disability. Defendants have denied the claim.

**TOTAL $ 500,000+**

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _Joanne D'Alcomo_ DATE: 6/14/04

AOTC-6 mtc005-11/99
A.O.S.C. 1-2000