UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN MIREK, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>)<br>THE GUARDIAN LIFE INSURANCE )<br>COMPANY OF AMERICA and )<br>BERKSHIRE LIFE INSURANCE )<br>COMPANY OF AMERICA, )<br>)<br>Defendants ) | Civil Action<br>No. 04-30166-MAP |

**PLAINTIFF'S ASSENTED-TO MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF PLAINTIFF'S BILL OF COSTS**

Plaintiff Carolyn Mirek hereby moves, pursuant to Local Rule 7.1(B)(3), for leave to file a Reply Memorandum in Support of her Bill of Costs (Docket #121). Defendants have assented to the motion for leave to file a reply.

As grounds for this motion, Plaintiff states that a reply is necessary to rebut some of the statements of law and fact made by Defendants in their Opposition to the Bill of Costs (Docket No. 123).

The proposed Reply Memorandum is attached.

JS#160031v1

CAROLYN MIREK

By her attorneys,

/s/ Seth Nesin
_____
Joanne D'Alcomo, Esq.
BBO #544177
Seth Nesin, Esq.
BBO #650739
Jager Smith, P.C.
One Financial Center
Boston, MA 02111-2621
Phone: (617) 951-0500
Fax: (617) 951-2414


ASSENTED TO:

THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA and
BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA,
By their attorneys,

*  /s/ David B. Crevier
David B. Crevier
BBO #557242
Crevier & Ryan, LLP
1500 Main Street, Suite 2020
Springfield, MA 01115-5727
Phone: 413-787-2400


*Per email authorization