UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN MIREK,<br><br>   Plaintiff<br><br>v.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA and BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA,<br><br>   Defendants | Civil Action<br>No. 04-30166-RGS |

## NOTICE OF APPEAL BY PLAINTIFF CAROLYN MIREK

Plaintiff Carolyn Mirek hereby gives notice of her appeal to the First Circuit Court of Appeals of the judgment, insofar as the judgment incorporates the following orders:

1. the order of the District Court, entered on the docket on 10/20/2005 denying, "as untimely" the Plaintiff's Motion to Amend the complaint;

2. the order of the District Court entered on the docket on 11/14/2005 denying the Plaintiff's motion for Reconsideration of the Court's decision on her motion to amend the Complaint;

3. the order of the District Court, docket No. 14, dated 2/09/2005 granting Defendants' Motion to Dismiss Counts III and IV of the Amended Complaint;

4. the order of the District Court dated 6/15/2006, docket No. 75.

JS\110847.1

PLAINTIFF
By her Attorneys,

/s/  Joanne D'Alcomo
_____

Joanne D'Alcomo
BBO #544177
Seth Nesin
BBO #650739
JAGER SMITH P.C.
One Financial Center
Boston, MA 02111
(617) 951-0500