UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CAROLYN MIREK,<br><br>        Plaintiff<br>    v.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA and BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA,<br><br>        Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action<br>) No. 04-30166-RGS<br>)<br>)<br>)<br>) |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO CORRECT THE JUDGMENT**

Plaintiff hereby responds to Defendants' motion to correct the judgment in this matter as follows: to the extent the Defendants rely on the Court's order dismissing Plaintiff's claim under Massachusetts General Laws, Chapter 93A as a basis for correcting the judgment, plaintiff opposes the motion. Plaintiff has appealed the Court's dismissal of that claim.

PLAINTIFF CAROLYN MIREK

By her attorneys,

/s/ Joanne D'Alcomo
_____
Joanne D'Alcomo, Esq.
BBO #544177
Seth Nesin, Esq.
BBO #650739
Jager Smith, P.C.
One Financial Center
Boston, MA 02111-2621
Phone: (617) 951-0500
Fax: (617) 951-2414

JS#160882v1