~AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF       MASSACHUSETTS

CAROLYN MIREK

*AmENDED*
**JUDGMENT IN A CIVIL CASE**

V.

THE GUARDIAN LIFE INSURANCE COMPANY
OF AMERICA, ET AL

Case Number:  04-CV-30166-RGS

☑ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Judgment is entered in favor of the plaintiff, Carolyn Mirek, against the defendants The Guardian Life Insurance Company of America and Berkshire Life Insurance Company of America in the amount of One Hundred Ninety-One Thousand Three Hundred Fifty-Eight Dollars and Twenty-Six Cents ($191,358.26), plus pre-judgment interest at the rate of 10% per annum in the amount of Forty-Nine Thousand Six-Hundred Forty-Eight Dollars and Twenty-Nine Cents ($49,648.29), for a total judgment in the amount of Two-Hundred Forty- One Thousand Six Dollars and Fifty-Five Cents ($241,006.55).

APPROVED:

RICHARD G. STEARNS, U. S. DISTRICT JUDGE

| 1/17/2007 | | SARAH A. THORNTON | |
| --- | --- | --- | --- |
| Date | | Clerk | |
| Post-judgment interest to date is at the rate of 4.98%. | | Mary H. Johnson (By) Deputy Clerk | |