## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN MIREK,<br><br>       Plaintiff,<br><br>vs.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA and BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO.: 04-30166-RGS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### **DEFENDANTS' MOTION TO ENTER A SECOND AMENDED JUDGMENT**

The Defendants, the Guardian Life Insurance Company of America ("Guardian") and Berkshire Life Insurance Company of America ("Berkshire") (collectively referred to as "Defendants"), hereby request that the Court amend the amount of the amended Judgment in this matter.

On December 1, 2006, the Court entered judgment in the amount of $246,089.26, representing a verdict in the amount of $191,358.26 plus pre-judgment interest in the amount of $54,731.00 (Document 120). Defendants' moved the Court to Correct the Judgment requesting that the Court apply the Connecticut rate of pre-judgment interest of 10%, rather than the Massachusetts pre-judgment interest rate of 12% that had been applied by the Court (Document 125). Plaintiff assented to Defendants' motion to reduce the interest from 12% to 10% in open court on January 16, 2007.

On January 17, 2007, the Court issued an amended judgment in the amount of $241,006.55, representing a verdict in the amount of $191,358.26 plus pre-judgment interest in

1

the amount of $49,648.29 (Document 129). For the reasons set forth below, Defendants request that the Court recalculate the interest and enter judgment in the amount of $234,984.02, representing a verdict in the amount of $191,358.26 plus pre-judgment interest in the amount of $43,625.76.

As the Court is aware, based upon the date and amount specific stipulation between the parties, the jury found that the Plaintiff was entitled to both: 1) Monthly Indemnity Payments from April 27, 2002 through October 27, 2006; and 2) return of Premium Payments made from January 19, 2002 through October 19, 2006 (collectively "Payments").

Using a prejudgment interest calculator, Defendants have calculated the principal and interest on both sets of Payments as demonstrated in Exhibit A (Monthly Indemnity Payments) and Exhibit B (Premium Payments). The total amount of the Monthly Indemnity Payments plus pre-judgment interest from the date of each payment is $223,247.50, and the total amount of the Premium Payments plus pre-judgment interest from the date of each payment is $11,736.52. The total of these amounts is $234,984.02 which represents a verdict in the amount of $191,358.26 (the total of both sets of Payments) plus pre-judgment interest in the amount of $43,625.76. Defendants request that the Court issue a second amended judgment in this amount.

Defendants note that their calculations were detailed as to each payment and that it appears clear that the amount of the first amended judgment is incorrect because even if the Court had applied a less specific methodology of reducing the total interest payments by 1/6 (representing an interest rate reduction from 12% to 10%), that the pre-judgment interest would have been reduced from $54,731 (from the original judgment) to $45,609.16 rather than the $49,648.29 interest amount awarded in the amended judgment.

2

Accordingly, for the reasons set forth above, the Defendants request that the Court issue a Second Amended Judgment in the amount of $234,984.02 which representing a verdict in the amount of $191,358.26 (the total of both sets of Payments) plus pre-judgment interest in the amount of $43,625.76.

>Respectfully Submitted,
>
>Defendants The Guardian Life Insurance Company of America and Berkshire Life Insurance Company of America
>
>By their attorneys,
>
>CREVIER & RYAN, LLP.
>
>/s/David B. Crevier
>David B. Crevier, Bar No. 557242
>Katherine R. Parsons, Bar No. 657280
>1500 Main Street, Suite 2020
>Springfield, MA 01115-5727
>Tel:  413-787-2400
>Facsimile:  413-781-8235
>Email: dcrevier@crevierandryan.com
>        kparsons@crevierandryan.com

## LOCAL RULE 7.1 CERTIFICATION

I certify that the attorneys in this case have conferred and attempted in good faith to resolve or narrow the issues contained in this motion.

>/s/David B. Crevier

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 19 day of January, 2007.

>/s/David B. Crevier