# Exhibit A

| Date | Monthly Indemnity Payments | Interest Incurred | Payments + Interest |
|---|---|---|---|
| 4/27/2002 | 3160.00 | 1444.08 | 4604.08 |
| 5/27/2002 | 3160.00 | 1418.10 | 4578.10 |
| 6/27/2002 | 3160.00 | 1391.27 | 4551.27 |
| 7/27/2002 | 3160.00 | 1365.29 | 4525.29 |
| 8/27/2002 | 3160.00 | 1338.45 | 4498.45 |
| 9/27/2002 | 3160.00 | 1311.62 | 4471.62 |
| 10/27/2002 | 3160.00 | 1285.64 | 4445.64 |
| 11/27/2002 | 3160.00 | 1258.81 | 4418.81 |
| 12/27/2002 | 3160.00 | 1232.83 | 4392.83 |
| 1/27/2003 | 3207.85 | 1224.26 | 4432.11 |
| 2/27/2003 | 3207.85 | 1197.01 | 4404.86 |
| 3/27/2003 | 3207.85 | 1172.4 | 4380.25 |
| 4/27/2003 | 3207.85 | 1145.16 | 4353.01 |
| 5/27/2003 | 3207.85 | 1118.79 | 4326.64 |
| 6/27/2003 | 3207.85 | 1091.55 | 4299.40 |
| 7/27/2003 | 3207.85 | 1065.18 | 4273.03 |
| 8/27/2003 | 3207.85 | 1037.94 | 4245.79 |
| 9/27/2003 | 3207.85 | 1010.69 | 4218.54 |
| 10/27/2003 | 3207.85 | 984.33 | 4192.18 |
| 11/27/2003 | 3207.85 | 957.08 | 4164.93 |
| 12/27/2003 | 3207.85 | 930.72 | 4138.57 |
| 1/27/2004 | 3282.29 | 924.44 | 4206.73 |
| 2/27/2004 | 3282.29 | 896.56 | 4178.85 |
| 3/27/2004 | 3282.29 | 870.48 | 4152.77 |
| 4/27/2004 | 3282.29 | 842.60 | 4124.89 |
| 5/27/2004 | 3282.29 | 815.63 | 4097.92 |
| 6/27/2004 | 3282.29 | 787.75 | 4070.04 |
| 7/27/2004 | 3282.29 | 760.77 | 4043.06 |
| 8/27/2004 | 3282.29 | 732.89 | 4015.18 |
| 9/27/2004 | 3282.29 | 705.02 | 3987.31 |
| 10/27/2004 | 3282.29 | 678.04 | 3960.33 |
| 11/27/2004 | 3282.29 | 650.16 | 3932.45 |
| 12/27/2004 | 3282.29 | 623.19 | 3905.48 |
| 1/27/2005 | 3365.59 | 610.42 | 3976.01 |
| 2/27/2005 | 3365.59 | 581.83 | 3947.42 |
| 3/27/2005 | 3365.59 | 556.01 | 3921.60 |
| 4/27/2005 | 3365.59 | 527.43 | 3893.02 |
| 5/27/2005 | 3365.59 | 499.77 | 3865.36 |
| 6/27/2005 | 3365.59 | 471.18 | 3836.77 |
| 7/27/2005 | 3365.59 | 443.52 | 3809.11 |
| 8/27/2005 | 3365.59 | 414.94 | 3780.53 |
| 9/27/2005 | 3365.59 | 386.35 | 3751.94 |

| Date | Monthly Indemnity Payments | Interest Incurred | Payments + Interest |
|---|---|---|---|
| 10/27/2005 | 3365.59 | 358.69 | 3724.28 |
| 11/27/2005 | 3365.59 | 330.10 | 3695.69 |
| 12/27/2005 | 3365.59 | 302.44 | 3668.03 |
| 1/27/2006 | 3523.32 | 286.39 | 3810.01 |
| 2/27/2006 | 3523.32 | 256.77 | 3780.09 |
| 3/27/2006 | 3523.32 | 229.74 | 3753.06 |
| 4/27/2006 | 3523.32 | 199.82 | 3723.14 |
| 5/27/2006 | 3523.32 | 170.86 | 3694.18 |
| 6/27/2006 | 3523.32 | 140.93 | 3664.25 |
| 7/27/2006 | 3523.32 | 111.97 | 3635.29 |
| 8/27/2006 | 3523.32 | 82.05 | 3605.37 |
| 9/27/2006 | 3523.32 | 52.13 | 3575.45 |
| 10/27/2006 | 3523.32 | 23.17 | 3546.49 |
| **Totals** | **$181,941.96** | **$41,305.24** | **$223,247.5** |