# Exhibit B

| Date | Premium Payments Made | Interest Incurred | Premium + Interest |
|---|---|---|---|
| 1/19/2002 | 162.35 | 78.55 | 240.9 |
| 2/19/2002 | 162.35 | 77.17 | 239.52 |
| 3/19/2002 | 162.35 | 75.93 | 238.28 |
| 4/19/2002 | 162.35 | 74.55 | 236.90 |
| 5/19/2002 | 162.35 | 73.21 | 235.56 |
| 6/19/2002 | 162.35 | 71.83 | 234.18 |
| 7/19/2002 | 162.35 | 70.50 | 232.85 |
| 8/19/2002 | 162.35 | 69.12 | 231.47 |
| 9/19/2002 | 162.35 | 67.74 | 230.09 |
| 10/19/2002 | 162.35 | 66.41 | 228.76 |
| 11/19/2002 | 162.35 | 65.03 | 227.38 |
| 12/19/2002 | 162.35 | 63.69 | 226.04 |
| 1/19/2003 | 162.35 | 62.32 | 224.67 |
| 2/19/2003 | 162.35 | 60.94 | 223.29 |
| 3/19/2003 | 162.35 | 59.69 | 222.04 |
| 4/19/2003 | 162.35 | 58.31 | 220.66 |
| 5/19/2003 | 162.35 | 56.98 | 219.33 |
| 6/19/2003 | 162.35 | 55.60 | 217.95 |
| 7/19/2003 | 162.35 | 54.26 | 216.61 |
| 8/19/2003 | 162.35 | 52.89 | 215.24 |
| 9/19/2003 | 162.35 | 51.51 | 213.86 |
| 10/19/2003 | 162.35 | 50.17 | 212.52 |
| 11/19/2003 | 162.35 | 48.79 | 211.14 |
| 12/19/2003 | 162.35 | 47.46 | 209.81 |
| 1/19/2004 | 162.35 | 46.08 | 208.43 |
| 2/19/2004 | 162.35 | 44.70 | 207.05 |
| 3/19/2004 | 162.35 | 43.41 | 205.76 |
| 4/19/2004 | 162.35 | 42.03 | 204.38 |
| 5/19/2004 | 162.35 | 40.70 | 203.05 |
| 6/19/2004 | 162.35 | 39.32 | 201.67 |
| 7/19/2004 | 162.35 | 37.99 | 200.34 |
| 8/19/2004 | 162.35 | 36.61 | 198.96 |
| 9/19/2004 | 162.35 | 35.23 | 197.58 |
| 10/19/2004 | 162.35 | 33.89 | 196.24 |
| 11/19/2004 | 162.35 | 32.51 | 194.86 |
| 12/19/2004 | 162.35 | 31.18 | 193.53 |
| 1/19/2005 | 162.35 | 29.80 | 192.15 |
| 2/19/2005 | 162.35 | 28.42 | 190.77 |
| 3/19/2005 | 162.35 | 27.18 | 189.53 |
| 4/19/2005 | 162.35 | 25.80 | 188.15 |
| 5/19/2005 | 162.35 | 24.46 | 186.81 |
| 6/19/2005 | 162.35 | 23.08 | 185.43 |
| 7/19/2005 | 162.35 | 21.75 | 184.1 |
| 8/19/2005 | 162.35 | 20.37 | 182.72 |

| Date | Premium Payments Made | Interest Incurred | Premium + Interest |
|---|---|---|---|
| 9/19/2005 | 162.35 | 18.99 | 181.34 |
| 10/19/2005 | 162.35 | 17.66 | 180.01 |
| 11/19/2005 | 162.35 | 16.28 | 178.63 |
| 12/19/2005 | 162.35 | 14.95 | 177.3 |
| 1/19/2006 | 162.35 | 13.57 | 175.92 |
| 2/19/2006 | 162.35 | 12.19 | 174.54 |
| 3/19/2006 | 162.35 | 10.94 | 173.29 |
| 4/19/2006 | 162.35 | 9.56 | 171.91 |
| 5/19/2006 | 162.35 | 8.23 | 170.58 |
| 6/19/2006 | 162.35 | 6.85 | 169.2 |
| 7/19/2006 | 162.35 | 5.52 | 167.87 |
| 8/19/2006 | 162.35 | 4.14 | 166.49 |
| 9/19/2006 | 162.35 | 2.76 | 165.11 |
| 10/19/2006 | 162.35 | 1.42 | 163.77 |
| **Totals** | **$9,416.3** | **$2,320.22** | **$11,736.52** |