UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN MIREK,  )<br>  )<br>  Plaintiff  )<br>  )<br>v.  )<br>  )  Civil Action<br>  )  No. 04-30166-RGS<br>THE GUARDIAN LIFE INSURANCE  )<br>COMPANY OF AMERICA and  )<br>BERKSHIRE LIFE INSURANCE  )<br>COMPANY OF AMERICA,  )<br>  )<br>  Defendants  ) | |

**JOINT MOTION REQUESTING A SECOND AMENDED JUDGMENT
AND WITHDRAWING DOCUMENT NUMBER 130**

The plaintiff Carolyn Mirek and the defendants Guardian Life Insurance Company of America ("Guardian") and Berkshire Life Insurance Company of America ("Berkshire"), hereby request that the Court issue a second Amended Judgment in the total amount of $237,358.26, which equals the amount of the verdict of $191,358.26 plus a stipulated prejudgment interest in the amount of $46,000.00.

In support of their Joint Motion the Parties state:

1. On December 1, 2006, the Court entered judgment in the amount of $246,089.26, representing a verdict in the amount of $191,358.26 plus pre-judgment interest in the amount of $54,731.00 (Document 120).

2. Defendants' moved the Court to Correct the Judgment requesting that the Court apply the Connecticut rate of pre-judgment interest of 10%, rather

1

than the Massachusetts pre-judgment interest rate of 12% that had been applied by the Court (Document 125).

3. Plaintiff assented to Defendants' motion to reduce the interest from 12% to 10% in open court on January 16, 2007.

4. On January 17, 2007, the Court issued an amended judgment in the amount of $241,006.55, representing a verdict in the amount of $191,358.26 plus pre-judgment interest in the amount of $49,648.29 (Document 129).

5. On January 19, 2007, the Defendant filed a motion requesting that the Court issue a second amended judgment based on a corrected calculation of prejudgment interest (Document 130).

6. The Parties have stipulated that the amount of prejudgment interest that should be included in the judgment is $46,000.00

Accordingly, the Parties respectfully request that the Court issue a Second Amended Judgment in the amount of $237,358.26, which equals the amount of the verdict of $191,358.26 plus prejudgment interest in the amount of $46,000.00. As a result of the Parties agreement as to the amount of pre-judgment interest, Document 130 is withdrawn.

| CAROLYN MIREK | THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA and BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, |
|---|---|
| By her attorneys, | By their attorneys, |
| /s/ Joanne D'Alcomo<br>Joanne D'Alcomo, Esq.<br>BBO #544177<br>Seth Nesin, Esq.<br>BBO #650739<br>Jager Smith, P.C.<br>One Financial Center<br>Boston, MA 02111-2621<br>Phone: (617) 951-0500<br>Fax: (617) 951-2414 | /s/ Edward Kimball<br>Edward Kimball, Esq.<br>BBO #636835<br>700 South Street<br>Pittsfield, MA 01201<br>Phone: (413) 499-4321<br><br>/s/ David B. Crevier<br>David B. Crevier, Esq.<br>BBO #557242<br>Katherine R. Parsons<br>BBO #657280<br>1500 Main Street, Suite 2020<br>Springfield, MA 01115-5727<br>Phone: (413) 787-2400<br>Fax: (413) 781-8235 |

Dated: January 25, 2007