APPEAL

# United States District Court
# District of Massachusetts (Springfield)
## CIVIL DOCKET FOR CASE #: 3:04-cv-30166-RGS

Mirek v. The Guardian Life Insurance Company of America
et al
Assigned to: Judge Richard G. Stearns
Demand: $170,000
Case in other court: Suffolk Superior Court, 04-02592-B
Cause: 28:1332 Diversity-Breach of Contract

Date Filed: 08/27/2004
Jury Demand: Plaintiff
Nature of Suit: 110 Insurance
Jurisdiction: Diversity

## Plaintiff

**Carolyn Mirek**

represented by **Joanne D'Alcomo**
Jager Smith P.C.
1 Financial Center
Boston, MA 02111
617-951-0500
Fax: 617-951-2414
Email: jdalcomo@jagersmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Howard P. Blatchford, Jr.**
Jager Smith PC
One Financial Center
Boston, MA 02111
617 951-0500
Fax: 617 951-2414
Email: hblatchford@jagersmith.com
*ATTORNEY TO BE NOTICED*

**Seth E. Nesin**
Jager Smith P.C.
1 Financial Center
Boston, MA 02111
617-951-0500
Fax: 617-951-2414
Email: snesin@jagersmith.com
*ATTORNEY TO BE NOTICED*

V.

## Defendant

**The Guardian Life Insurance
Company of America**

represented by **David B. Crevier**
Crevier & Ryan LLP
1500 Main Street

Suite 2020
Springfield, MA 01115-5532
413-787-2400
Fax: 413-781-8235
Email: dcrevier@crevierandryan.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David L. Kalib**
Berkshire Life Ins. Co.
700 South St.
Pittsfield, MA 02101
413-499-4321
Fax: 413-395-5990
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward K. Kimball**
Berkshire Life Insurance Company
Company of America
700 South Street
Pittsfield, MA 01201
413-395-4560
Fax: 413-395-5990
Email:
edward_kimball@berkshirelife.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Katherine R. Parsons**
Crevier & Ryan LLP
1500 Main Street
Suite 2020
Springfield, MA 01115-5532
413-787-2400
Fax: 413-781-8235
Email: kparsons@crevierandryan.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Berkshire Life Insurance Company**
*TERMINATED: 10/15/2004*

represented by **David L. Kalib**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward K. Kimball**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Berkshire Life Insurance Company of America**

represented by **David B. Crevier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David L. Kalib**
Berkshire Life Insurance Co. of America
700 South St.
Pittsfield, MA 02101
413-499-4321
Fax: 413-395-5990
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward K. Kimball**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Katherine R. Parsons**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**Harold Axe**

represented by **Jeffrey E. Poindexter**
Bulkley, Richardson & Gelinas
1500 Main Street
Suite 2700
PO Box 15507
Springfield, MA 01115
413-272-6232
Fax: 413-272-6803
Email: jpoindexter@bulkley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**Donald Morgan**

**Movant**

**Timothy Newman**

represented by **David B. Crevier**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/25/2004 | 1 | NOTICE OF REMOVAL by Berkshire Life Insurance Company, The |

|  |  | Guardian Life Insurance Company of America from Suffolk Superior Court filed. Case number 04-2592-B. Filing fee of $150.00 paid. Receipt number 305708. Magistrate Judge Consent Form and cert. copy to Counsel. (Attachments: # 1)(Finn, Mary) (Entered: 08/27/2004) |
|---|---|---|
| 08/25/2004 | 2 | Deft's NOTICE of Filing of the 1 Notice of Removal filed. (Finn, Mary) (Entered: 08/27/2004) |
| 08/25/2004 | 3 | Defts' Corporate Document disclosure by Berkshire Life Insurance Company, The Guardian Life Insurance Company of America filed. (Finn, Mary) (Entered: 08/27/2004) |
| 09/01/2004 | 4 | Dft's Assented to MOTION for Extension of Time to 9/30/04 to Answer the Ptf's 1 Complaint/Notice of Removal, by The Guardian Life Insurance Company of America.(Lindsay, Maurice) (Entered: 09/08/2004) |
| 09/08/2004 | ◑ | Judge Kenneth P. Neiman : electronic ORDER entered granting 4 Defendant's assented-to Motion for Extension of Time to September 30, 2004, to Answer. So ordered. (Neiman, Kenneth) (Entered: 09/08/2004) |
| 09/24/2004 | 5 | STATE COURT Record Berkshire Life Insurance Company served on 8/3/2004, answer due 8/23/2004; The Guardian Life Insurance Company of America served on 8/3/2004, answer due 8/23/2004.. (Attachments: # 1 Notice of Removal# 2 Complaint# 3 Amended Complaint# 4 Summons (service returned)# 5 Summons (Service Returned))(Lindsay, Maurice) (Entered: 09/24/2004) |
| 09/30/2004 | 6 | Deft. Guardian Life Insurance Company of America for itself and as successor by merger to Berkshire Life Insurance Company's MOTION to Dismiss with memorandum filed. (Attachments: # 1 # 2 # 3)(Finn, Mary) (Entered: 09/30/2004) |
| 10/14/2004 | 7 | MOTION for Extension of Time to November 4, 2004 to respond to motion to dismiss by Carolyn Mirek.(D'Alcomo, Joanne) (Entered: 10/14/2004) |
| 10/14/2004 | 8 | MOTION to Amend *Amended Complaint* by Carolyn Mirek. (Attachments: # 1 proposed second amended complaint)(D'Alcomo, Joanne) (Entered: 10/14/2004) |
| 10/15/2004 | ◑ | Magistrate Judge Kenneth P. Neiman. ELECTRONIC ORDER granting 7 Motion for Extension of Time to 11/4/04 to respond to motion to dismiss and granting 8 Motion to Amend Amended Complaint. ENTERED, cc:cl. (Healy, Bethaney) (Entered: 10/15/2004) |
| 10/15/2004 | 9 | SECOND AMENDED COMPLAINT against Berkshire Life Insurance Company of America, The Guardian Life Insurance Company of America , filed by Carolyn Mirek.(Healy, Bethaney) (Entered: 10/15/2004) |
| 11/04/2004 | 10 | Pltf. Carolyn Mirek's Resp. in Opposition to the Defts. 6 MOTION to Dismiss filed. (Attachments: # 1)(Finn, Mary) (Entered: 11/04/2004) |

| 11/18/2004 | 11 | Not all parties consented to assignment of case to Magistrate Judge Neiman. Case to be reassigned to Judge Michael A. Ponsor. (This document was not scanned and is kept in a separate file in a secure room). (Lindsay, Maurice) (Entered: 11/18/2004) |
| 11/18/2004 | 12 | Notice of Reassignment. Judge Michael A Ponsor added. Judge Kenneth P. Neiman no longer assigned to case. Counsel are directed to the Court's Standing Orders re: Electronic Case Filing. (Lindsay, Maurice) (Entered: 11/19/2004) |
| 12/07/2004 | 13 | NOTICE of Hearing on Motion 6 MOTION to Dismiss: Motion Hearing set for 2/8/2005 02:00 PM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 12/07/2004) |
| 02/09/2005 | 14 | Judge Michael A Ponsor : MEMORANDUM AND ORDER entered granting 6 Motion to Dismiss Counts III and IV of the Amended Complaint. See the attached memo & order for complete details. cc/cl (Lindsay, Maurice) (Entered: 02/10/2005) |
| 02/09/2005 | 15 | Judge Michael A Ponsor : PRETRIAL SCHEDULING ORDER entered: All interrogatories due 4/15/05, all rule 26 reports due 11/15/05, all experts depositions and discovery due by 12/31/05 and a Final Pretrial Conference is set for 1/12/2006 at 2:00 PM in Courtroom 1 before Judge Michael A Ponsor. See order for complete details. cc/cl(Lindsay, Maurice) (Entered: 02/10/2005) |
| 02/09/2005 | 16 | Judge Michael A Ponsor : PROCEDURAL ORDER entered. re pretrial/trial conference on 1/12/06 at 2:00 pm.(Lindsay, Maurice) (Entered: 02/10/2005) |
| 02/25/2005 | 17 | ANSWER to Amended Complaint by The Guardian Life Insurance Company of America.(Lindsay, Maurice) (Entered: 02/25/2005) |
| 02/25/2005 | 18 | ANSWER to Amended Complaint by Berkshire Life Insurance Company of America.(Lindsay, Maurice) (Entered: 02/25/2005) |
| 03/11/2005 | 19 | NOTICE of Appearance by David B. Crevier on behalf of Berkshire Life Insurance Company of America, The Guardian Life Insurance Company of America (Crevier, David) (Entered: 03/11/2005) |
| 08/09/2005 | 20 | MOTION to Compel *Production of Documents and Testimony in Accordance with the Subpoenas Duces Tecum Issued to the Keeper of the Records Srima L. Nissanka, LCSW and Srima L. Nissanka, LCSW* by Berkshire Life Insurance Company of America, The Guardian Life Insurance Company of America. (Attachments: # 1 Exhibit A-E# 2 Exhibit F and G# 3 Exhibit G (continued) and H# 4 Exhibit I)(Crevier, David) (Entered: 08/09/2005) |
| 08/23/2005 | 21 | RESPONSE to Motion re 20 MOTION to Compel *Production of Documents and Testimony in Accordance with the Subpoenas Duces Tecum Issued to the Keeper of the Records Srima L. Nissanka, LCSW and Srima L. Nissanka, LCSW* filed by Carolyn Mirek. (Nesin, Seth) (Entered: 08/23/2005) |

