04-30166
USDC-MA 30
J. Stearns

# MANDATE
# United States Court of Appeals
## For the First Circuit

No. 07-1266

CAROLYN MIREK

Plaintiff - Appellant

v.

THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA; BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA

Defendants - Appellees

**JUDGMENT**

Entered: February 27, 2007
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

**Mandate to issue forthwith.**

2007 FEB 27 P 2 23
FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 2/27/07

By the Court:
Richard Cushing Donovan, Clerk

By: **MARGARET CARTER**
Margaret Carter, Chief Deputy Clerk

[cc: Joanne D'Alcomo, Esq., Howard P. Blatchford, Esq., Seth E. Nesin, Esq., David B. Crevier, Esq., Katherine R. Parsons, Esq., David L. Kalib, Esq., Edward K. Kimball, Jeffrey E. Poindexter]