| 08/23/2005 | 22 | NOTICE of Appearance by Seth E. Nesin on behalf of Carolyn Mirek (Nesin, Seth) (Entered: 08/23/2005) |
|---|---|---|
| 09/09/2005 | 23 | MOTION for Judgment on the Pleadings *As To Count II In The Complaint and For Emergency Protective Order* by Berkshire Life Insurance Company of America, The Guardian Life Insurance Company of America. (Attachments: # 1 Exhibit 1 & 2# 2 Exhibit 3# 3 Exhibit 4# 4 Exhibit 5 & 6# 5 Exhibit 7# 6 Exhibit 8# 7 Exhibit 9)(Crevier, David) (Entered: 09/09/2005) |
| 09/23/2005 | 24 | Assented to MOTION for Extension of Time to September 26, 2005 to File Response/Reply *to Defendants' Motion for Judgment on the Pleadings as to Count II in the Complaint and for Emergency Protective Order* by Carolyn Mirek.(Nesin, Seth) (Entered: 09/23/2005) |
| 09/26/2005 | 25 | RESPONSE to Motion re 23 MOTION for Judgment on the Pleadings *As To Count II In The Complaint and For Emergency Protective Order* filed by Carolyn Mirek. (Attachments: # 1 Exhibit 1# 2 Exhibit Exhibit 2# 3 Errata exhibit 3)(D'Alcomo, Joanne) (Entered: 09/26/2005) |
| 09/26/2005 | 26 | MOTION to Amend 9 Amended Complaint by Carolyn Mirek. (Attachments: # 1 proposed amendment; substitute Count II)(D'Alcomo, Joanne) (Entered: 09/26/2005) |
| 09/27/2005 | 27 | NOTICE of Appearance by Katherine R. Parsons on behalf of Berkshire Life Insurance Company of America, The Guardian Life Insurance Company of America (Parsons, Katherine) (Entered: 09/27/2005) |
| 09/27/2005 | 28 | MOTION for Leave to File *Reply Brief in Support of Motion for Judgment on the Pleadings as to Count II in the Complaint and for Emergency Protective Order* by Berkshire Life Insurance Company of America, The Guardian Life Insurance Company of America.(Crevier, David) (Entered: 09/27/2005) |
| 09/29/2005 | 29 | NOTICE of Hearing on Motion 26 MOTION to Amend 9 Amended Complaint, 28 MOTION for Leave to File *Reply Brief in Support of Motion for Judgment on the Pleadings as to Count II in the Complaint and for Emergency Protective Order*, 20 MOTION to Compel *Production of Documents and Testimony in Accordance with the Subpoenas Duces Tecum Issued to the Keeper of the Records Srima L. Nissanka, LCSW and Srima L. Nissanka, LCSW*, 23 MOTION for Judgment on the Pleadings *As To Count II In The Complaint and For Emergency Protective Order*, 24 Assented to MOTION for Extension of Time to September 26, 2005 to File Response/Reply *to Defendants' Motion for Judgment on the Pleadings as to Count II in the Complaint and for Emergency Protective Order*: Motion Hearing set for 10/24/2005 02:00 PM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 09/29/2005) |
| 10/11/2005 | | Judge Michael A Ponsor : ElectronicORDER entered granting 28 Motion for Leave to File (French, Elizabeth) (Entered: 10/11/2005) |
| 10/11/2005 | 30 | REPLY to Response to Motion re 23 MOTION for Judgment on the |

| | | |
|---|---|---|
| | | Pleadings *As To Count II In The Complaint and For Emergency Protective Order* filed by Berkshire Life Insurance Company of America, The Guardian Life Insurance Company of America. (Crevier, David) (Entered: 10/11/2005) |
| 10/11/2005 | 31 | Opposition re 26 MOTION to Amend 9 Amended Complaint filed by Berkshire Life Insurance Company of America, The Guardian Life Insurance Company of America. (Crevier, David) (Entered: 10/11/2005) |
| 10/20/2005 | ❑ | Judge Michael A Ponsor : ENDORSED ORDER entered granting the Defts' 20 Motion to Compel. The records have been produced. At deposition, the privilege will be deemed waived; cc/cl. (Finn, Mary) (Entered: 10/20/2005) |
| 10/20/2005 | ❑ | Judge Michael A Ponsor : ENDORSED ORDER entered GRANTING, by agreement, the Defts' 23 Motion for Judgment on the Pleadings as to Count II in the complaint. Motion for protective order DENIED, with the admonition that Pltf. restrict discovery to matters relevant to Count One; cc/cl. (Finn, Mary) (Entered: 10/20/2005) |
| 10/20/2005 | ❑ | NOTICE TO COUNSEL RE: HEARING SET FOR PENDING MOTIONS SET FOR 10/24/05 AT 2:00 p.m.; Hearing is vacated. the Court shall rule on papers (French, Elizabeth) (Entered: 10/20/2005) |
| 10/20/2005 | ❑ | Judge Michael A Ponsor : ENDORSEDORDER entered granting the Pltf's 24 Assented to Motion for Extension of Time to File Response/Reply to the Defts' motion for judgment on the pleadings as to Count II of the complaint and emergency motion for protective order; cc/cl. (Finn, Mary) (Entered: 10/20/2005) |
| 10/20/2005 | ❑ | Judge Michael A Ponsor : ENDORSED ORDER entered denying, as untimely, the Pltf's 26 Motion to Amend the complaint; cc/cl. (Finn, Mary) (Entered: 10/20/2005) |
| 10/21/2005 | 32 | MOTION for Reconsideration re Order on Motion to Amend by Carolyn Mirek. (Attachments: # 1 Exhibit Exhibit 1, Email from plaintiff's counsel to defensecounsel dated Aug. 17, 2005,)(D'Alcomo, Joanne) (Entered: 10/21/2005) |
| 10/26/2005 | 33 | MOTION to Compel *Production of Documents* by Carolyn Mirek. (D'Alcomo, Joanne) (Entered: 10/26/2005) |
| 10/26/2005 | 34 | MEMORANDUM in Support re 33 MOTION to Compel *Production of Documents* filed by Carolyn Mirek. (Attachments: # 1 Exhibit 1- Plaintiff's First Request for Production of Documents to the Defendants# 2 Exhibit 2 -Defendant Berkshire's Response to Plaintiff's First Req. for Production of Documents# 3 Exhibit 3 - Defendant Guardian's Response to Plaintiff's First Req. for Production of Documents# 4 Exhibit 4 - Defendants' Subpoena to Plaintiff's treating allergist, Robert M. Bedard, M.D.# 5 Exhibit 5 - Berkshire's Supplement Ans. to Plaintiff's Ints.# 6 Exhibit 6 - Berkshire's Supplement Ans. to Plaintiff's Ints.)(D'Alcomo, Joanne) (Entered: 10/26/2005) |
| | | |

| | | |
|---|---|---|
| 11/04/2005 | 35 | Opposition re 32 MOTION for Reconsideration re Order on Motion to Amend filed by Berkshire Life Insurance Company of America, The Guardian Life Insurance Company of America. (Attachments: # 1 Exhibit 1-4# 2 Exhibit 5-7# 3 Exhibit 8-10# 4 Exhibit 11 & 12)(Crevier, David) (Entered: 11/04/2005) |
| 11/04/2005 | 36 | Opposition re 33 MOTION to Compel *Production of Documents* filed by Berkshire Life Insurance Company of America, The Guardian Life Insurance Company of America. (Crevier, David) (Entered: 11/04/2005) |
| 11/14/2005 | | Judge Michael A Ponsor : ENDORSED ORDER entered denying 32 Motion for Reconsideration of the court's decision on her motion to amend the Complaint. cc/cl (Lindsay, Maurice) (Entered: 11/14/2005) |
| 11/23/2005 | 37 | Judge Michael A Ponsor : Electronic ORDER entered. REFERRING MOTION 33 MOTION to Compel *Production of Documents* filed by Carolyn Mirek, to Magistrate Judge Kenneth P. Neiman(French, Elizabeth) (Entered: 11/23/2005) |
| 11/25/2005 | 38 | MOTION Pursuant to Rule 37(a) and 37(b) against Defendant Berkshire Life Insurance Company of America for Refusal to Produce Witnesses after Motion for Protective Order Was Denied by Carolyn Mirek. (Attachments: # 1 Exhibit A30(b)(6) Notice of Deposition to Berkshire sent on September 1, 2005# 2 Exhibit B - Excerpts from Berkshire's motion for judgment on the pleadings and emergency motion for protective order# 3 Exhibit C- Renotice of 30(b)(6) deposition to Berkshire dated November 10, 2005# 4 Exhibit D - Correspondence dated Nov. 22, 2005 from Berkshire counsel)(D'Alcomo, Joanne) (Entered: 11/25/2005) |
| 11/28/2005 | | Judge Kenneth P. Neiman : Electronic ORDER entered granting in part 33 Plaintiff's Motion to Compel Production of Documents. First, Defendants' arguments to the contrary, the court does not believe that Plaintiff's requests are irrelevant to her contract claim. Second, Defendant has already identified seven instances in which they have granted disability claims based in whole or in part on latex allergy; the individuals and reports on which Defendants relied in paying such claims are relevant to Defendants' knowledge about such allergies. Finally, given the small number of claims identified, Plaintiffs' requests are neither vague nor overly broad. Accordingly, Defendants shall produce the requested documents with respect to the seven identified claims within fourteen days. To the extent Plaintiff's requests are broader than circumscribed here by the court, the motion is denied. So ordered. (Neiman, Kenneth) (Entered: 11/28/2005) |
| 12/08/2005 | 39 | Assented to MOTION for Extension of Time to December 16, 2005 to File Opposition to Plaintiff's Motion Pursuant to Rule 37(a) and 37(b) Against Defendant Berkshire Life Insurance Company of America for Refusal to Produce Witnesses After Its Motion for Protective Order Was Denied by Berkshire Life Insurance Company of America, The Guardian Life Insurance Company of America.(Crevier, David) (Entered: 12/08/2005) |

| | | |
|---|---|---|
| 12/13/2005 | ❍ | Judge Michael A Ponsor : ENDORSED ORDER entered granting 39 Motion for Extension of Time to file Opposition. Opposition due 12/16/05. cc/cl (Lindsay, Maurice) (Entered: 12/14/2005) |
| 12/14/2005 | ❍ | Set/Reset Deadlines as to Dft's Opposition due by 12/16/2005 (Lindsay, Maurice) (Entered: 12/14/2005) |
| 12/16/2005 | ◖40 | MOTION To Schedule Initial Scheduling Conference in Civil Action No. 05-30246 On the Same Day As, Or Before, the Pre-Trial Conference in Civil Action No. 04-30166 by Carolyn Mirek.(D'Alcomo, Joanne) (Entered: 12/16/2005) |
| 12/16/2005 | ◖41 | Opposition re 38 MOTION Pursuant to Rule 37(a) and 37(b) against Defendant Berkshire Life Insurance Company of America for Refusal to Produce Witnesses after Motion for Protective Order Was Denied filed by Berkshire Life Insurance Company of America, The Guardian Life Insurance Company of America. (Attachments: # 1 Exhibit 1-4# 2 Exhibit 5-7)(Crevier, David) (Entered: 12/16/2005) |
| 12/20/2005 | ◖42 | MOTION for Leave to File *Reply Memorandum in Support of Motion to Compel Berkshire To Produce Witnesses to Testify Pursuant To Re-notice Of Deposition Under Rule 30(b)(6) [Docket #38]* by Carolyn Mirek. (Attachments: # 1 Proposed Reply Memorandum# 2 Exhibit 1 -- Claim File Excerpts# 3 Exhibit 2 - Spplemental Responses to Interrogatories# 4 Exhibit 3 - Kimball Letter# 5 Exhibit 4 - Requests for Production# 6 Exhibit 5 - Feb. 22, 2005 Garb Report# 7 Exhibit 6 - June 22, 2004 Nudelman Report# 8 Exhibit 7 - Dec. 1, 2004 Boxer Report# 9 Exhibit 8 - July 11, 2002 Stadtmauer Report# 10 Exhibit 9 - May 8, 2004 Nudelman Report# 11 Exhibit 10 - October 9, 2003 Smachetti Report) (Nesin, Seth) (Entered: 12/20/2005) |
| 12/20/2005 | ◖43 | First Opposition re 40 MOTION To Schedule Initial Scheduling Conference in Civil Action No. 05-30246 On the Same Day As, Or Before, the Pre-Trial Conference in Civil Action No. 04-30166 filed by Berkshire Life Insurance Company of America, The Guardian Life Insurance Company of America. (Crevier, David) (Entered: 12/20/2005) |
| 12/27/2005 | ◖44 | NOTICE OF RESCHEDULING Pretrial Conference RESET for 1/27/2006 03:30 PM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 12/27/2005) |
| 01/11/2006 | ◖45 | MOTION to Compel *the Testimony of Dr. Christine Oliver* by Berkshire Life Insurance Company of America, The Guardian Life Insurance Company of America. (Attachments: # 1 Exhibit 1-11/16/05 Ltr. from Joanne D'Alcomo# 2 Exhibit 2-Notice of Deposition# 3 Exhibit 3-Deposition Subpoena Duces Tecum# 4 Exhibit 4-12/19/05 Email from Joanne D'Alcomo# 5 Exhibit 5-12/22/05 Email from Joanne D'Alcomo# 6 Exhibit 6-12/29/05 Ltr. from Joanne D'Alcomo# 7 Exhibit 7-1/10/06 Email from Joanne D'Alcomo# 8 Exhibit 8-1/10/06 Email from David Crevier# 9 Exhibit 9-1/10/06 Email from Joanne D'Alcomo)(Crevier, David) (Entered: 01/11/2006) |
| 01/20/2006 | ◖46 | PRETRIAL MEMORANDUM by Berkshire Life Insurance Company of |

| | | |
|---|---|---|
| | | America, The Guardian Life Insurance Company of America. (Crevier, David) (Entered: 01/20/2006) |
| 01/20/2006 | 47 | PRETRIAL MEMORANDUM by Carolyn Mirek. (D'Alcomo, Joanne) (Entered: 01/20/2006) |
| 01/23/2006 | 48 | AMENDED DOCUMENT by Carolyn Mirek. Amendment to 47 Pretrial Memorandum *(CORRECTED PRETRIAL MEMORANDUM)*. (D'Alcomo, Joanne) (Entered: 01/23/2006) |
| 01/25/2006 | 49 | Opposition re 45 MOTION to Compel *the Testimony of Dr. Christine Oliver* filed by Carolyn Mirek. (D'Alcomo, Joanne) (Entered: 01/25/2006) |
| 01/26/2006 | ❏ | Judge Michael A Ponsor : Electronic ORDER entered denying 40 Motion (French, Elizabeth) (Entered: 01/27/2006) |
| 01/26/2006 | ❏ | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor : Final Pretrial Conference held on 1/26/2006. Further scheduling order to issue (Court Reporter Tape.) (French, Elizabeth) (Entered: 02/01/2006) |
| 01/31/2006 | ❏ | Judge Michael A Ponsor : ENDORSED ORDER entered granting 42 Motion for Leave to File REPLY BRIEF. cc/cl (Lindsay, Maurice) (Entered: 01/31/2006) |
| 01/31/2006 | 50 | Judge Michael A Ponsor : FURTHER SCHEDULING ORDER entered: As follows; This case is referred to Magistrate Judge Neiman, the two pending discovery motions, and any motion for summary judgment is hereby ordered referred to Magistrate Judge Neiman for report and recommendation. Proceedings in the related litigation 05-30246-MAP, will be addressed separately. See the attached Scheduling Order for complete details. cc/cl (Lindsay, Maurice) (Entered: 01/31/2006) |
| 02/02/2006 | 51 | MOTION for Hearing by Berkshire Life Insurance Company of America, The Guardian Life Insurance Company of America.(Crevier, David) (Entered: 02/02/2006) |
| 02/07/2006 | 52 | Opposition re 51 MOTION for Hearing filed by Carolyn Mirek. (Nesin, Seth) (Entered: 02/07/2006) |
| 02/07/2006 | ❏ | Magistrate Judge Kenneth P. Neiman. ELECTRONIC ORDER granting 51 Motion for Hearing ENTERED, cc:cl. ALLOWED. See Notice of Hearing issued this day. (Healy, Bethaney) (Entered: 02/07/2006) |
| 02/07/2006 | ❏ | NOTICE of Hearing ISSUED, cc:cl. Motion Hearing re: 45 MOTION to Compel *the Testimony of Dr. Christine Oliver*, 38 MOTION Pursuant to Rule 37(a) and 37(b) against Defendant Berkshire Life Insurance Company of America for Refusal to Produce Witnesses after Motion for Protective Order Was Denied: set for 2/22/2006 at 2:00 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman. (Healy, Bethaney) (Entered: 02/07/2006) |
| 02/10/2006 | 53 | Assented to MOTION to Continue Hearing Regarding Defendants' |

| | | Motion to Compel the Testimony of Dr. Christine Oliver and Plaintiff's Motion Pursuant to Rule 37(a) and 37(b) to March 1, 2006 by Berkshire Life Insurance Company of America, The Guardian Life Insurance Company of America.(Crevier, David) (Entered: 02/10/2006) |
| 02/10/2006 | ◖ | Magistrate Judge Kenneth P. Neiman. ELECTRONIC ORDER granting 53 Motion to Continue Motion Hearing to 3/1/06 at 2:00 p.m. in Courtroom Three, ENTERED, cc:cl. (Healy, Bethaney) (Entered: 02/10/2006) |
| 02/10/2006 | ◖54 | TRANSCRIPT of Pretrial Conference held on 1/27/06 before Judge Ponsor. Digital Recording: CD. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Stuckenbruck, John) (Entered: 02/13/2006) |
| 03/01/2006 | ◖ | Judge Kenneth P. Neiman : Electronic ORDER entered granting, after hearing, 45 Defendants' Motion to Compel Deposition of Dr. Christine Oliver, said deposition to be held at a time most convenient to Defendants' counsel; and granting in part and denying in part 38 Plaintiff's Motion to Compel as follows: the motion is ALLOWED without opposition with regard to items 1, 3, 4, 5, 12, 13, 14, 15, 16, 17, 20, 22 and 26 of the 30(b)(6) deposition notice; ALLOWED with regard to items 7, 8, 9, 11 and 18 of the deposition notice, Defendants having stipulated to treating the previously conducted depositions of Morgan, Newman and Smachetti as 30(b)(6) depositions for purposes of said items (reserving objections for trial); ALLOWED with regard to item 6 in the deposition notice, but limited to inquiries surrounding the seven instances previously identified by Defendants in which they have granted disability claims since 2000 based in whole or in part on latex allergies; ALLOWED with regard to items 21, 23, 24, and 25 in the deposition notice, Defendants to produce a deponent or deponents who can respond to the inquiries and/or describe the efforts which would have to be undertaken to respond; and DENIED with regard to items 2, 10 and 19 of the deposiiton notice for the reasons stated in court this day. All inquiries shall be limited to Count I of the complaint. The 30(b)(6)deposition(s) shall take place at Defendant Berkshire Life Insurance Company's offices in Berkshire county and shall be completed by April 17, 2006, at a time most convenient to Plaintiff's counsel. So ordered. (Neiman, Kenneth) (Entered: 03/01/2006) |
| 03/01/2006 | ◖ | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Attys D'Alcomo, Nesin, Crevier, Kimball) appear for Motion Hearing held on 3/1/2006 re 45 MOTION to Compel *the Testimony of Dr. Christine Oliver* filed by The Guardian Life Insurance Company of America,, Berkshire Life Insurance Company of America,, 38 MOTION Pursuant to Rule 37(a) and 37(b) against Defendant Berkshire Life Insurance Company of America for Refusal to Produce Witnesses after Motion for Protective Order Was Denied filed by Carolyn Mirek. Arguments heard. Order to issue. (Court Reporter FTR.) (Healy, Bethaney) (Entered: 03/02/2006) |

| 03/02/2006 | 55 | Magistrate Judge Kenneth P. Neiman. FURTHER SCHEDULING ORDER setting Ds' motion for S/J (or inform court in writing by that date that no such motion will be filed) by 5/12/06; P's response to motion filed by 6/2/06, with Ds' reply by 6/9/06; if no motion for S/J is filed, Final Pretrial Conference set for 6/8/2006 at 3:00 PM in Courtroom 1 before Judge Michael A Ponsor ENTERED, cc:cl.(Healy, Bethaney) (Entered: 03/02/2006) |
|---|---|---|
| 03/15/2006 | 56 | MOTION to Compel *the Deposition Testimony of Defendants' Expert Steven J. Weiss, M.D., or Alternatively, For Leave To Depose Defendants' Expert Witness Steven J. Weiss, M.D. Now That Plaintiff's Fact Discovery Is About To Be Completed* by Carolyn Mirek. (Attachments: # 1 Exhibit A - Weiss Depo Notice# 2 Exhibit B - Crevier Letter# 3 Exhibit C - Crevier Email# 4 Exhibit D - D'Alcomo Letter# (5) Exhibit E - D'Alcomo Email)(Nesin, Seth) Additional attachment(s) added on 3/29/2006 (Lindsay, Maurice). (Entered: 03/15/2006) |
| 03/27/2006 | 57 | TRANSCRIPT of Hearing held on March 1, 2006 before Judge Kenneth P. Neiman filed. Court Reporter: None. Digital Recording: Yes. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Finn, Mary) (Entered: 03/27/2006) |
| 03/29/2006 | 58 | Opposition re 56 MOTION to Compel *the Deposition Testimony of Defendants' Expert Steven J. Weiss, M.D., or Alternatively, For Leave To Depose Defendants' Expert Witness Steven J. Weiss, M.D. Now That Plaintiff's Fact Discovery Is About To Be Complete filed by Berkshire Life Insurance Company of America, The Guardian Life Insurance Company of America. (Attachments: # 1 Exhibit 1 - pre-trial conference transcript# 2 Exhibit 2 - September 28, 2005 email# 3 Exhibit 3 - October 18, 2005 email# 4 Exhibit 4 - Letter from Joanne D'Alcomo to David Crevier# 5 Exhibit 5 - Email dated December 22, 2005)(Crevier, David) (Entered: 03/29/2006)* |
| 04/24/2006 | | Judge Kenneth P. Neiman : Electronic ORDER entered denying 56 Plaintiff's Motion to Compel the Deposition Testimony of Defendants' Expert Steven J. Weiss, M.D. Simply put, Plaintiff's request is untimely. First, unlike the timely deposition noticed by Plaintiff of Defendants' other expert, Plaintiff initially chose not to depose Dr. Weiss. Second, Plaintiff did not thereafter raise the need to depose Dr. Weiss at the January 27, 2006 pretrial conference before District Judge Ponsor. Rather, Plaintiff represented at the time that, aside from two outstanding discovery disputes, which this court has since resolved, she was "basically ready for trial." Third, and perhaps most importantly, Plaintiff has failed to adequately explain, other than invoking the usual procedural sequence of discovery, why, substantively, Dr. Weiss's deposition could not be noticed until the completion of the remaining strands of non-expert discovery. At best, Plaintiff explains that she "was concerned about going forward with a deposition of Dr. Weiss,... a profered [sic] expert on the subject of latex allergy, out of fear that doing so could potentially taint the 30(b)(6) deposition witness whom Plaintiff was |

| | | |
|---|---|---|
| | | seeking to depose on latex-allergy related subjects." That explanation, in the court's estimation is unconvincing in light of the other procedural delays. Accordingly, Plaintiff's motion is denied. (Neiman, Kenneth) (Entered: 04/24/2006) |
| 04/24/2006 | ❶ | Notice of correction to docket made by Court staff. Correction: Electronic Order entered 4/24/06 re: Motion to Strike corrected because: deleted from docket. Entry in wrong case (Healy, Bethaney) (Entered: 04/24/2006) |
| 04/24/2006 | ❶ | Case no longer referred to Magistrate Judge Kenneth P. Neiman. (Healy, Bethaney) (Entered: 06/26/2006) |
| 05/19/2006 | 59 | MOTION in Limine *to Preclude Defendants' Proffered Expert James R. Garb, M.D. from Testifying as to the Supposed Prevalence of Latex-free Dental Offices* by Carolyn Mirek.(Nesin, Seth) (Entered: 05/19/2006) |
| 05/19/2006 | 60 | MEMORANDUM in Support re 59 MOTION in Limine *to Preclude Defendants' Proffered Expert James R. Garb, M.D. from Testifying as to the Supposed Prevalence of Latex-free Dental Offices* filed by Carolyn Mirek. (Attachments: # 1 Exhibit 1 - Garb Report #2# 2 Exhibit 2 - Garb Deposition# 3 Exhibit 3 - Berkshire 30(b)(6) deposition# 4 Exhibit 4 - Garb Report #1# 5 Exhibit 5 - mapquest.com printouts# 6 Exhibit 6 - Massachusetts Dentists# 7 Exhibit 7 - Connecticut Dentists# 8 Exhibit 8 - Garb checklist# 9 Exhibit 9 - Garb Notes# 10 Exhibit 10 - Garb Notes# 11 Exhibit 11- Policy)(Nesin, Seth) (Entered: 05/19/2006) |
| 05/19/2006 | 61 | MOTION in Limine *to Exclude Irrelevant Evidence* by Berkshire Life Insurance Company of America, The Guardian Life Insurance Company of America. (Attachments: # 1 Exhibit A-Affidavit of Katherine R. Parsons Authenticating the Exhibits# 2 Exhibit 1-Pre-trial Conference Transcript# 3 Exhibit 2-Case Review dated 3/12/05# 4 Exhibit 3-Expert Report of Steven J. Weiss, M.D.)(Crevier, David) (Entered: 05/19/2006) |
| 05/19/2006 | 62 | MOTION in Limine *to Exclude Expert and Fact Witnesses* by Berkshire Life Insurance Company of America, The Guardian Life Insurance Company of America. (Attachments: # 1 Exhibit A-Affidavit of Katherine Parsons Authenticating the Exhibits# 2 Exhibit 1-Plaintiff's Pre-trail Memo (part 1)# 3 Exhibit 1-Plaintiff's Pre-trial Memo (part 2)# 4 Exhibit 2-Dr. Oliver's Expert Report (part 1)# 5 Exhibit 2-Dr. Oliver's Expert Report (part 2)# 6 Exhibit 3-Plaintiff's Depo Transcript# 7 Exhibit 4-Dr. Oliver's Depo Transcript# 8 Exhibit 5-Dr. Oliver's Expert Report dated 11/10/05# 9 Exhibit 6-Plaintiff's Automatic Discovery# 10 Exhibit 7-Berkshire's 1st Set of Ints to Plaintiff# 11 Exhibit 8-Plaintiff's Response to Berkshire's 1st Set of Ints# 12 Exhibit 9-Defendants' Automatic Discovery)(Crevier, David) (Entered: 05/19/2006) |
| 06/02/2006 | 63 | Defts' resp. in Opposition to the Pltf's 59 MOTION in Limine *to Preclude Defendants' Proffered Expert James R. Garb, M.D. from Testifying as to the Supposed Prevalence of Latex-free Dental Offices* by Berkshire Life Insurance Company of America, The Guardian Life Insurance Company of America filed. (Attachments: # 1 Exhibit 1, A, B, C, D, E-1,E-2 and F - |

| | | not scanned due to their volume and on record in the Clerk's Office for review)(Finn, Mary) (Entered: 06/02/2006) |
|---|---|---|
| 06/05/2006 | ❍64 | Assented to MOTION for Extension of Time to 06/05 to file oppositions to two pending motions in limine by Carolyn Mirek.(D'Alcomo, Joanne) (Entered: 06/05/2006) |
| 06/05/2006 | ❍65 | Opposition re 61 MOTION in Limine *to Exclude Irrelevant Evidence* filed by Carolyn Mirek. (Attachments: # 1 Exhibit 1- Dr. Weiss report# 2 Exhibit March 12, 2005 Report of Dr. James Garb# 3 Exhibit 3 - Report of Harold Axe,M.D. dated June 26, 2006# 4 Exhibit 4 Excerpts from Dep. of Harold Axe, MD# 5 Exhibit 5 - Excerpts from Depositionof Donald Morgan# 6 Exhibit 6 - Hearing transcript, Jan. 27, 2006) (D'Alcomo, Joanne) (Entered: 06/05/2006) |
| 06/05/2006 | ❍66 | Opposition re 62 MOTION in Limine *to Exclude Expert and Fact Witnesses* filed by Carolyn Mirek. (Attachments: # 1 Exhibit 1 - Oliver CV# 2 Exhibit 2 - Oliver Deposition# 3 Exhibit 3 - Mirek Dep.# 4 Exhibit 4 - Garb Report #1# 5 Exhibit 5 Garb Report #2# 6 Exhibit 6 - Garb Dep. #1# 7 Exhibit 7 - Garb Dep. #2# 8 Exhibit 8 - Weiss CV# 9 Exhibit 9 - Weiss Report# 10 Exhibit 10 - Axe Dep.)(Nesin, Seth) (Entered: 06/05/2006) |
| 06/07/2006 | ❍67 | MOTION in Limine *to Preclude Defendants' Proffered Expert Steven J. Weiss From Testifying* by Carolyn Mirek. (Attachments: # 1 Exhibit 1 - Pretrial transcript# 2 Exhibit 2 - Weiss Report)(Nesin, Seth) (Entered: 06/07/2006) |
| 06/08/2006 | ❍68 | MOTION in Limine *to Preclude Evidence Regarding Plaintiff's Income As A Salesperson* by Carolyn Mirek.(Nesin, Seth) (Entered: 06/08/2006) |
| 06/08/2006 | ❍69 | MOTION in Limine *to Preclude Defendants' Proffered Fact Witness Dr. Daniel Segal* by Carolyn Mirek. (Attachments: # 1 Exhibit 1 - Connecticut Dentists# 2 Exhibit 2 - Mirek Dep.# 3 Exhibit 3 - Burstein Dep.# 4 Exhibit 4 - Policy Excerpt)(Nesin, Seth) (Entered: 06/08/2006) |
| 06/08/2006 | ❍70 | MOTION in Limine *to Preclude Defendants' Proffered Expert Dr. James Garb from Testifying* by Carolyn Mirek. (Attachments: # 1 Exhibit 1 - Garb Report #1# 2 Exhibit 2 - Connecticut Dentists# 3 Exhibit 3 - Mirek Dep.# 4 Exhibit 4 - Burstein Dep.# 5 Exhibit 5 - Pretrial Conference# 6 Exhibit 6 - Policy# 7 Exhibit 7- First Garb Dep.# 8 Exhibit 8 - Garb Report #2# 9 Exhibit 9 - Second Garb Dep.)(Nesin, Seth) (Entered: 06/08/2006) |
| 06/08/2006 | ❍ | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor : Final Pretrial Conference held on 6/8/2006. Supplemental memo by def, if any, by 6/15/06; Plaintiff's response by 6/22/06 (Court Reporter Alice Moran.) (French, Elizabeth) (Entered: 06/12/2006) |
| 06/13/2006 | ❍71 | MOTION For an Adverse Inference Instruction Due to Defendants? Failure to Comply With the Court?s Order Regarding 30(b)(6) Testimony by Carolyn Mirek.(Nesin, Seth) (Entered: 06/13/2006) |
| | | |

| 06/13/2006 | 72 | MEMORANDUM in Support re 71 MOTION For an Adverse Inference Instruction Due to Defendants? Failure to Comply With the Court?s Order Regarding 30(b)(6) Testimony filed by Carolyn Mirek. (Attachments: # 1 Exhibit A - Hearing Transcript# 2 Exhibit B - Stipulation# 3 Exhibit C - Nesin Email# 4 Exhibit D - Palleschi Dep.# 5 Exhibit E - Donnelly Dep.)(Nesin, Seth) (Entered: 06/13/2006) |
|---|---|---|
| 06/15/2006 | 73 | Assented to MOTION for Leave to File *Reply Brief In Support of Defendants' Motion In Limine To Exclude Expert & Fact Witnesses* by Berkshire Life Insurance Company of America, The Guardian Life Insurance Company of America. (Attachments: # 1 Reply Brief to Plaintiff's Opposition to Defendants' Motion in Limine to Exclude Expert and Fact Witnesses# 2 Exhibit 1- Dr Oliver's 11/9/06 Expert Report# 3 Exhibit 1-(continued) Dr. Oliver's 11/9/05 Expert Report# 4 Exhibit 2-Plaintiff's Pretrial Memo# 5 Exhibit 3-Electronic Case Filing Administrative Procedures# 6 Exhibit 4-Notice of Electronic Filing# 7 Exhibit 5-Notice of Electronic Filing: Plaintiff's Pretrial Memo# 8 Exhibit 6-Plaintiff's 1st Set of INTS# 9 Exhibit 7-Defendant's INTS# 10 Exhibit 8-Plaintiff's Depo Transcript)(Crevier, David) (Entered: 06/15/2006) |
| 06/15/2006 | 74 | MOTION for Extension of Time to File Opposition to Plaintiff's Motion for an Adverse Instruction Due to Defendants' Failure to Comply with the Court's Oder Regarding 30(b)(6) Testimony by Berkshire Life Insurance Company of America, The Guardian Life Insurance Company of America.(Crevier, David) (Entered: 06/15/2006) |
| 06/15/2006 | 75 | Judge Michael A Ponsor : MEMORANDUM AND ORDER entered. Re: SCHEDULING FOR TRIAL: Jury Trial is set for 10/10/2006 at 10:00 AM in Courtroom 1 before Judge Michael A Ponsor. Proposed jury instructions and voir dire questions due 10/3/06. See the attached memo & order for complete details. cc/cl(Lindsay, Maurice) (Entered: 06/15/2006) |
| 06/15/2006 | 76 | REPLY to Response to Motion re 61 MOTION in Limine *to Exclude Irrelevant Evidence* filed by Berkshire Life Insurance Company of America, The Guardian Life Insurance Company of America. (Attachments: # 1 Exhibit A- Original Complaint# 2 Exhibit B-Amended Complaint# 3 Exhibit C-Defendants' Memo of Law in Support of Motion to Dismiss# 4 Errata D-Second Amended Complaint# 5 Exhibit E-Plaintiff's Opposition to Defendant's Motion to Dismiss# 6 Exhibit F-Plaintiff's Response to Defs.' Motion for Judgment on the Pleadings# 7 Exhibit G-Plaintiff's Motion to Amend the Complaint# 8 Exhibit H-Proposed New Count II Breach of the Implied Covenant of Good Faith and Fair Dealing# 9 Exhibit I-12/12/2005 Order# 10 Exhibit J-Pretrial Conference Transcript# 11 Exhibit K-3/22/06 Clerk's Notes# 12 Exhibit L-3/23/06 Pretrial Scheduling Order# 13 Exhibit M-Amended Complaint# 14 Exhibit N-Plaintiff's Opp to Defs.' Emergency Stay)(Crevier. David) (Entered: 06/15/2006) |
| 06/15/2006 | | NOTICE issued to Attorney David L. Kalib regarding mandatory registration with ECF in compliance with the Standing Order entered by |

| | | |
|---|---|---|
| | | Judge Ponsor and Magistrate Judge Neiman. (Lindsay, Maurice) (Entered: 06/15/2006) |
| 06/19/2006 | 77 | Opposition re 74 MOTION for Extension of Time to File Opposition to Plaintiff's Motion for an Adverse Instruction Due to Defendants' Failure to Comply with the Court's Oder Regarding 30(b)(6) Testimony filed by Carolyn Mirek. (Nesin, Seth) (Entered: 06/19/2006) |
| 06/20/2006 | 78 | Opposition re 67 MOTION in Limine *to Preclude Defendants' Proffered Expert Steven J. Weiss From Testifying* filed by Berkshire Life Insurance Company of America, The Guardian Life Insurance Company of America. (Attachments: # 1 Exhibit A-Dr. Weiss' Expert Report# 2 Exhibit B-Dr. Oliver's Depo Transcript# 3 Exhibit C-The Journal of Allergey and Clinical Immunology# 4 Exhibit D-Dr. Oliver's 11/9/2005 Expert Report# 5 Exhibit E-Dr. Garb's Expert Report# 6 Exhibit E-(continued) Dr. Garb's Expert Report)(Crevier, David) (Entered: 06/20/2006) |
| 06/20/2006 | 79 | Opposition re 69 MOTION in Limine *to Preclude Defendants' Proferred Fact Witness Dr. Daniel Segal* filed by Berkshire Life Insurance Company of America, The Guardian Life Insurance Company of America. (Attachments: # 1 Exhibit A-Plaintiff's Second Amended Complaint# 2 Exhibit B-Plaintiff's Depo Transcript# 3 Exhibit C-Dr. Oliver's Depo Transcript# 4 Exhibit D-Affidavit of Dr. Segal# 5 Exhibit E-Plaintiff's Depo Transcript)(Crevier, David) (Entered: 06/20/2006) |
| 06/20/2006 | 80 | Opposition re 68 MOTION in Limine *to Preclude Evidence Regarding Plaintiff's Income As A Salesperson* filed by Berkshire Life Insurance Company of America, The Guardian Life Insurance Company of America. (Attachments: # 1 Exhibit A-Plaintiff's Second Amended Complain# 2 Exhibit B-Defendant's Requests# 3 Exhibit C-Plaintiff's Response to Request)(Crevier, David) (Entered: 06/20/2006) |
| 06/20/2006 | 81 | Opposition re 70 MOTION in Limine *to Preclude Defendants' Proffered Expert Dr. James Garb from Testifying* filed by Berkshire Life Insurance Company of America, The Guardian Life Insurance Company of America. (Attachments: # 1 Exhibit A-Dr. Weiss' Expert Report# 2 Exhibit B-Dr. Garb's 12/14/2005 Expert Report# 3 Exhibit B-(continued) Dr. Garb's 12/14/2005 Expert Report# 4 Exhibit C-Plaintiff's Second Amended Complaint# 5 Exhibit D-Plaintiff's Depo Transcript# 6 Exhibit E-Dr. Oliver's Depo Transcript# 7 Exhibit F-Dr. Garb's 3/12/2005 Report# 8 Exhibit G-Latex Allergy Article# 9 Exhibit H-Dr. Garb's 1/27/06 Depo Transcript)(Crevier, David) (Entered: 06/20/2006) |
| 06/26/2006 | 82 | MOTION for Leave to File *Reply Brief In Support of Motion In Limine to Preclude Evidence Regarding Plaintiff's Income* by Carolyn Mirek. (Blatchford, Howard) Additional attachment(s) added on 6/26/2006 (Lindsay, Maurice). (Entered: 06/26/2006) |
| 09/12/2006 | 83 | MOTION in Limine *to Preclude Evidence of or References to Earlier Product Liability Case Brought by Plaintiff Against Latex Glove Manufacturers* by Carolyn Mirek.(Nesin, Seth) (Entered: 09/12/2006) |

| 09/15/2006 | 84 | Judge Michael A Ponsor : ORDER entered. ORDER OF TRANSFER AND SCHEDULING ORDER: As follows; Pursuant to L.R. 40.1(I), this case is hereby transferred to Judge Richard G. Stearns, a Final Pretrial Conference is set for 10/13/2006 at 12:00 PM in Courtroom 2 before Judge Richard G. Stearns. Counsel should also be prepared to argue their motions in limine at this conference. See the attached order for complete details. cc/cl (Lindsay, Maurice) (Entered: 09/15/2006) |
| --- | --- | --- |
| 09/15/2006 | 85 | NOTICE of Reassignment. Judge Richard G. Stearns added. Judge Michael A Ponsor no longer assigned to case. (Lindsay, Maurice) (Entered: 09/15/2006) |
| 09/18/2006 | 86 | Joint MOTION to set new trial date by all parties.(D'Alcomo, Joanne) (Entered: 09/18/2006) |
| 09/20/2006 | ◑ | Judge Richard G. Stearns : Electronic ORDER entered granting 86 Motion ( to set new firm trial date ): "TRIAL SHALL COMMENCE ON Monday, November 13, 2006 at 9:00 A.M." (Johnson, Mary) Modified on 9/20/2006 (Johnson, Mary). (Entered: 09/20/2006) |
| 09/26/2006 | 87 | Opposition re 83 MOTION in Limine *to Preclude Evidence of or References to Earlier Product Liability Case Brought by Plaintiff Against Latex Glove Manufacturers* filed by Berkshire Life Insurance Company of America, The Guardian Life Insurance Company of America. (Attachments: # 1 Exhibit A-1/20/06 Email from J. D'Alcomo to D. Crevier# 2 Exhibit B-Defendants' Pretrial Memo)(Crevier, David) (Entered: 09/26/2006) |
| 10/03/2006 | 88 | Proposed Voir Dire by all defendants. (Kimball, Edward) (Entered: 10/03/2006) |
| 10/03/2006 | 89 | Proposed Voir Dire by all defendants. (Kimball, Edward) (Entered: 10/03/2006) |
| 10/03/2006 | 90 | Proposed Jury Instructions by all defendants. (Kimball, Edward) (Entered: 10/03/2006) |
| 10/03/2006 | 91 | Proposed Voir Dire by Carolyn Mirek. (Nesin, Seth) (Entered: 10/03/2006) |
| 10/03/2006 | 92 | First Proposed Jury Instructions by Carolyn Mirek. (Nesin, Seth) (Entered: 10/03/2006) |
| 10/11/2006 | ◑ | ELECTRONIC NOTICE OF RESCHEDULING: "The Final Pre-Trial Conference currently scheduled for October 13, 2006 is hereby re-scheduled to: WEDNESDAY, NOVEMBER 8, 2006 AT 1:45 P.M. IN BOSTON (Courtroom #21, 7th Floor, John J. Moakley Federal Courthouse, Boston, MA)" M. Johnson, Deputy Clerk. (Johnson, Mary) Modified on 10/11/2006 (Johnson, Mary). (Entered: 10/11/2006) |
| 10/16/2006 | ◑ | Judge Richard G. Stearns : Electronic ORDER entered granting 64 Motion for Extension of Time; granting 73 Motion for Leave to File; granting 74 Motion for Extension of Time; and granting 82 Motion for Leave to File. Counsel using the Electronic Case Filing System should |

| | | |
|---|---|---|
| | | now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document. (Hamilton, Maria Raia) (Entered: 10/16/2006) |
| 10/16/2006 | 93 | Opposition re 61 MOTION in Limine *to Exclude Irrelevant Evidence* filed by Carolyn Mirek. (Attachments: # 1 Exhibit 1 - Dr. Weiss Report# 2 Exhibit 2 - March 12, 2005 Report of Dr. James Garb# 3 Exhibit 3 - Report of Harold Axe, M.D. dated June 26, 2006# 4 Exhibit 4 - Excerpts from Dep. of Harold Axe, M.D.# 5 Exhibit 5 - Excerpts from Deposition of Donald Morgan# 6 Exhibit 6 - Hearing transcript, Jan. 27, 2006) (Nesin, Seth) (Entered: 10/16/2006) |
| 10/16/2006 | 94 | Opposition re 62 MOTION in Limine *to Exclude Expert and Fact Witnesses* filed by Carolyn Mirek. (Attachments: # 1 Exhibit 1 - Oliver CV# 2 Exhibit 2 - Oliver Deposition# 3 Exhibit 3 - Mirek Dep.# 4 Exhibit 4 - Garb Report #1# 5 Exhibit 5 - Garb Report #2# 6 Exhibit 6 - Garb Dep. #1# 7 Exhibit 7 - Garb Dep. #2# 8 Exhibit 8 - Weiss CV# 9 Exhibit 9 - Weiss Report# 10 Exhibit 10 - Axe Dep.)(Nesin, Seth) (Entered: 10/16/2006) |
| 10/16/2006 | 95 | REPLY to Response to Motion re 68 MOTION in Limine *to Preclude Evidence Regarding Plaintiff's Income As A Salesperson* filed by Carolyn Mirek. (Nesin, Seth) (Entered: 10/16/2006) |
| 10/16/2006 | 96 | REPLY to Response to Motion re 62 MOTION in Limine *to Exclude Expert and Fact Witnesses* filed by Berkshire Life Insurance Company of America, The Guardian Life Insurance Company of America. (Attachments: # 1 Exhibit 1-Dr. Oliver's 11.9.05 Expert Report# 2 Exhibit 1-continued Dr. Oliver's Expert Report# 3 Exhibit 2-Plaintiff's Pre-trial Memo# 4 Exhibit 3-Electronic Case Filing Admin. Procedures# 5 Exhibit 4-Notice of Electronic Filing: Defs' Pre-trial Memo# 6 Exhibit 5-Notice of Electronic Filing: Plaintiff's Pre-trial Memo# 7 Exhibit 6- Plaintiff's 1st Set of INTS# 8 Exhibit 7-Defendant's INTS# 9 Exhibit 8- Plaintiff's Depo Transcript)(Crevier, David) (Entered: 10/16/2006) |
| 10/27/2006 | 97 | AMENDED DOCUMENT by Berkshire Life Insurance Company of America, The Guardian Life Insurance Company of America. Amendment to 90 Proposed Jury Instructions. (Crevier, David) (Entered: 10/27/2006) |
| 10/27/2006 | 98 | MOTION FOR AN ORDER REQUIRING THE DEFENDANTS TO STIPULATE, AS PREVIOUSLY AGREED, TO THE AMOUNTS OF BENEFITS AND PREMIUMS AT ISSUE by Carolyn Mirek. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3)(Nesin, Seth) (Entered: 10/27/2006) |
| 11/02/2006 | 99 | Opposition re 98 MOTION FOR AN ORDER REQUIRING THE DEFENDANTS TO STIPULATE, AS PREVIOUSLY AGREED, TO THE AMOUNTS OF BENEFITS AND PREMIUMS AT ISSUE filed by Berkshire Life Insurance Company of America, The Guardian Life Insurance Company of America. (Attachments: # 1 Exhibit 1-Email dated |

| | | |
|---|---|---|
| | | 10.27.06 from E. Kimball# 2 Exhibit 2-Email dated 10.27.06 from D. Crevier# 3 Exhibit 3-Email dated 5.29.05 from J. D'Alcomo# 4 Exhibit 4-Email dated 10.27.06 from S. Nesin)(Crevier, David) (Entered: 11/02/2006) |
| 11/08/2006 | 📎100 | MOTION to Quash *Subpoena for 11/14/06 (Expedited Consideration Requested)* by Harold Axe. (Attachments: # 1 Affidavit of Harold Axe, M.D.)(Poindexter, Jeffrey) (Entered: 11/08/2006) |
| 11/08/2006 | 📎101 | NOTICE of Appearance by Jeffrey E. Poindexter on behalf of Harold Axe (Poindexter, Jeffrey) (Entered: 11/08/2006) |
| 11/08/2006 | �e | Electronic Clerk's Notes for proceedings held before Judge Richard G. Stearns : Final Pretrial Conference held on 11/8/2006. Attys. D'Alcomo and Nesin present for the pltf. Attys. Crevier and Kimball present for the defts. Trial to commence on 11-13-06 - trial estimate: 5-6 days. Adjourn 3:40 p.m. (Court Reporter None.) (Johnson, Mary) Modified on 11/9/2006 (Johnson, Mary). (Entered: 11/09/2006) |
| 11/08/2006 | �e | Judge Richard G. Stearns : Electronic ORDER entered denying 59 Motion in Limine; granting 61 Motion in Limine, to the extent that the motion addresses issues relevant to Mirek II, but not the instant case; denying 62 Motion in Limine as to Dr. Oliver - DENIED as to fact witnesses on counsel's representation that the list is over-inclusive for reasons of scheduling and will be pared down for trial; denying 67 Motion in Limine; granting 68 Motion in Limine; granting 69 Motion in Limine; denying 70 Motion in Limine; denying 71 Motion - the motion has no relevance; granting 83 Motion in Limine - allowed as to references to the prior action and DENIED as to the use of prior statements of plaintiff material to issues of impeachment in the present case: granting 100 Motion to Quash. (Johnson, Mary) Modified on 11/14/2006 (Johnson, Mary). (Entered: 11/14/2006) |
| 11/09/2006 | �e | Judge Richard G. Stearns : Electronic ORDER entered denying 98 Motion to Enforce Stipulation. "DENIED. While the Court urges the parties to come to an agreement, it cannot compel a party to stipulate to an element of the case on which a moving party bears the burden of proof". R. G. Stearns, USDJ. (Johnson, Mary) Modified on 11/9/2006 (Johnson, Mary). (Entered: 11/09/2006) |
| 11/09/2006 | 📎102 | MOTION for Reconsideration re Order on Motion for Miscellaneous Relief, by Carolyn Mirek.(D'Alcomo, Joanne) (Entered: 11/09/2006) |
| 11/09/2006 | 📎103 | MOTION To Add A Witness To Plaintiff's Witness List by Carolyn Mirek. (Attachments: # 1 Exhibit 1 - email)(Nesin, Seth) (Entered: 11/09/2006) |
| 11/09/2006 | �e | Judge Richard G. Stearns : Electronic ORDER entered. re 102 MOTION for Reconsideration re Order on Motion for Miscellaneous Relief, filed by Carolyn Mirek. : "defense counsel are ORDERED to file a response to the within motion and be prepared to address the issue of any prior undertakings on their part, on Monday morning (11-13-06) before empanelment begins." SO ORDERED. Richard G. Stearns, USDJ. |

| | | |
|---|---|---|
| | | (Johnson, Mary) Modified on 11/9/2006 (Johnson, Mary). (Entered: 11/09/2006) |
| 11/09/2006 | ❍ | Judge Richard G. Stearns : Electronic ORDER entered granting 103 Motion to Add Witness. (Johnson, Mary) (Entered: 11/09/2006) |
| 11/09/2006 | 104 | Emergency MOTION Teleconference to Discuss Plaintiff's Recent Inflammatory Motions by Berkshire Life Insurance Company of America, The Guardian Life Insurance Company of America. (Attachments: # 1 Exhibit A-11.9.06 Letter from Joanne D'Alcomo, Esq.# 2 Exhibit B-11.9.06 Email from Seth Nesin, Esq.)(Crevier, David) (Entered: 11/09/2006) |
| 11/09/2006 | ❍ | Judge Richard G. Stearns : Electronic ORDER entered denying 102 Motion for Reconsideration. (Johnson, Mary) (Entered: 11/14/2006) |
| 11/10/2006 | 105 | NOTICE of Appearance by Jeffrey E. Poindexter on behalf of Donald Morgan (Poindexter, Jeffrey) (Entered: 11/10/2006) |
| 11/10/2006 | 106 | MOTION to Quash *Subpoena for 11/14/06 (Expedited Consideration Requested)* by Donald Morgan. (Attachments: # 1 Affidavit Donald Morgan)(Poindexter, Jeffrey) (Entered: 11/10/2006) |
| 11/10/2006 | 107 | NOTICE of Appearance by David B. Crevier on behalf of Timothy Newman (Crevier, David) (Entered: 11/10/2006) |
| 11/10/2006 | 108 | MOTION to Quash *SUBPOENA* by Timothy Newman. (Attachments: # 1 Exhibit A-Affidavit of Timothy A. Newman, M.D# 2 Exhibit B-letter dated November 10, 2006 from Dr. Eugene Heyman)(Crevier, David) (Entered: 11/10/2006) |
| 11/11/2006 | 109 | Opposition re 106 MOTION to Quash *Subpoena for 11/14/06 (Expedited Consideration Requested)* filed by Donald Morgan. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4)(Nesin, Seth) (Entered: 11/11/2006) |
| 11/12/2006 | 110 | Opposition re 108 MOTION to Quash *SUBPOENA* filed by Carolyn Mirek. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3)(Nesin, Seth) (Entered: 11/12/2006) |
| 11/12/2006 | 111 | MOTION in Limine *to preclude any evidence of, or any reference to, the workers compensation claim brought by Plaintiff* by Carolyn Mirek. (Nesin, Seth) (Entered: 11/12/2006) |
| 11/13/2006 | 112 | MOTION in Limine *Regarding Plaintiff's Proposed and Objected to Exhibit AU* by Berkshire Life Insurance Company of America, The Guardian Life Insurance Company of America. (Attachments: # 1 Exhibit 1-Exhibit AU)(Crevier, David) (Entered: 11/13/2006) |
| 11/13/2006 | 113 | MOTION For A Court Order to Include Agreed Exhibit 8 by Berkshire Life Insurance Company of America, The Guardian Life Insurance Company of America. (Attachments: # 1 Exhibit 1-Email dated 11.7.06 from S. Nesin# 2 Exhibit 2-Email dated 11.10.06 from J. D'Alcomo# 3 Exhibit 3-Email dated 11.10.06 from D. Crevier# 4 Exhibit 4-Second |

| | | |
|---|---|---|
| | | Email dated 11.10.06 from J. D'Alcomo)(Crevier, David) (Entered: 11/13/2006) |
| 11/13/2006 | 114 | Opposition re 102 MOTION for Reconsideration re Order on Motion for Miscellaneous Relief, filed by Berkshire Life Insurance Company of America, The Guardian Life Insurance Company of America. (Attachments: # 1 Exhibit 1-Defendants' Opposition# 2 Exhibit 1 Continued- Defendants' Opposition# 3 Exhibit 2-Fully Executed Stipulation# 4 Exhibit 3-ECF Notice dated 11/9/06 at 2:39 PM# 5 Exhibit 4-ECF Notice dated 11/9/06 at 3:34 PM# 6 Exhibit 5-ECF Notice dated 11/9/06 at 3:58 PM# 7 Exhibit 6-Email from G. Suk# 8 Exhibit 7-ECF Notice dated 11/9/06 at 4:26 PM# 9 Exhibit 8-Email from S. Nesin# 10 Exhibit 9-Email from J. D'Alcomo# 11 Exhibit 10-Prior Undertakings) (Crevier, David) (Entered: 11/13/2006) |
| 11/13/2006 | 115 | Proposed Exhibit List by Carolyn Mirek. (Stuckenbruck, John) (Entered: 11/14/2006) |
| 11/13/2006 | 116 | Admitted Exhibit List by Carolyn Mirek, Berkshire Life Insurance Company of America, The Guardian Life Insurance Company of America.. (Stuckenbruck, John) (Entered: 11/14/2006) |
| 11/13/2006 | 117 | Witness List by Carolyn Mirek, Berkshire Life Insurance Company of America, The Guardian Life Insurance Company of America. (Stuckenbruck, John) (Entered: 11/14/2006) |
| 11/13/2006 | | ElectronicClerk's Notes for proceedings held before Judge Richard G. Stearns : Court meets with counsel in chambers prior to jury selection. Jury selection held.Jury Trial held on 11/13/2006. Jury of eight impaneled and sworn. Court's preliminary instructions to jury. Opening statements of counsel. Pltf's evidence begins. Court recesses @ 4:00 PM until9:30 AM, 11/14/06. (Court Reporter Gibbons.) (Stuckenbruck, John) (Entered: 11/14/2006) |
| 11/13/2006 | | Judge Richard G. Stearns : Electronic ORDER entered finding as moot 104 Motion, granting 111 Motion in Limine, denying 112 Motion in Limine, denying 113 Motion. (Johnson, Mary) (Entered: 11/14/2006) |
| 11/14/2006 | | ElectronicClerk's Notes for proceedings held before Judge Richard G. Stearns : Jury Trial held on 11/14/2006. 2nd day. Motion to quash subpoenas to be held in abeyance pending trial testimony. Pltf's evidence continues. Court recesses @ 4:00 PM until 9:30 AM, 11/15/06. (Court Reporter Gibbons.) (Stuckenbruck, John) (Entered: 11/15/2006) |
| 11/15/2006 | 118 | MOTION in Limine *to Strike a Phrase from Page 35 of Plaintiff's Proposed & Objected to Exhibit AU* by Berkshire Life Insurance Company of America, The Guardian Life Insurance Company of America. (Attachments: # 1 Exhibit A-Page 35 of Plaintiff's Proposed and Objected to Exhibit AU)(Crevier, David) (Entered: 11/15/2006) |
| 11/15/2006 | | ElectronicClerk's Notes for proceedings held before Judge Richard G. Stearns : Jury Trial held on 11/15/2006. 3rd day. Pltf's evidence continues. Court recesses @ 4:00 PM until 10:00 AM 11/16/06. (Court |

| | | |
|---|---|---|
| | | Reporter Gibbons.) (Stuckenbruck, John) (Entered: 11/16/2006) |
| 11/16/2006 | 🗨 | Judge Richard G. Stearns : Electronic ORDER entered finding as moot 106 Motion to Quash (Zierk, Marsha) (Entered: 11/16/2006) |
| 11/16/2006 | 🗨 | Judge Richard G. Stearns : Electronic ORDER entered finding as moot 108 Motion to Quash (Zierk, Marsha) (Entered: 11/16/2006) |
| 11/16/2006 | 🗨 | ElectronicClerk's Notes for proceedings held before Judge Richard G. Stearns : Jury Trial held on 11/16/2006. 4th day. Pltf's evidence continues. Pltf. restswith addtional testimony to be offered on 11/17. Deft's evidence begins. Court recesses @ 3:35 PM until 9:30 AM 11/17/06.(Court Reporter Gibbons.) (Stuckenbruck, John) (Entered: 11/21/2006) |
| 11/17/2006 | 🗨 | ElectronicClerk's Notes for proceedings held before Judge Richard G. Stearns : Jury Trial held on 11/17/2006. 5th day. Deft's evidence resumes. Reading of deposition testimony. Pltf's additional evidence. Pltf rests. Deft. rests. Deft. moves for judgment as a matter of law. Court reserves ruling until after verdict is returned. Charging conference held. Court recesses until 9:00 AM 11/20/06. (Court Reporter Gibbons.) (Stuckenbruck, John) (Entered: 11/21/2006) |
| 11/20/2006 | 🗨 | ElectronicClerk's Notes for proceedings held before Judge Richard G. Stearns : Jury Trial held on 11/20/2006. 6th day. Charging conference. Closing arguments of counsel. Court' instructions to the jury. Counsel's objections to instructions. Jury begins deliberations @ 11:45 AM. Jury returns verdict @ 1:45 PM. Jury finds for pltf. and awards liquidated damages of $191,358.26.Jury discharged. (Court Reporter Gibbons/Moran.) (Stuckenbruck, John) (Entered: 11/21/2006) |
| 11/20/2006 | 🗨 | Jury Trial completed on 11/20/2006. (Stuckenbruck, John) (Entered: 11/21/2006) |
| 11/20/2006 | 🗨119 | JURY VERDICT in favor of Plaintiff against Defendants. (Stuckenbruck, John) (Entered: 11/21/2006) |
| 11/27/2006 | 🗨 | ELECTRONIC NOTICE to counsel: "The Mirek II trial is hereby deemed as the backup trial to Rickey Jones v. New England Central Railroad, CA 04-11772-RGS. That trial is scheduled to commence at the U. S. Courthouse in Springfield, MA on MONDAY, FEBRUARY 5, 2007. Should the Jones case settle, counsel in Mirek II shall be prepared to go forward on 2-5-07 at 9:00 A.M. SO ORDERED." Richard G. Stearns, USDJ. (Johnson, Mary) Modified on 11/27/2006 (Johnson, Mary). (Entered: 11/27/2006) |
| 12/01/2006 | 🗨120 | Judge Richard G. Stearns : ORDER entered. JUDGMENT in favor of plaintiff against defendants.(Johnson, Mary) (Entered: 12/01/2006) |
| 12/01/2006 | 🗨 | Civil Case Terminated. (Johnson, Mary) (Entered: 12/01/2006) |
| 12/08/2006 | 🗨121 | BILL OF COSTS by Carolyn Mirek. (Attachments: # 1 Tab A - Magistrate Judge Neiman Order# 2 Tab B - Axe Deposition)(Nesin, Seth) (Entered: 12/08/2006) |

| | | |
|---|---|---|
| 12/08/2006 | ●122 | AFFIDAVIT in Support re 121 Bill of Costs *from Joanne D'Alcomo*. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9# 10 Exhibit 10# 11 Exhibit 11# 12 Exhibit 12# 13 Exhibit 13# 14 Exhibit 14# 15 Exhibit 15# 16 Exhibit 16# 17 Exhibit 17# 18 Exhibit 18# 19 Exhibit 19# 20 Exhibit 20# 21 Exhibit 22# 22 Exhibit 22# 23 Exhibit 23# 24 Exhibit 24# 25 Exhibit 25# 26 Exhibit 26# 27 Exhibit 27# 28 Exhibit 28# 29 Exhibit 29# 30 Exhibit 30# 31 Exhibit 31# 32 Exhibit 32# 33 Exhibit 33# 34 Exhibit 34# 35 Exhibit 35# 36 Exhibit 36# 37 Exhibit 37# 38 Exhibit 38# 39 Exhibit 39# 40 Exhibit 40# 41 Exhibit 41# 42 Exhibit 42# 43 Exhibit 43# 44 Exhibit 44# 45 Exhibit 45# 46 Exhibit 46# 47 Exhibit 47# 48 Exhibit 48)(Nesin, Seth) (Entered: 12/08/2006) |
| 12/21/2006 | ●123 | Objection to 121 Bill of Costs by Berkshire Life Insurance Company of America, The Guardian Life Insurance Company of America. (Crevier, David) (Entered: 12/21/2006) |
| 12/22/2006 | ●124 | TRANSCRIPT of Status Conf. Proceedings held on June 8, 2006 before Judge Michael A. Ponsor. Court Reporter: Alice Moran. Digital Recording: No. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Finn, Mary) (Entered: 12/22/2006) |
| 12/27/2006 | ●125 | MOTION to Correct *the Amount of Judgment* by Berkshire Life Insurance Company of America, The Guardian Life Insurance Company of America.(Kimball, Edward) (Entered: 12/27/2006) |
| 12/28/2006 | ●126 | Assented to MOTION for Leave to File *Reply in Support of Plaintiff's Bill of Costs* by Carolyn Mirek. (Attachments: # 1 Proposed Reply# 2 Exhibit 1 -- Donnelly Dep. I# 3 Exhibit 2 - Donnelly Dep. III# 4 Exhibit 3 - Haupt Dep.# 5 Exhibit 4 - Kvederas Dep.# 6 Exhibit 5 - Newman Dep.)(Nesin, Seth) (Entered: 12/28/2006) |
| 12/29/2006 | ●127 | NOTICE OF APPEAL by Carolyn Mirek. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 1/18/2007. (D'Alcomo, Joanne) (Entered: 12/29/2006) |
| 01/10/2007 | ●128 | RESPONSE to Motion re 125 MOTION to Correct *the Amount of Judgment* filed by Carolyn Mirek. (D'Alcomo, Joanne) (Entered: 01/10/2007) |
| 01/16/2007 | ● | Remark: Counsel appeared in Mirek v. Guardian Life Ins. Co (05cv30246) this day for a pretrial conference. The case was reported settled. Counsel requested that the court allow the outstanding motion for amended judgment (doc. no. 125). An amended judgment shall issue. (Healy, Bethaney) (Entered: 01/16/2007) |
| 01/16/2007 | ● | District Judge Richard G. Stearns. ELECTRONIC ORDER granting 125 Motion to Correct the Judgment, ENTERED, cc:cl. The clerk's office shall issue an amended judgment. (Healy, Bethaney) (Entered: |

| | | 01/16/2007) |
|---|---|---|
| 01/17/2007 | 129 | Judge Richard G. Stearns : ORDER entered. AMENDED JUDGMENT. (Johnson, Mary) (Entered: 01/18/2007) |
| 01/18/2007 | | Notice of correction to docket made by Court staff. Correction: #129 corrected because it was not marked "Amended". It has been corrected and docketed as Amended Judgment. (Johnson, Mary) (Entered: 01/18/2007) |
| 01/19/2007 | 130 | MOTION to Amend *Judgment* by Berkshire Life Insurance Company of America, The Guardian Life Insurance Company of America. (Attachments: # 1 Exhibit A-Monthly Indemnity Payments# 2 Exhibit B-Premium Payments)(Crevier, David) (Entered: 01/19/2007) |
| 01/25/2007 | | Filing fee: $ 455., receipt number 77548 for 127 Notice of Appeal, (Flaherty, Elaine) (Entered: 01/25/2007) |
| 01/25/2007 | 131 | Joint MOTION Requesting a Second Amended Judgment, Joint MOTION to Withdraw *Docket Number 130* by Berkshire Life Insurance Company of America, The Guardian Life Insurance Company of America.(Crevier, David) (Entered: 01/25/2007) |
| 01/26/2007 | | Judge Richard G. Stearns : Electronic ORDER entered finding as moot 126 Motion for Leave to File; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document., withdrawing 130 Motion to Amend, granting 131 Motion amend judgment, granting 131 Motion to Withdraw (Flaherty, Elaine) (Entered: 01/26/2007) |